**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

| | |
|---|---|
| LINDA FAIRSTEIN, )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>NETFLIX, INC., AVA DUVERNAY, )<br>and ATTICA LOCKE, )<br>)<br>)<br>      Defendants. ) | Case No: 2:20-cv-180 |

**NOTICE OF APPEARANCE AS CO-COUNSEL**

    Kimberly D. Swanson of the law firm of Cheffy Passidomo, P.A. enters her appearance as co-counsel on behalf of Plaintiff, Linda Fairstein, and requests that all pleadings, notices and other papers be served upon her in this matter.

    Dated this 18th day of March, 2020.

                        Respectfully submitted,

                        CHEFFY PASSIDOMO, P.A.

                        By: /S/ KIMBERLY D. SWANSON
                              Edward K. Cheffy
                              Florida Bar No. 393649
                              Rachael S. Loukonen
                              Florida Bar No. 668435
                              Kimberly D. Swanson
                              Florida Bar No. 1018219
                              821 Fifth Avenue South, Suite 201
                              Naples, Florida 34102
                              (239) 261-9300
                              ekcheffy@napleslaw.com
                              rloukonen@napleslaw.com
                              kdswanson@napleslaw.com

2

-and-

NESENOFF & MILTENBERG, LLP

By: /S/  ANDREW MILTENBERG

    Andrew Miltenberg
    (*pro hac vice* admission pending)
    Kara Gorycki
    (*pro hac vice* admission pending)
    363 Seventh Avenue, Fifth Floor
    New York, New York 10001
    (212) 736-4500
    amiltenberg@nmllplaw.com
    kgorycki@nmllplaw.com