IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| LINDA FAIRSTEIN, ) | |
| ) | |
| Plaintiff, ) | Case No: 2:20-cv-180 |
| ) | |
| v. ) | |
| ) | |
| NETFLIX, INC., AVA DUVERNAY, ) | |
| and ATTICA LOCKE, ) | |
| ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE AS CO-COUNSEL

Rachael S. Loukonen of the law firm of Cheffy Passidomo, P.A. enters her appearance as co-counsel on behalf of Plaintiff, Linda Fairstein, and requests that all pleadings, notices and other papers be served upon her in this matter.

Dated this 18th day of March, 2020.

                Respectfully submitted,

                CHEFFY PASSIDOMO, P.A.

        By: /S/  RACHAEL S. LOUKONEN
                Edward K. Cheffy
                Florida Bar No. 393649
                Rachael S. Loukonen
                Florida Bar No. 668435
                Kimberly D. Swanson
                Florida Bar No. 1018219
                821 Fifth Avenue South, Suite 201
                Naples, Florida 34102
                (239) 261-9300
                ekcheffy@napleslaw.com
                rloukonen@napleslaw.com
                kdswanson@napleslaw.com

2

-and-

NESENOFF & MILTENBERG, LLP

By: /S/  ANDREW MILTENBERG
   Andrew Miltenberg
   (*pro hac vice* admission pending)
   Kara Gorycki
   (*pro hac vice* admission pending)
   363 Seventh Avenue, Fifth Floor
   New York, New York 10001
   (212) 736-4500
   amiltenberg@nmllplaw.com
   kgorycki@nmllplaw.com