IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LINDA FAIRSTEIN,            Case No.: 2-20-CV-00180-TPB-NPM

    Plaintiff,

  v.

NETFLIX, INC., AVA DUVERNAY,
and ATTICA LOCKE,

    Defendants.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that ERIC S. OLSON of the law firm of DENTONS COHEN & GRIGSBY P.C. hereby appears as counsel for Defendants, NETFLIX, INC., AVA DUVERNAY, and ATTICA LOCKE, in this proceeding. Notice of all future proceedings, pleadings, motions, briefs, applications and orders should be served to the undersigned.

        **DENTONS COHEN & GRIGSBY P.C.**

        */s/ Eric S. Olson*
        KELLEY GERAGHTY PRICE
        Florida Bar No. 889539
        ERIC S. OLSON
        Florida Bar No. 99079

        Mercato – Suite 6200
        9110 Strada Place
        Naples, Florida 34108
        Telephone: (239) 390-1913
        Facsimile: (239) 390-1901
        E-mail: kelley.price@dentons.com
                   eric.olson@dentons.com

        *Attorneys for Defendants*
        *NETFLIX, INC., AVA DUVERNAY and ATTICA*
Dated: March 25, 2020       *LOCKE*
3287442.v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of March, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Eric S. Olson*