**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

| | |
|---|---|
| LINDA FAIRSTEIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NETFLIX, INC., AVA DUVERNAY, and )<br>ATTICA LOCKE, )<br>)<br>Defendants. )<br>) | Case No. 20-cv-00180 |

<u>**DEFENDANT NETFLIX, INC.'S CORPORATE DISCLOSURE STATEMENT**</u>

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Netflix, Inc., by and through the undersigned counsel, states that it has no parent company and no publicly held corporation owns 10% or more of Netflix, Inc.'s stock.

Dated: May 7, 2020

Respectfully submitted,

/s/ Natalie J. Spears
Natalie J. Spears (*pro hac vice* pending)
Gregory R. Naron (*pro hac vice* pending)
Jacqueline A. Giannini (*pro hac vice* pending)
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, Illinois 60606
Phone: (312) 876-8000
natalie.spears@dentons.com
gregory.naron@dentons.com
jacqui.giannini@dentons.com

Kelley Geraghty Price (Florida Bar #889539)
Eric S. Olson (Florida Bar #99079)
DENTONS COHEN & GRIGSBY P.C.
Mercato - Suite 6200
9110 Strada Place
Naples, Florida  34108
Phone: (239) 390-1913
kelley.price@dentons.com
eric.olson@dentons.com

*Counsel for Defendant Netflix, Inc.*

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 7th day of May, 2020 a copy of the foregoing was filed electronically via the ECF filing system.


/s/ Natalie J. Spears
_____