IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| LINDA FAIRSTEIN, ) <br> ) <br> Plaintiff, ) <br> ) Case No. 20-cv-00180 <br> v. ) <br> ) <br> NETFLIX, INC., AVA DUVERNAY, and ) <br> ATTICA LOCKE, ) <br> ) <br> Defendants. ) <br> ) | |

## DECLARATION OF JACQUELINE A. GIANNINI

1. I am an attorney at Dentons US LLP, counsel to Defendants in this action. I submit this declaration in support of Defendants Ava DuVernay and Attica Locke's Motion to Dismiss for Lack of Personal Jurisdiction, or in the Alternative, Joint Motion with Netflix, Inc. to Dismiss for Improper Venue or to Transfer Venue. I am familiar with the facts herein and make this declaration from my review of the publicly available sources cites herein.

**Ms. Fairstein's Contacts**

2. Attached as Exhibit 1 is a true and correct copy of Plaintiff's Declaration of Domicile dated September 27, 2019, and filed October 24, 2019.

3. Attached as Exhibit 2 is a true and correct copy of the Warranty Deed for Plaintiff's Fairstein's property in Florida dated January 7, 2020.

4. Attached as Exhibit 3 is a true and correct copy of the real estate listing for Plaintiff's New York property.

5. Attached as Exhibit 4 is a true and correct copy of the current New York Bar Registration for Plaintiff.

6. Attached as Exhibit 5 is a true and correct copy of the New York Department of State registration for Fairstein Enterprises LLC showing a New York address for Linda Fairstein.

7. Attached as Exhibit 6 is a true and correct copy of the New York Department of State registration for Bobbie & Bones Ltd. showing a New York address for Linda Fairstein.

**Key Individuals Identified in the Complaint**

8. Upon information and belief, former Manhattan District Attorney Robert Morgenthau is deceased. See Feliz Kessler, *Robert Morgenthau, Longtime Manhattan Prosecutor, Dies at 99*, Bloomberg (July 22, 2019) (available at https://www.bloomberg.com/news/articles/2019-07-22/manhattan-s-longtime-prosecutor-morgenthau-dies-at-99-nyt-says).

9. Upon information and belief, Elizabeth Lederer is still an Assistant District Attorney in Manhattan, New York. See *D.A. Vance Announces Trial Conviction of Roslyn Pilmar and Evan Wald for 1996 Murder of Howard Pilmar*, New York County District Attorney (Mar. 8, 2019) (available at https://www.manhattanda.org/d-a-vance-announces-trial-conviction-of-roslyn-pilmar-and-evan-wald-for-1996-murder-of-howard-pilmar/) (referencing ADA Lederer's work on the case).

10. Upon information and belief, former Assistant District Attorney Arthur "Tim" Clements practices at the law firm of Nicola, Gudbranson & Cooper, LLC in Cleveland, Ohio (available at https://www.nicola.com/attorneys/attorney-profiles/arthur-tim-clements-iii/).

11. Upon information and belief, former Assistant District Attorney John Fried practices at the law firm of Flaster Greenberg in Manhattan (available at https://www.flastergreenberg.com/people-John_Fried.html).

12. Upon information and belief, former Assistant District Attorney Nancy Ryan serves on the board of [Prisoners' Legal Services of New York](https://www.plsny.org/nancy-e.-ryan.html) (available at https://www.plsny.org/nancy-e.-ryan.html).

13. Upon information and belief, Peter Casolaro is still an Assistant District Attorney in Manhattan, New York. See [*D.A. Vance: Thomas Gilbert, Jr. Sentenced to 30 years-to-Life in Prison for Fatally Shooting His Father*, New York County District Attorney (Sept. 27, 2019)](https://www.manhattanda.org/d-a-vance-thomas-gilbert-jr-sentenced-to-30-years-to-life-in-prison-for-fatally-shooting-his-father/) (available at https://www.manhattanda.org/d-a-vance-thomas-gilbert-jr-sentenced-to-30-years-to-life-in-prison-for-fatally-shooting-his-father/) (referencing ADA Casolaro's work on the case).

