# EXHIBIT 1

Linda Doggett, Lee County Clerk of Circuit Court
INSTR. # 2019000247026, Doc Type AFF, Pages 1, Recorded 10/25/2019 at 10:23 AM, Deputy Clerk CDEAN
Rec Fees: $10.00

## DECLARATION OF DOMICILE

To the Clerk of the Circuit Court (County Comptroller of Lee County, Florida)

**For Recording Information Only:**

This is my/our declaration of domicile in the State of Florida that I am/we are filing this day in accordance and in conformity with Section 222.17, Florida Statutes.

I/We became a resident on: Sept. 27, 2019

I/We hereby declare that I/We reside in and maintain a place of abode at:

151 Blackwall Court
(Number and Street)

Boca Grande, Lee Cty
(City and County)          Florida   33921   (Zip Code)

Which place of abode I/we recognize and intend to maintain as my permanent home and, if I/we maintain another place or places of abode in some other state or states, I/we hereby declare that my/our above-described residence and abode in the State of Florida constitutes my/our predominant and principal home, and I/we intend to continue it permanently as such. I am, at the time of making this declaration, a bona fide resident of the State of Florida residing at:

151 Blackwall Court
(Number and Street)

Boca Grande, Lee County
(City and County)          Florida   33921   (Zip Code)

And the place or places where I/we maintain another or other place or places of abode are as follows: (Here list street address, city, county, and state of any other place or places of abode.)

I/we maintain another abode at:

130 East End Avenue
(Number and Street)

NY, NYork County, NYS 10028
(City, County, State and Zip)

I/we formerly resided at:

130 East End Ave
(Number and Street)

NY, NY County, NYS 10028
(City, County, State and Zip)

**MUST BE SIGNED IN THE PRESENCE OF A NOTARY**

/s/ Linda Fairstein
Signature

Linda Fairstein
Printed Name

/s/ Michael Goldberg
Signature

Michael Goldberg
Printed Name

Sworn to and subscribed before me this 24 of October, 2019. appeared Linda Fairstein and Michael Goldberg. He/She/They are personally known to me or produced Florida Driver Licenses as identification.

Place Notary Stamp Here

ALISON HENDERSON
Notary Public - State of Florida
Commission # FF979950
My Comm. Expires Jun 13, 2020

/s/ Alison Henderson
(Signature of Notary Public, State of Florida)

Alison Henderson
(Print Name of Commissioned Notary Public)