# EXHIBIT 2

Linda Doggett, Lee County Clerk of Circuit Court
INSTR. # 2020000008469, Doc Type D, Pages 2, Recorded 1/10/2020 at 10:48 AM, Deputy Clerk LHINSPETER ERECORD
Rec Fees: $18.50 Deed Doc: $25,200.00

Prepared By and Return To:
**WIDEIKIS, BENEDICT & BERNTSSON, LLC**
**THE BIG W LAW FIRM**
Attn: Robert C. Benedict, Esq.
333 Park Avenue, Unit 2A, PO Box 483
Boca Grande, FL 33921

Order No.: 2019-51532JWC

Property Appraiser's Parcel I.D. (folio) No.: 23-43-20-23-00000.1080

# WARRANTY DEED

THIS WARRANTY DEED dated January 7, 2020, is made by and between **DIANE MAE PETITPREN, Individually, and as Trustee of the DIANE MAE PETITPREN TRUST dated March 23, 1993, AS RESTATED,** whose address is P. O. Box 599, Boca Grande, FL 33921 (the "Grantor"), and **LINDA A. FAIRSTEIN,** whose address is 130 E. End Avenue PH B, New York, NY 10028 (the "Grantee").

(Wherever used herein the terms "Grantor" and "Grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations).

WITNESSETH: That the Grantor, for and in consideration of the sum of Ten And 00/100 Dollars ($10.00) and other valuable consideration, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys, and confirms unto the Grantee, all that certain land situated in the County of **Lee**, State of Florida, described as follows:

Lot 108, NORTH BAY, according to the map or plat thereof, as recorded in Plat Book 45, Page(s) 38 through 43, of the Public Records of Lee County, Florida.

Subject to easements, restrictions, reservations and limitations of record, if any.

Neither the Grantor named herein, nor the spouses thereof or anyone for whose support they are responsible reside on or adjacent to the property herein described and is not therefore their homestead property.

Grantor convenants that said trust is still in full force and effect and has not been revoked or amended.

TO HAVE AND TO HOLD the same in fee simple forever.

AND the Grantor hereby covenants with said Grantee that the Grantor is lawfully seized of said land in fee simple; that the Grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to: 2019.

IN WITNESS WHEREOF, the said Grantor has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in presence of:

_____
Witness Signature

Jessica Dull
Printed Name of First Witness

Naomi J. Wise
Witness Signature

Naomi J. Wise
Printed Name of Second Witness

_____
DIANE MAE PETITPREN, Individually, as Trustee
of the DIANE MAE PETITPREN TRUST dated
March 23, 1993, AS RESTATED

STATE OF FLORIDA

COUNTY OF Lee

The foregoing instrument was acknowledged before me by means of ✗ physical presence or ___ online notartization, this 2nd day of January, 20 20 by DIANE MAE PETITPREN, Individually, and as Trustee of the DIANE MAE PETITPREN TRUST dated March 23, 1993, AS RESTATED, who is/are personally known to me or who has/have produced FDL as identification and who did take an oath.

JESSICA DULL
Commission # GG 243888
Expires August 8, 2022
Bonded Thru Troy Fain Insurance 800-385-7019

_____
Notary Public, State of
My Commission Expires:
(Seal)