# EXHIBIT 10

Charities.com

[New York State Office of the Attorney General](#)

- [HOME](#)
- [CHARITIES](#)
- [TRUSTS & ESTATES](#)
- [DONORS](#)
- [FORMS](#)



- [   About the Charities Bureau](#)



- [   Complaint Form](#)

## Search Charities Database

Posting here does not mean the organization is an approved tax-exempt organization under the Internal Revenue Code. The IRS determines tax-exempt status.

Contributions are not tax deductible unless the IRS determines the organization is tax-exempt. To search a list of tax-exempt organizations, use [the IRS Exempt Organization Search Tool](#) provided by the IRS. Some organizations, like religious organizations, may not appear on the IRS list because they are not required to file with IRS in order to be tax-exempt.

For information about the deductibility of contributions to organizations with pending applications for tax exempt status from the IRS, visit **[IRS.Gov](#)**.

The Attorney General's Office does not endorse or approve any organization posted in this website.

- [   FAQs](#)

- [   Guides & Publications](#)

- [   Helpful Websites](#)



- [   Pennies for Charity](#)

| SEARCH RESULTS SELECTION | |
|---|---|
| Organization Name: | Safe Horizon Inc |
| Registration Type: | NFP |
| Registration Category: | Dual |
| Month number fiscal year ends : | 8 |
| Federal ID No. (EIN): | 132946970 |
| NY State Reg. No.: | 02-60-64 |
| County: | NO DATA AVAILABLE |
| Address: | 2 Lafayette Street, 3rd Floor<br>New York , NY 10007 |
| Web Site: | NO DATA AVAILABLE |

**Documents Available:**

Underlined documents can be viewed by clicking on the documents' names. When clicking on a document, depending on the browser you are using, it may be necessary to select a choice other than Open to access the document. For example, if given the choices Open and Save, it may necessary to click on Save to view the document.

- [   Search the Registry](#)



| Registration Documents | Received |
|---|---|