**EXHIBIT B**
**CHART OF ALLEGED DEFAMATORY SCENES**

| Scene No. | Episode/ Time | Challenged Scene/ Complaint Allegations | Basis for Dismissal |
|---|---|---|---|
| 1. | Ep. 1, 7:30-8:50 | Scene depicting Fairstein character at Meili crime scene April 20, 1989 (Compl. ¶ 52) | Constitutionally protected dramatization of controversial events; not defamatory; substantial truth based on public and judicially noticeable records |
| 2. | Ep. 1, 8:50-9:26 | Scene depicting Fairstein character "drafting a press release to give to reporters" on April 20 (Compl. ¶ 59) | Constitutionally protected dramatization of controversial events; not defamatory; improper innuendo |
| 3. | Ep. 1, 11:00-12:38 | Scene depicting room of teenage boys "allegedly involved in the attacks in Central Park"; Fairstein character asks what "wilding" means and talks to one of the boys (Compl. ¶¶ 65 -66) | Constitutionally protected dramatization of controversial events; not defamatory; improper innuendo; substantial truth based on public and judicially noticeable records |
| 4. | Ep. 1, 15:58-16:52; 34:45-36:24 | Scenes at stationhouse depicting Fairstein character "Putting Together a Timeline" (Compl., p. 22, ¶¶ 79, 83) | Constitutionally protected dramatization of controversial events; not defamatory; substantial truth based on public and judicially noticeable records |
| 5. | Ep. 1, 16:53-19:48 | Scenes depicting Fairstein character "Fighting with Nancy Ryan Over Who Would Prosecute Case" in phone call with DA Morgenthau and briefing police (Compl., p. 25, ¶¶ 88, 90, 94) | Constitutionally protected dramatization of controversial events; nonactionable opinion/rhetorical hyperbole used for dramatic purposes; not defamatory; substantial truth based on public and judicially noticeable records |

| Scene No. | Episode/ Time | Challenged Scene/ Complaint Allegations | Basis for Dismissal |
|---|---|---|---|
| 6. | Ep. 1, 19:54-20:30 | Scene at stationhouse depicting Fairstein character calling for police officers to roundup "that whole group … every little thug you see … every kid who was in the park last night" (Compl. ¶ 97) | Constitutionally protected dramatization of controversial events; nonactionable opinion/rhetorical hyperbole used for dramatic purposes; not defamatory; substantial truth based on public and judicially noticeable records |
| 7. | Ep. 1, 22:35-22:56 | Scene at stationhouse depicting Fairstein character addressing police officers, saying "No kid gloves here" (Compl. ¶ 104) | Constitutionally protected dramatization of controversial events; not defamatory; nonactionable opinion/ hyperbole used for dramatic purposes; not defamatory |
| 8. | Ep. 1, 47:42-51:01, 52:25 | Scenes depicting Fairstein character discussing witness statements with ADA Lederer: Fairstein character expresses her belief that "they're all guilty, each of these boys assaulted Patricia Meili" because in their confessions "they all bear eyewitness against each other" (Compl. ¶ 108); Lederer character points out problems with the statements (*id.* ¶¶ 110-114) | Constitutionally protected dramatization of controversial events; nonactionable opinion/ hyperbole used for dramatic purposes; not defamatory; improper innuendo; substantial truth based on public and judicially noticeable records |
| 9. | Ep. 2, 16:39-17:14 | Scene depicting prosecutors' discussion of DNA evidence found on sock prior to results of testing same (Compl. ¶ 118) | Constitutionally protected dramatization of controversial events; nonactionable opinion/ hyperbole used for dramatic purposes; not defamatory; improper innuendo; substantial truth based on public and judicially noticeable records |

2

| Scene No. | Episode/ Time | Challenged Scene/ Complaint Allegations | Basis for Dismissal |
|---|---|---|---|
| 10. | Ep. 2, 29:51-32:23 | Scene depicting exchanges between Fairstein and Lederer characters when they learn that the sock DNA is not a match to any of The Five (Compl. ¶¶ 120-22) | Constitutionally protected dramatization of controversial events; nonactionable opinion/ hyperbole used for dramatic purposes; not defamatory; substantial truth based on public and judicially noticeable records |
| 11. | Ep. 4, 1:09:49-1:12:43 | Scene depicting a 2002 lunch meeting between Fairstein and Lederer characters (Compl. ¶ 128) | Constitutionally protected dramatization of controversial events; nonactionable opinion/ hyperbole used for dramatic purposes; not defamatory; substantial truth based on public and judicially noticeable records |