# EXHIBIT 4

Page 1

1

2   - - - - - - - - - - - - - - - - - - x

3

    RE:    In re:  McCRAY, RICHARDSON,

4   SANTANA, WISE

            and SALAAM Litigation,

5

    Docket No. 03 CV 9685 (DAB)(RLE)

6

    - - - - - - - - - - - - - - - - - - x

7

                        99 Park Avenue

8                       New York, New York

9                       April 23, 2013

                        10:06 a.m.

10

11      EXAMINATION BEFORE TRIAL of LINDA

12  FAIRSTEIN, a Defendant in the

13  above-entitled action, held at the above

14  time and place, taken before Alice

15  Schulman, a Notary Public of the State of

16  New York, pursuant to Notice and

17  stipulations between Counsel.

18

19            *         *         *

20

21

22

23

24

25

NYCLD_038869

Page 2

1    APPEARANCES:
2

        ROGER S. WAREHAM, ESQ.
3            Attorney for Plaintiffs
             ANTRON McCRAY, RAYMOND
4            SANTANA and KEVIN RICHARDSON
             394 Putnam Avenue
5            Brooklyn, New York 11216
6                 -and-
7        MICHAEL W. WARREN, P.C.
        Attorney for Plaintiffs
8            ANTRON McCRAY, RAYMOND
             SANTANA and KEVIN RICHARDSON
9            580 Washington Avenue
             Brooklyn, New York 11238
10
        BY:   MICHAEL W. WARREN, ESQ.
11            EVELYN WARREN, ESQ.
12
        BELDOCK LEVINE & HOFFMAN LLP
13            Attorneys for SALAAM Plaintiffs
             99 Park Avenue
14           New York, New York 10016-1503
15       BY:   MYRON BELDOCK, ESQ.,
             KAREN DIPPOLD, ESQ.,
16           JOSHUA S. MOSKOVITZ, ESQ.,
             PETER MATORIN, ESQ.,
17           CYNTHIA ROLLINGS, ESQ.
             (PM ONLY)
18
19       FISHER, BYRIALSEN & KREIZER, PLLC
             Attorneys for Plaintiff
20           KHAREY WISE
             291 Broadway, Suite 709
21           New York, New York 10007
22       BY:   JANE FISHER-BYRIALSEN, ESQ.,
             DAVID P. KREIZER, ESQ.
23           KAITLIN F. NARES, INTERN
24
25

NYCLD_038870

Linda Fairstein

Page 57

| | | |
|---|---|---|
| 1 | A.    In the preparation with | 11:04:41 |
| 2 | detectives for the trial of the case.  So | 11:04:43 |
| 3 | she did not have to come to me to get | 11:04:45 |
| 4 | permission to assign detectives for daily | 11:04:48 |
| 5 | work with her. | 11:04:52 |
| 6 | Q.    Were you involved in assisting | 11:04:53 |
| 7 | Ms. Lederer and/or Mr. Clements in any way | 11:04:56 |
| 8 | in the preparation for the trials and the | 11:05:02 |
| 9 | prosecutions themselves? | 11:05:06 |
| 10 | A.    In some respects, yes. | 11:05:10 |
| 11 | Q.    In what respects? | 11:05:14 |
| 12 | A.    If Ms. Lederer wanted to discuss | 11:05:16 |
| 13 | an issue with me or a matter with me, she | 11:05:21 |
| 14 | would call me and we met. | 11:05:24 |
| 15 | I don't believe I ever met with | 11:05:27 |
| 16 | Mr. Clements in the preparation of the | 11:05:29 |
| 17 | case for trial.  That's a strong statement | 11:05:31 |
| 18 | ever.  I don't recall meeting with Mr. | 11:05:33 |
| 19 | Clements during the preparation for either | 11:05:37 |
| 20 | trial. | 11:05:41 |
| 21 | Q.    Can you tell us who the lawyers | 11:05:41 |
| 22 | were who were involved in the team that | 11:05:45 |
| 23 | prosecuted the defendants outside of | 11:05:49 |
| 24 | Lederer and Clements? | 11:05:52 |
| 25 | A.    Okay.  Yes.  The layers of | 11:05:53 |

NYCLD_038925

Linda Fairstein

Page 58

| | | |
|---|---|---|
| 1 | supervision included Ms. Lederer's three | 11:06:03 |
| 2 | Trial Bureau 40 supervisors. | 11:06:07 |
| 3 | Q.    Who? | 11:06:09 |
| 4 | A.    John Hogan was the bureau chief | 11:06:10 |
| 5 | in Trial Bureau 40.  And also a former | 11:06:13 |
| 6 | member of the Sex Crimes Prosecution Unit. | 11:06:18 |
| 7 | Dan McNulty was, I believe, charged with | 11:06:22 |
| 8 | much of the supervision direct on a daily | 11:06:28 |
| 9 | basis for Ms. Lederer and Mr. McNulty.  He | 11:06:32 |
| 10 | was their Deputy Bureau Chief in Trial | 11:06:36 |
| 11 | Bureau 40.  I believe the Second Deputy | 11:06:41 |
| 12 | was Mr. Cronin, Steve Cronin. | 11:06:43 |
| 13 | Q.    Can you spell that? | 11:06:45 |
| 14 | A.    C-R-O-N-I-N. | 11:06:45 |
| 15 | Q.    Go on. | 11:06:48 |
| 16 | A.    And then I was, in the sense of | 11:06:49 |
| 17 | the sex crimes work, a supervisor.  The | 11:06:59 |
| 18 | chief of the Trial Division to whom I | 11:07:02 |
| 19 | reported was also in the supervisory role | 11:07:04 |
| 20 | in this case. | 11:07:09 |
| 21 | Q.    Who was that? | 11:07:10 |
| 22 | A.    It was at first John Fried when | 11:07:11 |
| 23 | the case was assigned in April 1989.  He | 11:07:16 |
| 24 | left the office, a date you can ascertain | 11:07:22 |
| 25 | but probably 1990, replaced by Nancy Ryan | 11:07:28 |

