# EXHIBIT A

AROUND SOUTH FLORIDANEWS

# AVA DUVERNAY STUMPS FOR GILLUM

 S. FLORIDA TIMES— OCTOBER 26, 2018



PHOTO COURTESY OF BLACK PROFESSIONALS NETWORK

Acclaimed filmmaker Ava DuVernay will meet and greet supporters of Democratic nominee for Florida Governor, Andrew Gillum for Florida. DuVernay is an American film director, producer, screenwriter, film marketer and film distributor. Most notably known for works such as "Selma," "13th Documentary," "A Wrinkle in Time," and tvshow series "Queen Sugar," executive produced by Oprah Winfrey.

Join her at NoMi Bar & Grill on Saturday, Oct. 27 from 6 p.m. to 8 p.m. as she discusses why this election is so important and why she is supporting Democratic Nominee Andrew Gillum. NoMi Bar & Grill is located at 738 NE 125th St, North Miami.

http://www.sfltimes.com/news/ava-duvernay-stumps-for-gillum