# EXHIBIT 4

| Twitter Name | Tweet ID | User Id | User Name/ Handle | Provided Location | Complaint Cite |
|---|---|---|---|---|---|
| **atticalocke** | 1067463803187560448 | 2457348321 | ElserCyndi | Cape Coral, FL | Par. 153 footnote 101 |
| | 1067463846749585410 | 35993771 | AllariDominguez | Pembroke Pines, FL | Par. 153 footnote 102 |
| | 1067463849480089600 | 35993771 | AllariDominguez | Pembroke Pines, FL | Par. 153 footnote 103 |
| | | 327153069 | Lovelyhalo | Cites "FL Mom" in Description | Par. 153 footnote 103 |
| | 1067463850776121345 | 35993771 | AllariDominguez | Pembroke Pines, FL | Par. 153 footnote 104 |
| | | 327153069 | Lovelyhalo | Cites "FL Mom" in Description | Par. 153 footnote 104 |
| | 1067463855700238336 | 327153069 | Lovelyhalo | Cites "FL Mom" in Description | Par. 153 footnote 105 |
| | 1067463858606895104 | 327153069 | Lovelyhalo | Cites "FL Mom" in Description | Par. 153 footnote 106 |
| | 1067466492436930560 | 327153069 | Lovelyhalo | Cites "FL Mom" in Description | Par. 153 footnote 107 |
| | 1075091099163623424 | 18087961 | Alex Segura | New York and Miami | Par. 162 |
| | 1075098413627203584 | 18087961 | Alex Segura | New York and Miami | Par. 163 footnote 117 |
| | 1075093302662246401 | 29202692 | Gale Massey | St Petersburg, FL | Par. 163 footnote 118 |
| | 1075093302662246401 | 18087961 | Alex Segura | New York and Miami | Par. 163 footnote 118 |
| | 1135624250574888960 | none | | | Par. 191 footnote 138 |
| | 1135929864798605312 | none | | | Par. 191 footnote 139 |
| | 1138455226720149506 | 266213341 | janmiller03 | Orlando, Fl | Par. 194 |
| | 1138455227605114880 | 18087961 | Alex Segura | New York and Miami | Par. 195 |
| | 1147979707918405633 | none | | | Par. 197 |
| **ava** | 1132118462162063361 | 234084566 | Ivy Walker | Riverview, Fl | Par. 173 |
| | | 2347753435 | jessi2107fl | Florida, USA | Par. 173 |
| | | 2940953620 | Kingg_calvert | Orlando - Boca Raton | Par. 173 |
| | 1134354271980232704 | none | | | Par. 175 |
| | 1134675309981102080 | none | | | Par. 176 |
| | 1134866046618202112 | 32785726 | wilkinebrutus | West Palm Beach; Miami | Par. 177 |
| | | 1372446914 | Janey_Tate | Miami, FL | Par. 177 |
| | 1139009911788937216 | 1040082171208388615 | Suebell2018 | Florida, USA | Par. 183 |