Page 312

| | | |
|---|---|---|
| 1 | kids? | 10:01:33 |
| 2 | A.   I don't recall any description. | 10:01:33 |
| 3 | Q.   Did they say where the assault | 10:01:35 |
| 4 | had occurred in Central Park? | 10:01:38 |
| 5 | MS. DAITZ:   Objection to form. | 10:01:40 |
| 6 | A.   No, sir. | 10:01:41 |
| 7 | Q.   Was there an occasion whether | 10:01:43 |
| 8 | the assault had occurred by 72nd Street? | 10:01:48 |
| 9 | MS. DAITZ:   Objection to form. | 10:01:53 |
| 10 | A.   I just testified that that | 10:01:54 |
| 11 | wasn't mentioned. | 10:01:56 |
| 12 | Q.   And was there a description of | 10:01:56 |
| 13 | the person, the person, the female jogger | 10:02:07 |
| 14 | who had been attacked or the one who was | 10:02:11 |
| 15 | likely to die, was there any description | 10:02:14 |
| 16 | of her? | 10:02:17 |
| 17 | A.   No, sir. | 10:02:17 |
| 18 | Q.   Did you ask? | 10:02:17 |
| 19 | A.   I asked to be briefed on the | 10:02:18 |
| 20 | case. | 10:02:22 |
| 21 | Q.   Whom did you ask? | 10:02:23 |
| 22 | A.   I asked Inspector James Power. | 10:02:25 |
| 23 | Q.   And what did Inspector Power say | 10:02:30 |
| 24 | to you? | 10:02:33 |
| 25 | A.   He said he was too busy at the | 10:02:33 |

NYCLD_044003

P-APP000832

Page 313

| | | |
|---|---|---|
| 1 | time to brief me. | 10:02:36 |
| 2 | Q.   Was that a normal procedure in | 10:02:37 |
| 3 | your experience as a detective? | 10:02:39 |
| 4 | A.   Certainly in my experience as a | 10:02:40 |
| 5 | detective, I'm just coming in, I see this | 10:02:43 |
| 6 | large group of detectives, I certainly | 10:02:45 |
| 7 | want to be brought up to speed on what's | 10:02:48 |
| 8 | going on. | 10:02:50 |
| 9 | Q.   And so your expectation would be | 10:02:51 |
| 10 | that you would be briefed before you would | 10:02:53 |
| 11 | be sent anyplace? | 10:02:55 |
| 12 | A.   Yes, sir. | 10:02:57 |
| 13 | Q.   And that didn't happen? | 10:02:57 |
| 14 | A.   No, sir. | 10:02:58 |
| 15 | Q.   Did you ask any of the other | 10:02:59 |
| 16 | detectives -- | 10:03:01 |
| 17 | MR. WAREHAM:  Withdrawn. | 10:03:03 |
| 18 | Q.   When you arrived there, there | 10:03:04 |
| 19 | were other detectives there, you said? | 10:03:05 |
| 20 | A.   Yes, sir, a lot. | 10:03:08 |
| 21 | Q.   Mainly from Manhattan North? | 10:03:09 |
| 22 | A.   Yes, sir. | 10:03:11 |
| 23 | Q.   And did you ask any of them | 10:03:11 |
| 24 | after Power, Inspector Power, is it | 10:03:16 |
| 25 | inspector? | 10:03:19 |

NYCLD_044004

P-APP000833

Page 314

| | | |
|---|---|---|
| 1 | A.    Yes, Deputy Inspector. | 10:03:20 |
| 2 | Q.    Deputy Inspector Power said he | 10:03:21 |
| 3 | couldn't brief you at that time.  Did you | 10:03:25 |
| 4 | ask any of the other officers who had been | 10:03:27 |
| 5 | there what was happening? | 10:03:30 |
| 6 | A.    I don't believe I had a chance | 10:03:32 |
| 7 | because I was assigned. | 10:03:33 |
| 8 | Q.    Who assigned you? | 10:03:34 |
| 9 | A.    Sergeant T. J. O'Connor. | 10:03:35 |
| 10 | Q.    What did he assign you to do? | 10:03:38 |
| 11 | A.    He assigned me, along with | 10:03:44 |
| 12 | Detective Jonza and Detective Hall, to go | 10:03:46 |
| 13 | with a group of uniformed police officers | 10:03:51 |
| 14 | who were in a van, a marked van to the | 10:03:54 |
| 15 | vicinity of Central Park West between 97th | 10:03:57 |
| 16 | Street and West 100th Street to search for | 10:04:02 |
| 17 | a length of pipe that was allegedly used | 10:04:06 |
| 18 | in the assaults. | 10:04:12 |
| 19 | Q.    Did they give you a description | 10:04:13 |
| 20 | of the pipe? | 10:04:15 |
| 21 | A.    Nothing more than a length of | 10:04:16 |
| 22 | pipe. | 10:04:19 |
| 23 | Q.    And were you satisfied with that | 10:04:19 |
| 24 | description? | 10:04:32 |
| 25 | MS. DAITZ:  Objection to form. | 10:04:33 |

NYCLD_044005

P-APP000834

Page 315

| | | |
|---|---|---|
| 1 | A.     I mean, it would have been nicer | 10:04:34 |
| 2 | if I would have gotten an exact | 10:04:38 |
| 3 | description, but quite often that's not | 10:04:41 |
| 4 | the case. | 10:04:43 |
| 5 | Q.     And as a -- would that be -- | 10:04:44 |
| 6 | would you consider that search for a pipe | 10:04:50 |
| 7 | a routine assignment for a detective from | 10:04:53 |
| 8 | Manhattan North Homicide? | 10:04:55 |
| 9 | MS. DAITZ:  Objection. | 10:04:57 |
| 10 | A.     I don't know.  I mean, as a | 10:04:58 |
| 11 | detective, you're part of the New York | 10:05:03 |
| 12 | City Police Department which is a | 10:05:06 |
| 13 | paramilitary organization, and you take | 10:05:07 |
| 14 | orders and you obey orders, and you take | 10:05:10 |
| 15 | assignments and you perform your | 10:05:12 |
| 16 | assignments.  I mean, this was my | 10:05:14 |
| 17 | assignment, and that's what I did. | 10:05:16 |
| 18 | Q.     Understanding the paramilitary | 10:05:18 |
| 19 | nature, what you said was the paramilitary | 10:05:27 |
| 20 | nature of the New York City Police | 10:05:31 |
| 21 | Department, notwithstanding that, what was | 10:05:33 |
| 22 | your reaction to being given that | 10:05:36 |
| 23 | assignment? | 10:05:37 |
| 24 | MS. DAITZ:  Objection. | 10:05:38 |
| 25 | A.     I don't recall having a reaction | 10:05:39 |

NYCLD_044006

P-APP000835

Page 316

| | | |
|---|---|---|
| 1 | at all, sir. | 10:05:40 |
| 2 | Q.    Do you think it was a useful, | 10:05:41 |
| 3 | efficient use of your skills? | 10:05:45 |
| 4 | MS. DAITZ:   Objection. | 10:05:49 |
| 5 | A.    Well, certainly the recovery of | 10:05:50 |
| 6 | a weapon used in an assault would be | 10:05:53 |
| 7 | useful to the investigation. | 10:05:56 |
| 8 | Q.    So you, Detective Jonza and | 10:06:00 |
| 9 | Detective Hall went along with how many | 10:06:03 |
| 10 | other people? | 10:06:04 |
| 11 | A.    A group of, I'm approximating | 10:06:05 |
| 12 | now because it's been so long, four or | 10:06:09 |
| 13 | five uniformed officers in a marked van, | 10:06:13 |
| 14 | and we separately in an unmarked car. | 10:06:17 |
| 15 | Q.    And so you went to the area you | 10:06:19 |
| 16 | indicated? | 10:06:22 |
| 17 | A.    Yes, sir. | 10:06:22 |
| 18 | Q.    And then what happened? | 10:06:22 |
| 19 | A.    To the best of my recollection, | 10:06:23 |
| 20 | we kind of split up.  I think some, the | 10:06:30 |
| 21 | uniformed cops might have gone up towards | 10:06:33 |
| 22 | 100th Street, some stayed with us at 97th | 10:06:37 |
| 23 | Street. | 10:06:37 |
| 24 | We climbed over the wall, and we | 10:06:41 |
| 25 | walked along on the inside of the wall | 10:06:43 |

NYCLD_044007

P-APP000836

Page 317

| | | |
|---|---|---|
| 1 | looking to see if there was a pipe. | 10:06:46 |
| 2 | Q. You, Detective Jonza and Hall | 10:06:48 |
| 3 | rode together over to that area? | 10:06:54 |
| 4 | A. Yes, sir. | 10:06:56 |
| 5 | Q. What is D4? | 10:06:56 |
| 6 | MS. DAITZ: Objection. | 10:07:03 |
| 7 | Q. D4? | 10:07:04 |
| 8 | A. I have no idea. | 10:07:05 |
| 9 | Q. Yesterday there was some | 10:07:07 |
| 10 | testimony around you went to D4. Do you | 10:07:10 |
| 11 | know, is that a geographical location? | 10:07:12 |
| 12 | A. I have no idea what D4 refers | 10:07:15 |
| 13 | to. | 10:07:17 |
| 14 | Q. On your way to the location, did | 10:07:17 |
| 15 | you and Detective Jonza and Hall have a | 10:07:20 |
| 16 | discussion around what's going on? | 10:07:24 |
| 17 | A. I'm sure we had some kind of a | 10:07:26 |
| 18 | discussion, but I don't recall exactly | 10:07:29 |
| 19 | what we said. | 10:07:31 |
| 20 | Q. Did you know whether you asked | 10:07:33 |
| 21 | them had they found out what was happening | 10:07:35 |
| 22 | with this case? | 10:07:37 |
| 23 | A. My assumption was that they | 10:07:39 |
| 24 | didn't because they were standing next to | 10:07:42 |
| 25 | me when I asked Power. | 10:07:44 |

NYCLD_044008

P-APP000837

Page 318

1    Q.    Was there any, if you remember,    10:07:46
2    was there any discussion around there    10:07:49
3    certainly are a lot of people involved    10:07:52
4    with this, a lot of members of service    10:07:57
5    involved with this case at this point?    10:07:59
6              MS. DAITZ:   Objection.    10:08:02
7    A.    Once again, I don't remember any    10:08:02
8    specific conversation about that.    10:08:05
9    Q.    How long did you spend searching    10:08:06
10   for the pipe?    10:08:14
11   A.    Not long.   As long as it would    10:08:14
12   take you to walk the length, I guess,    10:08:19
13   examine, look, a half hour maybe.    10:08:24
14   Q.    And during that time, were you    10:08:30
15   in communication with your fellow    10:08:35
16   officers?    10:08:38
17             MS. DAITZ:   Objection.    10:08:40
18   A.    I don't know what you mean by    10:08:40
19   communication.   We probably had some    10:08:43
20   conversation as we walked along the park,    10:08:45
21   yeah.    10:08:47
22   Q.    Was there any further discussion    10:08:48
23   around, you know, what is this case about?    10:08:50
24   A.    It's a long time ago.   I can't    10:08:54
25   remember any specific conversations.    10:08:57

NYCLD_044009

P-APP000838

Page 319

| | | |
|---|---|---|
| 1 | Q.     At the point when -- you said | 10:08:58 |
| 2 | you think it was about a half an hour? | 10:09:16 |
| 3 | A.     It's an approximation on my | 10:09:19 |
| 4 | part, yes.  I'm not certain.  I mean, we | 10:09:21 |
| 5 | didn't spend hours there, let's put it | 10:09:25 |
| 6 | that way. | 10:09:31 |
| 7 | Q.     Do you remember approximately | 10:09:31 |
| 8 | what time it was that you arrived at the | 10:10:23 |
| 9 | Central Park Precinct when you first came | 10:10:30 |
| 10 | from the 25th? | 10:10:32 |
| 11 | A.     I'd have to give you an | 10:10:33 |
| 12 | approximate time.  I'd say maybe 4:30 or | 10:10:35 |
| 13 | something like that. | 10:10:40 |
| 14 | Q.     And how soon after that did you | 10:10:41 |
| 15 | leave to go to 97th Street? | 10:10:44 |
| 16 | A.     Fairly soon. | 10:10:47 |
| 17 | Q.     Five minutes, ten minutes, 15 | 10:10:50 |
| 18 | minutes? | 10:10:52 |
| 19 | A.     Maybe 15 minutes. | 10:10:53 |
| 20 | Q.     And you said you spent | 10:10:54 |
| 21 | approximately a half an hour or more | 10:10:59 |
| 22 | searching for it.  After you finished | 10:11:02 |
| 23 | searching, did you find anything, did you | 10:11:04 |
| 24 | find the pipe? | 10:11:06 |
| 25 | A.     No, we didn't. | 10:11:07 |

NYCLD_044010

P-APP000839

Page 320

| | | |
|---|---|---|
| 1 | Q.    What did you do after that? | 10:11:09 |
| 2 | A.    Myself, Detective Jonza, | 10:11:12 |
| 3 | Detective Hall got back in our car, and we | 10:11:19 |
| 4 | returned to the Central Park Precinct. | 10:11:23 |
| 5 | Q.    And when you returned, were | 10:11:29 |
| 6 | there any more -- was there any activity | 10:11:31 |
| 7 | outside of the precinct? | 10:11:33 |
| 8 | A.    Yes. | 10:11:35 |
| 9 | Q.    What, please describe what you | 10:11:36 |
| 10 | saw. | 10:11:40 |
| 11 | A.    Members of the media had begun | 10:11:41 |
| 12 | to gather in the parking lot.  I think I | 10:11:45 |
| 13 | saw one or two news trucks, that's how I | 10:11:49 |
| 14 | knew there was media. | 10:11:53 |
| 15 | Q.    Were you familiar with any of | 10:11:54 |
| 16 | the media members that you saw there? | 10:11:56 |
| 17 | A.    I can't say as I, going back all | 10:11:58 |
| 18 | those years, I may have seen someone I | 10:12:07 |
| 19 | recognized from the local news.  Sitting | 10:12:10 |
| 20 | here today, I can't be exact. | 10:12:12 |
| 21 | Q.    Would it be fair to say that you | 10:12:13 |
| 22 | were a well-known member of the service to | 10:12:15 |
| 23 | the local news due to your work in prior | 10:12:21 |
| 24 | cases? | 10:12:27 |
| 25 | MS. DAITZ:  Objection. | 10:12:27 |

NYCLD_044011

P-APP000840

Page 321

1      A.      Some of my prior cases generated    10:12:29

2   media attention, if that's what you're       10:12:33

3   referring to.                                 10:12:35

4      Q.      Right.  But that they knew, the     10:12:36

5   media knew you, Detective Michael Sheehan,    10:12:39

6   as a key person in those prior cases?         10:12:42

7            MS. DAITZ:  Objection.               10:12:45

8      A.      I don't know what my perception     10:12:46

9   was at the time by the media.  I mean,        10:12:49

10   they perhaps saw me testify or perhaps       10:12:54

11   they saw me involved in another case, I      10:12:57

12   don't know.                                  10:13:00

13      Q.      For example, in the Chambers,      10:13:00

14   during the Chambers case --                  10:13:02

15      A.      Yes, sir.                         10:13:04

16      Q.      -- did you do media interviews?   10:13:05

17      A.      During the case?                  10:13:07

18      Q.      Yes.                              10:13:08

19      A.      I don't believe I did, no, sir.   10:13:09

20      Q.      Following the case, did you, did  10:13:11

21   you conduct media interviews?                10:13:15

22      A.      I may have, yes.  I do recall     10:13:17

23   one, yes, I think so.                        10:13:21

24      Q.      You were interviewed once         10:13:24

25   following the Chambers case?                 10:13:28

NYCLD_044012

P-APP000841

Page 322

| | | |
|---|---|---|
| 1 | A.     One that I remember.  I don't | 10:13:30 |
| 2 | know if there perhaps could have been more | 10:13:32 |
| 3 | than one. | 10:13:35 |
| 4 | Q.     As you came into the precinct as | 10:13:35 |
| 5 | you returned to the Central Park Precinct, | 10:13:45 |
| 6 | did any of the media members call out to | 10:13:49 |
| 7 | you? | 10:13:51 |
| 8 | A.     No, sir. | 10:13:51 |
| 9 | Q.     Did they call out to any of the | 10:13:52 |
| 10 | other detectives? | 10:13:55 |
| 11 | A.     Not that I recall. | 10:13:55 |
| 12 | Q.     Nobody was questioning, you | 10:13:56 |
| 13 | know, what's going on, Mike? | 10:13:59 |
| 14 | MS. DAITZ:  Objection. | 10:14:03 |
| 15 | A.     Not that I recall. | 10:14:04 |
| 16 | Q.     So when you got back in the | 10:14:05 |
| 17 | precinct, the Central Park Precinct, was | 10:14:08 |
| 18 | it still crowded? | 10:14:10 |
| 19 | A.     Not as hectic, you know.  Not | 10:14:12 |
| 20 | as, not as confusing.  It seemed to be | 10:14:23 |
| 21 | less, less guys. | 10:14:27 |
| 22 | Q.     And you still were looking to be | 10:14:31 |
| 23 | briefed? | 10:14:33 |
| 24 | A.     Yes, sir. | 10:14:34 |
| 25 | Q.     And when you got back, what | 10:14:34 |

NYCLD_044013

P-APP000842

Page 323

| | | |
|---|---|---|
| 1 | happened? | 10:14:38 |
| 2 | A.     I had a conversation with | 10:14:38 |
| 3 | Lieutenant Doyle, Lieutenant Jack Doyle, | 10:14:39 |
| 4 | Commanding Officer. | 10:14:49 |
| 5 | Q.     What was that conversation? | 10:14:50 |
| 6 | A.     I reported to him that we had | 10:14:51 |
| 7 | gone with the uniformed personnel to | 10:14:54 |
| 8 | search for a length of pipe, and the | 10:14:56 |
| 9 | results of the search were negative.  And, | 10:14:58 |
| 10 | you know, could he enlighten us a little | 10:15:01 |
| 11 | further as to what was happening or what | 10:15:06 |
| 12 | happened the night before in Central Park. | 10:15:08 |
| 13 | Q.     And what did Lieutenant Doyle | 10:15:11 |
| 14 | say? | 10:15:13 |
| 15 | A.     Lieutenant Doyle said there's a | 10:15:13 |
| 16 | number of victims, a variety of injuries, | 10:15:17 |
| 17 | and there are a number of suspects, all | 10:15:27 |
| 18 | young, all males.  The investigation is | 10:15:31 |
| 19 | continuing, and he then directed me to the | 10:15:37 |
| 20 | youth room. | 10:15:45 |
| 21 | Q.     And the description he gave to | 10:15:49 |
| 22 | you was a number of injuries? | 10:15:54 |
| 23 | A.     Yes. | 10:15:57 |
| 24 | Q.     A number of suspects? | 10:15:58 |
| 25 | A.     Yes. | 10:16:00 |

NYCLD_044014

P-APP000843

Page 324

| | | |
|---|---|---|
| 1 | Q. Young and male? | 10:16:01 |
| 2 | MS. DAITZ: Objection. | 10:16:04 |
| 3 | A. Yes, sir. | 10:16:08 |
| 4 | Q. That was the discussion, it | 10:16:08 |
| 5 | wasn't male black or male Hispanic or male | 10:16:10 |
| 6 | white? | 10:16:16 |
| 7 | A. I don't think there was any | 10:16:16 |
| 8 | further description at the time, no, sir. | 10:16:18 |
| 9 | Q. In your experience as a police | 10:16:20 |
| 10 | officer and as a detective, when | 10:16:24 |
| 11 | descriptions are being given, isn't it | 10:16:30 |
| 12 | normally gender and then race? | 10:16:34 |
| 13 | MS. DAITZ: Objection. | 10:16:39 |
| 14 | A. Depending on the case, yes, sir. | 10:16:40 |
| 15 | Q. But would you agree that the | 10:16:44 |
| 16 | standard description is male white, male | 10:16:49 |
| 17 | black? | 10:16:53 |
| 18 | A. Male white, male black. | 10:16:53 |
| 19 | MS. DAITZ: Objection to the | 10:16:56 |
| 20 | standard description. | 10:16:57 |
| 21 | A. I mean, once again, it would | 10:16:58 |
| 22 | depend on the case. | 10:17:01 |
| 23 | Q. But your testimony is in this | 10:17:02 |
| 24 | case he just stopped with young male? | 10:17:11 |
| 25 | MS. DAITZ: Objection. | 10:17:14 |

