1       WISE — DEFT    COLLOQUY

2           THE COURT:   Yes.

3           MR. MOORE:   I would be prepared to

4       call, at this time to the stand Kharey

5       Wise. THE COURT:  Eddie?

6   K H A R E Y    THE WITNESS, the Defendant, having been

7       called as a witness in his own behalf, being

8       first duly affirmed to tell the truth,

9       testified as follows:

10  DIRECT EXAMINATION

11  BY MR. MOORE:

12      Q    Now, Kharey, I'd like to take you back to

13  April 20th of this year, about 10 p.m. at night.

14      Could you tell us where you were — on that

15  date and at that time?

16      A    Downstairs.

17      Q    Downstairs where?

18      A    In front of my building.

19      Q    What was your address?

20      A

21      Q    Now, who were you with?

22      A    I was with Yusaf Salaam.

23      Q    I'm sorry?

24      A    My friend, Eddie.

25           THE COURT:   Excuse me, Mr. Salaam and

11/17/89

NYCLD_006985

P-APP002228

1              WISE — DEFT — DIRECT

2     officers, who you recall?

3        A        THE WITNESS:   Just   Yusaf   Salaam   and

4        Q     Eddie.

5        A     Yes.  THE COURT:   Eddie?

6        Q     And   THE WITNESS:   Yeah.

7        Q     Would that be Eddie LaPaz?

8        A     Yes, sir.

9        Q     Now, what happened after that?

10       A        We see a pair of detectives go up in the

11    building, but they don't know what for.     We   heard

12    quite   some   time   that a few officers been coming

13    around, picking up a lot of kids for this case.   So

14    me and Yusaf went upstairs, decided to go upstairs

15    to see what's up, what's going on.

16       Q     Did there come a time   when   you   saw   some

17    people on Yusaf's floor?

18       A        Yes.  When we stopped there, in front of

19    his doorstep, we seen a few officers.

20       Q     How many officers did you see?

21       A     I seen a few.  At least four, five.

22       Q     Now, were these   white   officers   or   black

23    officers?

24       A     Both.

25       Q        How many white officers, how many black

11/17/89

NYCLD_006986

P-APP002229

WISE - DEFT WISE - DIRECT

1

2       officers, if you recall?

3       A       About three

4       Q       Three white officers?

5       A       Yes.

6       Q       And one black officer?

7       A       Yes.

8       Q       Were these big officers?

9       A       Yes, every big.

10      Q       Now, what happened after you saw the

11      officers?

12      A       They recognized all three of us and they

13      looked at Yusaf and they asked Yusaf what's his

14      name. Yusaf called his name, Yusaf Salaam.

15      Q       Did they say anything to you?

16      A       The officer asked me what's my name.

17      Q       What did you say?

18      A       I said Kharey Wise.

19      Q       And what did he say?

20      A       He said, "Kharey Wise?" I said, "Yes,

21      sir." He said, "Come over here." I said, "Yes." Me

22      and Yusaf went over to the officer.

23      Q       What did he say?

24      A       He said would you like to come with us to

25      the station for questioning?

11/17/89

3340

WISE - DEFT WISE - REDIRECT

Q    And what did you say?

A    I said, "I would like to see my Mom first before I go anywhere." I was scared.

Q    What did he say?

A    He said, "You need no parent where you're going. We're just going to take you for questioning, and we bring you right back."

Q    And at this time when he said that, that he needed you for questioning, did you feel that you had to go with him?

MS. LEDERER:  Objection.

THE COURT:  I'll let him state what his mind was.

Q    Did you feel you were compelled to go with the officer?

A    Yes.

Q    Did you feel --

THE COURT:  Let him tell you what his state of mind was.

Q    Explain your state of mind.

A    I never been through this before.

THE COURT:  What?

THE WITNESS:  I never been through this before, and when he told me, it feel

11/17/89

NYCLD_006988

P-APP002231

3341

WISE - DEFT WISE - DIRECT

1
2        like I had no choice but to go with him. I
3        couldn't refuse him.
4    Q    Now, did there come a time when these
5    officers took you somewhere?
6    A    Took us downstairs.
7    Q    How did they take you?
8    A    They didn't take us in handcuffs, they just
9    took us downstairs.   Yusaf Salaam's sister had an
10   argument with the officer.
11   Q    You said what?
12   A    Yusaf Salaam's sister had an argument  with
13   the officers.
14        MS. LEDERER:   Objection.   Move to
15        strike it as not responsive.
16        THE COURT:   Yes.
17   Q    Did there come a time when the officers
18   took you somewhere?
19   A    They took us downstairs in a police car.
20   Q    And did they take you to a precinct?
21   A    Yes.
22   Q    When you arrived at the precinct, what
23   happened?
24   A    They put me and Yusaf in two separate
25   rooms, and he put me in a question room.

11/17/89

NYCLD_006989

P-APP002232

Page 58

```
 1                    Eric Reynolds
 2    than one.  I'm not sure.
 3          Q.      What did any of the ones you
 4    received say?
 5          A.      They had a pickup of an assault on
 6    a male.
 7          Q.      What part of the park was that?
 8          A.      The north end part.
 9          Q.      The north end part?
10          A.      The northern part.
11          Q.      The same area you were canvassing;
12    is that correct?
13          A.      I believe so, yes.
14          Q.      After you heard that, what did you
15    do?
16          A.      We canvassed the park.
17          Q.      Did you ever have an occasion to
18    meet Alvarez, did you go and meet him or what?
19          A.      Yes.
20          Q.      Where was that?
21          A.      That I don't recall.
22          Q.      That was in the park, correct?
23          A.      Yes.
24          Q.      That was in the northern end of the
25    park, correct?
```

NYCLD_057663

P-APP002233

Page 59

1                          Eric Reynolds

2          A.      Yes.

3          Q.      Was he alone or was there somebody

4    with him?

5          A.      I believe he had a complainant in

6    the car.

7          Q.      Was it a male complainant or female

8    complainant?

9          A.      Male.

10         Q.      Do you know the condition of the

11   male as you observed the male, was the male

12   bleeding?

13         A.      I don't recall.

14         Q.      And how long -- that was

15   approximately what time?

16         A.      Again, I don't recall.

17         Q.      Could it have been around ten

18   o'clock?

19         A.      I don't, again, I don't recall.

20         Q.      And how much time did you spend

21   with Alvarez when you and your partner arrived?

22   After you arrived, how much time did you spend

23   there after you departed?

24         A.      It couldn't have been more than

25   five minutes.

NYCLD_057664

P-APP002234

Page 60

1                    Eric Reynolds

2          Q.      Five minutes, all right.  And after

3   you left, you continued canvassing the northern

4   end of the park; is that correct?

5          A.      Yes.

6          Q.      And you still didn't see any group

7   of males; is that correct?

8          A.      That's correct.

9          Q.      Your supervisor, was his name

10  Sergeant Lail?

11         A.      Yes.

12         Q.      He was the anticrime supervisor,

13  correct?

14         A.      Yes.

15         Q.      Did there come a time you got a

16  call from Sergeant Lail?

17         A.      Yes.

18         Q.      And you got a transmission from

19  Sergeant Lail, what did it say?

20         A.      I believe he had a possible

21  suspect.

22         Q.      Possible suspect, okay.  And where

23  did he say he had those possible suspects?

24         A.      I believe it was a playground at

25  West 100th Street.

NYCLD_057665

P-APP002235

Page 61

1                     Eric Reynolds

2          Q.     Would that have been near Central

3     Park West?

4          A.     Yes.

5          Q.     So it was a playground near west

6     100th Street, it was still within the park; is

7     that correct?

8          A.     Yes, that's correct.

9          Q.     So that you and your partner, did

10    you go there to the playground to meet Sergeant

11    Lail?

12         A.     Yes.

13         Q.     And where were you at the time,

14    where were you in the park at the time you got

15    the communication from Sergeant Lail?

16         A.     I don't recall that.

17         Q.     You don't recall that?

18         A.     No.

19         Q.     You were just somewhere in the

20    northern end; is that correct, in the northern

21    end of the park, right?

22         A.     I believe so, yes.

23         Q.     Approximately how long did it take

24    you to reach Sergeant Lail at the playground?

25         A.     I don't recall.  It wasn't long.

NYCLD_057666

P-APP002236

Page 62

```
 1                    Eric Reynolds
 2        Q.      It wasn't long?
 3        A.      No.
 4        Q.      When you got to the playground, was
 5   Sergeant Lail present?
 6        A.      Yes.
 7        Q.      Who else was present?
 8        A.      Officer Hennigan.
 9        Q.      Officer Hennigan?
10        A.      Yes.
11        Q.      And Officer Hennigan is a female;
12   is that correct?
13        A.      That's correct.
14        Q.      And any other police officers
15   present?
16        A.      Police Officer Alvarez was present.
17        Q.      Alvarez was present, okay.
18                And did Alvarez have the victim
19   whom you had seen earlier with Alvarez in his
20   patrol car in the playground?
21        A.      Yes.
22        Q.      And were there any other people,
23   other than those people, present in the
24   playground?
25        A.      Other than the police officers you
```

NYCLD_057667

P-APP002237

Page 63

                                  Eric Reynolds

1
2      mean?
3          Q.      Yes.
4          A.      People that Sergeant Lail and
5      Officer Hennigan had stopped were there also.
6          Q.      And how many of those people were
7      there?
8          A.      I don't recall.
9          Q.      Was there a show of identification?
10         A.      A showup was done.
11         Q.      And was anybody identified of the
12     group you saw on the playground, other than the
13     police officers?
14         A.      No.
15         Q.      And so they were released; is that
16     fair to say?
17         A.      Yes.
18         Q.      That was at what, about maybe
19     10:15, 10:20, what?
20             MR. MYERBERG:   Objection.
21             MR. WARREN:   I'm asking the
22         question.
23         A.      I don't recall the exact time.
24         Q.      So after that happened, after these
25     individuals left, how much longer did you stay

NYCLD_057668

P-APP002238

Page 58

```
 1                    Eric Reynolds
 2    than one.  I'm not sure.
 3         Q.      What did any of the ones you
 4    received say?
 5         A.      They had a pickup of an assault on
 6    a male.
 7         Q.      What part of the park was that?
 8         A.      The north end part.
 9         Q.      The north end part?
10         A.      The northern part.
11         Q.      The same area you were canvassing;
12    is that correct?
13         A.      I believe so, yes.
14         Q.      After you heard that, what did you
15    do?
16         A.      We canvassed the park.
17         Q.      Did you ever have an occasion to
18    meet Alvarez, did you go and meet him or what?
19         A.      Yes.
20         Q.      Where was that?
21         A.      That I don't recall.
22         Q.      That was in the park, correct?
23         A.      Yes.
24         Q.      That was in the northern end of the
25    park, correct?
```

NYCLD_057663

P-APP002239

Page 59

1                         Eric Reynolds

2           A.      Yes.

3           Q.      Was he alone or was there somebody

4    with him?

5           A.      I believe he had a complainant in

6    the car.

7           Q.      Was it a male complainant or female

8    complainant?

9           A.      Male.

10          Q.      Do you know the condition of the

11   male as you observed the male, was the male

12   bleeding?

13          A.      I don't recall.

14          Q.      And how long -- that was

15   approximately what time?

16          A.      Again, I don't recall.

17          Q.      Could it have been around ten

18   o'clock?

19          A.      I don't, again, I don't recall.

20          Q.      And how much time did you spend

21   with Alvarez when you and your partner arrived?

22   After you arrived, how much time did you spend

23   there after you departed?

24          A.      It couldn't have been more than

25   five minutes.

NYCLD_057664

P-APP002240

Page 60

1                    Eric Reynolds

2        Q.       Five minutes, all right.  And after

3    you left, you continued canvassing the northern

4    end of the park; is that correct?

5        A.       Yes.

6        Q.       And you still didn't see any group

7    of males; is that correct?

8        A.       That's correct.

9        Q.       Your supervisor, was his name

10   Sergeant Lail?

11       A.       Yes.

12       Q.       He was the anticrime supervisor,

13   correct?

14       A.       Yes.

15       Q.       Did there come a time you got a

16   call from Sergeant Lail?

17       A.       Yes.

18       Q.       And you got a transmission from

19   Sergeant Lail, what did it say?

20       A.       I believe he had a possible

21   suspect.

22       Q.       Possible suspect, okay.  And where

23   did he say he had those possible suspects?

24       A.       I believe it was a playground at

25   West 100th Street.

NYCLD_057665

P-APP002241

Page 61

1                    Eric Reynolds

2          Q.      Would that have been near Central

3    Park West?

4          A.      Yes.

5          Q.      So it was a playground near west

6    100th Street, it was still within the park; is

7    that correct?

8          A.      Yes, that's correct.

9          Q.      So that you and your partner, did

10   you go there to the playground to meet Sergeant

11   Lail?

12         A.      Yes.

13         Q.      And where were you at the time,

14   where were you in the park at the time you got

15   the communication from Sergeant Lail?

16         A.      I don't recall that.

17         Q.      You don't recall that?

18         A.      No.

19         Q.      You were just somewhere in the

20   northern end; is that correct, in the northern

21   end of the park, right?

22         A.      I believe so, yes.

23         Q.      Approximately how long did it take

24   you to reach Sergeant Lail at the playground?

25         A.      I don't recall.  It wasn't long.

NYCLD_057666

P-APP002242

Page 62

```
 1                    Eric Reynolds
 2        Q.     It wasn't long?
 3        A.     No.
 4        Q.     When you got to the playground, was
 5   Sergeant Lail present?
 6        A.     Yes.
 7        Q.     Who else was present?
 8        A.     Officer Hennigan.
 9        Q.     Officer Hennigan?
10        A.     Yes.
11        Q.     And Officer Hennigan is a female;
12   is that correct?
13        A.     That's correct.
14        Q.     And any other police officers
15   present?
16        A.     Police Officer Alvarez was present.
17        Q.     Alvarez was present, okay.
18               And did Alvarez have the victim
19   whom you had seen earlier with Alvarez in his
20   patrol car in the playground?
21        A.     Yes.
22        Q.     And were there any other people,
23   other than those people, present in the
24   playground?
25        A.     Other than the police officers you
```

NYCLD_057667

P-APP002243

Page 63

1                         Eric Reynolds

2    mean?

3           Q.      Yes.

4           A.      People that Sergeant Lail and

5    Officer Hennigan had stopped were there also.

6           Q.      And how many of those people were

7    there?

8           A.      I don't recall.

9           Q.      Was there a show of identification?

10          A.      A showup was done.

11          Q.      And was anybody identified of the

12   group you saw on the playground, other than the

13   police officers?

14          A.      No.

15          Q.      And so they were released; is that

16   fair to say?

17          A.      Yes.

18          Q.      That was at what, about maybe

19   10:15, 10:20, what?

20               MR. MYERBERG:   Objection.

21               MR. WARREN:   I'm asking the

22          question.

23          A.      I don't recall the exact time.

24          Q.      So after that happened, after these

25   individuals left, how much longer did you stay

NYCLD_057668

P-APP002244

T1—1f

324

REYNOLDS — PEOPLE — DIRECT — LEDERER

1

2    Q      What are the duties of the Anti-Crime unit?

3    A         That is to make arrests for any kind of

4  crimes   in   progress   while   working   in   civilian

5  clothes.

6    Q      Does that mean you don't work in uniform?

7    A      That's correct.

8    Q       And that night of April 19, 1989, were you

9  working on foot, or were you in a vehicle?

10    A      I was in a vehicle.

11    Q      What type of vehicle were you in?

12    A      It was a green  Parks  Department  vehicle.

13  It was a van.

14            MR. MADDOX:   I can't hear.

15            THE   COURT:    Green  Parks Department

16            vehicle.

17    Q      Did you work with a partner on that date?

18    A      Yes, I did.

19    Q      Who was your partner?

20    A      Police Officer Powers.

21    Q      Did there come a time  on  the  evening  of

22  April   19, 1989 that you heard a radio communication

23  regarding activity in Central Park?

24    A      Yes.

25    Q         At   what   time   did   you   hear   such   a

10/13/89

NYCLD_023070

P-APP002245

T1-1f

325

REYNOLDS — PEOPLE — DIRECT — LEDERER

1
2    communication?

3    A    It was approximately 9:30.

4    Q    What was the radio communication that you

5    heard at that time?

6    A    Disorderly males in the park, harassing

7    people.

8    Q    WHen you heard that communication, was

9    there a communication give for where that this

10   orderly group was?

11   A    It was approximately, I believe, the west

12   side of 100th Street.

13   Q    Do you recall where you were when you heard

14   that?

15   A    I believe I was on Central Park West headed

16   northbound.

17   Q    Where did you go after you heard that

18   communication?

19   A    The north end of the park.

20   Q    Who was driving that night?

21   A    Officer Powers.

22   Q    When you say you went to the north end of

23   the park, where did you go?

24   A    We went to the location specified.  We went

25   in that area to canvas.

10/13/89

NYCLD_023071

P-APP002246

T1-1f

326

REYNOLDS — PEOPLE — DIRECT — LEDERER

1

2    Q      What area did you go to?

3    A      The East Drive — West Drive up on the

4    north end, around 102nd Street.

5    Q      Do you recall whether you went to the east

6    side or the west side?

7    A      I started at the west side, and went from

8    the west to the east side.

9    Q      Were you directed to go to the east side?

10   A      Yes, I believe so, yes.

11   Q      When you say you were canvassing the area,

12   what does that mean?

13   A      It means we were searching for people

14   described in the radio run.

15   Q      What route did you take to go to the

16   location of the East Drive on 102nd Street?

17   A      We went north on Central Park West and then

18   into the park.

19   Q      Where did you go into the park?

20   A      I believe it was either 90th Street or

21   100th Street.

22   Q      And when you entered the park, did you

23   drive on the roadway or any of the paths?

24   A      We did both.   We traveled along the

25   roadways, and then we went along some of the paths.

10/13/8

T1-1f

327

REYNOLDS - PEOPLE - DIRECT - LEDERER

1

2      Q         Did you arrive at the East Drive in the

3  area of 102nd Street?

4      A     Yes.

5      Q     What, if anything, did you see at that

6  location?

7      A     Really nothing in the beginning.

8      Q         Did you see anything resembling the

9  disorderly group?

10     A     No.

11     Q     Did you see any police vehicles?

12     A     Yes.

13     Q     Do you recall what you saw?

14     A     I saw a couple -- several Central Park

15  Police vehicles and vehicles from the 23rd Precinct,

16  and the Manhattan North Task Force.

17     Q     Were those marked radio cars?

18     A     Yes.

19     Q         Did you have a conversation with any of

20  those people?

21     A     I had a couple of conversations, yes.

22     Q     At that time when you first arrived, did

23  you speak to any of these people?

24     A         We might have had a passing conversation,

25  you know, just asking if anybody had seen anything.

10/13/89

P-APP002248

T1-1f

328

REYNOLDS - PEOPLE - DIRECT - LEDERER

1
2          MR. MADDOX:  Object (inaudible).

3          THE  COURT:   Just   tell   us   what
4    conversation you had.

5          THE  WITNESS:   I asked if anybody had
6    seen anything.

7    Q     What did the people you spoke to say?

8    A     Nobody had seen anything at that point.

9    Q     The first communication you heard, did that
10   give any kind of description in the park?

11   A     I believe it was seven to eight males,  the
12   very first one.

13   Q     Did it give any description, race?

14   A     I believe it was male blacks.

15   Q     Are you sure?

16   A     I'm not quite sure.

17          MR. MADDOX:  Objection, your Honor.

18          MR. RIVERA:  Objection.

19          THE COURT:  I will allow it.

20          Are you sure?

21          THE WITNESS:  No, I'm not sure.

22   Q     Did you hear any other radio communication
23   after that first communication?

24   A     Yes.

25   Q     What was that communication?

10/13/8

T1-1f

329

REYNOLDS - PEOPLE - DIRECT - LEDERER

1

2     A     That there were approximately,  I believe,
3  20 to 30 male blacks harassing and assaulting people
4  in the park.

5     Q          And do you recall at approximately what
6  time you heard that radio communication?

7     A     Do you mind if I look at my notes to
8  refresh my memory?

9          THE  COURT:  If you have to, you may.
10         Just tell us what you are using to refresh
11         your recollection.

12         THE  WITNESS:  It is a piece of paper
13         that I wrote down with the, you know, the
14         times.

15         MR.  BERMAN:  Judge,  if I may, this
16         speaker,  even  when  there's  no  talking,
17         makes  such a loud noise we can't hear your
18         Honor talking.

19     A     It was about a quarter to ten.

20     Q     And do you recall where you were when you
21  heard that communication?

22     A     Well, I was in the north end of the park.
23  It might have been at 102nd Street and the East
24  Drive.

25     Q          How long did you stay at 102nd Street and

10/13/89

P-APP002250

T1—1f

330

REYNOLDS — PEOPLE — DIRECT — LEDERER

1  the East Drive?

2

3       A       Not long.

4       Q           After   you   received   that   second

5  communication, where did you go?

6       A       Again, we —

7               MR. MOORE:  Objection.

8               THE COURT:  No, I'll allow it.

9               Go   ahead.      He was with somebody, he

10              already said that.

11      A       (Continuing)  We started to ride around the

12  park again to do a further canvas.

13      Q       What area of   the   park   were   you   driving

14  around in?

15      A       The north end.

16      Q           Would you indicate did you drive on the

17  road or paths?  Where did you go?

18      A       We did both.  We tried   to   concentrate   on

19  the paths because we didn't see anything.

20              THE   COURT:    You   can tell us where,

21              when you say "we"  you   are   talking   about

22              driving around in the car; but tell us only

23              what   you   saw,   talking about what you saw

24              unless somebody said something.   All right.

25      Q       Did you see anything during the   time   that

10/13/89

T2-fr

331

REYNOLDS — PEOPLE — DIRECT — LEDERER

1

2      you were driving around the north end of
3      the park?
4  A   No.
5  Q   When you referred to the north end of the
6      park, from what street north were you
7      canvassing?
8  A   North of 96th Street.
9  Q   Can you describe in a general way what
10     route you took?
11 A   In canvassing?
12 Q   Yes.
13 A   We went through all the foot paths and ——
14     you know, all the routes we could to go
15     through all the dark areas, and, you know,
16     part of the park that weren't visible.
17 Q   At any time did you see anybody or any
18     group that resembled what you had heard on
19     the radio?
20 A   In the beginning, no.
21 Q   And did you hear any other radio
22     communications while you were canvassing
23     the north end of the park?
24 A   Yes.
25 Q   What was the next radio communication that

10/13/89

NYCLD_023077

P-APP002252

T2-fr

REYNOLDS — PEOPLE — DIRECT — LEDERER

1

2      you heard?

