5/12/2020 TV Guide: The Trailer for Ava DuVernay's Central Park Five Series When They See Us Is Deeply Unsettling - Entertainment - The Palm Beach P…

Case 1:20-cv-08042-PKC   Document 46-16   Filed 07/01/20   Page 1 of 4

# The Palm Beach Post
## REAL NEWS STARTS HERE

Entertainment

# The Trailer for Ava DuVernay's Central Park Five Series When They See Us Is Deeply Unsettling

By TV Guide
Posted Apr 19, 2019 at 11:54 AM

The official trailer for Ava DuVernay's limited series When They See Us has arrived, and fair warning, it will stay with you for a while.

The gripping drama tackles the notorious case of five teenagers of color who were wrongfully accused of the rape and attempted murder of a white female jogger in New York City. In the harrowing trailer, Harlem natives Antron McCray, Kevin Richardson, Yusef Salaam, Raymond Santana and Korey Wise -- dubbed the Central Park Five -- face the daunting reality that they will probably go to jail for a crime they didn't commit. In reality, all five were convicted and sentenced to between five and 15 years in prison.

**Discover your new favorite show: Watch This Now!**

It's a deeply unsettling series that spans 25 years of their lives, from their questionable interrogation by police in 1989 to their exoneration in 2002 and settlement with the city of New York in 2014. In addition to producing, DuVernay also co-wrote and directed all four installments.

The project has enlisted an elite crop of actors to bring this story to life, including Michael K. Williams, Vera Farmiga, John Leguizamo, Felicity Huffman, Niecy Nash, Blair Underwood, Christopher Jackson, Joshua Jackson, Omar Dorsey, Adepero Oduye, Famke Janssen, and Aurora Perrineau. Dascha Polanco, William Sadler, Jharrel Jerome, Jovan Adepo, Aunjanue Ellis, Kylie Bunbury, Marsha Stephanie Blake, Storm Reid, Chris Chalk, Freddy Miyares, Justin Cunningham, Ethan Herisse, Caleel Harris, Marquis Rodriguez and Asante Blackk also star.

5/12/2020 TV Guide's the Trailer for Ava DuVernay's Central Park Five Series When They See Us Is Deeply Unsettling - Entertainment - The Palm Beach P…

Case 1:20-cv-08042-PKC Document 46-16 Filed 07/01/20 Page 2 of 4



*When They See Us* heads to Netflix Friday, May 31.

## Other Links From TVGuide.com

- When They See Us
- Ava DuVernay
- Michael K. Williams
- John Leguizamo
- Niecy Nash
- Felicity Huffman
- Joshua Jackson
- Blair Underwood
- Storm Reid
- Christopher Jackson
- Asante Blackk
- Kylie Bunbury
- Famke Janssen

P-APP002890



P-APP002891



