(#CancelLindaFairstein) until:2019-08-31 since:2019-08

Top Latest People Photos Videos

**MIRANTA LYSANDROU** @mirantal · Aug 28
Why is she not in prison yet? #CancelLindaFairstein
2 10

**Melo Wifida Poets** @juvenilepolitix · Aug 27
Barnes & Noble: #CancelLindaFairstein Justice for the Central Park 5 - Sign the Petition! chng.it/5j2bDW via @Change




Sign the Petition
#CancelLindaFairstein Justice for the Central Park 5
change.org
1

**Damola Olawumi** @damola_olawumi · Aug 26
#cancellindafairstein 100 times
1 4 9

**Volvo Car USA** @VolvoCarUSA
An adrenaline rush to your senses. The #XC60 was designed for you.



0:14
The Volvo XC60
www.volvocars.com
38 37 436
Promoted

**Nikki** @NJLT882 · Aug 26
Just finished #WhenTheySeeUs on #Netflix. Made me angry but mostly made me cry 😢 in the justice system abusing their powers. #CancelLindaFairstein
1 3 8

**einshel** @einshel_ · Aug 26
#CancelLindaFairstein #Now
1

**mamory** @mamory · Aug 26
I think all her pass cases need to re opened and examined. what if there are other innocent people in jail because of her?
#CancelLindaFairstein
2

**Spence** @DrSpencerReidB · Aug 25
#cancellindafairstein は検察官に転身した小説家を彼女の出版社、文学エージェントから削除し、さまざまな非営利団体の委員会から辞任させました。



'When They See Us' Sparked a Boycott Against Central Park Five Prose...
#CancelLindaFairstein has led to the prosecutor-turned-novelist to be dropped by her book publisher, literary agency, and to step down from ...
esquire.com
1
Show this thread

**Spence** @DrSpencerReidB · Aug 25
「シリーズが公開された週後に #CancelLindaFairstein (ハッシュタグ・キャンセル・リンダ・フェアスタイン) がトレンディングとなり、彼女のソーシャル・メディアにバッシングのメッセージが溢れたことから、彼女はアカウントを全てクローズ」
1
Show this thread

**Lima Santos** @mktsotifaoifreio · Aug 24
#asa Parabéns pela sua capacidade profissional de retratar tudo aquilo que aconteceu de maneira injusta com os cinco rapazes do #centralparkfive .
A Justiça de Deus se manifestou através de sua coragem de contar a verdadeira história. #cancellindafairstein



**Lima Santos** @mktsotifaoifreio · Aug 24
#Netflix NETFLIX obrigado por nos mostrar a verdadeira face do #Racismo escancarado, romantizado, e declarado por uma pessoa sem escrúpulos, apresentado por essa monstra. Vamos manter a Justiça Americana por sua ideologia Sra fairstein. #cancellindafairstein



**Tia** @TiaDotson714 · Aug 24
Amazon & all other book retailers : Linda Fairstein Central Park five book removal - Sign the Petition! chng.it/XFL9DkB7 via @Change. #cancellindafairstein




Sign the Petition
Linda Fairstein Central Park five book removal
change.org
1 2

**Fulano** @FulanoRH · Aug 24
#CancelLindaFairstein HOP
1

**FrauWurscht** @FrauWurscht · Aug 24
No more words needed.
#cancellindafairstein
#whentheyseeus
#humanrights
#humanequality
#Solidarity
#fuckrump




Ava DuVernay and 2 others
1 2

**Priscilla Estrada** @priestrada · Aug 24
What I don't understand is why Linda is not in jail for leading the pack in ruining the youths of innocent children. She's a horrible person. #cancellindafairstein
1

**IssoteO** @OoblaxMeca · Aug 23
Replying to @brandon_meca
Si tú dices sí #CancelLindaFairstein
1

**Ibrahimous** @Ibrahimous · Aug 23
Tell me #NewYork, why is #Fairstein out of jail? lapresse.ca/international/... #CancelLindaFairstein #netflix #injusticeseeus #BlackLivesMatter #TrumpIsAWhiteSupremacist




