# EXHIBIT 3



**1 OF 1 RECORD(S)**

██████████████████████████████

Date:7/19/2020
Report processed by:
Dentons US LLP

| Full Name | Address | County | Phone |
|-----------|---------|--------|-------|
| FARRELL, JOHN N | ████████ | SUFFOLK | ████████ |
| | LINDENHURST, NY 11757-5320 | | |
| | SUFFOLK COUNTY | | |

**ADDITIONAL PERSONAL INFORMATION**

██████████████████████████████████████



**1 OF 1 RECORD(S)**

Date:7/18/2020
Report processed by:
Dentons US LLP

| **Full Name** | **Address** | **County** | **Phone** |
|---|---|---|---|
| CUFFEE, GRACIE | ████ | NASSAU | ████ |
| | VALLEY STREAM, NY 11580-7016 | | |
| | NASSAU COUNTY | | |

**ADDITIONAL PERSONAL INFORMATION**



**1 OF 1 RECORD(S)**

███████████████████████

Date:7/18/2020
Report processed by:
Dentons US LLP

| **Full Name** | **Address** | **County** | **Phone** |
|---|---|---|---|
| BLACK, ANGELA LYNEA | ████████ | NASSAU | ████████ |
| | WESTBURY, NY 11590-2303 | | |
| | NASSAU COUNTY | | |

**ADDITIONAL PERSONAL INFORMATION**



**1 OF 1 RECORD(S)**

███████████████████████████████████

Date:7/17/2020
Report processed by:
Dentons US LLP

| **Full Name** | **Address** | **County** | **Phone** |
|---|---|---|---|
| SALAAM, SHARONNE SHARON | ██████████ NEW YORK, NY 10029-3125 NEW YORK COUNTY | NEW YORK | ██████████ |

**ADDITIONAL PERSONAL INFORMATION**

███████████████████████████████████



**1 OF 1 RECORD(S)**

Date:7/18/2020
Report processed by:
Dentons US LLP

| **Full Name** | **Address** | **County** | **Phone** |
|---|---|---|---|
| SANTANA, RAYMOND | ▮▮▮▮▮▮▮▮<br>NEW YORK, NY 10029-2689<br>NEW YORK COUNTY | NEW YORK | ▮▮▮▮▮▮ |

**ADDITIONAL PERSONAL INFORMATION**