# EXHIBIT 5

323

SF

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------------------------------X
 3
     In re McCray Richardson, Santana, Wise and Salaam
 4   Litigation,
 5                    Case No: 03 Civ. 9685(DAB)(RLE)
 6
     ------------------------------------------------------X
 7
 8                    DATE: April 26, 2013
 9                    TIME: 10:29 A.M.
10
11
12
13           CONTINUED VIDEOTAPED DEPOSITION of the Plaintiff,
14   RAYMOND SANTANA, JR., taken by the Defendants, pursuant to
15   Notice and to the Federal Rules of Civil Procedure, held at
16   the offices of the New York City Law Department, 100 Church
17   Street, New York, New York 10007, before a Notary Public of
18   the State of New York.
19
20
21
22
23
24
25
```

DIAMOND REPORTING   (718) 624-7200   info@diamondreporting.com

323

RAYMOND SANTANA, JR.

1  Q.   Okay. And did you get back in the car?
2  A.   Yes.
3  Q.   And then at that point you drove back into the
4  park?
5  A.   Yes.
6  Q.   All right. Do you know how long the drive was
7  from 100th and Columbus back to where the other crime scene
8  was?
9  A.   No, I don't.
10 Q.   When you got there, did you have any
11 conversations with Detective Sheehan or the
12 African-American detective in the car?
13 A.   No, I don't remember if there was a conversation.
14 Q.   Did they tell you that they wanted you to get out
15 of the car and identify the crime scene?
16 A.   I don't remember if they did.
17 Q.   When you got out of the car, what happened then?
18 A.   I remember us walking to this hill and Linda
19 Fairstein was there, she was -- she was walking towards us
20 and -- and they asked me is this where it happened and I
21 told them no, this isn't where it happened, it happened at
22 the reservoir and she stated what do you mean it happened,
23 this is where it happened, this is it right here. I said
24 no, it didn't happen here, it happened at the reservoir.
25 Q.   So, had you ever seen Linda Fairstein before that

RAYMOND SANTANA, JR.

```
 1    time?
 2        A.    No.
 3        Q.    Okay.  And were you introduced to her when you
 4    arrived at that area?
 5        A.    I don't remember if I was.
 6        Q.    Did you speak to her first or did she speak to
 7    you first?
 8        A.    I think Sheehan was the one that asked me is this
 9    where it happened --
10        Q.    Okay.  And when --
11        A.    And then she spoke to me first because of my
12    reply.
13        Q.    When Sheehan asked you if this is where it
14    happened, was Linda Fairstein standing next to you?
15        A.    She was walking like towards me.
16        Q.    How far away was --
17        A.    Not too far.
18        Q.    Farther than we are right now across the table?
19        A.    No, not that far.
20        Q.    Okay.  So, about a foot?
21        A.    No, no, maybe a little bit back.
22        Q.    Okay.  So, a couple of feet?
23        A.    Yeah.
24        Q.    All right.  And do you think that she heard what
25    you said?
```

RAYMOND SANTANA, JR.

1    A.    Yes.

2    Q.    Okay. And then what were her exact words to you

3  that she said to you?

4    A.    She said what do you mean this isn't -- this

5  isn't where it happened. This is it right here. This is

6  where it happened at. And I said no, it happened at the

7  reservoir.

8    Q.    And then what happened?

9    A.    And then after that she told Mike Sheehan get him

10 out of here.

11   Q.    Did she raise her voice when she said that?

12   A.    Yes, she did.

13   Q.    And then what happened?

14   A.    And then after that I got in -- they put me back

15 in the car and we left.

16   Q.    Did you say anything in response to her when she

17 said what do you mean this is not where it happened?

18   A.    I just told you the whole dialogue. She said

19 what do you mean this is where it happened, this is the

20 scene and I said no, it happened at the reservoir.

21   Q.    I guess what I'm saying, then, did you ever tell

22 her at that time that you're right, it did happen at 102nd

23 Street?

24   A.    No, I did not.

25   Q.    Now, once you got back in the car, did you drive