# EXHIBIT 6

ORIGINAL

563

1  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
2  ------------------------------------------------X
3
   In re McCray Richardson, Santana, Wise and Salaam
4  Litigation,
5              Case No.: 03 Civ. 9685(DAB)(RLE)
6
   ------------------------------------------------X
7
8              DATE: June 17, 2013
9              TIME: 10:27 a.m.
10
11
12
13        CONTINUED VIDEOTAPED EXAMINATION BEFORE TRIAL
14  of the Plaintiff, YUSEF SALAAM, taken by the Defendants,
15  pursuant to Notice and to the Federal Rules of Civil
16  Procedure, held at the offices of Michael A. Cardozo, Esq.,
17  Corporation Counsel, New York City Law Department, 100
18  Church Street, New York, New York 10007, before a Notary
19  Public of the State of New York.
20
21
22
23
24
25

DIAMOND REPORTING   (718) 624-7200   info@diamondreporting.com
563

NYCLD_056826

YUSEF SALAAM

1    saying before.

2    Q.    And you -- did you tell him the truth about what
3    happened in the park?

4    A.    I was telling him the truth, yes.

5    Q.    And what happened next?

6    A.    I don't really remember exactly what happened
7    next. But at some point in time -- you know what, I think
8    at some point in time someone came to the door. Someone
9    came to the door. I think it was -- I think it might have
10   been Fairstein. I think it might have been Fairstein that
11   came to the door and whispered to him and talking. And --

12   Q.    Could you hear what they were saying?

13   A.    No.

14   Q.    Did she come in the room or was she outside of
15   the room?

16   A.    No, I think that -- I think she opened the door
17   and motioned to him to come to her. And, you know, I think
18   he --

19   Q.    Who is the "he" that you're referring to?

20   A.    McKenna.

21   Q.    Okay.

22   A.    I think McKenna asked me how old was I.

23   Q.    And what did you say?

24   A.    I said, I'm fifteen.

25   Q.    And then what happened?

672
YUSEF SALAAM

1   A.   I remember him cursing and --
2   Q.   Did he appear to be upset to you to --
3   A.   Oh, he was -- he was extremely upset.
4   Q.   -- to learn that you were fifteen?
5   A.   Oh, yeah.  He was -- he was extremely upset.  And
6   I remember -- I think he said something like, Can't you
7   count?  Or something like that.  I'm like, What are talking
8   about?
9   Q.   And what happened -- did you have any
10  conversation with who you believed to be ADA Fairstein at
11  that time?
12  A.   No.
13  Q.   And --
14  A.   I don't think I ever spoke to ADA Fairstein.
15  Q.   And did they -- did McKenna leave the room at
16  that point?
17  A.   I think actually that was just about the time
18  when all questioning stopped.
19  Q.   Okay.  And when you say "questioning stopped,"
20  were you taken someplace else?
21  A.   I don't know when I was taken to another
22  precinct, but at some point in time I was taken to another
23  precinct.
24  Q.   Did there come a time that you learned that you
25  were actually going to be arrested?

DIAMOND REPORTING   (718) 624-7200   info@diamondreporting.com

NYCLD_056935