# EXHIBIT 10



Bk: 1355 Pg: 873   Doc: DEED
Page: 1 of 3   08/21/2014 11:57 AM

MARTHA'S VINEYARD LAND BANK FEE
☐ PAID $
☒ EXEMPT $

NO   DATE   CERTIFICATION

## DEED OF DISTRIBUTION

**WHEREAS, I, LINDA A. FAIRSTEIN, am TRUSTEE of THE JUSTIN N. FELDMAN 2005 TRUST**, which trust is the subject of a Trustee's Certificate pursuant to M.G.L. c. 184, § 35 dated August 9, 2005, and recorded in Dukes County Registry of Deeds in Book 1051, Page 556, as it has been amended (the "Parent Trust"); and

WHEREAS, Justin N. Feldman, original Donor and Trustee of The Justin N. Feldman 2005 Trust died on September 21, 2011;

WHEREAS, under Article Eighth Section C of the Parent Trust, I am to distribute the assets of the Parent Trust to two sub-trusts which were created under the terms of such Parent Trust;

NOW, THEREFORE, in distribution of the Parent Trust assets, and for no consideration, I hereby distribute to **LINDA A. FAIRSTEIN, TRUSTEE of THE MASSACHUSETTS SHARE TRUST**, which trust is the subject of a Trustee's Certificate pursuant to M.G.L. c. 184, § 35 dated August 21, 2014, to be recorded herewith, an undivided ten and 34/100 (10.34%) percent interest, and to **LINDA A. FAIRSTEIN, TRUSTEE of THE BALANCE OF THE FAMILY TRUST**, which trust is the subject of a Trustee's Certificate pursuant to M.G.L. c. 184, § 35 dated August 21, 2014, to be recorded herewith, an undivided eighty-nine and 66/100 (89.66%) percent interest, said undivided interests to be held as tenants in common; said trusts having an address of 211 East 70th Street, Apt. 25A, New York, NY 10021,

In and to the Parent Trust's undivided fifty (50%) percent interest in the land with the improvements thereon in that part of Chilmark called Nashaquitsa, Dukes County, Commonwealth of Massachusetts, bounded and described as follows:

BEGINNING at the northwest corner of said land and land now or formerly of Jared Mayhew, purchased of Alfred and Jared Mayhew;

thence SOUTHERLY as the wall now stands to the pasture;

thence EASTERLY by the pasture to land now or formerly of Jared Mayhew, purchased of Lovey Mayhew and by the wall as it now stands to land now or formerly of Jared Mayhew, purchased of Alfred and Jared Mayhew;

thence WESTERLY by said land now or formerly of Jared Mayhew, purchased of Alfred and Jared Mayhew, to the place of beginning.

Property dress: 101 Lovey's Cove Road, Chilmark, Dukes County, MA

Bk: 01355 Pg: 874

Said tract of land contains about two (2) acres, more or less, and is known as the house lot of the Heirs of Benjamin Mayhew, being the property shown on Plan 42, Book 12, Dukes County Registry of Deeds, bounded on the north by land now or formerly of Butler – now or formerly of Preston; east by land now or formerly of Leslie M. Flanders; south by lands now or formerly of said Flanders and Walter M. Teller; and west by land now or formerly of Aleta F. Bezanson; now Egger.

TOGETHER WITH a right of way for all purposes over an old right of way to the Massachusetts State Highway, being the original right of way to said property which has been in use as a right of way for more than sixty (60) years.

TOGETHER ALSO WITH a right of way to the Massachusetts State Highway for all purposes including the right to install, repair, replace and maintain an underground line for telephone, lighting, and power, said right of way being more fully set forth in an easement from Leslie M. Flanders to Eleanor R. Mayhew and Benjamin C. Mayhew dated August 12, 1959, and recorded in the Dukes County Registry of Deeds.

TOGETHER ALSO WITH any right of way that I or my predecessors may have by adverse possession or through use or in any other manner, if any, to Nashaquitsa Pond, and Short Beach, so-called, on Menemsha Pond.

The above-described premises are conveyed subject to the following restrictions which will expire ninety-nine (99) years from the date of the deed to Justin N. Feldman and Janet C. Feldman dated January 13, 1969 and shall be held to run with and bind the land herein described:

1. The premises shall not be used for industrial or commercial purposes.

2. With the exception of additions or additional structures appurtenant to the house on the premises, only one additional single-family residence together with necessary or useful appurtenant structures shall be erected upon the property above-described.

Being the same premises described in a deed from Justin N. Feldman to the Parent Trust dated August 9, 2005, and recorded in the Dukes County Registry of Deeds in Book 1051, Page 558.

Bk: 01355 Pg: 875

**EXECUTED** as a sealed instrument this 21st day of August, 2014.

_____
Linda A. Fairstein, Trustee as aforesaid

### COMMONWEALTH OF MASSACHUSETTS

Dukes County, ss.

On this 21st day of August, 2014, before me, the undersigned notary public, personally appeared Linda A. Fairstein, Trustee as aforesaid, proved to me through satisfactory evidence of identification of the principal, which was driver license to be the person whose name is signed on the preceding or attached document, and acknowledged to me that she signed it voluntarily for its stated purpose on behalf of The Justin N. Feldman 2005 Trust.

_____
Notary Public
My commission expires:

PAUL D. MOREAU
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
March 19, 2015

AFFIX          :
NOTARIAL  :
SEAL          :

Attest: _____ Register
Dianne E. Powers

5742-001\deed to trusts.doc