# EXHIBIT 11



Pantry  Find a Gift  Gift Cards  Prime Video  Jacqui's Amazon.com  Customer Service  Get fit at home

Buy a Kindle | Kindle eBooks | Kindle Unlimited | Prime Reading | Best Sellers & More | Kindle Book Deals | Kindle Singles | Newsstand



# Linda Fairstein

   

$9.99 Kindle Edition    $7.99 Kindle Edition    $9.99 Kindle Edition    $9.99 Kindle Edition

+ Follow

Follow to get new release updates and improved recommendations

**About Linda Fairstein**

Linda Fairstein was chief of the Sex Crimes Unit of the district attorney's office in Manhattan for more than two decades and is America's foremost legal expert on sexual assault and domestic violence. Her Alexandra Cooper novels are international bestsellers and have been translated into more than a dozen languages. She lives in Manhattan and on Martha's Vineyard. www.lindafairstein.com

Read less

## Author Updates

**Blog post**
Kate White on She Reads shared that Blood Oath is in her TBR pile and says that she loved you Alexandra Cooper series!
READ NOW!

1 year ago                Read more

**Blog post**
Watch this 5-STAR video (VIDEO) review of BLOOD OATH by CRAIG HART of THE GAMES AND WRITERS SHOW

1 year ago                Read more

**Blog post**
Outnumbere
Oath in a rou
to Your
List." Cl

1 year ago

**Customers Also Bought Items By**


James Patterson    David Baldacci


John Sandford    Michael Connelly

 
Jonathan Kellerman    Maxine Paetro

Read more

**Are you an author?**

Help us improve our Author Pages by updating your bibliography and submitting a new or current image and

## Books By Linda Fairstein

[ All Formats ] [ **Kindle Edition** ] [ Audible Audiobook ] [ Paperback ] [ Hardcover ]  See more

Sort by: Popularity

### Blood Oath (Alexandra Cooper Book 20) Sep 30, 2019
by Linda Fairstein
( 181 )
$9.99
New York Times bestselling author Linda Fairstein explores the depths of Manhattan's

Read more

Other Formats: Hardcover , Paperback , Audio CD

Buy now with 1-Click ®
Sold by: Amazon.com Services LLC

### FaceOff  Jun 3, 2014
by Lee Child , Michael Connelly , John Sandford , Lisa Gardner , Dennis Lehane , Steve Berry , Jeffery Deaver , Douglas Preston , Lincoln Child , James Rollins ,

Buy now with 1-Click ®
Sold by: Simon and Schuster Digital Sales Inc