IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| LINDA FAIRSTEIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 20-cv-00180 |
| v. | ) |
| | ) |
| NETFLIX, INC., AVA DUVERNAY, and ATTICA LOCKE, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANT NETFLIX INC.'S NOTICE OF WITHDRAWAL
OF SPECIAL MOTION TO STRIKE
PURSUANT TO CALIFORNIA ANTI-SLAPP ACT**

Defendant Netflix, Inc. ("Netflix"), by its undersigned counsel, hereby withdraws its Special Motion to Strike the Complaint of Plaintiff Fairstein pursuant to the California anti-SLAPP Act, California Code of Civil Procedure ("C.C.P.") § 425.16 ("Special Motion") (ECF No. 30).

Netflix acknowledged in its Special Motion to Strike that the Eleventh Circuit in *Carbone v. Cable News Network, Inc.*, 910 F.3d 1345 (11th Cir. 2018) held that state anti-SLAPP statutes could not be entertained in federal court, and that Netflix was filing the Special Motion to preserve its right to raise the anti-SLAPP statute in the Southern District of New York (SDNY), given Netflix's motion to dismiss or transfer under 28 U.S.C. § 1406 and/or § 1404, because courts in the SDNY have applied state anti-SLAPP laws and the Second Circuit had, at the time of filing, expressly left that question open. (ECF No. 30, Special Motion at 3 n. 2.)

On July 15, 2020, the Second Circuit issued an opinion in *La Liberte v. Reid*, No. 19-3574, 2020 WL 3980223 (2d Cir. July 15, 2020) answering that open question and holding, for the first time, that California's anti-SLAPP statute does not apply in federal court. In view of the *La Liberte* decision, Netflix withdraws its Special Motion to Strike.

2

Dated: July 29, 2020                                Respectfully submitted,

*/s/ Natalie J. Spears*

Natalie J. Spears (*pro hac vice*)
Gregory R. Naron (*pro hac vice*)
Jacqueline A. Giannini (*pro hac vice*)
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, Illinois 60606
Phone: (312) 876-8000
*natalie.spears@dentons.com*
*gregory.naron@dentons.com*
*jacqui.giannini@dentons.com*

Kelley Geraghty Price (Florida Bar #889539)
DENTONS COHEN & GRIGSBY P.C.
Mercato - Suite 6200
9110 Strada Place
Naples, Florida  34108
Phone: (239) 390-1913
*kelley.price@dentons.com*

Kiran Patel (*pro hac vice*)
DENTONS US LLP
1221 Avenue of the Americas
New York, New York  10020
Phone: (212) 768-6700
*kiran.patel@dentons.com*

*Attorneys for Defendant Netflix, Inc.,*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of July, 2020 a copy of the foregoing was filed electronically via the ECF filing system.

*/s/ Natalie J. Spears*