UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LINDA FAIRSTEIN,

    Plaintiff,

    v.

                               Case No. 2:20-cv-180

NETFLIX, INC., AVA DUVERNAY,
and ATTICA LOCKE,

    Defendants.

## <u>NOTICE OF PENDENCY OF OTHER ACTIONS</u>

In accordance with Local Rule 1.04(d), I certify that the instant action:

☐     IS related to pending or closed civil or criminal case(s) previously filed in

this Court, or any other Federal or State court, or administrative agency as

provided below:

_____  _____

☑     IS NOT related to any pending or closed civil or criminal case filed with

this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER

ACTIONS upon each party no later than fourteen (14) days after appearance of the party.

Dated: August 2, 2020

                    Respectfully submitted,

                    CHEFFY PASSIDOMO, P.A.

By: /s/  KIMBERLY D. SWANSON

                    Edward K. Cheffy
                    Florida Bar No. 393649
                    Rachael S. Loukonen
                    Florida Bar No. 668435
                    Kimberly D. Swanson
                    Florida Bar No. 1018219
                    821 Fifth Avenue South, Suite 201
                    Naples, Florida 34102
                    (239) 261-9300
                    ekcheffy@napleslaw.com
                    rloukonen@napleslaw.com
                    kdswanson@napleslaw.com

                    -and-

                    NESENOFF & MILTENBERG, LLP

By: /s/  ANDREW MILTENBERG

                    Andrew Miltenberg
                    (*pro hac vice* admission pending)
                    Kara Gorycki
                    (*pro hac vice* admission pending)
                    363 Seventh Avenue, Fifth Floor
                    New York, New York 10001
                    (212) 736-4500
                    amiltenberg@nmllplaw.com
                    kgorycki@nmllplaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 2, 2020, a true and correct copy of the

foregoing was served by CM/ECF on all counsel or parties of record on the service list.

/s/ KIMBERLY D. SWANSON