IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LINDA FAIRSTEIN,                                    Case No.:  2:20-CV-00180-JLB-MRM

       Plaintiff,

  v.

NETFLIX, INC., AVA DUVERNAY,
and ATTICA LOCKE,

       Defendants.
_____/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(c), I certify that the instant action:

_____   IS          related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

__X__   IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State Court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen (14) days after appearance of the party.

Dated this 5th day of August 2020.

**DENTONS COHEN & GRIGSBY P.C.**

*/s/ Kelley Geraghty Price*
KELLEY GERAGHTY PRICE
Florida Bar No. 889539
Mercato – Suite 6200
9110 Strada Place
Naples, Florida 34108
Telephone:  (239) 390-1913
Facsimile:  (239) 390-1901
E-mail:  kelley.price@dentons.com
E-mail:  melanie.ortega@dentons.com

**DENTONS US LLP**
Natalie J. Spears (*pro hac vice*)
Gregory R. Naron (*pro hac vice*)
Jacqueline A. Giannini (*pro hac vice*)
233 South Wacker Drive, Suite 5900
Chicago, Illinois 60606
Telephone (312) 876-8000
E-mail:  natalie.spears@dentons.com
E-mail:  gregory.naron@dentons.com
E-mail:  jacqui.giannini@dentons.com

**DENTONS US LLP**
KIRAN PATEL (*pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 768-5392
Email: kiran.patel@dentons.com

*Attorneys for Defendants*
*NETFLIX, INC., AVA DUVERNAY and ATTICA LOCKE*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of August 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Kelley Geraghty Price*

3404723.v1