MAIL, TRLSET

# U.S. District Court
# Middle District of Florida (Ft. Myers)
# CIVIL DOCKET FOR CASE #: 2:20−cv−00180−JLB−MRM

Fairstein v. Netflix, Inc. et al
Assigned to: Judge John L. Badalamenti
Referred to: Magistrate Judge Mac R. McCoy
Demand: $75,000
Cause: 28:1332 Diversity−Libel, Assault, Slander

Date Filed: 03/18/2020
Jury Demand: Plaintiff
Nature of Suit: 320 Assault Libel & Slander
Jurisdiction: Diversity

**Plaintiff**

**Linda Fairstein**  represented by  **Andrew T. Miltenberg**
Nesenoff & Miltenberg, LLP
363 Seventh Ave., 5th Floor
New York, NY 10001
212/736−4500
Fax: 212−736−2260
Email: amiltenberg@nmllplaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kara L. Gorycki**
Nesenoff & Miltenberg, LLP
363 Seventh Avenue., 5th Floor
New York, NY 10001
212−736−4500
Fax: 212−736−2260
Email: kgorycki@nmllplaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kimberly Dawn Swanson**
Cheffy Passidomo, PA
821 Fifth Avenue South., Suite 201
Naples, Fl 34102
239−261−9300
Fax: 239−261−9782
Email: kdswanson@napleslaw.com
*ATTORNEY TO BE NOTICED*

**Rachael S. Loukonen**
Cheffy Passidomo, P.A.
821 Fifth Avenue South
Naples, FL 34102
239−261−9300
Fax: 239−261−9782
Email: rloukonen@napleslaw.com
*ATTORNEY TO BE NOTICED*

**Edward K. Cheffy**
Cheffy Passidomo, PA
Suite 201

        821 Fifth Ave S
        Naples, FL 34102−6621
        239/261−9300
        Fax: 239/261−9782
        Email: ekcheffy@napleslaw.com
        *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Netflix, Inc.**    represented by    **Eric S. Olson**
    Cardinal Law, P.A.
    5672 Strand Court
    Suite 2
    Naples, FL 34110
    239−610−0845
    Fax: 239−296−2319
    Email: eolson@cardinal−law.com
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

    **Kelley Geraghty Price**
    Dentons Cohen & Grigsby, PC
    Mercato − Suite 6200
    9110 Strada Place
    Naples, FL 34108−2396
    239/390−1913
    Fax: 239/390−1901
    Email: kelley.price@dentons.com
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

    **Kiran Patel**
    Dentons US LLP
    1221 Avenue of the Americas
    New York, NY 10020
    212−768−5392
    Email: kiran.patel@dentons.com
    *LEAD ATTORNEY*
    *PRO HAC VICE*
    *ATTORNEY TO BE NOTICED*

    **Gregory R. Naron**
    Dentons US LLP
    233 S. Wacker Drive., Suite 5900
    Chicago, IL 60606
    312−876−2481
    Email: gregory.naron@dentons.com
    *PRO HAC VICE*
    *ATTORNEY TO BE NOTICED*

