UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **LINDA FAIRSTEIN,**<br><br>      **Plaintiff,**<br><br>  -against-<br><br>**NETFLIX, INC., AVA DUVERNAY, and ATTICA LOCKE,**<br><br>      **Defendants.** | **Civil Action No. 1:20-cv-08042 (PKC)** |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE**, that the undersigned, Andrew T. Miltenberg of the law firm of Nesenoff & Miltenberg, LLP, enters his appearance as counsel for Plaintiff Linda Fairstein, and requests that all pleadings, notices and other papers be served upon him in this matter.

**Dated:**  New York, New York
      October 7, 2020

                 **NESENOFF & MILTENBERG, LLP**
                 *Attorneys for Plaintiff*

      **By:** */s/ Andrew T. Miltenberg*
                 **Andrew T. Miltenberg, Esq. (AM7006)**
                 **363 Seventh Avenue, Fifth Floor**
                 **New York, New York 10001**
                 **212.736.4500 (phone)**
                 **212.736.2260 (facsimile)**
                 **amiltenberg@nmllp.com**