**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**LINDA FAIRSTEIN,**

                **Plaintiff,**

    **-against-**

**NETFLIX, INC., AVA DUVERNAY, and ATTICA LOCKE,**

                **Defendants.**

**Civil Action No. 1:20-cv-08042 (PKC)**

---

## NOTICE OF APPEARANCE

    **PLEASE TAKE NOTICE,** that the undersigned, Kara L. Gorycki of the law firm of Nesenoff & Miltenberg, LLP, enters her appearance as counsel for Plaintiff Linda Fairstein, and requests that all pleadings, notices and other papers be served upon her in this matter.

**Dated:**      New York, New York
              October 8, 2020

                      **NESENOFF & MILTENBERG, LLP**
                      *Attorneys for Plaintiff*

        **By:**    */s/ Kara L. Gorycki*
                      **Kara L. Gorycki, Esq. (KG3519)**
                      **363 Seventh Avenue, Fifth Floor**
                      **New York, New York 10001**
                      **212.736.4500 (phone)**
                      **212-736-2260 (facsimile)**
                      **kgorycki@nmllplaw.com**