UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDA FAIRSTEIN,<br><br>                    Plaintiff,<br><br>        -v-<br><br>NETFLIX, INC., AVA DUVERNAY, and ATTICA LOCKE<br><br>                    Defendants. | 1:20-cv-08042-PKC |

## NOTICE OF APPEARANCE OF KIRAN PATEL

PLEASE TAKE NOTICE that Kiran Patel, an attorney in good standing of the bar of this Court and a member of the law firm DENTONS US LLP, hereby appears as counsel for Defendants Netflix, Inc., Ava DuVernay and Attica Locke and requests that copies of papers served in this action be served on the undersigned.

Dated: October 16, 2020

                                        DENTONS US LLP

                                        */s/ Kiran Patel*

                                        Kiran Patel
                                        1221 Avenue of the Americas
                                        New York, New York, 10020
                                        (212) 768-5392
                                        kiran.patel@dentons.com

                                        *Attorney for Netflix, Inc., Ava DuVernay and Attica Locke*

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 16, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

                                              */s/ Kiran Patel*
                                              Kiran Patel