UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDA FAIRSTEIN,<br><br>                    Plaintiff,<br><br>        -v-<br><br>NETFLIX, INC., AVA DUVERNAY, and ATTICA LOCKE<br><br>                    Defendants. | 1:20-cv-08042-PKC |

### MOTION FOR ADMISSION *PRO HAC VICE* OF GREGORY R. NARON

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Gregory R. Naron, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel on behalf of Defendants Netflix, Inc., Ava DuVernay and Attica Locke in the above-captioned action.

I am a member in good standing of the bar of Illinois, and there are no pending disciplinary proceedings against me in any state or federal court. A certificate of Good Standing from Illinois is attached as Exhibit A.

Dated: October 16, 2020

DENTONS US LLP

/s/ Gregory R. Naron

Gregory R. Naron
233 S. Wacker Drive, Suite 5900
Chicago, IL 60606
Tel: (312) 876-2481
gregory.naron@dentons.com

*Attorney for Netflix, Inc., Ava DuVernay and Attica Locke*

**CERTIFICATE OF SERVICE**

  I hereby certify that on October 16, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

              */s/ Gregory R. Naron*
              Gregory R. Naron