UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LINDA FAIRSTEIN,

                Plaintiff,

-v-

NETFLIX, INC., AVA DUVERNAY, and ATTICA LOCKE

                Defendants.

1:20-cv-08042-PKC

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF GREGORY R. NARON**

The motion of Gregory R. Naron for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of Illinois and that her contact information is as follows:

    Gregory R. Naron
    Dentons US LLP
    233 S. Wacker Drive, Suite 5900
    Chicago, IL 60606
    Tel: (312) 876-2481
    Fax: (312) 876-7934
    gregory.naron@dentons.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendants Netflix, Inc., Ava DuVernay and Attica Locke.

**IT IS HEREBY ORDERED** that the Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:

                                          _____
                                          United States District / Magistrate Judge