UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDA FAIRSTEIN,<br><br>                             Plaintiff,<br><br>      -v-<br><br>NETFLIX, INC., AVA DUVERNAY, and ATTICA LOCKE<br><br>                            Defendants. | 1:20-cv-08042-PKC |

## AFFIDAVIT OF JACQUELINE A. GIANNINI
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules, Jacqueline A. Giannini, first being duly sworn, deposes and states as follows:

1. I am an associate in the law firm of Dentons US LLP at 233 S. Wacker Drive, Chicago, IL 60606, and have personal knowledge of the facts set forth herein. My telephone number is (312) 876-2395, facsimile number is (312) 876-7934, and email address is jacqui.giannini@dentons.com.

2. I submit this affidavit in support of the motion for my admission to practice before this Court *pro hac vice* in the above-captioned action. I am familiar with the facts and circumstances of this case.

3. I am a member in good standing of the bar of Illinois.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. There are no pending disciplinary proceedings against me. I will immediately notify the Court of any matter affecting my standing at the bar of any court.

7. I respectfully submit that there is good cause for my admission *pro hac vice*.

Dated: October 9, 2020

DENTONS US LLP

Jacqueline A. Giannini
233 S. Wacker Drive, Suite 5900
Chicago, IL 60606
Tel: (312) 876-2395
jacqui.giannini@dentons.com

*Attorney for Netflix, Inc., Ava DuVernay and Attica Locke*

SWORN TO AND SUBSCRIBED
BEFORE ME this 9th day of October, 2020.

Notary Public

RAYMOND BAITY
Official Seal
Notary Public - State of Illinois
My Commission Expires Mar 23, 2022

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

>  */s/ Jacqueline A. Giannini*
>  Jacqueline A. Giannini