UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LINDA FAIRSTEIN,

                Plaintiff,           1:20-cv-08042-PKC

-v-

NETFLIX, INC., AVA DUVERNAY, and
ATTICA LOCKE

                Defendants.

## [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF JACQUELINE A. GIANNINI

The motion of Jacqueline A. Giannini for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of Illinois and that her contact information is as follows:

> Jacqueline A. Giannini
> Dentons US LLP
> 233 S. Wacker Drive, Suite 5900
> Chicago, IL 60606
> Tel: (312) 876-2395
> Fax: (312) 876-7934
> jacqui.giannini@dentons.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendants Dow Jones & Company, Inc. and William Alpert.

**IT IS HEREBY ORDERED** that the Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:

                                                    _____
                                                    United States District / Magistrate Judge