UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**LINDA FAIRSTEIN,**

    **Plaintiff,**

  -against-      Civil Action No. 1:20-cv-08042 (PKC)

**NETFLIX, INC., AVA DUVERNAY, and ATTICA LOCKE,**

    **Defendants.**

---

## UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL BY EDWARD K. CHEFFY

Please take notice, that the law firm of Cheffy Passidomo, P.A., upon the accompanying Declaration of Edward K. Cheffy, moves this Court before the Honorable P. Kevin Castel, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, pursuant to this Court's Local Rule 1.4, for an Order permitting Edward K. Cheffy to withdraw as counsel for Plaintiff, Linda Fairstein.

### CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 1.4, undersigned counsel conferred with opposing counsel and confirmed that there is no opposition to the relief requested herein.

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2020, a true and correct copy of the foregoing was filed and served by CM/ECF on all counsel or parties of record on the service list.

          Respectfully submitted,

          CHEFFY PASSIDOMO, P.A.

By:    /s/ Edward K. Cheffy
       Edward K. Cheffy
       Florida Bar No. 393649
       821 Fifth Avenue South, Suite 201
       Naples, Florida 34102
       (239) 261-9300
       ekcheffy@napleslaw.com

       -and-

       NESENOFF & MILTENBERG, LLP

By:    /s/ Andrew T. Miltenberg
       Andrew T. Miltenberg, Esq. (AM7006)
       Kara Gorycki (KG3519)
       363 Seventh Avenue, Fifth Floor
       New York, New York 10001
       (212) 736-4500
       amiltenberg@nmllplaw.com
       kgorycki@nmllplaw.com
       Attorneys for Plaintiff,