UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **LINDA FAIRSTEIN,**<br><br>　　　　　　Plaintiff,<br><br>　　-against-<br><br>**NETFLIX, INC., AVA DUVERNAY, and ATTICA LOCKE,**<br><br>　　　　　　Defendants. | Civil Action No. 1:20-cv-08042 (PKC) |

## UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL BY RACHEL S. LOUKONEN

Please take notice, that the law firm of Cheffy Passidomo, P.A., upon the accompanying Declaration of Rachael S. Loukonen, moves this Court before the Honorable P. Kevin Castel, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, pursuant to this Court's Local Rule 1.4, for an Order permitting Rachel S. Loukonen to withdraw as counsel for Plaintiff, Linda Fairstein.

### CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 1.4, undersigned counsel conferred with opposing counsel and confirmed that there is no opposition to the relief requested herein.

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2020, a true and correct copy of the foregoing was filed and served by CM/ECF on all counsel or parties of record on the service list.

>Respectfully submitted,
>
>CHEFFY PASSIDOMO, P.A.
>
>
>By: /s/ Rachel S. Loukonen
>Rachael S. Loukonen
>Florida Bar No. 668435
>821 Fifth Avenue South, Suite 201
>Naples, Florida 34102
>(239) 261-9300
>rloukonen@napleslaw.com
>
>-and-
>
>NESENOFF & MILTENBERG, LLP
>
>By: /s/ Andrew T. Miltenberg
>Andrew T. Miltenberg, Esq. (AM7006)
>Kara Gorycki (KG3519)
>363 Seventh Avenue, Fifth Floor
>New York, New York 10001
>(212) 736-4500
>amiltenberg@nmllplaw.com
>kgorycki@nmllplaw.com
>Attorneys for Plaintiff,