UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LINDA FAIRSTEIN,

           Plaintiff,

    -against-

NETFLIX, INC., AVA DUVERNAY, and
ATTICA LOCKE,

           Defendants.

Civil Action No. 1:20-cv-08042 (PKC)

---

## DECLARATION OF RACHAEL S. LOUKONEN IN SUPPORT OF CHEFFY PASSIDOMO, P.A.'S UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF

I, Rachael S. Loukonen, pursuant to 28 U.S.C. § 1746, as follows:

1. I am with the law firm of Cheffy Passidomo, P.A., counsel for Linda Fairstein.

2. I make this Declaration in Support of Cheffy Passidomo, P.A.'s Unopposed Motion to Withdraw as Counsel, pursuant to Local Rule 1.4 of the Rules of this Court.

3. I do not believe Linda Fairstein will suffer any prejudice from Cheffy Passidomo's withdrawal as counsel in the above-captioned matter.

4. Cheffy Passidomo, P.A. was retained as co-counsel for the originating action in the United States District Court for the Middle District of Florida Fort Myers Division. This action was then transferred to the United States District Court Southern District of New York. The law firm of Nesenoff & Miltenberg, LLP has been and will remain the lead counsel on this action and is licensed to practice law in the United States District Court Southern District of New York.

Andrew Miltenberg and Kara Gorycki of Nesenoff & Miltenberg, LLP will remain as counsel of record for Plaintiff.

5. I have informed Linda Fairstein that Cheffy Passidomo, P.A. intends to move to withdraw. Linda Fairstein has consented to the filing of this motion.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 5, 2020

> CHEFFY PASSIDOMO, P.A.
> 821 Fifth Avenue South
> Naples, FL 34102
> (239) 261-9300
>
> */s/ Rachael S. Loukonen*
> Rachael S. Loukonen
> Florida Bar No. 668435
> rloukonen@napleslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2020, a true and correct copy of the foregoing was filed and served by CM/ECF on all counsel or parties of record on the service list.

> NESENOFF & MILTENBERG, LLP
> Attorneys for Plaintiff,
>
> By:   /s/ Andrew T. Miltenberg
> Andrew Miltenberg, Esq. (AM7006)
> Kara Gorycki (KG3519)
> 363 Seventh Avenue, Fifth Floor
> New York, New York 10001
> (212) 736-4500
> amiltenberg@nmllplaw.com
> kgorycki@nmllplaw.com