**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**LINDA FAIRSTEIN,**

**Plaintiff,**

**-against-**

**NETFLIX, INC., AVA DUVERNAY, and**
**ATTICA LOCKE,**

**Defendants.**

Civil Action No. 1:20-cv-08042 (PKC)

---

## UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL BY KIMBERLY D. SWANSON

Please take notice, that the law firm of Cheffy Passidomo, P.A., upon the accompanying Declaration of Kimberly D. Swanson, moves this Court before the Honorable P. Kevin Castel, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, pursuant to this Court's Local Rule 1.4, for an Order permitting Kimberly D. Swanson to withdraw as counsel for Plaintiff, Linda Fairstein.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 1.4, undersigned counsel conferred with opposing counsel and confirmed that there is no opposition to the relief requested herein.

[13589-0001/3596086/1]

1

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2020, a true and correct copy of the foregoing was

filed and served by CM/ECF on all counsel or parties of record on the service list.


Respectfully submitted,

CHEFFY PASSIDOMO, P.A.


By:     /s/  Kimberly D. Swanson
        Kimberly D. Swanson
        Florida Bar No. 1018219
        821 Fifth Avenue South, Suite 201
        Naples, Florida 34102
        (239) 261-9300
        kdswanson@napleslaw.com

                -and-

NESENOFF & MILTENBERG, LLP

By:     /s/ Andrew T. Miltenberg
        Andrew T. Miltenberg, Esq. (AM7006)
        Kara Gorycki (KG3519)
        363 Seventh Avenue, Fifth Floor
        New York, New York 10001
        (212) 736-4500
        amiltenberg@nmllplaw.com
        kgorycki@nmllplaw.com
        Attorneys for Plaintiff,