UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDA FAIRSTEIN,<br><br>                    Plaintiff,<br><br>   -v-<br><br>NETFLIX, INC., AVA DUVERNAY, and ATTICA LOCKE<br><br>                    Defendants. | 1:20-cv-08042-PKC |

**DEFENDANTS AVA DUVERNAY AND ATTICA LOCKE'S JOINDER IN SUPPORT OF NETFLIX, INC.'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

Defendants Ava DuVernay and Attica Locke hereby join in Netflix, Inc.'s Motion to Dismiss For Failure to State a Claim and Incorporated Memorandum of Law (ECF No. 28)[1] and Reply Brief in Support of Motion to Dismiss for Failure to State a Claim (ECF No. 53).

Dated: November 11, 2020                    Respectfully submitted,

                                            */s/ Natalie J. Spears*
                                            _____

                                            DENTONS US LLP
                                            Natalie J. Spears (*pro hac vice*)
                                            Gregory R. Naron (*pro hac vice*)
                                            Jacqueline A. Giannini (*pro hac vice*)
                                            233 South Wacker Drive, Suite 5900
                                            Chicago, Illinois 60606
                                            Phone: (312) 876-8000
                                            *natalie.spears@dentons.com*
                                            *gregory.naron@dentons.com*
                                            *jacqui.giannini@dentons.com*

---

[1] The portion of Netflix's Inc.'s Motion to Dismiss joining in Ms. DuVernay and Ms. Locke's Motion to Dismiss for Improper Venue or to Transfer Venue is no longer at issue in light of the Middle District of Florida's order granting transfer to this Court.  The transfer also resolved Ms. DuVernay and Ms. Locke's objection to personal jurisdiction in Florida.

Kiran Patel
1221 Avenue of the Americas
New York, New York 10020
Phone: (212) 768-6700
*kiran.patel@dentons.com*

*Attorneys for Defendants Ava DuVernay and Attica Locke*

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 11, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

                                              */s/ Natalie J. Spears*
                                              Natalie J. Spears