UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDA FAIRSTEIN,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　-v-<br><br>NETFLIX, INC., AVA DUVERNAY, and ATTICA LOCKE<br><br>　　　　　　　　　Defendants. | 1:20-cv-08042-PKC |

## NOTICE OF APPEARANCE OF SANDRA D. HAUSER

PLEASE TAKE NOTICE that Sandra D. Hauser, an attorney in good standing of the bar of this Court and a member of the law firm DENTONS US LLP, hereby appears as counsel for Defendants Netflix, Inc., Ava DuVernay and Attica Locke and requests that copies of papers served in this action be served on the undersigned.

Dated:  November 13, 2020

　　　　　　　　　　　　　　　　　　　　　DENTONS US LLP

　　　　　　　　　　　　　　　　　　　　　*/s/ Sandra D. Hauser*

　　　　　　　　　　　　　　　　　　　　　Sandra D. Hauser
　　　　　　　　　　　　　　　　　　　　　1221 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　　New York, New York, 10020
　　　　　　　　　　　　　　　　　　　　　(212) 768-6802
　　　　　　　　　　　　　　　　　　　　　sandra.hauser@dentons.com

　　　　　　　　　　　　　　　　　　　　　*Attorney for Netflix, Inc., Ava DuVernay and Attica Locke*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

                                                  */s/ Sandra D. Hauser*
                                                  Sandra D. Hauser