Application granted.
SO ORDERED.
Dated:  11/17/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*P. Kevin Castel*
P. Kevin Castel
United States District Judge

LINDA FAIRSTEIN,

              Plaintiff,

         -against-

NETFLIX, INC., AVA DUVERNAY, and
ATTICA LOCKE,

            Defendants.

Civil Action No. 1:20-cv-08042 (PKC)

## UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL BY EDWARD K. CHEFFY

Please take notice, that the law firm of Cheffy Passidomo, P.A., upon the accompanying

Declaration of Edward K. Cheffy, moves this Court before the Honorable P. Kevin Castel, at the

United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New

York, NY 10007, pursuant to this Court's Local Rule 1.4, for an Order permitting Edward K.

Cheffy to withdraw as counsel for Plaintiff, Linda Fairstein.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 1.4, undersigned counsel conferred with opposing counsel and

confirmed that there is no opposition to the relief requested herein.

[13589-0001/3596086/1]          1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 9, 2020, a true and correct copy of the foregoing was

filed and served by CM/ECF on all counsel or parties of record on the service list.

Respectfully submitted,

CHEFFY PASSIDOMO, P.A.


By:    /s/  Edward K. Cheffy

Edward K. Cheffy
Florida Bar No. 393649
821 Fifth Avenue South, Suite 201
Naples, Florida 34102
(239) 261-9300
ekcheffy@napleslaw.com


     -and-

NESENOFF & MILTENBERG, LLP

By:    /s/ Andrew T. Miltenberg

Andrew T. Miltenberg, Esq. (AM7006)
Kara Gorycki (KG3519)
363 Seventh Avenue, Fifth Floor
New York, New York 10001
(212) 736-4500
amiltenberg@nmllplaw.com
kgorycki@nmllplaw.com
Attorneys for Plaintiff,