# EXHIBIT 4

```
                                                      Page 1

 1
 2    - - - - - - - - - - - - - - - - - - - -x
 3
      RE:     In re:  McCRAY, RICHARDSON,
 4    SANTANA, WISE
              and SALAAM Litigation,
 5
      Docket No. 03 CV 9685 (DAB)(RLE)
 6
      - - - - - - - - - - - - - - - - - - - -x
 7
                              99 Park Avenue
 8                            New York, New York
 9                            April 23, 2013
                              10:06 a.m.
10
11        EXAMINATION BEFORE TRIAL of LINDA
12    FAIRSTEIN, a Defendant in the
13    above-entitled action, held at the above
14    time and place, taken before Alice
15    Schulman, a Notary Public of the State of
16    New York, pursuant to Notice and
17    stipulations between Counsel.
18
19              *       *       *
20
21
22
23
24
25
```

Page 2

```
 1   APPEARANCES:
 2
             ROGER S. WAREHAM, ESQ.
 3               Attorney for Plaintiffs
                 ANTRON McCRAY, RAYMOND
 4               SANTANA and KEVIN RICHARDSON
                 394 Putnam Avenue
 5               Brooklyn, New York 11216
 6                    -and-
 7           MICHAEL W. WARREN, P.C.
             Attorney for Plaintiffs
 8               ANTRON McCRAY, RAYMOND
                 SANTANA and KEVIN RICHARDSON
 9               580 Washington Avenue
                 Brooklyn, New York 11238
10
             BY:  MICHAEL W. WARREN, ESQ.
11                EVELYN WARREN, ESQ.
12
             BELDOCK LEVINE & HOFFMAN LLP
13               Attorneys for SALAAM Plaintiffs
                 99 Park Avenue
14               New York, New York 10016-1503
15           BY:  MYRON BELDOCK, ESQ.,
                  KAREN DIPPOLD, ESQ.,
16                JOSHUA S. MOSKOVITZ, ESQ.,
                  PETER MATORIN, ESQ.,
17                CYNTHIA ROLLINGS, ESQ.
                  (PM ONLY)
18
19           FISHER, BYRIALSEN & KREIZER, PLLC
                 Attorneys for Plaintiff
20               KHAREY WISE
                 291 Broadway, Suite 709
21               New York, New York 10007
22           BY:  JANE FISHER-BYRIALSEN, ESQ.,
                  DAVID P. KREIZER, ESQ.
23                KAITLIN F. NARES, INTERN
24
25
```

Linda Fairstein

Page 57

| | | |
|---|---|---|
| 1 | A. In the preparation with | 11:04:41 |
| 2 | detectives for the trial of the case. So | 11:04:43 |
| 3 | she did not have to come to me to get | 11:04:45 |
| 4 | permission to assign detectives for daily | 11:04:48 |
| 5 | work with her. | 11:04:52 |
| 6 | Q. Were you involved in assisting | 11:04:53 |
| 7 | Ms. Lederer and/or Mr. Clements in any way | 11:04:56 |
| 8 | in the preparation for the trials and the | 11:05:02 |
| 9 | prosecutions themselves? | 11:05:06 |
| 10 | A. In some respects, yes. | 11:05:10 |
| 11 | Q. In what respects? | 11:05:14 |
| 12 | A. If Ms. Lederer wanted to discuss | 11:05:16 |
| 13 | an issue with me or a matter with me, she | 11:05:21 |
| 14 | would call me and we met. | 11:05:24 |
| 15 | I don't believe I ever met with | 11:05:27 |
| 16 | Mr. Clements in the preparation of the | 11:05:29 |
| 17 | case for trial. That's a strong statement | 11:05:31 |
| 18 | ever. I don't recall meeting with Mr. | 11:05:33 |
| 19 | Clements during the preparation for either | 11:05:37 |
| 20 | trial. | 11:05:41 |
| 21 | Q. Can you tell us who the lawyers | 11:05:41 |
| 22 | were who were involved in the team that | 11:05:45 |
| 23 | prosecuted the defendants outside of | 11:05:49 |
| 24 | Lederer and Clements? | 11:05:52 |
| 25 | A. Okay. Yes. The layers of | 11:05:53 |

