# EXHIBIT 6

1  SUPREME COURT OF THE STATE OF NEW YORK

2  COUNTY OF NEW YORK : CRIMINAL TERM : PART 59

3  THE PEOPLE OF THE STATE OF NEW YORK   INDICT.#

4                    -against-                4762/89

5  ANTRON MCCRAY, RAYMOND SANTANA, and

6  YUSEF SALAAM,

7                                 Defendants.

8               August 8, 1990

9  B e f o r e :

10                    HONORABLE THOMAS GALLIGAN,

11                              Justice, and a jury

12          (Appearances same as previously noted.)

13                  *******************

14          MORNING SESSION - JURY NOT PRESENT

15          (Defendants,    their    attorneys,    Assistant

16  District Attorneys present.)

17          (Bench conference off the record.)

18          (On   the   record,   in open court, the following

19  took place:)

20          THE COURT:  Ready?

21          MS. LEDERER:  Yes.

22          THE COURT CLERK:  People of the   State   of   New

23  York   against   Raymond   Santana,   Yusef   Salaam,   and

24  Antron McCray, 4762 of '89.   Trial continued.

25          THE COURT:  Bring out the jury.

AM008333

NYCLD_014780

T15(1)--JM-TS

5243

1                    Summation - Lederer

2          JURY PRESENT

3          THE   COURT   CLERK:     The   defendants,   their

4    attorneys,  Assistant  District  Attorneys,  and all

5    sworn jurors are present.

6          THE COURT:   I want to make sure  you  know  I'm

7    here.

8          (Ms.  Lederer,  in  behalf of the People of the

9    State of New York summed up to the jury as follows:)

10          MS.  LEDERER:   Judge  Galligan,  Mr.  Fisher,

11   ladies and gentlemen of the jury:

12          At  the  beginning of this trial, in my opening

13   statement, I told you that in  the  course  of  this

14   trial,  you would learn what had happened in Central

15   Park on the night of April 19th of 1989.

16          And I submit to you that in the course  of  the

17   last  several  weeks,  through the evidence that has

18   been presented, you  have,  in  fact,  learned  what

19   happened on that night in Central Park.

20          I submit to you that the evidence that has been

21   presented  has  proven,  beyond  a reasonable doubt,

22   that these three defendants,  Antron  McCray,  Yusef

23   Salaam,  and Raymond Santana, went into Central Park

24   on that night with 30 or more other young men.

25          They went into that park to rob people, to beat

AM008334

NYCLD_014781

T17(3)-JM-TS

5280

1          Summation - Lederer

2     rectal swab were kept by the hospital.

3          You  will  recall  evidence,  those  swabs were

4     tested, and they were  found  to  be  high  in  acid

5     phosphatase.

6          Mary  Veit  explained  to  you  that that is an

7     enzyme that is very high elevated level in semen and

8     sperm.

9          Slides were made and kept at the hospital.

10         One was a  vaginal  slide,  one  was  a  rectal

11    slide.

12         And  Mary  Veit later examined those, and found

13    that they were also positive  for  the  presence  of

14    sperm in the rectum and in the vagina.

15         I  submit  to  you that that is proof, beyond a

16    reasonable doubt, that Patricia Meili was raped  and

17    sodomized.

18         But,  on  top  of  that,  you  also  have  the

19    testimony from Special Agent Dwight Adams.

20         Mr. Adams told you that he received  a  vaginal

21    swab and a rectal  swab from the New York City Police

22    Department, and he analyzed that.

23         He  was able to obtain a faint profile from the

24    vaginal swab.

25         And he said that that swab produced  a  profile

AM008371

NYCLD_014818

T17(3)-JM-TS

5281

1               Summation - Lederer

2        that  did  not match the defendants in this case, it

3        did not match any of the suspects, it did not  match

4        Kevin O'Reilly, it did not match Kevin O'Reilly.

5               The  semen  that was inside Patricia Meili came

6        from someone else.

7               And the fact that it did not come  from  Antron

8        McCray,  or  Yusef  Salaam, or Raymond Santana, does

9        not establish that these three  defendants  did  not

10       rape her.

11              It  does  not  establish  that they did not aid

12       others to rape her.

13              The only thing that that proves is that  it  is

14       --  is  that  these  three defendants, none of these

15       three defendants ejaculated inside of her.

16              Ejaculation is not an element of rape.

17              There is no legal requirement that  ejaculation

18       occur  for the crime of rape to be committed, or for

19       the crime of sodomy to be committed.

20              The testimony from Dwight Adams  is  absolutely

21       consistent  with what the People contend happened in

22       this case.

23              The DNA  profile  that  was  recovered  doesn't

24       match the people on trial in this case.

25              But think about what Antron McCray told you.

AM008372

NYCLD_014819

T17(3)-JM-TS

5282

Summation - Lederer

Antron McCray described that before he raped her, and before he got on top of her, first, there was a black guy that got on top of her, then the Puerto Rican guy with the black hood, then I did it, then Clarence, and then Kevin.

Perhaps the DNA profile would match the first person that he described as getting on top of her, the black guy.

Perhaps the DNA profile would match the second guy, the Puerto Rican guy with the black hoody.

Without knowing the name or the identity of those people, there is no way to get a sample, there's no way to do a comparison.

Think about what Yusef Salaam said.

You will recall that Yusef Salaam said to detective McKenna that Kevin got on top of her, and, in his words, Kevin fucked her, and then Kharey did, and then a couple of other guys, but he didn't know them.

Maybe if he did know them, maybe if their names were known, maybe it would be possible to get a blood sample from them and get a DNA profile, and maybe then you would know if it matched one of them.

The fact that we don't know who they are, the

AM008373

NYCLD_014820