# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **LINDA FAIRSTEIN,**<br><br>    **Plaintiff,**<br><br>vs.<br><br>**NETFLIX, INC., AVA DUVERNAY, and ATTICA LOCKE,**<br><br>    **Defendants.** | **Case No. 20-cv-8042 (PKC)**<br><br>**APPENDIX IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

## SOURCES REFERENCED IN THE COMPLAINT

| COMPLAINT CITATION | SOURCE | Ex. No. |
|---|---|---|
| Par. 6, n. 1 | 9/5/14 Statement of Mayor DeBlasio and Corporation Counsel | **1** |
| Par. 165 n. 119 | *When They See Us* teaser video<br>(Video provided to court) | |
| Par. 13, n. 4<br>Par. 167, n. 120 | Film Trailer for *When They See Us*<br>(Video provided to Court) | |
| | **The Series' False and Defamatory Portrayal of Ms. Fairstein** | |
| Par. 55 n. 17 | 11/13/89 Suppression Hearing Testimony of ADA L. Fairstein (NYCLD_015187, NYCLD_015197-98) | **2** |
| | M. Sheehan 5/9/13 Dep. Tr. (NYCLD_044145-47) | |
| | W. Roe 11/22/11 Dep. Tr., (NYCLD_060899-902) | |
| Par. 55 n. 18 | 10/25/89 Suppression Hearing Testimony of Det. M. Sheehan (NYCLD_018954-56) | **3** |

| **COMPLAINT CITATION** | **SOURCE** | **Ex. No.** |
|---|---|---|
| Par. 56 n. 19 | 11/2/90 Testimony of Det. R. Honeyman, Richardson/Wise Trial (NYCLD_019626-50) | **4** |
|  | 7/2/90 Testimony of PO E. Reynolds, McCray, Salaam, Santana Trial (NYCLD_023705-707) |  |
| Par. 56 n. 20<br>Par. 57 n. 21 | 7/2/90 Testimony of PO E. Reynolds, McCray, Salaam, Santana Trial (NYCLD_023569-72, NYCLD_023597-607, NYCLD_023612-14, NYCLD_023669) | **5** |
|  | 8/6/90 Testimony of ADA L. Fairstein, McCray, Salaam, Santana Trial (NYCLD_015465-68) |  |
| Par. 58. n. 23 | 10/25/89 Suppression Hearing Testimony of Det. M. Sheehan (NYCLD_018976-85) | **6** |
|  | 10/27/89 Suppression Hearing Testimony of Det. M. Sheehan (NYCLD_019008-17) |  |
| Par. 60. n. 24 | L. Fairstein 4/23/13 Dep. Tr., (NYCLD_039089-94) | **7** |
|  | Testimony of ADA L. Fairstein, McCray, Salaam, Santana Trial (NYCLD_015464-67) |  |
| Par. 64 n. 25 | 7/2/90 Testimony of PO E. Reynolds, McCray, Salaam, Santana Trial  (NYCLD_023530-41, NYCLD_23593-96, NYCLD_023625-48) | **8** |
| Par. 64 n. 26 | 8/6/90 Testimony of ADA L. Fairstein, McCray, Salaam, Santana Trial (NYCLD_015433, NYCLD_015464-67) | **9** |
|  | 7/2/90 Testimony of PO E. Reynolds, McCray, Salaam, Santana Trial (NYCLD_023612-14) |  |
|  | L. Fairstein 4/23/13 Dep. Tr. (NYCLD_039089-94) |  |
| Par. 64 n. 27 | 7/2/90 Testimony of PO E. Reynolds, McCray, Salaam, Santana Trial (NYCLD_023612-14) | **10** |
| Par. 64 n. 28 | 11/8/89 Suppression Hearing Testimony of Det. H. Arroyo, (NYCLD_017516-17, NYCLD_017529-31) | **11** |

