# Exhibit 2

```
 1            People - Fairstein - Direct - Lederer        3047
 2       A.   Last week I celebrated my 17th year in the office.
 3       Q.   Directing your attention to shortly before 7:00
 4  a.m. on April 21st, 1989, where were you?
 5       A.   The 21st, I was at the 24th Police Precinct
 6  Stationhouse on West 100th Street in this county.
 7       Q.   At approximately that time, on that date, was
 8  there a decision made about going to the 102 Street
 9  Crossdrive in Central Park?
10       A.   Yes, there was.
11       Q.   Do you recall who was present in the course of
12  making a decision with respect to that matter?
13       A.   I discussed that, going specifically at that time,
14  with Detectives Michael Sheehan, and Augie Jonza of the
15  Homicide Task Force.
16       Q.   Was a decision made to go to the 102 Street
17  Crossdrive in Central Park?
18            MR. BURNS:  I object to the form of the
19        question.
20            THE COURT:  It is leading, but I'll allow it.
21        Maybe it will expedite it.
22            Go ahead.
23            MR. BURNS:  Are they going to allow cross-
24        examination on this issue?
25            THE COURT:  What issue?  If it pertains to

                        Joseph T. Tierney, CSR, RPR
```

People - Fairstein - Direct - Lederer          3057

Q. Was there any conversation in the car, either by yourself or in your presence, with either Kevin Richardson or Kharey Wise regarding anything about the investigation that was under way?

A. No, we, the detectives and I, did not want any conversation about the case or investigation, particularly with each defendant in the presence of each other. There was general small talk among the five of us that morning driving to the park.

Q. How long did the trip to the 102 Crossdrive take from the 24th Precinct?

A. Between ten to fifteen minutes.

Q. What were the lighting conditions like when you arrived at the 102 Street Crossdrive?

A. It was light, it was daylight.

Q. Would you please describe what happened when you arrived at the Crossdrive that morning?

A. Detective Sheehan was driving across 102nd Street, he slowed down --

    MR. MOORE: I'm sorry, across what street?

    THE WITNESS: Across 102nd Street on the Crossdrive or Transverse.

A. He was driving slowly. He had been to that area he told me earlier that morning, but it was the first time I

Joseph T. Tierney, CSR, RPR

People - Fairstein - Direct - Lederer        3058

was getting to that area. He slowed down. Our car was approached by an officer in uniform in another car who rolled down his window and this officer and Sheehan had a conversation. I just saw Sheehan take out a badge and identify himself to the other officer, and the officer then stopped. Detective Sheehan and I got out of the police car and spoke for several minutes, less than three minutes, to that uniformed police officer. That officer was -- I don't know what his specific assignment was, but it was in the nature of safeguarding the area of the crime scene. And he pointed out to us some areas of significance on the roadway that had to do with where the jogger had been attacked.

Q. After you had this conversation with the uniformed officer and with Detective Sheehan, what happened next?

A. At that point Detective Sheehan asked Kevin Richardson to step out of the radio car, and Richardson did. Sheehan asked him if anything looked familiar to him. And it was at that point that Richardson pointed to an area in the roadway and said -- I have the exact words written down, but I believe, "This is where" -- "this is where we took her down," I have to look.

