# Exhibit 3

T7-1f

1668

COLLOQUY

Michael Sheehan.

DET. MICHAEL SHEEHAN, Shield 421, Manhattan North Homicide, New York City Police Department, having been called as a witness by the People, having been first duly sworn, testified under oath as follows:

    COURT OFFICER: Would you give us your name, spell your last name, your shield number and present assignment.

    THE WITNESS: Detective Michael Sheehan, S-H-E-E-H-A-N; Shield 421, NYPD, Manhattan North Homicide Squad.

DIRECT EXAMINATION
BY MR. CLEMENTS:

    Q    Detective, I'd like to direct your attention to April 20, 1989. Did you work on that day?

    A    Yes, sir, I did.

    Q    And what shift did you work?

    A    Four in the afternoon to 1:00 in the morning.

    Q    Did you receive an assignment shortly after you arrived for work?

    A    Yes, I did.

10/24/89

T7-1f

1669
SHEEHAN - PEOPLE - DIRECT - CLEMENTS

1  Q    And what was that assignment?
2  A    I left the Manhattan North office about ten
   after one, and responded to Central Park Squad.
5  Q    Did you arrive at Central Park?
6  A    Yes, I did.
7  Q    WHen you got there, did you receive another
   assignment?
9  A    Yes, sir, I went to Central Park to aid in
   the investigation of an assault on a victim that was
   likely to die.  Upon reaching the Central Park
   Squad, I was surprised of a couple of facts by my
   immediate supervisor, Sergeant O'Connor.
           I was then asked to accompany the uniformed
   force on a search.  The search was for a weapon,
   namely, a length of pipe.
              MR. BURNS:  A what?
              THE WITNESS:  A length of pipe.
19 Q    Where did that search take place?
20 A    The search took place in the vicinity of
   West 97th Street and Central Park West; actually
   inside the park walls.
23 Q    Did you recover a pipe or was a pipe
   recovered in your presence?
25 A    No, sir.

10/24/89

NYCLD_018955

T7-1f

1670
SHEEHAN - PEOPLE - DIRECT - CLEMENTS

Q    At the conclusion of that search, what did you do?

A        At the conclusion of the search, I responded back to the Central Park Squad and had a conversation with, again, Sergeant O'Connor and Detective John Hartigan.

Q    What time did you return to the Central Park Squad?

A        I returned to the Central Park Squad somewhere in the vicinity of 5:30 p.m.

MR. BURNS:   I'm sorry, 5:30 p.m.?

THE WITNESS:  That's correct.

THE COURT:   What time was it that you said you went in search of the weapon?

THE WITNESS:  Shortly after 4:00, your Honor. Let's say 4:30.

THE COURT:   Okay.

MR. BURNS:   Again p.m.?

THE WITNESS:   p.m.

Q    When did you speak to John Hartigan?

A        I spoke with John Hartigan in the Central Park Precinct, there is a separate building across the alleyway from the main building. It is the auxilary police building. It also houses the Youth

10/24/89