# Exhibit 5

```
 1            People Reynolds Cross (Mr. Joseph)          866

 2      Q    Seeing Antron McCray at the precinct?

 3      A    I did have a conversation about it.

 4      Q    You tell us, I think you told Ms. Lederer, that

 5   you didn't interview or question Antron McCray at that point

 6   or at any later point; is that correct?

 7      A    That's correct.

 8      Q    You didn't have any conversation with him at that

 9   point; is that correct?

10      A    That's correct.

11      Q    The observations, what you have just told us, you

12   saw; right?

13      A    Correct.

14      Q    Nothing further then that, correct?

15      A    Nothing, no.

16      Q    Would I be correct -- withdrawn.

17           You have told us on the 19th of April and into

18   April 20th, you had conversations with numerous officers,

19   police officers, detectives, concerning what was happening

20   in Central Park in the investigation you were imparting?

21      A    When was this?

22      Q    On April 19th and into April 20th?

23      A    While we were on the street, you mean?

24      Q    Yes?

25      A    I didn't have any conversations with the
```

LDI

NYCLD_023569

```
 1              People Reynolds Cross (Mr. Joseph)           867

 2   detective.

 3        Q    On April 19th you didn't -- you had a conversation

 4   with the sergeant; is that correct, on April 19th?

 5        A    Yes.

 6        Q    You had conversations with other police officers?

 7        A    Yes.

 8        Q    On April 20th, the morning, you did have

 9   conversations with detectives as well; is that right?

10        A    Yes.

11        Q    Just so I'm understanding, that prior to arresting

12   any of the young men that you arrested, you had spoken to

13   police officers and sergeants, but no detectives?

14        A    That's correct.

15        Q    Subsequent to their arrest, then you spoke to a

16   variety of other police officers, including detectives?

17        A    Yes.

18        Q    Over a period of time you spoke to a Detective

19   Rosario; is that correct?

20        A    Yes.

21        Q    And you spoke the a Detective Farrel?

22        A    Yes.

23        Q    Detective Whelpley?

24        A    Yes.

25        Q    Were there captains also that were at the Central
```

LDI

NYCLD_023570

```
1                People Reynolds Cross (Mr. Joseph)              868
2    Park Precinct, police captains?
3         A    Yes.
4         Q    You spoke with them as well?
5         A    Yes.
6         Q    Was there a Captain Gunther?
7         A    Yes.
8         Q    Were there also individuals who were known as
9    chiefs, a Chief Rosenthal?
10        A    Yes.
11        Q    Was he at the Central Park Precinct in the morning
12   of the 20th?
13        A    Yes.
14        Q    Where does a chief stand in the hierarchy of the
15   Police Department?
16        A    Where?
17        Q    Yes?
18        A    Close to the top.
19        Q    I assume above a captain; is that correct?
20        A    Yes.
21        Q    Was there another, there were several chiefs that
22   came down to the Central Park Precinct that you spoke to on
23   the morning of the 20th; is that right?
24        A    I just spoke to one, I believe.
25        Q    Was there a chief Colengelo?
```

NYCLD_023571

```
 1                    People Reynolds Cross (Mr. Joseph)          869

 2         A     Yes.

 3         Q     And a Chief Selvaggi; is that correct?

 4         A     Yes.

 5         Q     They were also at the precinct in the morning of

 6    April 20th?

 7         A     No.

 8         Q     At any point did you speak with them?

 9         A     Yes.

10         Q     So that would be in addition to Rosen, Chief

11    Rosenthal.  You spoke to Chief Colengelo and a Chief

12    Selvaggi.

13         A     Yes.

14         Q     Now, you told us that there came a time that you

15    went to Antron McCray's home?

16         A     Yes.

17         Q     When you went to the home, to his home, you went

18    with numerous other police officers and detectives; is that

19    right?

20         A     Yes.

21         Q     I think you told us there was a detective Whelpley

22    and Farrel, Rosario, Morin?

23         A     Yes.

24         Q     When you went to Antron McCray's door, how many of

25    those officers went with you to the door?
```

