# Exhibit 7

Linda Fairstein

Page 221

| | | |
|---|---|---|
| 1 | at two precincts. | 15:45:53 |
| 2 | Q.    Others were concerned about what | 15:45:56 |
| 3 | else? | 15:45:59 |
| 4 | A.    Other officers I didn't know who | 15:45:59 |
| 5 | were in a similar position, who were not | 15:46:06 |
| 6 | being interviewed and expressed to my | 15:46:09 |
| 7 | former colleagues that they had | 15:46:14 |
| 8 | information they wanted to give to her, | 15:46:17 |
| 9 | her being Ms. Ryan. | 15:46:20 |
| 10 | Q.    Do you know what officers | 15:46:22 |
| 11 | communicated with your former colleagues | 15:46:24 |
| 12 | to express that opinion or those opinions? | 15:46:26 |
| 13 | A.    As I sit here today, I don't | 15:46:29 |
| 14 | know.  I knew in 19 -- I'm sorry, I knew | 15:46:31 |
| 15 | some of the names in 2002. | 15:46:36 |
| 16 | Q.    Did you take notes when you were | 15:46:38 |
| 17 | having these conversations with people in | 15:46:40 |
| 18 | the District Attorney's office who were | 15:46:42 |
| 19 | expressing their concern? | 15:46:43 |
| 20 | A.    Not that I can think of. | 15:46:46 |
| 21 | Q.    I guess we can go to April 20th | 15:46:49 |
| 22 | now for awhile.  Fiston called you what | 15:47:15 |
| 23 | time in the morning? | 15:47:22 |
| 24 | A.    As I recall, between 8:30 and | 15:47:24 |
| 25 | nine o'clock in the morning. | 15:47:27 |

NYCLD_039089

Linda Fairstein

Page 222

| | | |
|---|---|---|
| 1 | Q.    At that time, did you know | 15:47:29 |
| 2 | anything about the events in Central Park | 15:47:32 |
| 3 | on April 19th? | 15:47:35 |
| 4 | A.    I don't believe that I did. | 15:47:36 |
| 5 | Q.    You saw nothing on television, | 15:47:38 |
| 6 | you heard nothing from other sources? | 15:47:41 |
| 7 | A.    I didn't see anything on | 15:47:44 |
| 8 | television the night of the 19th.  I may | 15:47:46 |
| 9 | have heard a news, radio news report in | 15:47:50 |
| 10 | the morning, not about a rape, but about a | 15:47:53 |
| 11 | riot. | 15:47:58 |
| 12 | Q.    Do you know why Fiston called? | 15:47:59 |
| 13 | A.    Yes, I do. | 15:48:05 |
| 14 | Q.    Why? | 15:48:06 |
| 15 | A.    He called me shortly before nine | 15:48:07 |
| 16 | to tell me that a woman had been found | 15:48:10 |
| 17 | beaten, and presumably because of her | 15:48:22 |
| 18 | state of undress, sexually assaulted in | 15:48:24 |
| 19 | the ravine, and he had been called in | 15:48:28 |
| 20 | because there had been no sexual assault | 15:48:34 |
| 21 | allegation until that woman reached the | 15:48:38 |
| 22 | hospital. | 15:48:40 |
| 23 | Q.    What else did he tell you? | 15:48:41 |
| 24 | A.    He told me that the woman was as | 15:48:47 |
| 25 | yet unidentified, and he asked me in the | 15:48:52 |

NYCLD_039090

Linda Fairstein

Page 223

| | | |
|---|---|---|
| 1 | usual course of prosecutorial business if | 15:48:57 |
| 2 | I would assign a prosecutor to work on the | 15:49:00 |
| 3 | prosecutorial events that might happen | 15:49:06 |
| 4 | later in the day because there were | 15:49:14 |
| 5 | already were suspects being questioned. | 15:49:16 |
| 6 |     Q.   Did you make any notes about | 15:49:22 |
| 7 | this conversation? | 15:49:24 |
| 8 |     A.   No. | 15:49:25 |
| 9 |     Q.   Did you create any memorandum | 15:49:25 |
| 10 | afterwards about this conversation? | 15:49:29 |
| 11 |     A.   Not that I recall. | 15:49:30 |
| 12 |     Q.   Did he tell you anything else? | 15:49:31 |
| 13 |     A.   At that time, only that we | 15:49:35 |
| 14 | discussed that I would get back to him | 15:49:39 |
| 15 | with the name and number of the Assistant | 15:49:41 |
| 16 | DA, and that I would tell the District | 15:49:44 |
| 17 | Attorney. | 15:49:46 |
| 18 |     Q.   Did you understand that Fiston | 15:49:46 |
| 19 | was calling you in line with the | 15:49:48 |
| 20 | arrangement that you and Morgenthau had | 15:49:50 |
| 21 | made, that whenever there was a rape in | 15:49:53 |
| 22 | New York City, you should be contacted? | 15:49:55 |
| 23 |     A.   Not exactly. | 15:49:57 |
| 24 |     Q.   Why do you say that? | 15:49:58 |
| 25 |     A.   Because it was not just a call | 15:50:00 |

