# Exhibit 10

```
                    T-3    Reynolds-Ppl-cross (Rivera)              909
```

the Assistant District Attorneys and all sworn jurors are present.

THE COURT: All right, good afternoon, ladies and gentlemen.

THE CLERK: Officer Reynolds, may I remind you you're still under oath.

THE WITNESS: Yes.

CONTINUING CROSS EXAMINATION
BY MR. RIVERA:

Q   Officer, before we broke, you indicated to us that there was some chiefs and members of the press that were present at the Central Park Precinct; is that correct?

A   Yes.

Q   And is that unusual to see top brass at the Central Park Precinct during an arrest?

A   There is not a lot of arrests there, so, but yeah, I would say it is. Slight.

Q   Under normal circumstances would it be unusual to see a high member of the brass at any precinct when youths are arrested?

MS. LEDERER: Objection.

THE COURT: I'll allow it.

A   It depends on the precinct.

Q   Are there some precincts where this would not be

E. C. Davis

```
                    T-3    Reynolds-Ppl-cross (Rivera)                910
```

unusual?

        MS. LEDERER: Objection.

A   Yes.

Q   What about the Central Park Precinct, is this unusual at the Central Park Precinct?

A   Slightly, yes.

Q   And the same applies for the members of the press?

A   Yes.

Q   Is thsi the first time you make an arrest where you have that kind of brass and that kind of press present?

A   Yes.

Q   And at what point in time were you apprised that there case was going to have special significance within the modus operandi of the Police Department.

        MS. LEDERER: Objection.

        THE COURT: Sustained.

Q   Were there any Assistant District Attorneys present at any time when you were involved in this case between April the 19th and April the 20th?

        MS. LEDERER: Objection.

        THE COURT: I'll let him answer.

A   Yes.

Q   And would that about A.D.A. Lederer?

A   Yes.

        H. C. Davis

```
                    T-3    Reynolds-Ppl-cross (Rivera)              911
```

Q    And was there also an A.D.A. Fairstein?

A    Yes.

Q    Were there any other members of the District Attorney, District Attorney present, paticularly any Assistant District Attorney?

A    I don't think so.

Q    And when for the first time did you see an Assistant District Attorney on this matter?

A    The night of the 20th.

Q    Prior to the evening of the 20th, you had not seen any A.D.A.s?

A    Regarding this matter?

Q    Regarding this case.

A    No.

Q    Did you see them in the building or any other buildings involved in the case?

A    No.

Q    Prior to the 20th?

A    No.

Q    Officer, you testified that you spoke to a police officer Alvarez; is that correct?

A    Yes.

Q    And police officer Alvarez informed you of an assault on an individual; is that correct?

                                        H. C. Davis