# Exhibit 12

T10-SC-TS

2498

Arroyo - Cross - Rivera

Q    And that part was not in when you first made out this statement, is that correct?

A    That's correct. Because if he had anything additional to add, it would have been added there.

Q    But it wasn't in when you read the statement to Ramon?

A    That's correct.

Q    Now, were you the one who called the district attorney's office to have him come down?

A    No, I was not.

Q    <u>Were you present when the DAs office showed up?</u>

A    <u>Yes.</u>

Q    And at about what time did representatives of the DAs office show up?

A    I'm not sure exactly what time they showed up. <u>I first encountered the DAs at the 20th Precinct after I was finished at the Central Park Precinct.</u>

Q    So, they weren't at the Central Park Precinct?

A    Well, I don't recall seeing them there.

Q    First time you saw them was at the 20 Precinct, 20th Precinct?

A    That's correct.

Q    And was this in the morning or in the afternoon that you saw them?

T10-SC-TS

2499

Arroyo - Cross - Rivera

   2   A   This was in the evening.

   3   Q   And you have no recollection at about what time you
   4   saw them?

   5   A   No, I don't.

   6   Q   And who from the district attorney's office did you
   7   see at the precinct?

   8   A   I saw district attorney Linda Fairstein, district
   9   attorney Liz Lederer and district attorney Tim Clements.

  10   Q   Do you know who Linda Fairstein is in the hierarchy
  11   of the district attorney's office?

  12   A   Yes.

  13   Q   And who is she?

  14   A   She was the sex crimes senior trial lawyer for the
  15   DAs office.

  16   Q   Was she the chief of the sex crime unit for the DAs
  17   office?

  18   A   I'm not exactly sure what her rank was, but she held
  19   some position along those lines at that time.

  20   Q   She had a position within the district attorney's
  21   office, a high position within the DAs office, is that
  22   correct?

  23   A   Well, I would assume you would call it that, yeah.

  24   Q   And you saw them there on the evening of April the
  25   20th, am I correct in that?

T10-SC-TS

2500

Arroyo - Cross - Rivera

A    Yes.

Q    And the job of a district attorney, the primary job of the district attorney is to assist the police in getting a statement from a defendant?

A    That's not correct.

Q    They assist the police in getting a video statement from the defendant, is that correct?

A    They did perform video statements, yes.

Q    When you got the statement from Ramon Santana, you didn't run out and call the DAs office and say we got a statement from Defendant Santana, come on down so we can make a video of it?

A    Absolutely not.

Q    You waited to get statements from all defendants before you called the DAs office?

MR. CLEMENTS: Objection.

THE COURT: Objection sustained.

Q    And so -- were you present when a video statement was taken of Ramon Santana?

A    Yes, I was.

Q    And who else was present in the room?

A    Ramon Santana, Ramon Santana, Sr., district attorney Liz Lederer and detective Mike Sheehan.

Q    And yourself, is that correct?

```
T10-SC-TS
                                                              2501
```

1                        Arroyo - Cross - Rivera
2      A     And myself.
3      Q     And detective Sheehan is from the Manhattan North
4  Homicide?
5      A     That's correct.
6      Q     Did you escort Ramon into the video room?
7      A     I don't recall. I don't believe I did. I don't
8  recall if I did escort him.
9      Q     Did you at any point in time tell Ramon that they
10 were going to take a video statement of him?
11     A     No, I don't recall.
12     Q     When you finished questioning Ramon at 4:40 in the
13 afternoon, did you say Ramon, you got to wait around because
14 we're going to take a video statement of you?
15     A     You got to what?
16     Q     You have to wait around because we're going to take
17 a video statement of you?
18     A     No, I didn't tell him that.
19     Q     It was your testimony you went up and you gave a
20 statement that you took from Ramon Santana to one of the
21 supervisors, is that correct, detective supervisors?
22     A     That's correct.
23     Q     Was that detective supervisor lieutenant Doyle?
24     A     That's correct.
25     Q     And this was the commanding officer of the homicide

NYCLD_017756