# Exhibit 14

T16-fr

774
POWERS - PEOPLE - DIRECT - LEDERER

Q   What happened after everyone was in the car?

A   Clarence Thomas began to cry and stating "I know who did the murder. I know who did the murder. I know where he lives and I'll tell you his name."

Q   Prior to Clarence Thomas saying that, had you asked him any questions?

A   No, I didn't.

Q   Did he say anything further to you at that time?

A   Kevin Richardson also stated that he knew who did it. He said, "Yeah, I know who did it, and I'll tell you also." And then Clarence stated it was Antron McCray. "He lives at            ," and the Kevin Richardson stated "Yeah, that's who did it."

Q   Did either of them say anything else to you?

A   Clarence also stated he knows the pipe that he used. He said he put it at 97th Street and Central Park West, near the projects.

THE COURT: who said that?

THE WITNESS: Clarence Thomas.

Q   Were those statements while the vehicle was

10/16/89

T16-fr

775
POWERS - PEOPLE - DIRECT - LEDERER

moving or while it was still stationary?

    A    While we were enroute to 100 Street and Central Park West.

    Q    What happened when you arrived at 100 Street and Central Park West?

    A    I informed my sergeant of the statements that the two made.

    Q    When you say you informed your sergeant, to whom are you referring?

    A    Sergeant Laile.

    Q    And where did you inform him of those statements?

    A    At 100 Street and Central Park West.

    Q    Were you still in the vehicle at that time?

    A    No, I had gotten out.

    Q    Was Kevin Richardson still in the vehicle?

    A    Yes, he was.

    Q    And was Clarence Thomas still in the vehicle?

    A    Yes, he was.

    Q    Was there a discussion at 100 Street and Central Park West regarding a show-up?

    A    Yes, there was.

    Q    Do you recall what was said and who said

10/16/89