# Exhibit 15

4762/89   VOL. 2 of 18

T14-fr

Hearing

COLLOQUY                                                5

called by the People, having been first duly

sworn, testified under oath as follows:

COURT OFFICER:    Officer, please be

seated.

In a loud, clear voice, state your

name, full name, spell your last name, your

shield number and present command.

THE WITNESS:    My name is Police

Officer    Robert    Powers,  P-O-W-E-R-S.

Shield 13732, Central Park Precinct.

THE COURT:    Officer, you are going to

have to talk directly into that microphone.

DIRECT EXAMINATION

BY MS. LEDERER:

Q       On April 19, 1989, how long had you been

assigned to the Central Park Precinct?

A     A little bit less than two years.

Q     And you were assigned to a particular unit

within the Central Park Precinct?

A     Central Park Precinct, Anti-Crime Unit.

Q       On April 19, 1989, what tour of duty did

you work?

A     Four to twelve.

Q     Who was your partner?

New York Supreme Court Libr...
100 C... Street 17th flo...
..., New York 100...
ENTERED OCT 3 - 1995

10/16/89

NYCLD_024466

T1d—fr

746

POWERS — PEOPLE — DIRECT — LEDERER

A     Officer Eric Reynolds.

Q     Were you working on foot that night or were you in a vehicle?

A     We were in a vehicle.

Q     In what vehicle were you in?

A     Green Parks Department van.

Q     Who was driving?

A     I was.

Q     Approximately what time did you take meal that night?

A     Approximately eight o'clock.

Q     And at about what time was it that you finished meal and returned to duty?

A     Nine o'clock.

Q     What, if anything, did you hear over the radio when you returned from meal that night?

A     At approximately 9:30 we heard a call for an assault at 102nd Street and the East Drive.

Q     Was there any more information given in that communication that you heard?

A     A group of seven hispanics.

Q     Did you recognize the voice that put over that communication?

A     No, I didn't.

10/16/89

NYCLD_024467

T14-fr

747

POWERS — PEOPLE — DIRECT — LEDERER

Q    What did you do when you heard that communication?

A    We responded to the area.

Q    The communication that you heard regarding that assault, was there any description about the age of the seven hispanics?

A    It was a group of seven hispanics approximately 15 to 17 years of age.

Q    And was any description made -- given as to the gender or sex of those people?

A    Seven males.

Q    What did you do when you received that communication?

A    We were canvasing the area, in other words, I mean to search the area for the group.

Q    What area did you search?

A    The east drive -- along the East Drive from 96th Street to 102nd Street, that area.

Q    Did you see anyone in that area?

A    No, we didn't.

Q    Did you see any police vehicles in that area?

A    Yes, I did.

Q    Do you recall whether you saw marked cars

10/16/89

T14-fr

748

POWERS – PEOPLE – DIRECT – LEDERER

or scooters or cars from the Central Park Precinct or other precincts?

A    From the Central Park Precinct and from the 23 Precinct.

Q    Did you see marked cars or unmarked cars?

A    They were marked.

Q    And approximately how many cars did you see?

A    I'm not really sure. A number of them.

Q    You recall where you saw them?

A    They were along the drive, the East Drive, and inside the ballfield area.

Q    When you were indicating inside the ballfield area, could you please step down for a moment and approach People's 7 in evidence and indicate where it was that you saw the other vehicles?

A    Right in this area over here (Indicating).

MS. LEDERER:   Indicating the northeast portion of the ballfield and the west side of the East Drive.

Q    Where did you go after you responded to the East Drive and 102nd Street?

A    We were just searching around this area of

10/16/89

NYCLD_024469

T15—1f

749

POWERS — PEOPLE — DIRECT — LEDERER

the park (indicating).

Q    When you were indicating the area again of the northeast portion of the ballfield area, were you driving on paths or on the grass or on roads?

A    Either on the main road itself or on the footpaths which are paved.

Q    Did you hear any other communications while you were canvasing that area?

A    Yes, we did.

MS. LEDERER:    You may resume your seat.

(Witness complies)

Q    What was the next communication that you heard over the radio?

A    I believe it was Central Park base stating that they had numerous callers for a large group of 30 or 40 teenagers.

Q    Did that report give any reference as to the race of the people that it was describing?

A    I believe it was male black and hispanics.

Q    When you say Central Park base, what are you referring to?

A    The Central Park Precinct has a radio at the base.

10/16/89

NYCLD_024470

T15-1f

750

POWERS — PEOPLE — DIRECT — LEDERER

Q     When you say Central Park base, are you saying those radio communications came from within the Central Park Precinct?

A     Yes.

Q     Did that message or radio communication give a location for that group of 30 to 40 male blacks?

A     I believe the second message, which was from the base, came about 100 Street and the East Drive.

Q     Was there a description of the age of those people?

A     I'm unsure.

Q     When you were describing the Central Park base, are you familiar with —— withdrawn.

Is there a call box system within Central Park?

A     Yes, there is.

Q     Would you describe what that system is and how it works?

A     It is a cellular phone which is —— they are placed throughout the precinct where people can call up and call directly to the precinct.

Q     If someone picks up a call box within

10/16/89

T15-1f

751

POWERS — PEOPLE — DIRECT — LEDERER

Central Park, where is that telephone answered?

    A    At Central Park precinct.

    Q    What happened with the information —— what are the choices that the Central Park Precinct has with respect to receiving that information?

    A    They can either put it over the radio themselves or they can call Communications and have the dispatcher put it over also.

    Q    When you say they can call Communications, is that 911?

    A    Yes.

    Q    At about what time was it that you heard the communication regarding the 30 to 40 male blacks —— excuse me, blacks and hispanics?

    A    About five minutes after the first call.

    Q    And do you recall approximately what time that would make it?

    A    9:35.

    Q    Where did you go when you heard the call from Central Park base?

    A    It went a little further southbound to search the area along there.

    Q    Do you recall exactly —— when you say southbound —— do you recall exactly where you went?

10/16/89

NYCLD_024472

T 15—1f

752

POWERS — PEOPLE — DIRECT — LEDERER

1

2        A     Not exactly.

3        Q     All right.    Was   an   area   specifically

4    mentioned   in   that radio communication you heard at

5    9:35?

6        A     Not that I remember.

7        Q     Approximately how long  did  you  drive  in

8    that area in response to that communication?

9        A     Another five or ten minutes.

10       Q     Did you hear any other radio communications

11   while you were doing that?

12       A         There  were  a number of different radio

13   communications based on the group, a large group.

14       Q     What type of transmissions?

15       A     I think the next one came from,  also  from

16   Central  Park  base stating that the large group was

17   96th STreet, on the bridle path.

18       Q     And did you go to that location?

19       A     Yes, we did.

20       Q         Did   that   communication   contain   a

21   description of the group?

22       A     Just a large group.

23       Q         Did it contain any mention of the race of

24   the group?

25       A     I'm not sure.

10/16/89

NYCLD_024473

T15-1f

753

POWERS — PEOPLE — DIRECT — LEDERER

Q    Did it contain any mention of the age of the members of the group?

A    I'm not sure.

Q    Did it contain any reference to the gender of the group?

A    All males.

Q    What did you do when you heard that communication?

A    We continued further south to canvas that area to see if we could find that group.

Q    Where specifically did you go when you went further south?

A    I'm not sure. We just traveled along the footpaths.

Q    And what general area are you referring to?

A    96th Street and the East Drive.

Q    Did you see anything when you went to that location?

A    No.

Q    Did you hear any other communications?

A    The next one I believe was a Central Park scooter who stated that he was informed by a jogger that he was being harassed as he ran along the Reservoir somewhere about the tennis courts.

10/16/89

T15-1f

754

POWERS - PEOPLE - DIRECT - LEDERER

Q          Approximately what time did that communication come over the air?

A    Not too much after the 96th Street call.

Q    And was there description, if you recall, regarding the members of the group that had committed that assault?

A    A group of hispanics and blacks.

Q    Did it give any reference to sex?

A    Teenage males.

Q    And where did you go in response to that call?

A    He headed back further north which is the tennis courts -- well, I should say west.    I'm sorry.

We headed over west to the tennis court area where we once again didn't see anything.

Q    When you say you didn't see anything, you referring to whether you saw any vehicles or any members of a group or any people resembling a group?

A    I mean we didn't see anybody resembling a group.

MR. DILLER:    Impossible to hear.    He must speak slowly and loudly.

THE COURT:    Officer, you have to   talk

10/16/89

NYCLD_024475

T15-1f

755

POWERS — PEOPLE — DIRECT — LEDERER

directly into the microphone as close as
you can, talk directly into it.

Q    After you were at the location you just
described and you didn't see any group of persons
resembling the group you were looking at, what, if
anything, did you do?

A      We continued to search in the area of the
north meadow thinking that maybe they went further
north.

Q      Approximately how long did you search in
that area?

A    Maybe another five minutes.

Q    What, if anything, did you do at that
point?

A    We just continued to drive around.

Q    Did there come a time you exited the park?

A    I don't believe so, no.

Q      Did there come a time when you went to
100th STreet and Central park West?

A    Yes.

Q    And approximately how long was it after you
heard -- withdrawn.

Had you heard any communications prior to
leaving the park?

10/16/89

T15-1f

1                                                                  756

POWERS - PEOPLE - DIRECT - LEDERER

A      Yes, we did.

Q       And what did you hear before you left the
park?  Before you went to 100th Street  and  Central
Park West, did you hear any radio communications?

A      Yes, I did.

Q      What did you hear?

A        There   was   a male jogger who was badly
bleeding from the head at about 96th Street and   the
bridle path.

Q        Did you receive any information from the
person putting that communication over the air?