14. Upon information and belief, Detective Michael Sheehan is deceased. See [Tina Moore and Stephanie Pagones, *Former NYPD detective and TV newsman Mike Sheehan loses battle to cancer at 71*, New York Post (June 8, 2019)](https://nypost.com/2019/06/08/former-nypd-detective-and-tv-newsman-mike-sheehan-loses-battle-to-cancer-at-71/) (available at https://nypost.com/2019/06/08/former-nypd-detective-and-tv-newsman-mike-sheehan-loses-battle-to-cancer-at-71/).

15. Upon information and belief, Detective Robert Honeyman still works for the New York Police Department. See [NYPD Promotions for Sergeants, Detectives, The Chief (Nov. 9, 2018)](https://thechiefleader.com/news/news_of_the_week/nypd-promotions-for-sergeants-detectives/article_c179ce86-e1da-11e8-a7b4-e3e4d592c889.html) (available https://thechiefleader.com/news/news_of_the_week/nypd-promotions-for-sergeants-detectives/article_c179ce86-e1da-11e8-a7b4-e3e4d592c889.html) (referencing promotion of Det. Honeyman).

16. According to a TransUnion Report, NYPD Detective Robert Nugent lives in New York. (*See* https://www.tlo.com/).

17. According to a TransUnion Report, former NYPD Officer Eric Reynolds lives in New York. (*See* https://www.tlo.com/).

18. According to a TransUnion Report, former NYPD Detective Glen Whelpley lives in New York. (*See* https://www.tlo.com/).

19. The current whereabouts of Detective John Farrell are unknown.

20. Attached as Exhibit 7 is a true and correct copy of the New York Department of State registration for Penguin Random House LLC showing an address at 1745 Broadway, New York, NY 10019.

21. Attached as Exhibit 8 is a true and correct copy of the New York Department of State registration for International Creative Management Partners LLC showing an address at 10250 Constellation Boulevard, Los Angeles, CA 90067.

22. Attached as Exhibit 9, is a true and correct copy of the New York Charities Database entry for Vassar College showing an address at 124 Raymond Avenue, Box 12, Poughkeepsie, NY 12604.

23. Attached as Exhibit 10, is a true and correct copy of the New York Charities Database entry for Safe Horizon Inc. showing an address at 2 Lafayette Street, 3rd Floor, New York, NY 10007.

24. Upon information and belief, [God's Love We Deliver](https://www.glwd.org/) is New York non-profit organization located at 166 Avenue of the Americas, New York, NY 10013 (available at https://www.glwd.org/).

25. Attached as Exhibit 11, is a true and correct copy of the New York Charities Database entry for A Joyful Heart Foundation showing an address at 25 Broadway, 9th Floor, New York, NY 10004.

**Additional Witnesses**

26. Upon information and belief, David Nocenti works in New York at Union Settlement (available at https://unionsettlement.org/senior-staff/).

27. According to the New York State Unified Court System, Michael P. Joseph, Antron McCray's criminal defense attorney, is currently registered to practice law in New York (available at http://iapps.courts.state.ny.us/attorney/captcha).

28. According to the New York State Unified Court System, Peter M. Rivera, Raymond Santana's criminal defense attorney, is currently registered to practice law in New York (available at http://iapps.courts.state.ny.us/attorney/captcha).

29. According to the New York State Unified Court System, Colin A. Moore, Korey Wise's criminal defense attorney, is currently registered to practice law in New York (available at http://iapps.courts.state.ny.us/attorney/captcha).

30. According to the New York State Unified Court System, Howard Jerome Diller, Kevin Richardson's criminal defense attorney, is deceased (available at http://iapps.courts.state.ny.us/attorney/captcha).

31. According to the New York State Unified Court System, Robert P. Burns, Yusef Salaam's criminal defense attorney, is deceased (available at http://iapps.courts.state.ny.us/attorney/captcha).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed in Chicago, Illinois
on: May 18, 2020

Jacqueline A. Giannini