NYCLD_038926

Linda Fairstein

Page 59

| | | |
|---|---|---|
| 1 | who was then a supervisor. | 11:07:32 |
| 2 | And then up the chain of | 11:07:37 |
| 3 | command, the Chief Assistant District | 11:07:39 |
| 4 | Attorney and Mr. Morgenthau himself. | 11:07:41 |
| 5 | Q.   Did you ever talk to Mr. | 11:07:44 |
| 6 | Morgenthau during the period this case was | 11:07:47 |
| 7 | pending before the convictions about | 11:07:49 |
| 8 | anything having to do with the charges, | 11:07:51 |
| 9 | the indictments and the prosecution? | 11:07:56 |
| 10 | MS. DAITZ:  Objection to form. | 11:07:58 |
| 11 | A.   Did I ever speak? | 11:08:00 |
| 12 | Q.   In that period of time. | 11:08:03 |
| 13 | A.   In the period of time from April | 11:08:05 |
| 14 | 20, 1989 -- | 11:08:07 |
| 15 | Q.   Right. | 11:08:09 |
| 16 | A.   -- to the convictions? | 11:08:09 |
| 17 | Q.   Right. | 11:08:11 |
| 18 | A.   Frequently. | 11:08:12 |
| 19 | Q.   Did you talk about issues in the | 11:08:13 |
| 20 | case with him? | 11:08:15 |
| 21 | A.   Yes, I did. | 11:08:16 |
| 22 | Q.   How often? | 11:08:17 |
| 23 | A.   Well, in what period of time? | 11:08:18 |
| 24 | Q.   In that period of time. | 11:08:22 |
| 25 | A.   It varied from the morning of | 11:08:24 |

NYCLD_038927

Linda Fairstein

Page 60

| # | | Time |
|---|---|---|
| 1 | April 20th for a month or six weeks, he | 11:08:28 |
| 2 | called me into him several times a day | 11:08:34 |
| 3 | every day.  There were periods where we | 11:08:37 |
| 4 | didn't speak as frequently. | 11:08:43 |
| 5 | He asked me, I was the person | 11:08:47 |
| 6 | who he called in this particular case.  He | 11:08:50 |
| 7 | expected me to give him information from | 11:08:55 |
| 8 | Ms. Lederer and her team that were updates | 11:08:58 |
| 9 | of any kind.  So I saw him during that | 11:09:01 |
| 10 | period.  And more frequently during the | 11:09:05 |
| 11 | hearings of the case and the trial. | 11:09:09 |
| 12 | Q.    If I can remember correctly, in | 11:09:13 |
| 13 | your answer, maybe an answer or so ago, | 11:09:23 |
| 14 | you said something about your assisting in | 11:09:26 |
| 15 | the sex crime aspects of the prosecution. | 11:09:28 |
| 16 | What did you mean by that? | 11:09:32 |
| 17 | A.    As you are well aware, there | 11:09:33 |
| 18 | were many charges in this case.  And in | 11:09:38 |
| 19 | addition to the five plaintiffs in this | 11:09:43 |
| 20 | case, there were many offenders charged | 11:09:44 |
| 21 | with acts not related to a sexual assault | 11:09:50 |
| 22 | but to physical assaults and to riot, and | 11:09:55 |
| 23 | many of them ultimately to be charged in | 11:09:58 |
| 24 | Juvenile Court. | 11:10:01 |
| 25 | And for all of those issues, Ms. | 11:10:04 |

NYCLD_038928

Linda Fairstein

| | | |
|---|---|---|
| 1 | at two precincts. | 15:45:53 |
| 2 | Q.    Others were concerned about what | 15:45:56 |
| 3 | else? | 15:45:59 |
| 4 | A.    Other officers I didn't know who | 15:45:59 |
| 5 | were in a similar position, who were not | 15:46:06 |
| 6 | being interviewed and expressed to my | 15:46:09 |
| 7 | former colleagues that they had | 15:46:14 |
| 8 | information they wanted to give to her, | 15:46:17 |
| 9 | her being Ms. Ryan. | 15:46:20 |
| 10 | Q.    Do you know what officers | 15:46:22 |
| 11 | communicated with your former colleagues | 15:46:24 |
| 12 | to express that opinion or those opinions? | 15:46:26 |
| 13 | A.    As I sit here today, I don't | 15:46:29 |
| 14 | know.  I knew in 19 -- I'm sorry, I knew | 15:46:31 |
| 15 | some of the names in 2002. | 15:46:36 |
| 16 | Q.    Did you take notes when you were | 15:46:38 |
| 17 | having these conversations with people in | 15:46:40 |
| 18 | the District Attorney's office who were | 15:46:42 |
| 19 | expressing their concern? | 15:46:43 |
| 20 | A.    Not that I can think of. | 15:46:46 |
| 21 | Q.    I guess we can go to April 20th | 15:46:49 |
| 22 | now for awhile.  Fiston called you what | 15:47:15 |
| 23 | time in the morning? | 15:47:22 |
| 24 | A.    As I recall, between 8:30 and | 15:47:24 |
| 25 | nine o'clock in the morning. | 15:47:27 |

NYCLD_039089

Linda Fairstein

|  |  | Page 224 |
|---|---|---|
| 1 | to give me information.  It was a call in | 15:50:04 |
| 2 | which he was asking for the help that we | 15:50:07 |
| 3 | provide in the instant moment. | 15:50:12 |
| 4 | Q.    Fiston was calling you, right, | 15:50:14 |
| 5 | right? | 15:50:17 |
| 6 | A.    Fiston did call me. | 15:50:17 |
| 7 | Q.    Right? | 15:50:19 |
| 8 | A.    Yes, sir. | 15:50:21 |
| 9 | Q.    And the reason Fiston called you | 15:50:21 |
| 10 | about a rape was the arrangement you and | 15:50:24 |
| 11 | Morgenthau had made with Fiston that you | 15:50:27 |
| 12 | should be called about every rape; is that | 15:50:29 |
| 13 | correct? | 15:50:32 |
| 14 | MS. DAITZ:  Objection. | 15:50:32 |
| 15 | A.    No, sir. | 15:50:32 |
| 16 | Q.    Why is that not correct? | 15:50:33 |
| 17 | MS. DAITZ:  Let her answer the | 15:50:35 |
| 18 | question this time. | 15:50:37 |
| 19 | Q.    Why is that not correct? | 15:50:37 |
| 20 | A.    Because the practice that | 15:50:39 |
| 21 | Morgenthau and I had requested to have | 15:50:41 |
| 22 | with Mr. Fiston and other officers was for | 15:50:45 |
| 23 | the information of a case. | 15:50:49 |
| 24 | So if a rape had happened on | 15:50:50 |
| 25 | 4/15 on East 30th Street and it wasn't | 15:50:51 |