NYCLD_044015

P-APP000844

Page 325

1       A.      To the best of my recollection,        10:17:14

2   yes, sir.                                          10:17:16

3       Q.      Was there any description of the       10:17:17

4   victims?                                           10:17:18

5       A.      Not at this time, no, sir.             10:17:19

6       Q.      Did you ask about who were the         10:17:21

7   victims?                                           10:17:28

8       A.      To the best of my recollection,        10:17:28

9   I don't think I had a chance to ask                10:17:32

10  because I was assigned a second                    10:17:33

11  assignment.                                        10:17:36

12      Q.      While you were talking with            10:17:37

13  Lieutenant Doyle?                                  10:17:40

14      A.      Right.                                 10:17:41

15      Q.      Someone came up and gave you,          10:17:41

16  and said cut this -- well, Lieutenant              10:17:45

17  Doyle was the commander; is that correct?          10:17:47

18      A.      It was Doyle himself who               10:17:50

19  directed me to my next assignment.                 10:17:51

20      Q.      What did Lieutenant Doyle say?         10:17:54

21      A.      He directed me to the Central          10:17:56

22  Park Precinct youth room.                          10:17:59

23      Q.      And what were you supposed to do       10:18:01

24  there?                                             10:18:03

25      A.      In the youth room I met                10:18:04

NYCLD_044016

P-APP000845

Page 326

| | | |
|---|---|---|
| 1 | Detective Hartigan, John Hartigan, | 10:18:09 |
| 2 | Detective Burt Arroyo, Sergeant T. J. | 10:18:13 |
| 3 | O'Connor was there, Detective Jonza and | 10:18:20 |
| 4 | Detective Hall were with me.  And I was | 10:18:24 |
| 5 | introduced to, actually Hartigan | 10:18:27 |
| 6 | introduced me to Raymond Santana. | 10:18:32 |
| 7 | Q.    And then what happened? | 10:18:39 |
| 8 | A.    Hartigan advised me that Raymond | 10:18:43 |
| 9 | was cooperating in the investigation, that | 10:18:52 |
| 10 | he had been part of the group involved in | 10:18:56 |
| 11 | the assaults, and he was 14 years old. | 10:18:59 |
| 12 | Hartigan said he had taken a | 10:19:08 |
| 13 | statement from him earlier.  His | 10:19:11 |
| 14 | grandmother was present for that, and that | 10:19:18 |
| 15 | he was going to give another statement, | 10:19:23 |
| 16 | that he had more information. | 10:19:33 |
| 17 | And Hartigan was being, I guess | 10:19:39 |
| 18 | sent home.  He had worked all night, and | 10:19:43 |
| 19 | that I was going to take this over, | 10:19:47 |
| 20 | myself, Jonza and Hall, at sometime take a | 10:19:50 |
| 21 | second statement, and reach out for | 10:19:58 |
| 22 | Raymond's father. | 10:20:02 |
| 23 | Q.    So he indicated that the first | 10:20:11 |
| 24 | statement, Raymond's grandmother had been | 10:20:15 |
| 25 | present? | 10:20:18 |

NYCLD_044017

P-APP000846

Page 327

| | | |
|---|---|---|
| 1 | A.    Yes, sir. | 10:20:19 |
| 2 | Q.    Did he tell you that there was a | 10:20:19 |
| 3 | problem because Raymond's grandmother did | 10:20:30 |
| 4 | not speak English? | 10:20:33 |
| 5 | A.    I don't recall that | 10:20:35 |
| 6 | conversation, no, sir. | 10:20:36 |
| 7 | Q.    He didn't mention that at all? | 10:20:37 |
| 8 | A.    As I sit here today, to the best | 10:20:40 |
| 9 | of my recollection, he didn't. | 10:20:42 |
| 10 | Q.    Did he show you the statement? | 10:20:44 |
| 11 | A.    He did not show it to me to | 10:20:53 |
| 12 | read.  He kind of pointed to it.  It was | 10:20:58 |
| 13 | on the desk. | 10:21:01 |
| 14 | Q.    Did you ask to read it? | 10:21:02 |
| 15 | A.    No, sir. | 10:21:08 |
| 16 | Q.    Why not? | 10:21:11 |
| 17 | A.    No reason, sir.  I don't, I | 10:21:20 |
| 18 | don't recall why not. | 10:21:26 |
| 19 | Q.    Well, you had indicated earlier | 10:21:28 |
| 20 | that you, you know, you wanted to be | 10:21:32 |
| 21 | briefed on this case, correct? | 10:21:34 |
| 22 | A.    Yes, sir. | 10:21:35 |
| 23 | Q.    And now you had one of the | 10:21:36 |
| 24 | suspects who had given a statement. | 10:21:41 |
| 25 | A.    Yes, sir. | 10:21:43 |

NYCLD_044018

P-APP000847

Page 328

| | | |
|---|---|---|
| 1 | Q.     And the detective who took the | 10:21:44 |
| 2 | statement told you that he was | 10:21:48 |
| 3 | cooperating, this person Raymond was | 10:21:52 |
| 4 | cooperating. | 10:21:54 |
| 5 | A.     Yes, sir. | 10:21:54 |
| 6 | Q.     And that he needed to take | 10:21:55 |
| 7 | another statement. | 10:21:58 |
| 8 | A.     Yes, sir. | 10:21:58 |
| 9 | Q.     And so you have an opportunity | 10:21:59 |
| 10 | to find out what it is this cooperating | 10:22:04 |
| 11 | suspect is alleged to have done or has | 10:22:08 |
| 12 | signed a statement saying that he did, | 10:22:13 |
| 13 | correct? | 10:22:15 |
| 14 | MS. DAITZ:  Objection. | 10:22:15 |
| 15 | A.     I don't know what you mean by | 10:22:15 |
| 16 | the opportunity to find out. | 10:22:19 |
| 17 | Q.     Well, he was cooperating, and he | 10:22:20 |
| 18 | wrote a statement or a statement was | 10:22:28 |
| 19 | written that he supposedly signed and the | 10:22:32 |
| 20 | statement was there on the table. | 10:22:34 |
| 21 | A.     Okay. | 10:22:35 |
| 22 | Q.     And you were going to take the | 10:22:39 |
| 23 | case over -- | 10:22:41 |
| 24 | MS. DAITZ:  Objection. | 10:22:42 |
| 25 | Q.     -- for Detective Hartigan. | 10:22:43 |

NYCLD_044019

P-APP000848

Page 329

```
 1        A.     I was not going to take the case       10:22:43
 2    over.  I was going to re-interview                 10:22:44
 3    Raymond.                                           10:22:44
 4        Q.     But you were taking over the            10:22:44
 5    responsibility that Detective Hartigan             10:22:46
 6    had?                                               10:22:49
 7             MS. DAITZ:  Objection.                    10:22:49
 8        Q.     Is that right?                          10:22:50
 9        A.     I was going to re-interview             10:22:50
10    Raymond, that was my assignment.                   10:22:52
11        Q.     But he said he was going home,          10:22:52
12    and it was your testimony that he was              10:22:55
13    going to take it over -- that you were             10:22:57
14    going to take it over.                             10:22:58
15        A.     My testimony was, that was my           10:23:00
16    second assignment was to interview                 10:23:02
17    Raymond, re-interview Raymond.                     10:23:05
18        Q.     So given that, why wouldn't you         10:23:14
19    look at the statement right then since you         10:23:18
20    had said you wanted to be briefed, and now         10:23:20
21    you had the opportunity to do it?                  10:23:22
22             MS. DAITZ:  Objection.                    10:23:24
23        A.     To the best of my recollection,        10:23:25
24    I believe Lieutenant Doyle picked up the           10:23:28
25    statement and asked us to take Raymond out         10:23:31
```

NYCLD_044020

P-APP000849

Page 330

| | | |
|---|---|---|
| 1 | of the precinct. | 10:23:38 |
| 2 | He wanted to move the | 10:23:41 |
| 3 | investigation to the 20th Precinct for | 10:23:42 |
| 4 | security reasons because, because of the | 10:23:46 |
| 5 | media had been gathering.  And we had had | 10:23:50 |
| 6 | problems at the Central Park Precinct in | 10:23:53 |
| 7 | the past because it's, it's, it doesn't | 10:23:56 |
| 8 | give itself to a secure setting. | 10:24:04 |
| 9 | Q.    So you were going to take | 10:24:06 |
| 10 | Raymond to the 20th Precinct? | 10:24:10 |
| 11 | A.    Yes, sir. | 10:24:12 |
| 12 | Q.    So why didn't you take the | 10:24:12 |
| 13 | statement with you? | 10:24:15 |
| 14 | A.    Because Lieutenant Doyle took | 10:24:15 |
| 15 | it. | 10:24:18 |
| 16 | Q.    Did you ask Lieutenant Doyle can | 10:24:18 |
| 17 | I take the statement so I can read it on | 10:24:21 |
| 18 | the way over to the 20th Precinct? | 10:24:24 |
| 19 | MS. DAITZ:  Objection. | 10:24:25 |
| 20 | A.    I don't recall asking him, and I | 10:24:25 |
| 21 | certainly didn't take the statement. | 10:24:29 |
| 22 | Q.    Didn't you want to know what was | 10:24:30 |
| 23 | in the statement? | 10:24:36 |
| 24 | MS. DAITZ:  Objection. | 10:24:36 |
| 25 | A.    Well, I was going to | 10:24:37 |

NYCLD_044021

P-APP000850

Page 331

| | | |
|---|---|---|
| 1 | re-interview Raymond.  I mean -- | 10:24:39 |
| 2 |     Q.    My question is, didn't you at | 10:24:43 |
| 3 | that time when Raymond was there and the | 10:24:46 |
| 4 | statement was there, didn't you want to | 10:24:48 |
| 5 | know what was in the statement? | 10:24:50 |
| 6 |     A.    I don't recall if I wanted to | 10:24:52 |
| 7 | know back then what was in the statement | 10:24:53 |
| 8 | or if I wanted to, you know, find out from | 10:24:55 |
| 9 | Raymond. | 10:25:00 |
| 10 |     Q.    And in the discussion you had | 10:25:00 |
| 11 | with Detective Hartigan when he described | 10:25:10 |
| 12 | what you set out before, did Detective | 10:25:14 |
| 13 | Hartigan mention that he had just taken a | 10:25:18 |
| 14 | statement from Raymond that he had been | 10:25:22 |
| 15 | involved in the rape of the jogger? | 10:25:24 |
| 16 |     A.    No, sir. | 10:25:29 |
| 17 |     Q.    He didn't mention that at all? | 10:25:29 |
| 18 |     A.    No, sir. | 10:25:31 |
| 19 |     Q.    You saw Detective Hartigan at | 10:25:32 |
| 20 | approximately what time, 6:00 p.m.?  You | 10:25:36 |
| 21 | had just -- | 10:25:41 |
| 22 |     A.    I, I don't want to give you an | 10:25:43 |
| 23 | exact time because I'd be approximating. | 10:25:48 |
| 24 | Maybe slightly before six. | 10:25:53 |
| 25 |     Q.    Because you had just returned | 10:25:56 |

NYCLD_044022

P-APP000851

Page 332

| | | |
|---|---|---|
| 1 | from 97th Street? | 10:26:02 |
| 2 | A.     Right. | 10:26:03 |
| 3 | Q.     And so slightly before six.  And | 10:26:04 |
| 4 | Detective Hartigan never mentioned that we | 10:26:09 |
| 5 | have a possible rape and murder? | 10:26:12 |
| 6 | MS. DAITZ:   Objection. | 10:26:14 |
| 7 | A.     That was never mentioned. | 10:26:15 |
| 8 | Q.     Let me show you what has, this | 10:26:17 |
| 9 | is out of order, but what has been marked | 10:26:26 |
| 10 | as Exhibit Sheehan 39.  This is the | 10:26:31 |
| 11 | statement. | 10:26:46 |
| 12 | MS. DAITZ:   Thank you.  39 you | 10:26:48 |
| 13 | said? | 10:26:54 |
| 14 | MR. WAREHAM:   39, yes. | 10:26:54 |
| 15 | MS. DAITZ:   This is a document | 10:27:02 |
| 16 | bearing Bates stamp number YS001098, 1099 | 10:27:04 |
| 17 | and 1100. | 10:27:09 |
| 18 | Q.     And this is the copy of the | 10:27:10 |
| 19 | statement that you eventually saw, that | 10:27:14 |
| 20 | Detective Hartigan had taken from Mr. | 10:27:17 |
| 21 | Santana that you eventually saw.  Do you | 10:27:20 |
| 22 | recognize this? | 10:27:23 |
| 23 | A.     Yes, sir, I do. | 10:27:24 |
| 24 | Q.     And let me direct you to the | 10:27:25 |
| 25 | last page, the Bates number YS001100. | 10:27:31 |

NYCLD_044023

P-APP000852

Page 333

| | | |
|---|---|---|
| 1 | A.     Right. | 10:27:36 |
| 2 | MS. DAITZ:  I just would note | 10:27:43 |
| 3 | that the redactions on this version, I | 10:27:45 |
| 4 | think that this was the version that was | 10:27:47 |
| 5 | used in court and not the version that was | 10:27:50 |
| 6 | available then.  I don't know if that was | 10:27:52 |
| 7 | your intention or not. | 10:27:55 |
| 8 | MR. WAREHAM:  No, no, that's the | 10:27:56 |
| 9 | one that I saw, I'm sorry. | 10:28:00 |
| 10 | Q.     I direct you to the paragraph | 10:28:02 |
| 11 | that begins 1740 hours. | 10:28:08 |
| 12 | A.     Yes, sir. | 10:28:13 |
| 13 | Q.     And have you read that | 10:28:14 |
| 14 | paragraph?  Please read it. | 10:28:22 |
| 15 | A.     Sure.  Okay. | 10:28:23 |
| 16 | Q.     Let me just -- you're familiar | 10:28:59 |
| 17 | with this exhibit, correct? | 10:29:06 |
| 18 | A.     Yes, sir. | 10:29:07 |
| 19 | Q.     Okay.  Let me just ask you, | 10:29:08 |
| 20 | before we get to the one beginning 1740 | 10:29:10 |
| 21 | hours, would it be fair to say that the, | 10:29:14 |
| 22 | just above the paragraph that begins 1740 | 10:29:17 |
| 23 | hours, there is a paragraph that begins, | 10:29:21 |
| 24 | that says this statement signed at 1640 | 10:29:25 |
| 25 | hours. | 10:29:29 |

NYCLD_044024

P-APP000853

Page 334

| | | |
|---|---|---|
| 1 | A.     Yes, sir. | 10:29:29 |
| 2 | Q.     Also present during statement is | 10:29:29 |
| 3 | grandmother of Raymond Santana, Nevita | 10:29:29 |
| 4 | Colon of ███████████████ | 10:29:35 |
| 5 | And that statement that I just | 10:29:39 |
| 6 | read is in reference to the first part, | 10:29:42 |
| 7 | the first two pages of the statement. | 10:29:47 |
| 8 | A.     Right. | 10:29:48 |
| 9 | MS. DAITZ:  Objection. | 10:29:49 |
| 10 | Q.     Would it be fair to say that the | 10:29:50 |
| 11 | first, the first, the prior statement that | 10:29:52 |
| 12 | this refers to sets out some of the events | 10:29:58 |
| 13 | that occurred in the park, you know, fair? | 10:30:02 |
| 14 | MS. DAITZ:  Do you want him to | 10:30:07 |
| 15 | read it again? | 10:30:09 |
| 16 | A.     Yes, I'm familiar with it, yes, | 10:30:09 |
| 17 | sir. | 10:30:11 |
| 18 | Q.     It does not deal with the attack | 10:30:11 |
| 19 | on the jogger -- | 10:30:14 |
| 20 | MS. DAITZ:  Objection. | 10:30:16 |
| 21 | Q.     -- in his first statement? | 10:30:16 |
| 22 | MS. DAITZ:  The female jogger? | 10:30:18 |
| 23 | MR. WAREHAM:  The female jogger. | 10:30:21 |
| 24 | A.     That's correct. | 10:30:22 |
| 25 | Q.     Patricia Meili. | 10:30:23 |

NYCLD_044025

P-APP000854

Page 335

| | | |
|---|---|---|
| 1 | A.    Yes. | 10:30:24 |
| 2 | Q.    Okay.  So this statement we just | 10:30:25 |
| 3 | read is all the events that did not | 10:30:27 |
| 4 | include the attack on Patricia Meili? | 10:30:30 |
| 5 | MS. DAITZ:  Objection to form. | 10:30:32 |
| 6 | A.    What was your question again? | 10:30:33 |
| 7 | Q.    I'm getting to my question. | 10:30:38 |
| 8 | This was at 1640 hours which in civilian | 10:30:43 |
| 9 | terms would be? | 10:30:47 |
| 10 | A.    4:40. | 10:30:47 |
| 11 | Q.    P.m. on April 20th? | 10:30:49 |
| 12 | A.    20th, yeah. | 10:30:52 |
| 13 | Q.    And that statement has the, | 10:30:53 |
| 14 | those -- it's signed by Raymond Santana, | 10:30:58 |
| 15 | Jr.? | 10:31:02 |
| 16 | A.    Yes. | 10:31:02 |
| 17 | Q.    And signed by detective, is that | 10:31:03 |
| 18 | Detective Hartigan? | 10:31:09 |
| 19 | A.    That might be Arroyo, actually. | 10:31:12 |
| 20 | MS. DAITZ:  Where are you | 10:31:15 |
| 21 | looking?  There are signatures all over | 10:31:16 |
| 22 | this page. | 10:31:18 |
| 23 | MR. WAREHAM:  What? | 10:31:19 |
| 24 | MS. DAITZ:  There are signatures | 10:31:20 |
| 25 | all over the page.  Where are you looking? | 10:31:21 |

NYCLD_044026

P-APP000855

Page 336

| | | |
|---|---|---|
| 1 | MR. WAREHAM:  I'm looking at | 10:31:23 |
| 2 | just above the statement, the statement | 10:31:24 |
| 3 | signed that says Raymond Santana, | 10:31:25 |
| 4 | detective, I can't read the handwriting. | 10:31:26 |
| 5 | But there's a detective, shield number | 10:31:31 |
| 6 | 365. | 10:31:35 |
| 7 | A.    Hu-huh. | 10:31:36 |
| 8 | Q.    Is there a signature of | 10:31:36 |
| 9 | Raymond's grandmother?  Do you see a | 10:31:42 |
| 10 | signature for Ms. Nevita Colon on that | 10:31:44 |
| 11 | statement, anywhere on that statement? | 10:31:49 |
| 12 | A.    No, I do not. | 10:31:50 |
| 13 | Q.    And on the prior two pages, | 10:31:51 |
| 14 | there are, there's a signature on the side | 10:31:59 |
| 15 | of the first page. | 10:32:02 |
| 16 | A.    Right. | 10:32:03 |
| 17 | Q.    And that signature is that of, | 10:32:03 |
| 18 | the first page -- no, the first page. | 10:32:07 |
| 19 | A.    Right. | 10:32:07 |
| 20 | Q.    1098, whose signature do you see | 10:32:09 |
| 21 | there? | 10:32:13 |
| 22 | A.    Detective John Hartigan. | 10:32:13 |
| 23 | Q.    On the next page on the side, | 10:32:15 |
| 24 | whose signature do you see there? | 10:32:19 |
| 25 | A.    Detective John Hartigan. | 10:32:20 |

NYCLD_044027

P-APP000856

Page 337

1     Q.     On neither of those pages do you        10:32:24

2  see Raymond Santana Jr.'s signature, do           10:32:26

3  you?                                              10:32:30

4     A.     No, sir.                                10:32:30

5     Q.     Nor do you see the signature of         10:32:30

6  Nevita Colon?                                     10:32:33

7     A.     No, sir.                                10:32:35

8     Q.     Now, back to the page at 1740           10:32:36

9  hours which states:  After talking to             10:32:39

10 father Ramon Santana, son Raymond Santana         10:32:48

11 stated after leaving the beaten jogger, we         10:32:53

12 stayed in park and I observed Kevin, a             10:32:56

13 male black with scratch on face was                10:33:00

14 struggling with a female white, and he             10:33:05

15 tripped her with his leg.  Steve came over         10:33:08

16 and was holding her hands --                       10:33:11

17        MS. DAITZ:  Arms.                           10:33:14

18    Q.     -- her arms with his legs.              10:33:15

19 There's a redaction.  Came and started            10:33:17

20 ripping her clothes off.  Redaction.               10:33:22

21 Pulled her pants off and she was                   10:33:24

22 screaming.  Steve covered her mouth with           10:33:28

23 his right hand, and Kevin pulled down his          10:33:30

24 pants and had sex with her when she was on         10:33:33

25 the floor.  I grabbed her tits.  I then            10:33:36

NYCLD_044028

P-APP000857

Page 338

| | | |
|---|---|---|
| 1 | left with everyone else and she was naked, | 10:33:38 |
| 2 | lying on the ground not moving.  I did not | 10:33:42 |
| 3 | have sex with her.  While Steve was | 10:33:44 |
| 4 | holding her down, I saw him hit the woman | 10:33:46 |
| 5 | with a brick twice.  Then it says 6:00 | 10:33:49 |
| 6 | p.m., the above statement is in addition | 10:33:52 |
| 7 | to the statement I made above and is true. | 10:33:54 |
| 8 | And there's the signature of Raymond | 10:33:57 |
| 9 | Santana? | 10:33:59 |
| 10 | A.    Yes, sir. | 10:34:00 |
| 11 | Q.    A signature of Detective John | 10:34:00 |
| 12 | Hartigan? | 10:34:04 |
| 13 | A.    Yes, sir. | 10:34:04 |
| 14 | Q.    And then the detective whose | 10:34:05 |
| 15 | name I can't make out, shield number 365. | 10:34:07 |
| 16 | A.    Right. | 10:34:12 |
| 17 | Q.    Is there a signature or any | 10:34:12 |
| 18 | indication -- is there a signature of | 10:34:14 |
| 19 | Nevita Colon? | 10:34:18 |
| 20 | A.    No, sir. | 10:34:19 |
| 21 | Q.    Is there a signature of Raymond | 10:34:20 |
| 22 | Santana, Sr.? | 10:34:23 |
| 23 | A.    No, sir. | 10:34:23 |
| 24 | (Mr. Dong entered the room.) | 10:34:27 |
| 25 | MS. DAITZ:  Can we just note for | 10:34:27 |