3  A    We got -- I heard our sergeant -- my

4      sergeant from Anti-Crime had a possible

5      group over at 100 Street and the West Drive

6      in the playground.

7  Q    What is your sergeant's name?

8  A    Sergeant Lyle.

9  Q    What did you do when you heard that

10     communication?

11  A   We responded to the area where he was.

12  Q   Approximately what time was it that you

13     arrived at that playground?

14  A   That was about a quarter to ten, 10:00.

15  Q   Did you have a conversation with Officer

16     Alvarez at that location?

17  A   Yes, I did.

18  Q   Did he tell you whether he had seen

19     anything in the park?

20  A   Yes.

21  Q   What, if anything, did Officer Alvarez tell

22     you?

23  A   He told me he saw a group of youths and

24     when they saw the radio car, they all ran.

25  Q   Did he describe the number of the people in

10/13/89

NYCLD_023078

P-APP002253

T2-fr

333

REYNOLDS — PEOPLE — DIRECT — LEDERER

1

2       the group?

3   A   He said he saw about seven to ten of them.

4   Q   Did he indicate that he had seen a larger

5       group?

6           MR. MOORE:   Objection.

7           MR. RIVERA:   Objection.

8           MR. JOSEPH:   Objection.

9           MR. BURNS:   Objection.

10          MR. DILLER:   Objection.

11          MR. BERMAN:   Objection.

12          MR. MADDOX:   Objection.

13          THE   COURT:   Sustained.   Let him

14      testify.

15  Q   What else did he tell you about the people

16  he saw?

17  A       He stated they were male blacks and

18  Hispanics and they were in their teens.

19  Q   Did he tell you where he had seen the

20  group?

21  A     I believe he said he saw them on the east

22  side.

23          MR. MOORE:   Objection.

24          THE COURT:   I'll let him answer.

25  Q   Was he able to tell you whether it was in

10/13/89

NYCLD_023079

P-APP002254

T2-fr

334

REYNOLDS — PEOPLE — DIRECT — LEDERER

1
2    or out of the park?

3    A    He said it was inside the park.

4    Q        Did he tell you what time it was that he

5    had seen them?

6    A    That I don't recall.

7    Q    Did he say anything about the gender or the

8    sex of the people he had seen?

9    A    Yes, he said they were male blacks and

10   Hispanics.

11   Q    Did you have a conversation -- withdrawn.

12        How long did you stay at the playground at

13   100 Street?

14   A    Not long, just long enough to -- for the

15   show-up and to get a description from Police Officer

16   Alvarez and then we resumed canvassing.

17   Q        Where did you go when you left that

18   location?

19   A    Again we stayed in the north end and we

20   went through all the trails and the inaccessible

21   parts of the park.

22   Q    How long did you drive around in the park?

23   A    About another half-hour.

24   Q    Did you hear another radio communication

25   after you had been at the playground where Sergeant

10/13/89

NYCLD_023080

P-APP002255

T2-fr

335

REYNOLDS — PEOPLE — DIRECT — LEDERER

Lyle was?

    A    Yes.

    Q    What was the communication that you heard then?

    A    That there was a male jogger found beaten and bleeding profusely from his head.

    Q    Where was that -- was there a location with respect to where that jogger was found?

    A    Yes. That was 96th Street, I believe, approximately, and the West Drive off the reservoir.

    Q    Where were you when you got that communication, if you recall?

    A    I believe we were at the East Drive again and 102nd Street.

    Q    Did the communication given with respect to that jogger contain any information about any people?

    A    He stated there was a group of male Hispanics and Blacks who had assaulted the jogger.

    Q    Was there any further information about the assault?

    A    Yes, that they had fled north.

    Q    What, if anything, did you do after you heard that information?

10/13/8

NYCLD_023081

P-APP002256

T2-fr

334

REYNOLDS — PEOPLE — DIRECT — LEDERER

1

2  or out of the park?

3       A       He said it was inside the park.

4       Q       Did he tell you what time it was that he

5  had seen them?

6       A       That I don't recall.

7       Q       Did he say anything about the gender or the

8  sex of the people he had seen?

9       A       Yes, he said they were male blacks and

10  Hispanics.

11       Q       Did you have a conversation -- withdrawn.

12       How long did you stay at the playground at

13  100 Street?

14       A       Not long, just long enough to -- for the

15  show-up and to get a description from Police Officer

16  Alvarez and then we resumed canvassing.

17       Q       Where did you go when you left that

18  location?

19       A       Again we stayed in the north end and we

20  went through all the trails and the inaccessible

21  parts of the park.

22       Q       How long did you drive around in the park?

23       A       About another half-hour.

24       Q       Did you hear another radio communication

25  after you had been at the playground where Sergeant

10/13/89

T2-fr

1

2                                                                      335
            REYNOLDS - PEOPLE - DIRECT - LEDERER
3
Lyle was?
4
        A      Yes.
5
        Q      What was the communication that you heard
6
then?
7
        A       That there was a male jogger found beaten
8
and bleeding profusely from his head.
9
        Q      Where was that -- was there a location with
10
respect to where that jogger was found?
11
        A      Yes.  That was 96th Street, I believe,
12
approximately, and the West Drive off the reservoir.
13
        Q             Where were you when you got that
14
communication, if you recall?
15
        A      I believe we were at the East  Drive  again
16
and 102nd Street.
17
        Q      Did the communication given with respect to
18
that  jogger  contain  any  information  about  any
19
people?
20
        A       He  stated  there  was  a  group  of  male
21
Hispanics and Blacks who had assaulted the jogger.
22
        Q      Was there any further information about the
23
assault?
24
        A      Yes, that they had fled north.
25
        Q             What, if anything, did you do after you
heard that information?

10/13/8

T2-fr

336

REYNOLDS — PEOPLE — DIRECT — LEDERER

1  

2   A     At that point I decided to leave the park

3   and to start the canvas outside at Central Park West

4   at 100 Street.

5   Q     Where did you leave the park?

6   A        We left at 100th Street and Central Park

7   West.

8   Q     Why did you leave the park at that time?

9   A     Because I felt that the group was no longer

10  in the park. We had canvassed for quite a while and

11  the entire park was saturated with police vehicles.

12  Q     Did you see other vehicles in the park

13  other than those you refer to at the East Drive and

14  102nd Street?

15  A     Other than what I described earlier?

16  Q     During the time you were canvassing the

17  park, other than what you already told us at the

18  East Drive and 102nd Street, did you see any other

19  police vehicles in the park?

20  A     Just what I mentioned.

21  Q     And when you were canvassing the north end

22  of the park, did you see any sign of other police

23  vehicles?

24  A     Yes.

25  Q     What did you see?

10/13/89

NYCLD_023082

P-APP002259

T2-fr

337

REYNOLDS — PEOPLE — DIRECT — LEDERER

1

2    A        As I was going through the fields, I could

3    see further north of me the headlights of the  other

4    vehicles going back and forth also in search for the

5    group.

6                MS.  LEDERER:   With the permission of

7            the Court, I'd ask the witness  to  please

8            step   down   and   approach  People's  7  in

9            evidence.

10                (Witness complies)

11    Q    Would you please point  on  People's  7  in

12    evidence  and  describe  as you do, what area you're

13    possibly  pointing  to,  indicate  where  you   were

14    traveling  and  where you would see the other lights

15    from other vehicles?

16    A    We saw the other lights ——

17                THE COURT:  Excuse me, Officer, I have

18            to remind you to speak as loud as  you  can

19            because  everybody over on this side has to

20            hear you, and it is very difficult in  this

21            courtroom.

22                THE WITNESS:  Okay.

23                I saw headlights from the other police

24            cars  going  east  and  west  across  the

25            ballfields here on the north end.   I  was

10/13/89

NYCLD_023083

P-APP002260

T2-fr

338

REYNOLDS — PEOPLE — DIRECT — LEDERER

1

2     south   of   them   and   I   could   see   them  —— I

3     could   see   that   the   ballfields   in   this   area

4     was   pretty   well   saturated   with   police   cars

5     and   there   was   probably   no   group   in   there

6     because   somebody   would   have   seen  ——

7            MR.  MADDOX:      Also   describe   the   area

8     that   he   just   referred   to   on   the   map.

9            THE   COURT:     Yes,   if   there   is   some

10    legend   on   that   map   that   describes   the   area

11    that   you're   in,   please   tell   us   what   it   is.

12    I   see   there   is   some   writing   on   that   map.

13    If   you   could   tell   us   what   it   was,   the   area

14    that   you   say   you   were   driving   in.

15           THE   WITNESS:      This   is   the   north

16    meadow,   and   it   contains   several   baseball,

17    softball,   and   a   football   field   and   we

18    again,   like   I   said,   I   had   seen   several

19    radio   cars   going   back   and   forth   and   they

20    pretty   well   had   the   whole   area   covered.   If

21    there   was   any   group   in   there  ——

22           MR.  BURNS:   Objection.

23           MR.  MOORE:   Objection.

24           THE   COURT:   Yes,   don't   speculate,   just

25    tell   us   what   you   saw.

10/13/89

NYCLD_023084

P-APP002261

REYNOLDS — PEOPLE — DIRECT — LEDERER

THE WITNESS: I saw the police cars going back and forth and they had the area well covered.

Q   Where did you go —

MR. BURNS: I'm sorry. For the record, the record should reflect the area of the North Meadow.

THE COURT: He covered the whole area of the North Meadow.

Q   When you stated earlier that you decided at this time to leave the park, will you point out the route you took to enter the park?

A   We left here at 100 Street, going west towards Central Park West.

Q   What time was it, approximately, when you were leaving Central Park?

A   It was approximately 10:30.

Q   What, if anything, did you see as you left Central Park at 100 Street?

A   Okay. When we got to Central Park West at 100th Street, just north of us, between 101st Street and 102nd, on the west side of the street, we saw a group of about 10, 15, male blacks and hispanics. They were teenagers.

10/13/89

NYCLD_023085

P-APP002262

T2-fr

340

REYNOLDS – PEOPLE – DIRECT – LEDERER

1

2    Q    What, if anything, did you do when you saw

3    that group?

4    A    What we -- what I did was we started to

5    drive northbound towards them to get a better look

6    at the group.

7    Q    What side of the street were they on?

8    A    They were on the west side of the street.

9    Q    And when you were driving, what side of the

10    street were you driving on?

11    A    I was on the east side going northbound.

12    Q    What, if anything, happened as you went

13    northbound on Central Park West approaching that

14    group?

15    A    Well, we saw the group. They were all --

16    you know, walking together. We felt reasonably sure

17    that they didn't --

18    THE COURT: It's not what you felt.

19    THE WITNESS: I felt reasonably sure

20    they didn't know who we were.

21    MR. RIVERA: Objection.

22    MR. BURNS: Objection.

23    MR. MOORE: Objection.

24    MR. JOSEPH: Objection.

25    MR. MADDOX: Objection.

10/13/89

NYCLD_023086

P-APP002263

T2-fr

341

REYNOLDS – PEOPLE – DIRECT – LEDERER

1

2          MR. DILLER:   Objection.

3          MR. BERMAN:   Objection.

4          THE   COURT:    I'll   allow   that.   Go

5     ahead.

6          THE   WITNESS:   At   one   point   the   group

7     had   stopped   --

8          MR.   RIVERA:    I   didn't   hear   the

9     statement   he   didn't   feel   reasonably   what?

10         THE COURT:   Did   not   make   out   who   they

11    were.

12    Q    Continue.

13    A    The   group   at   one   point   stopped   and   they   all

14    started   to   look   our   way   and   started   to   point   at   us

15    in   the   van,   and   I   couldn't   understand   why   because

16    nobody   wouldn't   really   --

17         MR. MOORE:   Objection.

18         THE COURT:   Finish   your   answer.

19         THE   WITNESS:    Nobody   generally   makes

20    who   we   were.

21         MR. MOORE:   Objection.

22         THE COURT:   Objection   sustained.

23         Don't   tell   us   what   people   generally

24    do.   Just   tell   us   what   happened   here.

25         THE   WITNESS:   What   I   did   was   I   looked

10/13/89

NYCLD_023087

P-APP002264

T2-fr

REYNOLDS - PEOPLE - DIRECT - LEDERER                       342

1
2          to our right and a marked police three-
3          wheel scooter was on our right hand side
4          and that's what panicked them.

5              MR. MOORE:  Objection.

6              MR. MADDOX:  Objection.

7              THE COURT:  Sustained.  Just tell us
8          what you saw.

9      Q       When you looked and saw in your sideview
10    mirror a scooter, where was this scooter?

11     A       Right alongside the van on my side.  It was
12    on the other side of us, from the group.

13     Q       Who was on that scooter?

14     A       Police Officer Flores.

15     Q       What did you do when you became aware that
16    Police Officer Flores was pulling up besides you?

17     A          Well, I felt -- it looked like the group
18    was going to run to me.

19              MR. MOORE:  Objection.

20              MR. JOSEPH:  Objection.

21              THE COURT:  I'll allow it, go ahead.
22          Finish.

23              THE WITNESS:  And I told my partner to
24          take the van and pull it up ahead of them
25          to cut them off so we can stop them.

10/13/89

NYCLD_023088

P-APP002265

T2-fr

343

REYNOLDS - PEOPLE - DIRECT - LEDERER

1

2      Q      And did the van pull up?

3      A      Yes.

4      Q      Where did the van go?

5      A      Okay. My partner pulled up the van to

6  102nd Street and CPW, Central Park West on the

7  southwest corner.

8      Q      WHen you say the van was pulled up on the

9  southwest corner of 102nd and Central Park West, can

10  you describe exactly what position it was in in

11  relation to the sidewalk and the street of 102nd

12  Street?

13      A      Okay. The van was facing west with the

14  headlights facing west towards the building.   Then

15  my partner and myself got out of the van, we

16  identified ourselves.   AT that point the group

17  started to run except for two.   Those two were

18  Raymond Santana and Steve Lopez.

19                MR. MOORE:    Not responsive to the

20          question.

21                THE COURT:  I'll allow it.

22      Q      When you say you got out of the van -- let

23  me just go back for a second. The van that you were

24  describing, what color is the van?

25      A      Green.

10/13/8

NYCLD_023089

P-APP002266

T2-fr

344

REYNOLDS - PEOPLE - DIRECT - LEDERER

1

2      Q      Are there any windows in the back portion

3 of the van?

4      A      In the back two doors -- I'm sorry, there

5 are no windows in it.

6      Q      Are there any side panels?

7      A      I don't believe so.

8      Q      Does it have any insignia?

9      A      Yes, Parks Department emblem on the front.

10     Q      When the van pulled into the beginning of

11 102nd Street and Central Park West, you say you both

12 jumped out.  What exactly did you say?

13     A      We identified ourselves as police and we

14 told them not to run.

15     Q      What happened when you said, "Don't run?"

16     A      The group started to run.

17     Q      And what did you do when the group started

18 to run?

19     A      We got out of the van and we approached the

20 two defendants that had stayed on the corner.

21     Q      And you just named the names of those two

22 people.  Did you at the time that you stopped them

23 know their names?

24     A      Not at that time, no.

25     Q      What, if anything, happened when you

10/13/89

NYCLD_023090

P-APP002267

T2-fr

345

REYNOLDS — PEOPLE — DIRECT — LEDERER

1
2   stopped those two?

3       A    We placed them against the wall.

4               MR. MADDOX:   Objection, Judge.    He

5           didn't   stop   them.   They   were   already

6           stopped.

7               THE COURT:   Yes.   Objection sustained.

8       Q    What happened  when  you  approached  those

9   two?

10      A       We   placed   them   against   the  wall  and

11  searched them.

12      Q    Did you have your gun drawn   when  you  got

13  out of the van?

14      A    No.

15      Q       When you say you placed them against the

16  wall, what exactly did you do?

17      A    We gave them a pat down of their clothes  in

18  case they had weapons on them.

19      Q    Did you find any weapons?

20      A    No.

21      Q    What was the next thing that happened?

22      A      My   partner,  Police   Officer   Powers   and

23  Police Officer Flores chased the group.

24      Q      Did the two people that you placed against

25  the wall, Raymond Santana and Steve Lopez, did

10/13/89

T2-fr

REYNOLDS — PEOPLE — DIRECT — LEDERER

1

2  either of them say anything to you?

3      A     Yes.

4      Q     What, if anything, did they say to you?

5      A       Let's see.  Raymond Santana stated he had

6  just come from his  girlfriend's  house  and  didn't

7  state where or when.

8              MR. JOSEPH:  Objection.

9              THE  COURT:   Don't   tell   us what he

10             didn't said.  Just tell us what he did say.

11             THE WITNESS:  Steven Lopez  stated  he

12             just   came   from   the   movies   with   his

13             girlfriend  and  they  watched  the   movie

14             "Leviathan".

15     Q       Did either of them say anything about the

16  rest of the group?

17     A     They stated they weren't with the group and

18  Steven Lopez stated, I quote, "The group had  talked

19  shit about ripping them off."

20             MR. MADDOX:  I can't hear.

21             THE COURT:  Who said that?

22             THE WITNESS:  Steven Lopez.

23             THE COURT:  Stated what?

24             THE  WITNESS:   They were not with the

25             group and the group had talked -- I  quote,

10/13/89

NYCLD_023092

P-APP002269

T2-fr

347

REYNOLDS – PEOPLE – DIRECT – LEDERER

1      "Talked shit about ripping them off."

2    Q    When I asked you a moment ago did either of

3 those two people say anything with respect to the

4 rest of the group I believe your answer began, "They

5 said," could you tell us exactly what either one of

6 them said indicating by name what that person said?

7      MR. MOORE:    Objection.    Asked and

8      answered.

9      THE COURT: I'll allow it again.

10      THE WITNESS: They both stated that

11      they weren't with the group and they didn't

12      know any of the others that had run. They

13      stated that they were walking ahead of them

14      and --

15      MR. RIVERA: Objection, your Honor,

16      not responsive.

17      THE COURT: Yes, objection sustained.

18    Q    Can you tell us what Raymond Santana said

19 to you when he was stopped at 102nd Street and

20 Central Park West?

21    A    Raymond Santana said he wasn't with the

22 group and he had just come from his girlfriend's

23 house.

24    Q    What, if anything, did Steven Lopez say at

10/13/89

T2-fr

348

REYNOLDS - PEOPLE - DIRECT - LEDERER

1
2   that time?

3       A    He stated he also was not with  the  group,

4   that  he  had just come from his -- he had just come

5   from the movies with his girlfriend and they watched

6   the picture "Leviathan" and he also  stated,  and  I

7   quote, "Talked  shit  about  ripping off -- ripping

8   them off."

9       Q    Did  you  ask  either  Defendant  Lopez  or

10  Defendant Santana any questions?

11      A    No.

12      Q    When you saw this group, could you describe

13  how  the  group was in relation to the other members

14  of the group?

15      A    The two --

16              MR. BERMAN:  Object as to form.

17              THE COURT:  What is your question?

18      Q    When you saw the group walking  on  Central

19  Park  West,  would  you describe the relation of the

20  group with one to the other?

21      A    It was a  homogenized  group.   They  were

22  altogether  and  they  were  all walking northbound.

23  They were male Blacks, teenaged and Hispanics.

24      Q    When you saw the group on the west side  of

25  the  street, approximately how much of the block was

10/13/89

NYCLD_023094

P-APP002271

T2-fr

349

REYNOLDS — PEOPLE — DIRECT — LEDERER

1
2   taken up by the members of the group?

3       A     Maybe a quarter of the block.

4       Q         And    where    were    Defendant's    Lopez    and

5   Santana,  if you remember, in relation to the others

6   in the group?

7       A     They were in the group  because  the  group

8   was altogether.

9       Q     What, if anything, happened after Lopez and

10  Santana made those statements to you?

11      A         My partner, Police Officer Powers chased

12  the rest of the group with Police Officer Flores.

13      Q     Where did you see him go?

14      A     I saw him  running  southbound  on  Central

15  Park West and then west on 101st Street.

16      Q         Did you see where he went when he turned

17  onto that street?

18      A     When he turned west, I lost sight of him?

19      Q     Officer Reynolds -- I'm sorry --

20      A     And then I saw him again running back  east

21  and the group was ahead of him and they ran into the

22  park, and he ran into the park after them.

23      Q     Approximately how much time elapsed between

24  the time you saw him disappear from your sight going

25  down  the street until you saw the group coming back

10/13/89

NYCLD_023095

P-APP002272

T2-fr

350

REYNOLDS - PEOPLE - DIRECT - LEDERER

1

2  with him, chasing?

3      A     Just seconds.

4      Q     Did you then see Officer Powers -- go  into

5  the park?

6      A       Yes, I saw him run and jump over the wall

7  into the park after the defendants.

8             MR. MADDOX:  Objection to "after  the

9         defendants."

10            THE   COURT:   Yes, Objection sustained

11        as to "after the defendants."

12     Q     Did you see how many people were running in

13 front of Officer Powers?

14     A     It looked to be about ten.

15     Q     And you said that they entered the park, do

16 you know where it was that they entered the park?

17     A     It was over the wall and at  Central  Park

18 West and 101st Street, between 101st and 100.

19     Q       And is that where you saw Officer Powers

20 enter the park?

21     A     Yes.

22     Q     Let me just stop you for  a  moment.   The

23 area  on Central Park West, near 101st and 102nd, to

24 your knowledge are there any movie theaters in  that

25 area?

10/13/89

NYCLD_023096

P-APP002273

T2-fr

351

REYNOLDS — PEOPLE — DIRECT — LEDERER

1

2    A    No, there isn't.

3    Q       Are there any community centers in that

4  area?

5    A    No.

6             MR. MADDOX:   Judge, may I  ask  if  he

7         could repeat the question and answer?

8             THE   COURT:    Read   the  question and

9         answer back, please.

10            (Reporter complies)

11   Q    Are there any stores on Central  Park  West

12  in that area?

13   A       No.  There's just a grocery store further

14  down, but it's very small north of where they were.

15   Q    After you lost sight of Officer Powers when

16  he went into the park, what was the next thing  that

17  happened?

18   A     I stood on the corner with Raymond Santana

19  and Steven Lopez.