La justicière déchue
(New York ) La procureure qui a fait condamner les « cinq de Central Park », depuis disculpés, est sur la sellette depuis la diffusion d'une ...
lapresse.ca
1

**Gustavo Boldrini** @gcboldrini · Aug 23
Meio atrasado, mas o que eu acho é que é muito pouco. Cadeia era o mínimo pra todos os envolvidos nesse crime. #CancelLindaFairstein



Promotoras de caso retratado em série sofrem consequências por con...
Sucesso da série "Olhos que Condenam", da Netflix, reacendeu debate sobre o racismo no caso
folha.uol.com.br
1

**Kimoni Clothing** @ClothingKimoni · Aug 22
Kimoni hats going up 🔥

#blackfashion #blackdesigner #blackstyle #blacktrends #blackwealthmatters #blackhealth #blackmoney #blackdollar #blackcommunity #hsbcu #blackeducators #blackdollarsmatter #blacklove #blackfamily #blackrelationships #blackhistory #cancellindafairstein




1

**Kimoni Clothing** @ClothingKimoni · Aug 22
Kimoni for Her 🔥

#blackfashion #blackdesigner #blackstyle #blacktrends #blackwealthmatters #blackhealth #blackmoney #blackdollar #blackcommunity #hsbcu #blackeducators #blackdollarsmatter #blacklove #blackfamily #blackrelationships #blackhistory #cancellindafairstein



1

**Kimoni Clothing** @ClothingKimoni · Aug 22
Make Kimoni Clothing your destination stop for Back 2 School shopping 😊

#blackfashion #blackdesigner #blackstyle #blacktrends #blackwealthmatters #blackhealth #blackmoney #blackeducators #blackdollarsmatter #blacklove #blackfamily #blackrelationships #blackhistory #cancellindafairstein



1

**Kimoni Clothing** @ClothingKimoni · Aug 22
Kimoni for babies 🥰🙌🏾

#blackfashion #blackdesigner #blackstyle #blacktrends #blackwealthmatters #blackhealth #blackmoney #blackdollar #blackcommunity #hsbcu #blackeducators #blackdollarsmatter #blacklove #blackfamily #blackrelationships #blackhistory #cancellindafairstein




1

**Therese Harkoos** @tharkoos · Aug 21
Barnes & Noble: #CancelLindaFairstein Justice for the Central Park 5 - Sign the Petition! chng.it/tKQVsX4X via @Change




Sign the Petition
#CancelLindaFairstein Justice for the Central Park 5
change.org

**MinuteClinic** @MinuteClinic
MinuteClinic is wide open. Walk-ins welcome, 7 days a week.



0:05
MinuteClinic. Find your nearest location.
www.cvs.com
44 60 467
Promoted

**Rene Luque** @reneluq · Aug 21
Barnes & Noble: #CancelLindaFairstein Justice for the Central Park 5 - Sign the Petition! chng.it/LdchTwmP via @change_es




Sign the Petition
#CancelLindaFairstein Justice for the Central Park 5
change.org
1

**Jacob Solaqa** @JacobGSolaqa · Aug 21
btw #CancelLindaFairstein
1
Show this thread

**Luan Zorzan** @Zorzan · Aug 21
Ressuscitando meu twitter por motivos de: #CancelLindaFairstein
2

**Rodrigo Teles** @teles_pls · Aug 20
Also, fuck Linda Fairstein you miserable piece of shit.
You should be called Linda McBitch.
Puto, esta Queen Cunt tem FAIR no nome! HOW FUCKING IRONIC IS THAT?!
#CancelLindaFairstein #WhenTheySeeUs

> **Rodrigo Teles** @teles_pls · Aug 20
> Acabo de ver When They See Us.
> Sem palavras pra tamanha injustiça. Quantos mais casos como este haverão por aí e que não se sabe de nada...