    **Jacqueline A. Giannini**
    Dentons US LLP

233 S. Wacker Drive., Suite 5900
Chicago, IL 60606
312−876−2395
Email: jacqui.giannini@dentons.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Natalie J. Spears**
Dentons US LLP
233 S. Wacher Drive., Suite 5900
Chicago, IL 60606
312−876−2556
Email: natalie.spears@dentons.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ava DuVernay**                                  represented by **Eric S. Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelley Geraghty Price**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kiran Patel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory R. Naron**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jacqueline A. Giannini**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Natalie J. Spears**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Attica Locke**                                  represented by **Eric S. Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelley Geraghty Price**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kiran Patel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory R. Naron**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jacqueline A. Giannini**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Natalie J. Spears**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/18/2020 | Ï 1 | COMPLAINT against Linda Fairstein with Jury Demand (Filing fee $ 400 receipt number 113A−16604784) filed by Linda Fairstein. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit Exhibit 1 – Netflix notice letter, # 3 Exhibit Exhibit 2 – DuVernay notice letter, # 4 Exhibit Exhibit 3 – Locke notice letter)(Cheffy, Edward) (Entered: 03/18/2020) |
| 03/18/2020 | Ï 2 | NOTICE of Appearance by Kimberly Dawn Swanson on behalf of Linda Fairstein (Swanson, Kimberly) (Entered: 03/18/2020) |
| 03/18/2020 | Ï 3 | NOTICE of Appearance by Rachael S. Loukonen on behalf of Linda Fairstein (Loukonen, Rachael) (Entered: 03/18/2020) |
| 03/18/2020 | Ï 4 | NEW CASE ASSIGNED to Judge Thomas P. Barber and Magistrate Judge Nicholas P. Mizell. New case number: 2:20−cv−180−FtM−60NPM. (SJB) (Entered: 03/18/2020) |
| 03/18/2020 | Ï 5 | MOTION for Kara Gorycki to appear pro hac vice by Linda Fairstein. (Swanson, Kimberly) Motions referred to Magistrate Judge Nicholas P. Mizell. (Entered: 03/18/2020) |
| 03/18/2020 | Ï 6 | MOTION for Andrew Miltenberg to appear pro hac vice by Linda Fairstein. (Swanson, Kimberly) Motions referred to Magistrate Judge Nicholas P. Mizell. (Entered: 03/18/2020) |
| 03/18/2020 | Ï 7 | **ORDER of recusal. Magistrate Judge Mizell hereby disqualifies himself from these proceedings, pursuant to 28 U.S.C. § 455 and in the interest of justice. This case shall be transferred to the next assigned Magistrate Judge in the Fort Myers Division. Signed by Magistrate Judge Nicholas P. Mizell on 3/18/2020. (brh)** (Entered: 03/18/2020) |
| 03/18/2020 | Ï 8 | Case Reassigned to Magistrate Judge Mac R. McCoy. New case number: |

| | | |
|---|---|---|
| | | 2:20–cv–180–FtM–MRM. Magistrate Judge Nicholas P. Mizell no longer assigned to the case. Motion(s) REFERRED: <u>6</u> MOTION for Andrew Miltenberg to appear pro hac vice , <u>5</u> MOTION for Kara Gorycki to appear pro hac vice . Motion(s) referred to Magistrate Judge Mac R. McCoy. (laf) (Entered: 03/18/2020) |