Linda Fairstein

Page 58

| | | |
|---|---|---|
| 1 | supervision included Ms. Lederer's three | 11:06:03 |
| 2 | Trial Bureau 40 supervisors. | 11:06:07 |
| 3 | Q. Who? | 11:06:09 |
| 4 | A. John Hogan was the bureau chief | 11:06:10 |
| 5 | in Trial Bureau 40. And also a former | 11:06:13 |
| 6 | member of the Sex Crimes Prosecution Unit. | 11:06:18 |
| 7 | Dan McNulty was, I believe, charged with | 11:06:22 |
| 8 | much of the supervision direct on a daily | 11:06:28 |
| 9 | basis for Ms. Lederer and Mr. McNulty. He | 11:06:32 |
| 10 | was their Deputy Bureau Chief in Trial | 11:06:36 |
| 11 | Bureau 40. I believe the Second Deputy | 11:06:41 |
| 12 | was Mr. Cronin, Steve Cronin. | 11:06:43 |
| 13 | Q. Can you spell that? | 11:06:45 |
| 14 | A. C-R-O-N-I-N. | 11:06:45 |
| 15 | Q. Go on. | 11:06:48 |
| 16 | A. And then I was, in the sense of | 11:06:49 |
| 17 | the sex crimes work, a supervisor. The | 11:06:59 |
| 18 | chief of the Trial Division to whom I | 11:07:02 |
| 19 | reported was also in the supervisory role | 11:07:04 |
| 20 | in this case. | 11:07:09 |
| 21 | Q. Who was that? | 11:07:10 |
| 22 | A. It was at first John Fried when | 11:07:11 |
| 23 | the case was assigned in April 1989. He | 11:07:16 |
| 24 | left the office, a date you can ascertain | 11:07:22 |
| 25 | but probably 1990, replaced by Nancy Ryan | 11:07:28 |

Linda Fairstein

Page 59

```
 1   who was then a supervisor.                    11:07:32
 2              And then up the chain of           11:07:37
 3   command, the Chief Assistant District         11:07:39
 4   Attorney and Mr. Morgenthau himself.          11:07:41
 5        Q.   Did you ever talk to Mr.            11:07:44
 6   Morgenthau during the period this case was    11:07:47
 7   pending before the convictions about          11:07:49
 8   anything having to do with the charges,       11:07:51
 9   the indictments and the prosecution?          11:07:56
10              MS. DAITZ:  Objection to form.     11:07:58
11        A.   Did I ever speak?                   11:08:00
12        Q.   In that period of time.             11:08:03
13        A.   In the period of time from April    11:08:05
14   20, 1989 --                                   11:08:07
15        Q.   Right.                              11:08:09
16        A.   -- to the convictions?              11:08:09
17        Q.   Right.                              11:08:11
18        A.   Frequently.                         11:08:12
19        Q.   Did you talk about issues in the    11:08:13
20   case with him?                                11:08:15
21        A.   Yes, I did.                         11:08:16
22        Q.   How often?                          11:08:17
23        A.   Well, in what period of time?       11:08:18
24        Q.   In that period of time.             11:08:22
25        A.   It varied from the morning of       11:08:24
```

NYCLD_038927

Linda Fairstein

Page 60

| | | |
|---|---|---|
| 1 | April 20th for a month or six weeks, he | 11:08:28 |
| 2 | called me into him several times a day | 11:08:34 |
| 3 | every day.  There were periods where we | 11:08:37 |
| 4 | didn't speak as frequently. | 11:08:43 |
| 5 | He asked me, I was the person | 11:08:47 |
| 6 | who he called in this particular case.  He | 11:08:50 |
| 7 | expected me to give him information from | 11:08:55 |
| 8 | Ms. Lederer and her team that were updates | 11:08:58 |
| 9 | of any kind.  So I saw him during that | 11:09:01 |
| 10 | period.  And more frequently during the | 11:09:05 |
| 11 | hearings of the case and the trial. | 11:09:09 |
| 12 | Q.    If I can remember correctly, in | 11:09:13 |
| 13 | your answer, maybe an answer or so ago, | 11:09:23 |
| 14 | you said something about your assisting in | 11:09:26 |
| 15 | the sex crime aspects of the prosecution. | 11:09:28 |
| 16 | What did you mean by that? | 11:09:32 |
| 17 | A.    As you are well aware, there | 11:09:33 |
| 18 | were many charges in this case.  And in | 11:09:38 |
| 19 | addition to the five plaintiffs in this | 11:09:43 |
| 20 | case, there were many offenders charged | 11:09:44 |
| 21 | with acts not related to a sexual assault | 11:09:50 |
| 22 | but to physical assaults and to riot, and | 11:09:55 |
| 23 | many of them ultimately to be charged in | 11:09:58 |
| 24 | Juvenile Court. | 11:10:01 |
| 25 | And for all of those issues, Ms. | 11:10:04 |

NYCLD_038928