| **COMPLAINT CITATION** | **SOURCE** | **Ex. No.** |
|---|---|---|
| Par. 64 n. 29 | 7/16/90 Testimony of Det. H. Arroyo, McCray, Salaam, Santana Trial (NYCLD_017753-56) | **12** |
| Par. 67 n. 31<br>Par. 78 n. 43 | J. Farrell 2/22/13 Dep. Tr. (NYCLD_058208-12) | **13** |
| Par. 69 nn. 32, 33 | 0/16/89 Suppression Hearing Testimony of PO R. Powers, (NYCLD_024495-96) | **14** |
| Par. 69 n. 34 | 10/16/19 Suppression Hearing Testimony of PO R. Powers, (NYCLD_024466-99, NYCLD_024546-47) | **15** |
|  | 10/13/89 Suppression Hearing Testimony of PO E. Reynolds (NYCLD_023067-101, NYCLD_023219) |  |
|  | L. Fairstein 4/23/13 Dep. Tr. (NYCLD_039089-94) |  |
| Par. 70 n. 35, 36 | 10/16/19 Suppression Hearing Testimony of PO R. Powers, (NYCLD_024498-512) | **16** |
| Par. 70 n. 37 | A. McCray 4/2/13 Dep. Tr. (NYCLD_046476-507) | **17** |
| Par. 70 n. 38 | 10/13/89 Suppression Hearing Testimony of PO E. Reynolds (NYCLD_023129, NYCLD023136-39) | **18** |
|  | E. Reynolds 7/20/11 Dep. Ex. 11 |  |
|  | Farrell Dep. Ex. 2 (NYCLD_058344, NYCLD_058348-49) |  |
|  | Farrell Dep. Ex. 4 (NYCLD_058353-54) |  |
| Par. 72 n. 39 | 10/13/89 Suppression Hearing Testimony of PO E. Reynolds (NYCLD_023141-45) | **19** |
|  | E. Reynolds 7/20/11 Dep. Ex. 11 (NYCLD_057950-51) |  |
|  | Farrell Dep. Ex. 4 (NYCLD_058353-54) |  |
|  | A. McCray 4/2/13 Dep. Tr. (NYCLD_046476-507) |  |
| Par. 74 n. 40 | *Jogger's Attackers Terrorized At Least 9 In 2 Hours*, N.Y. Times, Apr. 22, 1989 | **20** |
| Par. 74 n. 41<br>Par. 75 n. 42 | *What is wilding; How the Central Park Five Changed the History of American Law,* oxygen.com, 5/31/19 | **21** |

| **COMPLAINT CITATION** | **SOURCE** | **Ex. No.** |
|---|---|---|
| | *How the "Central Park Five' Changed the History of American Law*, The Atlantic, June 2, 2019 | **21 (cont'd)** |
| | NPR: Ava DuVernay Focuses on the Central Park 5's Perspective Now People Know | |
| Par. 78 n. 44 | 10/13/89 Suppression Hearing Testimony of PO E. Reynolds (NYCLD_023104-106, NYCLD_023117-29, NYCLD_023216-22, NYCLD023257-66, NYCLD_023268-70, NYCLD-023274-76) | **22** |
| Par. 80 n. 45 | J. Farrell 2/22/13 Dep. Tr. (NYCLD_058208-12) | **23** |
| | G. Whelpley 10/12/11 Dep. Tr. (NYCLD_058056-59) | |
| Par. 82 n. 48 | 8/6/90 Testimony of ADA L. Fairstein, McCray, Salaam, Santana Trial (NYCLD_015468- 69)<br><br>7/2/90 Testimony of PO E. Reynolds, McCray, Salaam, Santana Trial (NYCLD_023612-14); 10/13/89 Suppression Hearing Testimony of PO E. Reynolds, (NYCLD_023129, NYCLD023136-45); 7/20/11 E. Reynolds Dep. Ex. 11<br><br>11/8/89 Suppression Hearing Testimony of Det. H. Arroyo, (NYCLD_017528-31)<br><br>7/16/90 Testimony of Det. H. Arroyo, McCray, Salaam, Santana Trial (NYCLD_017753-56)<br><br>11/13/90 Testimony of Det. J. Hartigan, Richardson/Wise Trial (NYCLD_018270-81, NYCLD_018334- 37, NYCLD_018356, NYCLD_018359-60, NYCLD_018390-92, NYCLD_018396-97, NYCLD0018411-14)<br><br>7/25/90 Testimony of Det. M. Sheehan, McCray, Salaam, Santana Trial (NYCLD_019175-78, NYCLD_019204-205)<br><br>10/25/89 Suppression Hearing Testimony of Det. M. Sheehan (NYCLD_018954-018958, NYCLD_018963-64)<br><br>10/25/89 Suppression Hearing Testimony of Det. J. Taglioni (NYCLD_06915-33) | **24** |