Q. Do you have something -- are you sure those are the words or do you have something to refresh your recollection?

Joseph T. Tierney, CSR, RPR

| | | |
|---|---|---|
| 1 | the detectives with me on this | 14:38:08 |
| 2 | investigation happened to be African | 14:38:10 |
| 3 | American. | 14:38:13 |
| 4 | Q.    You're saying that, suggest that | 14:38:14 |
| 5 | no racial comments were being made because | 14:38:16 |
| 6 | a detective was African American? | 14:38:19 |
| 7 | MS. DAITZ:  Objection. | 14:38:22 |
| 8 | A.    No, sir.  The makeup of all of | 14:38:22 |
| 9 | the detectives involved in this | 14:38:26 |
| 10 | investigation were from every nationality | 14:38:26 |
| 11 | and every race. | 14:38:29 |
| 12 | Q.    And you never heard anything | 14:38:33 |
| 13 | around niggers or spics messing with | 14:38:35 |
| 14 | white, raping white women? | 14:38:40 |
| 15 | MS. DAITZ:  Objection. | 14:38:42 |
| 16 | A.    Certainly not, no, sir. | 14:38:42 |
| 17 | Q.    And you never said anything like | 14:38:44 |
| 18 | that? | 14:38:45 |
| 19 | A.    No, sir. | 14:38:45 |
| 20 | Q.    Was there a point in time when | 14:38:46 |
| 21 | you were at the crime scene and, with ADA | 14:38:53 |
| 22 | Linda Fairstein? | 14:38:59 |
| 23 | A.    Yes, sir. | 14:39:01 |
| 24 | Q.    When was that, when was the | 14:39:02 |
| 25 | first time? | 14:39:04 |

```
                                                      Page 455
 1        A.    About, well, it would be fair to     14:39:04
 2   say the only time, the first and only time      14:39:10
 3   was a little after 7:00 a.m. on the             14:39:13
 4   morning of April 21st.                          14:39:17
 5        Q.    Okay.  That was approximately        14:39:19
 6   three or four hours after you had been          14:39:24
 7   there with Raymond Santana?                     14:39:26
 8        A.    Approximately, yes.                  14:39:29
 9        Q.    And what was the nature of the       14:39:30
10   interaction?                                    14:39:39
11             MR. WAREHAM:  Withdrawn.              14:39:39
12        Q.    What was ADA Fairstein doing at      14:39:40
13   the crime scene, what was she doing?            14:39:43
14             MS. DAITZ:  Objection.                14:39:45
15        A.    ADA Fairstein and I, Detective       14:39:45
16   Jonza, certainly Sergeant O'Connor had a        14:39:52
17   meeting in the 24 Squad, and a decision         14:39:55
18   was made, a joint decision at that time to      14:40:01
19   take two of the suspects to the park.           14:40:04
20        Q.    And which two suspects were          14:40:12
21   those?                                          14:40:15
22        A.    Kevin Richardson and Kharey          14:40:15
23   Wise.                                           14:40:18
24        Q.    And do you know why it was --        14:40:18
25   this was --                                     14:40:22
```

```
                                                    Page 456
 1           MR. WAREHAM:  Withdrawn.              14:40:24
 2       Q.    Had you, during that discussion,    14:40:25
 3   had you informed ADA Fairstein that you       14:40:27
 4   had already gone to the alleged crime         14:40:32
 5   scene with Raymond Santana?                   14:40:37
 6           MS. DAITZ:  Objection.                14:40:38
 7       Q.    Junior?                             14:40:40
 8       A.    I don't recall our exact            14:40:41
 9   conversation, but I probably did tell her.    14:40:43
10       Q.    And, to your knowledge, she had     14:40:47
11   not -- well, to your knowledge, had she       14:40:49
12   been to the crime scene prior to you going    14:40:53
13   there at 7:00 a.m. the morning of the         14:40:55
14   21st?                                         14:40:58
15       A.    To my personal knowledge, no.       14:40:58
16       Q.    Did she indicate in her             14:41:00
17   discussion that she had been there, in her    14:41:02
18   discussion with you, did she indicate that    14:41:04
19   she had been there?                           14:41:06
20       A.    No, she did not.                    14:41:07
21       Q.    And the reasons for taking          14:41:08
22   Kharey Wise and Kevin Richardson there        14:41:17
23   were what?                                    14:41:22
24       A.    Excuse me?                          14:41:22
25       Q.    What were the reasons that you      14:41:22
```

```
                                                   Page 89
 1                    William Roe
 2         Q.     Is Central Park within your zone?
 3         A.     Yes, it is.  Yes, it is.
 4         Q.     Do you know whether you went
 5   directly to the 20th Precinct?
 6         A.     No.
 7         Q.     And you don't know whether you went
 8   to the Central Park Precinct instead, correct?
 9         A.     Correct.
10         Q.     Do you recall seeing any media in
11   the vicinity when you arrived at work?
12              MR. MYERBERG:  Objection.
13         A.     I recall seeing the media sometime
14   during that day in front of the 24th Precinct, I
15   believe.
16         Q.     What is your memory of your first
17   involvement in the investigation of the events
18   of April 19th?
19         A.     The events of April 19th, I recall
20   being in several station houses that were
21   involved.  I recall being in the Central Park
22   Precinct house, and I recall being in the 24th
23   Precinct station house, and I remember being in
24   the 20th Precinct station house where my office
25   was.
```

1                      William Roe
2              I don't remember the sequence of
3    events, what times that I was in either of these
4    precincts.
5         Q.     During the period of time that you
6    were at the Central Park Precinct, do you recall
7    seeing any of the detectives from the Manhattan
8    North Homicide Unit?
9              MR. MYERBERG:  Objection.
10        A.     I don't recall.  It's possible that
11   I did, but I just don't recall.
12        Q.     Do you recall seeing at the Central
13   Park Precinct Chief Rosenthal?
14             MR. MYERBERG:  Objection.
15        A.     I recall seeing Chief Rosenthal,
16   but I don't know whether it was in the 24th
17   Precinct or Central Park Precinct.
18        Q.     Did you ever see him at the 20th
19   Precinct?
20        A.     It's possible, but I don't recall
21   exactly when or where.
22        Q.     Do you recall having seen Chief
23   Colangelo at any of the precincts?
24        A.     I don't recall, no.
25        Q.     Did you see him at all in

```
                                              Page 91
 1                   William Roe
 2   connection with these events?
 3         A.    It's possible.  I just don't recall
 4   that right now.
 5         Q.    How about DI Power?
 6         A.    I don't recall seeing DI Power
 7   there, no.
 8         Q.    Not at all?
 9         A.    No.
10         Q.    How about Chief Selvaggi, do you
11   remember seeing him at any of the precincts?
12         A.    Chief Selvaggi's office was in the
13   24th Precinct.  So from time to time I used to
14   see him.  On this particular day, I don't recall
15   seeing him.
16         Q.    Do you recall going to Central Park
17   at any point?
18               MR. MYERBERG:  Objection.
19         A.    Yes.
20         Q.    Did you go to the crime scene?
21         A.    Yes.
22         Q.    Do you know what time of day it was
23   when you went to the crime scene?
24         A.    No.
25         Q.    Was the crime scene unit there when
```

Page 92

1                    William Roe
2     you arrived?
3          A.     Yes.
4          Q.     Were any detectives there when you
5     arrived?
6          A.     I don't recall.
7          Q.     Did you see Linda Fairstein at the
8     crime scene?
9                 MR. MYERBERG:  Objection.
10         A.     No.
11         Q.     You know who she is?
12         A.     Yes.
13         Q.     Did you see Elizabeth Lederer at
14    the crime scene?
15                MR. MYERBERG:  Objection.
16         A.     No.
17         Q.     What was going on at the crime
18    scene when you went to Central Park?
19                MR. MYERBERG:  Objection.
20         A.     I don't recall what time it was.  I
21    was with Sergeant Klev.  I don't recall how soon
22    after I got to work I went to the crime scene.
23    When I got there, there was the obvious crime
24    scene tape covering a large portion of the woods
25    off the path, and some members of the crime