LDI

```
 1              People Reynolds Cross (Mr. Burns)           894

 2        Q    Now, you mentioned the presence of chiefs.  More

 3   than one chief in the Central Park Precinct that morning?

 4        A    No.

 5                  (Continued on next page.)

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

LDI

NYCLD_023597

14

T-3    Reynolds-Ppl-cross (Burns)                895

Q    Just one chief?

A    That's it.

Q    Were there any police brass, police officers who
who held the rank of above captain, were there several of
those officers present?

A    Not that I saw, no.

Q    You didn't see them?

A    No.

Q    Incidentally, where did you do your paperwork?

A    The juvenile paperwork?  The packages?

Q    Yeah, you said that after you finished their
booking process, you then took them to the juvenile room and
you said the juvenile room is in a different building.

A    That's correct.

Q    Is that correct?

A    That's correct.

Q    All right.  You you also stated that you had spoken
to a Lt. Mc Inerny, but that wasn't in the same room where
the juvenile room or the clerical office is, isn't that
true?

A    That's true.

Q    You saw him in the alley between the main precinct
and this other building, the building, the 24th or the
Central Park Precinct consists of two buildings; isn't that

M. C. Davis

T-3   Reynolds-Ppl-cross (Burns)                696

correct?

   A   Yes.

   Q   All right.  So, are you saying there was no other brass there or are you saying you didn't see them where you were working?

            MS.  LEDERER:  Objection.

            THE COURT:  I'll let him answer.

            Do you understand the question?

            THE WITNESS:  Yeah.

   A   I didn't see any brass.

   Q   Where you were working?

   A   Well, yeah.

   Q   I mean --

   A   Couldn't see them anywhere else?

   Q   Well they could have been in the other building, that's what I'm asking?

   A   No, I didn't see them.  If they were there, I didn't see them.

   Q   But you weren't' in that building, that's what I'm asking.

            MR.  BURNS:  Objection, Judge.

            THE COURT:  Objection sustained.

            How can he see them if he wasn't in that building?  The question doesn't lend itself to an

            B. C. Davis

NYCLD_023599

1
2          answer.
3      Q      Isn't it true you were in the building where the
4  juvenile room is, and you were not in the building where
5  the, where the captain of the precinct and the-- Do you
6  understand what I'm asking you?
7      A      At the time that I was doing the paperwork, the
8  captain wasn't in.
9      Q      Yeah.
10     A      The highest ranking officer that was in the
11  precinct at that time was the lieutenant, and that was it.
12  Just one lieutenant and maybe one or two sergeants.
13     Q      Okay.  Did there come a time when you did see a
14  chief?
15     A      Yes, one chief.
16     Q      One chief.  And where did you see the chief?
17     A      I saw the chief in the captain's office.
18     Q      And the captain's office, is that located in this
19  other main building?
20     A      Yes.
21     Q      And what time was it when you saw the chief?
22     A      I have to look in my notes for that.
23     Q      Please.
24     A      That was about 12:30.
25     Q      You saw the chief at 12:30?


                              H. C. Davis

```
1                  T-3   Reynolds-Ppl-cross (Burns)              898
2        A     About 12:30.
3        Q     Now, getting back to your initial observation of
4   the teenagers who were proceeding north on Central Park
5   West, where was your vehicle when you first saw them?
6        A     Our vehicle was pointed west on 100th Street
7   entrance, facing towards Central Park West.  That's the
8   northeast corner.
9        Q     So, but you were still in the park?
10       A     I don't know if you could call that in the park, we
11  were past the wall.
12       Q     And on what side of Central Park West --
13              MR.  BURNS:  Withdrawn.
14       Q     Was your vehicle parked on Central Park West?
15       A     We weren't parked.
16       Q     All right.  Had you just exited the park at that
17  point?
18       A     Yes.
19       Q     And this group was still south of 100th Street?
20  I'm sorry, this group had just passed 100th Street?
21       A     They were --
22       Q     When you first saw them?
23       A     They were going, they were on the block between
24  101st and 102nd Street, on the west side of the street.
25       Q     All right.  So then you were behind them?


                         R. C. Davis
```

```
1                T-3   Reynolds-Ppl-cross (Rivera)              899
2         A    Yes.
3                   MR.   BURNS:   Thank you, officer Reynolds.
4         A    You're welcome.
5    CROSS EXAMINATION
6    BY MR. RIVERA:
7         Q    Good afternoon, officer.
8         A    Good afternoon.
9         Q    Officer, you testified earlier today that you saw
10   one member, one member of the Force that's a brass, that had
11   brass; is that correct?
12        A    Well, what rank do you consider brass?
13        Q    A chief or above?
14        A    Yes, definitely yes.
15        Q    And Mr. Joseph's examining of you, you also
16   testified that you saw a Chief Colengelo and a chief
17   Selvaggi; is that correct?
18        A    I believe that was their names.  Let me take a
19   look.
20             Yes.
21        Q    Now, could you tell us who is Chief Colengelo?
22        A    He's-- Chief Colengelo?
23        Q    Yes.
24        A    I believe he's the chief of Manhattan North.
25        Q    Okay.