NYCLD_039091

Linda Fairstein

Page 224

```
 1    to give me information.  It was a call in      15:50:04
 2    which he was asking for the help that we       15:50:07
 3    provide in the instant moment.                 15:50:12
 4        Q.     Fiston was calling you, right,       15:50:14
 5    right?                                         15:50:17
 6        A.     Fiston did call me.                  15:50:17
 7        Q.     Right?                               15:50:19
 8        A.     Yes, sir.                            15:50:21
 9        Q.     And the reason Fiston called you     15:50:21
10    about a rape was the arrangement you and       15:50:24
11    Morgenthau had made with Fiston that you       15:50:27
12    should be called about every rape; is that     15:50:29
13    correct?                                       15:50:32
14            MS. DAITZ:  Objection.                  15:50:32
15        A.     No, sir.                             15:50:32
16        Q.     Why is that not correct?             15:50:33
17            MS. DAITZ:  Let her answer the          15:50:35
18    question this time.                            15:50:37
19        Q.     Why is that not correct?             15:50:37
20        A.     Because the practice that            15:50:39
21    Morgenthau and I had requested to have         15:50:41
22    with Mr. Fiston and other officers was for     15:50:45
23    the information of a case.                     15:50:49
24            So if a rape had happened on            15:50:50
25    4/15 on East 30th Street and it wasn't         15:50:51
```

NYCLD_039092

Linda Fairstein

Page 225

| 1 | solved, we'd know and have it under our | 15:50:55 |
| 2 | roof as well. | 15:51:00 |
| 3 | On this morning when he called | 15:51:01 |
| 4 | me, he was calling to ask me to assign a | 15:51:03 |
| 5 | prosecutor now for the purpose, as we ride | 15:51:06 |
| 6 | homicides and sex crimes as the expression | 15:51:13 |
| 7 | is called, to have a prosecutor to be | 15:51:15 |
| 8 | available to him within hours to help with | 15:51:19 |
| 9 | the prosecutorial steps that would be | 15:51:21 |
| 10 | taken at the station house. | 15:51:24 |
| 11 | Q.   So it's your answer that the | 15:51:26 |
| 12 | call that Fiston made to you had no | 15:51:29 |
| 13 | connection with the arrangements that you | 15:51:32 |
| 14 | and Morgenthau had made with Fiston to | 15:51:33 |
| 15 | call and advise you about a rape, whether | 15:51:37 |
| 16 | or not a person had been arrested? | 15:51:39 |
| 17 | MS. DAITZ:  Objection.  You can | 15:51:41 |
| 18 | answer. | 15:51:43 |
| 19 | A.   Those are not my words, sir.  I | 15:51:43 |
| 20 | didn't say they had no connection.  I said | 15:51:46 |
| 21 | this was for a much more urgent purpose. | 15:51:48 |
| 22 | It might also have served that use, hello, | 15:51:51 |
| 23 | this is the event that happened this | 15:51:55 |
| 24 | morning. | 15:51:57 |
| 25 | On top of that, there was a much | 15:51:58 |

NYCLD_039093

Linda Fairstein

Page 226

```
 1    more urgent need.  He wanted a prosecutor    15:52:00
 2    assigned, that was the main purpose of the   15:52:04
 3    call.                                        15:52:06
 4        Q.    Did he tell you that it appeared   15:52:06
 5    that a homicide was involved?                15:52:08
 6        A.     No, he didn't tell me that.  He   15:52:09
 7    told me that the victim was in very grave    15:52:12
 8    condition.                                   15:52:18
 9        Q.    The question I think I forgot to   15:52:19
10    ask you earlier when you spoke of one        15:52:21
11    person who had knowledge about the           15:52:23
12    investigation from Ryan, who was that?       15:52:26
13        A.    Lisa Friel.                        15:52:30
14        Q.    Did you know what she had          15:52:31
15    learned from Ryan and how she knew about     15:52:36
16    it?                                          15:52:38
17        A.    I knew some of the things she      15:52:39
18    learned from Ryan.                           15:52:42
19        Q.    What did you learn from Friel?     15:52:43
20        A.    I knew from Friel the point at     15:52:45
21    which Ryan no longer wanted Mooney           15:52:55
22    involved in the investigation.               15:52:59
23            I knew from Friel that she, that     15:53:00
24    on a day, I came to know from Friel that     15:53:03
25    on a date that Ryan arranged with Mooney     15:53:08
```