A      Yes, I did.

Q      Did you receive any   information   regarding
how that person came to be injured?

A        They -- at the time they believed he was
either hit with a bat or a stick across the head.

Q      Did you receive a description of the person
or persons who struck that man?

A      It was a description of four or   five   male
blacks, teenagers, heading northbound.

Q        Where   were   you   when   you   heard that
communication?

A      I'm unsure at this time.

Q      What  did  you  do  when  you  heard  that

10/16/89

T15-1f

757

POWERS — PEOPLE — DIRECT — LEDERER

communication?

A     We headed towards that area.

Q          When you say that area, where are you referring to?

A     96th Street and the bridle path.

Q     And did you go to that location?

A     We didn't get all the way down there, no.

Q     What happened?

A     We decided to go further north  because  we didn't see anybody in the park. And as we were going down, we knew they had to be further  down  by then.

Q     And what did you do?

A          We exited the park at 100th Street and Central Park West.

Q     When you say you were  heading  south  and then  you decided to head north, where were you when you made the decision to change direction?

A     Approximately 97th Street or 98th Street.

Q     What did you do at that point?

A     We turned the vehicle around and went  back up north.

Q     And where did you go when you headed north?

A     To 100th Street and Central Park West.

10/16/89

NYCLD_024478

T15-1f

758

POWERS — PEOPLE — DIRECT — LEDERER

Q        At   the   time that you — how much time elapsed from the time you heard the call  about  the jogger  with  the  head  injury until you arrived at 100th STreet and Central Park West?

A     About 15 minutes.

Q     And what, if anything, did you see when you got to 100 Street and Central Park West?

A     Saw a group of  about  15  male  black  and hispanic teenagers, 15 to 17.

Q     Where did you see them?

A     101st Street and Central Park West.

Q        What, if anything, did you see that group doing?

A     They were just walking along.

Q     Which direction were they walking?

A     Northbound.

Q     Which side of the street were they on?

A     West side.

Q     When you saw this group, could you describe — withdrawn.

        Was the group walking on the sidewalk or on the street?

A     On the sidewalk.

Q     Can you describe the formation of the group

10/16/89

T15-1f

759

POWERS — PEOPLE — DIRECT — LEDERER

that you observed?

A      They were just a group of kids walking
along.

Q      When you say it was a group, was the group
spread out or was it densely packed?

A      I would say densely packed.

Q      Were the people in the group --

MR. RIVERA:   Objection to "densely
packed," your Honor.

THE COURT:   I will allow it.

Q      Were you able to see the sex or gender of
the persons you saw in that group?

A      Yes, I was.

Q      What did it appear to you?

A      They all appeared to be male.

Q      When you looked at the group, were you able
to form an impression as to the race of those
people?

A      Yes, I was.

Q      What did you observe them to be?

A      Black and hispanic.

Q      And were you able to form an impression as
to the age of those people?

A      Yes, I was.

10/16/89

NYCLD_024480

T15-1f

760

POWERS — PEOPLE — DIRECT — LEDERER

Q     And what did the age of those people look to you?

A     Approximately 15 to 17 years.

Q     What did you do when you noticed them?

A     Started heading northbound, and at about 102nd Street, we turned off to the side where they were approximately -- they were approximately at 102nd Street, just a few feet away from 102nd Street.

Q     Was there a reason that you turned off at 102nd Street?

A     Well, we felt they fit the description, and we were planning on stopping them.

Then Officer Flores came up behind us in a scooter, and we thought the group saw the scooter. So we wanted to get over as quickly as possible, before they fled.

MR. RIVERA:  Objection.

THE COURT:  Just tell us what you were doing, what your thoughts were.

Q     Officer Flores -- who was Officer Flores?

A     She is a uniformed police officer in Central Park Precinct.

Q     Was she working in uniform that night?

10/16/89

NYCLD_024481

T15-1f

761

POWERS - PEOPLE - DIRECT - LEDERER

A     Yes, she was.

Q     And the scooter that you made reference to, was that a marked police scooter?

A     Yes, it was.

Q     Where were you aware of that scooter in relation to your driving as you are driving north on Central Park West?

A     It was just behind us.

Q     Could you see the vehicle?

A     In my mirrors, yes.

Q     When you could see the scooter in your mirrors, where could you see Officer Flores in relation to your van?

A     Just right behind us.

Q     Would you describe the manner in which you pulled the van into 102nd Street?

A     I made a very sharp turn across the double yellow lines to situation the van right between the two cross walks.

Q     What, if anything, did you do when you did that or immediately after you did that?

A     I jumped out of the car and said stop, police; and the group fled.

Q     You said the group fled, what, if anything,

10/16/89

NYCLD_024482

T15-1f

762

POWERS — PEOPLE — DIRECT — LEDERER

did you see the people in that group do?

A    They just had startled looks on their faces and just ran.

Q    Did everyone in the group run?

A    No.

Q    Would you describe who, if anyone, did not run?

A    Raymond Santana and Lopez.

Q    Prior to that occasion, did you know Raymond Santana or Steve Lopez?

A    No.

Q    And -- withdrawn.

When the group ran, were those two people still remaining?

A    Yes, they were.

Q    What, if anything, did you do with respect to those two?

A    We grabbed them and put them up against the wall.

Q    When you say "we" who are you referring to?

A    Myself and Officer Reynolds.

Q    When the van pulled up, who was closer to the group, yourself or Police Officer Reynolds?

A    I was.

10/16/89

NYCLD_024483

T15-1f

763

POWERS — PEOPLE — DIRECT — LEDERER

Q        And what did you do when you jumped out of the van?

A        I identified myself as a police officer, and when the group began to flee, I grabbed the first person that I could grab.

Q        And who was that?

A        I'm not sure which one it was.

Q        By the time you did that, where was Officer Reynolds?

A        He was coming around the front of the van to catch somebody else.

Q        At the time -- at the point at which you grabbed one person and two people were stopped, what, if anything, was said?

A        One of the two stated that, "We weren't with the group. We weren't with those guys. We didn't do anything." And the other one said, "Yeah, they were going to jump us."

Q        Do you know if it was Raymond SAntana or Steven Lopez that said those two statements?

A        Lopez stated the first one; and I believe Santana stated the second one.

Q        Would you describe the demeanor of Steven Lopez at the time that he was stopped there?

10/16/89

NYCLD_024484

T15-1f

764

POWERS - PEOPLE - DIRECT - LEDERER

A    They were kind of shocked.

        MR. BURNS:  I'm sorry, I didn't hear that.  Shocked?

        THE COURT:  Shocked.

        MR. BURNS:  Shocked.

Q    And what was the demeanor of Raymond Santana?

A    Also shocked and nervous.

        MR. RIVERA:  Objection, your Honor to the characterization.

        THE COURT:  Describe what you mean by that.    Describe how they appeared physically?

        THE WITNESS:  Just their eyes were popping out of their heads.

        MR. BURNS:  Did I miss something?

        THE COURT:  Eyes popping out of their heads.

        MR. BURNS:  Eyes popping.

Q    How close were Raymond Santana and Steve Lopez when you pulled up and jumped out?

A    Closer than you and I.

        MS. LEDERER:  For the record --

        THE COURT:  Twelve feet.

10/16/89

NYCLD_024485

T15-1f

765

POWERS — PEOPLE — DIRECT — LEDERER

MR. BURNS:   Closer   than;   what   does that mean?

THE   COURT:   Closer   than   where   the District   Attorney   is   and   the   officer; closer   than   that.

THE WITNESS:   Approximately five feet.

Q      You said that those two people were taken and put   against   the   wall.   What,   if   anything, happened next?

A    Officer Flores was in pursuit in the three-wheel scooter.

Q      Could you describe what you saw Officer Flores going on the scooter?

A    She was heading southbound up Central   Park West and then turned westbound on 101st Street.

Q      What,   if   anything, did you do at that point?

A    I started   heading   southbound   on   Central Park West also.

Q      Prior   to heading south on Central Park West, did you do anything with   respect   to   Raymond Santana and Steve Lopez?

A    No, I didn't.

Q    Did you handcuff them?

10/16/89

T15-1f

POWERS — PEOPLE — DIRECT — LEDERER

A      No.

Q      Where did you go?

A      Before I got to 101st Street, the group had turned around and they came back east along 101st Street and ran across Central Park West and started jumping over the wall back into Central Park.

Q      Approximately how many people from the group did you see running back east on 101st Street?

A      I would say about 10 or 11.

Q      What, if anything, did you do when you saw them doing that?

A      I gave pursuit. I jumped over the wall also.

Q      If you would please step down, with the Court's permission, and approach People's 7 in evidence.

Could you indicate where you went over the wall and the route that you took after you exited Central Park again?

A      I jumped over the wall approximately between 101st Street and 102nd Street, and the group was jumping over about 101st STreet (indicating). And further down and some entered the park without jumping over. There is an entrance at 100 Street.

10/16/89

T15-1f

767

POWERS — PEOPLE — DIRECT — LEDERER

(Indicating)

Q      And where did you go when you entered the park?

A      I ran down into this area, just south of the pool and the group was all —— they were scattered all throughout this area (indicating).

MS. LEDERER:   Indicating the area north of 100 Street and south of the pool.

Q      Would you please describe the course that you took as you continued?

A      As I came over the wall I saw a youth with a red jacket running along the wall as I gave him pursuit. Another unit came up, the other half of my anti-crime unit came up and apprehended him.

Q      You were indicating on People's 7 in evidence the route that the person in the red jacket took. Could you please indicate that with the pointer and describe what you're referring to?

A      He was running along the wall and I was running behind. The Anti-Crime unit came up along this route ——

Q      Indicating came north on the West Drive and turned west on 100th STreet?