NYCLD_039092

Linda Fairstein

Page 225

| | | |
|---|---|---|
| 1 | solved, we'd know and have it under our | 15:50:55 |
| 2 | roof as well. | 15:51:00 |
| 3 | On this morning when he called | 15:51:01 |
| 4 | me, he was calling to ask me to assign a | 15:51:03 |
| 5 | prosecutor now for the purpose, as we ride | 15:51:06 |
| 6 | homicides and sex crimes as the expression | 15:51:13 |
| 7 | is called, to have a prosecutor to be | 15:51:15 |
| 8 | available to him within hours to help with | 15:51:19 |
| 9 | the prosecutorial steps that would be | 15:51:21 |
| 10 | taken at the station house. | 15:51:24 |
| 11 | Q.    So it's your answer that the | 15:51:26 |
| 12 | call that Fiston made to you had no | 15:51:29 |
| 13 | connection with the arrangements that you | 15:51:32 |
| 14 | and Morgenthau had made with Fiston to | 15:51:33 |
| 15 | call and advise you about a rape, whether | 15:51:37 |
| 16 | or not a person had been arrested? | 15:51:39 |
| 17 | MS. DAITZ:  Objection.  You can | 15:51:41 |
| 18 | answer. | 15:51:43 |
| 19 | A.    Those are not my words, sir.  I | 15:51:43 |
| 20 | didn't say they had no connection.  I said | 15:51:46 |
| 21 | this was for a much more urgent purpose. | 15:51:48 |
| 22 | It might also have served that use, hello, | 15:51:51 |
| 23 | this is the event that happened this | 15:51:55 |
| 24 | morning. | 15:51:57 |
| 25 | On top of that, there was a much | 15:51:58 |

NYCLD_039093

Linda Fairstein

Page 228

| | | |
|---|---|---|
| 1 | A.    I don't believe so.  It was a | 15:54:13 |
| 2 | phone conversation, a telephone | 15:54:16 |
| 3 | conversation. | 15:54:17 |
| 4 | Q.    So let's go back to your call | 15:54:17 |
| 5 | to, pardon me, your call with Fiston. | 15:54:19 |
| 6 | What did you do after that? | 15:54:31 |
| 7 | A.    I picked up the office roster | 15:54:33 |
| 8 | that I kept on my desk.  It's a monthly | 15:54:39 |
| 9 | form distributed to every lawyer to look | 15:54:43 |
| 10 | at my unit's names to see who was | 15:54:50 |
| 11 | available for me to assign the case to. | 15:54:53 |
| 12 | Q.    And what happened next? | 15:54:57 |
| 13 | A.    I chose the name Elizabeth | 15:55:03 |
| 14 | Lederer. | 15:55:03 |
| 15 | Q.    Because? | 15:55:05 |
| 16 | A.    Because she was a skilled | 15:55:05 |
| 17 | experienced litigator.  She did excellent | 15:55:09 |
| 18 | work.  She was one of the top four names | 15:55:14 |
| 19 | that I considered at the time that I | 15:55:21 |
| 20 | looked at the list and I settled on her. | 15:55:25 |
| 21 | Q.    And you called? | 15:55:30 |
| 22 | A.    And I called her. | 15:55:31 |
| 23 | Q.    Right after that? | 15:55:32 |
| 24 | A.    Immediately after that. | 15:55:34 |
| 25 | Q.    Told her? | 15:55:35 |

NYCLD_039096

Linda Fairstein

Page 269

| | | |
|---|---|---|
| 1 | were returned to the precinct. | 16:58:19 |
| 2 | Q.    On the 20th, were you in the | 16:58:21 |
| 3 | presence of any of the suspects and the | 16:58:24 |
| 4 | police at the same time? | 16:58:30 |
| 5 | MS. DAITZ:  Just to clarify, are | 16:58:33 |
| 6 | you saying on April 20th or at the 20th | 16:58:34 |
| 7 | Precinct? | 16:58:37 |
| 8 | MR. BELDOCK:  On April 20th at | 16:58:39 |
| 9 | the 20th Precinct. | 16:58:40 |
| 10 | A.    To make it clear, I was never in | 16:58:41 |
| 11 | the presence of any suspect without police | 16:58:44 |
| 12 | being present, but I don't believe I was | 16:58:47 |
| 13 | with police and suspects at the 20th | 16:58:52 |
| 14 | Precinct. | 16:58:57 |
| 15 | I could be wrong, if they were | 16:58:58 |
| 16 | at any time brought into the large squad | 16:59:00 |
| 17 | room, but I was never in an interview room | 16:59:02 |
| 18 | at the 20th Precinct. | 16:59:05 |
| 19 | Q.    Did you know who was in the | 16:59:06 |
| 20 | precinct on the 20th? | 16:59:08 |
| 21 | MS. DAITZ:  Objection to form. | 16:59:09 |
| 22 | Q.    You know, I'm talking about | 16:59:15 |
| 23 | suspects. | 16:59:16 |
| 24 | A.    I did not have, and I did not | 16:59:18 |
| 25 | have a complete picture of who was in in | 16:59:23 |