NYCLD_044029

P-APP000858

Page 339

| | | |
|---|---|---|
| 1 | the record who just arrived? | 10:34:29 |
| 2 | MS. FISHER-BYRIALSEN:  We will | 10:34:31 |
| 3 | in just a second. | 10:34:32 |
| 4 | MS. DAITZ:  Mr. Wareham. | 10:34:39 |
| 5 | MR. WAREHAM:  Who just arrived? | 10:34:42 |
| 6 | MR. BELDOCK:  This is a | 10:34:44 |
| 7 | gentleman from the District Attorney's | 10:34:45 |
| 8 | office. | 10:34:46 |
| 9 | MR. WAREHAM:  Gregory Dong. | 10:34:50 |
| 10 | MR. DONG:  D-O-N-G. | 10:34:53 |
| 11 | MR. BELDOCK:  He's bringing | 10:34:55 |
| 12 | McKenna's notebook, original, pardon me, | 10:34:59 |
| 13 | not McKenna's. | 10:34:59 |
| 14 | MS. NELSON:  Whose notebook? | 10:35:01 |
| 15 | MS. DIPPOLD:  Mr. Sheehan's. | 10:35:03 |
| 16 | MR. BELDOCK:  Sheehan's | 10:35:03 |
| 17 | notebook. | 10:35:07 |
| 18 | MS. NELSON:  Can we see that | 10:35:07 |
| 19 | notebook before it's given to him? | 10:35:09 |
| 20 | MR. BELDOCK:  Why? | 10:35:11 |
| 21 | MS. DAITZ:  Because we went over | 10:35:12 |
| 22 | this when we did the inspection with the | 10:35:14 |
| 23 | District Attorney's office, and that's why | 10:35:14 |
| 24 | we applied certain documents to be | 10:35:16 |
| 25 | redacted to the official information | 10:35:17 |

NYCLD_044030

P-APP000859

Page 340

```
 1   privilege.                               10:35:17
 2          Pursuant to court order, we had   10:35:18
 3   put sticky notes over the originals before 10:35:19
 4   plaintiffs were permitted to inspect.  I'm 10:35:22
 5   confused as to why this was not raised    10:35:24
 6   with us before today either.             10:35:27
 7          MS. NELSON:  I'm sorry, what's    10:35:28
 8   his name?                                 10:35:30
 9          MR. WAREHAM:  Gregory Dong.       10:35:31
10   D-O-N-G.                                  10:35:34
11          MR. DONG:  Gregory Dong,          10:35:35
12   D-O-N-G.                                  10:35:38
13          MS. NELSON:  Thank you.           10:35:38
14          MR. WAREHAM:  One second.         10:35:43
15          MS. NELSON:  May we speak with    10:35:46
16   you for a second?                         10:35:47
17          MR. DONG:  Yes.                   10:35:49
18          MS. DAITZ:  We're going to go     10:35:55
19   off the record.                           10:35:55
20          THE VIDEOGRAPHER:  We're going    10:35:56
21   off the record at 10:35 a.m.             10:35:58
22          (A recess was taken.)            10:36:05
23          THE VIDEOGRAPHER:  We're back on  10:44:16
24   at 10:44 a.m.                             10:45:04
25      Q.   Mr. Sheehan, I believe I just    10:45:06
```

NYCLD_044031

P-APP000860

Page 341

| | | |
|---|---|---|
| 1 | finished reading you the statement that | 10:45:22 |
| 2 | Raymond Santana allegedly made to | 10:45:26 |
| 3 | Detective Hartigan, and we went over the | 10:45:29 |
| 4 | signatures. | 10:45:31 |
| 5 | Was, when you went into the | 10:45:33 |
| 6 | youth room, when you were first introduced | 10:45:37 |
| 7 | to Mr. Santana, can you just describe the | 10:45:39 |
| 8 | dimensions of the youth room, if you | 10:45:43 |
| 9 | remember? | 10:45:46 |
| 10 | A.    I'm really not good at | 10:45:46 |
| 11 | estimating space, but -- | 10:45:51 |
| 12 | Q.    Can you do it in relation to | 10:45:52 |
| 13 | this room? | 10:45:54 |
| 14 | A.    That's just what I was going to | 10:45:54 |
| 15 | actually do.  The -- it's, I think they | 10:45:56 |
| 16 | had like a divider wall in one of those, | 10:46:01 |
| 17 | where it doesn't go fully up to the | 10:46:05 |
| 18 | ceiling, to the best of my recollection, | 10:46:08 |
| 19 | in 1989.  And the front part, this was a | 10:46:10 |
| 20 | separate building. | 10:46:15 |
| 21 | Q.    Right. | 10:46:16 |
| 22 | A.    I'm going to stress that.  When | 10:46:16 |
| 23 | you come out of the Central Park Precinct, | 10:46:18 |
| 24 | there's a driveway that cars go in and | 10:46:21 |
| 25 | out, out to the 86th Street Transverse | 10:46:24 |

NYCLD_044032

P-APP000861

Page 342

| | | |
|---|---|---|
| 1 | Road. | 10:46:28 |
| 2 | So you cross that driveway, and | 10:46:28 |
| 3 | there's a separate building.  And in that | 10:46:30 |
| 4 | building, as you first walk in, that is | 10:46:36 |
| 5 | what's described as the youth room. | 10:46:39 |
| 6 | Q.    Okay. | 10:46:41 |
| 7 | A.    And I think the auxiliary police | 10:46:41 |
| 8 | used the back part of that, I'm not | 10:46:45 |
| 9 | certain. | 10:46:48 |
| 10 | So the youth room would be maybe | 10:46:48 |
| 11 | about the size of this room, that portion | 10:46:52 |
| 12 | of it would be about the size of this | 10:46:55 |
| 13 | room. | 10:46:58 |
| 14 | Q.    And I'd say it's about -- | 10:46:58 |
| 15 | MS. DAITZ:  Why don't you put on | 10:47:04 |
| 16 | the record what room we're in. | 10:47:05 |
| 17 | MR. WAREHAM:  What? | 10:47:07 |
| 18 | MS. DAITZ:  Why don't you put on | 10:47:09 |
| 19 | the record what room we're in. | 10:47:10 |
| 20 | MR. WAREHAM:  We're in the | 10:47:10 |
| 21 | conference room at Beldock, Levine, | 10:47:11 |
| 22 | Hoffman in New York, approximately 30 | 10:47:15 |
| 23 | feet, 20 feet by ten feet.  We can get the | 10:47:19 |
| 24 | exact dimensions. | 10:47:22 |
| 25 | Q.    Was Raymond Santana the only one | 10:47:24 |

NYCLD_044033

P-APP000862

Page 343

| | | |
|---|---|---|
| 1 | of the other -- were there other youths in | 10:47:26 |
| 2 | the room, other suspects? | 10:47:29 |
| 3 | A.    No, sir. | 10:47:31 |
| 4 | Q.    So it was just Raymond Santana, | 10:47:32 |
| 5 | Jr. and the six detectives, including | 10:47:35 |
| 6 | yourself and Lieutenant Doyle? | 10:47:37 |
| 7 | MS. DAITZ:   Objection. | 10:47:39 |
| 8 | A.    Are you asking me when I walked | 10:47:39 |
| 9 | in? | 10:47:42 |
| 10 | Q.    Yes, when you walked in. | 10:47:43 |
| 11 | A.    When I walked in, it was Raymond | 10:47:44 |
| 12 | Santana seated at a table, Detective | 10:47:47 |
| 13 | Hartigan sitting next to him, and | 10:47:52 |
| 14 | Detective Arroyo, I believe, was standing. | 10:47:55 |
| 15 | Q.    I think you had indicated there | 10:47:58 |
| 16 | were other detectives who came into the | 10:48:00 |
| 17 | room, Jonza and Hall? | 10:48:02 |
| 18 | A.    They came in with me.   Doyle and | 10:48:04 |
| 19 | Sergeant O'Connor. | 10:48:09 |
| 20 | Q.    And in the room, what other | 10:48:10 |
| 21 | furniture was there?  You said there was a | 10:48:13 |
| 22 | table.  How large was the table, what part | 10:48:16 |
| 23 | of the room did it take up? | 10:48:19 |
| 24 | A.    A small portion.   It was like | 10:48:21 |
| 25 | just a basic, basic table against the | 10:48:26 |

NYCLD_044034

P-APP000863

Page 344

| | | |
|---|---|---|
| 1 | wall.  So as you walked in, let's say you | 10:48:31 |
| 2 | walked in, well, if you came in the door | 10:48:34 |
| 3 | here, the table -- | 10:48:38 |
| 4 | Q.    Indicating to your left. | 10:48:39 |
| 5 | A.    Yeah, the table would be right | 10:48:40 |
| 6 | there where those cabinets are. | 10:48:42 |
| 7 | Q.    Okay, as you walked in to the | 10:48:43 |
| 8 | left. | 10:48:45 |
| 9 | A.    Where those cabinets are, maybe | 10:48:45 |
| 10 | one or two of those tables.  Maybe there | 10:48:47 |
| 11 | was a, maybe it was a desk.  All I | 10:48:50 |
| 12 | remember it was a flat surface. | 10:48:54 |
| 13 | Q.    Indicating to your immediate | 10:48:56 |
| 14 | left. | 10:48:58 |
| 15 | A.    I'm saying a table, but you know | 10:48:58 |
| 16 | what, it could have been a desk, to the | 10:49:01 |
| 17 | best of my recollection.  I remember | 10:49:03 |
| 18 | sitting at a flat surface. | 10:49:06 |
| 19 | Q.    Were there chairs in the room? | 10:49:07 |
| 20 | A.    Yes, sir. | 10:49:09 |
| 21 | Q.    Do you know how many? | 10:49:12 |
| 22 | A.    No. | 10:49:13 |
| 23 | Q.    More than five? | 10:49:14 |
| 24 | A.    Certainly Santana was seated and | 10:49:15 |
| 25 | Hartigan was seated.  I don't know, I | 10:49:17 |

NYCLD_044035

P-APP000864

Page 345

| | | |
|---|---|---|
| 1 | don't recall specifically how many other | 10:49:20 |
| 2 | chairs. | 10:49:22 |
| 3 | Q.    Was there a bench? | 10:49:22 |
| 4 | A.    I don't recall that. | 10:49:23 |
| 5 | Q.    Were there windows? | 10:49:24 |
| 6 | A.    I don't recall that. | 10:49:26 |
| 7 | Q.    Can you describe the lighting? | 10:49:32 |
| 8 | A.    The lighting was adequate.   I | 10:49:38 |
| 9 | don't know, you know. | 10:49:46 |
| 10 | Q.    Bright, medium, dim? | 10:49:47 |
| 11 | MS. DAITZ:   Objection. | 10:49:50 |
| 12 | A.    I said adequate.   I guess | 10:49:50 |
| 13 | medium, not blinding. | 10:49:55 |
| 14 | Q.    And back to -- so this statement | 10:49:57 |
| 15 | was taken, according to the statement at | 10:50:05 |
| 16 | 6:00 p.m.   You had just, which is about | 10:50:08 |
| 17 | the time you had just returned from the | 10:50:12 |
| 18 | 97th Street search? | 10:50:16 |
| 19 | A.    Again, I want to stress, I | 10:50:16 |
| 20 | don't -- this is many, many years ago, and | 10:50:19 |
| 21 | my recollection of the exact times is, you | 10:50:20 |
| 22 | know, it's 23 years later.   To the best of | 10:50:24 |
| 23 | my recollection, it was around that time, | 10:50:29 |
| 24 | yeah. | 10:50:31 |
| 25 | Q.    And your testimony is that | 10:50:31 |

NYCLD_044036

P-APP000865

Page 346

| | | |
|---|---|---|
| 1 | Detective Hartigan, having just taken a | 10:50:42 |
| 2 | statement where a rape is alleged of this | 10:50:48 |
| 3 | jogger who might die, never mentioned to | 10:50:51 |
| 4 | you, never told you that that was what | 10:50:55 |
| 5 | Raymond Santana, Jr. had told him? | 10:50:59 |
| 6 |        MS. DAITZ:   Objection to form. | 10:51:06 |
| 7 |    A.    What portion, you know. | 10:51:08 |
| 8 |    Q.    Your testimony is Detective | 10:51:13 |
| 9 | Hartigan never told you that Raymond | 10:51:17 |
| 10 | Santana had admitted to being part of a | 10:51:19 |
| 11 | rape of a female jogger? | 10:51:21 |
| 12 |    A.    That's correct. | 10:51:23 |
| 13 |        MS. DAITZ:   Mr. Wareham, I | 10:51:48 |
| 14 | believe I misspoke before when I | 10:51:50 |
| 15 | identified this as the version that was | 10:51:52 |
| 16 | used at trial.  This is a Grand Jury | 10:51:53 |
| 17 | exhibit, just so the record is clear. | 10:51:56 |
| 18 |        MR. WAREHAM:   All right. | 10:51:58 |
| 19 |    Q.    So Lieutenant Doyle took the | 10:52:04 |
| 20 | statement and told you to go to the, to | 10:52:14 |
| 21 | take Raymond Santana, Jr. to the 20th | 10:52:21 |
| 22 | Precinct? | 10:52:26 |
| 23 |    A.    Yes, sir. | 10:52:26 |
| 24 |    Q.    And to contact his father? | 10:52:27 |
| 25 |    A.    Yes, sir. | 10:52:30 |

NYCLD_044037

P-APP000866

Page 347

| | | |
|---|---|---|
| 1 | Q. And Detective Hartigan, did | 10:52:31 |
| 2 | Detective Hartigan tell you that there was | 10:52:39 |
| 3 | a problem with the statement? | 10:52:41 |
| 4 | MS. DAITZ: Objection to form. | 10:52:42 |
| 5 | A. No, sir. | 10:52:43 |
| 6 | Q. That there might be a problem | 10:52:44 |
| 7 | with admissibility of the statement? | 10:52:46 |
| 8 | MS. DAITZ: Objection. | 10:52:48 |
| 9 | A. No, sir. | 10:52:49 |
| 10 | Q. That Raymond's grandmother | 10:52:49 |
| 11 | didn't sign either part of the statement? | 10:52:55 |
| 12 | MS. DAITZ: Objection. | 10:52:58 |
| 13 | A. No, sir. | 10:52:58 |
| 14 | Q. That Raymond's grandmother | 10:52:59 |
| 15 | didn't speak English? | 10:53:02 |
| 16 | MS. DAITZ: Objection, asked and | 10:53:03 |
| 17 | answered. | 10:53:04 |
| 18 | A. No, sir. | 10:53:05 |
| 19 | Q. And Detective Hartigan didn't | 10:53:07 |
| 20 | tell you that he needed a clean version | 10:53:12 |
| 21 | that would be admissible in court? | 10:53:14 |
| 22 | MS. DAITZ: Objection. | 10:53:19 |
| 23 | A. No, sir. | 10:53:19 |
| 24 | Q. And that he needed you to take | 10:53:20 |
| 25 | the clean version? | 10:53:23 |

NYCLD_044038

P-APP000867

Page 348

| | |
|---|---|
| 1 | MS. DAITZ:  Objection. | 10:53:24 |
| 2 | A.    Once again, no, sir. | 10:53:25 |
| 3 | Q.    And that -- did Detective | 10:53:26 |
| 4 | Hartigan tell you I need the, I need the | 10:53:32 |
| 5 | cover of Raymond saying he's giving | 10:53:43 |
| 6 | additional details to justify you taking | 10:53:46 |
| 7 | another statement? | 10:53:49 |
| 8 | MS. DAITZ:  Objection. | 10:53:50 |
| 9 | A.    No, sir. | 10:53:50 |
| 10 | Q.    And that was your understanding | 10:53:51 |
| 11 | of why you were taking a second statement? | 10:53:55 |
| 12 | MS. DAITZ:  Objection. | 10:53:58 |
| 13 | A.    Was what my statement? | 10:53:58 |
| 14 | Q.    That there were problems with | 10:54:01 |
| 15 | the first statement, the two parts of the | 10:54:02 |
| 16 | first statement? | 10:54:05 |
| 17 | A.    Not at all, sir. | 10:54:05 |
| 18 | Q.    So then describe what happened | 10:54:06 |
| 19 | when you left the Central Park Precinct. | 10:54:14 |
| 20 | A.    Detective Jonza, Detective Hall | 10:54:18 |
| 21 | and I told Raymond Santana we were going | 10:54:24 |
| 22 | to a different precinct on the West Side, | 10:54:29 |
| 23 | and that when we got there, I was going to | 10:54:32 |
| 24 | call his dad and try to arrange for him to | 10:54:35 |
| 25 | come to the precinct. | 10:54:39 |

NYCLD_044039

P-APP000868

Page 349

| | |
|---|---|
| 1 | And that I wanted to talk to him | 10:54:42 |
| 2 | again, but I would wait until his dad got | 10:54:43 |
| 3 | there.  He said he understood. | 10:54:46 |
| 4 | We got in the car, and we pulled | 10:54:50 |
| 5 | out of the parking lot.  We headed west on | 10:54:54 |
| 6 | 86th Street Transverse Road towards the | 10:54:59 |
| 7 | 20th Precinct. | 10:55:04 |
| 8 | Q.    Who got in the car? | 10:55:06 |
| 9 | A.    I drove.  To the best of my | 10:55:08 |
| 10 | recollection, Detective Hall sat in the | 10:55:17 |
| 11 | front seat with me.  I could be wrong on | 10:55:20 |
| 12 | that.  Again, to the best of my | 10:55:23 |
| 13 | recollection, Detective Jonza sat in the | 10:55:27 |
| 14 | back seat with Raymond Santana. | 10:55:30 |
| 15 | Q.    Before you left the precinct, | 10:55:34 |
| 16 | did you attempt to call Raymond's father? | 10:55:43 |
| 17 | A.    No, sir. | 10:55:46 |
| 18 | Q.    And why not? | 10:55:46 |
| 19 | A.    No reason, sir, other than I was | 10:55:49 |
| 20 | going to call him when I got to the 20th. | 10:55:54 |
| 21 | Q.    Before you left the precinct, | 10:55:56 |
| 22 | did you give -- was -- | 10:56:03 |
| 23 | MR. WAREHAM:  Withdrawn. | 10:56:14 |
| 24 | Q.    Was Raymond's grandmother in the | 10:56:14 |
| 25 | youth room when you came in? | 10:56:18 |

NYCLD_044040

P-APP000869

Page 350

```
1      A.      I don't recall seeing her, no,      10:56:23
2   sir.                                            10:56:25
3      Q.      Before you left the precinct,        10:56:25
4   did you give Raymond any Miranda warnings?      10:56:26
5      A.      No, sir.                             10:56:32
6      Q.      Why not?                             10:56:32
7      A.      I wasn't going to question him       10:56:33
8   at that time.                                   10:56:37
9      Q.      Did you caution Raymond not to       10:56:38
10  say anything on his own to you?                 10:56:43
11          MS. DAITZ:  Objection.                  10:56:48
12     A.      What I remember telling Raymond      10:56:48
13  is that we were going to the 20th               10:56:51
14  Precinct, I was going to call his father        10:56:53
15  because I needed his father to be present       10:56:55
16  when I did interview him.                        10:56:59
17     Q.      But did you caution Raymond not      10:57:01
18  to volunteer any information about what         10:57:03
19  had allegedly happened that previous night     10:57:07
20  to you?                                         10:57:09
21          MS. DAITZ:  Objection.                  10:57:09
22     A.      I don't recall cautioning him,       10:57:10
23  no.                                             10:57:14
24     Q.      You knew he was 14?                  10:57:15
25     A.      Yes, sir, I did.                     10:57:16
```

NYCLD_044041

P-APP000870

Page 351

| | | |
|---|---|---|
| 1 | Q.    You knew he was probably not | 10:57:18 |
| 2 | familiar with the question of | 10:57:23 |
| 3 | self-incrimination? | 10:57:28 |
| 4 | MS. DAITZ:  Objection. | 10:57:29 |
| 5 | A.    I had no idea what Mr. Santana | 10:57:30 |
| 6 | was familiar with at that time. | 10:57:35 |
| 7 | Q.    And -- | 10:57:36 |
| 8 | MR. WAREHAM:  Withdrawn. | 10:57:45 |
| 9 | Q.    On Exhibit 39, the one I just | 10:57:46 |
| 10 | showed you, the statement that was taken | 10:58:14 |
| 11 | by Detective Hartigan -- | 10:58:17 |
| 12 | A.    Yes, sir. | 10:58:19 |
| 13 | Q.    -- is there any indication in | 10:58:19 |
| 14 | any part of the statement that Detective | 10:58:25 |
| 15 | Hartigan read Mr. Santana and/or his | 10:58:28 |
| 16 | grandmother his Miranda warnings? | 10:58:31 |
| 17 | MS. DAITZ:  He'll have to read | 10:58:37 |
| 18 | the whole statement.  The document speaks | 10:58:39 |
| 19 | for itself. | 10:58:41 |
| 20 | Q.    Sir, you don't have to take the | 10:58:43 |
| 21 | time to read it.  Let me ask you, is this | 10:58:45 |
| 22 | one of the documents that you reviewed in | 10:58:48 |
| 23 | terms of refreshing your recollection in | 10:58:51 |
| 24 | preparation for this deposition? | 10:58:52 |
| 25 | MS. DAITZ:  If it refreshed your | 10:58:54 |