20   Q    Did you handcuff them?

21   A    No.

22   Q    And where was the van?

23   A    The van was right where we left it on 102nd

24  Street and Central Park West.

25   Q    Did either of them say anything further  to

10/13/89

T2-fr

352

REYNOLDS — PEOPLE — DIRECT — LEDERER

1

2    you?

3        A       They just kept stating that they were not

4    with the rest of them.

5        Q       When you say they kept saying that, who

6    kept saying that?

7        A       Steve Lopez and Raymond Santana.

8        Q       And did you ask them any questions?

9        A       No.

10       Q       Did you have your radio with you?

11       A       Yes, I did.

12       Q       Did you hear communications coming over the

13   radio?

14       A       Yes.

15       Q        Did there come a time when someone came to

16   where you were with Santana and Lopez?

17       A       Yes.

18       Q       Approximately what time was that?

19               THE WITNESS:  May I look at  my  notes

20           to refresh my memory?

21               THE COURT:  If you have to.

22               (Witness peruses notes)

23       A       It was approximately a quarter to eleven.

24               THE COURT:  And what happened at about

25           a quarter to eleven?

10/13/89

NYCLD_023098

P-APP002275

T3—1f

353

REYNOLDS — PEOPLE — DIRECT — LEDERER

1              THE   WITNESS:   Sergeant   Wheeler and

2              Police Officer Morales   pulled   over   after

3              the   call over the radio for a unit to pick

4              up the two.

5    Q     What happened when they responded?

6    A     They responded over and we placed them into

the car.

7    Q     Placed whom in the car?

8    A     Steven Lopez and Raymond Santana.

9    Q     And what did you do at that point?

10    A     I went with Police Officer Powers into   the

van,   and   we   drove   back to 100 Street and Central

Park West to confer with our sergeant.

11    Q     When Raymond Santana and Steve   Lopez   were

put   in the car with the sergeant, did you see where

they went?

12    A     They went to 100 Street   and   Central   Park

West.

13    Q     And   when you arrived at 100 Street and

Central Park West, were Raymond   Santana   and   Steve

Lopez there?

14    A     Yes.

15    Q     Were they in the car or outside of the car?

16    A     They were in the car.

10/13/89

NYCLD_023099

P-APP002276

T3-1f

354

REYNOLDS — PEOPLE — DIRECT — LEDERER

1
2   Q        And at what corner of that intersection
3   were you at?
4   A     The northeast corner.
5   Q     When you arrived at that location, who  did
6   you arrive with?
7   A     Police Officer Powers.
8   Q     And who was already at that location?
9   A       Sergeant Lyle and Police Officer Hennigan
10  and the other officers.
11  Q     And did you see anybody  in  custody  other
12  than Raymond Santana and Steve Lopez?
13  A     Yes.
14  Q     Who did you see at that time?
15  A       I saw Kevin Richardson, Lamont McCall and
16  Clarence Thomas.
17  Q     Where did you see them?
18  A     In the back of the radio car.
19  Q     Were all three in the same radio car?
20  A     I believe so.  I'm not sure.
21  Q     Was there a discussion at  100  Street  and
22  Central Park West?
23  A     Yes, there was.
24  Q     And what was the nature of the conversation
25  had there?

10/13/89

NYCLD_023100

P-APP002277

T3-1f

355

REYNOLDS — PEOPLE — DIRECT — LEDERER

1

2    A     I discussed with our sergeant -- I was told
3  that three of the defendants had made statements.
4                MR. MOORE:   Objection.
5                THE COURT:   I will allow it.
6    A          I    was    told   three defendants had made
7  statements placing themselves at the attack  of  Mr.
8  Loughlin at 96th Street.
9    Q     Who told you that?
10   A         I was told that by Police Officer Powers
11 and Sergeant Lyle.
12   Q     And at that time was there a discussion  at
13 100 Street and Central Park West?
14   A     Yes.
15   Q     Was there a discussion about doing a show-
16 up?
17   A     Yes.
18   Q     And  was  a  show-up  conducted  with  John
19 Loughlin at that time?
20   A     No.
21   Q         How long did you stay at 100 Street and
22 Central Park West?
23   A     I'd say about  ten  minutes;  ten,  fifteen
24 minutes.
25   Q     During that time were you out of the van or

10/13/89

NYCLD_023101

P-APP002278

T3-1f

356

REYNOLDS — PEOPLE — DIRECT — LEDERER

1

2    were you in the van?

3        A     I was out of the van.

4        Q         And  at any time while you were at that

5    location, were you in a car with any of  the  people

6    that had been taken into custody?

7        A     No, I wasn't.

8        Q     What was the next thing that happened?

9        A     We drove to the Central Park Precinct.

10       Q     When you say "we drove" how did you get to

11    the Central Park Precinct?

12       A     I  went  in  the  green  Parks  Department

13    vehicle.

14       Q     Did anyone ride with you?

15       A     Yes, Police Officer Powers.

16       Q     Did you see where Raymond Santana and Steve

17    Lopez  were  at  the  time you left 100th Street and

18    Central Park West?

19       A     They were in the radio car, I believe, with

20    Sergeant Wheeler.

21       Q     And the other three people  you  mentioned,

22    where were they?

23       A         I believe they were with another set of

24    officers.  I don't recall specifically who it was.

25       Q     Were any of those five people taken out  of

10/13/89

T3-1f

357

REYNOLDS - PEOPLE - DIRECT - LEDERER

1

2   the car at 100 Street and Central Park West?

3   A    I don't believe so, no.

4   Q    How long did it take you to get from 100th

5   Street and Central Park West to the Central Park

6   Precinct?

7   A    I'd say about five minutes.

8   Q    And what did you see -- withdrawn.

9        What time was it that you arrived at the

10  Central Park Precinct?

11  A    It was approximately 12:00.

12  Q    I'm sorry.

13  A    Approximately 12 midnight.

14  Q    Are you sure it was midnight when you

15  arrived?

16            (Whereupon all Defense Counsel made an

17            objection to the question by the District

18            Attorney.)

19            THE   COURT:     The   objection   is

20            sustained.

21  Q    What did you do when you arrived at the

22  Central Park Precinct?

23  A    We brought the defendants in front of the

24  desk.

25  Q    And what time did you bring the defendants

10/13/89

NYCLD_023103

P-APP002280

T3-1f

358

REYNOLDS — PEOPLE — DIRECT — LEDERER

1
2  before the desk?

3       A    I believe -- may I refresh my  memory  with
4  my notes?

5              THE COURT:  If you have to.

6              MR. MADDOX:  When he says "defendants"
7          could he refer to who he was talking about?
8          Some are not defendants.

9              THE COURT:  Okay.

10             If  you  can, give us the names of the
11         people you are talking about.

12             THE WITNESS:  All right.

13      A    That was about six minutes after eleven.

14      Q    And what happened six minutes after eleven?

15      A    They were brought to the station house.

16             THE COURT:  They being?

17             THE WITNESS:   Clarence Thomas, Lamont
18         McCall, Kevin Richardson, Steven Lopez, and
19         Raymond Santana.

20      Q    Were they at the stationhouse when you
21  arrived,  or  did  they arrive when you were already
22  there?

23      A    I think we got there around the same  time.
24  I don't recall exactly who got there first.  It was
25  very close in time, though.

10/13/89

NYCLD_023104

P-APP002281

T3-1f

359

REYNOLDS - PEOPLE - DIRECT - LEDERER

1

2    Q    And what happened in front -- what did you

3    do when you went in front of the desk?

4    A    What I did was gave their names, addresses

5    and ages to the desk officer so he could enter it

6    into the blotter.

7    Q    Did you have a conversation with anyone

8    when you arrived at the Central Park Precinct?

9    A    Yes, I did.

10   Q    Who did you have a conversation with?

11   A    I had a conversation with one of the

12   detectives; two of them.

13   Q    To whom did you speak?

14   A    Detective Nugent and Detective Gonzalez.

15   Q    What did you say to them and what did they

16   say to you?

17   A    I stated what happened; that I arrested

18   five youths for assaulting a jogger in the Park.

19   And that was pretty much it. We returned them to

20   the Youth Room.

21   Q    How long were they before the desk?

22   A    I'd say about ten minutes.

23   Q    Was anyone with you and with them before

24   the desk sergeant?

25   A    Yes.

10/13/89

T3-1f

360

REYNOLDS - PEOPLE - DIRECT - LEDERER

1

2    Q     Who was that?

3    A        My  partner  was  there,  Police  Officer

4    Powers;  Police  Officer Hennigan, Sergeant Lyle and

5    the detectives might have come out also.

6    Q     After you were before the desk  with  those

7    five people that you have named, where did you go?

8    A        We took them, I believe, we took them to

9    the juvenile room.

10    Q     Officer Reynolds, if you would, please look

11    at what has been received in evidence as People's 1.

12    Do you recognize what that is?

13    A     Yes.

14    Q     What do you recognize that to be?

15    A     It is a layout of part of the Central  Park

16    Precinct.

17    Q        What part of the precinct is depicted in

18    that diagram?

19    A     One is the Community  Affairs  office,  and

20    the other is our muster room.

21    Q     And where is the Youth Room in People's 1?

22    A     Do you want me to point it out?

23    Q     If you would, please.

24         MR. BERMAN:  The testimony was it was

25         the Juvenile Room.

10/13/89

```
1                    T-1   Reynolds-Ppl-direct                   798

2    dome light?

3         A     On any of the police cars?

4         Q     Yes.

5         A     Not that I recall, no.

6         Q     And while you were driving around, did you hear yet

7    another radio communication?

8         A     Yes.

9         Q     And what was that communicate?

10        A     That was from one of the auxiliary police, he had

11   found a male jogger that was --

12               MR.  JOSEPH:  Objection, Judge.

13               THE COURT:  I'll allow it.

14        A     He had found a male jogger that was severely beaten

15   on the, around 96th Street and the West Drive.

16        Q     Did you hear any further information with respect

17   to the assault on that male jogger?

18        A     Yes, another police officer--

19               MR.  JOSEPH:  Objection.

20               THE COURT:  Yes, just a minute.  Come up for a

21          minute.

22               Step down for a second.

23               (At side bar.)

24               THE COURT:  Okay.

25               MR.  JOSEPH:  The basis of my objection is


                         H. C. Davis
```

1        T-1    Reynolds-Ppl-direct                    799

2   it's hearsay.

3        THE COURT:  Yeah, except all this stuff was

4   brought out throughout the other witnesses by

5   defense counsel.

6        MR.  JOSEPH:  It just seems that we don't, I

7   don't know that it was brought out through defense

8   counsel.

9        THE COURT:  It was brought out, all of the

10  radio run communications were brought out through

11  defense counsel's cross-examination of other

12  witnesses.

13       MR.  JOSEPH:  But as to this witness, I think

14  the questions call for hearsay testimony, and I'm

15  noting my objection, number one.

16       Number two, it seems to me just to be, to

17  serve no purpose than bring to bring it out

18  through this witness.

19       THE COURT:  what are you asking now?  He got a

20  communication it was a male jogger beaten?

21       MS.  LEDERER:  And the description that came

22  over the air of, that male blacks that fled

23  northbound from that scene.

24       The, this information is particularly relevant

25  in light of the opening given by Mr. Rivera who


                    H.  C.  Davis


NYCLD_023502

P-APP002285

1       T-1   Reynolds-Ppl-direct         800

2   argued that Santana was arrested for no reason.

3   And I think the state of mind of the officers is

4   relevant to why that group of people were stopped.

5      And we had this conversation about whether the

6   hearsay would be admissible just immediately

7   before starting testimony in this case.  The Court

8   indicated that it would rule as it came up.  We

9   did not elicit from officer Alvarez, and it was

10  brought out by every defense attorney throughout

11  cross of that officer.

12     THE COURT:  I don't know if I said I would

13  allow hearsay to come in.

14     MS.  LEDERER:  I said you didn't rule at that

15  time, but after we had that conversation, and even

16  the defense had been alerted to it, they all

17  brought out what the radio runs had been.

18     THE COURT:  Yes.

19     MS.  LEDERER:  This officer that made the

20  actual stop.  His state of mind is key, specially

21  since it's an issue raised by Mr. Rivera.

22     THE COURT:  Have you people finished?

23     MS.  LEDERER:  Yes.

24     THE COURT:  Normally I would not permit the

25  District Attorney to bring out any of this

                  H. C. Davis

NYCLD_023503

P-APP002286

1              T-1    Reynolds-Ppl-direct                    301

2    information, other than the fact they had received

3    a radio communication, radio transmission and

4    responded to, and where he responded to.   However,

5    all of this material that has been gone into by

6    the defense on cross examination of earlier

7    witnesses, so it seems to me inappropriate to at

8    this point foreclose this witness from testifying.

9    So, for that reason I'm going to allow it.   Okay.

10        MR.   JOSEPH:   Judge, I know appellate courts

11   don't generally look favorably on continuing

12   objections, I don't know if your Honor wishes to

13   object to each question.

14        THE COURT:   I will assume, if you want that as

15   to other radio transmissions, the District

16   Attorney may bring out.   You make a continuing

17   objection.

18        MR.   JOSEPH:   Okay.

19        THE COURT:   For the same reason I indicated I

20   will rule the same way.   I would have, initially

21   had the District Attorney tried to bring that

22   stuff out on her direct examination of any

23   witness, absent cross-examination, the bringing

24   out of that very same material, I would sustain

25   the objection, but that's not the situation.   So,


                    H. C. Davis


NYCLD_023504

P-APP002287

T-1    Reynolds-Ppl-direct                    802

1    I will allow it.

2         MR.   JOSEPH:  Our objection is preserved as to

3    all of this testimony to come?

4         THE COURT:  If you're going to object to each

5    radio transmission content, yes.

6         MR.  JOSEPH:  Right.  Correct.

7         MR.  BURNS:  I'm sorry, I make the same

8    objection, the objection is on direct examination

9    when it's brought out.

10        THE COURT:  Okay.

11        MR.  BURNS:  In other words, she's calling a

12   witness and the witness is testifying in the first

13   instance on direct examination, and the District

14   Attorney is being permitted to introduce hearsay

15   on the basis of the fact, I object to that, and I

16   also have a continuing objection.

17        THE COURT:  For the same reasons, I will allow

18   it.

19        MR.  BURNS:  Okay.

20        (In the presence of the jury.)

21   Q    The radio transmission that you described receiving

22   from the auxiliary police, would you tell us what the

23   content of that transmission were.

24   A    That he had found a male jogger that was beaten,

25                        H. C. Davis

1                    T-1   Reynolds-Ppl-direct                    803

2   had been beaten up and was bleeding and needed an ambulance.

3        Q    Was there any information given as, concerning the

4   person or persons who were responsible for that assault?

5        A    Yes, there was.

6        Q    And what was that information?

7        A    That they were male blacks.

8        Q    And was any information given about where those

9   people went after they attacked the male jogger?

10       A    That they had fled west from 96th Street.

11       Q    What did you do after you heard that report?

12       A    I started to, we started to head in that direction

13   and made our way out of the park at 100th Street and Central

14   Park West.

15       Q    When you say you exited the park, would you please

16   step down and approach People's 2 in evidence and show the

17   members of the jury the route that you took and where you

18   exited the park.

19       A    We went across the cross drive here at 102nd Street

20   and, going west and then south on the, on the South Drive.

21       Q    Excuse me, your finger is next a legend there, when

22   you say you were going south, what roadway were you

23   traveling on?

24       A    On the West Drive.  And then we went west on 100th

25   Street which took us to 100th Street and Central Park West.


                           H. C. Davis

NYCLD_023506

P-APP002289

T-1   Reynolds-Ppl-direct                    804

Q     Approximately what time was it as you were exiting the park?

A     That was approximately ten to.

Q     What if anything did you see when you were at 100th Street an Central Park West?

A     We saw a large group between 101st Street and 102nd Street in Central Park West, walking northbound.

        MS.   LEDERER:  The record should reflect the
        witness is pointing to the right side of the
        street.

Q     What side of the street did you see them on?

A     I saw them on the west side of the street.

Q     You may resume the witness stand.

      Would you describe the group you saw as you were leaving Central Park on that night.

A     It was a large group of teenagers, Black and Hispanic, and they were walking together as a group, northbound.

Q     How many people did you see in that group?

A     Anywhere from ten to twenty.

Q     And what were they doing when you saw them?

A     They were walking northbound.

Q     Did you observe any interaction between the people who comprised that group?


                    H. C. Davis

NYCLD_023507

P-APP002290

1

2       A    Well, they were walking as a group, they were

3  talking.  And as we, as we rode alongside of them, what the

4  group did was they stopped and started pointing at our van.

5       Q    Let me go back for a moment.  When you described

6  the group and you referred, you described they were walking

7  northbound on the block on Central Park West between 101st

8  and 102nd, how close together were the members of this

9  group?

10      A    They were altogether like a pack.

11                MR. JOSEPH:  Objection.

12                THE COURT:  I'll allow it.

13      Q    What direction did you turn on to Central Park

14  West?

15      A    We turned north.  Northbound.

16      Q    And what if anything happened as you were driving

17  northbound?

18      A    Well, as we started to approach them, I was going

19  to call on the radio to have other cars come so we could

20  sort of box them in, but the group stopped and they took, at

21  least what I thought was notice of us.

22                MR. BURNS:  Objection.

23                MR. JOSEPH:  Objection.

24                THE COURT:  Don't tell us what you thought

25           they thought, just tell us what you observed.


                          H. C. Davis


NYCLD_023508

P-APP002291

T-1   Reynolds-Ppl-direct                    806

2      MR. BURNS: Will that be stricken, your

3      Honor?

4           THE COURT: Yes.

5           MS. LEDERER: Your Honor, if we could. Is

6      the hole answer stricken?

7           THE COURT: Just the portion where you're

8      telling us what you thought they thought. We don't

9      want you to five us their thought process, give us

10     your thought process and your observations. Okay?

11          THE WITNESS: Okay.

12  Q    What if anything did you see the members of that

13  group do as you drove northbound?

14  A    I saw them stop and what they did was they started

15  to point to us and I had thought that they recognized us.

16          MR. BURNS: Objection.

17          MR. JOSEPH: Objection.

18          THE COURT: That's what he thought, that was

19     going through his mind.

20          MR. JOSEPH: I would object to that, even if

21     it was going through his mind. No, I will allow

22     it, that's his thought process, I will allow that.

23          Go ahead.

24  Q    Did you see whether there was anybody near the

25  police, the Parks Department van that you were driving at

                        H. C. Davis

1
2    that time?

3         A    Yes.

4         Q    All right.  Would you describe who you saw near the

5    van and how you became aware of that person's presence.

6         A    I saw police officer Flores and she was driving,

7    she was in uniform driving a Mark three wheel scooter.

8         Q    Where was it you saw her?

9         A    She had pulled up right alongside of us on my

10   righthandside and we were between her and the group.

11        Q    Prior to seeing officer Flores at the sight you

12   just described, had you seen her earlier in the evening?

13        A    Yes.

14        Q    And where had you seen her earlier in the evening?

15        A    I saw her driving around, also looking for the,

16   canvassing for the group.

17        Q    When did you first become aware of her as you were

18   driving north on Central Park West?

19        A    Right after the group stopped and started pointing.

20        Q    And at that point when you became aware of officer

21   Flores' presence, where did you see her?

22        A    She was on my righthandside, she had pulled up

23   alongside of us, that's when we realized that--

24             MR.  JOSEPH:  Objection.

25        A    That's when I realized they were going to run.


                         H. C. Davis

```
 1                    T-1   Reynolds-Ppl-direct                808

 2              MR.   JOSEPH:  Objection.

 3              THE COURT:  That's his thought process, that's

 4         what he was thinking when he saw her pull up

 5         alongside.  I'll allow it.

 6    Q    What if anything did you and officer Powers do when

 7    you became aware that officer Flores was on your right?

 8    A    Well then we, I realized they were going to run

 9    from us because.

10              MR.   RIVERA:  Objection.

11              THE COURT:  No, overruled.

12              Go ahead.

13    A    Because they'd stopped and started to point at the

14    van, at least I thought they were pointing at the van, they

15    were really pointing at her and thought she--

16              MR.   JOSEPH:  Objection.

17              THE COURT:  Don't tell us what they thought.

18         You tell us what you thought.

19              THE WITNESS:  Okay.

20    Q    What if anything did you and officer Powers do at

21    that point?

22    A    We took the van and cut them off at 102nd Street.

23    Q    Would you step down again and approach People's 2

24    in evidence and show the members of the jury where you and

25    officer Powers went with the van and describe the position
```

                              H. C. Davis

P-APP002294

1

2      of the van in relation to Central Park West.

3           A    Okay.   We had, at 102nd Street we pulled in

4      perpendicular to Central Park West into the crosswalk with

5      the van sitting in traffic.

6           Q    Was the van pulled into 102nd Street?

7           A    No.   It was on Central Park West.

8           Q    And what happened when you pulled the van into that

9      location?

10          A    We got out of the van, identified ourselves and

11     told them not to run.

12          Q    Why don't you resume the witness stand.

13               From the position that you've just described that

14     the Parks Department van was in, which of you were closer to

15     the group?

16          A    Police officer Powers.

17          Q    And when the van was pulled in that postion, what

18     if anything did you do?

19          A    I got out of the van, he got out of the van and

20     again we identified ourselves and told them not to run.

21          Q    When you got out of the van, did you go around the

22     front or the back of the van?

23          A    I went around the front.

24          Q    And whether you went around the front, how close

25     were the members of the group to you at that time?