1 2
Show this thread

**Jacqueline Burke** @Harpoline · Aug 20
Linda UnFairstein #cancellindafairstein
1

**Bastian** @Bastian70309641 · Aug 20
racista reculia, todo se paga en esta vida #CancelLindaFairstein

**Carolina Jimenez** @Carolainea94 · Aug 19
Barnes & Noble: #CancelLindaFairstein Justice for the Central Park 5 - ¡Firma la petición! chng.it/zgLMkj6t vía @ChangeorgCO




Sign the Petition
#CancelLindaFairstein Justice for the Central Park 5
change.org

**Inmyfeelings_04** @04Inmyfeelings · Aug 19
#CancelLindaFairstein
When I saw the Central Park five I cried.
It's sad when the person who committed the crime has more sympathy towards the boys then police and prosecutors.
1 1 4

**NJH** @hgh620 · Aug 19
Having watched #WhenTheySeeUs I will never read another Linda Fairstein book ever again. Goodbye Alexandra Cooper & Mike Chapman, you were created by a monster. #CancelLindaFairstein
2

**Tareq Salim, PhD, P.Eng** @TZSalim · Aug 19
#CancelLindaFairstein

**Kiara Marie** @KiaraMarie_0627 · Aug 19
Watching when they see us again. I can't, this is the main reason I wanna be a lawyer. The whole world fucked these kids over man. #WhenTheySeeUs #CancelLindaFairstein

**Thaís alves** @borbolethais2 · Aug 17
Coitado dos 5 meninos condenados por estupros sem ter nada a ver ! #CancelLindaFairstein #osolhosquecondenam
1 1

**William L Talley jr** @screwfacecapone · Aug 17
....and she was able to make bank off it. So #CancelLindaFairstein is actually the chickens finally coming home to roost. Remember, we went back over 40 years for Bill Cosby on hearsay and that was fine.
Show this thread

**William L Talley jr** @screwfacecapone · Aug 17
Some will look at the continued use of #CancelLindaFairstein as 'Cancel Culture gone wrong'. Fuck that. While 5 young men suffered for a crime they didn't commit she was able to thrive as both a prosecutor and a crime novelist. 5 young men had their lives ruined......
1 2
Show this thread

**Kimberly Price** @TruthAlwaysK · Aug 17
Cancel ElizabethLiderer as well #CancelLindaFairstein

**Kimberly Price** @TruthAlwaysK · Aug 17
I hope she dies #cancellindafairstein

**Kimberly Price** @TruthAlwaysK · Aug 17
Forget cancelling her put her ass in jail in a mens jail where she can be raped and maned like those poor boys #cancellindafairstein
3

**valerie🦋** @valerie_dln · Aug 16
#CancelLindaFairstein

**nikole torroledo** @nikoletorroledo · Aug 16
this show absolutely broke my heart and saying it left me enraged is an understatement. highly recommend watching this #CancelLindaFairstein

> **When They See Us** @WhenTheySeeUs · Aug 15
> Take a beat, take it in. #WhenTheySeeUs #Emmys
>
> 
> 
>
> 0:30 40.4K views

5 15

**Ronddy Lopez** @ronddyrjp · Aug 16
#CancelLindaFairstein @ava

**Daniel Ríos** @Daniel7Rios · Aug 16
Fuck you Linda Fairstein
#CancelLindaFairstein
2 20

**🟢 خيرية** @K_Nj98 · Aug 15
She didn't even apologize! #CancelLindaFairstein

**🟢 خيرية** @K_Nj98 · Aug 15
She should be in jail. She's a cruel, deluded person. #CancelLindaFairstein

**ぱるぱる/村山悠 「マンガでわかる！ 妊娠中のレシピ」** @b... · Aug 15
トランプ氏のことを調べていたら、興味深い記事を発見。#CancelLindaFairstein




キャッチ・オブ・ザ・ウィーク by 秋山曜子: 再び脚...
The Real-Life Story of Injustice
cubeny.com

**Al Pacino** @JaxSuburban · Aug 14
Linda Fairstein should rot in prison for what she did to the boys. #cancellindafairstein
3