| 03/19/2020 | Ï | ***PRO HAC VICE FEES paid by attorney Kara Goryci, appearing on behalf of Linda Fairstein (Filing fee $150 receipt number FTM014506.) Related document: <u>5</u> MOTION for Kara Gorycki to appear pro hac vice . (SPB) (Entered: 03/23/2020) |
| 03/19/2020 | Ï | ***PRO HAC VICE FEES paid by attorney Andrew Miltenberg, appearing on behalf of Linda Fairstein (Filing fee $150 receipt number FTM014506.) Related document: <u>6</u> MOTION for Andrew Miltenberg to appear pro hac vice . (SPB) (Entered: 03/23/2020) |
| 03/21/2020 | Ï 9 | **ORDER granting <u>5</u> Motion to Admit Counsel *Pro Hac Vice*. The Clerk is directed to add Kara Gorycki to the service list. Unless already completed, within fourteen (14) days from the date of this Order, Kara Gorycki must send the required fee to the Clerk's Office. Unless already completed, within fourteen (14) days from the date of this Order, Kara Gorycki must complete and submit the E–Filer Registration Form for CM/ECF. Failure to register may cause the Court to revoke permission to appear specially. See Order for details. Signed by Magistrate Judge Mac R. McCoy on 3/21/2020. (McCoy, Mac)** (Entered: 03/21/2020) |
| 03/21/2020 | Ï 10 | **ORDER granting <u>6</u> Motion to Admit Counsel *Pro Hac Vice*. The Clerk is directed to add Andrew Miltenberg to the service list. Unless already completed, within fourteen (14) days from the date of this Order, Andrew Miltenberg must send the required fee to the Clerk's Office. Unless already completed, within fourteen (14) days from the date of this Order, Andrew Miltenberg must complete and submit the E–Filer Registration Form for CM/ECF. Failure to register may cause the Court to revoke permission to appear specially. See Order for details. Signed by Magistrate Judge Mac R. McCoy on 3/21/2020. (McCoy, Mac)** (Entered: 03/21/2020) |
| 03/23/2020 | Ï 11 | WAIVER of service returned executed on 03/19/2020 by Linda Fairstein as to Ava DuVernay. (Swanson, Kimberly) (Entered: 03/23/2020) |
| 03/23/2020 | Ï 12 | WAIVER of service returned executed on 03/19/2020 by Linda Fairstein as to Attica Locke. (Swanson, Kimberly) (Entered: 03/23/2020) |
| 03/23/2020 | Ï 13 | WAIVER of service returned executed on 03/19/2020 by Linda Fairstein as to Netflix, Inc.. (Swanson, Kimberly) (Entered: 03/23/2020) |
| 03/25/2020 | Ï 14 | **TRACK TWO NOTICE AND CORPORATE DISCLOSURE ORDER. Signed by All Divisional Judges on 3/25/2020. (jmc)** (Entered: 03/25/2020) |
| 03/25/2020 | Ï 15 | NOTICE of Appearance by Kelley Geraghty Price on behalf of Ava DuVernay, Attica Locke, Netflix, Inc. (Price, Kelley) (Entered: 03/25/2020) |
| 03/25/2020 | Ï 16 | NOTICE of Appearance by Eric S. Olson on behalf of Ava DuVernay, Attica Locke, Netflix, Inc. (Olson, Eric) (Entered: 03/25/2020) |
| 05/07/2020 | Ï 17 | MOTION for Jacqueline A. Giannini to appear pro hac vice, Special Admission fee paid, Receipt No. 113A–16787696 for $150 by Netflix, Inc.. (Price, Kelley) Motions referred to Magistrate Judge Mac R. McCoy. (Entered: 05/07/2020) |
| 05/07/2020 | Ï 18 | MOTION for Natalie J. Spears to appear pro hac vice, Special Admission fee paid, Receipt No. 113A–16787827 for $150 by Netflix, Inc.. (Price, Kelley) Motions referred to Magistrate Judge Mac R. McCoy. (Entered: 05/07/2020) |
| 05/07/2020 | Ï 19 | MOTION for Gregory R. Naron to appear pro hac vice, Special Admission fee paid, Receipt No. 113A–16787859 for $150 by Netflix, Inc.. (Price, Kelley) Motions referred to Magistrate Judge |