4

| COMPLAINT CITATION | SOURCE | Ex. No. |
|---|---|---|
|  | 10/24/89 Suppression Hearing Testimony of Det. H. Hildebrandt (NYCLD016983-17000)<br><br>Farrell Dep. Ex. 4 (NYCLD_058353-54) | **24 (cont'd)** |
| Par. 82 n. 49 | A. Clements 4/4/13 Dep. Tr. (NYCLD_035224-25, NYCLD_035230-32)<br><br>L. Fairstein 4/23/13 Dep. Tr. (NYCLD_39129-33) | **25** |
| Par. 84 n. 50<br>Par. 85 n. 51 | E. Lederer 7/24/13 Dep. Tr. (NYCLD_036699-723); Ex. 27 | **26** |
| Par. 85 n. 52 | R. Nugent 11/19/10 Dep. Tr. (NYCLD_044971-73)<br><br>Report to Police Commissioner, Ex. F, Timeline Chart (NYCLD_031921-23) | **27** |
| Par. 85 n. 53<br>Par. 123 n. 88 | A. Clements 4/4/13 Dep. Tr. (NYCLD_035308-14)<br><br>L. Fairstein Suppression Hrg. Testimony, 11/29/89 (NYCLD_0015292-316) | **28** |
| Par. 89 n. 54 | 8/6/90 Testimony of ADA L. Fairstein, McCray, Salaam, Santana Trial (NYCLD_015433-35) | **29** |
| Par. 92 n. 55 | L. Fairstein 4/23/13 Dep. Tr. (NYCLD_039089-112)<br><br>A. Clements 4/4/13 Dep. Tr. (NYCLD_035217-25) | **30** |
| Par. 93 n. 56 | Nancy Ryan's Affirmation In Response to Motion to Vacate Judgment of Conviction, December 5, 2002 | **31** |
| Par. 96 n. 57<br>Par. 178 n. 128 | DuVernay Tweet: "Famke played Nancy Ryan beautifully…" | **32** |
| Par. 98 n. 59 | 7/2/90 Testimony of PO E. Reynolds, McCray, Salaam, Santana Trial (NYCLD_023569-72, NYCLD_023600, NYCLD_023602-605, NYCLD_023612- 14)<br><br>10/13/89 Suppression Hearing Testimony of PO E. Reynolds (NYCLD_023129-31, NYCLD023136-45)<br><br>**Other sources cited in this footnote appear in Paragraph 82 n. 48.** | **33** |

| **COMPLAINT CITATION** | **SOURCE** | **Ex. No.** |
|---|---|---|
| Par. 99 n. 62 | 7/23/90 Testimony of J. Taglioni, McCray, Salaam and Santana Trial (NYCLD_018540-46, NYCLD_018573)<br><br>10/25/89 Suppression Hearing Testimony of Det. J. Taglioni (NYCLD_06906-18)<br><br>11/17/89 Suppression Hearing Testimony of K. Wise (NYCLD_06985-89) | **34** |
| Par. 100 n 63 | E. Reynolds 7/20/11 Dep. Tr. (NYCLD_057663-68)<br><br>10/13/89 Suppression Hearing Testimony of E. Reynolds (NYCLD_23070-81)<br><br>7/ /90 Trial Testimony of E. Reynolds, McCray, Salaam and Santana Trial (NYCLD_023497-501) | **35** |
| Par. 100 n 64 | E. Reynolds 7/20/11 Dep. Tr. (NYCLD_057663-68) | **36** |
| Par. 101 n 65 | 10/13/89 Suppression Hearing Testimony of PO E. Reynolds, (NYCLD_23080-106)<br><br>7/2/90 Testimony of E. Reynolds, McCray, Salaam, and Santana Trial (NYCLD_023501-529)<br><br>E. Reynolds 7/20/11 Dep. Tr. (NYCLD_057669-89) | **37** |
| Par. 101 n 66 | 10/13/89 Suppression Hearing Testimony of PO E. Reynolds, at NYCLD_023141-45. *See also* E. Reynolds Dep. Ex. 11; *See* Farrell Dep. Ex. 2 (NYCLD_058344, NYCLD_058348-49)<br><br>Farrell Dep. Ex. 4<br><br>11/8/89 Suppression Hearing Testimony of Det. H. Arroyo (NYCLD_017357-58)<br><br>10/25/89 Suppression Hearing Testimony of Det. John Taglioni (NYCLD_006906-18) | **38** |
| Par. 101 n 67 | 10/16/89 Suppression Hearing Testimony of PO R. Powers, (NYCLD_024466-99, NYCLD_024546-47) | **39** |