                         H. C. Davis
```

A    The Borough.

Q    Would he be the chief of detectives?

A    Yes.  Yes, Manhattan North detectives.

Q    And is he the chief of detectives for the City of New York?

A    Yes.

Q    And would he be classified as brass?

A    You could call him that.

Q    Okay.  And could you tell us who Cheif Selvaggi?

A    He's the chief of the borough patrol.

Q    And you also testified as to see another chief; is that correct?

A    Yes.

Q    And do you know, do you recall the name of that chief?

A    Chief Rosenthal.

Q    Right.  And could you tell who Chief Rosenthal is?

A    Chief of, Manhattan chief of detectives.

Q    And did you see all three chiefs on either the 20th or the 21st?

A    I believe it was the 21st.

Q    Okay.  Did you see Chief Rosenthal on the 20th or the 1?

A    Chief Rosenthal I saw both days.


                              H. C. Davis

T-3   Reynolds-Ppl-cross (Rivera)                901

Q    And the other two chiefs you saw on the 21st?

A    Yes.

Q    Do you know or do you recall when you were apprised
there was a chief, that there were chiefs in the building at
the Central Park Precinct?

A    Excuse me.

Q    When with you informed that there were chiefs at
the Central Park Precinct, a time?

A    I don't recall.  There was only one chief at the
Central Park Precinct.

Q    And did Chief Rosenthal ask you to come in and
speak to him?

A    No.

Q    You volunteered to go see Chief Rosenthal?

A    Definitely not.

Q    Well, there came a point in time where you saw
Chief Rosenthal at the captain's room; is that correct?

A    Yes.

Q    And the purpose of your visit to see Chief
Rosenthal was to tell him what you had observed on the night
of the 19th and 20th, is that correct?

A    That's correct.

Q    By the way, were there other individuals present
when you were speaking to Chief Rosenthal?

H. C. Davis

NYCLD_023604

1              T-3     Reynolds-Ppl-cross (Rivera)              902

2         A    Yes.

3         Q    How many other individuals were present?

4         A    I'd say maybe two, three others.

5         Q    And were they also, could they also be deemed

6    police brass?

7         A    The captain could be, the others weren't.

8         Q    Was there a captain in the office?

9         A    Yes.

10        Q    And the other individuals, were they captains or

11   above?

12        A    No.

13        Q    They were below the rank of captain?

14        A    Yes.

15        Q    Outside of the precinct, were there members of the

16   press?

17        A    Yes.

18        Q    And how many members of the press were present

19   outside the precinct?

20        A    I couldn't begin to count them.

21        Q    Was it a countless number, a large number?

22        A    There were a few.

23        Q    When you say a few, would you classify it was less

24   than five, more than five?

25        A    I don't know.


                              H. C. Davis