NYCLD_039094

T2-SC-TS

4945

1          Fairstein - People - Direct

2     Q     Thank you.

3          MS. LEDERER:  I have nothing further.

4  CROSS EXAMINATION

5  BY MR. BURNS:

6     Q     Good morning, Ms. Fairstein.

7     A     Good morning, Mr. Burns.

8     Q     Ms. Fairstein, when you went to the 20th Precinct,

9  had Ms. Lederer arrived before you?

10    A     Yes, she had.

11    Q     What time did you send Ms. Lederer to the 20th

12 Precinct?

13          MS. LEDERER:  Objection.

14          THE COURT:  I'll let her answer.

15    A     I didn't send her there.

16    Q     What time did you assign her in relation to this

17 investigation?

18    A     I believe it was around 9:15 on the morning of April

19 20th.

20    Q     Do you know what time she left to go to the 20th

21 Precinct?

22    A     More or less, yes.

23    Q     What time was that?

24    A     I believe it was about eight o'clock that evening.

25    Q     Now, had -- did the police department or any

T2-SC-TS

4946

1              Fairstein — People — Cross — Burns

2   representatives   of   the   police   department   ask    for    your

3   assistance in connection with this investigation?

4                    MS. LEDERER:  Objection.

5                    THE COURT:  I'll allow it.

6        A    Yes, they did ask for our assistance.

7        Q    At what point was that?

8                    MS. LEDERER:  Objection.

9                    THE COURT:  I'll allow it.

10       A    They first ——

11       Q        No.   When was the first time they asked for the

12   assistance of the District Attorney's Office  in  relation  to

13   this investigation?

14       A     When I was called at nine o'clock on the morning of

15   the 20th, I was told I would be asked later  in  the  day  for

16   assistance.

17       Q            You  were  called  by  a  police  department

18   representative?

19       A    That's right.

20       Q    And was it  a  person  who  was  in  charge  of  the

21   investigation?

22                    MS. LEDERER:  Objection.

23                    THE COURT:  I'll let her answer.

24       A    It was one of the supervising officers, yes.

25       Q    When you arrived at eight o'clock —— I'm sorry, 8:30

T2-SC-TS

4947

Fairstein - People - Cross - Burns

--

3      A      A little after 8:30.

4      Q      -- Ms. Lederer was already there, is that right?

5      A      Yes.

6      Q      And you went inside and went up to the 2nd floor

7 detective room?

8      A      Yes, I did.

9      Q      Ms. Lederer was there?

10     A      Yes, she was.

11     Q      Had any video begun?

12     A      No.

13     Q      Had any questioning or talking to people, had any of

14 that begun at the time that you arrived?

15            MS. LEDERER:  Objection.

16            THE COURT:  If she knows, I'll let her answer.

17     A      Yes, it had.

18     Q      At any time prior to your arrival, did you have

19 occasion to go to Metropolitan Hospital?

20     A      No, sir.

21     Q      And did you have an occasion to speak to the

22 officers who had -- the officers who had discovered the body

23 of the female jogger?

24            MS. LEDERER:  At what point?

25     Q      Prior to your arrival at the precinct, at

NYCLD_015466

T2A-SC-TS

4948

1                    Fairstein - People - Cross - Burns
2       approximately 8:30 in the evening of the 20th.
3            A     Prior to my arrival, no.
4            Q     Incidentally, the telephone call that you received
5       about  nine  o'clock,  that  was  in  relation  to  asking  the
6       District Attorney's Office for assistance in  connection  with
7       the investigation relative to the female jogger?
8            A     In part, yes.
9            Q      You're the -- were any other units of the District
10      Attorney's Office called?
11                   MS. LEDERER:   Objection.
12           Q     To your knowledge?
13                   MS. LEDERER:   Objection.
14                   THE COURT:   I'll allow it.
15           A     Yes.
16           Q     Well, you're the Head of the Sex Crimes Unit, right?
17           A     Yes.
18           Q     Was  there  any  other  sex  crime  that  was  being
19      investigated, in connection with Central Park?
20                   MS. LEDERER:   Objection.
21                   THE COURT:   Sustained.
22           Q      Your participation, as the Chief of the Sex Crimes
23      Unit, when you were called, wasn't that in connection with the
24      investigation relative to the, to the female jogger?
25           A     Yes.