A      Right. They jumped out of the vehicle and

NYCLD_024488

T16-fr

768

POWERS — PEOPLE — DIRECT — LEDERER

also saw him running and apprehended him somewhere around 100 Street and Central Park West.

Q        Do you know the name of who that person turned out to be that was apprehended at that location?

A        Lamont McCall.

Q        Where did you -- well, withdrawn.

Did you observe the other half of the Anti-Crime team apprehend Lamont McCall?

A        Yes I did.

Q        Where did you go after that?

A        I noticed another two youths running eastbound and I gave chase to them also.

Q        And where did you chase those two people?

A        Across the drive, and they were apprehended right about here, somewhere.   There's a ballfield over here.

Q        Indicating -- Can you indicate a general location and describe where it is with respect to the words, "North Meadow" on that map?

A        Northwest of this right here.

Q        Of the writing, "North Meadow"?

A        Yes.

Q        During the time you were in Central Park,

10/16/89

NYCLD_024489

T16-fr

769

POWERS — PEOPLE — DIRECT — LEDERER

pursuing these people, did you have your radio   with
you?

    A    Yes, I did.

    Q    Were you broadcasting your pursuit?

    A    Yes, I was.

    Q    As you ran into the North Meadow by the
ballfield, did you catch anyone?

    A    Yes, I did.

    Q    Will you describe how it was   you   came   to
catch someone?

    A    There's a rock formation right over here,
quite a large rock formation --

    Q    Indicating again above the word "North"   in
North Meadow.

    A    As I was running behind, I was gaining on
one of the suspects and I dove on   him   from   behind
with a closed fist and came around and caught him --
like   kind   of punched him in the face, trying to --
you know, get him to the ground.

    Q    When you indicated what you were doing, you
came   from   behind   this   person,   and   you   were
indicating   with   your right hand a motion.   You had
your hand closed?

    A    Yes, I did.

10/16/89

T16-fr

770

POWERS – PEOPLE – DIRECT – LEDERER

1
2   Q    Would you describe exactly what it was that
3   you did in order to apprehend or tackle that person?
4   A    I was trying to get around his neck, and  I
5   missed,  and I was a little high and I caught him in
6   the face.
7   Q    What happened as you did that?
8   A    We both went down.
9   Q    And what did you do when you came down with
10  that person that you were chasing, that you grabbed?
11  A    I grabbed him and placed him in handcuffs.
12  Q    You may resume the witness stand.
13              (Witness complies)
14  Q    As you were doing that, you indicated -- as
15  you were describing how  it  was  how  you  came  to
16  apprehend  the  person  you were pursuing in Central
17  Park, you indicated you were using -- was that  your
18  right hand?
19  A    Right hand, yes.
20  Q     And as you were coming behind the person,
21  on what side of the person  you  were  chasing,  did
22  your hand come around?
23  A    His right cheek.
24  Q       And is that when you said you connected
25  with him? Did you connect with his right cheek with

10/16/89

T16—fr

POWERS — PEOPLE — DIRECT — LEDERER

your right hand?

A     Yes, I did.

Q     What was the name of that person?

A     Kevin Richardson.

Q     At the time —— as you went through what you just described to catch him, you fell down?

A     Yes.

Q     And did you fall also?

A     Yes, I did.

Q     What did you do next?

A     I turned him around near the rock and handcuffed him.

Q     When you say you turned him around, what do you mean?

A     FAce his face towards the rocks.

Q     Did you have your gun drawn at the time?

A     No, I didn't.

Q     And was there anyone else pursuing any one in the area where you were?

A     Yes, there was.  Officer Hennigan was with me  and  Officer Kozmalski was on the scooter and he kind of corraled the suspect.

Q     Do you know the name of that person?

A     That was Clarence Thomas.

10/16/89

T16-fr

772

POWERS — PEOPLE — DIRECT — LEDERER

Q     When you say Officer Hennigan was with you, at what point did Officer Hennigan join you?

A     She was a little bit behind me.

Q     During the chase of Kevin Richardson?

A     Yes.

Q     At the time you  caught  Kevin  Richardson, was she with you?

A     No, she wasn't.

Q     What did you do after you handcuffed Kevin Richardson?

A     I waited for Officer Kozmalski to make sure he got Clarence Thomas under cuffs -- in cuffs.

Q     And then what did you do?

A     We called for another unit to come over.

Q     Did someone respond to you?

A     Sergeant Carabetta and his operator.

Q     And where did Sergeant Carabetta appear?

A     To the North Meadow.

Q     Did he drive  onto  the  Meadow  where  you were?

A     Yes, he did.

Q     And  what, if anything, did you do when Sergeant Carabetta arrived?

A     We placed  Kevin  Richardson  and  Clarence

10/16/89

NYCLD_024493

T16-fr

773

POWERS — PEOPLE — DIRECT — LEDERER

Thomas in the car.

Q    And did anyone else get in that car?

A    Yes, I did.

Q    Was that a marked radio car?

A    Yes, it was.

Q    After you placed Kevin Richardson and Clarence Thomas in that car, who -- who else was in that car?

A    Officer Sullivan and Sergeant Carabetta.

Q    And yourself?

A    And myself.

Q    Will you describe where everyone was seated in the car?

A    Myself and Kevin Richardson and Clarence Thomas were all in the backseat.

Q    And in what relation were the three of you sitting, one to the other?

A    I know I was behind the operator and I don't know how the other two were situated.

Q    And Kevin Richardson was handcuffed at the time?

A    Yes.

Q    Who sat in the front?

A    Sergeant Carabetta and Officer Sullivan.

10/16/89

T16-fr

774

POWERS — PEOPLE — DIRECT — LEDERER

Q    What happened after everyone was in the car?

A    Clarence Thomas began to cry and stating "I know who did the murder.  I know who did the murder. I know where he lives and I'll tell you his name."

Q    Prior to Clarence Thomas saying that, had you asked him any questions?

A    No, I didn't.

Q    Did he say anything further to you at that time?

A    Kevin Richardson also stated that he knew who did it.  He said, "Yeah, I know who did it, and I'll tell you also."  And then Clarence stated it was Antron McCray.    "He lives at                  ," and the Kevin Richardson stated "Yeah, that's who did it."

Q    Did either of them say anything else to you?

A    Clarence also stated he knows the pipe that he used.  He said he put it at 97th Street and Central Park West, near the projects.

THE COURT:  who said that?

THE WITNESS:  Clarence Thomas.

Q    Were those statements while the vehicle was

10/16/89

T16-fr

1                                                                    775

POWERS - PEOPLE - DIRECT - LEDERER

2

3       moving or while it was still stationary?

4       A        While we were enroute to 100 Street and

        Central Park West.

5

6       Q    What    happened    when    you    arrived    at    100

        Street and Central Park West?

7

8       A        I informed my sergeant of the statements

        that the two made.

9

10      Q    When you say you informed your sergeant, to

        whom are you referring?

11

12      A    Sergeant Laile.

13      Q    And where   did   you   inform   him   of   those

        statements?

14

15      A    At 100 Street and Central Park West.

16      Q    Were you still in the vehicle at that time?

17      A    No, I had gotten out.

18      Q    Was Kevin Richardson still in the vehicle?

19      A    Yes, he was.

20      Q        And   was   Clarence   Thomas still in the

        vehicle?

21

22      A    Yes, he was.

23      Q    Was there a discussion at   100   Street   and

        Central Park West regarding a show-up?

24

25      A    Yes, there was.

        Q        Do you recall what was said and who said

NYCLD_024496

T16-fr

776

POWERS — PEOPLE — DIRECT — LEDERER

it?

A       Sergeant Laile and Sergeant Carabetta and Sergeant Wheeler were together and discussed how they were going to try and get together a show-up with the complainant that was hit in the head at 96th STreet.

Q       And was it possible to do a show-up?

A       No, it wasn't possible.

Q       How long did you remain at -- withdrawn.

Did there come a point that you went back to 102nd Street and Central Park West?

A       Yes, there was.

Q       Approximately how long after you arrived at 100 STreet and Central Park West did you go to 102nd STreet and Central Park West?

A       Approximately ten minutes.

Q       What was the reason you went back to 102nd STreet and Central Park West?

A       My partner, Officer Reynolds was back with the van, which I had the keys, so I had to pick him up and the van.

Q       And after you returned to 102nd STreet and Central Park West did you return to 100 and Central Park West again?

10/16/89

NYCLD_024497

T16-fr

777

POWERS — PEOPLE — DIRECT — LEDERER

1
2
A      Yes, we did.

3
Q      And approximately how much time went by?

4
A      I really don't know.

5
Q      From the time you first arrived at 100

6
Street and Central Park West until you left 100

7
Street and Central Park West to go to the Central

8
Park Precinct, how long were you at that location,

9
at 100 Street and Central Park West?

10
A      Approximately a half-hour.

11
Q      At that point did you return to the Central

12
Park Precinct?

13
A      Yes, we did.

14
Q      How did you get there?

15
A      I drove the van with Officer Reynolds.

16
Q      And do you know how Kevin Richardson got to

17
the Central Park Precinct?

18
A      He went with Officer Sullivan and Sergeant

19
Carabetta.

20
Q      At any time at 100 Street had he been taken

21
out of that car?