NYCLD_039137

Linda Fairstein

Page 270

| | | |
|---|---|---|
| 1 | the period between 8:30 p.m. and 11:30. | 16:59:26 |
| 2 | Q. You knew at some point that | 16:59:29 |
| 3 | Yusef Salaam was there? | 16:59:31 |
| 4 | A. I had learned that. | 16:59:33 |
| 5 | Q. And did you learn that Kharey | 16:59:34 |
| 6 | Wise was there? | 16:59:36 |
| 7 | A. When did I learn that? I | 16:59:36 |
| 8 | learned that. | 16:59:40 |
| 9 | Q. While at the 20th, did you learn | 16:59:41 |
| 10 | that Kharey Wise was there? | 16:59:43 |
| 11 | A. No, actually. | 16:59:44 |
| 12 | Q. When did you learn that? | 16:59:46 |
| 13 | A. I learned that shortly after | 16:59:48 |
| 14 | reaching the 24th Precinct. | 16:59:54 |
| 15 | Q. From whom did you learn that? | 16:59:55 |
| 16 | A. I believe I learned that from | 16:59:59 |
| 17 | Detective Taglioni. | 17:00:02 |
| 18 | Q. And from whom did you first | 17:00:04 |
| 19 | learn that Yusef Salaam was at the | 17:00:08 |
| 20 | precinct? | 17:00:10 |
| 21 | A. I first learned that around | 17:00:11 |
| 22 | 11:30 p.m. on the night of the 20th when | 17:00:15 |
| 23 | an officer came up to tell me that someone | 17:00:23 |
| 24 | was there on behalf of the Salaam family. | 17:00:30 |
| 25 | Q. Where were you? | 17:00:34 |

NYCLD_039138

Linda Fairstein

| | | |
|---|---|---|
| 1 | A.    On the second floor in the squad | 17:00:35 |
| 2 | room. | 17:00:38 |
| 3 | Q.    What had you been doing? | 17:00:38 |
| 4 | A.    I'd been making phone calls. | 17:00:39 |
| 5 | Q.    What did you do directly before | 17:00:42 |
| 6 | you learned that? | 17:00:47 |
| 7 | A.    I had been on the phone.  I | 17:00:47 |
| 8 | can't tell you who I was on the phone | 17:00:50 |
| 9 | with. | 17:00:53 |
| 10 | Q.    What officer came up to you? | 17:00:53 |
| 11 | A.    As best I can recall it was a | 17:00:55 |
| 12 | sergeant named Klev, K-L-E-V. | 17:00:58 |
| 13 | Q.    Had you been -- | 17:01:01 |
| 14 | MR. BELDOCK:  Withdrawn. | 17:01:06 |
| 15 | Q.    From the time of the first | 17:01:07 |
| 16 | interview -- | 17:01:08 |
| 17 | MR. BELDOCK:  Withdrawn.  I'm | 17:01:11 |
| 18 | sorry. | 17:01:12 |
| 19 | Q.    From the time of the first | 17:01:12 |
| 20 | meeting you and Lederer had with Sergeant, | 17:01:14 |
| 21 | sorry, with Captain Rowe, had you had | 17:01:19 |
| 22 | anymore interaction, anymore discussions | 17:01:24 |
| 23 | with Captain Rowe? | 17:01:27 |
| 24 | A.    Yes. | 17:01:28 |
| 25 | Q.    What did they consist of? | 17:01:28 |

NYCLD_039139

Linda Fairstein

Page 273

| | | |
|---|---|---|
| 1 | Q.    Did you ever see those pictures? | 17:02:28 |
| 2 | A.    Yes. | 17:02:30 |
| 3 | Q.    When? | 17:02:31 |
| 4 | A.    I believe, I know it was at the | 17:02:31 |
| 5 | 24th Precinct after seven in the morning. | 17:02:36 |
| 6 | Q.    Someone came up to you when you | 17:02:42 |
| 7 | were on the second floor and told you that | 17:02:44 |
| 8 | there was someone inquiring about Mr. | 17:02:48 |
| 9 | Salaam? | 17:02:51 |
| 10 | MS. DAITZ:  Objection to form. | 17:02:51 |
| 11 | Q.    What exactly were you told? | 17:02:53 |
| 12 | A.    I was told that a man was there, | 17:02:54 |
| 13 | a lawyer on behalf of the Salaam family. | 17:02:58 |
| 14 | Q.    Anything else? | 17:03:06 |
| 15 | A.    I think, I think, and I've given | 17:03:08 |
| 16 | sworn testimony about this years ago, I | 17:03:15 |
| 17 | think that was the first conversation that | 17:03:18 |
| 18 | was reported to me by the officer. | 17:03:20 |
| 19 | Q.    Anyone else present? | 17:03:23 |
| 20 | A.    I don't think so. | 17:03:24 |
| 21 | Q.    Did you speak to Lederer about | 17:03:28 |
| 22 | that information? | 17:03:31 |
| 23 | A.    No, I didn't know where she was | 17:03:32 |
| 24 | at the moment. | 17:03:34 |
| 25 | Q.    Do you know what she was doing | 17:03:35 |

NYCLD_039141

Linda Fairstein

Page 283

| | | |
|---|---|---|
| 1 | Salaam. | 17:17:41 |
| 2 | Q. You can exclude me from | 17:17:45 |
| 3 | everybody in this room. | 17:17:45 |
| 4 | A. Okay. | 17:17:45 |
| 5 | MR. WARREN: Exclude me too. | 17:17:48 |
| 6 | THE WITNESS: Okay, fine. | 17:17:48 |
| 7 | Q. You see he gave testimony that's | 17:17:48 |
| 8 | different from your testimony, right? | 17:17:51 |
| 9 | A. Correct. | 17:17:53 |
| 10 | Q. Did you know Lieutenant Doyle | 17:17:54 |
| 11 | was at the precinct, at the 20th Precinct | 17:18:00 |
| 12 | on the 20th of April? | 17:18:03 |
| 13 | A. As I said earlier, I know | 17:18:04 |
| 14 | Lieutenant Doyle and Sergeant O'Connor | 17:18:08 |
| 15 | were among the supervisors who were there | 17:18:10 |
| 16 | for, at one precinct or the other for the | 17:18:16 |
| 17 | 32 hours or so that Ms. Lederer and I were | 17:18:20 |
| 18 | there. I can't place him at a specific | 17:18:23 |
| 19 | moment like this now today. | 17:18:25 |
| 20 | Q. So you can't say whether you | 17:18:27 |
| 21 | remember them being at the 20th Precinct? | 17:18:30 |
| 22 | A. I can't today. They may well | 17:18:32 |
| 23 | have been. | 17:18:36 |
| 24 | Q. Did you know what division or | 17:18:36 |
| 25 | bureau of the police department Doyle was | 17:18:54 |