NYCLD_044042

P-APP000871

Page 352

1    recollection, you can answer the question.    10:58:56
2        A.    Yes, sir.    10:58:57
3        Q.    So you got in the car, Detective    10:58:58
4    Jonza, Hall and Mr. Santana, and then what    10:59:09
5    happened?    10:59:12
6        A.    As I testified, we, we headed    10:59:12
7    west on the 86th Street Transverse towards    10:59:18
8    the 20th, which was located at 82nd Street    10:59:25
9    between Columbus Avenue and Amsterdam    10:59:28
10    Avenue.    10:59:32
11        There was a discussion in the    10:59:32
12    car among the three of us detectives about    10:59:34
13    the prior search for the pipe at Central    10:59:43
14    Park West.    10:59:51
15        A joint decision was made to    10:59:53
16    take a detour from going directly to the    11:00:02
17    20th and heading up to, back to 97th    11:00:05
18    Street and Central Park West to do a more    11:00:14
19    thorough search, I think we discussed    11:00:23
20    maybe outside the wall, looking a little    11:00:29
21    closer outside the wall because most of    11:00:32
22    our -- the prior search was done inside    11:00:35
23    the wall.  In other words, within the,    11:00:38
24    actually inside Central Park.    11:00:41
25        Q.    At that point in time, you had    11:00:45

NYCLD_044043

P-APP000872

Page 353

| | | |
|---|---|---|
| 1 | no idea whether Raymond Santana had any | 11:00:48 |
| 2 | relationship to the pipe you were looking | 11:00:52 |
| 3 | for? | 11:00:55 |
| 4 | MS. DAITZ:  Objection to form. | 11:00:56 |
| 5 | A.    Not at all, sir. | 11:00:57 |
| 6 | Q.    And would you consider, did you | 11:00:59 |
| 7 | consider it good police procedure to | 11:01:09 |
| 8 | discuss your investigation in front of a | 11:01:11 |
| 9 | suspect? | 11:01:18 |
| 10 | MS. DAITZ:  Objection to form. | 11:01:18 |
| 11 | A.    We weren't actually discussing | 11:01:20 |
| 12 | the investigation.  We were discussing | 11:01:22 |
| 13 | looking for a piece of pipe. | 11:01:25 |
| 14 | Q.    But you were discussing looking | 11:01:28 |
| 15 | for a piece of pipe that allegedly was a | 11:01:30 |
| 16 | weapon in the investigation. | 11:01:33 |
| 17 | MS. DAITZ:  Objection. | 11:01:36 |
| 18 | A.    That's what we were looking for, | 11:01:38 |
| 19 | but I don't remember discussing that in | 11:01:40 |
| 20 | detail in front of Santana. | 11:01:45 |
| 21 | Q.    And, so then continue.  What | 11:01:47 |
| 22 | happened when you went to look for the | 11:01:53 |
| 23 | pipe? | 11:01:54 |
| 24 | A.    We drove to the vicinity of 97th | 11:01:55 |
| 25 | Street, West 97th Street to West 100th | 11:01:59 |

NYCLD_044044

P-APP000873

Page 354

```
1    Street on the east side of Central Park        11:02:04
2    West.  And I can't recall if we all got        11:02:08
3    out of the car or Jonza and Hall got out       11:02:14
4    of the car, I'm not exactly sure.              11:02:18
5            To the best of my recollection         11:02:21
6    sitting here today, there was a look, a        11:02:27
7    search, so to speak, for the pipe.             11:02:31
8        Q.    And then what happened, did you      11:02:39
9    find the pipe?                                 11:02:42
10       A.    No, sir.                             11:02:43
11       Q.    You stayed in the car with           11:02:45
12   Raymond?                                       11:02:47
13       A.    You know, as I sit here today, I     11:02:47
14   can't honestly tell you whether I stayed       11:02:50
15   in the car with Raymond or one of the          11:02:52
16   other detectives stayed in the car with        11:02:54
17   Raymond.                                       11:02:58
18       Q.    Someone stayed in the car with       11:02:58
19   Raymond?                                       11:03:00
20       A.    To the best of my recollection,      11:03:01
21   yes.                                           11:03:03
22       Q.    Was he under arrest at that          11:03:03
23   point?                                         11:03:05
24       A.    No, sir.                             11:03:05
25       Q.    Was he free to go?                   11:03:06
```

NYCLD_044045

P-APP000874

Page 355

1      A.    I don't believe he was free to      11:03:08

2  go, no.                                        11:03:09

3      Q.    He couldn't have just got out of     11:03:10

4  the car and gone home?                         11:03:12

5      A.    No, sir.                             11:03:14

6      Q.    So you didn't find the pipe, and    11:03:14

7  then what happened?                            11:03:17

8      A.    We got back in the car and, to      11:03:17

9  the best of my recollection, Raymond said,     11:03:25

10  if you're looking for that pipe, I'm not       11:03:34

11  saying the exact words now, I'm                11:03:37

12  paraphrasing what he said, sum and             11:03:41

13  substance, my friend Antron McCray had the     11:03:42

14  pipe.  The pipe's not here.                    11:03:46

15           He used -- we ran along, and he      11:03:52

16  pointed to an area on the west side of         11:03:55

17  Central Park West that roughly ran from        11:04:00

18  100th Street down to 97th Street.              11:04:06

19           There was protective covering,       11:04:09

20  construction covering, covering the            11:04:13

21  sidewalk.  He said, see all those lights,      11:04:16

22  pointing to the bulbs.  He says, we ran        11:04:20

23  along there, Antron used the pipe to break     11:04:24

24  those bulbs.                                   11:04:28

25      Q.    And at that point in time, did      11:04:31

NYCLD_044046

P-APP000875

Page 356

| | | |
|---|---|---|
| 1 | you tell Raymond Santana, Jr., a 14-year | 11:04:34 |
| 2 | old, that he should not be making any | 11:04:39 |
| 3 | statements to you until his father was | 11:04:42 |
| 4 | present? | 11:04:44 |
| 5 |          MS. DAITZ:   Objection. | 11:04:45 |
| 6 |     A.    No, sir. | 11:04:45 |
| 7 |     Q.    And why not? | 11:04:46 |
| 8 |     A.    I have no reason, sir.  I mean, | 11:04:50 |
| 9 | he made the statement. | 11:04:55 |
| 10 |     Q.    He was 14. | 11:04:57 |
| 11 |     A.    Yes, he was. | 11:04:59 |
| 12 |     Q.    And he was a suspect, as far as | 11:05:01 |
| 13 | you knew, in a series of assaults? | 11:05:04 |
| 14 |     A.    Yes, sir. | 11:05:07 |
| 15 |     Q.    And his statements could be used | 11:05:07 |
| 16 | against him on trial. | 11:05:13 |
| 17 |          MS. DAITZ:   Objection. | 11:05:14 |
| 18 |     A.    Yes, sir. | 11:05:15 |
| 19 |     Q.    And you had no prior indication | 11:05:16 |
| 20 | that Raymond Santana, Jr. knew anything | 11:05:25 |
| 21 | about the pipe? | 11:05:29 |
| 22 |     A.    That's correct. | 11:05:30 |
| 23 |     Q.    Go on, then what happened? | 11:05:31 |
| 24 |     A.    At some point in that | 11:05:35 |
| 25 | discussion, or not discussion, in his | 11:05:41 |

NYCLD_044047

P-APP000876

Page 357

|    |                                                    |          |
|----|----------------------------------------------------|----------|
| 1  | statement, he said I know where the pipe           | 11:05:43 |
| 2  | was dropped and it's not here, it's on             | 11:05:47 |
| 3  | Columbus Avenue.                                    | 11:05:52 |
| 4  | We drove west on 97th Street to                    | 11:05:55 |
| 5  | Columbus Avenue, and Raymond pointed               | 11:06:07 |
| 6  | north, he said it's on the other corner,           | 11:06:16 |
| 7  | 100th Street, I think.                             | 11:06:20 |
| 8  | I made a right turn on Columbus                    | 11:06:22 |
| 9  | and kind of carefully drove down to 100th          | 11:06:27 |
| 10 | Street, because we were going against              | 11:06:33 |
| 11 | traffic in the right lane, to the corner           | 11:06:35 |
| 12 | of, the southeast corner of West 100th             | 11:06:38 |
| 13 | Street and Columbus Avenue.                        | 11:06:46 |
| 14 | We all got out of the car,                         | 11:06:47 |
| 15 | including Raymond, he pointed to the               | 11:06:51 |
| 16 | corner, and there was a fence separating           | 11:06:53 |
| 17 | the sidewalk and the west side tennis              | 11:06:58 |
| 18 | courts.                                            | 11:07:02 |
| 19 | And he said this is where Antron               | 11:07:04 |
| 20 | dropped the pipe.  We looked around, the           | 11:07:06 |
| 21 | pipe wasn't there.  There was actually a           | 11:07:11 |
| 22 | construction, a hole, so to speak, I think         | 11:07:15 |
| 23 | a Con Ed hole in the crosswalk.  And I             | 11:07:23 |
| 24 | walked to that and looked in there and             | 11:07:31 |
| 25 | there was no pipe.                                 | 11:07:34 |

NYCLD_044048

P-APP000877

Page 358

| | | |
|---|---|---|
| 1 | Q. And this location, the southeast | 11:07:36 |
| 2 | corner of 100th Street and Columbus, is | 11:07:39 |
| 3 | approximately a half a block from the 24th | 11:07:42 |
| 4 | Precinct? | 11:07:46 |
| 5 | A. Yes, it's a long block, but | 11:07:46 |
| 6 | yeah, you're right, about a half a block. | 11:07:49 |
| 7 | Q. And once again, you had no prior | 11:07:53 |
| 8 | knowledge that Raymond knew anything about | 11:07:55 |
| 9 | the pipe? | 11:07:58 |
| 10 | A. No, sir. | 11:07:59 |
| 11 | Q. It was just a coincidence that | 11:07:59 |
| 12 | you were discussing the pipe and you had | 11:08:02 |
| 13 | Raymond in the car, and he said I know | 11:08:03 |
| 14 | where the pipe is? | 11:08:06 |
| 15 | MS. DAITZ: Objection. | 11:08:07 |
| 16 | A. He said I think if you're | 11:08:07 |
| 17 | looking for this pipe, my friend Antron | 11:08:10 |
| 18 | had it. | 11:08:12 |
| 19 | Q. You testified yesterday that | 11:08:13 |
| 20 | during 2002 you had a meeting with ADAs | 11:08:27 |
| 21 | Ryan and Casolaro? | 11:08:37 |
| 22 | A. I'm not certain what year that | 11:08:39 |
| 23 | was. | 11:08:42 |
| 24 | Q. During the year of the | 11:08:42 |
| 25 | reinvestigation. | 11:08:44 |

NYCLD_044049

P-APP000878

Page 359

| | | |
|---|---|---|
| 1 | A.    It was during the | 11:08:45 |
| 2 | reinvestigation, certainly, yes, sir.  So | 11:08:46 |
| 3 | I'm not sure when that year was exactly. | 11:08:49 |
| 4 | Q.    But it was a meeting with ADA | 11:08:52 |
| 5 | Ryan and ADA Casolaro? | 11:08:55 |
| 6 | A.    Yes, sir. | 11:08:57 |
| 7 | Q.    And that's the one where you | 11:08:58 |
| 8 | testified that they said the investigation | 11:09:02 |
| 9 | is over? | 11:09:03 |
| 10 | MS. DAITZ:  Objection. | 11:09:04 |
| 11 | A.    In sum and substance, yes, sir. | 11:09:04 |
| 12 | Q.    And do you remember at that | 11:09:06 |
| 13 | meeting describing to ADA Casolaro the | 11:09:10 |
| 14 | events of transporting, the events that we | 11:09:25 |
| 15 | just talked about, from the time you came | 11:09:27 |
| 16 | to the Central Park Precinct until you | 11:09:29 |
| 17 | took Raymond to the 20th Precinct? | 11:09:33 |
| 18 | A.    No, sir.  There was no | 11:09:35 |
| 19 | discussion about the case whatsoever. | 11:09:38 |
| 20 | Q.    Do you remember when you had | 11:09:41 |
| 21 | that meeting with ADAs Casolaro and Ryan? | 11:09:42 |
| 22 | MS. DAITZ:  Objection to asked | 11:09:46 |
| 23 | and answered, yesterday and today. | 11:09:48 |
| 24 | A.    When I had the meeting? | 11:09:50 |
| 25 | Q.    Do you remember the month? | 11:09:52 |

NYCLD_044050

P-APP000879

Page 360

| | | |
|---|---|---|
| 1 | A.     I don't remember the exact date, | 11:09:53 |
| 2 | and I testified about that yesterday. | 11:09:55 |
| 3 | Q.     Let me show you Plaintiffs' | 11:09:57 |
| 4 | marked Sheehan 36. | 11:10:01 |
| 5 | MS. DAITZ:   Thank you. | 11:10:14 |
| 6 | Q.     Let me know when you're finished | 11:10:14 |
| 7 | reading. | 11:10:31 |
| 8 | A.     Okay. | 11:11:14 |
| 9 | Q.     Have you seen this document | 11:11:16 |
| 10 | before? | 11:11:18 |
| 11 | MS. DAITZ:   I'm instructing the | 11:11:18 |
| 12 | witness not to answer on the grounds of | 11:11:19 |
| 13 | attorney-client privilege. | 11:11:21 |
| 14 | Q.     Does this document refresh your | 11:11:22 |
| 15 | recollection about the meeting you had | 11:11:26 |
| 16 | with ADA Casolaro? | 11:11:27 |
| 17 | A.     No, sir. | 11:11:30 |
| 18 | Q.     Does the date, October 28, 2002, | 11:11:31 |
| 19 | refresh your recollection about the, when | 11:11:45 |
| 20 | you had the meeting with Inspector | 11:11:48 |
| 21 | Casolaro -- Detective Casolaro -- I mean | 11:11:51 |
| 22 | ADA Casolaro? | 11:11:54 |
| 23 | A.     No, sir. | 11:11:56 |
| 24 | Q.     Do you see the notation on the | 11:11:56 |
| 25 | top left that says MS? | 11:12:05 |

NYCLD_044051

P-APP000880

Page 361

| | | |
|---|---|---|
| 1 | A.      Yes, sir. | 11:12:07 |
| 2 | Q.      These are notes of ADA Casolaro | 11:12:08 |
| 3 | that we received in terms of this | 11:12:13 |
| 4 | litigation. | 11:12:18 |
| 5 | MS. DAITZ:  Objection.  That has | 11:12:19 |
| 6 | not been established. | 11:12:21 |
| 7 | Q.      These are notes of ADA Casolaro | 11:12:31 |
| 8 | that he took during the reinvestigation. | 11:12:37 |
| 9 | MS. DAITZ:  Object, objection, | 11:12:42 |
| 10 | if that's the question. | 11:12:45 |
| 11 | Q.      Do you see on the top left where | 11:12:50 |
| 12 | it says MS? | 11:12:52 |
| 13 | A.      Yes, sir. | 11:12:54 |
| 14 | Q.      It says came in afternoon at | 11:12:54 |
| 15 | 4:20. | 11:12:58 |
| 16 | MS. DAITZ:  Afternoon of 4/20. | 11:12:59 |
| 17 | Q.      Afternoon, came in afternoon of | 11:13:03 |
| 18 | 4/20. | 11:13:08 |
| 19 | A.      Yes, sir. | 11:13:08 |
| 20 | Q.      Do you remember meeting with ADA | 11:13:09 |
| 21 | Casolaro -- no, I'm sorry.  And then the | 11:13:16 |
| 22 | notes describe the events that you've | 11:13:21 |
| 23 | testified to earlier. | 11:13:32 |
| 24 | MS. DAITZ:  Objection. | 11:13:34 |
| 25 | Q.      Central Park, CPP bosses galore. | 11:13:36 |

NYCLD_044052

P-APP000881

Page 362

```
 1              MS. DAITZ:  I don't think that's    11:13:42
 2      what it says.                               11:13:43
 3          Q.      Confusion, lots of detectives,  11:13:47
 4      Doyle, no briefing, which is what you       11:13:50
 5      testified to earlier.                       11:13:55
 6          A.      Yes, sir.                        11:13:56
 7          Q.      Inspector Power yelled at        11:13:57
 8      Sheehan.                                     11:14:01
 9              MS. DAITZ:  I think you're           11:14:02
10      missing a word.                              11:14:02
11          Q.      Inspector Power, is that Jim,    11:14:03
12      Jonza, I'm not sure.  Inspector Power, and   11:14:12
13      I'm not sure if it's a J, I'm not sure if    11:14:16
14      that's Jonza, Jim, yelled at Sheehan talk    11:14:23
15      to that kid, knows where, quote, unquote,    11:14:26
16      pipes be.                                    11:14:30
17              MS. DAITZ:  I don't think that's     11:14:32
18      what it says either.                         11:14:33
19          Q.      Do you remember telling ADA      11:14:37
20      Casolaro that?                               11:14:42
21          A.      Well, first of all, I don't      11:14:45
22      recall telling ADA Casolaro that at the      11:14:50
23      meeting I just described.                    11:14:53
24          Q.      Do you remember telling him that 11:14:54
25      at any other meeting?                        11:14:57
```

NYCLD_044053

P-APP000882

Page 363

1      A.     I could have had a discussion        11:14:58

2   with him at another time.                      11:15:00

3      Q.     But you don't remember?              11:15:02

4      A.     I don't recall that, no.             11:15:03

5      Q.     But does that sound, does that       11:15:04

6   refresh your recollection around one of        11:15:07

7   the -- that you needed to talk --              11:15:11

8          MR. WAREHAM:  Withdrawn.                 11:15:14

9      Q.     Further it goes on and says, new      11:15:15

10  people beaten, didn't know about female        11:15:21

11  jogger.  That reflects your testimony          11:15:24

12  today?                                          11:15:26

13         MS. DAITZ:  Objection, no, it            11:15:27

14  doesn't.                                        11:15:29

15     Q.     Santana introduced by Hartigan       11:15:33

16  go find pipe - go find pipe.  The only --       11:15:37

17  if you read through the entire document,       11:15:57

18  the only kid or suspect referred to in         11:16:00

19  this is Raymond Santana, Jr.                    11:16:05

20         MS. DAITZ:  Objection.  Do you           11:16:09

21  know that the witness' copy has sticky         11:16:16

22  notes on it?                                    11:16:19

23         MR. WAREHAM:  That's mine to             11:16:21

24  myself.  Excuse me, forgive me.  There you     11:16:24

25  go.                                             11:16:27

NYCLD_044054

P-APP000883

Page 364

| | | |
|---|---|---|
| 1 | A.    I got you. | 11:16:28 |
| 2 | MR. WAREHAM:   And there's | 11:16:30 |
| 3 | another one on the other side too. | 11:16:31 |
| 4 | A.    It's blank. | 11:16:33 |
| 5 | MR. WAREHAM:   Excuse me, it's a | 11:16:34 |
| 6 | secret code. | 11:16:38 |
| 7 | Q.    Aside from the reference where | 11:16:42 |
| 8 | Santana says my friend Antron, which is | 11:16:46 |
| 9 | what you testified to, dropped pipe on | 11:16:50 |
| 10 | that side of street, so my question is, | 11:16:53 |
| 11 | did Inspector Powers tell you to go talk | 11:16:59 |
| 12 | to that kid, that is Santana, he knows | 11:17:03 |
| 13 | where pipe is.  Do you remember making | 11:17:06 |
| 14 | that statement? | 11:17:08 |
| 15 | A.    I don't recall that conversation | 11:17:09 |
| 16 | at all. | 11:17:11 |
| 17 | (Kharey Wise entered the room.) | 11:17:13 |
| 18 | MR. WAREHAM:   Let the record | 11:17:17 |
| 19 | reflect that Kharey Wise, one of the | 11:17:20 |
| 20 | plaintiffs in the case, is in the room. | 11:17:22 |
| 21 | Q.    So, you can put that aside for a | 11:17:26 |
| 22 | second.  After Mr. Santana -- you had the | 11:17:43 |
| 23 | discussion around the pipe, and you looked | 11:17:50 |
| 24 | for the pipe at 100th Street and Columbus | 11:17:52 |
| 25 | Avenue, and did you find the pipe? | 11:17:55 |