                              H. C. Davis

P-APP002295

```
 1                T-1    Reynolds-Ppl-direct                   210
 2      A    I'd say about a car length or two.
 3      Q    And what if anything did the members of the group
 4 do when you said what you just described?
 5      A    They ran.
 6      Q    And did any members of the group not run?
 7      A    Yes.
 8      Q    And who, would you describe what happened with
 9 respect to people who did not run.
10      A    Well, they didn't run, I, we told them to get
11 against the wall, gave them a quick, you know, frisk in case
12 they had any kind of weapons.
13      Q    How many people did not run when you identified
14 yourselves?
15      A    Two.
16      Q    And where were those people in relation to the
17 group?
18      A    They were with the group, they were right in the
19 front.
20      Q    And how close were you to them at the time --
21           MS.  LEDERER:  Withdrawn.
22      Q    How close were the others in the group to you in
23 relation to where these in the group were?
24      A    Excuse me, I'm sorry?
25      Q    You indicated that there were people in the group
```

H. C. Davis

NYCLD_023513

P-APP002296

```
 1              T-1   Reynolds-Ppl-direct                811
 2   that didn't run, how many didn't run?
 3        A    Two.
 4        Q    And where were those people in relation to the
 5   other members of the group that didn't run?
 6        A    They were with the group, but they were right at
 7   the front of the pack.
 8        Q    Did you later learn the names of those two people?
 9        A    Yes.
10        Q    And what were their names?
11        A    Steve Lopez and Raymond Santana.
12        Q    What did you do with respect to those people?
13        A    We took them, placed them against the wall and
14   patted them down real quick.
15        Q    When you say you took them, do you know which
16   person you took?
17        A    No, I don't recall.
18        Q    And would you describe how you, what you mean when
19   you say took them.
20        A    I grabbed him by his arm.
21        Q    And you indicated you put him against the wall?
22        A    Yes.
23        Q    Was his face to the wall or face to you?
24        A    Face to the wall.
25        Q    And what did you do at that point?


                         H. C. Davis
```

P-APP002297

```
1                    T-1    Reynolds-Ppl-direct                    812
2         A    I patted his outside clothing down to make sure he
3    had, you know, didn't have a knife or a gun or anything.
4         Q    Did you find any kind of a weapon?
5         A    No.
6         Q    Okay.  Where was officer Powers while you were
7    doing this?
8         A    He was standing right alongside me.
9         Q    And what was he doing?
10        A    He was doing the same with the other person he had.
11        Q    Do you know which person you had taken hold of?
12        A    No, I don't recall.
13        Q    And do you know the name of the person officer
14   Powers had taken hold of?
15        A    No.
16        Q    Other than those two people, where did everybody
17   else in that group go?
18        A    The group ran south on Central Park West towards
19   101st Street and then at 101st Street they ran west.
20        Q    After you had frisked the person you had against
21   the wall, what did you do with him?
22        A    I stood there were them and while officer Powers
23   chased the rest of the group along with officer Flores.
24        Q    At the time that you and officer Powers stopped
25   Steve Lopez and Raymond Santana, did Raymond Santana make
```

H. C. Davis

NYCLD_023515

P-APP002298

1          T-1    Reynolds-Ppl-direct                813

2    any statement to you?

3          A    Yes, he did.

4          Q    And would you tell us please what he said to you.

5          A    He stated that he had just come from a girlfriend's

6    house and that he didn't know the group and that they were

7    about to rip them off.

8          Q    How long did you say, excuse me, how long did

9    officer Powers stay at that location with you after you had

10   taken these two individuals and put them against the wall?

11         A    Just long enough to pat down the person that he was

12   holding.

13         Q    And where did he go after that?

14         A    He ran after the group.

15         Q    Did you handcuff either of those two people at that

16   time?

17         A    No.

18         Q    Did you see where officer Flores went?

19         A    Officer Flores was also in pursuit of the group.

20         Q    And was she doing that on foot or on the scooter?

21         A    In the scooter.

22         Q    Where did you see her go?

23         A    I saw her in the street go south on Central Park

24   West and then west on 101st Street.

25         Q    Did you see either officer Powers or officer Flores


                         H. C. Davis

P-APP002299

```
1                 T-1   Reynolds-Ppl-direct                314
2    again after you saw them run west on 101st Street?
3         A    Yes.
4         Q    And would you please tell us where you saw them.
5         A    They had run east on 101st Street, doubling back,
6    you know, for the kids that had run back the other way.
7         Q    And did you see them come back to 101st Street and
8    Central Park West?
9         A    Yes.
10        Q    Did you see any members of the group at that time?
11        A    Yes.
12        Q    And approximately how many members of the group did
13   you see?
14        A    It was about six or seven of them.
15        Q    What did you see them doing?
16        A    They ran across Central Park West and when they got
17   to the wall, they jumped over the wall, into the park.
18        Q    And what if anything did you see officer Powers do.
19        A    I saw him also run cross Central Park West and he
20   jumped over the wall.
21        Q    And what did you see officer Flores do?
22        A    I believe she drove her scooter around and went
23   through the, went through the 100th Street entrance.
24        Q    What did you do during this time?
25        A    During this time I stood there with the, with Lopez
```

H. C. Davis

NYCLD_023517

P-APP002300

1

2  and Santana and I put over the air, I called for assistance

3  for other units to come and help out officer Powers with

4  the, with the perps he was chasing.

5       Q    Officer Reynolds, I ask you to look around the

6  courtroom today, do you see Raymond Santana in court today?

7       A    Yes.

8       Q    And would you please point him out.

9       A    He's sitting right there with, I believe it's a

10  blue tie, white shirt and glasses.

11            MS. LEDERER:  The record should reflect the

12            witness has identified Raymond Santana.

13       Q    Approximately how long did you stay at that sight

14  with Steve Lopez and raped Santana?

15       A    I'd say about fifteen, twenty minutes.

16       Q    Did there come a time where a police car came to

17  the location where you were?

18       A    Yes.

19       Q    And who was in that car?

20       A    That was Sgt. Wheeler and another police officer, I

21  don't recall his name now.

22       Q    What happened --

23       A    Officer Morales.

24       Q    What happened when that police car arrived?

25       A    They, when they got there, then they were placed, I

H. C. Davis

P-APP002301

1                     T-1    Reynolds-Ppl-direct                    816

2    placed the handcuffs on them and put them in the back of the

3    car.

4         Q    And what did you do after they were placed in the

5    radio car?

6         A    I had waited for officer Powers to come back with

7    the keys for the van so we could drive back to 100th Street

8    and Central Park West.

9         Q    Did officer Powers come back on the location where

10   you were?

11        A    Yes.

12        Q    Approximately how much time went by to the time

13   Stephen Lopez an Raymond Santana were taken in the police

14   car, how much time went by from the time those two were

15   taken in the police car until officer Powers came back.

16        A    I'd say about five minutes.

17        Q    And after officer Powers came back, what if

18   anything did you do?

19        A    We drove back to 100th Street and Central Park

20   West, inside of the park.

21        Q    Who did you see when you got to 100th Street and

22   Central Park West?

23        A    I saw my supervisor, Sgt. Lale and the other

24   officers that were involved in the pursuit.

25        Q    And did you see Raymond Santana or Steve Lopez at

                         H. C. Davis

NYCLD_023519

P-APP002302

T-1   Reynolds-Ppl-direct                           817

1    that location?

2    A    Yes.

3    Q    Without us where you saw them?

4    A    I saw them in the back of Sgt. Wheeler's car.

5                MS.   LEDERER:  With the Court's permission.

6    Q    If you would step down People's 2 in evidence and

7    show the members of the jury the location where you went

8    after officer Powers came back with the keys to the van.

9    A    We went right here, 100th Street and Central Park

10   West, inside the park.

11   Q    Okay, thank you.  You may resume the witness stand.

12                Other than your supervisor and Raymond Santana and

13   Steve Lopez and yourself an officer Powers, who else did you

14   see at that location?

15   A    I saw the defendants.

16                MR.   RIVERA:  Objection.

17                THE COURT:  Objection sustained.

18   Q    Could you tell us by name who you saw at that

19   location.

20                MR.   JOSEPH:  Objection.

21                THE COURT:  No, I'll allow it.

22   A    Clarance Thomas, Lamont Mc Call, Kevin Richardson,

23   and Stephen Lopez and Raymond Santana.

24   Q    How long did you stay at that location?

25

                              H.  C.  Davis

NYCLD_023520

P-APP002303

1               T-1    Reynolds-Ppl-direct                818

2        A    I'd say about ten, fifteen minutes.

3        Q    Add during that time did you have any conference or

4   discussion with your sergeant and other police officers?

5        A    Yes.

6        Q    What did you say during that discussion with the

7   sergeant and the other police officers?

8                    MR.   JOSEPH:  Objection.

9                    THE COURT:  Come up for a minuted, please.

10                   Step down, please.

11                   (At side bar.)

12                   THE COURT:  What is he going to say?

13                   MS.   LEDERER:  All he's going to say, there

14               was a discussion whether had heed do a showup with

15               John Loughlin, and it was decided not to do it.

16                   THE COURT:  Oaky, I'll allow that.

17                   MS. JOSEPH:  That's over objection.

18                   THE COURT:  Yes.

19                   MR.   JOSEPH:  What's the relevance that it was

20               decided not to do it?

21                   MR.   BURNS:  That's my point.

22                   THE COURT:  We'll find it out shortly.

23                   MS.   LEDERER:  It explains why they went

24               there, what they did with him.  And it explains

25               what the police procedure is at the stationhouse.


                         H.  C.  Davis

NYCLD_023521

P-APP002304

T-1   Reynolds-Ppl-direct                                819

MR.   JOSEPH:  My objection is not just
relevance, it seems again we're getting into
hearsay, which clearly the door has not been
opened up to.  It was decided not to do a lineup,
with John Loughlin.

THE COURT:  A show up.

MR.   JOSEPH:  A show up with John Loughlin,
that too is a determination made by more than one
individual which was at least implicitly, if not
explicitly calls for a statement as to what was
discussed by other officers.

THE COURT:  I'll allow it.  Overruled.

(In the presence of the jury.)

Q    Was there a discussion had at that location among
the police officers?

A    Yes.

Q    And what was the nature of that discussion?

MR.   JOSEPH:  Objection.

THE COURT:  I'll allow it.

A    It was regarding the arrest of the defendants.

Q    Was there any discussion about what, whether there
would be any kind of show up?

MR.   RIVERA:  Objection.

THE COURT:  I'll allow it.

H. C. Davis

NYCLD_023522

P-APP002305

T-1   Reynolds-Ppl-direct                      820

1

2      A    Yes.

3      Q    And what was the nature of that discussion?

4      A    We had wanted to get the--

5           MR. JOSEPH:  Objection, Judge, as to what

6           they wanted to.

7           THE COURT:  Yeah, just tell us what were you

8           going to do about a show up.

9      A    We were going to have a show up with the

10   complainant, John Loughlin, and we had to ascertain if he

11   could identify the people that assaulted him at that time.

12     Q    Was a show up done with John Louhglin?

13     A    No.

14     Q    At that time did you know the name John Loughlin?

15          MR. JOSEPH:  Objection.

16          THE COURT:  I'll let him answer.

17     A    No.

18     Q    Did there come a time where you left the location

19   at 100th Street and Central Park West, inside the park?

20     A    Yes.

21     Q    And where did you go at that time?

22     A    We went back to Central Park Precinct.

23     Q    How did you get from that location to the Central

24   Park Precinct?

25     A    In the green Parks Department van.


                              H. C. Davis

T-1   Reynolds-Ppl-direct                      821

1

2   Q   Who did you travel with.

3   A   Police officer Powers.

4   Q   And did you have any of the people who had been

5   apprehended in the van with you?

6   A   No.

7   Q   And do you know how Raymond Santana was transported

8   to the Central Park Precinct.

9   A   He was transported I believe with the Sergeant,

10  Sgt. Wheeler.

11  Q   How long did it take to get from that location to

12  the Central Park Precinct?

13  A   About five minutes.

14  Q   And what happened when you arrived at the precinct?

15  A   We went before the desk with the, with five

16  defendants.

17  Q   When you arrived at the precinct, did you arrive

18  there first or did the People taken into custody get there

19  before you?

20  A   I believe we arrived at about, just about the the

21  same time.

22  Q   And you described of went before the desk, would

23  you explain for the members of the jury what that means.

24  A   We go before the desk to make a record of the fact

25  that I had made an arrest and who the people were that were

H. C. Davis

```
 1              T-1   Reynolds-Ppl-direct                822

 2   arrested, and you know, their names, addresses and what they

 3   were being arrested for.

 4        Q    Did you take all five of the people who had been

 5   taken into custody before the desk?

 6        A    Yes.

 7        Q    And do you know the names and the physical

 8   descriptions of each of the people that you took into

 9   custody that night?

10        A    Yes.

11        Q    Would you please give the name of each person taken

12   into custody, a physical description of that person and

13   indicate their age.

14        A    Okay.  I'll just quickly look at my notes.

15              THE COURT:  If you have to.

16        A    Let me see, there was Raymond Santana, who was, who

17   is fourteen, and he was in apparently normal condition.

18              MR.  RIVERA:  Objection.

19        Q    What was his race?

20              THE COURT:  Don't tell us about normal

21              condition, just give us the name, description of

22              what they --

23              Are you asking for description of their--

24              MS.  LEDERER:  Physical appearance.

25              MR.  RIVERA:  Objection.


                          H. C. Davis
```

P-APP002308

```
1                    T-1   Reynolds-Ppl-direct               823
2      Q    Did you learn the race of Raymond--
3              MR.  BURNS:  Did you rule on the objection?
4              THE COURT:  Just a minute, I'm trying to
5      clarify the question.
6              MS.  LEDERER:  I withdraw the prior question.
7              THE COURT:  They're withdrawing.
8              MR.  JOSEPH:  She's withdrawing?  Oh.
9      Q    Officer, did you learn the race of Raymond Santana?
10     A    Yes.
11     Q    And what race was he?
12     A    He was a male Hispanic.
13     Q    And did you learn his address at the time he was
14     taken into custody.
15     A    Yes.
16     Q    What was the address?
17             MR.  RIVERA:  Objection.
18             THE COURT:  I'll allow it..
19     A    It was
20     Q    And with respect to the others who were taken into
21     custody at that time?
22     A    Yes.
23     Q    Did you learn Kevin Richardson's age?
24     A    Yes, he was fourteen.
25     Q    And what was his, what was his racial make up?


                              N. C. Davis
```

NYCLD_023526

P-APP002309

```
1                    T-1   Reynolds-Ppl-direct              824

2        A    He was Black.

3        Q    And what was his address?

4        A

5        Q    Did you learn the age of Clarance Thomas?

6        A    Yes, he was 14.

7        Q    And did you learn his address?

8        A    That was

9        Q    And what was his race.

10       A    He was a male black also.

11       Q    With respect to Lamont Mc Call, did you learn his

12   age?

13       A    Yes.  He was thirteen years old.  He was a male

14   black and he lived at

15       Q    And with respect to Steven Lopez?

16       A    He was fifteen, he was a male Hispanic and he lived

17   at

18       Q    At the time that these five people were taken

19   before the desk, were they handcuffed?

20       A    Yes, they were.

21       Q    How long were you before the desk with those five

22   people?

23       A    I'd say approximately five to ten minutes.

24       Q    And during the time you were before the desk, other

25   than the address and the date of birth and the age of those
```

M. C. Davis

NYCLD_023527

P-APP002310

1     T-1 Reynolds-Ppl-direct     825

2 people, was any other information taken from them?

3   A  Yes.

4   Q  And what information was that?

5      MR. JOSEPH: Objection.

6   A  Their telephone numbers.

7   Q  Who took that information from them there?

8   A  Police officer Powers.

9   Q  After you finished appearing before the desk,

10 before the desk sergeant, where did you go?

11   A  I went to the juvenile room with the defendants.

12   Q  Where was the jouvenile room located?

13   A  It was in our clerical office, which is a seperate

14 building from the precinct.

15   Q  And how is it seperate from the precinct?

16   A  It was separated by a driveway and --

17   Q  Would you tell the members of the jury what is a

18 juvenile room?

19   A  A jouvenile room is a room designated by the Family

20 Court which is suitable for questioning of juveniles for

21 their arrest or if they're lost or if you have a juvenile in

22 police custody for any reason, this is the room which you

23 take them in.

24   Q  What is a juvenile?

25   A  A juvenile is any person under the age of sixteen.


          H. C. Davis

P-APP002311

T-1   Reynolds-Ppl-direct                     826

1

2     Q     What if anything did you do when you entered the

3  juvenile room with these five young men?

4     A     I brought them in the room, took off their

5  handcuffs and arranged seating for all of them.

6     Q     What did you do after you took off the handcuffs

7  and arranged seating for these five people?

8     A     Then I started to do the paperwork.

9     Q     What paperwork are you talking about?

10    A     It's the on line booking sheet, that's the

11  paperwork you do when someone is arrested and juvenile

12  arrest package.

13    Q     How many different sets of papers are required for

14  a jouvenile package for each individual?

15    A     There is about six or seven for each juvenile.

16    Q     And where was officer Powers while you were doing

17  the paperwork?

18    A     He was calling their parents.

19    Q     And did there come a time when he finished making

20  those calls?

21    A     Yes.

22    Q     And did you see him after he finished making those

23  calls?

24    A     Yes.

25    Q     Where did you see him?


                         H. C. Davis

P-APP002312

Page 64

1                    Eric Reynolds

2    in the playground before you left?

3            A.      I don't recall the exact time.   It

4    wasn't long.

5            Q.      It wasn't long?

6            A.      No.

7            Q.      Could it have been five minutes,

8    ten minutes?

9            A.      It could have been.

10           Q.      After you left, where did you and

11   Officer Powers go, what did you do?

12           A.      We continued to canvas.

13           Q.      You continued to canvas the park

14   area, the northern end of the park, correct?

15           A.      Yes.

16           Q.      How long did you canvas the

17   northern end of the park inside the park?

18           A.      Well, I don't recall the exact

19   time.

20           Q.      Could it have been another 15

21   minutes, a half an hour, what?

22           A.      Again, I don't recall the exact

23   time.

24           Q.      What did you do after that, where

25   did you go after you completed your canvas of

NYCLD_057669

P-APP002313

Page 65

1                    Eric Reynolds

2    the park?

3          A.      We continued to canvas.

4          Q.      You continued to canvas, okay,

5    inside the park?

6          A.      Yes.

7          Q.      How long did you canvas inside the

8    park?

9                  MR. MYERBERG:   Objection.

10         A.      Again, I don't recall.

11         Q.      Do you remember what you did?  Did

12   there come a time that you ever left the park?

13         A.      Yes.

14         Q.      And do you remember approximately

15   what time you left the park?

16         A.      I think it was, I believe it was

17   10:50.

18         Q.      About 10:50, okay.

19         A.      10:45.  I'm not sure of the exact

20   time.

21         Q.      That's okay.  And so you left the

22   park, you and Officer Powers.  Why did you leave

23   the park?  I'm curious, why did you stop the

24   canvassing inside the park?

25         A.      Because I didn't believe that the

NYCLD_057670

P-APP002314

Page 66

```
 1                    Eric Reynolds
 2    group was in the park anymore.
 3         Q.    So is it fair to say from about
 4    9:15 until the time that you left at about 10:45
 5    thereafter, you never ever saw any black males
 6    in the park; is that correct, in the northern
 7    end of the park?
 8                MR. MYERBERG:  Objection.
 9         A.    No.
10         Q.    You can answer.
11         A.    No, it's not fair to say.
12         Q.    Other than the ones who were on the
13    playground; is that correct?
14         A.    No.
15         Q.    You never saw any group of black
16    males together inside the park in the northern
17    end at any time between 9:15 and the time you
18    left; is that correct?
19                MR. MYERBERG:  Objection.
20         A.    I don't believe --
21                MR. MYERBERG:  You can answer.
22         A.    I don't believe so.
23         Q.    Right.  And as a matter of fact,
24    isn't that why you decided to leave and go over
25    to, was it Central Park West that you went to?
```

NYCLD_057671

P-APP002315

Page 67

1                      Eric Reynolds

2          A.      Yes.

3          Q.      And you went over to Central Park

4    West.   When you exited the park on Central Park

5    West, what street did you exit on?

6          A.      100th Street.

7          Q.      100th Street, okay.

8          A.      Yes.

9          Q.      And when you got to Central Park

10   West going out the 100th Street exit, which way

11   did you go from there, a left or a right?

12         A.      We made a right.

13         Q.      Is there any special reason you

14   made a right?

15         A.      Because we saw a large group of

16   male blacks and Hispanic teenagers.

17         Q.      When you first saw them, where did

18   you see them on Central Park West?

19         A.      They were between 101st and 102nd

20   Street.

21         Q.      So they were walking -- correct me

22   if I'm wrong, Detective -- they were walking in

23   a northerly direction; is that correct?

24         A.      Yes.

25         Q.      So is it fair to say they were

NYCLD_057672

P-APP002316

Page 68

```
 1                    Eric Reynolds
 2    walking in a northerly direction, they were
 3    coming from a southerly direction?
 4            A.      Yes.
 5            Q.      On Central Park West?
 6            A.      Yes.
 7            Q.      So they were walking in the
 8    direction of 102nd Street, correct?
 9            A.      I'm sorry?
10            Q.      They were walking in a northerly
11    direction.  You say you saw them at about 101st.
12    They were walking in a northerly direction
13    toward 102nd Street; is that correct?
14            A.      That's correct, yes.
15            Q.      When you saw them, what did you and
16    Officer Powers do?
17                    MR. WARREN:  Withdrawn.
18            Q.      Let me ask you a question before
19    that.  When you saw them, they were just
20    walking; is that correct?
21            A.      They were walking, talking with
22    each other.
23            Q.      Right, when you saw them, at no
24    time did you see them harassing anybody, beating
25    anybody, you didn't see any of that?
```

NYCLD_057673

P-APP002317

Page 69

1                      Eric Reynolds

2          A.      There was no one else on the street

3    but them.

4          Q.      So they were just walking and

5    talking together; is that correct?

6          A.      That's correct.

7          Q.      Approximately how many of them were

8    there, sir?

9          A.      There was a lot.  I had estimated

10   between, you know, ten, 15.  There might have

11   been more.  I don't recall though.

12         Q.      And were they all black males?

13         A.      They were male black and Hispanics.

14         Q.      And Hispanics?

15         A.      Yes.

16         Q.      So after you saw them walking from

17   a southerly direction north in the direction of

18   102nd Street, what happened after that, what did

19   you all do?

20         A.      I was going to take my radio, and

21   first we were observing them, and I was going to

22   take my radio and ask for additional units to

23   respond so that we could stop the group.

24         Q.      Go ahead, sir.  I'm sorry, go

25   ahead.