twitter.com/TruthAlwaysK/status/1162680044789125121

Tweet

Kimberly Price
@TruthAlwaysK

I hope she dies #cancellindafairstein

6:58 AM · Aug 17, 2019 · Twitter for Android

Search Twitter

**Relevant people**

Kimberly Price
@TruthAlwaysK
Follow

**Trends for you**

#NationalPeriodDay

#ModernLove
Watch Now on @PrimeVideo.
Promoted by Amazon Prime Video US

#StopTheCoup

#IamTulsi

#BerniesBack

Show more
























Kimoni Clothing @ClothingKimoni · Aug 22
Kimoni for Her 🥰

#blackfashion #blackdesigner #blackstyle #blacktrends #blackwealthmatters #blackhealth #blackmoney #blackdollar #blackcommunity #hsbcu #blackeducators #blackdollarsmatter #blacklove #blackfamily #blackrelationships #blackhistory #cancellindafairstein



1

Kimoni Clothing @ClothingKimoni · Aug 22
Make Kimoni Clothing your destination stop for Back 2 School shopping 😄

#blackfashion #blackdesigner #blackstyle #blacktrends #blackwealthmatters #blackhealth #blackeducators #blackdollarsmatter #blacklove #blackfamily #blackrelationships #blackhistory #cancellindafairstein



1

Kimoni Clothing @ClothingKimoni · Aug 22
Kimoni for babies 🥰

#blackfashion #blackdesigner #blackstyle #blacktrends #blackwealthmatters #blackhealth #blackmoney #blackdollar #blackcommunity #hsbcu #blackeducators #blackdollarsmatter #blacklove #blackfamily #blackrelationships #blackhistory #cancellindafairstein



1

Kimoni Clothing @ClothingKimoni · Aug 22
Kimoni for babies 🥰🙌🏾

#blackfashion #blackdesigner #blackstyle #blacktrends #blackwealthmatters #blackhealth #blackmoney #blackdollar #blackcommunity #hsbcu #blackeducators #blackdollarsmatter #blacklove #blackfamily #blackrelationships #blackhistory #cancellindafairstein




1

Therese Harkoos @tharkoos · Aug 21
Barnes & Noble: #CancelLindaFairstein Justice for the Central Park 5 - Sign the Petition! chng.it/tKQVsX4X via @Change




Sign the Petition
#CancelLindaFairstein Justice for the Central Park 5
change.org

MinuteClinic ✓ @MinuteClinic
MinuteClinic is wide open. Walk-ins welcome, 7 days a week.



0:05

MinuteClinic. Find your nearest location.
www.cvs.com

44 60 467

Promoted

Rene Luque @reneluq · Aug 21
Barnes & Noble: #CancelLindaFairstein Justice for the Central Park 5 - Sign the Petition! chng.it/LdchTwmP via @change_es




Sign the Petition
#CancelLindaFairstein Justice for the Central Park 5
change.org

1

Jacob Solaqa @JacobGSolaqa · Aug 21
btw #CancelLindaFairstein

1

Show this thread

Luan Zorzan @Zorzan · Aug 21
Ressuscitando meu twitter por motivos de: #CancelLindaFairstein

2

Rodrigo Teles @teles_pls · Aug 20
Also, fuck Linda Fairstein you miserable piece of shit.
You should be called Linda McBitch.
Puto, esta Queen Cunt tem FAIR no nome! HOW FUCKING IRONIC IS THAT?!
#CancelLindaFairstein #WhenTheySeeUs

> Rodrigo Teles @teles_pls · Aug 20
> Acabo de ver When They See Us.
> Sem palavras para tamanha injustiça. Quantos mais casos como este haverão por aí e que não se sabe de nada...