| | | |
|---|---|---|
| | | Mac R. McCoy. (Entered: 05/07/2020) |
| 05/07/2020 | 20 | CORPORATE Disclosure Statement by Netflix, Inc.. (Price, Kelley) (Entered: 05/07/2020) |
| 05/07/2020 | 21 | **ORDER granting (Docs. 17, 18, 19) the Motions to Admit Counsel Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing. The Clerk is directed to add Jacqueline A. Gianni, Esq., Natalie J. Spears, Esq., and Gregory R. Naron, Esq. to the service list; unless already completed, within fourteen (14) days from the date of this Order, Jacqueline A. Gianni, Esq., Natalie J. Spears, Esq., and Gregory R. Naron, Esq. must send the required fee to the Clerk's Office, unless already completed, within fourteen (14) days from the date of this Order, Jacqueline A. Gianni, Esq., Natalie J. Spears, Esq., and Gregory R. Naron, Esq. must complete and submit the E−Filer Registration Form for CM/ECF. Failure to register may cause the Court to revoke permission to appear specially. See Order for details. Signed by Magistrate Judge Mac R. McCoy on 5/7/2020. (JTB)** (Entered: 05/07/2020) |
| 05/08/2020 | 22 | MOTION for leave to file a response in excess of 25 pages by Netflix, Inc. (Price, Kelley) Modified to edit event on 5/8/2020 (MLJ). (Entered: 05/08/2020) |
| 05/08/2020 | 23 | **ENDORSED ORDER: The "Agreed Motion Requesting Leave to File Briefs in Excess of 25 Pages" (Doc. 22) is hereby granted. Defendant Netflix, Inc. may file a motion to dismiss and supporting memorandum of law that does not exceed forty pages, excluding captions and signatures. Plaintiff Linda Fairstein may file a response in opposition that does not exceed forty pages, excluding captions and signatures. Signed by Judge Thomas P. Barber on 5/8/2020. (ANL)** (Entered: 05/08/2020) |
| 05/18/2020 | 24 | MOTION for Kiran Patel to appear pro hac vice, Special Admission fee paid, Receipt No. 113A−16820968 for $150 by Ava DuVernay, Attica Locke, Netflix, Inc.. (Price, Kelley) Motions referred to Magistrate Judge Mac R. McCoy. (Entered: 05/18/2020) |
| 05/18/2020 | 25 | **TEXT ORDER denying without prejudice 24 Motion to Admit Counsel Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing. M.D. Fla. R. 2.02(a) requires an attorney seeking special admission to practice before this Court to be "a member in good standing of the bar of any District court of the United States." The instant motion states that the applicant, Kiran Patel, "is a member in good standing of the New York State Bar." This representation does not satisfy the requirement of M.D. Fla. R. 2.02(a). The motion may be renewed in compliance with this Court's rules. Signed by Magistrate Judge Mac R. McCoy on 5/18/2020. (McCoy, Mac)** (Entered: 05/18/2020) |
| 05/18/2020 | 26 | MOTION to Dismiss for Lack of Jurisdiction *Motion to Dismiss for Lack of Personal Jurisdiction, or in the Alternative, Joint Motion with Netflix, Inc. to Dismiss for Improper Venue or Transfer, and Incorporated Memorandum of Law* by Ava DuVernay, Attica Locke. (Attachments: # 1 Exhibit Declaration of Ava Duvernay, # 2 Exhibit Declaration of Attica Locke, # 3 Exhibit Declaration of Jacqueline Giannini, # 4 Exhibit Exhibit 1 to Declaration of Jacqueline Giannini, # 5 Exhibit Exhibit 2 to Declaration of Jacqueline Giannini, # 6 Exhibit Exhibit 3 to Declaration of Jacqueline Giannini, # 7 Exhibit Exhibit 4 to Declaration of Jacqueline Giannini, # 8 Exhibit Exhibit 5 to Declaration of Jacqueline Giannini, # 9 Exhibit Exhibit 6 to Declaration of Jacqueline Giannini, # 10 Exhibit Exhibit 7 to Declaration of Jacqueline Giannini, # 11 Exhibit Exhibit 8 to Declaration of Jacqueline Giannini, # 12 Exhibit Exhibit 9 to Declaration of Jacqueline Giannini, # 13 Exhibit Exhibit 10 to Declaration of Jacqueline Giannini, # 14 Exhibit Exhibit 11 to Declaration of Jacqueline Giannini)(Spears, Natalie) (Entered: 05/18/2020) |
| 05/18/2020 | 27 | MOTION for Kiran Patel to appear pro hac vice by Ava DuVernay, Attica Locke, Netflix, Inc.. (Price, Kelley) Motions referred to Magistrate Judge Mac R. McCoy. (Entered: 05/18/2020) |
| 05/18/2020 | 28 | MOTION to Dismiss for Failure to State a Claim *and Incorporated Memorandum of Law, and Joinder in Motion of Defendants Duvernay and Locke to Dismiss for Improper Venue or to* |