| **COMPLAINT CITATION** | **SOURCE** | **Ex. No.** |
|---|---|---|
|  | 10/13/89 Suppression Hearing Testimony of PO E. Reynolds (NYCLD_023067-101, NYCLD_023219)<br><br>L. Fairstein 4/23/13 Dep. Tr. (NYCLD_039089-94) | **39 (cont'd)** |
| Par. 103 n. 68 | Article: *The Racially Charged Meaning Behind the Word "Thug,"* NPR, All Things Considered, April 30, 2015 | **40** |
| Par. 105 n. 69 | 10/13/89 Suppression Hearing Testimony of E. Reynolds (NYCLD_23080-116)<br><br>7/2/90 Testimony of E. Reynolds, McCray, Salaam, Santana Trial (NYCLD_023501-529, NYCLD_023612-14)<br><br>E. Reynolds 7/20/11 Dep. Tr. (NYCLD_057669-91)<br><br>11/28/90 Testimony of J. Hartigan, Trial of K. Richardson and K. Wise (NYCLD_018270-73)<br><br>11/8/89 Suppression Hearing Testimony of Det. H. Arroyo, (NYCLD_017529-31)<br><br>7/16/90 Testimony of Det. H. Arroyo, McCray, Salaam, Santana Trial (NYCLD_017753-56)<br><br>J. Hartigan 11/10/10 Dep. Tr. (NYCLD_037959-65, NYCLD_037968-78) | **41** |
| Par. 106 n. 74 | K. Richardson 2/1/13 Dep. Tr. (NYCLD_054900) | **42** |
| Par. 116 n. 77<br>Par. 123 n. 91 | 8/6/90 Trial Testimony of ADA L. Fairstein, McCray, Salaam, Santana Trial (NYCLD_015468-69)<br><br>A. Clements 4/4/13 Dep. Tr. (NYCLD_035224, 035230-32)<br>L. Fairstein 4/23/13 Dep. Tr. (NYCLD_39129-33) | **43** |
| Par. 116 n 78 | E. Lederer 7/24/13 Dep. Tr. (NYCLD_036810, NYCLD_036735-53)<br><br>E. Lederer 7/17/13 Dep. Tr. (NYCLD_036018-23) | **44** |
| Par. 116 n 79 | E. Lederer 7/24/13 Dep. Tr. (NYCLD_036691-95) | **45** |