```
 1            T-3    Reynolds-Ppl-cross (Rivera)            903
 2        Q     Would it be more than fifteen or twenty people that
 3   were present, members of the press?
 4        A     I don't know.
 5        Q     Did you see them?
 6        A     I saw a couple of them.
 7        Q     Were they together?
 8        A     No, it was scattered.
 9        Q     Were they outside the precinct?
10        A     Yes.
11        Q     Okay.  And when you say a couple, that would be
12   two; is that correct?
13        A     Well, the ones that I saw, again, I saw maybe two,
14   maybe more.
15        Q     And this would be --
16              When was the first time you saw members of the
17   press at the precinct?
18        A     What time?
19        Q     Yes.
20        A     Maybe ten.
21        Q     Ten in the morning?
22        A     Maybe.
23        Q     And that would be April the 20th; is that correct?
24        A     That's correct.
25        Q     Were you informed that members of the press were
```

                              W. C. Davis

NYCLD_023606

T-3   Reynolds-Ppl-cross (Rivera)                904

waiting outside before ten o'clock in the morning?

    A    No, I just saw a truck, one of the trucks out there.

    Q    I'm sorry?

    A    I saw one of their trucks.

    Q    That would be a press truck; is that correct?

    A    Yes.

    Q    And you only saw one press truck?

    A    Well, that's when I realized that they were there, I saw one of their trucks.

    Q    Prior to that you had no knowledge the press was interested in this case; is that correct?

    A    That's correct.

    Q    Now, you testified earlier that you saw a group walking northbound on Central Park West at about 10:30 in the evening; is that correct?

    A    Yes.

    Q    Okay.  And that group consisted of about ten or twenty people; is that correct?

    A    That is correct.

    Q    And you saw them on 101st Street going towards 102nd Street; is that correct?

    A    That's correct.

    Q    How was was this group walking?

                     H. C. Davis

1          T-3    Reynolds-Ppl-cross (Rivera)                909

2      the Assistant District Attorneys and all sworn

3      jurors are present.

4          THE COURT:  All right, good afternoon, ladies

5      and gentlemen.

6          THE CLERK:  Officer Reynolds, may I remind you

7      you're still under oath.

8          THE WITNESS:  Yes.

9   CONTINUING CROSS EXAMINATION

10  BY MR. RIVERA:

11      Q    Officer, before we broke, you indicated to us that

12  there was some chiefs and members of the press that were

13  present at the Central Park Precinct; is that correct?

14      A    Yes.

15      Q    And is that unusual to see top brass at the Central

16  Park Precinct during an arrest?

17      A    There is not a lot of arrests there, so, but yeah,

18  I would say it is.  Slight.

19      Q    Under normal circumstances would it be unusual to

20  see a high member of the brass at any precinct when youths

21  are arrested?

22          MS.  LEDERER:  Objection.

23          THE COURT:  I'll allow it.

24      A    It depends on the precinct.

25      Q    Are there some precincts where this would not be

                              E. C. Davis

1

2    unusual?

3                MS.   LEDERER:   Objection.

4        A    Yes.

5        Q    What about the Central Park Precinct, is this

6    unusual at the Central Park Precinct?

7        A    Slightly, yes.

8        Q    And the same applies for the members of the press?

9        A    Yes.

10       Q    Is thsi the first time you make an arrest where you

11   have that kind of brass and that kind of press present?

12       A    Yes.

13       Q    And at what point in time were you apprised that

14   there case was going to have special significance within the

15   modus operandi of the Police Department.

16               MS.   LEDERER:   Objection.

17               THE COURT:   Sustained.

18       Q    Were there any Assistant District Attorneys present

19   at any time when you were involved in this case between

20   April the 19th and April the 20th?

21               MS.   LEDERER:   Objection.

22               THE COURT:   I'll let him answer.

23       A    Yes.

24       Q    And would that about A.D.A.   Lederer?

25       A    Yes.


                          H. C. Davis

1            T-3   Reynolds-Ppl-cross (Rivera)            911

2      Q    And was there also an A.D.A. Fairstein?

3      A    Yes.

4      Q    Were there any other members of the District

5  Attorney, District Attorney present, paticularly any

6  Assistant District Attorney?

7      A    I don't think so.

8      Q    And when for the first time did you see an

9  Assistant District Attorney on this matter?

10     A    The night of the 20th.

11     Q    Prior to the evening of the 20th, you had not seen

12  any A.D.A.s?

13     A    Regarding this matter?

14     Q    Regarding this case.

15     A    No.

16     Q    Did you see them in the building or any other

17  buildings involved in the case?

18     A    No.

19     Q    Prior to the 20th?

20     A    No.

21     Q    Officer, you testified that you spoke to a police

22  officer Alvarez; is that correct?

23     A    Yes.

24     Q    And police officer Alvarez informed you of an

25  assault on an individual; is that correct?


                        M. C. Davis

2   has to be somebody that we could call.  That's when he told

3   me the other number to his sister.

4        Q    You were asked by Mr. Rivera, when in the course

5   of your work on this case, was the first time that you saw

6   someone from the District Attorney's Office?  When was that?