22
A      No.

23
Q      Do you know how Raymond Santana and Steve

24
Lopez got to the Central Park Precinct?

25
A      No, I don't.

10/16/89

T16-fr

                                                                    778
              POWERS — PEOPLE — DIRECT — LEDERER

1    Q    What happened when you arrived at the
2  Central Park Precinct?

3    A    We brought all five of the people in front
4  of the desk, the Central Park desk.

5    Q    When you say "the desk", is that the desk
6  sergeant at the Central Park Precinct?

7    A    Right.

8    Q    And how long were you before the desk
9  sergeant?

10   A    I was only there for about five minutes.

11   Q    What was the purpose of going before the
12 desk sergeant?

13   A    For everything to be logged for pedigree
14 information.

15   Q    You said that you were only there for
16 approximately five minutes.

17        What, if anything, did you do after those
18 five minutes?

19   A    I took everybody's phone number and
20 somebody's name. Who they can be reached, so I can
21 contact family members.

22   Q    Where did you go — withdrawn.

23        After you took — did you take that
24 information from each of the five suspects?

10/16/89

NYCLD_024499

T18-fr

825

1           POWERS - PEOPLE - CROSS - BERMAN

2       A     That's right.

3       Q     Did you have notes that you wrote them from

4    or you just wrote them entirely from your memory?

5       A     Entirely from my memory.

6       Q     Was your memory clear about these or was

7    that the best you could reconstruct them three and a

8    half weeks later?

9       A     I would say it was pretty clear.

10      Q     Is it fair to say that by May 11th that you

11   knew this was a pretty important case?

12      A     Yes, it's a very important case.

13      Q     Is it also fair to say that according to

14   you all these statements were made before 2:30 in

15   the morning on the morning of April 28th, isn't that

16   right?

17      A     That's right.

18      Q     And is it fair to say you didn't know

19   anything about a female jogger until at least until

20   after 4 a.m. that morning?

21      A     That's right.

22      Q     Is it fair to say that when these

23   statements were allegedly made the case was not all

24   that important?

25           MS. LEDERER:   Objection.

10/16/89

NYCLD_024546

T18-fr

826

1       POWERS — PEOPLE — CROSS — BERMAN

2            THE COURT:   Objection sustained.

3       Q        You testified about either arresting or

4  being present when three youths were arrested in the

5  park that night; correct?

6       A    That's correct.

7       Q    And two of those then   traveled  in  a   car

8  with you for a while?

9       A    That's right.

10      Q      And I think you testified that they made

11  various statements while in that car?

12      A    That's right.

13      Q    Again, none of which were  in  response  to

14  questions by you; is that right?

15      A    That's right.

16      Q     Did any of those, who were in the car with

17  you, any of those youths say  anything  about  Steve

18  Lopez?

19      A    Nothing that I wrote down.

20      Q      Nothing that you wrote down then or ever;

21  is that right?

22      A    That's right.

23      Q    And in the entire  time  you  were  in  the

24  precinct,  did  any of the youths say anything about

25  Steve Lopez?

10/16/89

NYCLD_024547

T1-1f

321

1  SUPREME COURT OF THE STATE OF NEW YORK

2  COUNTY OF NEW YORK : CRIMINAL TERM : PART 59

3  THE PEOPLE OF THE STATE OF NEW YORK

4           -against-

5  RAYMOND SANTANA, KHAREY WISE, YUSAF SALAM,
   ANTRON McCRAY, KEVIN RICHARDSON, STEVE LOPEZ,
6  MICHAEL BRISCO,

7            Defendants.

8            October 13, 1989

9  B E F O R E:

10           HONORABLE THOMAS B. GALLIGAN, J.S.C.

11           (Appearances as heretofore noted)

12       *       *       *       *       *

13           COURT CLERK:  Indictment 4762 of 1989,

14  Kharey Wise, Yusaf Salam, Antron McCray,

15  Kevin  Richardson,  Steve  Lopez,  Michael

16  Brisco,  and  Raymond  Santana;  continued

17  hearing.

18           (Whereupon, counsel for the defendants

19  gave their appearances.)

20           THE  COURT:   Are we ready to resume?

21  It is now 10:25.  This matter was set  down

22  for  10:00.   The  usual  starting time is

23  9:30.  I  agreed  to  start  at  10:00  for

24  counsel's  convenience  so  they could take

25  care of other  matters.   I  would  advise

10/13/89

NYCLD_023067

T1—1f

322

COLLOQUY

counsel to be here at the time scheduled, 10:00 in the morning.

Ready to proceed?

MS. LEDERER:  Yes, your Honor.

Prior to calling People's next witness, Officer Reynolds, there is additional Rosario materials to be turned over.  And I have prepared a packet of the pages for each attorney:  one page of hand-written notes for Officer Reynolds; one page, hand-written copy of UF—61, the typed copy having been turned over; on-line booking sheet, one copy of which has been turned over already.  (Handing to Defense Counsel)

MR. MOORE:  Your Honor, my only request is that in the future, the District Attorney not release documents on an installment basis, but to do it at one particular time so that we may maintain the flow and logic of preparation.

THE COURT:  Okay.  Who is your next witness?

MS. LEDERER:  Officer Reynolds.

10/13/89

NYCLD_023068

T1-1f

1   COLLOQUY

2   P. O. E R I C R E Y N O L D S, Shield 17510,

3       Twenty-third Precinct Robbery Unit, New York

4       City Police Department, called as a witness by

5       the People, having been first duly sworn,

6       testified under oath as follows:

7               COURT OFFICER: In a loud, clear

8       voice, state your full name for the record,

9       spelling your last name; your shield

10      number, and present assignment.

11              THE WITNESS: Police Officer Eric

12      Reynolds; R-E-Y-N-O-L-D-S; Shield 17510,

13      23rd Precinct Robbery Unit.

14              THE COURT: All right.

15  DIRECT EXAMINATION

16  BY MS. LEDERER:

17      Q   Officer Reynolds, on April 19, 1989, where

18  were you assigned?

19      A   Central Park Anti-Crime Unit.

20      Q   What tour of duty were you working on that

21  day?

22      A   Four p.m. to midnight.

23      Q   And did you have a particular assignment

24  within the Central Park Precinct?

25      A   Yes, Anti-Crime duties.

10/13/89

NYCLD_023069

T1—1f

324

REYNOLDS — PEOPLE — DIRECT — LEDERER

Q     What are the duties of the Anti-Crime unit?

A         That is to make arrests for any kind of crimes in progress while working in civilian clothes.

Q     Does that mean you don't work in uniform?

A     That's correct.

Q     And that night of April 19, 1989, were you working on foot, or were you in a vehicle?

A     I was in a vehicle.

Q     What type of vehicle were you in?

A     It was a green Parks Department vehicle. It was a van.

MR. MADDOX:  I can't hear.

THE COURT:    Green Parks Department vehicle.

Q     Did you work with a partner on that date?

A     Yes, I did.

Q     Who was your partner?

A     Police Officer Powers.

Q     Did there come a time on the evening of April 19, 1989 that you heard a radio communication regarding activity in Central Park?

A     Yes.

Q     At what time did you hear such a

10/13/89

T1-1f

325

REYNOLDS - PEOPLE - DIRECT - LEDERER

1

2  communication?

3      A     It was approximately 9:30.

4      Q        What was the radio communication that you

5  heard at that time?

6      A     Disorderly males   in   the   park,   harassing

7  people.

8      Q        WHen  you heard that communication, was

9  there a  communication  give  for  where  that  this

10  orderly group was?

11      A      It was approximately, I believe, the west

12  side of 100th Street.

13      Q     Do you recall where you were when you heard

14  that?

15      A     I believe I was on Central Park West headed

16  northbound.

17      Q     Where did  you  go  after  you  heard  that

18  communication?

19      A     The north end of the park.

20      Q     Who was driving that night?

21      A     Officer Powers.

22      Q        When you say you went to the north end of

23  the park, where did you go?

24      A     We went to the location specified.  We went

25  in that area to canvas.

10/13/89

T1—1f

326

REYNOLDS — PEOPLE — DIRECT — LEDERER

1

2  Q    What area did you go to?

3  A    The East Drive —— West Drive up on the

4  north end, around 102nd Street.

5  Q    Do you recall whether you went to the east

6  side or the west side?

7  A    I started at the west side, and went from

8  the west to the east side.

9  Q    Were you directed to go to the east side?

10  A    Yes, I believe so, yes.

11  Q    When you say you were canvassing the area,

12  what does that mean?

13  A    It means we were searching for people

14  described in the radio run.

15  Q    What route did you take to go to the

16  location of the East Drive on 102nd Street?

17  A    We went north on Central Park West and then

18  into the park.

19  Q    Where did you go into the park?

20  A    I believe it was either 90th Street or

21  100th Street.

22  Q    And when you entered the park, did you

23  drive on the roadway or any of the paths?

24  A    We did both.  We traveled along the

25  roadways, and then we went along some of the paths.

10/13/89

NYCLD_023072

T1-1f

327

REYNOLDS - PEOPLE - DIRECT - LEDERER

1   Q       Did you arrive at the East Drive in the
2   area of 102nd Street?
3   A       Yes.
4   Q       What, if anything, did you see at that
5   location?
6   A       Really nothing in the beginning.
7   Q       Did you see anything resembling the
8   disorderly group?
9   A       No.
10  Q       Did you see any police vehicles?
11  A       Yes.
12  Q       Do you recall what you saw?
13  A       I saw a couple -- several Central Park
14  Police vehicles and vehicles from the 23rd Precinct,
15  and the Manhattan North Task Force.
16  Q       Were those marked radio cars?
17  A       Yes.
18  Q       Did you have a conversation with any of
19  those people?
20  A       I had a couple of conversations, yes.
21  Q       At that time when you first arrived, did
22  you speak to any of these people?
23  A       We might have had a passing conversation,
24  you know, just asking if anybody had seen anything.

10/13/89

T1—1f

328

REYNOLDS — PEOPLE — DIRECT — LEDERER

1

2          MR. MADDOX:  Object (inaudible).

3          THE   COURT:    Just    tell    us    what

4    conversation you had.