NYCLD_039151

Page 303

1

2   - - - - - - - - - - - - - - - - - - - - x

3

RE:     In re:  McCRAY,  RICHARDSON,
4   SANTANA,  WISE
        and  SALAAM  Litigation,

5

Docket  No.  03  CV  9685  (DAB)(RLE)

6

- - - - - - - - - - - - - - - - - - - - x

7

                        99  Park  Avenue
8                       New  York,  New  York
9                       April  24,  2013
                        9:37  a.m.

10

11       CONTINUED  EXAMINATION  BEFORE  TRIAL  of
12   LINDA  FAIRSTEIN,  a  Defendant  in  the
13   above-entitled  action,  held  at  the  above
14   time  and  place,  taken  before  Alice
15   Schulman,  a  Notary  Public  of  the  State  of
16   New  York,  pursuant  to  Subpoena  and
17   stipulations  between  Counsel.

18

19                *         *         *

20

21

22

23

24

25

NYCLD_039211

Page 304

1    APPEARANCES:
2
         ROGER S. WAREHAM, ESQ.
3                Attorney for Plaintiffs
                 ANTRON McCRAY, RAYMOND
4                SANTANA and KEVIN RICHARDSON
                 394 Putnam Avenue
5                Brooklyn, New York 11216
6                     -and-
7        MICHAEL W. WARREN, P.C.
         Attorney for Plaintiffs
8                ANTRON McCRAY, RAYMOND
                 SANTANA and KEVIN RICHARDSON
9                580 Washington Avenue
                 Brooklyn, New York 11238
10
         BY:  MICHAEL W. WARREN, ESQ.
11            EVELYN WARREN, ESQ.
12
         BELDOCK LEVINE & HOFFMAN LLP
13               Attorneys for SALAAM Plaintiffs
                 99 Park Avenue
14               New York, New York 10016-1503
15       BY:  MYRON BELDOCK, ESQ.,
              KAREN DIPPOLD, ESQ.,
16            JOSHUA S. MOSKOVITZ, ESQ.,
              PETER MATORIN, ESQ.,
17            CYNTHIA ROLLINGS, ESQ.
              MARC A. CANNAN
18
19
         FISHER, BYRIALSEN & KREIZER, PLLC
20               Attorneys for Plaintiff
                 KHAREY WISE
21               291 Broadway, Suite 709
                 New York, New York 10007
22
         BY:   JANE FISHER-BYRIALSEN, ESQ.,
23             DAVID P. KREIZER, ESQ.
24
25

NYCLD_039212

Linda Fairstein

Page 330

| | | | |
|---|---|---|---|
| 1 | A. | 24th Precinct. | 10:05:52 |
| 2 | Q. | This is on the 21st, right? | 10:05:54 |
| 3 | A. | Yes. | 10:05:56 |
| 4 | Q. | Who was present with Kharey at | 10:05:57 |
| 5 | that time? | | 10:06:01 |
| 6 | A. | The detectives working with him. | 10:06:01 |
| 7 | I believe, well, Detective Sheehan was in | | 10:06:08 |
| 8 | the immediate area around me, and Jonza | | 10:06:11 |
| 9 | was, I don't know if Jonza was next to me | | 10:06:16 |
| 10 | but nearby. | | 10:06:23 |
| 11 | | (Mr. Wareham entered the room.) | 10:06:24 |
| 12 | Q. | This is in the station house? | 10:06:28 |
| 13 | A. | Yes. | 10:06:32 |
| 14 | Q. | This is not in the park? | 10:06:33 |
| 15 | A. | Correct. | 10:06:34 |
| 16 | Q. | You went with Kharey to the | 10:06:35 |
| 17 | park? | | 10:06:37 |
| 18 | A. | Yes. | 10:06:37 |
| 19 | Q. | Is this before you went to the | 10:06:37 |
| 20 | park? | | 10:06:39 |
| 21 | A. | Yes. | 10:06:39 |
| 22 | Q. | Where was this, where in the | 10:06:39 |
| 23 | station house did this take place? | | 10:06:44 |
| 24 | A. | In the squad room on the second | 10:06:46 |
| 25 | floor, I believe. | | 10:06:49 |

NYCLD_039238

Linda Fairstein

Page 332

| | | |
|---|---|---|
| 1 | A.    I don't believe I did see him | 10:08:06 |
| 2 | there.  I later learned he was there. | 10:08:07 |
| 3 | Q.    Go on reading the notes.  Pick | 10:08:10 |
| 4 | up with not cuffed.  What do you mean by | 10:08:21 |
| 5 | that? | 10:08:23 |
| 6 | A.    That he was never handcuffed for | 10:08:24 |
| 7 | this trip to the park, in the precinct or | 10:08:27 |
| 8 | in the park until after he was arrested | 10:08:29 |
| 9 | many hours later. | 10:08:32 |
| 10 | Q.    Why don't you read those three | 10:08:33 |
| 11 | lines. | 10:08:36 |
| 12 | A.    Okay.  Not cuffed.  In roadway | 10:08:37 |
| 13 | with Jonza and Sheehan and Kevin | 10:08:41 |
| 14 | Richardson. | 10:08:44 |
| 15 | Q.    Are those notes related to | 10:08:46 |
| 16 | events in the station house? | 10:08:50 |
| 17 | A.    No, in the park now. | 10:08:54 |
| 18 | Q.    Read the rest of the notes, | 10:08:59 |
| 19 | please. | 10:09:04 |
| 20 | A.    Pointed out where he was on ball | 10:09:04 |
| 21 | field and where, using his word in quotes, | 10:09:07 |
| 22 | snatched her. | 10:09:15 |
| 23 | Q.    Go on. | 10:09:16 |
| 24 | A.    Drove below, underlined, after | 10:09:18 |
| 25 | KR, arrow back to car. | 10:09:25 |