NYCLD_044055

P-APP000884

| 1 | A.     No, sir. | 11:17:57 |
| 2 | Q.     Then what did you do? | 11:17:58 |
| 3 | A.     We all, Detective Jonza, | 11:18:00 |
| 4 | Detective Hall, Raymond Santana and myself | 11:18:05 |
| 5 | drove south on Columbus Avenue toward the | 11:18:09 |
| 6 | 20th Precinct. | 11:18:13 |
| 7 | Q.     And then what, if anything, | 11:18:19 |
| 8 | happened? | 11:18:21 |
| 9 | A.     Made a stop at around 84th | 11:18:21 |
| 10 | Street and Columbus Avenue at a pizzeria | 11:18:27 |
| 11 | which was on the west side of the avenue, | 11:18:32 |
| 12 | slightly off the corner. | 11:18:36 |
| 13 | One of the detectives, and I'm | 11:18:42 |
| 14 | not sure who, went in and got a slice of | 11:18:47 |
| 15 | pizza, four slices of pizza, as I recall. | 11:18:53 |
| 16 | We asked Raymond if he would like a slice | 11:18:58 |
| 17 | of pizza and he said yes. | 11:19:02 |
| 18 | We ate the four slices of pizza | 11:19:06 |
| 19 | in the car.  I think he had a soda as | 11:19:11 |
| 20 | well, I'm not 100 percent positive.  And I | 11:19:18 |
| 21 | continued to drive south to the 20th | 11:19:25 |
| 22 | Precinct, which is on West 82nd Street. | 11:19:30 |
| 23 | Q.     And what, if anything, happened | 11:19:33 |
| 24 | then? | 11:19:39 |
| 25 | A.     At some point in that ride -- | 11:19:40 |

NYCLD_044056

P-APP000885

Page 366

| | | | |
|---|---|---|---|
| 1 | Q. | Between 84th and 80th Street? | 11:19:45 |
| 2 | A. | Between 84th and 82nd Street. | 11:19:47 |
| 3 | Q. | 82nd Street. | 11:19:50 |
| 4 | A. | Raymond Santana leaned up, | 11:19:51 |

forward from the back seat and said, in 11:19:58

sum and substance, to the best of my 11:20:02

recollection, I don't know, I don't recall 11:20:04

his exact words, but he said I just want, 11:20:08

you know, you guys to know that I didn't 11:20:12

fuck that lady, I played with her tits, I 11:20:16

touched her tits. 11:20:25

        I told him we were going to go 11:20:29

upstairs and I was going to call his dad. 11:20:34

We parked the car. Detective Jonza, 11:20:38

Detective Hall, myself and Raymond Santana 11:20:46

went into the 20th Precinct and upstairs 11:20:50

to the second floor and into the 20th 11:20:54

Squad. 11:21:00

   Q.   Let me just stop you there a 11:21:00

second, Detective, former detective. 11:21:02

        When Raymond Santana, Jr. said I 11:21:07

didn't fuck that lady, I just touched her 11:21:15

tits, what did you say to him? 11:21:19

   A.   Nothing. 11:21:21

   Q.   Did you tell him he needs to 11:21:23

NYCLD_044057

P-APP000886

Page 367

| | | |
|---|---|---|
| 1 | stop talking, stop making statements? | 11:21:26 |
| 2 |     A.    I told him we would talk about | 11:21:28 |
| 3 | what happened in Central Park after I had | 11:21:31 |
| 4 | an opportunity to call his dad. | 11:21:33 |
| 5 |     Q.    But you didn't tell him to stop | 11:21:34 |
| 6 | talking, stop making any statements? | 11:21:37 |
| 7 |     A.    No, sir. | 11:21:40 |
| 8 |     Q.    And what was your reaction when | 11:21:41 |
| 9 | he made that statement, what were you | 11:21:44 |
| 10 | thinking when he made that statement? | 11:21:47 |
| 11 |     A.    I was surprised. | 11:21:49 |
| 12 |     Q.    Why were you surprised? | 11:21:56 |
| 13 |     A.    It was the first time I had | 11:21:58 |
| 14 | heard that there was any sexual assault. | 11:22:02 |
| 15 |     Q.    Right, because Hartigan never | 11:22:07 |
| 16 | told that to you? | 11:22:10 |
| 17 |     A.    That's right. | 11:22:14 |
| 18 |     Q.    And so then you got to the -- | 11:22:15 |
| 19 | what were the reactions of Detective Jonza | 11:22:22 |
| 20 | and Hall? | 11:22:25 |
| 21 |     A.    No visible reaction. | 11:22:26 |
| 22 |     Q.    When you got to the precinct, | 11:22:33 |
| 23 | did the three of you have a discussion | 11:22:34 |
| 24 | about that? | 11:22:37 |
| 25 |     A.    Yes, we did. | 11:22:37 |

NYCLD_044058

P-APP000887

Page 368

| 1 | Q. And what did you say, what was | 11:22:38 |
| 2 | discussed? | 11:22:40 |
| 3 | A. What was discussed was, you | 11:22:41 |
| 4 | know, we were a bit angry that we hadn't | 11:22:45 |
| 5 | been properly briefed, that we had to be | 11:22:50 |
| 6 | told by a 14-year old kid that there was a | 11:22:54 |
| 7 | sexual assault. | 11:22:57 |
| 8 | Q. And did that raise a question in | 11:23:01 |
| 9 | your mind why Detective Hartigan asked you | 11:23:10 |
| 10 | to take another statement? | 11:23:13 |
| 11 | MS. DAITZ: Objection. | 11:23:15 |
| 12 | A. No, Hartigan had simply said to | 11:23:16 |
| 13 | me that he had more information, and that | 11:23:21 |
| 14 | we needed his father present. | 11:23:25 |
| 15 | Q. That he had more information or | 11:23:29 |
| 16 | he had additional details? | 11:23:31 |
| 17 | MS. DAITZ: Objection. | 11:23:33 |
| 18 | A. More information, additional | 11:23:33 |
| 19 | details, sitting here today, 23, 24 years | 11:23:35 |
| 20 | later, to the best of my recollection, in | 11:23:41 |
| 21 | sum and substance, I don't remember the | 11:23:44 |
| 22 | exact words. | 11:23:46 |
| 23 | Q. But it was sufficient rationale | 11:23:49 |
| 24 | to take another statement? | 11:23:53 |
| 25 | MS. DAITZ: Objection. | 11:23:54 |

NYCLD_044059

P-APP000888

Page 369

| | | |
|---|---|---|
| 1 | A.     I don't know what you mean by | 11:23:55 |
| 2 | sufficient rationale. | 11:23:57 |
| 3 | Q.     Well, he had already made a | 11:23:58 |
| 4 | statement, and as you subsequently found | 11:24:01 |
| 5 | out, there was very little difference | 11:24:06 |
| 6 | between the statement that he made in the | 11:24:09 |
| 7 | afternoon and the statement that he gave | 11:24:11 |
| 8 | to you. | 11:24:14 |
| 9 | MS. DAITZ:  Objection. | 11:24:14 |
| 10 | A.     When you say subsequently found | 11:24:16 |
| 11 | out, do you have a time reference? | 11:24:19 |
| 12 | Q.     After you had an opportunity to | 11:24:21 |
| 13 | read the statement that he gave Detective | 11:24:24 |
| 14 | Hartigan and then the statement that he | 11:24:29 |
| 15 | gave you, there was very little difference | 11:24:33 |
| 16 | in terms of his personal involvement in | 11:24:39 |
| 17 | the event that happened with the jogger. | 11:24:44 |
| 18 | MS. DAITZ:  Objection to form. | 11:24:48 |
| 19 | Q.     The female jogger, Patricia | 11:24:49 |
| 20 | Meili. | 11:24:51 |
| 21 | A.     Without having both statements | 11:24:52 |
| 22 | in front of me, it's very difficult for me | 11:24:54 |
| 23 | to answer that.  They were similar, I'll | 11:24:56 |
| 24 | give you that. | 11:24:59 |
| 25 | Q.     And the difference being that | 11:25:00 |

NYCLD_044060

P-APP000889

Page 370

| | |
|---|---|
| 1 | one, there was no Miranda warnings given, | 11:25:05 |
| 2 | that's one significant difference between | 11:25:10 |
| 3 | what we can call the Hartigan statement | 11:25:13 |
| 4 | and the Sheehan statement, right? | 11:25:15 |
| 5 | MS. DAITZ:  Objection. | 11:25:17 |
| 6 | A.    I don't know there were no | 11:25:17 |
| 7 | Miranda warnings given. | 11:25:20 |
| 8 | Q.    On the statement, there's no | 11:25:22 |
| 9 | indication that Miranda warnings were | 11:25:24 |
| 10 | given to Mr. Santana on the Hartigan | 11:25:26 |
| 11 | statement. | 11:25:30 |
| 12 | MS. DAITZ:  Again, you told him | 11:25:30 |
| 13 | not to read the whole thing. | 11:25:32 |
| 14 | MR. WAREHAM:  I did not tell him | 11:25:34 |
| 15 | not to read the whole thing. | 11:25:35 |
| 16 | MS. DAITZ:  Well, then we'll go | 11:25:38 |
| 17 | back to it, and he can read it. | 11:25:39 |
| 18 | MR. WAREHAM:  I don't know if he | 11:25:40 |
| 19 | -- he said that he was very familiar with | 11:25:40 |
| 20 | the statement.  He said that it was one of | 11:25:42 |
| 21 | the documents he used in terms of his | 11:25:42 |
| 22 | preparation. | 11:25:43 |
| 23 | MS. DAITZ:  He said he reviewed | 11:25:43 |
| 24 | the document and it refreshed his | 11:25:45 |
| 25 | recollection.  He didn't say anything | 11:25:47 |

NYCLD_044061

P-APP000890

Page 371

| | | |
|---|---|---|
| 1 | about being very familiar.  And when I | 11:25:48 |
| 2 | asked you to give the witness an | 11:25:52 |
| 3 | opportunity to read it, you opted and said | 11:25:52 |
| 4 | to move on because the document speaks for | 11:25:54 |
| 5 | itself. | 11:25:56 |
| 6 | Q.    Do you want to read the entire | 11:25:57 |
| 7 | statement?  You know, let's wait at this | 11:25:59 |
| 8 | point, we'll get back to it. | 11:26:02 |
| 9 | No, you can read it, go ahead, | 11:26:04 |
| 10 | to answer my question around whether | 11:26:07 |
| 11 | Miranda warnings were given in the | 11:26:11 |
| 12 | Hartigan statement, whether there's any | 11:26:12 |
| 13 | indication in the statement that Miranda | 11:26:15 |
| 14 | warnings were given to Raymond Santana, | 11:26:17 |
| 15 | Jr. | 11:26:22 |
| 16 | MS. DAITZ:  We're wasting time, | 11:26:24 |
| 17 | Mr. Wareham. | 11:26:25 |
| 18 | MR. WAREHAM:  You're wasting | 11:26:26 |
| 19 | time because you said that -- I was very | 11:26:27 |
| 20 | clear and he was very clear that he was | 11:26:30 |
| 21 | familiar with the statement, and he | 11:26:32 |
| 22 | answered that question that there were no | 11:26:33 |
| 23 | Miranda warnings indicated. | 11:26:35 |
| 24 | MS. DAITZ:  And you're asking | 11:26:37 |
| 25 | him again? | 11:26:38 |

NYCLD_044062

P-APP000891

Page 372

```
 1            MS. NELSON:  It's his                11:26:39
 2   deposition.                                   11:26:40
 3            MS. DIPPOLD:  I have to remind       11:26:41
 4   you that your office called the Court, and   11:26:42
 5   all attorneys were instructed that           11:26:45
 6   speaking at depositions is to be limited     11:26:47
 7   to an objection and a basis for the          11:26:51
 8   objection.                                   11:26:54
 9            MS. DAITZ:  I'm not making an        11:26:55
10   objection.                                   11:26:57
11            MS. DIPPOLD:  And nothing more.      11:26:57
12            MS. FISHER-BYRIALSEN:  You're        11:26:59
13   not supposed to talk at all.                 11:27:00
14            MS. DAITZ:  What I'm doing is        11:27:02
15   following the Court's order regarding        11:27:03
16   timing, the length of time that the          11:27:06
17   deposition is taking.                        11:27:08
18            MS. FISHER-BYRIALSEN:  That is       11:27:08
19   ridiculous.                                  11:27:09
20            MS. DAITZ:  And this deposition      11:27:09
21   is an overtime deposition --                 11:27:09
22            MS. FISHER-BYRIALSEN:  Do you        11:27:11
23   know that at Kharey's deposition we spent    11:27:11
24   an hour and a half watching a video.  You    11:27:14
25   couldn't keep that up, that's what you       11:27:14
```

NYCLD_044063

P-APP000892

Page 373

```
 1    chose to do.  So let Roger do what he          11:27:17
 2    choses to do.  You're outrageous.              11:27:22
 3          MS. DAITZ:  I'm noting for the           11:27:22
 4    record, as I've been instructed to do by       11:27:24
 5    the Court --                                    11:27:24
 6          MS. FISHER-BYRIALSEN:  No way.            11:27:24
 7    You can call the Court.  You're not             11:27:24
 8    supposed to note things for the record.         11:27:24
 9          MS. DAITZ:  We can call the               11:27:24
10    court because this is an issue of time.         11:27:30
11          MS. FISHER-BYRIALSEN:  We have            11:27:30
12    14 hours, and we're going to use them how       11:27:31
13    we choose.                                      11:27:34
14          MS. DAITZ:  That is not true at           11:27:34
15    all.  You gave a good faith estimate of 14      11:27:35
16    hours.  And what the Court instructed us        11:27:35
17    to do is that if the time is being wasted,      11:27:39
18    to call the Court.                              11:27:41
19          So if you want to call the                11:27:42
20    Court, then we'll do that.                      11:27:45
21          MS. FISHER-BYRIALSEN:  It's been          11:27:45
22    wasted by you.                                  11:27:46
23          MS. DAITZ:  I disagree.                   11:27:48
24          MR. BELDOCK:  Let's go ahead,             11:27:48
25    come on, move.                                  11:27:49
```

NYCLD_044064

P-APP000893

Page 374

| | | |
|---|---|---|
| 1 | Q.     Have you had an opportunity to | 11:27:49 |
| 2 | look at the document, to read the | 11:27:51 |
| 3 | document? | 11:27:53 |
| 4 | A.     Yes, sir. | 11:27:54 |
| 5 | Q.     Is there any indication there | 11:27:54 |
| 6 | that Miranda warnings were given to | 11:27:56 |
| 7 | Raymond Santana, Jr. in that document? | 11:27:59 |
| 8 | A.     There is no written indication, | 11:28:01 |
| 9 | no, sir. | 11:28:03 |
| 10 | Q.     Thank you.  When you got to the | 11:28:03 |
| 11 | 20th Precinct, did you get a chance to -- | 11:28:30 |
| 12 | were you briefed on the case? | 11:28:36 |
| 13 | A.     Not when I first got there, no, | 11:28:38 |
| 14 | sir. | 11:28:41 |
| 15 | Q.     What happened when you got to | 11:28:41 |
| 16 | the 20th Precinct? | 11:28:43 |
| 17 | A.     I went up to the second floor, | 11:28:44 |
| 18 | went into the squad room, found a desk | 11:28:47 |
| 19 | that wasn't being used in a remote | 11:28:53 |
| 20 | section.  I advised the detectives in the | 11:28:58 |
| 21 | 20th Squad that the entire investigation | 11:29:02 |
| 22 | was now going to be moved, so if they | 11:29:06 |
| 23 | could free up as much room as they could | 11:29:10 |
| 24 | for us, it would be appreciated. | 11:29:13 |
| 25 | I sat down with Raymond, and I | 11:29:17 |

NYCLD_044065

P-APP000894

Page 375

```
 1   asked for his father's phone number and I      11:29:24
 2   called his dad.                                11:29:30
 3        Q.   And what was that discussion?        11:29:32
 4        A.   Which discussion?                    11:29:36
 5        Q.   When you called his father, what     11:29:37
 6   happened?                                      11:29:39
 7        A.   The discussion between myself        11:29:39
 8   and Raymond, Sr.?                              11:29:42
 9        Q.   Uh-huh.                              11:29:43
10        A.   Okay.  Again, I don't remember       11:29:44
11   the exact conversation, it's a long time       11:29:46
12   ago.  But as I sit here today, I recall        11:29:49
13   that I spoke to him, I introduced myself       11:29:52
14   over the phone, Detective Mike Sheehan         11:29:57
15   from Manhattan North Homicide Squad.  I'm      11:30:00
16   with your son.  He's no longer at the          11:30:03
17   Central Park Precinct.  For reasons, we        11:30:09
18   moved the investigation to the West Side,      11:30:13
19   to the 20th.                                   11:30:15
20            I gave him the location of the        11:30:18
21   20th Precinct, 82nd Street and Columbus        11:30:20
22   Avenue, between Columbus and Amsterdam.        11:30:23
23   And I advised him that I wanted to             11:30:26
24   interview his son, that I would need his       11:30:29
25   presence.  I wanted him to be present when     11:30:37
```

NYCLD_044066

P-APP000895

Page 376

| | | |
|---|---|---|
| 1 | I did. | 11:30:40 |
| 2 | Q.    What did Mr. Santana say? | 11:30:42 |
| 3 | A.    He said he knew his son was with | 11:30:44 |
| 4 | the police, and that he needed about an | 11:30:49 |
| 5 | hour to an hour and a half to get there. | 11:30:54 |
| 6 | And I said fine, but when you | 11:31:00 |
| 7 | get here, it's on the second floor.  I'm | 11:31:02 |
| 8 | on the second floor, so just let the | 11:31:04 |
| 9 | people at the desk downstairs know that | 11:31:07 |
| 10 | you're here. | 11:31:12 |
| 11 | Q.    Then what happened, what did you | 11:31:12 |
| 12 | do after you spoke to Mr. Santana? | 11:31:16 |
| 13 | A.    I told Raymond that his father | 11:31:18 |
| 14 | was going to come here to the 20th, that | 11:31:21 |
| 15 | he asked for some time, about an hour, | 11:31:26 |
| 16 | hour and a half. | 11:31:30 |
| 17 | We then -- I, Jonza and Hall had | 11:31:34 |
| 18 | a discussion, I believe, with Sergeant | 11:31:38 |
| 19 | O'Connor.  I believe he was now at the | 11:31:41 |
| 20 | 20th Precinct as well. | 11:31:44 |
| 21 | He instructed us to use that | 11:31:46 |
| 22 | time to go eat something.  I can give you | 11:31:51 |
| 23 | an approximate time.  About 7:00 o'clock | 11:32:02 |
| 24 | we left the precinct. | 11:32:04 |
| 25 | Q.    Okay.  And you returned when? | 11:32:06 |

NYCLD_044067

P-APP000896

Page 377

| | | |
|---|---|---|
| 1 | A.      Roughly an hour later. | 11:32:10 |
| 2 | Q.      Where was Raymond Santana, Jr. | 11:32:15 |
| 3 | during that time or where had you left | 11:32:19 |
| 4 | him? | 11:32:21 |
| 5 | A.      I left him seated at the desk. | 11:32:21 |
| 6 | As you walk into the squad, at the extreme | 11:32:24 |
| 7 | left toward the windows. | 11:32:28 |
| 8 | Q.      Was somebody, was there anyone | 11:32:30 |
| 9 | monitoring him? | 11:32:34 |
| 10 | A.      I advised the detectives who | 11:32:35 |
| 11 | were working that area, 20th Squad | 11:32:38 |
| 12 | detectives, and I also advised O'Connor | 11:32:41 |
| 13 | that I was leaving him here, obviously we | 11:32:45 |
| 14 | were going to go out to grab a sandwich | 11:32:48 |
| 15 | and keep an eye on him. | 11:32:51 |
| 16 | Q.      Was he handcuffed? | 11:32:53 |
| 17 | A.      No, sir. | 11:32:54 |
| 18 | Q.      Was he free to leave? | 11:32:54 |
| 19 | A.      No, sir. | 11:32:57 |
| 20 | Q.      When you got back, you got back | 11:32:58 |
| 21 | approximately an hour later, you said? | 11:33:06 |
| 22 | A.      Yeah, approximately, yes, sir, | 11:33:08 |
| 23 | about eight o'clock. | 11:33:10 |
| 24 | Q.      And then what happened? | 11:33:11 |
| 25 | A.      I asked Raymond if his dad had | 11:33:13 |