NYCLD_057674

P-APP002318

Page 70

1                    Eric Reynolds
2         A.        That's it.
3         Q.        Okay, why were you going to be
4    asking for additional units if they were just
5    walking and talking to each other?  I'm just
6    trying to get this etched deeply in my mind in
7    understanding it.  Why would you call for
8    additional units?
9         A.        Because there was a large number of
10   them.
11        Q.        But they were just walking and
12   talking, right?
13        A.        Yes.
14        Q.        And that was it, no crimes being
15   committed, correct?
16                  MR. MYERBERG:   Objection.
17        A.        We wanted additional units so that
18   we could stop all of them in case they decided
19   to run.
20        Q.        What happened after that, after you
21   made the call for additional units?
22        A.        I didn't get to make the call.
23        Q.        Why not?
24        A.        Because the group stopped and
25   started pointing at us, and then some of the

NYCLD_057675

P-APP002319

Page 71

1              Eric Reynolds
2    males towards the rear started to walk off.  But
3    they were, appeared to have been alarmed by our
4    presence.  I thought it was our presence.
5          Q.      What happened after that?
6          A.      There was a rap on my window and it
7    was, turned out that there was a cop in uniform
8    on a scooter, and that officer was Officer
9    Flores had pulled up to us to tell us she
10   thought that might have been the group, and we
11   explained to her that's why we were there.
12         Q.      She explained that might have been
13   the group, what did she mean?
14         A.      The group we were looking for.
15         Q.      But you never.
16                 Saw anybody inside the northern end
17   of the park while you were in the park; is that
18   correct?
19         A.      Sorry?
20         Q.      You never saw any black males
21   inside the park --
22                 MR. MYERBERG:   Objection.
23         Q.      -- while you were canvassing; is
24   that correct?
25         A.      No, I didn't say that.

NYCLD_057676

P-APP002320

Page 72

1                    Eric Reynolds

2          Q.     So are you saying when she said it

3     might have been the group, what group are you

4     referring to?

5          A.     The group that was harassing and

6     assaulting people.

7          Q.     So after you saw Officer Flores --

8     is it Officer Flores?

9          A.     Yes.

10         Q.     Then what happened after that?

11         A.     Because the group, some of them

12    started, some of them in the rear started to

13    walk away in the opposite direction, we decided

14    to pull the van into the intersection of 102nd

15    and Central Park West --

16         Q.     Yes.

17         A.     -- to block the group and stop them

18    so we could, so we could, you know, show up.

19         Q.     Did you stop them or what?

20         A.     We tried to stop them.

21         Q.     What did you do after that?

22         A.     We pulled the van up into the

23    intersection.  I got out of the van.  Officer

24    Powers got out also.

25         Q.     Yes.

NYCLD_057677

P-APP002321

Page 73

```
 1                    Eric Reynolds
 2        A.      We identified ourselves as police
 3   officers and told them not to run and the group
 4   started running.
 5        Q.      In which direction did the group
 6   run?
 7        A.      They ran south.
 8        Q.      They ran south?
 9        A.      Yes.
10        Q.      On Central Park West?
11        A.      Yes.
12        Q.      All of them?
13        A.      No.
14        Q.      And what happened after that, what
15   did you do?
16        A.      I approached Raymond Santana and
17   Steven Lopez along with my partner, and we put
18   them against the wall and frisked them for
19   weapons.
20        Q.      Where did you approach Raymond
21   Santana and Seven Lopez?
22        A.      On the sidewalk between 101st and
23   102nd Street on Central Park West.
24        Q.      Is there any particular reason why
25   you approached Raymond Santana and Steven Lopez,
```

NYCLD_057678

P-APP002322

Page 74

```
 1                    Eric Reynolds
 2    other than the fact that you thought that they
 3    might have been a part of the group?
 4         A.      Because they were part of the
 5    group.
 6         Q.      But other than the fact that --
 7    part of what group, the group that was walking
 8    up Central Park West?
 9         A.      Yes.
10         Q.      But other than that, is there any
11    reason why you stopped those particular two?
12         A.      Well, again, they were part of the
13    group.
14         Q.      That was walking up Central Park
15    West?
16         A.      Yes.
17         Q.      But that's the only reason why you
18    stopped those two; is that correct?
19                 MR. MYERBERG:   Objection.
20         A.      No.
21         Q.      I'm sorry?
22         A.      No.
23         Q.      What was the other reason?
24         A.      They fit the description of the
25    males we were looking for.
```

NYCLD_057679

P-APP002323

Page 75

1                    Eric Reynolds

2          Q.       When you say they fit the

3    description of the males you were looking for,

4    when you heard the radio transmissions, was

5    there a clothing description given of the males?

6          A.       I don't recall.

7          Q.       Was there a color description given

8    of the males?

9                    MR. MYERBERG:   Objection.

10         A.       We were given a description of

11   teenage males, black and Hispanics.

12         Q.       Right, that was the only

13   description you were given; is that correct?

14         A.       As far as I can recall, yes.

15         Q.       What happened after that, after you

16   approached Lopez and Santana?

17         A.       They stated that they weren't with

18   the group, that the group was about to rob them.

19         Q.       Were there any other members of the

20   group that were stopped or brought back?

21         A.       You mean -- if you can rephrase

22   that.

23         Q.       Yes.   I mean after you stopped

24   Lopez and Santana, of the group that you said

25   you saw, were there any other young men, young

NYCLD_057680

P-APP002324

```
 1                    Eric Reynolds
 2    boys who were arrested?
 3         A.      Yes.
 4                 MR. MYERBERG:   Objection.
 5         Q.      And how many others and what are
 6    their names?
 7         A.      There were three others.
 8         Q.      Who were they?
 9         A.      Lamont McCall, Clarence Thomas and
10    Lamont McCall, Clarence Thomas, and I forgot the
11    third.   The last name was Richardson.
12         Q.      Kevin Richardson?
13         A.      Kevin Richardson.
14         Q.      So there were five in all arrested
15    from this group; is that correct?
16         A.      Yes.
17         Q.      And after these young boys were
18    arrested, what happened after that?
19                 MR. MYERBERG:   Objection.
20         Q.      Go ahead, you can answer.
21         A.      Which young boys?
22         Q.      The five that you just mentioned,
23    Steven Lopez, Raymond Santana, Lamont McCall,
24    Clarence Thomas and Kevin Richardson.
25         A.      We brought them to 100th Street and
```

NYCLD_057681

P-APP002325

Page 77

```
 1                    Eric Reynolds
 2    Central Park West.
 3         Q.     When you say "we," was it in your
 4    vehicle?
 5         A.     No.
 6         Q.     Who transported these five young
 7    boys?
 8                MR. MYERBERG:   Objection.
 9         A.     They weren't transported together
10    in one car.
11         Q.     That's fine.  Who did the
12    transport?
13         A.     Sergeant Wheeler and I don't recall
14    who his partner was, and then I believe Sergeant
15    Lail and Officer Hennigan.
16         Q.     Who did Sergeant Wheeler transport?
17         A.     Lopez and Santana.
18         Q.     And the others were transported by
19    Sergeant Lail?
20         A.     I believe so.
21         Q.     And was there a discussion at all
22    after these boys were stopped and before they
23    were transported about doing a showup
24    identification with Mr. Loughlin?
25         A.     Yes.
```

NYCLD_057682

P-APP002326

Page 78

1                    Eric Reynolds

2        Q.      And was a showup identification

3    conducted?

4        A.      No.

5        Q.      Why not?

6        A.      Mr. Loughlin's injuries were too

7    extensive.   He wasn't able to ID.

8        Q.      Where was Mr. Loughlin at that

9    time?

10       A.      He was in the hospital.

11       Q.      And when you say -- what hospital

12   was he in?

13       A.      I don't recall that.

14       Q.      Would it refresh your recollection

15   if I told you that he was in St. Luke's

16   Hospital?

17       A.      It sounds right.

18       Q.      How did you find out his injuries

19   were such that he would not be able to

20   participate in a showup identification?

21       A.      I was informed of that by another

22   officer.

23       Q.      By who?

24       A.      I don't recall who said that.

25       Q.      You don't recall?

NYCLD_057683

P-APP002327

Page 79

1                    Eric Reynolds

2         A.     No.

3         Q.     How soon after the arrest of these

4    five boys were you informed that Mr. Loughlin

5    was in such a condition that you could not

6    conduct a showup?

7         A.     It was maybe ten, 15 minutes.  I

8    don't recall.

9         Q.     Ten or 15 minutes?

10        A.     It could have been.  I don't recall

11   what the time frame was.

12        Q.     Were these young boys, were they at

13   the precinct when you found out what you

14   described as his condition, or were you still

15   out in the street?

16        A.     We were still in the street.

17        Q.     What were the nature of his

18   injuries?

19               MR. MYERBERG:  Objection.

20        A.     He was beaten with a pipe, I

21   believe.

22        Q.     But why couldn't he participate in

23   the showup?

24               MR. MYERBERG:  Objection.

25        A.     My understanding was both of his

NYCLD_057684

P-APP002328

Page 80

1                    Eric Reynolds
2    eyes were swollen shut.
3              MR. WARREN:  I'd like to get this
4         marked as Reynolds 3.
5              [Page 715 of a transcript was
6         hereby marked as Reynolds Exhibit 3 for
7         identification, as of this date.]
8         Q.      Let me know when you're finished
9    reading.  Have you read that document?
10        A.      Yes.
11        Q.      Having read that, this is your
12   testimony in a prior proceeding.  Does that
13   refresh your recollection that you've testified
14   previously that only one of his eyes was badly
15   damaged?
16             MR. MYERBERG:  Objection.  That's
17        not the testimony here.
18        Q.      Were both of his eyes shut or just
19   one of his eyes?
20        A.      Again, my understanding was that
21   both of his eyes were swollen shut.  My
22   testimony here is that at least one of his eyes
23   was badly damaged.
24        Q.      Well, that at least he had one of
25   his eyes was badly damaged, is that what it

NYCLD_057685

P-APP002329

```
 1                    Eric Reynolds
 2   says?
 3         A.      Yes.
 4         Q.      It doesn't say both of his eyes?
 5         A.      I'm sorry, that wasn't my testimony
 6   earlier.  I just said both were swollen shut.
 7         Q.      I see, thank you.
 8                 MR. MYERBERG:  Just for the record,
 9         this is page 715 in the top right corner,
10         Reynolds People Recross Colleen Moore.
11                 MR. WARREN:  That's correct,
12         starting with line 11 going through 19.
13         Q.      Now, what time did you arrive at
14   the precinct, sir?
15         A.      I believe it was around 11.
16         Q.      Eleven o'clock?
17         A.      Yes.
18         Q.      When you arrived at the precinct,
19   what did you observe?
20         A.      I believe the defendants had gotten
21   there just before me and were standing in front
22   of the desk.
23         Q.      And who else was present at that
24   time that you recall?
25         A.      Sergeant Lail, Officer Hennigan,
```

NYCLD_057686

P-APP002330

Page 82

1                    Eric Reynolds

2    Sergeant Wheeler may have been there also, I

3    believe.  I'm not 100 percent sure.

4         Q.      And what did you do after arriving

5    at the precinct?

6         A.      Went to the desk officer and

7    informed him of what I had.

8         Q.      Who was the desk officer at that

9    time?

10        A.      I don't recall.

11        Q.      Would that have been a sergeant or

12   a lieutenant?

13        A.      It could have been either.

14        Q.      Do you know a Lieutenant McInerney?

15        A.      I know who he is.

16        Q.      Was he at the desk that night when

17   you arrived?

18        A.      I don't think so.

19        Q.      After you arrived and you saw a

20   desk officer, then what did you do?

21        A.      I explained to him what I had.

22        Q.      Then what happened?

23        A.      I gave him the names and pedigree

24   information of each of the defendants.

25        Q.      Did you actually take down the

NYCLD_057687

P-APP002331

Page 83

```
 1                    Eric Reynolds
 2    pedigree information?
 3         A.      From each defendant?
 4         Q.      Yes.
 5         A.      Well, at that point it would have
 6    been the desk officer.
 7         Q.      The desk officer?
 8         A.      Yes.
 9         Q.      And what did you do after you
10    arrived and after you saw the desk officer, what
11    did you do thereafter?
12         A.      I brought the defendants to the
13    juvenile room.
14         Q.      And what floor of the precinct was
15    that in?
16         A.      That's on the first floor.
17         Q.      The first floor?
18         A.      Yes.
19         Q.      And what did you do after that,
20    sir?
21         A.      I started to process the arrest.
22         Q.      When you started to process the
23    arrest, can you describe a little further what
24    you mean by that?
25         A.      I started to do the paperwork.
```

NYCLD_057688

P-APP002332

Page 84

1                        Eric Reynolds

2          Q.      Okay.   On each of the young boys;

3     is that correct?

4          A.      Yes.

5          Q.      And how long did that process last,

6     doing the paperwork on each of these five young

7     boys?

8          A.      I don't recall.

9          Q.      Would it have been several hours?

10         A.      Again, I don't recall how long each

11    one took.

12         Q.      Did you do the paperwork on each

13    one of them?

14         A.      Yes.

15         Q.      And did there come a time that any

16    of their parents arrived?

17         A.      Yes.

18         Q.      Who was the first parent to arrive?

19         A.      Kevin Richardson's mother.

20         Q.      Mrs. Cuffee?

21         A.      Yes.

22         Q.      And approximately what time did Ms.

23    Cuffee arrive at the precinct?

24         A.      I believe it was around 12 o'clock

25    at night.

NYCLD_057689

P-APP002333

T4-fr

1            REYNOLDS - PEOPLE - DIRECT - LEDERER

2        A     No.

3        Q     Were you present for that interview?

4        A     Yes.

5        Q     After that interview was conducted, where

6    did you go?

7        A          THen went to            to Antron

8    McCray's house.

9        Q     Who did you go with?

10       A     I went with Detective Farrell and  Whelpley

11   and other detectives from Sex Crime.

12       Q     What, if anything -- withdrawn.

13             When you left Clarence Thomas' apartment,

14   did you leave alone?

15       A     No, I didn't.

16       Q     Who came with you?

17       A     Detective Whelpley, Detective Farrell,  and

18   we  met  with Detective Rosario and Detective Rivera

19   and Morin from Sex Crimes.

20       Q     Did Clarence Thomas and his mother go  with

21   you?

22       A     Yes, they did.

23       Q     Did you travel in the same car with them?

24       A     Yes, I did.

25       Q          Did you have any conversation with them

10/13/89

T4-fr

396

1      REYNOLDS - PEOPLE - DIRECT - LEDERER
2  about why they were going with you?
3      A    With him and his mother?
4      Q    Yes?
5      A    No.
6      Q    How did you know where to go when you  left
7  Clarence Thomas' apartment?
8                MR. JOSEPH: Objection.
9                MR. BERMAN:  Objection.
10               THE COURT:  I'll allow it.
11               Where were you going?
12               THE  WITNESS:  We were going to Antron
13         McCray's house.
14     Q    How did  you  know  where  Antron  McCray's
15  house was?
16     A    Clarence's mother told us where it was.
17     Q       Where did you go to find Antron McCary's
18  apartment?
19     A    To
20     Q    What happened when  you  arrived  at
21         ?
22     A       We  knocked on the door and we spoke  to
23  Antron's father, Bobby McCray.
24     Q    Did you go to the door?
25     A    I went to the door, yes.

10/13/89

NYCLD_023142

P-APP002335

T4-fr

397

REYNOLDS — PEOPLE — DIRECT — LEDERER

1

2      Q      Was anyone else with you?

3      A      Yes.

4      Q      Who was that?

5      A      Detective Rosario, Detective Rivera, and

6   Detective Morin.

7      Q      Did you personally speak to the person you

8   identified as Bobby McCray?

9      A      No.

10     Q      Were you present when there was a

11  conversation with him?

12     A      Yes.

13     Q      Who had that conversation?

14     A      Detective Rosario.

15     Q      What did you hear him say and what did you

16  hear Bobby McCray respond?

17     A      He stated that he wanted to speak to Antron

18  at the Central Park Precinct and that Bobby McCray

19  would have to come with us also because Antron is a

20  juvenile.

21     Q      And what happened then?

22     A      And he agreed and told Antron to get

23  dressed.

24     Q      And did Antron McCray and his father then

25  leave with you?

10/13/89

T4-fr

398

         REYNOLDS - PEOPLE - DIRECT - LEDERER

1

2      A     Yes, they did.

3      Q     Do you recall whether anyone else from the

4   McCray family came?

5      A     His mother came also.

6      Q     And did they ride with you or did they ride

7   with someone else?

8      A           I believe they rode with the detectives

9   from Sex Crimes.

10     Q     What time did you return to the Central

11  Park Precinct, approximately?

12     A     I'd say it was after 12:00.

13     Q           When Antron McCray came with you -- and

14  left his apartment, what was he wearing?

15     A     He had on the clothes that he was wearing

16  the night before.  They were --

17               MR. MOORE:  Objection.

18               MR. BURNS:  Objection.

19               THE COURT:  Objection sustained.

20               Do you remember what he was wearing?

21               THE WITNESS:  No.

22     Q           Was there a conversation with anyone in

23  your presence about what Antron McCray would wear?

24     A     Yes.

25     Q           What do you remember about that

10/13/8

NYCLD_023144

P-APP002337

T4-fr

399

REYNOLDS - PEOPLE - DIRECT - LEDERER

1
2   conversation?

3       A       Detective Rosario asked Bobby McCray, he
4   asked him if Antron could wear the same clothes he
5   wore the night before, and they agreed.

6       Q       Did you notice anything about his clothes
7   when he came out of the apartment?

8       A       Yes, they were entirely covered with dry
9   mud.

10      Q       When you returned to the Central Park
11  Precinct, did you conduct any interviews of any of
12  the suspects that you already named, that is, Kevin
13  Richardson, Steve Lopez, or Raymond Santana?

14      A       No, I didn't.

15      Q       And did you at any time conduct or were you
16  present during any interviews with Michael Brisco,
17  Kharey Wise, Antron McCray or Yusaf Salam?

18      A       No.

19      Q       Did you voucher any property in connection
20  with this case?

21      A       No.

22      Q       Did you go out and pick up any other
23  suspects in this case?

24      A       No, I didn't.

25              MS. LEDERER:   Thank you very much.

10/13/89

NYCLD_023145

P-APP002338

COMPLAINT-
INFORMATIO
PD 313-081A II

NYC022226

DETAILS:  COMPLAINT: VICTIM FOUND BEAT AND BOUND INSIDE CENTRAL PARK

SUBJECT: INTERVIEW OF CLARENCE THOMAS M/B/14yrs

1) On this date at 0700hrs the undersigned along with Det Whelpley did
interview  Clarence Thomas M/B/14yrs DOB         of
█████████ in the presence of his mother Gloria Thomas who lives at the
address. Clarence Thomas was under arrest at this time so the under-
signed informed him and his mother of there rights from a card. Both
Clarence Thomas and his mother Gloria Thomas acknowledge each right
by  stating yes and on the last right they agreed to answer questions
without an attorney present. Clarence Thomas states that he and his
friend Antron Mc Cray who lives on ████████ and goes to JHS 117 (
Exact address unknown) were on E110th st and they met
approx 15 other males all about 13 to 15 yrs old. Clarence states that
he did not know all of these males but he did know a guy named Polo
who is a M/Bor B/15yrs and he hangs out on E 110th and Madison , a guy
named Ralph M/B/15yrs who lives in the Taft projects and he knows
Lamont Mc'Call ( See DD 5 Det Whelpley Re: Lamont Mc Call). Clarence
states that the group was mixed with blacks and hispanics and that they
all went into the park at E 110th and started walking into the park and
south. Clarence stated that they where just hanging out there was
no plan on what they were going to do in the park. Clarence states that
they entered the park at approx 2010hrs and he remembers the time
because he knows that he met the group at 2000hrs and it took them
about ten minutes to talk and then walk to the park. Clarence further
states that as they walked thru the park some of the guys were throw-
ing rocks at cars but none of the cars stopped except for a cab (yellow
that did stop but did not chase the group. Clarence also states that
as they walked thru the park ( location unknown) approx eight of the
guys saw a male white40's jogging,who was wearing a sweater and blue
shorts, and these eight guys started chasing the male white but after
a few minutes five of the eight returned to the group stating that the
guy got away.                                    Continued on page two

Continued on page two

NYCLD_057950

P-APP002339

REYNOLDS EXH.11

COMPLAINT FOLLOW-UP INFORMATIONAL
PD 313-081A SECOND 6845 ET (1-80) 84

| | Page 2 | 000873 Pages |
|---|---|---|
| Pct. 022 | Complaint No 281 | Date of this Report 4/20/89 |

DETAILS:        CONTINUED FROM PAGE ONE RE: ASSAULT OF UNIDENTIFIED FEMALE WHITE
INSIDE CENTRAL PARK: INTERVIEW OF CLARENCE THOMAS

Cont; Clarence does not know what happened to the other three guys who chased
the male white and states that they were guys he did not know by name but
they were friends of Antron Mc Cray. Clarence states that he and the rest of
the group continued south in the park and them at approx the middle of the
park around 96th St about seven of the guys went after and beat up another
jogger at the fence near the reservoir and this was a male white (could supply
no further discription). Clarence states that he and Antron Mc Cray ran out of
the park and after awhile the other guys came out and they all started walking
north on Central Park West and as they walked a green van turned into the
street and pulled up to the group and one of the guys in the van said that
they were the police and that no one should run but everyone ran any way.
Clarence states that he ran to W 100th St and turned into the park and he trippe
and fell to the ground and the police caught him. Clarence further states that
the others all ran in different directions

When questioned about anyone else who the group had hit Clarence stated that
there was an old bum  who was a male white or hispanic that Lamont Mc Call
had hit with his fist in the back of the bum's head and knocked him to the
ground. Clarence further stated that the only other person he saw in the
park, outside of the three  he had mentioned was some people on a bike but
that they did not go after them. Clarence states that the Bumwas in the middle
of the park and that the Bum was wearing a dark blue coat with grayish pants.
When asked if anyone in the group had a weapon Clarence stated that there was
a M/B/ in his teens tall wearing blue jeans with patches all over them and
a beige trench coat and he had a pipe that was approx 14 inches long with one
end taped with black tape. Clarence states that he does not know this tall
male's name but that he saw this male take this pipe out of his pants with his
right hand when they were at the reservoir with the man who  had been beat but
he did not see if the tall male hit the male white with the pipe. Clarence
states that he was too far away from the seven guys to see who was hitting the
white male. At this time Clarence was allowed to go home with his mother and
the interview was discontinued

On this date at approx 1130hrs the undersigned along with Det Whelpley were
at the home of Clarence Thomas and spoke to Clarence's mother first and told her
that Clarence had tobe spoken to again. Mrs Thomas invited the undersigned
and Dte Whelpley into her home and then then were woke up Clarence. Mrs Thomas
brought Clarence into her kitchen and he sat down asf did Mrs Thomas and at this
point the undersigned reminded both of them of there rights and again told them
they had the right to have an attorney present before speaking to the police.
Both Mrs Thomas and Clarence agreed to speak te us without an attorney present.
At this time Clarence stated that the pipe he told us about before was passed
back and forth between the tall guy and Antron Mc Cray but  Clarence still state
that he did not see either of them hit the guy with the pipe. When asked about
anyone else being beat in the park by this group, Clarence stated that the Bum
Lamont hit but this time Clarence states Lamont beat the Bum with three other
guy's and that they really beat the guy by punching and kicking him then they
draged this Bum off the road and on the the curb and left him there bleeding.
Clarence states he does not know the names of the three guys who beat the Bum
with Lamont by name but that Antron might know them. Clarence and his mother
agreed to show the undersigned where Antron lived and also agreed to come back
to the Central Park Pct with the undersigned. While in auto 8475 Mrs Thomas
directed the undersigned and Det Whelpley to ▊▊▊▊ and stated
that Antron lived in this building in apartment ▊▊▊. Det Rosario along with
Dets Rivera and Morin from Sex Crimes went into
▊▊ and came out with the subject who was identified as Antron Mc Cary and his
mother Linda Mc Cray and his father Bobby MC Cary. Det Rosario informed the
undersigned that he requested Mr and Mrs Mc Cary and Antron to come to the
CPP and they agreed further Det Rosario asked that Antron wear the clothes he
had been wearing before he went to bed and this was also agreed to by both
parents and Antron. When Antron exited the building his clothes where covered
with dried mud and were very dirty. Mr and Mrs Mc Cray and Antron were trans-
ported to the CPP in Sex Crime auto 731 and Mrs Thomas and Clarence were trans-
ported in DBMSTF auto 8475.