1 2

Show this thread

Jacqueline Burke @Harpoline · Aug 20
Linda UnFairstein #cancellindafairstein

1

Bastian @Bastian70309641 · Aug 20
racista reculia, todo se paga en esta vida #CancelLindaFairstein

Carolina Jimenez @Carolainea94 · Aug 19
Barnes & Noble: #CancelLindaFairstein Justice for the Central Park 5 - ¡Firma la petición! chng.it/zgLMkj6t vía @ChangeorgCO




Sign the Petition
#CancelLindaFairstein Justice for the Central Park 5
change.org

Inmyfeelings_04 @04Inmyfeelings · Aug 19
#CancelLindaFairstein
When I saw the Central Park five I cried.
It's sad when the person who committed the crime has more sympathy towards the boys then police and prosecutors.

1 1 4

NJH @hgh620 · Aug 19
Having watched #WhenTheySeeUs I will never read another Linda Fairstein book ever again. Goodbye Alexandra Cooper & Mike Chapman, you were created by a monster. #CancelLindaFairstein

2

Tareq Salim, PhD, P.Eng @TZSalim · Aug 19
#CancelLindaFairstein

Kiara Marie @KiaraMarie_0627 · Aug 19
Watching when they see us again. I can't, this is the main reason I wanna be a lawyer. The whole world fucked these kids over man. #WhenTheySeeUs #CancelLindaFairstein

Thaís alves @borbolethais2 · Aug 17
Coitado dos 5 meninos condenados por estupros sem ter nada a ver ! #CancelLindaFairstein #osolhosquecondenam

1 1

William L Talley jr @screwfacecapone · Aug 17
....and she was able to make bank off it. So #CancelLindaFairstein is actually the chickens finally coming home to roost. Remember, we went back over 40 years for Bill Cosby on hearsay and that was fine.

Show this thread

William L Talley jr @screwfacecapone · Aug 17
Some will look at the continued use of #CancelLindaFairstein as 'Cancel Culture gone wrong'. Fuck that. While 5 young men suffered for a crime they didn't commit she was able to thrive as both a prosecutor and a crime novelist. 5 young men had their lives ruined......

1 2

Show this thread

Kimberly Price @TruthAlwaysK · Aug 17
Cancel ElizabethLiderer as well #CancelLindaFairstein

Kimberly Price @TruthAlwaysK · Aug 17
I hope she dies #cancellindafairstein

Kimberly Price @TruthAlwaysK · Aug 17
Forget cancelling her put her ass in jail in a mens jail where she can be raped and maned like those poor boys #cancellindafairstein

3

valerie🦋 @valerie_dln · Aug 16
#CancelLindaFairstein

nikole torroledo @nikoletorroledo · Aug 16
this show absolutely broke my heart and saying it left me enraged is an understatement. highly recommend watching this #CancelLindaFairstein

> When They See Us ✓ @WhenTheySeeUs · Aug 15
> Take a beat, take it in. #WhenTheySeeUs #Emmys
>
> 
> 
>
> 0:30 40.4K views

5 15

Ronddy Lopez @ronddyrjp · Aug 16
#CancelLindaFairstein @ava

Daniel Ríos @Daniel7Rios · Aug 16
Fuck you Linda Fairstein
#CancelLindaFairstein

2 20

خيرية @K_Nj98 · Aug 15
She didn't even apologize! #CancelLindaFairstein

خيرية @K_Nj98 · Aug 15
She should be in jail. She's a cruel, deluded person. #CancelLindaFairstein

ぱるぱる/村山悠 「マンガでわかる！ 妊娠中のレシピ」 @b... · Aug 15
トランプ氏のことを調べていたら、興味深い記事を発見。#CancelLindaFairstein




キャッチ・オブ・ザ・ウィーク by 秋山曜子: 再び脚...
The Real-Life Story of Injustice
cubeny.com

Al Pacino @JaxSuburban · Aug 14
Linda Fairstein should rot in prison for what she did to the boys.
#cancellindafairstein

3

twitter.com/werwaters/status/1176663592248250368

Tweet

Barbara Waters
@werwaters

#CancelLindaFairstein She should get 13 years in jail - the same as Korey Wise who served the longest sentence. Those she put behind bars were innocent. But Linda Fairstein is not. Only one set of footprints. She knew better from the outset.