| | | |
|---|---|---|
| | | *Transfer Venue* by Netflix, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Spears, Natalie) (Entered: 05/18/2020) |
| 05/18/2020 | 29 | APPENDIX re 28 MOTION to Dismiss for Failure to State a Claim *and Incorporated Memorandum of Law, and Joinder in Motion of Defendants Duvernay and Locke to Dismiss for Improper Venue or to Transfer Venue (Appendix of Additional Exhibits)* by Netflix, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22)(Spears, Natalie) (Entered: 05/18/2020) |
| 05/18/2020 | 30 | MOTION to Strike 1 Complaint *(Special Motion to Strike Pursuant to California anti−SLAPP Act, CAL. C.C.P. § 425.16* by Netflix, Inc.. (Spears, Natalie) (Entered: 05/18/2020) |
| 05/18/2020 | 31 | Unopposed MOTION for Extension of Time to File Response/Reply as to 26 MOTION to Dismiss for Lack of Jurisdiction *Motion to Dismiss for Lack of Personal Jurisdiction, or in the Alternative, Joint Motion with Netflix, Inc. to Dismiss for Improper Venue or Transfer, and Incorporated Memorandum of Law*, 30 MOTION to Strike 1 Complaint *(Special Motion to Strike Pursuant to California anti−SLAPP Act, CAL. C.C.P. § 425.16*, 28 MOTION to Dismiss for Failure to State a Claim *and Incorporated Memorandum of Law, and Joinder in Motion of Defendants Duvernay and Locke to Dismiss for Improper Venue or to Transfer Venue* by Linda Fairstein. (Cheffy, Edward) (Entered: 05/18/2020) |
| 05/18/2020 | 32 | **ORDER granting 27 Motion to Admit Counsel Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing. The Clerk is directed to add Kiran Patel to the service list. Unless already completed, within fourteen (14) days from the date of this Order, Kiran Patel must send the required fee to the Clerk's Office. Unless already completed, within fourteen (14) days from the date of this Order, Kiran Patel must complete and submit the E−Filer Registration Form for CM/ECF. See Order for details. Signed by Magistrate Judge Mac R. McCoy on 5/18/2020. (McCoy, Mac)** (Entered: 05/18/2020) |
| 05/18/2020 | 33 | **ENDORSED ORDER granting 31 Unopposed Joint Motion for Extension of Time for Opposition [sic] and Leave to File Reply Memoranda. Plaintiff must respond to the pending motions to dismiss and to strike (Docs. 26, 28, 30) no later than 7/1/2020. Thereafter, Defendants may file reply memoranda of no more than 15 pages in further support of the same motions no later than 7/29/2020. Signed by Magistrate Judge Mac R. McCoy on 5/18/2020. (McCoy, Mac)** (Entered: 05/18/2020) |
| 05/27/2020 | 34 | MOTION for Miscellaneous Relief, specifically Motion for Leave to Conduct Jurisdictional Discovery by Linda Fairstein. (Attachments: # 1 Exhibit A − South Florida Times Article)(Cheffy, Edward) (Entered: 05/27/2020) |
| 05/27/2020 | 35 | AFFIDAVIT of Linda Fairstein re: 34 MOTION for Miscellaneous Relief, specifically Motion for Leave to Conduct Jurisdictional Discovery by Linda Fairstein. (Cheffy, Edward) (Entered: 05/27/2020) |
| 06/10/2020 | 36 | RESPONSE in Opposition re 34 MOTION for Miscellaneous Relief, specifically Motion for Leave to Conduct Jurisdictional Discovery *Defendants Ava Duvernay and Attica Locke's Opposition to Plaintiff's Motion for Leave to Conduct Jurisdictional Discovery* filed by Ava DuVernay, Attica Locke. (Attachments: # 1 Exhibit A − Reid Transcript, # 2 Exhibit B − Reid Decision)(Spears, Natalie) (Entered: 06/10/2020) |
| 06/15/2020 | 37 | MOTION to File Excess Pages *Leave to File Brief in Excess of Twenty Pages* by Linda Fairstein. (Swanson, Kimberly) (Entered: 06/15/2020) |
| 06/16/2020 | 38 | |