7

| **COMPLAINT CITATION** | **SOURCE** | **Ex. No.** |
|---|---|---|
| Par. 119 n. 80 | 11/9/90 Testimony of M. Veit, Richardson/Wise Trial, (NYCLD_022274-75, NYCLD022313-18)<br><br>7/18/90 Testimony of M. Veit, McCray, Salaam, Santana Trial (NYCLD_022239-43) | **46** |
| Par. 119 n. 81 | Letter to T. Galligan from E. Lederer, 3/29/90 (NYCLD_000318) | **47** |
| Par. 119 n. 82 | 4/5/90 Pre-Trial Hearing Tr. (NYCLD_006313-14)<br><br>4/2/90 Pre-Trial Hearing Tr. (NYCLD_006642-54) | **48** |
| Par. 119 n. 83 | 4/5/90 Pre-Trial Hearing Tr. (NYCLD_006313-14)<br><br>4/2/90 Pre-Trial Hearing Tr. (NYCLD_006642-54) | **49** |
| Par. 119 n. 84 | 5/25/90 FBI Report re DNA Analysis (NYCLD_009083) | **50** |
| Par. 119 n. 85 | 6/5/90 Correspondence from E. Lederer to Defense Counsel, NYCLD_000330, NYCLD_000363, NYCLD_000345 | **51** |
| Par. 119 n. 86 | Transcript of Opening Statement for the People, 6/25/90, (NYCLD_013824-25)<br><br>Transcript of Opening Statement for the People, 10/22/90, (NYCLD_013869) | **52** |
| Par. 119 n. 87 | 7/18/90 Testimony of M. Veit, McCray, Salaam, Santana Trial, (NYCLD_022239-43)<br><br>11/9/90 Testimony of M. Veit, Richardson/Wise Trial (NYCLD_022274-75, NYCLD022313-18)<br><br>7/13/90 Testimony of D. Adams, McCray, Salaam, Santana Trial, (NYCLD_020968-69)<br><br>11/5/90 Testimony of D. Adams, Richardson/Wise Trial, (NYCLD_021021-22) | **53** |
| Par. 123 n. 89 | E. Lederer 7/24/13 Dep. Tr. (NYCLD_036691-96) | **54** |
| Par. 123 n. 90 | E. Lederer 7/24/13 Dep. Tr. (NYCLD_036695) | **55** |

| **COMPLAINT CITATION** | **SOURCE** | **Ex. No.** |
|---|---|---|
| | E. Lederer 7/17/13 Dep. Tr. (NYCLD_036018-23, NYCLD_036121-25) | **55 (cont'd)** |
| Par. 124 n. 92 | 7/13/90 Testimony of D. Adams, McCray, Salaam, Santana Trial (NYCLD_020968-69)<br><br>11/5/90 Testimony of D. Adams, Richardson/Wise Trial (NYCLD_021021-22) | **56** |
| Par. 125 n. 93-95 | E. Lederer 7/17/13 Dep. Tr. (NYCLD_035940-41) | **57** |
| | **Pre-Release Notice to Ms. DuVernay and Netflix** | |
| Par. 137 n. 96 | Email correspondence between L. Fairstein and J. Rosenthal, June 7, 2016. | **58** |
| Par. 138-144, 148-151 | July 11, 2017 notice to Netflix from R. Zimet | **59** |
| Par. 145 n. 97 | *Central Park Five Prosecutor Wouldn't Consult on Netflix Show if Producers Spoke to Accused Men*, Variety, June 9, 2019 | **60** |
| Par. 146 n. 98<br>Par. 179 n. 129 | Interview with Ava DuVernay, *Daily Beast*, June 3, 2019 | **61** |
| Par. 148 n. 99 | *Ava DuVernay Bringing Central Park Five Limited Series to Netflix*, Variety, July 6, 2017 | **62** |
| | **Mystery Writers of America/Grand Master Award** | **63** |
| Par. 153 n. 101-108 | Locke Twitter thread to Edgar Awards, Nov. 27, 2018 | |
| Par. 154 n. 109 | *After Furor, Literary Group Withdraws Honor for 'Central Park Five' Prosecutor*, NY Times, Nov. 28, 2018 | |
| Par. 155 n. 110-111 | Locke Instagram post re L. Fairstein, Nov. 27, 2018 | |
| Par. 156 n. 112 | Locke tweet re "Ava's CP5 project hasn't aired yet" Nov. 27, 2018 | |
| Par. 158 n. 113 | MWA 11/29/18 Press release "Mystery Writers of America Withdraws Fairstein Award | |