7        A    That was the next night, the night of the 20th.

8        Q    Where was that?

9        A    That was the 20th Precinct.

10       Q    You were asked a series of questions by Mr. Rivera

11   regarding statements that Raymond Santana made to you at the

12   time that he was first detained by you and Officer Powers.

13   I believe, Mr. Rivera, was asking you about notes that you

14   made and a memo book, is that right?

15            Do you recall the exchange that I'm referring to?

16       A    Yes.

17       Q    For what reason did it strike you as significant

18   that no other information was offered by Raymond Santana at

19   that time regarding what he he said to you?

20            MR. BURNS:  Objection.

21            THE COURT:  Objection sustained.

22            MS. LEDERER:  Can we approach for a minute?

23            THE COURT:  Yes.

24            (Whereupon, a discussion was held at the

25            bench  on the record as follows:)

LDI

T2-SC-TS

4946

1          Fairstein - People - Cross - Burns

2   representatives  of  the  police  department  ask   for   your

3   assistance in connection with this investigation?

4              MS. LEDERER:  Objection.

5              THE COURT:  I'll allow it.

6       A    Yes, they did ask for our assistance.

7       Q    At what point was that?

8              MS. LEDERER:  Objection.

9              THE COURT:  I'll allow it.

10      A    They first --

11      Q        No.   When was the first time they asked for the

12  assistance of the District Attorney's Office  in  relation  to

13  this investigation?

14      A     When I was called at nine o'clock on the morning of

15  the 20th, I was told I would be asked later  in  the  day  for

16  assistance.

17      Q          You  were  called  by  a  police  department

18  representative?

19      A    That's right.

20      Q    And was it  a  person  who  was  in  charge  of  the

21  investigation?

22              MS. LEDERER:  Objection.

23              THE COURT:  I'll let her answer.

24      A    It was one of the supervising officers, yes.

25      Q    When you arrived at eight o'clock -- I'm sorry, 8:30

T2-SC-TS

4947

1                    Fairstein - People - Cross - Burns

2    --

3         A    A little after 8:30.

4         Q    -- Ms. Lederer was already there, is that right?

5         A    Yes.

6         Q        And you went inside and went up to the 2nd floor

7    detective room?

8         A    Yes, I did.

9         Q    Ms. Lederer was there?

10        A    Yes, she was.

11        Q    Had any video begun?

12        A    No.

13        Q    Had any questioning or talking to people, had any of

14   that begun at the time that you arrived?

15               MS. LEDERER:   Objection.

16               THE COURT:   If she knows, I'll let her answer.

17        A    Yes, it had.

18        Q    At any time prior to your arrival, did you have

19   occasion to go to Metropolitan Hospital?

20        A    No, sir.

21        Q        And did you have an occasion to speak to the

22   officers who had -- the officers who had discovered the body

23   of the female jogger?

24               MS. LEDERER:   At what point?

25        Q        Prior to your arrival at the precinct, at

T2A-SC-TS

1              Fairstein - People - Cross - Burns

2    approximately 8:30 in the evening of the 20th.

3         A    Prior to my arrival, no.

4         Q    Incidentally, the telephone call that you received

5    about nine o'clock, that was in relation to asking the

6    District Attorney's Office for assistance in connection with

7    the investigation relative to the female jogger?

8         A    In part, yes.

9         Q    You're the -- were any other units of the District

10   Attorney's Office called?

11                MS. LEDERER:  Objection.

12        Q    To your knowledge?

13                MS. LEDERER:  Objection.

14                THE COURT:  I'll allow it.

15        A    Yes.

16        Q    Well, you're the Head of the Sex Crimes Unit, right?

17        A    Yes.

18        Q    Was there any other sex crime that was being

19   investigated, in connection with Central Park?

20                MS. LEDERER:  Objection.

21                THE COURT:  Sustained.

22        Q    Your participation, as the Chief of the Sex Crimes

23   Unit, when you were called, wasn't that in connection with the

24   investigation relative to the, to the female jogger?

25        A    Yes.

T3-JM-TS

4949

Fairstein - People - Cross - Burns

1

2     Q     Now, between 8:30 and 11:30, did you participate   in

3  any questioning of any individuals?

4     A     I questioned police officers.

5     Q     Just officers.

6     A     Right.

7     Q     Now, at 11:30, you say, is the first time you --

8           MR. BURNS:  Withdrawn.

9     Q     At what point in time -- at what point in time did

10  you -- were you aware of the fact that Yusef Salaam was in the

11  20th Precinct?

12    A     I have -- I would put it in the 11  o'clock  period,

13  but it was between 11 and 11:30.

14    Q     And do you have any -- can you tell the Court who

15  told you, or how you came by that information?

16    A     I was in a room with a lot of police officers,  and,

17  as  different events unfolded that evening, because there were

18  many participants, and a lot of police activity, people  would

19  enter  the room to tell some of the supervisors what was going

20  on.

21    Q     And I believe --  and  you  were  functioning  as  a

22  supervisor?

23    A     No.  I'm talking about police supervisors.

24    Q     But you were working along with the supervisors,

25  were you not?