5          THE  WITNESS:   I asked if anybody had

6    seen anything.

7    Q    What did the people you spoke to say?

8    A    Nobody had seen anything at that point.

9    Q    The first communication you heard, did that

10   give any kind of description in the park?

11   A    I believe it was seven to eight males,  the

12   very first one.

13   Q    Did it give any description, race?

14   A    I believe it was male blacks.

15   Q    Are you sure?

16   A    I'm not quite sure.

17         MR. MADDOX:  Objection, your Honor.

18         MR. RIVERA:  Objection.

19         THE COURT:  I will allow it.

20         Are you sure?

21         THE WITNESS:  No, I'm not sure.

22   Q    Did you hear any other radio communication

23   after that first communication?

24   A    Yes.

25   Q    What was that communication?

10/13/89

NYCLD_023074

T1-1f

329

REYNOLDS - PEOPLE - DIRECT - LEDERER

1

2  A      That there were approximately, I believe,

3  20 to 30 male blacks harassing and assaulting people

4  in the park.

5  Q      And do you recall at approximately what

6  time you heard that radio communication?

7  A      Do you mind if I look at my notes to

8  refresh my memory?

9         THE   COURT:   If you have to, you may.

10        Just tell us what you are using to  refresh

11        your recollection.

12        THE   WITNESS:   It is a piece of paper

13        that I wrote down with the, you know, the

14        times.

15        MR. BERMAN:      Judge, if I may, this

16        speaker, even  when  there's  no  talking,

17        makes  such a loud noise we can't hear your

18        Honor talking.

19  A      It was about a quarter to ten.

20  Q      And do you recall where you were  when  you

21  heard that communication?

22  A      Well, I was in the north end of the park.

23  It might have been at  102nd  Street  and  the  East

24  Drive.

25  Q      How long did you stay at 102nd Street and

10/13/89

NYCLD_023075

T1-1f

330

REYNOLDS — PEOPLE — DIRECT — LEDERER

1  the East Drive?

2

3  A    Not long.

4  Q       After you received that second

5  communication, where did you go?

6  A    Again, we —

7           MR. MOORE:  Objection.

8           THE COURT:  No, I'll allow it.

9           Go ahead.   He was with somebody, he

10          already said that.

11  A    (Continuing)  We started to ride around the

12  park again to do a further canvas.

13  Q    What area of the park were you driving

14  around in?

15  A    The north end.

16  Q       Would you indicate did you drive on the

17  road or paths?  Where did you go?

18  A    We did both.  We tried to concentrate on

19  the paths because we didn't see anything.

20          THE COURT:  You can tell us where,

21          when you say "we" you are talking about

22          driving around in the car; but tell us only

23          what you saw, talking about what you saw

24          unless somebody said something.  All right.

25  Q    Did you see anything during the time that

10/13/89

NYCLD_023076

T2-fr

331

REYNOLDS — PEOPLE — DIRECT — LEDERER

1

2       you were driving around the north end of

3       the park?

4  A   No.

5  Q   When you referred to the north end of the

6       park, from what street north were you

7       canvassing?

8  A   North of 96th Street.

9  Q   Can you describe in a general way what

10      route you took?

11  A   In canvassing?

12  Q   Yes.

13  A   We went through all the foot paths and --

14      you know, all the routes we could to go

15      through all the dark areas, and, you know,

16      part of the park that weren't visible.

17  Q   At any time did you see anybody or any

18      group that resembled what you had heard on

19      the radio?

20  A   In the beginning, no.

21  Q   And did you hear any other radio

22      communications while you were canvassing

23      the north end of the park?

24  A   Yes.

25  Q   What was the next radio communication that

10/13/89

NYCLD_023077

T2-fr

332

REYNOLDS — PEOPLE — DIRECT — LEDERER

1
2      you heard?

3   A   We got -- I heard our sergeant -- my

4      sergeant from Anti-Crime had a possible

5      group over at 100 Street and the West Drive

6      in the playground.

7   Q   What is your sergeant's name?

8   A   Sergeant Lyle.

9   Q   What did you do when you heard that

10     communication?

11  A   We responded to the area where he was.

12  Q   Approximately what time was it that you

13     arrived at that playground?

14  A   That was about a quarter to ten, 10:00.

15  Q   Did you have a conversation with Officer

16     Alvarez at that location?

17  A   Yes, I did.

18  Q   Did he tell you whether he had seen

19     anything in the park?

20  A   Yes.

21  Q   What, if anything, did Officer Alvarez tell

22     you?

23  A   He told me he saw a group of youths and

24     when they saw the radio car, they all ran.

25  Q   Did he describe the number of the people in

10/13/89

NYCLD_023078

T2-fr

333

REYNOLDS — PEOPLE — DIRECT — LEDERER

1

2          the group?

3   A    He said he saw about seven to ten of them.

4   Q    Did he indicate that he had seen a larger

5        group?

6              MR. MOORE:  Objection.

7              MR. RIVERA:  Objection.

8              MR. JOSEPH:  Objection.

9              MR. BURNS:  Objection.

10             MR. DILLER:  Objection.

11             MR. BERMAN:  Objection.

12             MR. MADDOX:  Objection.

13             THE COURT:  Sustained.  Let him

14       testify.

15  Q    What else did he tell you about the people

16  he saw?

17  A        He stated they were male blacks and

18  Hispanics and they were in their teens.

19  Q    Did he tell you where he had seen the

20  group?

21  A     I believe he said he saw them on the east

22  side.

23             MR. MOORE:  Objection.

24             THE COURT:  I'll let him answer.

25  Q    Was he able to tell you whether it was in

10/13/89

NYCLD_023079

T2-fr

334

REYNOLDS — PEOPLE — DIRECT — LEDERER

1
2   or out of the park?

3       A      He said it was inside the park.

4       Q         Did he tell you what time it was that he
5   had seen them?

6       A      That I don't recall.

7       Q      Did he say anything about the gender or the
8   sex of the people he had seen?

9       A      Yes, he said they were male blacks and
10  Hispanics.

11      Q      Did you have a conversation -- withdrawn.

12             How  long did you stay at the playground at
13  100 Street?

14      A      Not long, just long enough to  --  for  the
15  show-up and to get a description from Police Officer
16  Alvarez and then we resumed canvassing.

17      Q         Where  did  you  go  when you left that
18  location?

19      A      Again we stayed in the  north  end  and  we
20  went  through  all  the  trails and the inaccessible
21  parts of the park.

22      Q      How long did you drive around in the park?

23      A      About another half-hour.

24      Q      Did you hear  another  radio  communication
25  after  you had been at the playground where Sergeant

10/13/89

NYCLD_023080

T2-fr

335

REYNOLDS - PEOPLE - DIRECT - LEDERER

Lyle was?

    A    Yes.

    Q    What was the communication that you heard then?

    A    That there was a male jogger found beaten and bleeding profusely from his head.

    Q    Where was that -- was there a location with respect to where that jogger was found?

    A    Yes. That was 96th Street, I believe, approximately, and the West Drive off the reservoir.

    Q    Where were you when you got that communication, if you recall?

    A    I believe we were at the East Drive again and 102nd Street.

    Q    Did the communication given with respect to that jogger contain any information about any people?

    A    He stated there was a group of male Hispanics and Blacks who had assaulted the jogger.

    Q    Was there any further information about the assault?

    A    Yes, that they had fled north.

    Q    What, if anything, did you do after you heard that information?

10/13/89

NYCLD_023081

T2-fr

336

REYNOLDS — PEOPLE — DIRECT — LEDERER

1
2 A At that point I decided to leave the park

3 and to start the canvas outside at Central Park West

4 at 100 Street.

5 Q Where did you leave the park?

6 A We left at 100th Street and Central Park

7 West.

8 Q Why did you leave the park at that time?

9 A Because I felt that the group was no longer

10 in the park.  We had canvassed for quite a while and

11 the entire park was saturated with police vehicles.

12 Q Did you see other vehicles in the park

13 other than those you refer to at the East Drive and

14 102nd Street?

15 A Other than what I described earlier?

16 Q During the time you were canvassing the

17 park, other than what you already told us at the

18 East Drive and 102nd Street, did you see any other

19 police vehicles in the park?

20 A Just what I mentioned.

21 Q And when you were canvassing the north end

22 of the park, did you see any sign of other police

23 vehicles?

24 A Yes.

25 Q What did you see?

10/13/89

NYCLD_023082

T2-fr

337

REYNOLDS - PEOPLE - DIRECT - LEDERER

1

2   A       As I was going through the fields, I could

3   see further north of me the headlights of the   other

4   vehicles going back and forth also in search for the

5   group.

6                MS.  LEDERER:   With the permission of

7            the Court, I'd ask the  witness   to   please

8            step   down   and   approach  People's  7   in

9            evidence.

10               (Witness complies)

11   Q     Would you please point   on   People's   7   in

12   evidence   and   describe   as you do, what area you're

13   possibly   pointing   to,   indicate   where   you   were

14   traveling   and   where you would see the other lights

15   from other vehicles?

16   A     We saw the other lights --

17               THE COURT:  Excuse me, Officer, I have

18           to remind you to speak as loud as   you   can

19           because   everybody over on this side has to

20           hear you, and it is very difficult in   this

21           courtroom.

22               THE WITNESS:  Okay.

23               I saw headlights from the other police

24           cars   going   east   and   west   across   the

25           ballfields here on the north end.   I   was

10/13/89

NYCLD_023083

T2-fr

338

REYNOLDS - PEOPLE - DIRECT - LEDERER

1

2          south of them and I could see them -- I

3          could see that the ballfields in this area

4          was pretty well saturated with police cars

5          and there was probably no group in there

6          because somebody would have seen --

7          MR. MADDOX:   Also describe the area

8          that he just referred to on the map.