NYCLD_039240

Linda Fairstein

Page 333

| | | |
|---|---|---|
| 1 | Q.    What does that mean? | 10:09:28 |
| 2 | A.    That the drove below refers to | 10:09:30 |
| 3 | the fact that the officers driving me in | 10:09:35 |
| 4 | the car drove from the roadway down to the | 10:09:38 |
| 5 | ravine.  That's what drove below means. | 10:09:43 |
| 6 | After KR went back to the car | 10:09:48 |
| 7 | means that Kevin was the first of the two | 10:09:51 |
| 8 | young men the officers asked to get out of | 10:09:55 |
| 9 | the car. | 10:09:58 |
| 10 | Q.    Kharey was asked to get out | 10:10:00 |
| 11 | afterwards, is that what it means? | 10:10:02 |
| 12 | A.    Yes. | 10:10:04 |
| 13 | Q.    What time of day did you go to | 10:10:05 |
| 14 | the park? | 10:10:09 |
| 15 | A.    We left the precinct shortly | 10:10:09 |
| 16 | after 7:00 a.m. and were back by 8:00 a.m. | 10:10:12 |
| 17 | Q.    You were driven there by a | 10:10:17 |
| 18 | police officer? | 10:10:21 |
| 19 | A.    Yes. | 10:10:21 |
| 20 | Q.    Which one? | 10:10:21 |
| 21 | A.    It's my recollection, as I sit | 10:10:22 |
| 22 | here, that Detective Sheehan drove the car | 10:10:27 |
| 23 | and Detective Jonza was also in the car. | 10:10:31 |
| 24 | Q.    Were you all in the same car | 10:10:33 |
| 25 | with Kharey and Kevin? | 10:10:35 |

NYCLD_039241

Linda Fairstein

Page 334

| | | |
|---|---|---|
| 1 | A.     That's my recollection.   I could | 10:10:37 |
| 2 | be mistaken. | 10:10:38 |
| 3 | Q.     Read on. | 10:10:39 |
| 4 | A.     Mike Sheehan and August Jonza. | 10:10:40 |
| 5 | Mike Sheehan, I'm sorry, to Mike Sheehan, | 10:10:47 |
| 6 | T-O, to August Jonza, quote, send Kharey | 10:10:51 |
| 7 | up - walked over alone, meaning Kharey | 10:10:55 |
| 8 | walked alone. | 10:11:01 |
| 9 | (Mr. Warren entered the room.) | 10:11:01 |
| 10 | Q.    Over to? | 10:11:04 |
| 11 | A.     To the area where Sheehan and I | 10:11:05 |
| 12 | were. | 10:11:08 |
| 13 | Q.    The next paragraph starting with | 10:11:08 |
| 14 | looked down, I can read, is this your | 10:11:14 |
| 15 | recording of what you -- | 10:11:20 |
| 16 | MR. BELDOCK:  Withdrawn. | 10:11:22 |
| 17 | Q.    Is this your recording of what | 10:11:22 |
| 18 | you understood Kharey to have said? | 10:11:25 |
| 19 | A.    Yes. | 10:11:27 |
| 20 | Q.    Where was he when you made these | 10:11:29 |
| 21 | comments? | 10:11:32 |
| 22 | A.     The car had parked in the ravine | 10:11:33 |
| 23 | and we were standing, I would say, | 10:11:37 |
| 24 | approximately a third of the way up from | 10:11:43 |
| 25 | the stream in the ravine to the roadway. | 10:11:48 |

NYCLD_039242

Linda Fairstein

Page 336

| | | |
|---|---|---|
| 1 | A.    Yes. | 10:13:10 |
| 2 | Q.    Were there any other persons | 10:13:10 |
| 3 | present with your group, Sheehan, Jonza, | 10:13:20 |
| 4 | Kevin and Kharey in the visit to the park? | 10:13:25 |
| 5 | A.    There may have been another car | 10:13:30 |
| 6 | with police officers in it.  I don't | 10:13:34 |
| 7 | believe there were any other civilians, | 10:13:37 |
| 8 | but I don't remember talking to anyone in | 10:13:41 |
| 9 | another car.  There were, there was a | 10:13:44 |
| 10 | uniformed police officer, at least one if | 10:13:48 |
| 11 | not two, on the roadway in the park when | 10:13:50 |
| 12 | we arrived. | 10:13:54 |
| 13 | Q.    Am I correct that this visit to | 10:13:55 |
| 14 | the park took place after the video | 10:13:57 |
| 15 | statements of Kharey and Kevin? | 10:14:02 |
| 16 | A.    I believe the visit to the park | 10:14:04 |
| 17 | took place after the video statement of | 10:14:06 |
| 18 | Kevin Richardson and, as I sit here today, | 10:14:09 |
| 19 | my recollection is that Kharey Wise had | 10:14:14 |
| 20 | made two written statements at that point, | 10:14:17 |
| 21 | or a written statement but had not yet | 10:14:24 |
| 22 | been videotaped. | 10:14:27 |
| 23 | Q.    Kevin was being questioned and | 10:14:31 |
| 24 | was giving information while at the visit | 10:14:33 |
| 25 | to the park and in the car. | 10:14:36 |