NYCLD_044068

P-APP000897

Page 378

| | | |
|---|---|---|
| 1 | come, and he said no.  I said okay.  When | 11:33:18 |
| 2 | your father gets here, let the detectives | 11:33:22 |
| 3 | know that he's here to come get me because | 11:33:26 |
| 4 | I'm going into another room, the other end | 11:33:29 |
| 5 | of the squad for a conference. | 11:33:35 |
| 6 | So if your father does come, | 11:33:40 |
| 7 | which I assume he was going to come, make | 11:33:43 |
| 8 | sure to come and get me. | 11:33:47 |
| 9 | MS. NELSON:  Mr. Wareham -- | 11:33:53 |
| 10 | MR. WAREHAM:  We'll take a break | 11:33:55 |
| 11 | now.  The tape is about to end. | 11:33:57 |
| 12 | THE VIDEOGRAPHER:  We're going | 11:34:00 |
| 13 | off the record at 11:33 a.m.  This marks | 11:34:01 |
| 14 | the end of media unit No. 1. | 11:34:01 |
| 15 | (A recess was taken.) | 11:34:15 |
| 16 | THE VIDEOGRAPHER:  We are back | 11:47:03 |
| 17 | on the record at 11:49 a.m.  This marks | 11:49:42 |
| 18 | the beginning of media unit No. 2. | 11:49:45 |
| 19 | Q.    Mr. Sheehan, when we left, you | 11:49:50 |
| 20 | had returned to the precinct, to the 20th | 11:49:54 |
| 21 | Precinct.  You told Raymond to let you | 11:50:00 |
| 22 | know when his father was coming, and then | 11:50:03 |
| 23 | what did you do? | 11:50:06 |
| 24 | MS. DAITZ:  Objection. | 11:50:06 |
| 25 | A.    What did I do when, sir? | 11:50:07 |

NYCLD_044069

P-APP000898

Page 379

| | | |
|---|---|---|
| 1 | Q.      After you finished speaking to | 11:50:09 |
| 2 | Raymond, you told him you were going to be | 11:50:11 |
| 3 | down the hall in another room.  You went | 11:50:14 |
| 4 | down the hall to the other room? | 11:50:17 |
| 5 | A.      Yes, sir. | 11:50:19 |
| 6 | Q.      What happened there? | 11:50:19 |
| 7 | A.      I went to a briefing. | 11:50:21 |
| 8 | Q.      Conducted by? | 11:50:23 |
| 9 | A.      To the best of my recollection, | 11:50:26 |
| 10 | Inspector Power, Lieutenant Doyle, | 11:50:32 |
| 11 | Sergeant O'Connor and other people. | 11:50:38 |
| 12 | Q.      And what happened at the | 11:50:40 |
| 13 | briefing?  What was said at the briefing? | 11:50:44 |
| 14 | A.      Some more details on the case. | 11:50:50 |
| 15 | Q.      Did the details include the rape | 11:50:56 |
| 16 | of Patricia Meili? | 11:51:00 |
| 17 | A.      The details included the fact | 11:51:03 |
| 18 | that a female jogger was raped or appeared | 11:51:05 |
| 19 | to be raped. | 11:51:12 |
| 20 | Q.      Did the briefing indicate the | 11:51:12 |
| 21 | rape -- did the briefing indicate the race | 11:51:19 |
| 22 | of the suspects? | 11:51:26 |
| 23 | A.      I don't specifically recall | 11:51:28 |
| 24 | that. | 11:51:29 |
| 25 | Q.      Did the briefing indicate how | 11:51:29 |

NYCLD_044070

P-APP000899

Page 380

| | | |
|---|---|---|
| 1 | many people had been arrested? | 11:51:32 |
| 2 | A. I don't recall that either. | 11:51:34 |
| 3 | Q. Did the briefing indicate who | 11:51:36 |
| 4 | the victims were? | 11:51:43 |
| 5 | A. To the best of my recollection, | 11:51:45 |
| 6 | I don't recall that either. | 11:51:53 |
| 7 | Q. Did the briefing indicate how | 11:51:54 |
| 8 | many victims there were? | 11:51:56 |
| 9 | A. To the best of my recollection, | 11:51:58 |
| 10 | I don't remember that either. I can't, I | 11:52:00 |
| 11 | don't want to venture a guess. | 11:52:03 |
| 12 | Q. Did you take notes of the | 11:52:04 |
| 13 | briefing? | 11:52:17 |
| 14 | A. I don't believe I did, sir. | 11:52:18 |
| 15 | Q. Did you take notes of the | 11:52:19 |
| 16 | statements that Raymond Santana, Jr. | 11:52:22 |
| 17 | allegedly made when you were driving him | 11:52:26 |
| 18 | from the Central Park Precinct to the 20th | 11:52:29 |
| 19 | Precinct? | 11:52:31 |
| 20 | A. I don't, I don't recall if I did | 11:52:31 |
| 21 | or not. | 11:52:34 |
| 22 | Q. After you -- after the briefing | 11:52:34 |
| 23 | -- what time was the briefing over? | 11:52:46 |
| 24 | A. Well, shortly after it began, | 11:52:50 |
| 25 | let's say 20 minutes or a half hour into | 11:52:56 |

NYCLD_044071

P-APP000900

Page 381

| | | |
|---|---|---|
| 1 | it, I was, I was called out of the | 11:52:59 |
| 2 | briefing. | 11:53:04 |
| 3 | Q.    Why? | 11:53:05 |
| 4 | A.    Apparently Mr. Santana had come | 11:53:05 |
| 5 | to the precinct. | 11:53:11 |
| 6 | Q.    And? | 11:53:12 |
| 7 | A.    I went to the, into the squad | 11:53:13 |
| 8 | room. | 11:53:18 |
| 9 | Q.    And you spoke with him? | 11:53:18 |
| 10 | A.    No, sir. | 11:53:20 |
| 11 | Q.    Why not? | 11:53:20 |
| 12 | A.    He wasn't there. | 11:53:21 |
| 13 | Q.    Where had he gone? | 11:53:23 |
| 14 | A.    I spoke with Raymond Santana, | 11:53:25 |
| 15 | Jr. | 11:53:29 |
| 16 | Q.    And, describe in a narrative | 11:53:29 |
| 17 | form what happened. | 11:53:32 |
| 18 | A.    Raymond basically told me that | 11:53:33 |
| 19 | his father had come and had gone out again | 11:53:36 |
| 20 | but would return. | 11:53:38 |
| 21 | Q.    What did you tell Raymond | 11:53:39 |
| 22 | Santana, Jr.? | 11:53:43 |
| 23 | A.    When he comes, when dad comes | 11:53:43 |
| 24 | back, you know, try to have him stay here. | 11:53:45 |
| 25 | Q.    So then what did you do? | 11:53:51 |

NYCLD_044072

P-APP000901

Page 382

1    A.    I went back into the room where    11:53:54

2  the briefing was continuing.              11:53:58

3    Q.    And at the end of the briefing,   11:54:00

4  what had you learned, anything than what  11:54:03

5  you just indicated?                       11:54:08

6    A.    To the best of my recollection,   11:54:09

7  I mean sitting here today, I mean, I don't 11:54:11

8  remember the entire briefing.  But the one 11:54:14

9  thing I did learn is that there was a      11:54:17

10 female who was sexually assaulted.         11:54:21

11   Q.    And after the briefing, then      11:54:24

12 what did you do?                          11:54:34

13        MR. WAREHAM:  Let the record       11:54:40

14 reflect that Mr. Dong from the District   11:54:42

15 Attorney's office is leaving and taking   11:54:44

16 the originals of the notes that he had    11:54:47

17 brought here, and that we have copies of  11:54:50

18 it.                                        11:54:53

19        MS. NELSON:  And the notes are     11:54:54

20 from Detective Sheehan's notebook.         11:54:55

21        MR. WAREHAM:  Right, from          11:54:58

22 Detective Sheehan's notebook.             11:54:59

23        MS. NELSON:  Thank you.            11:55:02

24        MR. WAREHAM:  Thank you.           11:55:05

25        MS. DAITZ:  Thank you.             11:55:06

NYCLD_044073

P-APP000902

Page 383

```
 1              (Mr. Dong left the hearing      11:55:06
 2      room.)                                  11:55:10
 3         Q.    Did you -- let me -- was       11:55:10
 4      Detective Hartigan at the briefing at the   11:55:15
 5      20th Precinct?                          11:55:20
 6         A.    I don't recall seeing him.    11:55:21
 7         Q.    Did you receive a copy of      11:55:23
 8      Raymond Santana, Jr's. first statement?  11:55:28
 9         A.    Not at that time.             11:55:32
10         Q.    When did you receive a copy?  11:55:33
11         A.    Much later.                   11:55:35
12         Q.    Can you give me an approximate  11:55:36
13      time when you received the copy?        11:55:39
14         A.    Just before I took, just before  11:55:40
15      I interviewed Raymond Santana, Jr.      11:55:44
16         Q.    Around what time was that?    11:55:47
17         A.    Approximately ten o'clock.    11:55:49
18         Q.    And so you read the statement at  11:55:53
19      ten o'clock?                            11:55:58
20              MS. DAITZ:  Objection.         11:56:00
21         A.    I can't give you an exact time  11:56:02
22      when I read the statement, but it was just  11:56:04
23      prior to me talking to Raymond.         11:56:08
24         Q.    Ten minutes, five minutes?    11:56:12
25         A.    I don't want to make an       11:56:16
```

NYCLD_044074

P-APP000903

Page 384

| | | |
|---|---|---|
| 1 | approximation, sir.  I'm not good at that, | 11:56:18 |
| 2 | I don't know. | 11:56:21 |
| 3 | Q.    And how -- you read the | 11:56:22 |
| 4 | statement? | 11:56:28 |
| 5 | A.    I read it, yes, sir. | 11:56:29 |
| 6 | Q.    How many times did you read it? | 11:56:31 |
| 7 | A.    I don't recall.  I certainly | 11:56:33 |
| 8 | read it once. | 11:56:37 |
| 9 | Q.    And shortly thereafter, you | 11:56:37 |
| 10 | began, you conducted an interview with | 11:56:42 |
| 11 | Raymond Santana, Jr.? | 11:56:44 |
| 12 | A.    Yes, sir. | 11:56:46 |
| 13 | Q.    Who was -- where was it | 11:56:47 |
| 14 | conducted? | 11:56:53 |
| 15 | A.    The 20th Precinct youth room. | 11:56:54 |
| 16 | Q.    And just back up.  When you -- | 11:56:57 |
| 17 | when Mr. Santana, when Raymond Santana's | 11:57:09 |
| 18 | father returned to the precinct, you came | 11:57:12 |
| 19 | out and spoke with him? | 11:57:15 |
| 20 | A.    Yes, sir. | 11:57:16 |
| 21 | Q.    And what did you tell him about | 11:57:16 |
| 22 | why they were doing -- why you were having | 11:57:21 |
| 23 | -- why he needed to come there? | 11:57:27 |
| 24 | MS. DAITZ:  Objection. | 11:57:29 |
| 25 | A.    As I previously testified, I | 11:57:31 |

NYCLD_044075

P-APP000904

Page 385

| | |
|---|---|
| 1 | told Mr. Santana by telephone that I |
| 2 | wanted to interview his son, and I needed |
| 3 | him to be present. |
| 4 | Q.    Did you indicate to him that you |
| 5 | had -- did you tell him that his son had |
| 6 | made a previous statement that implicated |
| 7 | himself in a serious crime? |
| 8 | MS. DAITZ:   Objection. |
| 9 | A.    I don't recall if I had that |
| 10 | conversation or not. |
| 11 | Q.    Did you indicate that he wanted |
| 12 | to add additional information to a |
| 13 | statement that he had made at the Central |
| 14 | Park Precinct? |
| 15 | A.    Again, I don't recall, I don't |
| 16 | recall that specific conversation that I |
| 17 | had with Mr. Santana. |
| 18 | Q.    Do you remember testifying at a |
| 19 | suppression hearing in this case in 1989? |
| 20 | I think you testified to it yesterday. |
| 21 | A.    If you're asking me if I |
| 22 | testified at a suppression hearing in |
| 23 | 1989, yes, I did. |
| 24 | Q.    Let me show you what is marked |
| 25 | Sheehan 34.  It is, they are excerpted |

Timestamps:
11:57:34
11:57:38
11:57:42
11:57:44
11:57:46
11:57:54
11:57:57
11:57:59
11:58:00
11:58:02
11:58:12
11:58:14
11:58:17
11:58:20
11:58:20
11:58:21
11:58:23
11:58:25
11:58:54
11:59:00
11:59:03
11:59:05
11:59:08
11:59:09
11:59:15

NYCLD_044076

P-APP000905

Page 386

| | | |
|---|---|---|
| 1 | pages from the suppression hearing, | 11:59:23 |
| 2 | October 29, 1989.  And I'll indicate the | 11:59:26 |
| 3 | pages I want you to look at. | 11:59:35 |
| 4 | MS. DAITZ:  Thank you. | 11:59:36 |
| 5 | MR. WAREHAM:  This isn't the | 11:59:38 |
| 6 | entire suppression hearing. | 11:59:40 |
| 7 | MS. DAITZ:  Is it excerpts? | 11:59:42 |
| 8 | MR. WAREHAM:  Of the suppression | 11:59:43 |
| 9 | hearing. | 11:59:45 |
| 10 | MS. DAITZ:  But is it his full | 11:59:45 |
| 11 | testimony excerpted from the suppression | 11:59:47 |
| 12 | hearing or excerpts of his testimony? | 11:59:50 |
| 13 | MR. WAREHAM:  Excerpts of his | 11:59:52 |
| 14 | testimony, right. | 11:59:54 |
| 15 | Q.    And I would direct your | 11:59:55 |
| 16 | attention to the first page, 16 -- I'm | 11:59:57 |
| 17 | sorry, it's 34. | 12:00:01 |
| 18 | MS. DAITZ:  34.  And which page | 12:00:11 |
| 19 | are you directing the witness to? | 12:00:13 |
| 20 | Q.    1688, I'm sorry.  It actually | 12:00:56 |
| 21 | begins on 1687, the answer, the question, | 12:01:09 |
| 22 | the last question on 1687, and it | 12:01:15 |
| 23 | continues on 1688.  Did you have a chance | 12:01:19 |
| 24 | to read it? | 12:01:24 |
| 25 | A.    Pages 1687 and 1688? | 12:01:28 |

NYCLD_044077

P-APP000906

Page 387

1    Q.    Right, just the last question on        12:02:03
2    1687, did there come a time.                  12:02:06
3    A.    Yes.                                     12:02:09
4    Q.    Having read it, does that              12:02:09
5    refresh your recollection around your         12:02:10
6    statement to -- your discussion with Mr.      12:02:13
7    Santana around his son having made a          12:02:15
8    statement and him having implicated           12:02:18
9    himself?                                       12:02:21
10         MS. DAITZ:   Objection.                  12:02:22
11   A.    This is my testimony at the            12:02:22
12   time.   I certainly had a better              12:02:25
13   recollection of events than I do now.         12:02:27
14   Q.    Certainly.  Let me just for the        12:02:29
15   record, the question is, did there come a     12:02:30
16   time when you left the briefing again,        12:02:31
17   this starts on 1687.                          12:02:34
18         "ANSWER:   Yes, I met with Mr.          12:02:36
19   Santana.  He had now arrived back at the      12:02:38
20   station house.  I advised him that we         12:02:41
21   wanted to take another statement from his     12:02:44
22   son, that he had made a statement already     12:02:46
23   and that he implicated he wanted to put       12:02:48
24   additional information into that              12:02:51
25   statement.  We didn't want to do it           12:02:53

NYCLD_044078

P-APP000907

Page 388

| | | |
|---|---|---|
| 1 | without his father being present." | 12:02:54 |
| 2 | That was your testimony at the | 12:02:56 |
| 3 | time.  Does that sound right to you? | 12:02:58 |
| 4 | A.    This was my testimony at the | 12:03:00 |
| 5 | time and, like I just testified to, | 12:03:02 |
| 6 | obviously I had a better recollection when | 12:03:06 |
| 7 | I testified to this than I do today. | 12:03:08 |
| 8 | Q.    Who was in the interview room | 12:03:13 |
| 9 | with you when you began your interview | 12:03:15 |
| 10 | with Mr., with Raymond Santana, Jr.? | 12:03:18 |
| 11 | A.    Raymond Santana, Jr., Raymond | 12:03:22 |
| 12 | Santana, Sr., Detective August Jonza and | 12:03:25 |
| 13 | myself. | 12:03:31 |
| 14 | Q.    And when you began your | 12:03:31 |
| 15 | questioning of, your interview of Raymond | 12:03:47 |
| 16 | Santana, Jr., do you remember telling him | 12:03:53 |
| 17 | that you, you know, he should just tell | 12:03:55 |
| 18 | you what happened, that you really knew | 12:04:00 |
| 19 | nothing about the case? | 12:04:01 |
| 20 | MS. DAITZ:  Objection to form. | 12:04:02 |
| 21 | A.    I don't recall those exact | 12:04:03 |
| 22 | words. | 12:04:07 |
| 23 | Q.    Do you remember telling him | 12:04:09 |
| 24 | something to that effect, that you really | 12:04:10 |
| 25 | knew nothing so he should just tell you | 12:04:12 |

NYCLD_044079

P-APP000908

Page 389

| | | |
|---|---|---|
| 1 | what happened? | 12:04:16 |
| 2 | A.    Once again, I don't remember | 12:04:16 |
| 3 | that conversation. | 12:04:18 |
| 4 | Q.    Let me, do you remember | 12:04:19 |
| 5 | testifying at the trial of Antron McCray | 12:04:23 |
| 6 | and Yusef Salaam and Raymond Santana in | 12:04:30 |
| 7 | 1990? | 12:04:36 |
| 8 | A.    I testified at two trials. | 12:04:36 |
| 9 | Q.    Okay.  Well, I'm talking about | 12:04:40 |
| 10 | the first trial. | 12:04:42 |
| 11 | MS. DAITZ:  You need to give | 12:04:47 |
| 12 | verbal answers. | 12:04:48 |
| 13 | THE WITNESS:  Sorry? | 12:04:49 |
| 14 | MS. DAITZ:  You need to give | 12:04:49 |
| 15 | verbal answers. | 12:04:51 |
| 16 | A.    Yes. | 12:04:52 |
| 17 | Q.    This is marked Sheehan 35.  This | 12:04:52 |
| 18 | is testimony of Mr. Sheehan on July 25th, | 12:04:55 |
| 19 | excerpts of testimony of Mr. Sheehan on | 12:04:59 |
| 20 | July 25, 1990, and I would direct you to | 12:05:02 |
| 21 | look at 3777. | 12:05:05 |
| 22 | MS. DAITZ:  Do you want to just | 12:05:14 |
| 23 | give out the copies? | 12:05:19 |
| 24 | MR. WAREHAM:  Yes. | 12:05:21 |
| 25 | MS. DAITZ:  That has sticky | 12:05:21 |

NYCLD_044080

P-APP000909

Page 390

| | | |
|---|---|---|
| 1 | notes on them. | 12:05:24 |
| 2 | MR. WAREHAM:   Some more blank, | 12:05:24 |
| 3 | secret code. | 12:05:27 |
| 4 | MS. DAITZ:   Thank you.   For | 12:05:30 |
| 5 | record, Mr. Wareham, are these excerpts or | 12:05:36 |
| 6 | the full testimony? | 12:05:41 |
| 7 | MR. WAREHAM:   These are | 12:05:42 |
| 8 | excerpts, these are not the full | 12:05:43 |
| 9 | testimony.   We are trying to do our bit | 12:05:45 |
| 10 | for saving the trees. | 12:05:48 |
| 11 | MS. DAITZ:   35. | 12:05:49 |
| 12 | MR. WAREHAM:   3777. | 12:05:50 |
| 13 | MS. DAITZ:   No, I mean Exhibit | 12:05:52 |
| 14 | number 35? | 12:05:53 |
| 15 | MR. WAREHAM:   Exhibit number 35, | 12:05:54 |
| 16 | yes. | 12:05:55 |
| 17 | Q.    But in particular, I'm sorry, | 12:06:36 |
| 18 | look at 3787, page 3787. | 12:06:39 |
| 19 | A.    Yes. | 12:06:47 |
| 20 | Q.    From the middle of the page, | 12:06:48 |
| 21 | from line 11 through 3788, line 6.  I'm | 12:06:50 |
| 22 | sorry, through line 14, and let me know | 12:07:09 |
| 23 | when you're finished. | 12:07:45 |
| 24 | A.    How far do you want me to go? | 12:07:48 |
| 25 | Q.    To line 16. | 12:07:51 |

NYCLD_044081

P-APP000910

Page 391

1          MS. DAITZ:  On 3788?                    12:07:58

2      Q.     On 3788.  Line 11 on 3787 to         12:08:00

3   line 16 on 3788.                               12:08:07

4      A.     Okay.                                12:08:28

5      Q.     If you just read from line 11,       12:08:29

6   3787.  "QUESTION:  When you started to         12:08:33

7   question Raymond, you indicated to Raymond     12:08:35

8   that you had no knowledge of this case; is     12:08:37

9   this correct?                                  12:08:37

10          "ANSWER:  That's right.                12:08:39

11          "QUESTION:  And you wanted to          12:08:40

12   hear from his own words exactly what he        12:08:42

13   knew about this case; is that correct?         12:08:45

14          "ANSWER:  That's correct.              12:08:46

15          "Does that refresh your               12:08:47

16   recollection as to whether you used words      12:08:48

17   to that affect?                                12:08:50

18          "ANSWER:  Yeah.                        12:08:52

19          "But you knew something about          12:08:53

20   the case -- "QUESTION: -- I'm sorry -- But     12:08:54

21   you knew something about the case?             12:08:54

22          "ANSWER:  Right.                       12:08:55

23          "QUESTION:  You were lying to          12:08:56

24   Raymond; am I correct?                         12:08:57

25          "ANSWER:  I don't call it lying.       12:08:59

NYCLD_044082

P-APP000911

Page 392

```
 1            "QUESTION:  You wanted to hear      12:09:02
 2   about Raymond's own words?                   12:09:04
 3            "ANSWER:  Right.                     12:09:04
 4            "QUESTION:  You didn't want to       12:09:07
 5   poison Raymond adding your own words; am I    12:09:09
 6   correct?                                      12:09:12
 7            "MS. LEDERER:  Objection.            12:09:12
 8            "THE COURT:  I'll let him            12:09:14
 9   answer.                                       12:09:16
10            "ANSWER:  I asked Raymond            12:09:16
11   Santana what happened, tell me what           12:09:18
12   happened, I wasn't there.                     12:09:20
13            "QUESTION:  But you also told        12:09:21
14   him you knew nothing about the case; am I     12:09:22
15   correct?                                      12:09:25
16            "ANSWER:  That's what I              12:09:25
17   testified to.  I guess that's what I told     12:09:27
18   him.                                          12:09:29
19            "QUESTION:  And you wanted to        12:09:29
20   hear it in his own words?                     12:09:30
21            "ANSWER:  Right."                    12:09:32
22            Do you remember that testimony?      12:09:36
23       A.   I don't remember that testimony,     12:09:38
24   but, I mean, it's here.                       12:09:41
25       Q.   So after you told Raymond            12:09:43
```