INVESTIGATION CONTINUING

| Reporting Officer's Rank Signature Command Det ▊▊▊ DBMSTF | Name Printed J FARRELL | Tax Registry No. 864831 | Supervisor's Signature Sgt. | C.O.'s Initials |
|---|---|---|---|---|

NYC022227

NYCLD_057951

P-APP002340

COMPLAINT - FOLLOW UP
INFORMATIONAL
PD 313-081A (Rev. 1-86)-21

| | | | PAGE 1 OF 2 PAGE | |
|---|---|---|---|---|
| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting | Pct 022 | OCCB No. | Complaint No. 281 | Date of This Report 4/20/89 |

4/20/89   4/20/89   67   DBMSTF NIGHTWATCH

Victim's Name - if Different

P.S.N.Y.   Unidentified F/W/20-30yrs   003055

DETAILS: COMPLAINT: VICTIM FOUND BEAT AND BOUND INSIDE CENTRAL PARK
SUBJECT: INTERVIEW OF CLARENCE THOMAS M/B/14yrs

1) On this date at 0700hrs the undersigned along with Det Whelpley did
interview Clarence Thomas M/B/14yrs DOB ▓▓▓▓ of ▓▓▓▓
▓▓▓▓ in the presence of his mother Gloria Thomas who lives at the
address. Clarence Thomas was under arrest at this time so the under-
signed informed him and his mother of there rights from a card. Both
Clarence Thomas and his mother Gloria Thomas acknowledge each right
by stating yes and on the last right they agreed to answer questions
without an attorney present. Clarence Thomas states that he and his
friend Antron Mc Cray who lives on ▓▓▓▓ and goes to JHS 117 (
Exact address unknown) were on E110th St and Madison Ave and they met
approx 15 other males all about 13 to 15 yrs old. Clarence states that
he did not know all of these males but he did know a guy named Polo
who is a M/Bor B/14yrs and he hangs out on E 110th and Madison , a guy
named Ralph M/B/15yrs who lives in the Taft projects and he knows
Lamont Mc Call ( See DD 5 Det Whelpley Re; Lamont Mc Call). Clarence
states that the group was mixed with blacks and hispanics and that they
all went into the park at E 110th and started walking into the park and
south. Clarence stated that they where just hanging out that there was
no plan on what they were going to do in the park. Clarence states that
they entered the park at approx 2010hrs and he remembers the time
because he knows that he met the group at 2000hrs and it took them
about ten minutes to talk and then walk to the park. Clarence further
states that as they walked thru the park some of the guys were throw-
ing rocks at cars but none of the cars stopped except for a cab (yellow
that did stop but did not chase the group. Clarence also states that
as they walked thru the park ( location unknown) approx eight of the
guys saw a male white40's jogging,who was wearing a sweater and blue
shorts, and these eight guys started chasing the white male but after
a few minutes five of the eight returned to the group stating that the
guy got away.

Continued on page two

Reporting Officer's Rank, Signature - Command   Det ▓▓▓▓ DBMSTF

Name Printed   J. FARRELL   Tax Registry No. 864831   Supervisor's Signature   C.O.'s Initials

Farrell Exh.
4

NYC002949

NYCLD_058353

P-APP002341



| COMPLAINT FOLLOW-UP INFORMATIONAL PD-313-081A (SECOND SHEET) (Rev. 7-83) | | Page of | | Pages | |
|---|---|---|---|---|---|
| | Pct. 022 | Complaint No. 281 | | Date of This Report 4/20/89 | |

DETAILS: CONTINUED FROM PAGE ONE RE: ASSAULT OF UNIDENTIFIED FEMALE WHITE
INSIDE CENTRAL PARK: INTERVIEW OF CLARENCE THOMAS         003056

1) Cont; Clarence does not know what happened to the other three guys who chased
the male white and states that they were guys he did not know by name that
they were friends of Antron Mc Cray. Clarence states that he and the rest of
the group continued south in the park and then at approx the middle of the
park around 96th St about seven of the guys went after and beat up another
jogger at the fence near the reservoir and this was a male white ( Could supply
no further description). Clarence states that he and Antron Mc Cray ran out of
the park and after awhile the other guys came out and they all started walking
north on Central Park West and as they walked a green van turned into the
street and pulled up to the group and one of the guys in the van said that
they were the police and that no one should run but everyone ran any way.
Clarence states that he ran to W 100th St and turned into the park and he tripped
and fell to the ground and the police caught him. Clarence further states that
the others all ran in different directions

2) When questioned about anyone else who the group had hit Clarence stated that
there was an old bum who was a male white or hispanic that Lamont Mc Call
had hit with his fist in the back of the bum's head and knocked him to the
ground. Clarence further stated that the only other person he saw in the
park, outside of the three he had mentioned was some people on a bike but
that they did not go after them. Clarence states that the Bumwas in the middle
of the park and that the Bum was wearing a dark blue coat with grayish pants.
When asked if anyone in the group had a weapon Clarence stated that there was
a M/B/ in his teens tall wearing blue jeans with patches all over them and
a beige trench coat and he had a pipe that was approx 14 inches long with one
end taped with black tape. Clarence states that he does not know this tall
male's name but that he saw this male take this pipe out of his pants with his
right hand when they were at the reservoir with the man who had been beat but
he did not see if the tall male hit the male white with the pipe. Clarence
states that he was too far away from the seven guys to see who was hitting the
white male. At this time Clarence was allowed to go home with his mother and
the interview was discontinued

3) On this date at approx 1130hrs the undersigned along with Det Whelpley were
at the home of Clarence Thomas and spoke to Clarence's mother first and told her
that Clarence had tobe spoken to again. Mrs Thomas invited the undersigned
and Dte Whelpley into her home and then went an woke up Clarence. Mrs Thomas
brought Clarence into her kitchen and he sat down asf did Mrs Thomas and at this
point the undersigned reminded both of them of there rights and again told them
they had the right to have an attorney present before speaking to the police.
Both Mrs Thomas and Clarence agreed to speak to us without an attorney present.
At this timeClarencestated that the pipe he told us about before was passed
back and forth between the tall guy and Antron Mc Cray but Clarence still state
that he did not see either of them hit the guy with the pipe. When asked about
anyone else being beat in the park by this group, Clarence stated that the Bum
Lamont hit but this time Clarence states Lamont beat the Bum with three other
guy's and that they really beat the guy by punching and kicking him then they
draged this Bum off the road and on the the curb and left him there bleeding.
Clarence states he does not know the names of the three guys who beat the Bum
with Lamont by name but that Antron might know them. Clarence and his mother
agreed to show the undersigned where Antron lived and also agreed to come back
to the Central Park Pct with the undersigned. While in auto 8475 Mrs Thomas
directed the undersigned and Det Whelpley to ███████████ and stated
that Antron lived in this building in apartment ███ Det Rosario along with
Dets Rivera and Morin from Sex Crimes went into ████████████████████████
█████ and came out with the subject who was identified as Antron Mc Cary and his
mother Linda Mc Cray and his father Bobby MC Cary. Det Rosario informed the
undersigned that he requested Mr and Mrs Mc Cary and Antron to come to the
CPP and they agreed further Det Rosario asked that Antron wear the clothes he
had been wearing before he went to bed and this was also agreed to:by both
parents and Antron. When Antron exited the building his clothes where covered
with dried mud and were very dirty. Mr and Mrs Mc Cray and Antron were trans-
ported to the CPP in Sex Crime auto 731 and Mrs Thomas and Clarence were transported in DBMSTF auto 8475.

INVESTIGATION CONTINUING

| Reporting Officer's Rank/Signature/Command Det [signature] DBMSTF | Name Printed J FARRELL | Tax Registry No. 864831 | Supervisor's Signature Sgt. | C.O.'s Initials |
|---|---|---|---|---|

CRIMINAL RECORDS SECTION

NYC062960



Farrell Exh. 2

NYC042243



April 20, 1989   0275
Not Hospital 281 / 67
20 Pt

PAH
Bellings negative
Called 19 Pt

NYC042244

NYCLD_058343

P-APP002344



NYC042245

NYCLD_058344

P-APP002345



NYC042246

NYCLD_058345

P-APP002346



went to park at 110th
St East side walking
south 2010 hrs
someone throwing water
at cars. Ralph M/B/15
lets chase or scare them
etc. they started
chasing on guy M/W
who got away approx
8 guys only 5 returned
the guy got away.
Then there was another
group of about 7 guys
beating some guy M/W
then these guys got

NYC042247



back together with us
and we starth to leave
an go nothl to go
home, then a green
Van turned into the
street and told us
not to run. Tripped
up and I stopped an
thats when the cops
caught me.
Hit man a M/wor X)
in the back of the
head in the midlle
of the park he was
wearing dark blue coat

NYC042248

NYCLD_058347

P-APP002348



NYC042249

NYCLD_058348

P-APP002349



NYC042250



NYC042251



April 21, 1989   0/25.1

George

NYC042252

NYCLD_058351

P-APP002352

```
 1              People - Det. Arroyo - Direct - Lederer           2792

 2    Hartigan for a period of about an hour or so, in that area,

 3    where it was a question and answer, I had taken some notes

 4    during that time period.

 5         Q.    During the time that you were asking him

 6    questions, did you ask Steve Lopez who was with him in

 7    Central Park on the night of April 19th?

 8         A.    Yes, I did.

 9         Q.    And did he tell you some of the people that he was

10    with that night?

11         A.    Yes, he did.

12         Q.    Do you recall who he told you he was with that

13    night?

14         A.    I recall some of the names, but I have to refresh

15    my recollection though.

16         Q.    If you have notes that would refresh your memory,

17    you may look at them.

18         A.    Thank you.

19         Q.    Does that refresh your memory as to the names of

20    people Steve Lopez said he was with in the park on April

21    19th?

22         A.    Yes, that's correct.

23         Q.    What are the names of the people he said he was

24    with?

25         A.    Kevin, Yusaf, Antron, Lamont.
```

Joseph T. Tierney, CSR, RPR

NYCLD_017357

P-APP002353

1          People - Det. Arroyo - Direct - Lederer          2793

2          Q.    With respect to the person named Yusaf, did he

3     give you any further information about Yusaf?

4          A.    Yes, he did.

5          Q.    What other information did he give you about

6     Yusaf?

7          A.    He provided Yusaf -- his description.

8          Q.    What description did he give you?

9          A.    Male black, about sixteen, seventeen years of age,

10    attends Julia Richmond on 66th Street I believe.  He also

11    provided Yusaf's address.

12         Q.    What address did he give you for Yusaf.

13         A.

14         Q.    Did he give you an apartment number?

15         A.    Yes, he did.

16         Q.    And what was that, do you recall?

17         A.    I have to refresh my -- I have to look down.

18

19         Q.    After you had had what you described as that

20    question and answer period, did you reduce what was said to

21    you into writing?

22         A.    Yes.

23         Q.    Would you describe, please, the process by which

24    you put in writing what Steve Lopez had said to you?

25         A.    Well, basically it was question by question,

                    Joseph T. Tierney, CSR, RPR

TAGLIONI – PEOPLE – DIRECT

1

2    Q    And where did you go?

3    A    I went to

4    Q    Did someone direct you to go to that

5    location?

6    A    Yes, I was directed to go there by my

7    supervisors.

8    Q    Do you recall who it was that told you to go

9    there?

10    A    I don't recall whether it was the lieutenant

11    or the sergeant.

12    Q    What was your instruction with respect to

13    going to                              ?

14    A    I was instructed to go to find a Yusaf

15    Salaam and ask him if he would accompany us into the

16    station house for questioning.

17    Q    Did you go by yourself or did you go with

18    anyone else?

19    A    I went with three detectives; Detectives

20    Freck, Bier, Hall, all from Manhattan North Homicide

21    Squad.

22              MR. BERMAN:   Sorry, I couldn't hear the

23              names.

24              THE WITNESS:   Detectives Freck, Hall and

25              Bier, B-I-E-R.

1590

TAGLIONI — PEOPLE — DIRECT

1    Q    What were your exact instructions with

2    respect to Yusaf Salaam?

3    A    To try to locate him and ask him if he would

4    come into the station house for questioning.

5    Q    Did you know for what reason it was desired

6    that he should come to the 20th Precinct for

7    questioning?

8    A    Just in connection with the Central Park.

9    Q    Did you know how it was that the supervisors

10   who asked you to get him had gotten his name?

11   A    No, I do not.

12   Q    And did you know anything about what his

13   connection to the Central Park investigation might

14   be?

15   A    No, I did not.

16   Q    Where did you go when you went to

17                ?

18   A                                    I believe.

19   Q    And what happened when you went to that

20   apartment at                     ?

21   A    I knocked on the door.  A young lady--

22   excuse me, I don't know her name-- came to the door.

23   I identified ourselves as police officers,

24   detectives.  She identified herself as Yusaf's

NYCLD_006907

P-APP002356

1591

TAGLIONI - PEOPLE - DIRECT

1  sister. I don't have her name, I don't know what

2  her name is.

3

4      Q    Were you able to form a general impression

5  about her age?

6      A    She appeared to be in her late teens.

7      Q    And did you have a conversation with her?

8      A    Yes, I did.

9      Q    What, if anything, did you say to her?

10      A    I asked her if-- did Yusaf live there and if

11  he was home. And she instructed me that he was not

12  at home.

13      Q    And did she tell you that was his apartment

14  where he lived?

15      A    Yes, she did.

16      Q    What happened as you spoke to this woman at

17  ?

18      A    As we were speaking to her, three males came

19  down the hallway. The apartment is down the end of

20  the hall. We stopped-- they were coming towards the

21  apartment. We stopped them. I asked them to

22  identify themselves. They did.

23      Yusaf identified himself as Yusaf Salaam. The

24  other gentleman, I believe he gave his name as

25  Kharey Wise. The name Kharey had come up in the

P-APP002357

1592

TAGLIONI — PEOPLE — DIRECT

1  station house.

2       We were also told if we came across a Kharey-- I
3  didn't know his last name-- we should ask him to
4  accompany us to the station house.

5       Q   When you say the name Kharey had come up in
6  the station house, had that been mentioned to you
7  when you were sent to                    ?

8       A   Yes, by our supervisor.

9       Q   Can you tell us what exactly was said to you
10  with respect to Kharey Wise?

11      A   If we did run across Kharey-- I didn't have
12  Wise-- we should also ask him to accompany us to the
13  station house for questioning.

14      Q   Were you given, if you recall, a residence
15  or address for the person that was identified as
16  Kharey?

17      A   I don't recall receiving an address on
18  Kharey, no.

19      Q   When you said that three males came toward
20  you, who was the third person?

21      A   I don't know the third person's name.

22      Q   At the time did you learn his name?

23      A   I know of his first name, Eddie; that's it.

24                THE COURT:   What was that name?

1593

TAGLIONI - PEOPLE - DIRECT

1     THE WITNESS:  Eddie.

3       Q    When you said you saw these three males
4   coming down the hall toward you and you had a
5   conversation with them, how far from the doorway
6   where you were talking to the female did you have a
7   conversation with those three males?

8       A    I'd say ten, no more than fifteen, feet.

9       Q    And would you please tell us what
10  conversation, if any, did you have with Yusaf
11  Salaam?

12      A    After he gave me his name, I asked him how
13  old he was, and he told me he was sixteen years of
14  age.  I--

15      Q    Let me just stop you for a moment.

16      When you saw Yusaf Salaam, would you say how he
17  appeared to you.

18      A    He appeared to be older.

19      Q    How was it that you formed the impression
20  that he was older?

21      A    His appearance.  He looked a lot older than
22  sixteen.

23      Q    When you spoke to him, you said he gave you
24  his name.  What else did you say to him and did he
25  say to you?

NYCLD_006910

P-APP002359

TAGLIONI - PEOPLE - DIRECT

1    A    Well, when he told me he was sixteen, I

2 asked if he had any proof of that, because I thought

3 he was older.

4    Q    What, if anything, did he say when you asked

5 for proof?

6    A    He said he did have proof and displayed a

7 Transit card.  I believe it was a school Transit

8 card.

9         MS. LEDERER:   I would please ask that

10             this be marked as People's 14 for

11             identification.

12             (Card marked People's Exhibit 14 for

13             identification.)

14    Q    Looking at People's 14 for identification,

15 do you recognize what that is?

16    A    Yes, I do.

17    Q    And what do you recognize that to be?

18    A    This is the card, the student card that

19 Yusaf handed to me in the hallway.

20    Q    Does that card appear to be in the same

21 condition as when it was given to you in the

22 hallway?

23    A    No, it does not.

P-APP002360

1595

TAGLIONI — PEOPLE — DIRECT

1   Q   How is it different?

2   A   Well, Yusaf's name is still clear, but the
3 rest of the writing on there appears to be smudged
4 and fading.

5   Q   Is the information that is written on the
6 back of People's 14 for identification the same as
7 it was when you saw it on the evening of April 20,
8 1989, when Yusaf Salaam showed it to you?

9   A   Yes, it is.

10   Q   And does People's 14 for identification,
11 does that reflect an age, a date of birth?

12   A   Yes, it does.

13   Q   What is the date of birth on People's 14 for
14 identification?

15   A   2/27/73.

16   Q   May I see People's 14 for a moment.

17       (Handing.)

18   Q   And is this the same bus pass he showed you
19 in the hallway on April 20, 1989?

20   A   Yes, it is.

21       MS. LEDERER:   At this time I offer
22       People's 14 into evidence.

23       MR. BURNS:   May I see it?

24       (Handing.)

NYCLD_006912

P-APP002361

1596

TAGLIONI — PEOPLE — DIRECT

1    MR. BURNS:    For purposes of this
2    hearing, I have no objection.
3         THE COURT:    All right, mark it, please.
4         (People's Exhibit 14 received in
5    evidence.)
6    Q    Other than asking his name and asking his
7    age and asking for proof of his age, did you have
8    any further conversation with Yusaf Salaam at that
9    time in the hall?
10   A    Yes, I did.    I asked him if he would
11   accompany us to the station house to talk to us
12   about the Central Park incident.    He stated he
13   would.
14   Q    And what happened after you had that
15   conversation with him?
16   A    I took him in the elevator downstairs and to
17   the 20th Precinct.
18   Q    Did you handcuff Yusaf Salaam?
19   A    No, I did not.
20   Q    Did you have your gun drawn at that time?
21   A    No, I did not.
22   Q    Who was with you at the time you had this
23   conversation with Yusaf Salaam?
24   A    Detectives Hall, Bier and Andy Freck.

1    TAGLIONI — PEOPLE — DIRECT

2    Q    When you left the hallway of the

3  did anyone else go with you other than the

4  detectives you just named and Yusaf Salaam?

5    A    No.  There was seven of us and I wouldn't

6  allow more than seven people to get on the elevator

7  because I'm claustrophobic.

8    Q    When you say there were seven of you, who

9  else are you referring to besides the four

10  detectives and Yusaf Salaam?

11    A    Kharey Wise and the fellow known as Eddie.

12        MR. MOORE:  I'm sorry?

13        THE WITNESS:  I don't know the other

14        fellow's last name.  All I know is Eddie.

15    Q    Were you present or did you have any

16  personal conversation with Kharey Wise in the hall

17  of              ?

18    A    Other than asking him his name and age and

19  would he accompany us, no.

20    Q    Did you personally say that to Kharey Wise

21  or did someone else say that to him?

22    A    I believe Detective Freck asked Kharey if he

23  would accompany us.

24    Q    And were you able to hear the conversation

25  he had with Kharey?

1    TAGLIONI — PEOPLE — DIRECT

2    A    Yes, I was.

3    Q    And what, if anything, did you hear Kharey

4    say?

5    A    That he would come into the station house

6    with us.

7    Q    And was Kharey Wise handcuffed at that time?

8    A    No, nobody was handcuffed.

9    Q    Where did you go when you left the

10        ?

11    A    Went down to the lobby and to our car.

12    Q    How many cars did you have?

13    A    We had two unmarked police cars.

14    Q    And did you ride in one of the cars?

15    A    Yes, I did.

16    Q    Who did you ride with?

17    A    Detective Hall and Yusaf Salaam.

18    Q    And where did Yusaf Salaam ride in the car?

19    A    In the back seat.

20    Q    Do you know where Kharey went?

21    A    Kharey went into the other unmarked vehicle

22    with Detective Bier and Detective Freck.

23    Q    Was Yusaf Salaam handcuffed when he rode in

24    the car?

25    A    No, he was not.

1599

                    TAGLIONI — PEOPLE — DIRECT

1

2       Q    Did you have any conversation with Yusaf

3    Salaam on the way after you left

4       A    No, I did not.

5       Q    Did you hear any conversation between him

6    and anybody else in the car, the other detective?

7       A    I don't recall it, no.

8       Q    Where did you go?

9       A    I went to the 20th Precinct.

10      Q    And where did you go when you arrived at the

11   20th Precinct?