9:03 PM · Sep 24, 2019 · Twitter Web App

7 Retweets 26 Likes

Show more replies

Search Twitter

**Relevant people**

Barbara Waters
@werwaters
Follow

**Trends for you**

#NationalPeriodDay

#ModernLove
Watch Now on @PrimeVideo.
Promoted by Amazon Prime Video US

#IamTulsi

#ThePresidentIsACrybaby

#BerniesBack

Show more

Tweet



monica
@monica30921073

#cancellindafairstein shes a sad excuse for a human being and should have lost her job, she is honestly the most disgusting person I've ever heard of, hope
She has a horrible life being a racist asshole.

6:56 PM · Oct 14, 2019 · Twitter Web App

Search Twitter

**Relevant people**



monica
@monica309...
Follow

**Trends for you**

Baseball · Trending
**Mr. Met**
1,809 Tweets

Politics · Trending
**Sen. Mitt Romney**
16.4K Tweets

Politics · Trending
**Mitt Romney**
Trending with: Senator Romney, #MittRomneyIsMyHero, Senator Mitt Romney

Politics
Mitt Romney will vote to convict President ...



Politics · Trending
**Sen. Romney**
30.6K Tweets

(20) Kritikal Azz on Twitter: "There

twitter.com/kritikalazz/status/1183774348248862723

**Tweet**

**Kritikal Azz**
@kritikalazz

There's a special V.I.P spot in hell for this wretched deceitful bitch may she suffer for the pain misery & heartache she caused, she the prosecutor police all involved in the case need to be locked up for their part in destroying the lives of those men.

#cancellindafairstein

11:59 AM · Oct 14, 2019 · Twitter for Android

Search Twitter

**Relevant people**

**Kritikal Azz**
@kritikalazz
Follow

**What's happening**

US news · Yesterday
**Bubba Wallace tells CNN's Don Lemon: 'It's a straight up noose'**

**#TheTwilightZone**
New Season Now Streaming
Promoted by CBS All Access

Celebrities · Trending
**James Earl Jones**
Trending with: Morgan Freeman

POPSUGAR · Yesterday
**'90s Kids: Take a Painfully Accurate Walk Down Memory Lane**

**Tweet**



**Sandymanhas**
@sandymanhas_8

What a disgusting piece of human garbage. Burning in hell is not a good enough punishment for her! Why isnt this racist b*itch in jail for what shes done????? My heart bleeds from the injustice that's been done #CancelLindaFairstein

2:52 AM · Dec 9, 2019 · Twitter for Android

**1** Like

Search Twitter

**Relevant people**



**Sandymanhas**
@sandymanh...
Follow

**Trends for you**

Trending in United States
**Bayonne**
4,055 Tweets

Health
Cruise ship docked in New Jersey remove...



**#BirdsofPrey**
Kick-ass from start to finish
Promoted by Birds of Prey

Politics · Trending
**#JobsReport**

# Tweet



**Marlina** 
@marr_adrienne

#CancelLindaFairstein 🖕
The prosecutor that falsely and unfairly pushed the case forward against the Central Park five.