| | | |
|---|---|---|
| | | Case Reassigned to John L. Badalamenti. New case number: 2:20–cv–180–FtM–66MRM. Judge Thomas P. Barber no longer assigned to the case. (MLJ) (Entered: 06/16/2020) |
| 06/23/2020 | 39 | NOTICE of hearing: Preliminary Pretrial Conference set for 8/4/2020 at 10:30 AM before Magistrate Judge Mac R. McCoy. DIAL IN INSTRUCTIONS: TOLL FREE NUMBER: 1–888–273–3658, ACCESS CODE: 8335587, SECURITY CODE: 20180. Dial in at least 5 minutes before hearing time. Landline preferred. Do not use the speaker phone feature during the call. Notwithstanding any prior Order of the Court, the parties shall file a joint Case Management Report no later than 7/27/2020. To the extent Fed. R. Civ. P. 16(b)(2) so requires, the Court finds good cause to extend the time period for entering the Case Management and Scheduling Order until after the Case Management Report is filed and the Preliminary Pretrial Conference is held.(jmc) (Entered: 06/23/2020) |
| 07/01/2020 | 40 | **ENDORSED ORDER. Before the Court is Plaintiff Linda Fairstein's Agreed Motion Requesting Leave to File Brief in Excess of Twenty Pages filed on June 15, 2020. (Doc. 37). Plaintiff seeks leave to file a thirty–page response to Defendants Ava Duvernay and Attica Locke's Motion to Dismiss for Lack of Personal Jurisdiction, or in the Alternative, Joint Motion with Netflix, Inc. to Dismiss for Improper Venue or Transfer, and Incorporated Memorandum of Law (Doc. 26). Since good cause has been shown and the request is unopposed, the motion is GRANTED. Plaintiff may file a response, not to exceed thirty (30) pages in total length, on or before July 15, 2020. Signed by John L. Badalamenti on 7/1/2020. (KDB)** (Entered: 07/01/2020) |
| 07/01/2020 | 41 | RESPONSE in Opposition re 26 MOTION to Dismiss for Lack of Jurisdiction *Motion to Dismiss for Lack of Personal Jurisdiction, or in the Alternative, Joint Motion with Netflix, Inc. to Dismiss for Improper Venue or Transfer, and Incorporated Memorandum of Law* filed by Linda Fairstein. (Attachments: # 1 Declaration of Joanne Sinchuk, # 2 Declaration of Carolyn Madden, # 3 Declaration of Chad Leonard, # 4 Declaration of Tim Clements, # 5 Declaration of Elizabeth Lederer, # 6 Declaration of Patricia Meili, # 7 Declaration of Robert Nugent, # 8 Declaration of Eric Reynolds)(Cheffy, Edward) (Entered: 07/01/2020) |
| 07/01/2020 | 42 | DECLARATION of Linda Fairstein by Linda Fairstein. (Cheffy, Edward) (Entered: 07/01/2020) |
| 07/01/2020 | 43 | DECLARATION of Lance R. Ribacoff by Linda Fairstein. (Attachments: # 1 Exhibit 1 – Complaint, # 2 Exhibit 2 – Excel Spreadsheet, # 3 Exhibit 3 – Excel Spreadsheet, # 4 Exhibit 4 – Excel Spreadsheet)(Cheffy, Edward) (Entered: 07/01/2020) |
| 07/01/2020 | 44 | RESPONSE in Opposition re 30 MOTION to Strike 1 Complaint *(Special Motion to Strike Pursuant to California anti–SLAPP Act, CAL. C.C.P. § 425.16* filed by Linda Fairstein. (Attachments: # 1 Declaration of Linda Fairstein)(Cheffy, Edward) (Entered: 07/01/2020) |
| 07/01/2020 | 45 | RESPONSE in Opposition re 28 MOTION to Dismiss for Failure to State a Claim *and Incorporated Memorandum of Law, and Joinder in Motion of Defendants Duvernay and Locke to Dismiss for Improper Venue or to Transfer Venue* filed by Linda Fairstein. (Attachments: # 1 Declaration of Kara Gorycki)(Cheffy, Edward) (Entered: 07/01/2020) |
| 07/01/2020 | 46 | APPENDIX by Linda Fairstein. (Attachments: # 1 Appendix Part 2, # 2 Appendix Part 3, # 3 Appendix Part 4, # 4 Appendix Part 5, # 5 Appendix Part 6, # 6 Appendix Part 7, # 7 Appendix Part 8, # 8 Appendix Part 9, # 9 Appendix Part 10, # 10 Appendix Part 11, # 11 Appendix Part 12, # 12 Appendix Part 13, # 13 Appendix Part 14, # 14 Appendix Part 15, # 15 Appendix Part 16, # 16 Appendix Part 17, # 17 Appendix Part 18, # 18 Appendix Part 19, # 19 Appendix Part 20, # 20 Appendix Part 21, # 21 Appendix Part 22, # 22 Appendix Part 23, # 23 Appendix Part 24, # 24 Appendix Part 25, # 25 Appendix Part 26)(Cheffy, Edward) (Entered: 07/01/2020) |
| 07/20/2020 | 47 | Consent MOTION to File Excess Pages *(Agreed Motion Requesting Leave to File Reply Briefs in Excess of Fifteen Pages)* by Ava DuVernay, Attica Locke, Netflix, Inc.. (Spears, Natalie) (Entered: 07/20/2020) |