| COMPLAINT CITATION | SOURCE | Ex. No. |
|---|---|---|
| Par. 160 n. 114 | *A literary Group Rescinds Award for Linda Fairstein, Amid Outcry Over Her Role in Central Park Five Case*, Bustle, Nov. 29, 2018 | **63 (cont'd)** |
| Par. 162-63 nn. 116-18 | Locke Twitter thread, December 18, 2018 | |
| | **Ms. DuVernay's Public Statements** | **64** |
| Par. 171 n. 121 | DuVernay Instagram post with film trailer, Apr. 19, 2019 | |
| Par. 172 n. 122 | DuVernay Tweet re "I wish it was fiction too," May 18, 2019 | |
| Par. 173 n. 123 | DuVernay tweet re "The Story You know is the lie they told you," May 24, 2019 | |
| Par. 174 n. 124 | DuVernay Rolling Stone Interview, May 29, 2019 ("reading the court transcripts and all the paperwork on the case") | |
| Par. 175 n. 125 | DuVernay tweet re "Today the truth prevails…," May 31, 2019 | |
| Par. 176 n. 126 | DuVernay tweet re "Not Drama. 100% real…," June 1, 2019 | |
| Par. 177 n. 127 | DuVernay tweet re "the incredible work of @atticalocke…", June 1, 2019 | |
| Par. 180 n. 130 | DuVernay Reese Witherspoon retweet re "What an extraordinary telling…," June 9, 2019 | |
| Par. 181 n. 131 | DuVernay retweet of Joan Collins meme, "I have receipts," June 10, 2019 | |
| | *Linda Fairstein Attacks Her Portrayal in When They See Us*, NY Times, June 11, 2019 | |
| | *Netflix's False Story of the Central Park Five*, Wall St. J., June 10, 2019 | |
| Par. 183 n. 132 | DuVernay retweet "Not a single publication needs to give Linda Fairstein a chance to speak…," June 12, 2019 | |

| COMPLAINT CITATION | SOURCE | Ex. No. |
|---|---|---|
| Par. 184 n. 133 | DuVernay tweet "Imagine believing the world doesn't care about real stories…," June 25, 2019 | **64 (cont'd)** |
| | **Ms. Locke's Public Statements** | **65** |
| Par. 187 n. 134 | Locke Instagram post re "Friday! A piece of American History gets rewritten with the truth," May 25, 2019 | |
| Par. 188 n. 135 | *Inside the Controversy About Linda Fairstein, Central Park 5 Prosecutor Played by Felicity Huffman*, people.com, May 31, 2019 | |
| Par. 188 n. 136 | Locke tweet re Fairstein "time is up," May 31, 2019 | |
| Par. 191 n. 137 | *Before, and After, the Jogger Survivors of the real 'Central Park Five' attacker speak for the first time*, The Cut, June 3, 2019 | |
| Par. 191 n. 138 Par. 325 n. 217 | Locke tweet re "This blood is on Linda Fairstein's hands," June 3, 2019 | |
| Par. 191 n. 139 Par. 325 n. 218 | Locke tweet re "These women deserved better from NYPD and Linda Fairstein," June 3, 2019 | |
| Par. 192 n. 140 | Locke tweet re "The Central Park Five were not involved…," June 4, 2019 | |
| Par. 194 n. 141 Par. 195 n. 142 | Locke tweet re "Linda Fairstein is trash…," June 11, 2019 | |
| Par. 196 n. 144 Par. 34 n. 167 | *DuVernay Responds to Trump's Latest Central Park Five Comments*, Florida Courier, June 19, 2019 | |
| Par. 197 n. 145 | Locke Tweet re "truth as our bible…," June 7, 2019 | |
| Par. 238 n. 171 | *When They See Us Sparked a Boycott Against Central Park Five Prosecutor Linda Fairstein*, Esquire, June 7, 2019 | |
| Par. 238 n. 172 | Locke tweet re "we get justice where we can," June 4, 2019 | |
| Par. 239 n. 173 | Locke tweet re Linda Fairstein "seeing mobs… That's what got you in this trouble in the first place," June 4, 2019 | |