9          THE COURT:   Yes, if there is some

10          legend on that map that describes the area

11          that you're in, please tell us what it is.

12          I see there is some writing on that map.

13          If you could tell us what it was, the area

14          that you say you were driving in.

15          THE WITNESS:   This is the north

16          meadow, and it contains several baseball,

17          softball, and a football field and we

18          again, like I said, I had seen several

19          radio cars going back and forth and they

20          pretty well had the whole area covered. If

21          there was any group in there --

22          MR. BURNS:  Objection.

23          MR. MOORE:  Objection.

24          THE COURT:  Yes, don't speculate, just

25          tell us what you saw.

10/13/89

NYCLD_023084

T2-fr

339

REYNOLDS — PEOPLE — DIRECT — LEDERER

THE WITNESS:  I saw  the  police  cars going  back and forth and they had the area well covered.

Q    Where did you go --

MR.  BURNS:    I'm  sorry.    For  the record,  the record should reflect the area of the North Meadow.

THE COURT:  He covered the whole  area of the North Meadow.

Q    When you stated earlier that you decided at this  time to leave the park, will you point out the route you took to enter the park?

A    We left here  at  100  Street,  going  west towards Central Park West.

Q    What time was it, approximately, when you were leaving Central Park?

A    It was approximately 10:30.

Q    What, if anything, did you see as you  left Central Park at 100 Street?

A    Okay.  When we got to Central Park West at 100th Street, just north of us, between 101st Street and 102nd, on the west side of the street, we saw  a group  of  about  10, 15, male blacks and hispanics. They were teenagers.

10/13/89

NYCLD_023085

T2-fr

340

REYNOLDS - PEOPLE - DIRECT - LEDERER

1

2     Q     What, if anything, did you do when you   saw

3  that group?

4     A         What we -- what I did was we started to

5  drive northbound towards them to get a   better   look

6  at the group.

7     Q     What side of the street were they on?

8     A     They were on the west side of the street.

9     Q     And when you were driving, what side of the

10  street were you driving on?

11     A     I was on the east side going northbound.

12     Q         What, if anything, happened as you went

13  northbound on Central   Park   West   approaching   that

14  group?

15     A         Well, we saw the group.   They were all --

16  you know, walking together.   We felt reasonably sure

17  that they didn't --

18                 THE COURT:   It's not what you felt.

19                 THE WITNESS:   I felt   reasonably   sure

20          they didn't know who we were.

21                 MR. RIVERA:   Objection.

22                 MR. BURNS:   Objection.

23                 MR. MOORE:   Objection.

24                 MR. JOSEPH:   Objection.

25                 MR. MADDOX:   Objection.

10/13/89

NYCLD_023086

T2-fr

341

REYNOLDS — PEOPLE — DIRECT — LEDERER

1
2          MR. DILLER:   Objection.

3          MR. BERMAN:   Objection.

4          THE   COURT:   I'll   allow   that.   Go

5   ahead.

6          THE   WITNESS:   At one point   the   group

7   had stopped —

8          MR.   RIVERA:      I   didn't   hear   the

9   statement he didn't feel reasonably what?

10          THE COURT: Did not make out who   they

11   were.

12   Q      Continue.

13   A      The group at one point stopped and they all

14   started to   look our way and started to point at us

15   in the van, and I couldn't   understand   why   because

16   nobody wouldn't really —

17          MR. MOORE:   Objection.

18          THE COURT:   Finish your answer.

19          THE   WITNESS:   Nobody generally makes

20   who we were.

21          MR. MOORE:   Objection.

22          THE COURT:   Objection sustained.

23          Don't tell us   what   people   generally

24   do.   Just tell us what happened here.

25          THE   WITNESS:   What I did was I looked

10/13/89

NYCLD_023087

T2-fr

1    to our right and a marked police three-
2    wheel scooter was on our right hand side
3    and that's what panicked them.
4
5            MR. MOORE:  Objection.
6            MR. MADDOX:  Objection.
7            THE COURT:  Sustained.  Just tell us
8    what you saw.
9    Q      When you looked and saw in your sideview
10   mirror a scooter, where was this scooter?
11   A      Right alongside the van on my side.  It was
12   on the other side of us, from the group.
13   Q      Who was on that scooter?
14   A      Police Officer Flores.
15   Q      What did you do when you became aware that
16   Police Officer Flores was pulling up besides you?
17   A      Well, I felt -- it looked like the group
18   was going to run to me.
19           MR. MOORE:  Objection.
20           MR. JOSEPH:  Objection.
21           THE COURT:  I'll allow it, go ahead.
22   Finish.
23           THE WITNESS:  And I told my partner to
24   take the van and pull it up ahead of them
25   to cut them off so we can stop them.

10/13/89

NYCLD_023088

T2-fr

343

REYNOLDS — PEOPLE — DIRECT — LEDERER

1

2    Q    And did the van pull up?

3    A    Yes.

4    Q    Where did the van go?

5    A    Okay. My partner pulled up the van to

6  102nd Street and CPW, Central Park West on the

7  southwest corner.

8    Q    WHen you say the van was pulled up on the

9  southwest corner of 102nd and Central Park West, can

10 you describe exactly what position it was in in

11 relation to the sidewalk and the street of 102nd

12 Street?

13   A    Okay. The van was facing west with the

14 headlights facing west towards the building.   Then

15 my partner and myself got out of the van, we

16 identified ourselves.   AT that point the group

17 started to run except for two.   Those two were

18 Raymond Santana and Steve Lopez.

19        MR. MOORE:    Not responsive to the

20        question.

21        THE COURT:  I'll allow it.

22   Q    When you say you got out of the van -- let

23 me just go back for a second.  The van that you were

24 describing, what color is the van?

25   A    Green.

10/13/8

T2-fr

344

REYNOLDS - PEOPLE - DIRECT - LEDERER

1

2    Q    Are there any windows in the  back  portion

3 of the van?

4    A    In the back two doors -- I'm sorry, there

5 are no windows in it.

6    Q    Are there any side panels?

7    A    I don't believe so.

8    Q    Does it have any insignia?

9    A    Yes, Parks Department emblem on the front.

10    Q    When the van pulled into the  beginning  of

11 102nd Street and Central Park West, you say you both

12 jumped out.  What exactly did you say?

13    A    We identified ourselves as police and we

14 told them not to run.

15    Q    What happened when you said, "Don't run?"

16    A    The group started to run.

17    Q    And what did you do when the group  started

18 to run?

19    A    We got out of the van and we approached the

20 two defendants that had stayed on the corner.

21    Q    And you just named the names of those two

22 people.  Did you at the time that you  stopped  them

23 know their names?

24    A    Not at that time, no.

25    Q    What, if  anything,  happened when you

10/13/89

T2-fr

345

REYNOLDS — PEOPLE — DIRECT — LEDERER

1
2  stopped those two?

3     A    We placed them against the wall.

4           MR. MADDOX:   Objection, Judge.   He

5        didn't   stop   them.   They   were   already

6        stopped.

7           THE COURT:  Yes.  Objection sustained.

8     Q    What happened   when   you   approached   those

9  two?

10     A      We   placed   them   against   the wall and

11  searched them.

12     Q    Did you have your gun drawn   when   you   got

13  out of the van?

14     A    No.

15     Q    When you say you placed them against the

16  wall, what exactly did you do?

17     A    We gave them a pat down of their clothes in

18  case they had weapons on them.

19     Q    Did you find any weapons?

20     A    No.

21     Q    What was the next thing that happened?

22     A    My   partner,   Police   Officer   Powers   and

23  Police Officer Flores chased the group.

24     Q    Did the two people that you placed against

25  the wall, Raymond Santana and Steve Lopez, did

10/13/89

T2-fr

346

REYNOLDS — PEOPLE — DIRECT — LEDERER

1

2  either of them say anything to you?

3      A    Yes.

4      Q    What, if anything, did they say to you?

5      A      Let's see.  Raymond Santana stated he had

6  just come from his girlfriend's house and didn't

7  state where or when.

8              MR. JOSEPH:  Objection.

9              THE COURT:  Don't tell us what he

10             didn't said.  Just tell us what he did say.

11             THE WITNESS:  Steven Lopez stated he

12             just came from the movies with his

13             girlfriend and they watched the movie

14             "Leviathan".

15     Q      Did either of them say anything about the

16  rest of the group?

17     A    They stated they weren't with the group and

18  Steven Lopez stated, I quote, "The group had  talked

19  shit about ripping them off."

20             MR. MADDOX:  I can't hear.

21             THE COURT:  Who said that?

22             THE WITNESS:  Steven Lopez.

23             THE COURT:  Stated what?

24             THE WITNESS:   They were not with the

25             group and the group had talked -- I  quote,

10/13/89

NYCLD_023092

T2-fr

347

REYNOLDS — PEOPLE — DIRECT — LEDERER

1              "Talked shit about ripping them off."

2    Q    When I asked you a moment ago did either of

3 those two people say anything with respect to the

4 rest of the group I believe your answer began, "They

5 said," could you tell us exactly what either one of

6 them said indicating by name what that person said?

7              MR. MOORE:   Objection.   Asked and

8         answered.

9              THE COURT:   I'll allow it again.

10              THE WITNESS:   They both stated that

11         they weren't with the group and they didn't

12         know any of the others that had run.   They

13         stated that they were walking ahead of them

14         and —

15              MR. RIVERA:   Objection, your Honor,

16         not responsive.