NYCLD_039244

Linda Fairstein

Page 485

| | | |
|---|---|---|
| 1 | Q.    When you were speaking to | 14:43:45 |
| 2 | Nocenti and speaking to Sharon on the | 14:43:48 |
| 3 | 20th, Sharonne on the 20th, and to whoever | 14:43:51 |
| 4 | else you were talking to, did you | 14:43:53 |
| 5 | understand that Yusef was being questioned | 14:43:55 |
| 6 | by detectives? | 14:43:58 |
| 7 | A.    When I spoke to Mr. Nocenti, | 14:44:00 |
| 8 | yes. | 14:44:03 |
| 9 | Q.    And when you spoke to Sharonne? | 14:44:03 |
| 10 | A.    For the first two minutes until | 14:44:05 |
| 11 | she told me her son's age, yes. | 14:44:08 |
| 12 | Q.    Are you saying that you stopped | 14:44:11 |
| 13 | the questioning after the first two | 14:44:12 |
| 14 | minutes? | 14:44:14 |
| 15 | MS. DAITZ:  Objection. | 14:44:14 |
| 16 | A.    I'm saying that I am the person, | 14:44:15 |
| 17 | yes, who the moment Mrs. Salaam told me | 14:44:17 |
| 18 | her son's age recommended to the police | 14:44:22 |
| 19 | that they stop the questioning. | 14:44:24 |
| 20 | Q.    And you did that promptly? | 14:44:27 |
| 21 | A.    I did that promptly. | 14:44:29 |
| 22 | Q.    When, to your knowledge, was | 14:44:32 |
| 23 | Yusef brought down to see his mother? | 14:44:36 |
| 24 | A.    I don't know.  I didn't have | 14:44:39 |
| 25 | control over that. | 14:44:43 |

NYCLD_039393

Linda Fairstein

Page 486

| | | |
|---|---|---|
| 1 | Q.    It didn't happen while you were | 14:44:43 |
| 2 | in the precinct, did it? | 14:44:45 |
| 3 | A.    I left the precinct immediately | 14:44:46 |
| 4 | after. | 14:44:48 |
| 5 | Q.    You left around 12, 12:30? | 14:44:49 |
| 6 | A.    Around 12:30, and this exchange | 14:44:52 |
| 7 | with Mrs. Salaam was about 12:15. | 14:44:55 |
| 8 | Q.    Do you remember Judge Titone's | 14:44:59 |
| 9 | dissent, Judge T-I-T-O-N-E's, dissent in | 14:45:06 |
| 10 | the Court of Appeals about Yusef? | 14:45:09 |
| 11 | A.    Yes, I do, very well. | 14:45:12 |
| 12 | MS. DAITZ:  At the time that it | 14:45:13 |
| 13 | was written, keep in mind. | 14:45:13 |
| 14 | A.    Yes, I do. | 14:45:16 |
| 15 | Q.    Didn't Judge Titone write in his | 14:45:17 |
| 16 | dissent, pardon me, didn't Judge Titone | 14:45:21 |
| 17 | write in his dissent that he disapproved | 14:45:26 |
| 18 | of the technique that he found you used | 14:45:29 |
| 19 | with Yusef Salaam by keeping him isolated | 14:45:33 |
| 20 | from family members while he was being | 14:45:38 |
| 21 | questioned? | 14:45:40 |
| 22 | MS. DAITZ:  Objection. | 14:45:40 |
| 23 | A.    I remember he wrote a very | 14:45:41 |
| 24 | strong dissent. | 14:45:43 |
| 25 | Q.    To that effect, right? | 14:45:45 |

NYCLD_039394

Linda Fairstein

Page 539

| | | |
|---|---|---|
| 1 | possibly Ms. Lederer. | 16:00:10 |
| 2 | Q.    Did you learn that information | 16:00:11 |
| 3 | also or independently from any of the | 16:00:13 |
| 4 | former or still current at that time | 16:00:17 |
| 5 | members of the Manhattan North Homicide | 16:00:23 |
| 6 | Group? | 16:00:26 |
| 7 | MS. DAITZ:  Objection. | 16:00:27 |
| 8 | Q.    Like Sheehan or McCabe, for | 16:00:29 |
| 9 | example. | 16:00:32 |
| 10 | MS. DAITZ:  Objection. | 16:00:32 |
| 11 | A.    I, I don't believe I ever had a | 16:00:33 |
| 12 | conversation with McCabe.  I don't believe | 16:00:41 |
| 13 | I had any conversations with McCabe, not | 16:00:47 |
| 14 | ever in regard to the reinvestigation of | 16:00:52 |
| 15 | this case.  Sheehan possibly, Lederer | 16:00:55 |
| 16 | possibly, Friel possibly. | 16:01:06 |
| 17 | Q.    You say that you told Kindler | 16:01:08 |
| 18 | that you were a fact witness.  Right or | 16:01:12 |
| 19 | wrong, you were a fact witness to events | 16:01:17 |
| 20 | concerning Yusef Salaam, Sharonne Salaam, | 16:01:21 |
| 21 | David Nocenti, all surrounding what | 16:01:24 |
| 22 | happened in the precinct when you | 16:01:27 |
| 23 | interacted with those people? | 16:01:31 |
| 24 | A.    Not limited to the names you've | 16:01:34 |
| 25 | just said, but all related to the 32 or | 16:01:37 |

NYCLD_039447

Linda Fairstein

Page 540

| | | |
|---|---|---|
| 1 | six hours in the precinct. | 16:01:43 |
| 2 | Q. You were a fact witness to | 16:01:44 |
| 3 | things that happened in the park when you | 16:01:46 |
| 4 | went to the park, right? | 16:01:48 |
| 5 | A. Yes. | 16:01:53 |
| 6 | Q. Were you a fact witness to any | 16:01:53 |
| 7 | other aspect of the interviews of the | 16:01:55 |
| 8 | defendants? | 16:01:58 |
| 9 | A. Not to the interviews but to | 16:01:58 |
| 10 | observations about how they were fed, how | 16:02:00 |
| 11 | they were cared for, what they said and | 16:02:04 |
| 12 | did to some extent 10:30 at night anyway | 16:02:08 |
| 13 | in the holding pen. | 16:02:12 |
| 14 | Information that Kharey Wise | 16:02:14 |
| 15 | shouted out about a victim who had not | 16:02:16 |
| 16 | even yet come forward to the police that | 16:02:19 |
| 17 | confirmed that fact when that man came | 16:02:22 |
| 18 | forward. | 16:02:27 |
| 19 | So I thought that a good | 16:02:27 |
| 20 | investigator wouldn't overlook any piece | 16:02:31 |
| 21 | of investigation, of information. | 16:02:34 |
| 22 | Q. Did you read Judge Tejada's | 16:02:38 |
| 23 | decision? | 16:02:44 |
| 24 | A. When it was issued, yes. I | 16:02:44 |
| 25 | don't believe I have since. | 16:02:47 |