NYCLD_044083

P-APP000912

Page 393

| | | |
|---|---|---|
| 1 | Santana, Jr. that you wanted him to say | 12:09:49 |
| 2 | what happened, what happened, did you read | 12:09:56 |
| 3 | him Miranda rights? | 12:09:58 |
| 4 | A.    Yes, sir, I did. | 12:10:00 |
| 5 | Q.    Did he indicate that he | 12:10:02 |
| 6 | understood them? | 12:10:04 |
| 7 | A.    Yes, sir, he did. | 12:10:05 |
| 8 | Q.    Was his father there? | 12:10:06 |
| 9 | A.    His father was sitting right | 12:10:08 |
| 10 | next to him. | 12:10:09 |
| 11 | Q.    Did his father indicate that he | 12:10:10 |
| 12 | understood? | 12:10:12 |
| 13 | A.    Yes, sir. | 12:10:12 |
| 14 | Q.    Did you tell, before you began | 12:10:13 |
| 15 | the interview, did you tell Raymond | 12:10:16 |
| 16 | Santana, Jr. he needed to just keep | 12:10:20 |
| 17 | telling his story so he could go home? | 12:10:24 |
| 18 | A.    No, sir, I never said that to | 12:10:27 |
| 19 | Raymond Santana. | 12:10:29 |
| 20 | Q.    You never led Raymond Santana to | 12:10:30 |
| 21 | believe that if he cooperated with you or | 12:10:33 |
| 22 | the police that he could go home? | 12:10:35 |
| 23 | A.    I never said that to Raymond | 12:10:38 |
| 24 | Santana nor did I give him the impression. | 12:10:41 |
| 25 | Q.    Did you hear any other officer | 12:10:44 |

NYCLD_044084

P-APP000913

Page 394

| | | |
|---|---|---|
| 1 | or detective tell Raymond Santana, Jr. | 12:10:49 |
| 2 | that if he cooperated, he could go home? | 12:10:52 |
| 3 | A.    No, sir, I did not. | 12:10:55 |
| 4 | Q.    Did you tell Raymond Santana | 12:10:56 |
| 5 | that he needed to put himself in this | 12:10:59 |
| 6 | incident so that it would be believable? | 12:11:04 |
| 7 | A.    No, sir, I never said that to | 12:11:06 |
| 8 | Raymond Santana. | 12:11:09 |
| 9 | Q.    Did you tell him that he needed | 12:11:10 |
| 10 | to offer some more details to the first | 12:11:12 |
| 11 | statement so that it would be more | 12:11:15 |
| 12 | believable? | 12:11:17 |
| 13 | A.    No, sir, I never said that to | 12:11:18 |
| 14 | Raymond Santana. | 12:11:21 |
| 15 | Q.    Did you tell Raymond Santana | 12:11:21 |
| 16 | that if he did not cooperate, Jr., that if | 12:11:26 |
| 17 | he did not cooperate, he was going to jail | 12:11:28 |
| 18 | for the rape of Patricia Meili, of the | 12:11:32 |
| 19 | female jogger? | 12:11:36 |
| 20 | A.    No, sir, I never said that to | 12:11:36 |
| 21 | Raymond Santana. | 12:11:38 |
| 22 | Q.    Did you tell Raymond Santana, | 12:11:39 |
| 23 | Jr. that if the jogger died, he was going | 12:11:41 |
| 24 | to go to jail for life? | 12:11:44 |
| 25 | A.    No, sir, I never said that to | 12:11:46 |

NYCLD_044085

P-APP000914

Page 395

| | | |
|---|---|---|
| 1 | Raymond Santana. | 12:11:48 |
| 2 | Q. How did the interview begin | 12:11:49 |
| 3 | after you read him his Miranda warnings, | 12:11:54 |
| 4 | he signed the card? | 12:11:57 |
| 5 | A. I don't, to the best of my | 12:12:00 |
| 6 | recollection, there was no card to sign. | 12:12:02 |
| 7 | That was my, my own card that I carried in | 12:12:04 |
| 8 | my wallet. | 12:12:08 |
| 9 | I read him his Miranda warnings. | 12:12:11 |
| 10 | He answered in the affirmative after each | 12:12:16 |
| 11 | question. His father nodded to some, | 12:12:20 |
| 12 | answered to others. And then I asked | 12:12:23 |
| 13 | Raymond to tell me what happened. | 12:12:30 |
| 14 | Q. And so how did that -- you made | 12:12:33 |
| 15 | notes as he -- just tell us what happened. | 12:12:37 |
| 16 | A. Raymond, you know, where were | 12:12:41 |
| 17 | you, what time, you know, and tell us, | 12:12:46 |
| 18 | tell us here what happened, and he began | 12:12:52 |
| 19 | to tell a story. | 12:12:55 |
| 20 | Q. And in that story, he, did he | 12:12:58 |
| 21 | incorporate the two separate parts of the | 12:13:02 |
| 22 | Hartigan statement? | 12:13:06 |
| 23 | MS. DAITZ: Objection. | 12:13:07 |
| 24 | Q. Did he incorporate, the story | 12:13:11 |
| 25 | that Raymond Santana, Jr. told you | 12:13:14 |

NYCLD_044086

P-APP000915

Page 396

| | | |
|---|---|---|
| 1 | incorporate the parts of the Hartigan | 12:13:16 |
| 2 | statement that were signed at 1640, at | 12:13:19 |
| 3 | 4:40 p.m. and the parts that were signed | 12:13:22 |
| 4 | at 6:00 p.m.? | 12:13:25 |
| 5 | MS. DAITZ:  Objection to form. | 12:13:26 |
| 6 | A.    I mean, to the best of my | 12:13:26 |
| 7 | recollection, Raymond Santana told me a | 12:13:28 |
| 8 | version of the events.  There may have | 12:13:32 |
| 9 | been some questions from me during his | 12:13:37 |
| 10 | narrative, and I don't remember sitting | 12:13:40 |
| 11 | here today whether or not he told me every | 12:13:49 |
| 12 | single detail in those two, as you | 12:13:55 |
| 13 | mentioned, statements from Hartigan. | 12:13:59 |
| 14 | Q.    You said you read the Hartigan | 12:14:05 |
| 15 | statement once before you started the | 12:14:08 |
| 16 | interview? | 12:14:10 |
| 17 | A.    Maybe I glanced at it a second | 12:14:11 |
| 18 | time, but I definitely read it once. | 12:14:15 |
| 19 | Q.    And where was the statement when | 12:14:17 |
| 20 | you were interviewing Raymond, Jr.? | 12:14:20 |
| 21 | A.    On the desk or the table in | 12:14:22 |
| 22 | front of me. | 12:14:26 |
| 23 | Q.    And did you refer to it while | 12:14:27 |
| 24 | you were interviewing him? | 12:14:29 |
| 25 | A.    No, I didn't. | 12:14:31 |

NYCLD_044087

P-APP000916

Page 397

| | | |
|---|---|---|
| 1 | Q.    Did Raymond, did you have it | 12:14:32 |
| 2 | there so that Raymond could refer to it | 12:14:35 |
| 3 | while he was telling you the story? | 12:14:38 |
| 4 | A.    It wasn't in front of Raymond, | 12:14:39 |
| 5 | actually. | 12:14:41 |
| 6 | Q.    Did he ask to look at it while | 12:14:42 |
| 7 | he was telling the story? | 12:14:45 |
| 8 | A.    No, sir, he did not. | 12:14:48 |
| 9 | Q.    Did -- you said -- were you | 12:14:49 |
| 10 | making notes when he was telling you this | 12:15:08 |
| 11 | story? | 12:15:11 |
| 12 | A.    No, sir, I was asking questions. | 12:15:11 |
| 13 | I was letting him give a narrative.  But | 12:15:15 |
| 14 | there were times in the narrative I may | 12:15:18 |
| 15 | have asked him, I may have asked a | 12:15:20 |
| 16 | qualifying question. | 12:15:22 |
| 17 | Q.    And that was based upon, the | 12:15:25 |
| 18 | questions that you asked were based upon | 12:15:29 |
| 19 | the Hartigan statement? | 12:15:31 |
| 20 | A.    No, sir. | 12:15:33 |
| 21 | Q.    Did you, before you began the | 12:15:33 |
| 22 | interview, did you ask Raymond Santana, | 12:15:37 |
| 23 | Jr. what were the additional details that | 12:15:40 |
| 24 | he had told Detective Hartigan he wanted | 12:15:42 |
| 25 | to add to what he had already testified | 12:15:45 |

NYCLD_044088

P-APP000917

Page 398

| | | |
|---|---|---|
| 1 | to? | 12:15:49 |
| 2 | MS. DAITZ:   Objection to form. | 12:15:50 |
| 3 | A.   What I told Raymond Santana, Jr. | 12:15:51 |
| 4 | was to tell me the truth about what | 12:15:55 |
| 5 | happened in Central Park the night before. | 12:15:59 |
| 6 | Q.   How, what was the process by | 12:16:07 |
| 7 | which his statements to you got reduced to | 12:16:15 |
| 8 | writing? | 12:16:16 |
| 9 | MS. DAITZ:   Objection. | 12:16:17 |
| 10 | Q.   You didn't take notes, so how | 12:16:20 |
| 11 | did it get reduced to writing? | 12:16:22 |
| 12 | A.   He gave a narrative.  I had a | 12:16:25 |
| 13 | few questions.  I don't recall if Jonza | 12:16:27 |
| 14 | had a few questions, perhaps he did. | 12:16:30 |
| 15 | There came a point in time, I | 12:16:36 |
| 16 | know I asked him is there anything else, | 12:16:39 |
| 17 | and Raymond said no, that's what happened. | 12:16:43 |
| 18 | I said okay, I'm now going to reduce this | 12:16:49 |
| 19 | to writing. | 12:16:53 |
| 20 | Q.   Okay, and then what happened? | 12:16:54 |
| 21 | A.   I, I'm not sure if I put the | 12:16:56 |
| 22 | heading on the page already. | 12:17:05 |
| 23 | Q.   Okay. | 12:17:10 |
| 24 | A.   I asked him to give me a | 12:17:12 |
| 25 | reference point and, like he did before | 12:17:14 |

NYCLD_044089

P-APP000918

Page 399

```
 1    during the narrative, and I began to write     12:17:18
 2    essentially what he had told me.                12:17:24
 3        Q.    And once you finished doing           12:17:26
 4    that, did you question --                       12:17:28
 5              MR. WAREHAM:   Withdrawn.             12:17:30
 6        Q.    Once you finished writing it          12:17:31
 7    down, what did you do?                          12:17:35
 8        A.    After I finished writing the          12:17:37
 9    statement?                                      12:17:42
10        Q.    Once you finished writing the         12:17:42
11    statement, right, did you show it to him?       12:17:44
12        A.    I read it to him first.               12:17:47
13        Q.    Okay.   Then did you give him a       12:17:49
14    copy, did you give him the statement to         12:17:56
15    read?                                           12:17:58
16        A.    I read the statement to Raymond       12:17:58
17    and his father aloud, and I told Raymond,       12:18:00
18    if there's anything in here that is not         12:18:06
19    what happened or perhaps I made a mistake,      12:18:11
20    we can correct it.   I read him the             12:18:15
21    statement.   I then handed him the              12:18:18
22    statement to read.                              12:18:21
23        Q.    Okay, did he read it?                 12:18:22
24        A.    He certainly looked at it.   I        12:18:24
25    don't know if he read it.   But I, you          12:18:29
```

NYCLD_044090

P-APP000919

Page 400

| | | |
|---|---|---|
| 1 | know, it was given to him. | 12:18:30 |
| 2 | Q.    And at that time, did you know | 12:18:32 |
| 3 | when Raymond had been arrested or had, had | 12:18:35 |
| 4 | first been arrested or detained? | 12:18:39 |
| 5 | A.    I don't know anything about an | 12:18:42 |
| 6 | arrest. | 12:18:45 |
| 7 | Q.    When he had first been detained | 12:18:46 |
| 8 | by the police? | 12:18:49 |
| 9 | A.    I did not know the exact time, | 12:18:50 |
| 10 | no. | 12:18:52 |
| 11 | Q.    But since that, after that you | 12:18:52 |
| 12 | found out that he had been detained from | 12:18:54 |
| 13 | when, when had he first been taken into | 12:18:57 |
| 14 | custody? | 12:19:00 |
| 15 | A.    I don't recall, sir. | 12:19:01 |
| 16 | Q.    Do you know whether it was the | 12:19:02 |
| 17 | night of April 19th? | 12:19:04 |
| 18 | A.    Sitting here today, I honestly | 12:19:05 |
| 19 | don't recall whether it was the night of | 12:19:09 |
| 20 | April 19th or the early morning hours of | 12:19:11 |
| 21 | April 20th.  I don't honestly recall. | 12:19:13 |
| 22 | Q.    But by that point it had been | 12:19:17 |
| 23 | nearly 24 hours? | 12:19:20 |
| 24 | A.    Excuse me? | 12:19:21 |
| 25 | Q.    It had been nearly 24 hours by | 12:19:22 |

NYCLD_044091

P-APP000920

Page 401

| | | |
|---|---|---|
| 1 | the time you interviewed him, it had been | 12:19:25 |
| 2 | nearly -- | 12:19:28 |
| 3 | A.   As I just -- | 12:19:28 |
| 4 | MS. DAITZ:  Let him finish the | 12:19:29 |
| 5 | question before you answer. | 12:19:31 |
| 6 | Q.   It had been nearly 24 hours? | 12:19:32 |
| 7 | MS. DAITZ:  Objection. | 12:19:34 |
| 8 | A.   Twenty-four hours? | 12:19:34 |
| 9 | Q.   From the time he had first been | 12:19:35 |
| 10 | detained by the police, came into police | 12:19:37 |
| 11 | custody. | 12:19:40 |
| 12 | A.   As I just testified, I'm not | 12:19:40 |
| 13 | sure exactly what time he was picked up by | 12:19:42 |
| 14 | the police. | 12:19:45 |
| 15 | Q.   And let me show you what has | 12:19:45 |
| 16 | been marked as Sheehan 40, which is -- | 12:20:29 |
| 17 | A.   You have a thing on there.  Got | 12:20:35 |
| 18 | it? | 12:20:37 |
| 19 | Q.   Yep. | 12:20:38 |
| 20 | A.   Okay. | 12:20:42 |
| 21 | MS. DAITZ:  Thank you.  This | 12:20:46 |
| 22 | document bears Bates stamped numbers | 12:20:59 |
| 23 | NYC019880 through 884. | 12:21:02 |
| 24 | Q.   Would you look at that, and do | 12:21:06 |
| 25 | you recognize that as the copy of the | 12:21:17 |

NYCLD_044092

P-APP000921

Page 402

```
 1    statement that you wrote out on April 20,      12:21:20
 2    1989 at approximately 2210 hours, 10:10         12:21:24
 3    p.m.?                                           12:21:34
 4         A.    Yes, sir, it bears my signature.     12:21:34
 5         Q.    And was this a statement you         12:21:39
 6    reviewed in preparation for this               12:22:18
 7    deposition?                                     12:22:21
 8              MS. DAITZ:  I'm instructing the       12:22:21
 9    witness not to answer.                          12:22:22
10         Q.    Are you familiar with this           12:22:26
11    statement?  Do you need -- I'm going to        12:22:27
12    ask you a question about it.  Do you need       12:22:30
13    to reread, do you need to read the             12:22:33
14    statement?                                      12:22:36
15              Let me ask the question.              12:22:37
16         A.    Okay.                                12:22:39
17         Q.    Would it be fair to say --           12:22:40
18              MR. WAREHAM:  Withdrawn.              12:22:45
19         Q.    In terms of Raymond Santana's        12:22:46
20    personal involvement in the alleged            12:22:57
21    involvement in the incidents that occurred     12:23:01
22    on April 19th, was there any significance      12:23:04
23    -- is there any difference --                   12:23:08
24              MR. WAREHAM:  Excuse me,              12:23:12
25    withdrawn.                                      12:23:13
```

NYCLD_044093

P-APP000922

Page 403

| | | |
|---|---|---|
| 1 | Q.    Are there new facts around | 12:23:13 |
| 2 | Raymond Santana, Jr.'s personal | 12:23:22 |
| 3 | involvement in the events of April 19th in | 12:23:26 |
| 4 | the statement he gave you that weren't in | 12:23:29 |
| 5 | the statement he gave Detective Hartigan? | 12:23:33 |
| 6 | MS. DAITZ:  Objection to form. | 12:23:36 |
| 7 | A.    To properly answer that | 12:23:37 |
| 8 | question, I would have to reread both | 12:23:39 |
| 9 | statements and compare them. | 12:23:41 |
| 10 | Q.    Okay.  You read the Hartigan | 12:23:43 |
| 11 | statement.  Did you read the Hartigan | 12:23:49 |
| 12 | statement today? | 12:23:52 |
| 13 | A.    Yes, sir. | 12:23:52 |
| 14 | Q.    Okay.  Then take the time to | 12:23:53 |
| 15 | read that. | 12:23:59 |
| 16 | A.    Is the Hartigan statement here? | 12:24:01 |
| 17 | Q.    The Hartigan statement? | 12:24:05 |
| 18 | MS. DAITZ:  Here. | 12:24:07 |
| 19 | A.    Yes, I have it. | 12:24:08 |
| 20 | MS. DAITZ:  What number is on | 12:24:09 |
| 21 | that? | 12:24:11 |
| 22 | THE WITNESS:  The Hartigan | 12:24:11 |
| 23 | statement is Sheehan 39. | 12:24:13 |
| 24 | Q.    You know what, before you do | 12:24:14 |
| 25 | that, do you remember -- would you look at | 12:24:16 |

NYCLD_044094

P-APP000923

Page 404

| | | |
|---|---|---|
| 1 | Exhibit 35, your testimony at the McCray, | 12:24:26 |
| 2 | Richardson -- I mean, the McCray, Salaam, | 12:24:36 |
| 3 | Santana trial on July 20, 1990, and I | 12:24:40 |
| 4 | refer you to page 3825, which is near the | 12:24:52 |
| 5 | end, to line 17 through line, through line | 12:24:57 |
| 6 | 5 on 3827, I'm sorry. | 12:25:52 |
| 7 | A.    To line what? | 12:25:55 |
| 8 | Q.    To line 5 on 3827. | 12:25:56 |
| 9 | A.    Okay.  Okay. | 12:26:01 |
| 10 | Q.    Just so we can speed this along, | 12:26:17 |
| 11 | on page 3825, line 17: | 12:26:24 |
| 12 | "QUESTION:  Officer, referring | 12:26:28 |
| 13 | back to your statement and comparing that | 12:26:31 |
| 14 | to the Hartigan statement, and concerning | 12:26:33 |
| 15 | Raymond's personal involvement, am I | 12:26:35 |
| 16 | correct in stating, Officer, that there | 12:26:38 |
| 17 | are no new facts about Raymond's personal | 12:26:40 |
| 18 | involvement in the Sheehan statement that | 12:26:43 |
| 19 | are not reflected in the Hartigan | 12:26:46 |
| 20 | statement?  We are talking about Raymond's | 12:26:48 |
| 21 | personal involvement. | 12:26:51 |
| 22 | "ANSWER:  That's correct. | 12:26:52 |
| 23 | Next question:  Is your answer | 12:26:54 |
| 24 | -- | 12:26:54 |
| 25 | "ANSWER:  That's correct. | 12:26:56 |