12      A    When we arrived at the 20th Precinct, we

13   were directed to go upstairs to the third floor to

14   the Sex Crimes office.

15      Q    Directing your attention to People's 4 in

16   evidence, the third floor of the 20th Precinct,

17   could you please step down from the witness stand

18   and approach People's 4 in evidence and indicate,

19   please, where you went with Yusaf Salaam when you

20   arrived.

21      A    Okay.  We took the stairway up to the third

22   floor.  We entered the Sex Crimes office, which is

23   over here, and I took Yusaf into this room right

24   here in the Sex Crimes office.

25                  MS. LEDERER:  The record should reflect

NYCLD_006916

P-APP002365

1600

1    TAGLIONI - PEOPLE - DIRECT

2    the witness is indicating a small room off

3    of a longer room. It has three file

4    cabinets and something-- and one desk in

5    that room.

6        You may resume the witness stand. Thank

7    you.

8        (Witness complies.)

9    Q    Now, what did you do when you arrived in

10   that room with Yusaf Salaam?

11   A    I sat there and I waited for someone,

12   another detective to come to do the interview.

13   Q    Did you have any conversation with Yusaf

14   Salaam while you sat there in that room with him?

15   A    No, I did not.

16   Q    Was he seated or standing?

17   A    He was seated.

18   Q    And approximately how much time elapsed

19   before the arrival of a detective to conduct an

20   interview?

21   A    I'm not sure, but I'd say anywhere from

22   fifteen to twenty minutes.

23   Q    And do you know the name of the detective

24   who arrived within that fifteen to twenty minute

25   period?

TAGLIONI – PEOPLE – DIRECT

1

2      A     Yes, I do.   Detective Thomas McKenna from

3  Manhattan North Homicide.

4      Q     Were you present when Detective McKenna came

5  into the room?

6      A     Yes, I was.

7      Q     Approximately what time was it-- withdrawn.

8      What, if anything, did he say or do when he came

9  into the room?

10     A     When he came into the room, I introduced him

11 to Yusaf, told him who he was, Detective McKenna

12 from the Homicide Squad, that he would be talking to

13 him.

14     With this Detective McKenna also introduced

15 himself to Yusaf, read him his rights, and at that

16 point I left the office.

17     Q     Were you present when the rights were read?

18     A     Yes, I was.

19     Q     And did you see whether they were read from

20 a card or were they given by memory?

21     A     No, they were read from a card.

22     Q     Were you present-- well, withdrawn.

23     When the rights were read, did Yusaf respond in

24 any way when the rights were read?

25     A     Yes, he did.

4762/89   VOL. 2 of 18

T14-fr

Hearing

COLLOQUY                                    5

1891199

2   called by the People, having been first duly

3   sworn, testified under oath as follows:

4            COURT OFFICER:    Officer, please be

5   seated.

6            In a loud, clear voice, state your

7   name, full name, spell your last name, your

8   shield number and present command.

9            THE WITNESS:    My name is Police

10   Officer    Robert    Powers, P-O-W-E-R-S.

11   Shield 13732, Central Park Precinct.

12            THE COURT:    Officer, you are going to

13   have to talk directly into that microphone.

14

DIRECT EXAMINATION

BY MS. LEDERER:

16   Q        On April 19, 1989, how long had you been

17   assigned to the Central Park Precinct?

18   A        A little bit less than two years.

19

20   Q        And you were assigned to a particular unit

within the Central Park Precinct?

21

22   A        Central Park Precinct, Anti-Crime Unit.

23   Q        On April 19, 1989, what tour of duty did

24   you work?

25   A        Four to twelve.

Q        Who was your partner?

New York Supreme Court Clerk
101 Centre Street 17th Floor
New York, New York 10013
ENTERED OCT 3 - 1995

10/16/89

T14-fr

1                                                                746

POWERS — PEOPLE — DIRECT — LEDERER

2

3      A      Officer Eric Reynolds.

4      Q      Were you working on foot that night or were

you in a vehicle?

5

6      A      We were in a vehicle.

7      Q      In what vehicle were you in?

8      A      Green Parks Department van.

9      Q      Who was driving?

10     A      I was.

11     Q      Approximately what time did you   take   meal

that night?

12

13     A      Approximately eight o'clock.

14     Q           And   at about what time was it that you

finished meal and returned to duty?

15

16     A      Nine o'clock.

17     Q      What, if anything, did you   hear   over   the

radio when you returned from meal that night?

18

19     A      At approximately 9:30 we heard a call for

an assault at 102nd Street and the East Drive.

20

21     Q      Was there any   more   information   given   in

that communication that you heard?

22

23     A      A group of seven hispanics.

24     Q      Did you recognize the voice that put over

that communication?

25

A      No, I didn't.

10/16/89

NYCLD_024467

P-APP002369

T14-fr

747
POWERS - PEOPLE - DIRECT - LEDERER

Q    What did you do when you heard that communication?

A    We responded to the area.

Q    The communication that you heard regarding that assault, was there any description about the age of the seven hispanics?

A    It was a group of seven hispanics approximately 15 to 17 years of age.

Q    And was any description made -- given as to the gender or sex of those people?

A    Seven males.

Q    What did you do when you received that communication?

A    We were canvasing the area, in other words, I mean to search the area for the group.

Q    What area did you search?

A    The east drive -- along the East Drive from 96th Street to 102nd Street, that area.

Q    Did you see anyone in that area?

A    No, we didn't.

Q    Did you see any police vehicles in that area?

A    Yes, I did.

Q    Do you recall whether you saw marked cars

10/16/89

T14-fr

748

POWERS - PEOPLE - DIRECT - LEDERER

or  scooters  or cars from the Central Park Precinct
or other precincts?

A    From the Central Park Precinct and from the
23 Precinct.

Q    Did you see marked cars or unmarked cars?

A    They were marked.

Q    And approximately how  many  cars  did  you
see?

A    I'm not really sure.  A number of them.

Q    You recall where you saw them?

A    They were along the drive, the East Drive,
and inside the ballfield area.

Q    When  you  were  indicating  inside  the
ballfield  area,  could  you  please step down for a
moment and  approach  People's  7  in  evidence  and
indicate  where  it  was  that  you  saw  the  other
vehicles?

A    Right in this area over here (Indicating).

        MS. LEDERER:  Indicating the northeast
        portion of the ballfield and the west  side
        of the East Drive.

Q    Where did you go after you responded to the
East Drive and 102nd Street?

A    We were just searching around this area of

10/16/89

T15-1f

749
POWERS — PEOPLE — DIRECT — LEDERER

the park (indicating).

Q     When you were indicating the area again of the northeast portion of the ballfield area, were you driving on paths or on the grass or on roads?

A     Either on the main road itself or on the footpaths which are paved.

Q     Did you hear any other communications while you were canvasing that area?

A     Yes, we did.

MS. LEDERER:     You may resume your seat.

(Witness complies)

Q     What was the next communication that you heard over the radio?

A     I believe it was Central Park base stating that they had numerous callers for a large group of 30 or 40 teenagers.

Q     Did that report give any reference as to the race of the people that it was describing?

A     I believe it was male black and hispanics.

Q     When you say Central Park base, what are you referring to?

A     The Central Park Precinct has a radio at the base.

10/16/89

NYCLD_024470

P-APP002372

T15-1f

750

POWERS — PEOPLE — DIRECT — LEDERER

Q    When you say Central Park base, are you saying those radio communications came from within the Central Park Precinct?

A    Yes.

Q    Did that message or radio communication give a location for that group of 30 to 40 male blacks?

A    I believe the second message, which was from the base, came about 100 Street and the East Drive.

Q    Was there a description of the age of those people?

A    I'm unsure.

Q    When you were describing the Central Park base, are you familiar with -- withdrawn.

Is there a call box system within Central Park?

A    Yes, there is.

Q    Would you describe what that system is and how it works?

A    It is a cellular phone which is -- they are placed throughout the precinct where people can call up and call directly to the precinct.

Q    If someone picks up a call box within

10/16/89

T15-1f

751

POWERS - PEOPLE - DIRECT - LEDERER

Central Park, where is that telephone answered?

A        At Central Park precinct.

Q        What happened with the information -- what are the choices that the Central Park Precinct has with respect to receiving that information?

A        They can either put it over the radio themselves or they can call Communications and have the dispatcher put it over also.

Q        When you say they can call Communications, is that 911?

A        Yes.

Q        At about what time was it that you heard the communication regarding the 30 to 40 male blacks -- excuse me, blacks and hispanics?

A        About five minutes after the first call.

Q        And do you recall approximately what time that would make it?

A        9:35.

Q        Where did you go when you heard the call from Central Park base?

A        It went a little further southbound to search the area along there.

Q        Do you recall exactly -- when you say southbound -- do you recall exactly where you went?

10/16/89

NYCLD_024472

P-APP002374

T15-1f

752

POWERS - PEOPLE - DIRECT - LEDERER

A      Not exactly.

Q      All right.   Was   an   area   specifically
mentioned  in  that radio communication you heard at
9:35?

A      Not that I remember.

Q      Approximately how long  did  you  drive  in
that area in response to that communication?

A      Another five or ten minutes.

Q      Did you hear any other radio communications
while you were doing that?

A      There  were a number of different radio
communications based on the group, a large group.

Q      What type of transmissions?

A      I think the next one came from,  also   from
Central  Park  base stating that the large group was
96th STreet, on the bridle path.

Q      And did you go to that location?

A      Yes, we did.

Q      Did   that   communication   contain   a
description of the group?

A      Just a large group.

Q      Did it contain any mention of the race of
the group?

A      I'm not sure.

10/16/89

T15-1f

753

POWERS — PEOPLE — DIRECT — LEDERER

Q    Did it contain any mention of the age of the members of the group?

A    I'm not sure.

Q    Did it contain any reference to the gender of the group?

A    All males.

Q    What did you do when you heard that communication?

A    We continued further south to canvas that area to see if we could find that group.

Q    Where specifically did you go when you went further south?

A    I'm not sure.  We just traveled along the footpaths.

Q    And what general area are you referring to?

A    96th Street and the East Drive.

Q    Did you see anything when you went to that location?

A    No.

Q    Did you hear any other communications?

A    The next one I believe was a Central Park scooter who stated that he was informed by a jogger that he was being harassed as he ran along the Reservoir somewhere about the tennis courts.

10/16/89

NYCLD_024474

P-APP002376

T15-1f

754

POWERS - PEOPLE - DIRECT - LEDERER

1
2
Q        Approximately what time did that
3
communication come over the air?
4
A    Not too much after the 96th Street call.
5
Q    And was there description, if you recall,
6
7
regarding the members of the group that had
committed that assault?
8
9
A    A group of hispanics and blacks.
Q    Did it give any reference to sex?
10
A    Teenage males.
11
Q    And where did you go in response to that
12
call?
13
A        He headed back further north which is the
14
tennis courts -- well, I should say west.    I'm
15
sorry.
16
We headed over west to the tennis court
17
area where we once again didn't see anything.
18
Q    When you say you didn't see anything, you
19
referring to whether you saw any vehicles or any
20
members of a group or any people resembling a group?
21
A    I mean we didn't see anybody resembling a
22
group.
23
MR. DILLER:  Impossible to hear.  He
24
must speak slowly and loudly.
25
THE COURT:  Officer, you have to talk

10/16/89

T15-1f

755

POWERS — PEOPLE — DIRECT — LEDERER

directly into the microphone as close as you can, talk directly into it.

Q    After you were at the location you just described and you didn't see any group of persons resembling the group you were looking at, what, if anything, did you do?

A    We continued to search in the area of the north meadow thinking that maybe they went further north.

Q    Approximately how long did you search in that area?

A    Maybe another five minutes.

Q    What, if anything, did you do at that point?

A    We just continued to drive around.

Q    Did there come a time you exited the park?

A    I don't believe so, no.

Q    Did there come a time when you went to 100th STreet and Central park West?

A    Yes.

Q    And approximately how long was it after you heard — withdrawn.

Had you heard any communications prior to leaving the park?

10/16/89

NYCLD_024476

P-APP002378

T15-1f

756

POWERS - PEOPLE - DIRECT - LEDERER

1

2

A      Yes, we did.

3

4      Q      And what did you hear before you left the

5   park?  Before you went to 100th Street  and  Central

6   Park West, did you hear any radio communications?

A      Yes, I did.

7

8      Q      What did you hear?

9      A      There  was  a male jogger who was badly

10  bleeding from the head at about 96th Street and  the

    bridle path.

11

12     Q      Did you receive any information from the

13  person putting that communication over the air?

14     A      Yes, I did.

15     Q      Did you receive any  information  regarding

16  how that person came to be injured?

17     A      They -- at the time they believed he was

18  either hit with a bat or a stick across the head.

19     Q      Did you receive a description of the person

20  or persons who struck that man?

21     A      It was a description of four or  five  male

22  blacks, teenagers, heading northbound.

23     Q      Where  were  you  when  you  heard that

    communication?

24

25     A      I'm unsure at this time.

       Q      What  did  you  do  when  you  heard  that

10/16/89

NYCLD_024477

P-APP002379

T15-1f

757

POWERS — PEOPLE — DIRECT — LEDERER

communication?

A    We headed towards that area.

Q    When you say that area, where are you referring to?

A    96th Street and the bridle path.

Q    And did you go to that location?

A    We didn't get all the way down there, no.

Q    What happened?

A    We decided to go further north because we didn't see anybody in the park. And as we were going down, we knew they had to be further down by then.

Q    And what did you do?

A    We exited the park at 100th Street and Central Park West.

Q    When you say you were heading south and then you decided to head north, where were you when you made the decision to change direction?

A    Approximately 97th Street or 98th Street.

Q    What did you do at that point?

A    We turned the vehicle around and went back up north.

Q    And where did you go when you headed north?

A    To 100th Street and Central Park West.

10/16/89

NYCLD_024478

P-APP002380

T15-1f

758

POWERS — PEOPLE — DIRECT — LEDERER

Q          At   the   time that you -- how much time elapsed from the time you heard the call  about  the jogger  with  the  head  injury until  you  arrived at 100th STreet and Central Park West?

A     About 15 minutes.

Q     And what, if anything, did you see when you got to 100 Street and Central Park West?

A     Saw a group of  about  15  male  black  and hispanic teenagers, 15 to 17.

Q     Where did you see them?

A     101st Street and Central Park West.

Q       What, if anything, did you see that group doing?

A     They were just walking along.

Q     Which direction were they walking?

A     Northbound.

Q     Which side of the street were they on?

A     West side.

Q     When you saw this group, could you describe -- withdrawn.

      Was the group walking on the sidewalk or on the street?

A     On the sidewalk.

Q     Can you describe the formation of the group

10/16/89

NYCLD_024479

P-APP002381

T15-1f

1                                                                759
                    POWERS — PEOPLE — DIRECT — LEDERER
2
that you observed?
3
        A    They were just  a  group  of  kids  walking
4
along.
5
        Q     When you say it was a group, was the group
6
spread out or was it densely packed?
7
        A    I would say densely packed.
8
        Q    Were the people in the group --
9
                    MR. RIVERA:    Objection  to  "densely
10
        packed," your Honor.
11
                    THE COURT:   I will allow it.
12
        Q     Were you able to see the sex or gender of
13
the persons you saw in that group?
14
        A    Yes, I was.
15
        Q    What did it appear to you?
16
        A    They all appeared to be male.
17
        Q    When you looked at the group, were you able
18
to form an  impression  as  to  the  race  of  those
19
people?
20
        A    Yes, I was.
21
        Q    What did you observe them to be?
22
        A    Black and hispanic.
23
        Q     And were you able to form an impression as
24
to the age of those people?
25
        A    Yes, I was.

10/16/89

NYCLD_024480

P-APP002382

T15-1f

760

POWERS — PEOPLE — DIRECT — LEDERER

1
2
3

Q     And what did the age of those people look to you?

4
5

A     Approximately 15 to 17 years.

6

Q     What did you do when you noticed them?

7
8

A     Started heading northbound, and at about 102nd Street, we turned off to the side where they were approximately -- they were approximately at 102nd Street, just a few feet away from 102nd Street.

9
10
11

Q     Was there a reason that you turned off at 102nd Street?

12
13

A     Well, we felt they fit the description, and we were planning on stopping them.

14
15
16

Then Officer Flores came up behind us in a scooter, and we thought the group saw the scooter. So we wanted to get over as quickly as possible, before they fled.

17
18
19

MR. RIVERA:  Objection.

20
21

THE COURT:  Just tell us what you were doing, what your thoughts were.

22

Q     Officer Flores -- who was Officer Flores?

23
24

A     She is a uniformed police officer in Central Park Precinct.

25

Q     Was she working in uniform that night?

10/16/89

T15-1f

761

POWERS — PEOPLE — DIRECT — LEDERER

A       Yes, she was.

Q       And the scooter that you made reference to, was that a marked police scooter?

A       Yes, it was.

Q       Where were you aware of that scooter in relation to your driving as you are driving north on Central Park West?

A       It was just behind us.

Q       Could you see the vehicle?

A       In my mirrors, yes.

Q       When you could see the scooter in your mirrors, where could you see Officer Flores in relation to your van?

A       Just right behind us.

Q       Would you describe the manner in which you pulled the van into 102nd Street?

A       I made a very sharp turn across the double yellow lines to situation the van right between the two cross walks.

Q       What, if anything, did you do when you did that or immediately after you did that?

A       I jumped out of the car and said stop, police; and the group fled.

Q       You said the group fled, what, if anything,

10/16/89

NYCLD_024482

T15-1f

762

POWERS - PEOPLE - DIRECT - LEDERER

did you see the people in that group do?

    A    They just had startled looks on their faces and just ran.

    Q    Did everyone in the group run?

    A    No.

    Q    Would you describe who, if anyone, did not run?

    A    Raymond Santana and Lopez.

    Q    Prior to that occasion, did you know Raymond Santana or Steve Lopez?

    A    No.

    Q    And -- withdrawn.

    When the group ran, were those two people still remaining?

    A    Yes, they were.

    Q    What, if anything, did you do with respect to those two?

    A    We grabbed them and put them up against the wall.

    Q    When you say "we" who are you referring to?

    A    Myself and Officer Reynolds.

    Q    When the van pulled up, who was closer to the group, yourself or Police Officer Reynolds?

    A    I was.

10/16/89

NYCLD_024483

P-APP002385

T15-1f

763

POWERS — PEOPLE — DIRECT — LEDERER

1
2
Q        And what did you do when you jumped out of
3
the van?
4
A        I identified myself as    a    police   officer,
5
and   when   the    group   began   to flee, I grabbed the
6
first person that I could grab.
7
Q        And who was that?
8
A        I'm not sure which one it was.
9
Q        By the time you did that, where was Officer
10
Reynolds?
11
A        He was coming around the front of   the   van
12
to catch somebody else.
13
Q        At the time -- at the point at which you
14
grabbed one person   and   two   people   were   stopped,
15
what, if anything, was said?
16
A        One of the two stated that, "We weren't
17
with the group.  We weren't with   those   guys.     We
18
didn't do anything."  And the other one said, "Yeah,
19
they were going to jump us."
20
Q        Do you know if it was Raymond SAntana or
21
Steven Lopez that said those two statements?
22
A        Lopez stated the first one; and   I   believe
23
Santana stated the second one.
24
Q        Would you describe the demeanor of Steven
25
Lopez at the time that he was stopped there?

10/16/89

NYCLD_024484

P-APP002386

T15-1f

764

POWERS — PEOPLE — DIRECT — LEDERER

A     They were kind of shocked.

          MR. BURNS:   I'm  sorry, I   didn't   hear
that.   Shocked?

          THE COURT:   Shocked.

          MR. BURNS:   Shocked.

Q        And    what   was   the   demeanor of Raymond
Santana?

A     Also shocked and nervous.

          MR. RIVERA:   Objection, your Honor   to
the characterization.

          THE   COURT:   Describe what you mean by
that.       Describe      how      they      appeared
physically?

          THE  WITNESS:     Just   their eyes were
popping out of their heads.

          MR. BURNS:   Did I miss something?

          THE COURT:   Eyes popping out of   their
heads.

          MR. BURNS:   Eyes popping.

Q        How close were Raymond Santana and Steve
Lopez when you pulled up and jumped out?

A     Closer than you and I.

          MS. LEDERER:   For the record --

          THE COURT:   Twelve feet.

10/16/89

NYCLD_024485

P-APP002387

T15-1f

765

POWERS — PEOPLE — DIRECT — LEDERER

MR. BURNS:   Closer   than;   what   does that mean?

THE COURT:   Closer   than   where   the District Attorney   is   and   the   officer; closer than that.

THE WITNESS:   Approximately five feet.

Q     You said that those two people were taken and put against the wall.   What, if anything, happened next?

A     Officer Flores was in pursuit in the three-wheel scooter.

Q     Could you describe what you saw Officer Flores going on the scooter?

A     She was heading southbound up Central Park West and then turned westbound on 101st Street.

Q     What, if anything, did you do at that point?

A     I started heading southbound on Central Park West also.

Q     Prior to heading south on Central Park West, did you do anything with respect to Raymond Santana and Steve Lopez?

A     No, I didn't.

Q     Did you handcuff them?

10/16/89

T15-1f

766

POWERS - PEOPLE - DIRECT - LEDERER

A    No.

Q    Where did you go?

A    Before I got to 101st Street, the group had turned around and they came back east along 101st Street and ran across Central Park West and started jumping over the wall back into Central Park.

Q    Approximately how many people from the group did you see running back east on 101st Street?

A    I would say about 10 or 11.

Q    What, if anything, did you do when you saw them doing that?

A    I gave pursuit.  I jumped over the wall also.

Q    If you would please step down, with the Court's permission, and approach People's 7 in evidence.

Could you indicate where you went over the wall and the route that you took after you exited Central Park again?

A    I jumped over the wall approximately between 101st Street and 102nd Street, and the group was jumping over about 101st STreet (indicating). And further down and some entered the park without jumping over.  There is an entrance at 100 Street.

10/16/89

NYCLD_024487

P-APP002389

T15-1f

767

POWERS — PEOPLE — DIRECT — LEDERER

(Indicating)

Q    And where did you go when you  entered  the park?

A      I ran down into this area, just south of the  pool  and  the  group  was  all  --  they  were scattered all throughout this area (indicating).

MS.  LEDERER:   Indicating  the  area north of 100 Street and south of the pool.

Q    Would you please describe the  course  that you took as you continued?