12:03 AM · Dec 11, 2019 · Twitter for iPhone

**2** Likes

Search Twitter

## Relevant people



**Marlina** 
@marr_adrien...
j

Follow

## Trends for you

Fashion · Trending
**SNKRS APP**
1,113 Tweets

**#BirdsofPrey** BOP
Kick-ass from start to finish
Promoted by Birds of Prey

Trending in United States

**Tweet**

**Ahmed Malik**
@AhmedMa63879286

I hope you burn in hell your a parasite to this society i really hope you die like a parasite for what you have done #CancelLindaFairstein

1:56 AM · Dec 27, 2019 · Twitter Web App

**1** Like

Search Twitter

**Relevant people**

**Ahmed Malik**
@AhmedMa6...
Follow

**Trends for you**

Trending in United States
**Bayonne**
3,994 Tweets

Health
Cruise ship docked in New Jersey remove...



**#BirdsofPrey**
Kick-ass from start to finish
Promoted by Birds of Prey

Fashion · Trending
**SNKRS APP**
1,108 Tweets

Trending in New York
**Harrington**
1,628 Tweets

**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA FORT MYERS DIVISION**

| | | |
|---|---|---|
| LINDA FAIRSTEIN,<br><br>Plaintiff,<br><br>v.<br><br>NETFLIX, INC., AVA DUVERNAY, and ATTICA LOCKE,<br><br>Defendants. | ) | Case No: 2:20-cv-00180-FtM-66MRM |

**DECLARATION OF LANCE R. RIBACOFF**

I, Lance R. Ribacoff, declare as follows:

1. I am an employee of International Investigative Group, Ltd., a New York State licensed private investigative agency. Our firm was retained by Nesenoff & Miltenberg LLP to archive various Twitter posts (tweets) and Instagram posts from Ava Duvernay (@ava on Twitter; @ava on Instagram), Attica Locke (@atticalocke on Twitter; @atticalocke on Instagram) and the Netflix account for WhenTheySeeUs (@WhenTheySeeUs on Twitter, @WhenTheySeeUs on Instagram).

2. Specifically, our firm was tasked with: a) creating a PDF version of selected posts from each account; and b) archiving the source code for each selected post. For both Twitter and Instagram, we accessed the selected posts via a desktop browser. In turn, we created a PDF copy of how the post was displayed on a desktop browser. Concurrently, we utilized either the "Save Page as…Web Page, complete" feature via the Firefox web browser or the "Save Page

As…Webpage, Complete" feature via Google Chrome in order to preserve the full-page source code.

3. This process was conducted for the tweets cited at Paragraphs 96, 153, 155, 156, 162-163, 171-173, 175-178, 180, 183-184, 188, 191, 192, 193 194, 195, 197, 200-218, 237, 238, 239, 300-304, and 322-326 of the Complaint.

4. This process was conducted for the Instagram posts cited at 155, 171, and 187 of the Complaint.

5. The process took place at various points between November 5, 2019 and June 28, 2020.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 30th day of June 2020.

Lance R. Ribacoff

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

| | | |
|---|---|---|
| LINDA FAIRSTEIN,<br><br>Plaintiff,<br><br>v.<br><br>NETFLIX, INC., AVA DUVERNAY, and ATTICA LOCKE,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No: 2:20-cv-00180-FtM-66MRM |

**DECLARATION OF JAMILA JANNEH**

I, Jamila Janneh, declare as follows:

1. I am a paralegal at Nesenoff & Miltenberg, LLP. This declaration is based on my personal knowledge.

2. I was responsible for compiling portions of Plaintiff's document appendix and organizing the appendix for submission to the Court with Plaintiff's opposition briefing.

3. As part of my work I retrieved, and downloaded, copies of a number of transcripts and other documents from the New York City Law Department website http://www.nyc-cpj.org/Home/Disclaimer. As necessary, I then prepared excerpted copies of those transcripts and documents for use in Plaintiff's appendix.

4. All documents contained within Plaintiff's appendix that bear the Bates stamp "NYCLD_" are documents, or excerpts of documents, that I downloaded from the New York City Law Department website. They are true and correct to the best of my knowledge, information and belief.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 30th day of June 2020.

Jamila Janneh