| | | |
|---|---|---|
| 07/23/2020 | 48 | **ENDORSED ORDER granting 47 Motion to File Excess Pages. Defendants Ava DuVernay and Attica Locke's joint reply in support of their Motion to Dismiss for Lack of Personal Jurisdiction, or in the Alternative, Joint Motion with Netflix, Inc. to Dismiss for Improper Venue or Transfer (Doc. 26) shall not exceed eighteen (18) pages. Netflix Inc's reply in support of its Motion to Dismiss for Failure to State a Claim (Doc. 28) shall not exceed twenty (20) pages. Both replies shall be filed no later than August 6, 2020. (VK)** (Entered: 07/23/2020) |
| 07/27/2020 | 49 | PRETRIAL AND DISCOVERY PLAN. (Swanson, Kimberly) (Entered: 07/27/2020) |
| 07/27/2020 | 50 | CASE MANAGEMENT REPORT. (Swanson, Kimberly) (Entered: 07/27/2020) |
| 07/29/2020 | 51 | REPLY to Response to Motion re 26 MOTION to Dismiss for Lack of Jurisdiction *Motion to Dismiss for Lack of Personal Jurisdiction, or in the Alternative, Joint Motion with Netflix, Inc. to Dismiss for Improper Venue or Transfer, and Incorporated Memorandum of Law* filed by Ava DuVernay, Attica Locke. (Spears, Natalie) (Entered: 07/29/2020) |
| 07/29/2020 | 52 | DECLARATION of Kelley Geraghty Price re 51 Reply to Response to Motion by Ava DuVernay, Attica Locke. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12)(Spears, Natalie) (Entered: 07/29/2020) |
| 07/29/2020 | 53 | REPLY to Response to Motion re 28 MOTION to Dismiss for Failure to State a Claim *and Incorporated Memorandum of Law, and Joinder in Motion of Defendants Duvernay and Locke to Dismiss for Improper Venue or to Transfer Venue* filed by Netflix, Inc.. (Spears, Natalie) (Entered: 07/29/2020) |
| 07/29/2020 | 54 | NOTICE of withdrawal of motion by Netflix, Inc. re 30 MOTION to Strike 1 Complaint *(Special Motion to Strike Pursuant to California anti−SLAPP Act, CAL. C.C.P. § 425.16* filed by Netflix, Inc. (Spears, Natalie) (Entered: 07/29/2020) |
| 08/02/2020 | 55 | NOTICE of pendency of related cases re 14 Related case order and track 1 notice per Local Rule 1.04(d) by Linda Fairstein. Related case(s): no (Swanson, Kimberly) (Entered: 08/02/2020) |
| 08/04/2020 | 56 | **TEXT ORDER denying as moot and without prejudice 30 Defendant Netflix Inc.'s Special Motion to Strike Pursuant to California Anti−SLAPP Act, Cal. C.C.P. § 425.16. in light of 54 Defendant Netflix Inc.'s Notice of Withdrawal regarding same. Signed by Magistrate Judge Mac R. McCoy on 8/4/2020. (McCoy, Mac)** (Entered: 08/04/2020) |
| 08/04/2020 | 57 | ORAL MOTION for Extension of Time to File Notice of Related Cases by All Defendants. (jmc) Motions referred to Magistrate Judge Mac R. McCoy. (Entered: 08/04/2020) |
| 08/04/2020 | 58 | Minute Entry. Proceedings held before Magistrate Judge Mac R. McCoy: granting 57 Motion for Extension of Time to File Notice of related Cases; PRELIMINARY PRETRIAL CONFERENCE held on 8/4/2020. (Digital) (jmc) (Entered: 08/04/2020) |
| 08/04/2020 | 59 | **CASE MANAGEMENT AND SCHEDULING ORDER: Amended Pleadings due by 9/24/2020, Joinder of Parties due by 9/24/2020, Discovery due by 1/14/2022, Dispositive motions due by 2/15/2022, Pretrial statement due by 6/14/2022, All other motions due by 6/11/2022, Plaintiff disclosure of expert report due by 10/15/2021, Defendant disclosure of expert report due by 11/15/2021, Final Pretrial Conference set for 6/24/2022 at 01:30 PM in Ft. Myers Courtroom 6 B before Judge John L. Badalamenti, Trial term commencing 7/5/2022 in Ft. Myers Courtroom 6 B before Judge John L. Badalamenti., Conduct mediation hearing by 1/31/2022. Lead counsel to coordinate dates. See Order for details. Signed by Magistrate Judge Mac R. McCoy on 8/4/2020. (jmc)** (Entered: 08/04/2020) |
| 08/05/2020 | 60 | NOTICE of pendency of related cases per Local Rule 1.04(d) by Ava DuVernay, Attica Locke, Netflix, Inc.. Related case(s): no (Price, Kelley) (Entered: 08/05/2020) |

| | | |
|---|---|---|
| 08/18/2020 | 62 | NOTICE OF SELECTION of Jay M. Cohen as mediator by Linda Fairstein. (Swanson, Kimberly) (Entered: 08/18/2020) |
| 09/24/2020 | 63 | **ORDERED: Defendants Ava DuVernay and Attica Locke's Motion to Dismiss for Lack of Personal Jurisdiction or in the Alternative, Joint Motion with Netflix, Inc. to Dismiss for Improper Venue or Transfer 26, is GRANTED IN PART. The Clerk is DIRECTED to transfer this matter to the Southern District of New York and close this Middle–District–of–Florida case. Signed by Judge John L. Badalamenti on 9/24/2020. (SMG)** (Entered: 09/24/2020) |