| COMPLAINT CITATION | SOURCE | Ex. No. |
|---|---|---|
| **Netflix's Public Statements** | | **66** |
| Par. 200 n. 146 | Netflix tweet re "official trailer," April 19, 2019 | |
| Par. 201 n. 147 | Netflix tweet re "The truth is coming out," April 19, 2019 | |
| Par. 202 n. 148 | Netflix tweet, "It's a powerful story that allows for the truth to come out," May 1, 2019 | |
| Par. 203 n. 149 | Netflix tweet re "Time for the truth to be told," May 1, 2019 | |
| Par. 204 n. 150 | Netflix tweet re "It's time for the truth," May 2, 2019 | |
| Par. 205 n. 151 | Netflix tweet re "It's almost time to witness the power of truth," May 8, 2019 | |
| Par. 206 n. 152 | Netflix tweet re "False rhetoric that is due to be overturned," May 9, 2019 | |
| Par. 207 n. 153 | Netflix tweet re "There's power in the truth," May 12, 2019 | |
| Par. 208 n. 154 | Netflix tweet re "You're in luck, we shed light on the truth May 31st", May 14, 2019 | |
| Par. 209 n. 155 | Netflix tweet re "We're here to speak the truth," May 14, 2019 | |
| Par. 210 n. 156 | Netflix tweet re "We are ready to share the truth," May 15, 2019 | |
| Par. 211 n. 157 | Netflix tweet re "Their truth will finally be revealed," May 28, 2019 | |
| Par. 213 n. 158 | Netflix tweet re "It is even more of a reason to share their truth," June 1, 2019 | |
| Par. 214 n. 159 | Netflix tweet re "This story is real, but please watch at your own pace," June 4, 2019 | |
| Par. 215 n. 160 | Netflix post re "Shedding light on the truth," June 10, 2019 | |
| Par. 216 n. 161 | Netflix tweet re "there's power in truth. What did you learn in watching?" June 15, 2019 | |

| **COMPLAINT CITATION** | **SOURCE** | **Ex. No.** |
|---|---|---|
| Par. 217 n. 162 | Netflix tweet re "The true story for all to hear," June 12, 2019 | **66 (cont'd)** |
| Par. 218 n. 163 | Netflix tweet re "#FACTS," July 5, 2019 | |
| Par. 220 n. 164 | *When They See Us and Chernobyl Prove Truth is Stronger Than Fiction*, Vanity Fair, Aug. 28, 2019 | |
| **Public Response to Series** | | |
| Par. 232 n. 165 | *Who's the Villain in 'When They See Us'?*, Rolling Stone, June 8, 2019 | **67** |
| Par. 233 n. 166 | *Linda Fairstein, Once Cheered, Faces Storm After 'When They See Us'*, New York Times, June 6, 2019 | **68** |
| Par. 237 | Tweets posted under #CancelLindaFairstein | **69** |
| Par. 241 n. 174 | Petition to remove Ms. Fairstein's books from Amazon, Barnes and Noble, and other booksellers; platforms | **70** |
| Par. 242 n. 175 | Petition to remove Ms. Fairstein's books from all retailers | **71** |
| Par. 237 n. 170 | Justice Round Table. Message From Ava DuVernay | **72** |
| Par. 243 n. 176 | Petition re Color of Change.org urging Simon and Schuster to drop Ms. Fairstein | |
| Par. 244 n. 177 | *Publisher drops Central Park Five prosecutor Linda Fairstein*, AP News, June 7, 2019 | **73** |
| Par. 246 n. 178 | *Linda Fairstein Dropped By Hollywood Literary Agency Amid 'When They See Us' Backlash*, Essence, June 12, 2019 | **74** |
| Par. 247 n. 179 | Color of Change Petition asking Manhattan DA Vance to reopen all of Ms. Fairstein's cases | **75** |
| Par. 248 n. 180 | *Central Park Five: Decision Not to Re-Open Linda Fairstein Case Blasted as a 'Disgrace'*, Newsweek, June 18, 2019 | |
| Par. 249 n. 181 | Color of Change petition to District Attorney Vance | |

| **COMPLAINT CITATION** | **SOURCE** | **Ex. No.** |
|---|---|---|
| Par. 249 n. 182 | News Broadcast, Jumaane Williams Calls for Reopening of Linda Fairstein Cases, WPIX 11 (Video Provided to Court) | |
| Par. 250 n. 183 | Petition to remove Ms. Fairstein from Vassar College's Board of Trustees | **76** |
| Par. 252 n. 185 | Announcement, President of Vassar College | |
| Par. 252 n. 186 | News Reports Concerning Ms. Fairstein's resignation from Vassar College's Board of Trustees | |
| Par. 255 n. 187 | Letter From the Editor, *A Note on Linda Fairstein's 1993 Woman of the Year Award*, Glamour, June 4, 2019 | **77** |
| Par. 81 nn. 46-47 | 10/25/89 Suppression Hearing Testimony of Det. M. Sheehan, (NYCLD_018954-94) | **78** |
| | M. Sheehan 5/9/13 Dep. Tr. (NYCLD_044001-147) | |