17              THE COURT:   Yes, objection sustained.

18    Q    Can you tell us what Raymond Santana said

19 to you when he was stopped at 102nd Street and

20 Central Park West?

21    A    Raymond Santana said he wasn't with the

22 group and he had just come from his girlfriend's

23 house.

24    Q    What, if anything, did Steven Lopez say at

10/13/8

T2-fr

348

REYNOLDS – PEOPLE – DIRECT – LEDERER

1
2  that time?

3      A    He stated he also was not with  the  group,

4  that  he  had  just  come  from his -- he had just come

5  from the movies with his girlfriend and they watched

6  the picture "Leviathan" and he also  stated,  and  I

7  quote, "Talked  shit  about  ripping off -- ripping

8  them off."

9      Q    Did  you  ask  either  Defendant  Lopez  or

10 Defendant Santana any questions?

11     A    No.

12     Q    When you saw this group, could you describe

13 how  the  group was in relation to  the  other  members

14 of the group?

15     A    The two --

16              MR. BERMAN:   Object as to form.

17              THE COURT:   What is your question?

18     Q    When you saw the group walking  on  Central

19 Park  West,  would  you describe the relation of the

20 group with one to the other?

21     A    It was a  homogenized  group.   They  were

22 altogether  and  they  were  all walking northbound.

23 They were male Blacks, teenaged and Hispanics.

24     Q    When you saw the group on the west side  of

25 the  street, approximately how much of the block was

10/13/89

NYCLD_023094

T2-fr

349

REYNOLDS — PEOPLE — DIRECT — LEDERER

1

2   taken up by the members of the group?

3       A     Maybe a quarter of the block.

4       Q        And   where   were   Defendant's   Lopez   and

5   Santana,  if you remember, in relation to the others

6   in the group?

7       A     They were in the group  because   the   group

8   was altogether.

9       Q     What, if anything, happened after Lopez and

10  Santana made those statements to you?

11      A        My partner, Police Officer Powers chased

12  the rest of the group with Police Officer Flores.

13      Q     Where did you see him go?

14      A     I saw him  running  southbound  on  Central

15  Park West and then west on 101st Street.

16      Q        Did you see where he went when he turned

17  onto that street?

18      A     When he turned west, I lost sight of him?

19      Q     Officer Reynolds -- I'm sorry --

20      A     And then I saw him again running back  east

21  and the group was ahead of him and they ran into the

22  park, and he ran into the park after them.

23      Q     Approximately how much  time  elapsed between

24  the time you saw him disappear from your sight going

25  down  the street until you saw the group coming back

NYCLD_023095

T2-fr

350

REYNOLDS — PEOPLE — DIRECT — LEDERER

1
2  with him, chasing?

3     A    Just seconds.

4     Q    Did you then see Officer Powers -- go  into
5  the park?

6     A     Yes, I saw him run and jump over the wall
7  into the park after the defendants.

8              MR. MADDOX:  Objection to "after  the
9         defendants."

10             THE  COURT:   Yes, Objection sustained
11        as to "after the defendants."

12    Q    Did you see how many people were running in
13  front of Officer Powers?

14    A    It looked to be about ten.

15    Q    And you said that they entered the park, do
16  you know where it was that they entered the park?

17    A    It was over the wall and  at  Central  Park
18  West and 101st Street, between 101st and 100.

19    Q     And is that where you saw Officer Powers
20  enter the park?

21    A    Yes.

22    Q    Let me just stop you for  a  moment.   The
23  area  on Central Park West, near 101st and 102nd, to
24  your knowledge are there any movie theaters in  that
25  area?

10/13/89

T2-fr

351

REYNOLDS — PEOPLE — DIRECT — LEDERER

1
2     A     No, there isn't.

3     Q          Are there any community centers in that

4     area?

5     A     No.

6               MR. MADDOX:   Judge, may I   ask   if   he

7     could repeat the question and answer?

8               THE   COURT:    Read   the   question and

9     answer back, please.

10              (Reporter complies)

11    Q     Are there any stores on Central   Park   West

12    in that area?

13    A          No.   There's just a grocery store further

14    down, but it's very small north of where they were.

15    Q     After you lost sight of Officer Powers when

16    he went into the park, what was the next thing   that

17    happened?

18    A      I stood on the corner with Raymond Santana

19    and Steven Lopez.

20    Q     Did you handcuff them?

21    A     No.

22    Q     And where was the van?

23    A     The van was right where we left it on 102nd

24    Street and Central Park West.

25    Q     Did either of them say anything further   to

10/13/89

NYCLD_023097

T2-fr

352

REYNOLDS — PEOPLE — DIRECT — LEDERER

1

2   you?

3       A       They just kept stating that they were not

4   with the rest of them.

5       Q       When you say they kept saying that, who

6   kept saying that?

7       A       Steve Lopez and Raymond Santana.

8       Q       And did you ask them any questions?

9       A       No.

10      Q       Did you have your radio with you?

11      A       Yes, I did.

12      Q       Did you hear communications coming over the

13  radio?

14      A       Yes.

15      Q       Did there come a time when someone came to

16  where you were with Santana and Lopez?

17      A       Yes.

18      Q       Approximately what time was that?

19              THE WITNESS:  May I look at  my  notes

20          to refresh my memory?

21              THE COURT:  If you have to.

22              (Witness peruses notes)

23      A       It was approximately a quarter to eleven.

24              THE COURT:  And what happened at about

25          a quarter to eleven?

10/13/89

NYCLD_023098

T3—1f

353

REYNOLDS — PEOPLE — DIRECT — LEDERER

1
2          THE   WITNESS:     Sergeant   Wheeler and
3     Police Officer Morales   pulled   over   after
4     the   call  over  the  radio  for  a  unit  to  pick
5     up  the  two.
6     Q     What  happened  when  they  responded?
7     A     They  responded  over  and  we  placed  them  into
8     the  car.
9     Q     Placed  whom  in  the  car?
10    A     Steven  Lopez  and  Raymond  Santana.
11    Q     And  what  did  you  do  at  that  point?
12    A     I  went  with  Police  Officer  Powers  into   the
13    van,   and   we   drove   back  to  100  Street  and  Central
14    Park  West  to  confer  with  our  sergeant.
15    Q     When  Raymond  Santana  and  Steve   Lopez   were
16    put  in  the  car  with  the  sergeant,  did  you  see  where
17    they  went?
18    A     They  went  to  100  Street   and   Central   Park
19    West.
20    Q         And  when  you  arrived  at  100  Street  and
21    Central  Park  West,  were  Raymond   Santana   and   Steve
22    Lopez  there?
23    A     Yes.
24    Q     Were  they  in  the  car  or  outside  of  the  car?
25    A     They  were  in  the  car.

10/13/89

T3-1f

354

REYNOLDS — PEOPLE — DIRECT — LEDERER

1

2      Q         And at what corner of that intersection

3   were you at?

4      A      The northeast corner.

5      Q      When you arrived at that location, who  did

6   you arrive with?

7      A      Police Officer Powers.

8      Q      And who was already at that location?

9      A      Sergeant Lyle and Police Officer Hennigan

10   and the other officers.

11      Q      And did you see anybody  in  custody  other

12   than Raymond Santana and Steve Lopez?

13      A      Yes.

14      Q      Who did you see at that time?

15      A      I saw Kevin Richardson, Lamont McCall and

16   Clarence Thomas.

17      Q      Where did you see them?

18      A      In the back of the radio car.

19      Q      Were all three in the same radio car?

20      A      I believe so.  I'm not sure.

21      Q      Was there a discussion at  100  Street  and

22   Central Park West?

23      A      Yes, there was.

24      Q      And what was the nature of the conversation

25   had there?

10/13/8?

T3-1f

355

REYNOLDS - PEOPLE - DIRECT - LEDERER

1

2   A    I discussed with our sergeant -- I was told
3   that three of the defendants had made statements.

4              MR. MOORE:  Objection.

5              THE COURT:  I will allow it.

6   A        I  was  told  three defendants had made
7   statements placing themselves at the attack  of  Mr.
8   Loughlin at 96th Street.

9   Q    Who told you that?

10  A      I was told that by Police Officer Powers
11  and Sergeant Lyle.

12  Q    And at that time was there a discussion  at
13  100 Street and Central Park West?

14  A    Yes.

15  Q    Was there a discussion about doing a show-
16  up?

17  A    Yes.

18  Q    And was a show-up conducted with John
19  Loughlin at that time?

20  A    No.

21  Q        How long did you stay at 100 Street and
22  Central Park West?

23  A    I'd say about  ten  minutes;  ten,  fifteen
24  minutes.

25  Q    During that time were you out of the van or

10/13/89

NYCLD_023101

REYNOLDS — PEOPLE — CROSS — BERMAN

comfortably on the floor of the precinct than at home?

        MS. LEDERER:  Objection.

        THE COURT:  Sustained.

Q    Now, you told us on direct that about four in the morning, Lieutenant McInerney told you a woman's body had been discovered in the park?

A    I believe that's the approximate time.

        MR. BURNS:  I didn't hear that question and answer.

        THE COURT:  Read it back.

        (The court reporter read back the requested portion of the record.)

Q    And Lieutenant McInerney told you to keep the kids for questioning about that, didn't he?

A    He stated that the detectives wanted to speak to them.

Q    And you understood that to mean to keep the kids for questioning about that woman, right?

A    That's correct.

Q    Now, you have told us by what time was it that Santana's grandmother arrived approximately?

A    Let's see.  It was after four.

Q    But by 4:30 she was there, right?