NYCLD_039448

Linda Fairstein

Page 543

| | | |
|---|---|---|
| 1 | Morgenthau directed me to. | 16:06:11 |
| 2 | Q.    After the investigation, the | 16:06:12 |
| 3 | reinvestigation started in 2002, did you | 16:06:16 |
| 4 | give a number of interviews to various | 16:06:20 |
| 5 | members of the press? | 16:06:23 |
| 6 | A.    Yes. | 16:06:24 |
| 7 | Q.    Did you keep a list of them? | 16:06:24 |
| 8 | A.    No. | 16:06:28 |
| 9 | Q.    Did you keep copies of them? | 16:06:29 |
| 10 | A.    No. | 16:06:30 |
| 11 | Q.    For instance, Jeffrey Toobin | 16:06:31 |
| 12 | wrote it, I think his name is Toobin or | 16:06:35 |
| 13 | Tobin, wrote an article in the New York | 16:06:39 |
| 14 | Magazine -- | 16:06:41 |
| 15 | A.    New Yorker. | 16:06:41 |
| 16 | Q.    -- about the case and about your | 16:06:43 |
| 17 | statements.  Did you keep a copy of that | 16:06:45 |
| 18 | article? | 16:06:48 |
| 19 | A.    No, it's all Googleable online. | 16:06:48 |
| 20 | Q.    Did you read that article? | 16:06:52 |
| 21 | A.    Yes, I did. | 16:06:55 |
| 22 | Q.    Did you read other articles in | 16:06:56 |
| 23 | which you were quoted? | 16:06:59 |
| 24 | MS. DAITZ:  When they were | 16:07:00 |
| 25 | published. | 16:07:01 |

NYCLD_039451

Linda Fairstein

Page 548

| | | |
|---|---|---|
| 1 | A.    Which results are you talking | 16:12:24 |
| 2 | about, and what was the communication | 16:12:27 |
| 3 | because sometimes your characterizations, | 16:12:29 |
| 4 | most respectfully, have not been the same | 16:12:31 |
| 5 | as I would characterize it. | 16:12:34 |
| 6 | Q.    I'm showing you Exhibit 28.  You | 16:12:39 |
| 7 | can hold this other one at the same time. | 16:12:53 |
| 8 | MS. DAITZ:  I need a copy. | 16:12:55 |
| 9 | MR. BELDOCK:  You had this | 16:13:00 |
| 10 | earlier. | 16:13:01 |
| 11 | MS. DIPPOLD:  We passed it out | 16:13:03 |
| 12 | earlier and then retrieved it. | 16:13:05 |
| 13 | MR. BELDOCK:  Here, here.  I | 16:13:08 |
| 14 | better take one for myself. | 16:13:11 |
| 15 | MS. DAITZ:  Thank you. | 16:13:14 |
| 16 | MR. BELDOCK:  Excuse me.  For | 16:14:10 |
| 17 | the record, this is an article from the | 16:16:16 |
| 18 | New York Times archives entitled Genetic | 16:16:18 |
| 19 | Tests, quote, Inconclusive, unquote in | 16:16:23 |
| 20 | Jogger Rape.  It is not Bates stamped, and | 16:16:27 |
| 21 | it is dated as having been published | 16:16:33 |
| 22 | October 10, 1989. | 16:16:39 |
| 23 | Q.    Did you read it at that time? | 16:16:45 |
| 24 | A.    I don't remember that today. | 16:16:47 |
| 25 | Q.    Did you learn that the | 16:16:50 |

NYCLD_039456

Linda Fairstein

Page 549

| | | |
|---|---|---|
| 1 | prosecution, I don't care who it was, | 16:16:55 |
| 2 | publicly gave out the information that the | 16:16:59 |
| 3 | DNA tests that were initially taken were | 16:17:02 |
| 4 | inconclusive as to whether or not there | 16:17:06 |
| 5 | was a match between the DNA that had been | 16:17:09 |
| 6 | recovered and any of the defendants? | 16:17:13 |
| 7 | MS. DAITZ:  Objection to form. | 16:17:15 |
| 8 | A.   I know that the prosecution used | 16:17:16 |
| 9 | the term inconclusive which I believe was | 16:17:22 |
| 10 | the term in the FBI report.  I know it, | 16:17:26 |
| 11 | whatever term Ms. Lederer used, I know | 16:17:29 |
| 12 | that from Ms. Lederer, not from the | 16:17:32 |
| 13 | newspaper, from Ms. Lederer in 1989, not | 16:17:35 |
| 14 | from the newspaper. | 16:17:39 |
| 15 | Q.   I'm giving you two new exhibits. | 16:17:40 |
| 16 | Sorry for the seeming disjunction, but | 16:17:44 |
| 17 | it's logical. | 16:17:47 |
| 18 | MR. BELDOCK:  Ms. Reporter, | 16:17:51 |
| 19 | would you mark this one dated November 13, | 16:17:52 |
| 20 | 1989 as the next exhibit. | 16:17:55 |
| 21 | (Document NYC013888-NYC013890 | 16:17:55 |
| 22 | was hereby marked as Fairstein Exhibit 37 | 16:17:55 |
| 23 | for identification, as of this date.) | 16:17:55 |
| 24 | MR. BELDOCK:  And the one dated | 16:18:07 |
| 25 | May 25, 1990 as the subsequent exhibit. | 16:18:09 |

NYCLD_039457