NYCLD_044095

P-APP000924

Page 405

1          "QUESTION:  The answer is that's    12:26:57
2    correct?                                  12:27:00
3          "ANSWER:  Yes.                       12:27:00
4          "QUESTION:  There is no new          12:27:02
5    facts that are different; am I correct?   12:27:04
6          "ANSWER:  Concerning his            12:27:06
7    personal involvement?                     12:27:08
8          "QUESTION:  Right.                   12:27:09
9          "ANSWER:  No more detail.            12:27:10
10         "QUESTION:  He said he touched       12:27:12
11   her breasts in the Hartigan statement,    12:27:14
12   that adds no new facts to the Sheehan     12:27:16
13   statement?                                12:27:20
14         "ANSWER:  That's correct.            12:27:20
15         "QUESTION:  There is one             12:27:22
16   difference, Officer, if you look at the   12:27:23
17   beginning of the statement with reference 12:27:24
18   to Raymond's personal involvement and the 12:27:26
19   fact that Raymond --                      12:27:28
20         "ANSWER:  Which statement are        12:27:31
21   you referring to now?                     12:27:31
22         "QUESTION:  I will get to that       12:27:33
23   in a moment.  The big difference is that  12:27:34
24   in the Sheehan statement, the fact that   12:27:36
25   you advised him of his constitutional     12:27:37

NYCLD_044096

P-APP000925

Page 406

```
 1    rights is reflected there, but in the        12:27:40
 2    Hartigan statement, there is no mention of   12:27:42
 3    that; am I correct?                          12:27:43
 4             "MS. LEDERER:  Objection as to      12:27:44
 5    form.                                        12:27:46
 6             "THE COURT:  I will sustain as      12:27:47
 7    to form.                                     12:27:48
 8             "QUESTION:  Officer, is there a     12:27:50
 9    mention of the fact in the Hartigan          12:27:51
10    statement that Raymond was advised of his    12:27:53
11    constitutional rights?                       12:27:53
12             "ANSWER:  No.                       12:27:56
13             "QUESTION:  Is there a statement    12:27:59
14    in the Sheehan statement that Raymond was    12:28:00
15    advised of his constitutional rights?        12:28:02
16             "ANSWER:  Yes."                      12:28:04
17             That was your testimony in 1990.    12:28:09
18    Do you have any reason to change that?       12:28:13
19        A.    Like I said, the 1990, my          12:28:15
20    recollection of the facts was a lot better   12:28:20
21    than it certainly is today, it's a lot of    12:28:23
22    years later.                                 12:28:25
23        Q.    So the additional details that     12:28:29
24    Detective Hartigan told you necessitated     12:28:36
25    taking another statement did not include     12:28:39
```

NYCLD_044097

P-APP000926

Page 407

| | | |
|---|---|---|
| 1 | any personal involvement by Raymond | 12:28:40 |
| 2 | Santana, Jr., according to your testimony | 12:28:44 |
| 3 | 23 years ago? | 12:28:48 |
| 4 | MS. DAITZ:  Objection to form. | 12:28:49 |
| 5 | A.    According to what I just read of | 12:28:50 |
| 6 | my testimony, his personal involvement, | 12:28:53 |
| 7 | yes.  However, I think I did say in here, | 12:28:58 |
| 8 | in fact I read it, that there was more | 12:29:01 |
| 9 | detail as to his personal involvement. | 12:29:04 |
| 10 | Line 9, page 3826. | 12:29:10 |
| 11 | Q.    Right.  And then you went to the | 12:29:13 |
| 12 | question and answer with -- and then the | 12:29:36 |
| 13 | response was, you said no more detail. | 12:29:45 |
| 14 | "QUESTION:  He said he touched | 12:29:49 |
| 15 | her breasts and Hartigan said that that | 12:29:51 |
| 16 | adds no new facts in the Sheehan | 12:29:52 |
| 17 | statement. | 12:29:54 |
| 18 | "ANSWER:  That's correct." | 12:29:55 |
| 19 | So I don't see how that speaks | 12:29:56 |
| 20 | to the -- it doesn't speak to the issue | 12:30:04 |
| 21 | of, that the rationale for -- that | 12:30:08 |
| 22 | Detective Hartigan told you that he needed | 12:30:15 |
| 23 | a new statement was, another statement was | 12:30:17 |
| 24 | that Raymond had additional details to | 12:30:20 |
| 25 | add. | 12:30:23 |

NYCLD_044098

P-APP000927

Page 408

```
 1              And, as it turns out, there were    12:30:23

 2    no new additional details in terms of his     12:30:29

 3    personal involvement.                         12:30:35

 4              MS. DAITZ:  Objection to form.       12:30:35

 5        A.    You know, you're talking about      12:30:37

 6    his personal involvement, and I'm telling     12:30:39

 7    you, reading from my testimony, my answer     12:30:42

 8    was concerning his personal involvement.      12:30:48

 9              I asked the question of the          12:30:52

10    attorney, the attorney says right.  I         12:30:54

11    answer no, more detail.  So to answer your    12:30:57

12    question, there were more details in this     12:31:03

13    statement.                                    12:31:06

14        Q.    And you said Detective Hartigan     12:31:10

15    didn't show up -- do you remember whether     12:31:20

16    Detective Hartigan showed up at the 20th      12:31:23

17    Precinct?                                     12:31:25

18              MS. DAITZ:  Objection to form.       12:31:25

19        A.    To the best of my recollection,     12:31:27

20    I don't believe he was there.  Thinking       12:31:28

21    back on it sitting here now all these         12:31:31

22    years later, I believe Hartigan went off      12:31:34

23    duty and that was the reason that I was       12:31:37

24    given the assignment to interview Raymond     12:31:40

25    Santana.                                      12:31:45
```

NYCLD_044099

P-APP000928

Page 409

| | | |
|---|---|---|
| 1 | Q.    After you took the statement, | 12:31:52 |
| 2 | what did you do?  Approximately what time | 12:31:58 |
| 3 | was it you finished interviewing -- how | 12:32:03 |
| 4 | long was the interview? | 12:32:06 |
| 5 | A.    A little less than two hours, an | 12:32:07 |
| 6 | hour and 50 minutes. | 12:32:12 |
| 7 | MS. DAITZ:  If you need to refer | 12:32:14 |
| 8 | to the document, just let Mr. Wareham know | 12:32:15 |
| 9 | that you're referring to the document for | 12:32:19 |
| 10 | the record. | 12:32:20 |
| 11 | Q.    Is that what you're doing -- | 12:32:20 |
| 12 | A.    Yes, sir. | 12:32:23 |
| 13 | Q.    -- to refresh your recollection? | 12:32:23 |
| 14 | A.    Yes, sir, I am. | 12:32:25 |
| 15 | MS. DAITZ:  And the document | 12:32:26 |
| 16 | being his statement. | 12:32:27 |
| 17 | Q.    The Sheehan statement.  And how | 12:32:28 |
| 18 | much of that time was spent actually | 12:32:30 |
| 19 | writing up this statement? | 12:32:33 |
| 20 | A.    As I sit here today, again, my | 12:32:35 |
| 21 | recollection, it's probably, if you divide | 12:32:40 |
| 22 | this in half, it's 50/50. | 12:32:43 |
| 23 | Q.    And once you finished taking | 12:32:46 |
| 24 | that statement, what did you do? | 12:32:49 |
| 25 | A.    I had, as I already testified, I | 12:32:50 |

NYCLD_044100

P-APP000929

Page 410

| | | |
|---|---|---|
| 1 | had Raymond -- I read it aloud.  I had | 12:32:57 |
| 2 | Raymond read it.  I signed in the margin | 12:33:02 |
| 3 | of each page, and Raymond signed in the | 12:33:10 |
| 4 | margin of each page. | 12:33:15 |
| 5 | And at the completion, Raymond | 12:33:17 |
| 6 | signed his name, I signed my name, | 12:33:21 |
| 7 | witnessed by Raymond Santana, his father | 12:33:25 |
| 8 | signed, and Detective August Jonza signed. | 12:33:29 |
| 9 | Q.    And once you had finished taking | 12:33:34 |
| 10 | the written statement, what did you tell | 12:33:36 |
| 11 | them, what was going to happen?  Did | 12:33:38 |
| 12 | Raymond Santana, Jr. say okay, I've | 12:33:44 |
| 13 | cooperated, can I go home now? | 12:33:49 |
| 14 | A.    No, he did not say that. | 12:33:51 |
| 15 | Q.    So what happened? | 12:33:56 |
| 16 | A.    I told Mr. Santana and Raymond, | 12:33:57 |
| 17 | we were going to go back upstairs to the | 12:34:02 |
| 18 | Detective Squad.  That's what we did. | 12:34:05 |
| 19 | Q.    And what was -- then what | 12:34:14 |
| 20 | happened? | 12:34:19 |
| 21 | A.    In this time, in this time | 12:34:19 |
| 22 | period immediately following the | 12:34:24 |
| 23 | statement, while we were in the 20th | 12:34:28 |
| 24 | Squad, I was advised by someone, and I'm | 12:34:33 |
| 25 | not sure who, that the District Attorney's | 12:34:38 |

NYCLD_044101

P-APP000930

Page 411

```
1   office video unit was here, I guess at the    12:34:43
2   20th.                                          12:34:52
3       Q.    And so that -- what did you tell     12:34:53
4   Mr. Santana, what did you tell Raymond         12:35:00
5   Santana?                                       12:35:02
6       A.    Well, I learned that the            12:35:03
7   District Attorneys, the Assistant District     12:35:06
8   Attorney Elizabeth Lederer, wanted to take     12:35:09
9   a videotape statement of Raymond.              12:35:12
10      Q.    You told him that?                   12:35:16
11      A.    Yes, sir.                            12:35:18
12      Q.    And what did he say?                 12:35:18
13      A.    I advised him that he would have     12:35:21
14  to stay because we needed him to be            12:35:24
15  present during that, and he agreed.            12:35:30
16      Q.    Did he have a choice?                12:35:32
17          MS. DAITZ:   Objection.                12:35:40
18      Q.    Around doing the video               12:35:42
19  statement?                                     12:35:45
20      A.    Did who have a choice?               12:35:45
21      Q.    Did Raymond Santana, Jr. have a      12:35:47
22  choice in doing the video statement?           12:35:51
23      A.    Certainly.                           12:35:52
24      Q.    But he could have refused to do      12:35:53
25  the video statement?                           12:35:55
```

NYCLD_044102

P-APP000931

Page 412

```
 1      A.     That's correct.                  12:35:57
 2      Q.     And did you tell him that this    12:35:57
 3   will help, this will help you to go home    12:36:03
 4   if you take the video, if you do the video  12:36:09
 5   statement?                                  12:36:12
 6          MS. DAITZ:  Objection.               12:36:12
 7      A.     No, I never said that to          12:36:12
 8   Raymond.                                    12:36:14
 9      Q.     And did any other member of the   12:36:15
10   service tell Raymond Santana, Jr. that he   12:36:20
11   should do the video statement, it will      12:36:24
12   help him so he can go home?                 12:36:27
13      A.     Certainly not in my presence,     12:36:29
14   no, sir.                                    12:36:31
15      Q.     So you gave him a choice to do    12:36:31
16   the video statement and he said okay?       12:36:35
17          MS. DAITZ:  Objection to form.       12:36:37
18      Q.     He said I'll do it?               12:36:39
19      A.     What I said is the District       12:36:41
20   Attorneys are here.  They would like to     12:36:47
21   take your statement on videotape.  And I    12:36:51
22   said this to both Raymond and his father,   12:36:55
23   and I advised his father that, you know,    12:36:59
24   obviously if they're going to take another  12:37:05
25   statement, they would want a parent to be   12:37:07
```

NYCLD_044103

P-APP000932

Page 413

| | | |
|---|---|---|
| 1 | there.  That's what I said. | 12:37:10 |
| 2 | Q.    And so then what happened, did | 12:37:11 |
| 3 | you take the video statement at the 20th | 12:37:25 |
| 4 | Precinct? | 12:37:28 |
| 5 | MS. DAITZ:  Objection to form. | 12:37:28 |
| 6 | A.    No, sir, I didn't take any | 12:37:29 |
| 7 | videotaped statement. | 12:37:32 |
| 8 | Q.    Was the videotaped statement | 12:37:34 |
| 9 | done at the 20th Precinct? | 12:37:37 |
| 10 | A.    No, sir. | 12:37:39 |
| 11 | Q.    Why not? | 12:37:39 |
| 12 | A.    The investigation was moved once | 12:37:40 |
| 13 | again to a different precinct. | 12:37:48 |
| 14 | Q.    Which was? | 12:37:50 |
| 15 | A.    The 24. | 12:37:51 |
| 16 | Q.    So then what happened? | 12:37:52 |
| 17 | A.    I transported Raymond Santana | 12:37:56 |
| 18 | and his father with Detective Jonza from | 12:38:03 |
| 19 | the 20th to the 24th. | 12:38:08 |
| 20 | Q.    And around what time was that? | 12:38:10 |
| 21 | A.    To the best of my recollection, | 12:38:14 |
| 22 | it was around two a.m. | 12:38:27 |
| 23 | Q.    And what happened at the 24th | 12:38:33 |
| 24 | Precinct? | 12:38:39 |
| 25 | A.    T the 24th Precinct, I escorted | 12:38:39 |

NYCLD_044104

P-APP000933

Page 414

| | | |
|---|---|---|
| 1 | Raymond Santana, Jr. and his father to | 12:38:47 |
| 2 | what was designated the youth room, and we | 12:38:51 |
| 3 | took a seat. | 12:38:58 |
| 4 | Q.    Go on.  Can you do a narrative | 12:39:00 |
| 5 | in terms of what happened? | 12:39:04 |
| 6 | MS. DAITZ:  Objection to form. | 12:39:05 |
| 7 | A.    At some point, I'm not sure | 12:39:06 |
| 8 | exactly what time, but after I arrived, | 12:39:10 |
| 9 | Assistant District Attorney Elizabeth | 12:39:19 |
| 10 | Lederer arrived at the 24th with a | 12:39:21 |
| 11 | videographer.  And at some point, a | 12:39:26 |
| 12 | videotaped statement was taken. | 12:39:36 |
| 13 | Q.    Were you present for that? | 12:39:37 |
| 14 | A.    Yes, I was. | 12:39:39 |
| 15 | Q.    Were you the arresting officer | 12:39:41 |
| 16 | in this? | 12:39:44 |
| 17 | A.    No, sir. | 12:39:44 |
| 18 | Q.    Who was the arresting officer? | 12:39:45 |
| 19 | A.    I'm not sure who the arresting | 12:39:46 |
| 20 | officer was, but the case detective, the | 12:39:49 |
| 21 | person who in the vernacular of New York | 12:39:51 |
| 22 | City detectives at the time, the person | 12:39:57 |
| 23 | who caught the case was Detective Burt | 12:39:59 |
| 24 | Arroyo. | 12:40:01 |
| 25 | Q.    Was he part of Manhattan North | 12:40:02 |

NYCLD_044105

P-APP000934

Page 415

| | | |
|---|---|---|
| 1 | Homicide Squad? | 12:40:06 |
| 2 | A.   Not at that time, no, sir. | 12:40:07 |
| 3 | Q.   Was he present for the | 12:40:09 |
| 4 | interview? | 12:40:11 |
| 5 | A.   Yes, he was. | 12:40:12 |
| 6 | MS. DAITZ:  Objection, the | 12:40:14 |
| 7 | video. | 12:40:15 |
| 8 | Q.   The video interview? | 12:40:16 |
| 9 | A.   The video interview, yes, sir. | 12:40:17 |
| 10 | Q.   He was not present when you took | 12:40:20 |
| 11 | the statement at the 20th Precinct? | 12:40:22 |
| 12 | A.   No, the only detective present | 12:40:24 |
| 13 | when I took the written statement at the | 12:40:26 |
| 14 | 20th Precinct was Detective August Jonza. | 12:40:29 |
| 15 | Q.   Is that a customary procedure | 12:40:32 |
| 16 | for a detective who didn't, for the | 12:40:39 |
| 17 | detective who didn't catch the case to be | 12:40:44 |
| 18 | present at the video interview? | 12:40:46 |
| 19 | MS. DAITZ:  Objection to form. | 12:40:48 |
| 20 | A.   I don't know about the | 12:40:49 |
| 21 | characterization as being a customary | 12:40:52 |
| 22 | procedure.  I'm not sure exactly what you | 12:40:54 |
| 23 | mean. | 12:40:55 |
| 24 | Q.   Had you done video interviews | 12:40:56 |
| 25 | before? | 12:41:00 |

NYCLD_044106

P-APP000935

Page 416

| | | |
|---|---|---|
| 1 | A.    Yes, many times. | 12:41:00 |
| 2 | Q.    And had you, on the interviews | 12:41:01 |
| 3 | that you did before, were you the case | 12:41:12 |
| 4 | detective? | 12:41:14 |
| 5 | A.    Sometimes. | 12:41:14 |
| 6 | Q.    And were there instances where | 12:41:15 |
| 7 | you sat in on interviews where you weren't | 12:41:19 |
| 8 | the case detective? | 12:41:22 |
| 9 | A.    Yes, sir. | 12:41:24 |
| 10 | MS. DAITZ:  Objection to form. | 12:41:25 |
| 11 | You're just talking about video | 12:41:27 |
| 12 | interviews? | 12:41:30 |
| 13 | MR. WAREHAM:  Videos, yes. | 12:41:30 |
| 14 | A.    Video interviews, yes, sir. | 12:41:31 |
| 15 | Q.    And after the video interview | 12:41:31 |
| 16 | was completed, what happened? | 12:41:35 |
| 17 | A.    There was a second video done. | 12:41:36 |
| 18 | Q.    And of what? | 12:41:48 |
| 19 | A.    A second video was of the, was | 12:41:50 |
| 20 | of Raymond Santana, was to document the | 12:42:01 |
| 21 | clothing that he was wearing. | 12:42:04 |
| 22 | Q.    When was the second video done? | 12:42:06 |
| 23 | A.    Again, a long time ago.  I'm not | 12:42:10 |
| 24 | sure of the exact time, but it was shortly | 12:42:13 |
| 25 | after Raymond Santana's videotaped | 12:42:16 |

NYCLD_044107

P-APP000936

Page 417

| | | |
|---|---|---|
| 1 | statement to Elizabeth Lederer, Assistant | 12:42:24 |
| 2 | DA. | 12:42:29 |
| 3 | Q.     Fifteen minutes, a half an hour? | 12:42:29 |
| 4 | A.     I don't want to make an | 12:42:32 |
| 5 | assumption.  It was shortly thereafter, | 12:42:34 |
| 6 | and I'm not exactly sure. | 12:42:37 |
| 7 | Q.     Was he wearing the clothes at | 12:42:38 |
| 8 | the time? | 12:42:42 |
| 9 | A.     The clothes that Raymond Santana | 12:42:42 |
| 10 | was wearing when I interviewed him were | 12:42:44 |
| 11 | the same clothes that he was wearing | 12:42:47 |
| 12 | during his videotaped interview with the | 12:42:48 |
| 13 | Assistant DA.  Those were the clothes that | 12:42:51 |
| 14 | he was wearing when we did the second | 12:42:55 |
| 15 | videotape. | 12:42:57 |
| 16 | Q.     And once that was complete, what | 12:42:58 |
| 17 | did you do? | 12:43:00 |
| 18 | A.     Detective Jonza and I escorted | 12:43:01 |
| 19 | Raymond Santana, Jr. and Raymond Santana, | 12:43:13 |
| 20 | Sr. in an unmarked car to Raymond's | 12:43:19 |
| 21 | residence on ███████████ | 12:43:25 |
| 22 | Q.     Can you describe what happened? | 12:43:28 |
| 23 | Did anything happen on the way there? | 12:43:32 |
| 24 | A.     Yes, sir.  On the way to ████ | 12:43:34 |
| 25 | ██████████   I drove east on 100th Street | 12:43:43 |

NYCLD_044108

P-APP000937

Page 418

| | | |
|---|---|---|
| 1 | from the 24th Precinct to Central Park | 12:43:50 |
| 2 | West. | 12:43:55 |
| 3 |  I entered Central Park at 100th | 12:43:56 |
| 4 | Street to the West Drive.  I veered to the | 12:44:00 |
| 5 | left, slightly to the left, and again to | 12:44:06 |
| 6 | the right, and I drove onto the, what was | 12:44:10 |
| 7 | known to us in the police department as | 12:44:14 |
| 8 | the 102nd Street Cross Path. | 12:44:16 |
| 9 |  Q.  And why did you go there? | 12:44:23 |
| 10 |  A.  I had been told, and I'm not | 12:44:27 |
| 11 | sure when, but this was the, this was the | 12:44:31 |
| 12 | area of the, somewhere on this path was | 12:44:34 |
| 13 | the area of the attack on the female | 12:44:39 |
| 14 | jogger. | 12:44:44 |
| 15 |  Q.  And was that the area that | 12:44:46 |
| 16 | Raymond Santana, Jr. had indicated in his | 12:44:52 |
| 17 | statement to Hartigan? | 12:44:56 |
| 18 |  A.  I don't recall that, sir.  I | 12:45:00 |
| 19 | don't recall. | 12:45:05 |
| 20 |  Q.  Was that the statement that | 12:45:05 |
| 21 | Raymond Santana, Jr. had indicated to you | 12:45:06 |
| 22 | in the statement that he made to you? | 12:45:09 |
| 23 |  MS. DAITZ:  Objection to form. | 12:45:11 |
| 24 |  A.  Once again, I don't recall | 12:45:12 |
| 25 | whether that was indicated specifically in | 12:45:17 |

NYCLD_044109

P-APP000938