A    As I came over the wall I saw a youth with a red jacket running along the wall as  I  gave  him pursuit.  Another unit came up, the other half of my anti-crime unit came up and apprehended him.

Q      You  were  indicating  on People's 7 in evidence the route that the person in the red jacket took.  Could  you  please  indicate  that  with  the pointer and describe what you're referring to?

A      He was running along the wall and I was running behind.  The Anti-Crime unit came  up  along this route --

Q    Indicating came north on the West Drive and turned west on 100th STreet?

A      Right.  They jumped out of the vehicle and

10/16/89

NYCLD_024488

P-APP002390

T16-fr

768

POWERS - PEOPLE - DIRECT - LEDERER

also saw him running and apprehended him somewhere around 100 Street and Central Park West.

Q       Do you know the name of who that person turned out to be that was apprehended at that location?

A       Lamont McCall.

Q       Where did you -- well, withdrawn.

Did you observe the other half of the Anti-Crime team apprehend Lamont McCall?

A       Yes I did.

Q       Where did you go after that?

A       I noticed another two youths running eastbound and I gave chase to them also.

Q       And where did you chase those two people?

A       Across the drive, and they were apprehended right about here, somewhere.   There's a ballfield over here.

Q       Indicating -- Can you indicate a general location and describe where it is with respect to the words, "North Meadow" on that map?

A       Northwest of this right here.

Q       Of the writing, "North Meadow"?

A       Yes.

Q       During the time you were in Central Park,

10/16/89

NYCLD_024489

P-APP002391

T16-fr

769

POWERS — PEOPLE — DIRECT — LEDERER

pursuing these people, did you have your radio with you?

A     Yes, I did.

Q     Were you broadcasting your pursuit?

A     Yes, I was.

Q         As you ran into the North Meadow by the ballfield, did you catch anyone?

A     Yes, I did.

Q     Will you describe how it was you came to catch someone?

A     There's a rock formation right over here, quite a large rock formation --

Q     Indicating again above the word "North" in North Meadow.

A     As I was running behind, I was gaining on one of the suspects and I dove on him from behind with a closed fist and came around and caught him -- like kind of punched him in the face, trying to -- you know, get him to the ground.

Q     When you indicated what you were doing, you came from behind this person, and you were indicating with your right hand a motion. You had your hand closed?

A     Yes, I did.

10/16/89

NYCLD_024490

P-APP002392

T16-fr

770

POWERS - PEOPLE - DIRECT - LEDERER

Q    Would you describe exactly what it was that you did in order to apprehend or tackle that person?

A    I was trying to get around his neck, and I missed, and I was a little high and I caught him in the face.

Q    What happened as you did that?

A    We both went down.

Q    And what did you do when you came down with that person that you were chasing, that you grabbed?

A    I grabbed him and placed him in handcuffs.

Q    You may resume the witness stand.

         (Witness complies)

Q    As you were doing that, you indicated -- as you were describing how it was how you came to apprehend the person you were pursuing in Central Park, you indicated you were using -- was that your right hand?

A    Right hand, yes.

Q    And as you were coming behind the person, on what side of the person you were chasing, did your hand come around?

A    His right cheek.

Q    And is that when you said you connected with him? Did you connect with his right cheek with

10/16/89

NYCLD_024491

P-APP002393

T16-fr

POWERS - PEOPLE - DIRECT - LEDERER                    771

your right hand?

        A       Yes, I did.

        Q       What was the name of that person?

        A       Kevin Richardson.

        Q       At the time -- as you went through what you
just described to catch him, you fell down?

        A       Yes.

        Q       And did you fall also?

        A       Yes, I did.

        Q       What did you do next?

        A       I turned him around near the rock and
handcuffed him.

        Q       When you say you turned him around, what do
you mean?

        A       FAce his face towards the rocks.

        Q       Did you have your gun drawn at the time?

        A       No, I didn't.

        Q       And was there anyone else pursuing any one
in the area where you were?

        A       Yes, there was.  Officer Hennigan was  with
me  and  Officer Kozmalski was on the scooter and he
kind of corraled the suspect.

        Q       Do you know the name of that person?

        A       That was Clarence Thomas.

10/16/89

NYCLD_024492

P-APP002394

T16-fr

1                                                                772
              POWERS — PEOPLE — DIRECT — LEDERER
2

3       Q      When you say Officer Hennigan was with you,

4    at what point did Officer Hennigan join you?

5       A      She was a little bit behind me.

6       Q      During the chase of Kevin Richardson?

7       A      Yes.

8       Q      At the time you  caught  Kevin  Richardson,

9    was she with you?

10      A      No, she wasn't.

11      Q       What did you do after you handcuffed Kevin

12   Richardson?

13      A      I waited for Officer Kozmalski to make sure

14   he got Clarence Thomas under cuffs —— in cuffs.

15      Q      And then what did you do?

16      A      We called for another unit to come over.

17      Q      Did someone respond to you?

18      A      Sergeant Carabetta and his operator.

19      Q      And where did Sergeant Carabetta appear?

20      A      To the North Meadow.

21      Q      Did he drive  onto  the  Meadow  where  you

22   were?

23      A      Yes, he did.

24      Q       And  what, if anything, did you do when

25   Sergeant Carabetta arrived?

        A      We placed  Kevin  Richardson  and  Clarence

10/16/89

NYCLD_024493

P-APP002395

T16-fr

773

POWERS - PEOPLE - DIRECT - LEDERER

Thomas in the car.

Q    And did anyone else get in that car?

A    Yes, I did.

Q    Was that a marked radio car?

A    Yes, it was.

Q    After you placed Kevin Richardson and Clarence Thomas in that car, who -- who else was in that car?

A    Officer Sullivan and Sergeant Carabetta.

Q    And yourself?

A    And myself.

Q    Will you describe where everyone was seated in the car?

A    Myself and Kevin Richardson and Clarence Thomas were all in the backseat.

Q    And in what relation were the three of you sitting, one to the other?

A    I know I was behind the operator and I don't know how the other two were situated.

Q    And Kevin Richardson was handcuffed at the time?

A    Yes.

Q    Who sat in the front?

A    Sergeant Carabetta and Officer Sullivan.

10/16/89

NYCLD_024494

P-APP002396

T16-fr

774

POWERS — PEOPLE — DIRECT — LEDERER

Q        What happened after everyone was in the car?

A    Clarence Thomas began to cry and stating "I know who did the murder.  I know who did the murder. I know where he lives and I'll tell you his name."

Q    Prior to Clarence Thomas saying that, had you asked him any questions?

A    No, I didn't.

Q    Did he say anything further to you at that time?

A    Kevin Richardson also stated that he knew who did it.  He said, "Yeah, I know who did it, and I'll tell you also."  And then Clarence stated it was Antron McCray.       "He lives at

,"  and  the Kevin Richardson stated "Yeah, that's who did it."

Q        Did either of them say anything else to you?

A    Clarence also stated he knows the pipe that he used.  He said he put it at 97th Street and Central Park West, near the projects.

            THE COURT:   who said that?

            THE WITNESS:  Clarence Thomas.

Q    Were those statements while the vehicle was

10/16/89

NYCLD_024495

P-APP002397

T16-fr

775

POWERS — PEOPLE — DIRECT — LEDERER

moving or while it was still stationary?

A        While we were enroute to 100 Street and Central Park West.

Q    What happened when you arrived at 100 Street and Central Park West?

A        I informed my sergeant of the statements that the two made.

Q    When you say you informed your sergeant, to whom are you referring?

A    Sergeant Laile.

Q    And where did you inform him of those statements?

A    At 100 Street and Central Park West.

Q    Were you still in the vehicle at that time?

A    No, I had gotten out.

Q    Was Kevin Richardson still in the vehicle?

A    Yes, he was.

Q        And was Clarence Thomas still in the vehicle?

A    Yes, he was.

Q    Was there a discussion at 100 Street and Central Park West regarding a show-up?

A    Yes, there was.

Q        Do you recall what was said and who said

10/16/89

NYCLD_024496

P-APP002398

T16-fr

POWERS - PEOPLE - DIRECT - LEDERER                776

it?

A      Sergeant Laile and Sergeant Carabetta and Sergeant Wheeler were together and discussed how they were going to try and get together a show-up with the complainant that was hit in the head at 96th STreet.

Q      And was it possible to do a show-up?

A      No, it wasn't possible.

Q      How long did you remain at -- withdrawn.

Did there come a point that you went back to 102nd Street and Central Park West?

A      Yes, there was.

Q      Approximately how long after you arrived at 100 STreet and Central Park West did you go to 102nd STreet and Central Park West?

A      Approximately ten minutes.

Q      What was the reason you went back to 102nd STreet and Central Park West?

A      My partner, Officer Reynolds was back with the van, which I had the keys, so I had to pick him up and the van.

Q      And after you returned to 102nd STreet and Central Park West did you return to 100 and Central Park West again?

10/16/89

NYCLD_024497

P-APP002399

T16-fr

                                                                777
                    POWERS — PEOPLE — DIRECT — LEDERER

    A       Yes, we did.

    Q       And approximately how much time went by?

    A       I really don't know.

    Q       From the time you first arrived at 100
Street and Central Park West until you left 100
Street and Central Park West to go to the Central
Park Precinct, how long were you at that location,
at 100 Street and Central Park West?

    A       Approximately a half-hour.

    Q       At that point did you return to the Central
Park Precinct?

    A       Yes, we did.

    Q       How did you get there?

    A       I drove the van with Officer Reynolds.

    Q       And do you know how Kevin Richardson got to
the Central Park Precinct?

    A       He went with Officer Sullivan and Sergeant
Carabetta.

    Q       At any time at 100 Street had he been taken
out of that car?

    A       No.

    Q       Do you know how Raymond Santana and Steve
Lopez got to the Central Park Precinct?

    A       No, I don't.

10/16/89

NYCLD_024498

P-APP002400

T16-fr

778

POWERS - PEOPLE - DIRECT - LEDERER

Q    What happened when you arrived at the Central Park Precinct?

A    We brought all five of the people in front of the desk, the Central Park desk.

Q    When you say "the desk", is that the desk sergeant at the Central Park Precinct?

A    Right.

Q    And how long were you before the desk sergeant?

A    I was only there for about five minutes.

Q    What was the purpose of going before the desk sergeant?

A    For everything to be logged for pedigree information.

Q    You said that you were only there for approximately five minutes.

     What, if anything, did you do after those five minutes?

A    I took everybody's phone number and somebody's name. Who they can be reached, so I can contact family members.

Q    Where did you go -- withdrawn.

     After you took -- did you take that information from each of the five suspects?

10/16/89

T18-fr

825

1              POWERS — PEOPLE — CROSS — BERMAN

2        A        That's right.

3        Q        Did you have notes that you wrote them from

4    or you just wrote them entirely from your memory?

5        A        Entirely from my memory.

6        Q        Was your memory clear about these or was

7    that the best you could reconstruct them three and a

8    half weeks later?

9        A        I would say it was pretty clear.

10       Q        Is it fair to say that by May 11th that you

11   knew this was a pretty important case?

12       A        Yes, it's a very important case.

13       Q        Is it also fair to say that according to

14   you all these statements were made before 2:30 in

15   the morning on the morning of April 28th, isn't that

16   right?

17       A        That's right.

18       Q        And is it fair to say you didn't know

19   anything about a female jogger until at least until

20   after 4 a.m. that morning?

21       A        That's right.

22       Q        Is it fair to say that when these

23   statements were allegedly made the case was not all

24   that important?

25                      MS. LEDERER:   Objection.

10/16/89

P-APP002402

T18-fr

826

POWERS — PEOPLE — CROSS — BERMAN

1

2          THE COURT:   Objection sustained.

3      Q          You testified about either arresting or

4  being present when three youths were arrested in the

5  park that night; correct?

6      A     That's correct.

7      Q     And two of those then  traveled  in  a  car

8  with you for a while?

9      A     That's right.

10     Q          And I think you testified that they made

11 various statements while in that car?

12     A     That's right.

13     Q     Again, none of which were  in  response  to

14 questions by you; is that right?

15     A     That's right.

16     Q      Did any of those, who were  in the car with

17 you, any of those youths say  anything  about  Steve

18 Lopez?

19     A     Nothing that I wrote down.

20     Q       Nothing that you wrote down then or ever;

21 is that right?

22     A     That's right.

23     Q     And in the entire  time  you  were  in  the

24 precinct,  did  any of the youths say anything about

25 Steve Lopez?

10/16/89

NYCLD_024547

P-APP002403

T1-1f

321

SUPREME COURT OF THE STATE OF NEW YORK

COUNTY OF NEW YORK : CRIMINAL TERM : PART 59

THE PEOPLE OF THE STATE OF NEW YORK

        -against-

RAYMOND SANTANA, KHAREY WISE, YUSAF SALAM,
ANTRON McCRAY, KEVIN RICHARDSON, STEVE LOPEZ,
MICHAEL BRISCO,

              Defendants.

              October 13, 1989

B E F O R E:

        HONORABLE THOMAS B. GALLIGAN, J.S.C.

        (Appearances as heretofore noted)

       *      *      *      *      *

        COURT CLERK:  Indictment 4762 of 1989,
Kharey Wise, Yusaf Salam, Antron McCray,
Kevin Richardson, Steve Lopez, Michael
Brisco, and Raymond Santana; continued
hearing.

        (Whereupon, counsel for the defendants
gave their appearances.)

        THE COURT:  Are we ready to resume?
It is now 10:25.  This matter was set down
for 10:00.  The usual starting time is
9:30.  I agreed to start at 10:00 for
counsel's convenience so they could take
care of other matters.  I would advise

10/13/89

NYCLD_023067

P-APP002404

T 1—1f

322

COLLOQUY

1
2  counsel to be here at the time scheduled,
3  10:00 in the morning.
4      Ready to proceed?
5      MS. LEDERER: Yes, your Honor.
6      Prior to calling People's next
7  witness, Officer Reynolds, there is
8  additional Rosario materials to be turned
9  over. And I have prepared a packet of the
10  pages for each attorney: one page of hand-
11  written notes for Officer Reynolds; one
12  page, hand-written copy of UF—61, the typed
13  copy having been turned over; on-line
14  booking sheet, one copy of which has been
15  turned over already. (Handing to Defense
16  Counsel)
17      MR. MOORE: Your Honor, my only
18  request is that in the future, the District
19  Attorney not release documents on an
20  installment basis, but to do it at one
21  particular time so that we may maintain the
22  flow and logic of preparation.
23      THE COURT: Okay. Who is your next
24  witness?
25      MS. LEDERER: Officer Reynolds.

10/13/89

NYCLD_023068

P-APP002405

T1-1f

323

1       COLLOQUY
2  P.  O.   E R I C    R E Y N O L D S,  Shield  17510,
3       Twenty-third  Precinct  Robbery  Unit, New York
4       City Police Department, called as a witness  by
5       the  People,  having  been  first  duly  sworn,
6       testified under oath as follows:
7              COURT  OFFICER:    In  a  loud,  clear
8          voice, state your full name for the record,
9          spelling   your   last   name;   your   shield
10         number, and present assignment.
11             THE  WITNESS:    Police  Officer  Eric
12         Reynolds;  R-E-Y-N-O-L-D-S;  Shield  17510,
13         23rd Precinct Robbery Unit.
14             THE  COURT:   All  right.
15 DIRECT EXAMINATION
16 BY MS. LEDERER:
17     Q     Officer Reynolds, on April 19, 1989,  where
18 were you assigned?
19     A     Central Park Anti-Crime Unit.
20     Q     What tour of duty were you working on  that
21 day?
22     A     Four p.m. to midnight.
23     Q     And did you have  a  particular  assignment
24 within the Central Park Precinct?
25     A     Yes, Anti-Crime duties.

10/13/89

NYCLD_023069

P-APP002406

T1-1f

324

REYNOLDS — PEOPLE — DIRECT — LEDERER

1

2     Q     What are the duties of the Anti-Crime unit?

3     A         That is to make arrests for any kind of

4 crimes in progress while working in civilian

5 clothes.

6     Q     Does that mean you don't work in uniform?

7     A     That's correct.

8     Q     And that night of April 19, 1989, were you

9 working on foot, or were you in a vehicle?

10     A     I was in a vehicle.

11     Q     What type of vehicle were you in?

12     A     It was a green Parks Department vehicle.

13 It was a van.

14                 MR. MADDOX: I can't hear.

15                 THE COURT: Green Parks Department

16         vehicle.

17     Q     Did you work with a partner on that date?

18     A     Yes, I did.

19     Q     Who was your partner?

20     A     Police Officer Powers.

21     Q     Did there come a time on the evening of

22 April 19, 1989 that you heard a radio communication

23 regarding activity in Central Park?

24     A     Yes.

25     Q     At what time did you hear such a

10/13/89

NYCLD_023070

P-APP002407

T1-1f

325

REYNOLDS - PEOPLE - DIRECT - LEDERER

1
2    communication?

3        A      It was approximately 9:30.

4        Q          What was the radio communication that you

5    heard at that time?

6        A      Disorderly males  in  the  park,  harassing

7    people.

8        Q          WHen  you heard that communication, was

9    there a   communication  give  for  where  that  this

10   orderly group was?

11       A       It was approximately, I believe, the west

12   side of 100th Street.

13       Q      Do you recall where you were when you heard

14   that?

15       A      I believe I was on Central Park West headed

16   northbound.

17       Q      Where did  you  go  after  you  heard  that

18   communication?

19       A      The north end of the park.

20       Q      Who was driving that night?

21       A      Officer Powers.

22       Q          When you say you went to the north end of

23   the park, where did you go?

24       A      We went to the location specified.  We went

25   in that area to canvas.

10/13/89

NYCLD_023071

P-APP002408

T1-1f

326

REYNOLDS - PEOPLE - DIRECT - LEDERER

1

2    Q    What area did you go to?

3    A    The East Drive -- West Drive up on the

4 north end, around 102nd Street.

5    Q    Do you recall whether you went to the east

6 side or the west side?

7    A    I started at the west side, and went from

8 the west to the east side.

9    Q    Were you directed to go to the east side?

10   A    Yes, I believe so, yes.

11   Q    When you say you were canvassing the area,

12 what does that mean?

13   A    It means we were searching for people

14 described in the radio run.

15   Q    What route did you take to go to the

16 location of the East Drive on 102nd Street?

17   A    We went north on Central Park West and then

18 into the park.

19   Q    Where did you go into the park?

20   A    I believe it was either 90th Street or

21 100th Street.

22   Q    And when you entered the park, did you

23 drive on the roadway or any of the paths?

24   A    We did both.    We traveled along the

25 roadways, and then we went along some of the paths.

10/13/89

NYCLD_023072

P-APP002409

T1-1f

327

REYNOLDS - PEOPLE - DIRECT - LEDERER

1

2  Q        Did you arrive at the East Drive in the
3  area of 102nd Street?

4  A    Yes.

5  Q    What, if anything, did you see at that
6  location?

7  A    Really nothing in the beginning.

8  Q        Did you see anything resembling the
9  disorderly group?

10  A    No.

11  Q    Did you see any police vehicles?

12  A    Yes.

13  Q    Do you recall what you saw?

14  A    I saw a couple -- several Central Park
15  Police vehicles and vehicles from the 23rd Precinct,
16  and the Manhattan North Task Force.

17  Q    Were those marked radio cars?

18  A    Yes.

19  Q        Did you have a conversation with any of
20  those people?

21  A    I had a couple of conversations, yes.

22  Q    At that time when you first arrived, did
23  you speak to any of these people?

24  A        We might have had a passing conversation,
25  you know, just asking if anybody had seen anything.

10/13/89

NYCLD_023073

P-APP002410

T1-1f

328

REYNOLDS - PEOPLE - DIRECT - LEDERER

MR. MADDOX:  Object (inaudible).

THE COURT:  Just tell us what conversation you had.

THE WITNESS:  I asked if anybody had seen anything.

Q    What did the people you spoke to say?

A    Nobody had seen anything at that point.

Q    The first communication you heard, did that give any kind of description in the park?

A    I believe it was seven to eight males, the very first one.

Q    Did it give any description, race?

A    I believe it was male blacks.

Q    Are you sure?

A    I'm not quite sure.

MR. MADDOX:  Objection, your Honor.

MR. RIVERA:  Objection.

THE COURT:  I will allow it.

Are you sure?

THE WITNESS:  No, I'm not sure.

Q    Did you hear any other radio communication after that first communication?

A    Yes.

Q    What was that communication?

10/13/89

T1-1f

329

REYNOLDS - PEOPLE - DIRECT - LEDERER

1

2    A    That there were approximately, I believe,

3 20 to 30 male blacks harassing and assaulting people

4 in the park.

5    Q    And do you recall at approximately what

6 time you heard that radio communication?

7    A    Do you mind if I look at my notes to

8 refresh my memory?

9           THE COURT: If you have to, you may.

10           Just tell us what you are using to refresh

11           your recollection.

12           THE WITNESS: It is a piece of paper

13           that I wrote down with the, you know, the

14           times.

15           MR. BERMAN: Judge, if I may, this

16           speaker, even when there's no talking,

17           makes such a loud noise we can't hear your

18           Honor talking.

19    A    It was about a quarter to ten.

20    Q    And do you recall where you were when you

21 heard that communication?

22    A    Well, I was in the north end of the park.

23 It might have been at 102nd Street and the East

24 Drive.

25    Q    How long did you stay at 102nd Street and

10/13/89

T1-1f

330

REYNOLDS — PEOPLE — DIRECT — LEDERER

1  the East Drive?

2
3     A     Not long.

4     Q          After   you   received   that   second

5  communication, where did you go?

6     A     Again, we --

7          MR. MOORE:  Objection.

8          THE COURT:  No, I'll allow it.

9          Go   ahead.    He was with somebody, he

10          already said that.

11    A     (Continuing)  We started to ride around the

12  park again to do a further canvas.

13    Q     What area of   the   park   were   you   driving

14  around in?

15    A     The north end.

16    Q          Would you indicate did you drive on the

17  road or paths?  Where did you go?

18    A     We did both.  We tried  to   concentrate   on

19  the paths because we didn't see anything.

20          THE   COURT:    You   can  tell  us  where,

21          when you say "we" you  are  talking  about

22          driving around in the car; but tell us only

23          what   you   saw,   talking about what you saw

24          unless somebody said something.  All right.

25    Q     Did you see anything during the   time   that

10/13/89

NYCLD_023076

P-APP002413