NYCLD_023219

Linda Fairstein

Page 221

| | | |
|---|---|---|
| 1 | at two precincts. | 15:45:53 |
| 2 | Q.    Others were concerned about what | 15:45:56 |
| 3 | else? | 15:45:59 |
| 4 | A.    Other officers I didn't know who | 15:45:59 |
| 5 | were in a similar position, who were not | 15:46:06 |
| 6 | being interviewed and expressed to my | 15:46:09 |
| 7 | former colleagues that they had | 15:46:14 |
| 8 | information they wanted to give to her, | 15:46:17 |
| 9 | her being Ms. Ryan. | 15:46:20 |
| 10 | Q.    Do you know what officers | 15:46:22 |
| 11 | communicated with your former colleagues | 15:46:24 |
| 12 | to express that opinion or those opinions? | 15:46:26 |
| 13 | A.    As I sit here today, I don't | 15:46:29 |
| 14 | know.  I knew in 19 -- I'm sorry, I knew | 15:46:31 |
| 15 | some of the names in 2002. | 15:46:36 |
| 16 | Q.    Did you take notes when you were | 15:46:38 |
| 17 | having these conversations with people in | 15:46:40 |
| 18 | the District Attorney's office who were | 15:46:42 |
| 19 | expressing their concern? | 15:46:43 |
| 20 | A.    Not that I can think of. | 15:46:46 |
| 21 | Q.    I guess we can go to April 20th | 15:46:49 |
| 22 | now for awhile.  Fiston called you what | 15:47:15 |
| 23 | time in the morning? | 15:47:22 |
| 24 | A.    As I recall, between 8:30 and | 15:47:24 |
| 25 | nine o'clock in the morning. | 15:47:27 |

NYCLD_039089

Linda Fairstein

Page 222

| | | |
|---|---|---|
| 1 | Q.    At that time, did you know | 15:47:29 |
| 2 | anything about the events in Central Park | 15:47:32 |
| 3 | on April 19th? | 15:47:35 |
| 4 | A.    I don't believe that I did. | 15:47:36 |
| 5 | Q.    You saw nothing on television, | 15:47:38 |
| 6 | you heard nothing from other sources? | 15:47:41 |
| 7 | A.    I didn't see anything on | 15:47:44 |
| 8 | television the night of the 19th.  I may | 15:47:46 |
| 9 | have heard a news, radio news report in | 15:47:50 |
| 10 | the morning, not about a rape, but about a | 15:47:53 |
| 11 | riot. | 15:47:58 |
| 12 | Q.    Do you know why Fiston called? | 15:47:59 |
| 13 | A.    Yes, I do. | 15:48:05 |
| 14 | Q.    Why? | 15:48:06 |
| 15 | A.    He called me shortly before nine | 15:48:07 |
| 16 | to tell me that a woman had been found | 15:48:10 |
| 17 | beaten, and presumably because of her | 15:48:22 |
| 18 | state of undress, sexually assaulted in | 15:48:24 |
| 19 | the ravine, and he had been called in | 15:48:28 |
| 20 | because there had been no sexual assault | 15:48:34 |
| 21 | allegation until that woman reached the | 15:48:38 |
| 22 | hospital. | 15:48:40 |
| 23 | Q.    What else did he tell you? | 15:48:41 |
| 24 | A.    He told me that the woman was as | 15:48:47 |
| 25 | yet unidentified, and he asked me in the | 15:48:52 |

NYCLD_039090

Linda Fairstein

Page 223

| | | |
|---|---|---|
| 1 | usual course of prosecutorial business if | 15:48:57 |
| 2 | I would assign a prosecutor to work on the | 15:49:00 |
| 3 | prosecutorial events that might happen | 15:49:06 |
| 4 | later in the day because there were | 15:49:14 |
| 5 | already were suspects being questioned. | 15:49:16 |
| 6 |     Q.    Did you make any notes about | 15:49:22 |
| 7 | this conversation? | 15:49:24 |
| 8 |     A.    No. | 15:49:25 |
| 9 |     Q.    Did you create any memorandum | 15:49:25 |
| 10 | afterwards about this conversation? | 15:49:29 |
| 11 |     A.    Not that I recall. | 15:49:30 |
| 12 |     Q.    Did he tell you anything else? | 15:49:31 |
| 13 |     A.    At that time, only that we | 15:49:35 |
| 14 | discussed that I would get back to him | 15:49:39 |
| 15 | with the name and number of the Assistant | 15:49:41 |
| 16 | DA, and that I would tell the District | 15:49:44 |
| 17 | Attorney. | 15:49:46 |
| 18 |     Q.    Did you understand that Fiston | 15:49:46 |
| 19 | was calling you in line with the | 15:49:48 |
| 20 | arrangement that you and Morgenthau had | 15:49:50 |
| 21 | made, that whenever there was a rape in | 15:49:53 |
| 22 | New York City, you should be contacted? | 15:49:55 |
| 23 |     A.    Not exactly. | 15:49:57 |
| 24 |     Q.    Why do you say that? | 15:49:58 |
| 25 |     A.    Because it was not just a call | 15:50:00 |

VERITEXT REPORTING COMPANY
www.veritext.com
212-267-6868    516-608-2400

NYCLD_039091

Linda Fairstein

Page 224

| | | |
|---|---|---|
| 1 | to give me information.  It was a call in | 15:50:04 |
| 2 | which he was asking for the help that we | 15:50:07 |
| 3 | provide in the instant moment. | 15:50:12 |
| 4 | Q.   Fiston was calling you, right, | 15:50:14 |
| 5 | right? | 15:50:17 |
| 6 | A.   Fiston did call me. | 15:50:17 |
| 7 | Q.   Right? | 15:50:19 |
| 8 | A.   Yes, sir. | 15:50:21 |
| 9 | Q.   And the reason Fiston called you | 15:50:21 |
| 10 | about a rape was the arrangement you and | 15:50:24 |
| 11 | Morgenthau had made with Fiston that you | 15:50:27 |
| 12 | should be called about every rape; is that | 15:50:29 |
| 13 | correct? | 15:50:32 |
| 14 | MS. DAITZ:  Objection. | 15:50:32 |
| 15 | A.   No, sir. | 15:50:32 |
| 16 | Q.   Why is that not correct? | 15:50:33 |
| 17 | MS. DAITZ:  Let her answer the | 15:50:35 |
| 18 | question this time. | 15:50:37 |
| 19 | Q.   Why is that not correct? | 15:50:37 |
| 20 | A.   Because the practice that | 15:50:39 |
| 21 | Morgenthau and I had requested to have | 15:50:41 |
| 22 | with Mr. Fiston and other officers was for | 15:50:45 |
| 23 | the information of a case. | 15:50:49 |
| 24 | So if a rape had happened on | 15:50:50 |
| 25 | 4/15 on East 30th Street and it wasn't | 15:50:51 |

NYCLD_039092

Linda Fairstein

Page 225

| | | |
|---|---|---|
| 1 | solved, we'd know and have it under our | 15:50:55 |
| 2 | roof as well. | 15:51:00 |
| 3 | On this morning when he called | 15:51:01 |
| 4 | me, he was calling to ask me to assign a | 15:51:03 |
| 5 | prosecutor now for the purpose, as we ride | 15:51:06 |
| 6 | homicides and sex crimes as the expression | 15:51:13 |
| 7 | is called, to have a prosecutor to be | 15:51:15 |
| 8 | available to him within hours to help with | 15:51:19 |
| 9 | the prosecutorial steps that would be | 15:51:21 |
| 10 | taken at the station house. | 15:51:24 |
| 11 | Q.    So it's your answer that the | 15:51:26 |
| 12 | call that Fiston made to you had no | 15:51:29 |
| 13 | connection with the arrangements that you | 15:51:32 |
| 14 | and Morgenthau had made with Fiston to | 15:51:33 |
| 15 | call and advise you about a rape, whether | 15:51:37 |
| 16 | or not a person had been arrested? | 15:51:39 |
| 17 | MS. DAITZ:  Objection.  You can | 15:51:41 |
| 18 | answer. | 15:51:43 |
| 19 | A.    Those are not my words, sir.  I | 15:51:43 |
| 20 | didn't say they had no connection.  I said | 15:51:46 |
| 21 | this was for a much more urgent purpose. | 15:51:48 |
| 22 | It might also have served that use, hello, | 15:51:51 |
| 23 | this is the event that happened this | 15:51:55 |
| 24 | morning. | 15:51:57 |
| 25 | On top of that, there was a much | 15:51:58 |

NYCLD_039093

Linda Fairstein

Page 226

```
 1    more urgent need.  He wanted a prosecutor    15:52:00
 2    assigned, that was the main purpose of the   15:52:04
 3    call.                                         15:52:06
 4        Q.    Did he tell you that it appeared   15:52:06
 5    that a homicide was involved?                 15:52:08
 6        A.    No, he didn't tell me that.  He    15:52:09
 7    told me that the victim was in very grave    15:52:12
 8    condition.                                    15:52:18
 9        Q.    The question I think I forgot to   15:52:19
10    ask you earlier when you spoke of one         15:52:21
11    person who had knowledge about the            15:52:23
12    investigation from Ryan, who was that?        15:52:26
13        A.    Lisa Friel.                         15:52:30
14        Q.    Did you know what she had           15:52:31
15    learned from Ryan and how she knew about     15:52:36
16    it?                                           15:52:38
17        A.    I knew some of the things she      15:52:39
18    learned from Ryan.                            15:52:42
19        Q.    What did you learn from Friel?     15:52:43
20        A.    I knew from Friel the point at     15:52:45
21    which Ryan no longer wanted Mooney           15:52:55
22    involved in the investigation.               15:52:59
23              I knew from Friel that she, that   15:53:00
24    on a day, I came to know from Friel that     15:53:03
25    on a date that Ryan arranged with Mooney     15:53:08
```

NYCLD_039094