# Exhibit 17

A. MCCRAY

1    Q.    Anyone other than the detectives and the DA?

2    A.    No, sir.

3          MR. DePAUL:  So, for the record, I've just

4          handed Mr. McCray Antron McCray Exhibit B.

5    Q.    Mr. McCray, can you just take a minute to review

6    that?

7          MR. DePAUL:  And for the record, it is a

8          document that was produced by plaintiff's counsel

9          and bears Bates Nos. AM019026 through AM019033.

10         (Whereupon, the Witness perused the

11         document.)

12   Q.    Mr. McCray, have you had the opportunity to

13   review this?

14   A.    Yes, sir.

15   Q.    This is a report --

16         MR. DePAUL:  Strike that.

17   Q.    Other than in the presence of your counsel,

18   Mr. McCray, have you ever seen this document before?

19   A.    I can't recall.

20   Q.    This is a report entitled "Inmate Status Report

21   for Parole Board Appearance," prepared by a M█████

22   Sanacore (phonetic), in or about October of 1994.

23         Mr. McCray, can you please turn to the sixth page

24   of this document?  It says page 6 at the top, and at the

25   bottom it bears Bates No. AM019031.

NYCLD_046476

A. MCCRAY

1           And can you direct your attention to the first

2    two sentences of the first paragraph on this page?

3        A.    Yes.

4        Q.    Okay.  Mr. McCray, this states -- it says,

5    Inmate's statement.  The subject was interviewed by this

6    writer on 9/6/94, at Brookwood Secure Center.  He admitted

7    to everything but the rape and beating of the female

8    jogger.

9           Mr. McCray, did I read that correctly?

10       A.    Yes.

11       Q.    Is that true?

12              MR. WAREHAM:   Is which true?

13       Q.    Is it true that you admitted to this individual

14   that you participated in everything but the rape and

15   beating of the female jogger?

16       A.    I don't know who this individual is.  I don't --

17   this is a parole board?

18       Q.    Yes.  It was an interview with the individual who

19   prepared this document.  His name was M█████ Sanacore,

20   according to that document.

21           And, according to his report, you admitted to him

22   that you participated in everything but the rape and the

23   beating of the female jogger.

24       A.    No, sir, I don't think this is true.

25       Q.    Do you recall being interviewed by anyone before

NYCLD_046477

A. MCCRAY

1     your parole board appearance?

2        A.     I told you I went twice.  So, which time?

3        Q.     Do you recall being interviewed by someone in

4     September of 1994 about your parole board appearance?

5        A.     No, sir.

6        Q.     So is the statement that you admitted to

7     everything but the rape and the beating of the female

8     jogger, is that mistaken?

9        A.     This is mistaken, sir.

10       Q.     Okay.  I can take that back, Mr. McCray.  We're

11    finished with it.  Thank you.

12              MR. WAREHAM:  You know, I would have let you

13              tell him -- to say, Is that one a lie?  I would

14              have let that one in.

15       Q.     So earlier before we took the break, you said

16    that you returned to your mother's apartment with Orlando?

17       A.     Yes.

18       Q.     And did your mother say anything to Orlando when

19    you were at her apartment?

20       A.     Yes.

21       Q.     What did she say?

22       A.     She said, "Thank you for bringing my son home."

23       Q.     And what did Orlando say?

24       A.     He said, "No problem."

25       Q.     And what happened after that?

NYCLD_046478

A. MCCRAY

1    A.    Orlando left.

2    Q.    And did you have a conversation with your mother

3  at that point?

4    A.    My mother asked me was I okay, was my ankle okay.

5    Q.    And what did you say?

6    A.    I told her it was real sore.

7    Q.    And did your mother mention anything about your

8  clothes?

9    A.    Yes.

10   Q.    And what did your mother say about your clothes?

11   A.    What happened to your clothes?

12   Q.    And what did you say?

13   A.    I told her that I fell playing tag, fell in mud.

14           MR. DePAUL:  I marked another exhibit while

15           we were on the break.  It's Antron McCray Exhibit

16           C.  The mark is on the back.

17   Q.    Mr. McCray, can you take a look at that for me?

18   A.    Yes, sir.

19           MR. DePAUL:  And let the record reflect I'm

20           handing copies to counsel.

21           THE VIDEOGRAPHER:  We're now off the record

22           at approximately 3:46.

23           (Whereupon, an off-the-record

24           discussion was held.)

25           THE VIDEOGRAPHER:  Still tape No. 3.  We are

NYCLD_046479

A. MCCRAY

1         back on the record at approximately 3:48.

2    Q.   So, Mr. McCray, I've just handed you a document

3  which has been marked Antron McCray Exhibit C?

4             MR. DePAUL:  I want to state for the record

5         that this is a document which does not bear a

6         Bates number because it was produced to both

7         sides by the New York County District Attorney's

8         office after a visit that both sides took to the

9         New York County District Attorney's office to

10        decide which photographs each side wanted that

11        were in the possession of the District Attorney's

12        office.

13             For ease of reference, we can produce

14        this document with a Bates number; but for our

15        purposes now it's not necessary.

16    Q.   So, Mr. McCray, have you had a chance to look at

17  the exhibit?

18    A.   Yes, sir.

19    Q.   And are these the clothes that you wore into

20  Central Park on April 19, 1989?

21    A.   Yes, sir.

22    Q.   And does this picture accurately reflect the

23  clothes that you wore into Central Park on April 19, 1989,

24  after you left the park?

25    A.   Yes, sir.

NYCLD_046480

A. MCCRAY

1    Q.    Did your clothes look like this when you left

2    Central Park on April 19, 1989?

3    A.    Yes.

4    Q.    Okay.  We're finished with the exhibit.

5          So after you returned home, what did you do with

6    the clothes that you were wearing?

7    A.    I put them in the tub.

8    Q.    Did you wash the clothes at all?

9    A.    No, sir.

10   Q.    And why did you put them in the tub?

11   A.    Because my mother told me to put them in there.

12   She was going to soak them.

13   Q.    Okay.  Do you know if your mother actually soaked

14   your clothes that night?

15   A.    No, she didn't soak them, sir.

16   Q.    What happened next?

17   A.    I changed -- I changed my clothes.  I put the

18   clothes in the bathtub, like my mother said, and we got a

19   phone call.

20   Q.    What time did you get that phone call?

21   A.    I don't know.

22   Q.    And what happened next?

23   A.    We got a phone call.  I didn't answer the phone,

24   my mother did.  I was sitting down on the couch watching TV

25   and my mother asked me where was Clarence Thomas.

NYCLD_046481

202
A. MCCRAY

1     Q.    How long were you home before you got the phone
2    call?
3     A.    Like a half hour, forty-five minutes.
4     Q.    Okay.  And then -- so your mother picked up the
5    phone?
6     A.    Yes.
7     Q.    Do you know who was on the line?  At the time
8    that she picked up the phone, did you know who was calling?
9     A.    At the time she picked up the phone?
10     Q.    Yeah.
11     A.    No, I didn't know who was calling.
12     Q.    And your mother asked you where Clarence Thomas
13    was?
14     A.    Yes.
15     Q.    And what did you say?
16     A.    I don't know.
17     Q.    At that point, did you know who was on the phone?
18     A.    Yes.
19     Q.    Who was on the phone?
20     A.    Clarence mother.
21     Q.    Do you know Clarence's mother's name?
22     A.    I did at that time.
23     Q.    You don't now?
24     A.    I can't remember.
25     Q.    Were your mother and Clarence Thomas' mother

NYCLD_046482

A. MCCRAY

1    friends?

2        A.    No.

3        Q.    Did they know each other?

4        A.    Through me and Clarence.

5        Q.    Okay.  Had they -- had they -- so they met before

6    April 19, 1989?

7        A.    Yes.

8        Q.    Could you hear your mother speaking on the phone?

9        A.    Yes.

10       Q.    And what was your mother saying?

11       A.    I'll ask Tron where he's at.

12       Q.    And at that point, had she asked where he was?

13       A.    Yes.

14       Q.    Okay.  And you replied to your mother that you

15   didn't know where Clarence was?

16       A.    Yes, sir.

17       Q.    Where did you think he was?

18       A.    Right then at that point, I didn't know where he

19   was at.

20       Q.    Did you think he had been caught by the police?

21       A.    Caught or he got away or on his way home.

22       Q.    Did you tell your mother at that point that you

23   and Clarence had been in the park earlier?

24       A.    No.

25       Q.    Did you hear your mother say anything else while

NYCLD_046483

A. MCCRAY

1    she was on the phone?

2        A.    Yes.

3        Q.    What did she say?

4        A.    When he get in, give me a call.

5        Q.    Okay.  And how long did that phone call last?

6        A.    I don't know, sir.

7        Q.    Was it more than five minutes?

8        A.    Yes.

9        Q.    Was it more than ten minutes?

10       A.    I don't know, sir.

11       Q.    So what happened after your mother got off the

12   phone?

13       A.    My mother asked me again where's Clarence.

14       Q.    Okay.  And what did you say?

15       A.    I told her I didn't know.

16       Q.    Did you say anything else?

17       A.    She said -- that was it.  She asked me where was

18   he at.  I just told her I didn't know.

19       Q.    And at that point, did you tell her that you had

20   been in Central Park?

21       A.    No.

22       Q.    Why not?

23       A.    Because I know I wasn't supposed to be in Central

24   Park.

25       Q.    What happened next?

NYCLD_046484

A. MCCRAY

```
 1      A.      I don't know how many minutes passed by, but
 2   Clarence Thomas mother called again.
 3      Q.      And what happened when she called?
 4      A.      She said Clarence -- I didn't know what she said,
 5   but on my mother's end she was like, Come over.  My mother
 6   told Clarence mother to come over.
 7      Q.      And did Clarence Thomas' mother come over?
 8      A.      Yeah, she came over.
 9      Q.      And how much time had passed between the first
10   phone call and the second phone call, if you know?
11      A.      I don't know.
12      Q.      Do you know approximately what time Clarence
13   Thomas' mother came to your apartment?
14      A.      I think it's like -- it was like in the range of
15   11 o'clock, 11:30.
16      Q.      Was it past your bedtime at this time?
17      A.      No.
18      Q.      Okay.
19      A.      Because, remember, it was -- like I said, it was
20   a holiday the next day so I was able to stay up, you know.
21   I could stay up until I fall asleep.
22      Q.      Okay.  So what were you doing when Clarence
23   Thomas' mother came to your apartment?
24      A.      Sitting on the couch.
25      Q.      Okay.  Were you watching television?
```

NYCLD_046485

A. MCCRAY

1      A.     Yes.

2      Q.     What was your mother doing?

3      A.     Just walking back and forth through the house,

4    doing whatever she was doing.

5      Q.     Was your mother angry at all?

6      A.     Yes.

7      Q.     About what?

8      A.     She wanted to know where Clarence was at, where

9    was Clarence at, because he was with me.

10     Q.     And at that point, did you tell her that you had

11   been in Central Park?

12     A.     No.

13     Q.     What happened after Clarence Thomas' mother came

14   to your apartment?

15     A.     Oh, she got to my mother's house.  She -- I heard

16   her say, Linda, I don't know where Clarence is at.  He

17   knows he's supposed to be home by now.  And then I butted

18   in and said, He might be arrested.  He might be arrested.

19     Q.     And what was your mother's reaction?

20     A.     She smacked me.

21     Q.     And what was Clarence mother's reaction?

22     A.     She said, Why?

23     Q.     And what did you say?

24     A.     I said, We was running through the park.

25     Q.     Okay.  And what happened next?

NYCLD_046486

A. MCCRAY

1        A.      My mother said, Okay.  Let's go get him.  Let's

2    go find him.  So I got dressed.  I was already dressed.  So

3    we -- all three of us left the house and went to the

4    precinct that got -- that I had to do the lineup at.

5        Q.      Okay.

6        A.      I took them to that precinct.  And I asked the

7    officer -- no, my mother and Clarence Thomas mother asked

8    the officer about Clarence Thomas.  And they said they

9    didn't have nobody by the name of Clarence Thomas there.

10       Q.      So, just backtrack a little bit, Mr. McCray.

11               Who went to the precinct with you?

12       A.      My mother and Clarence Thomas mother.

13       Q.      Did Bobby McCray go with you?

14       A.      No, sir.

15       Q.      Where was Bobby McCray at that point when you

16   left to go to the precinct?

17       A.      He was at work.

18       Q.      Okay.  And you said that you took your mother and

19   Clarence Thomas' mother to a precinct, right?

20       A.      Yes, the one that I had -- that I got the lineup

21   done.

22       Q.      How did you know to take them to a police

23   precinct?

24       A.      Because I told my mother he might have gotten

25   locked up, so I went to that precinct.  It was on the east

NYCLD_046487

A. MCCRAY

1   side.

2       Q.    Why did you pick that one?

3       A.    That's the one I knew.

4       Q.    How did you know it?

5       A.    Because there's a McDonald's over there and my

6   school was in that area.

7       Q.    Okay.  Had you ever been there before then?

8       A.    No, sir.

9       Q.    And, again, you don't know the number of that

10  precinct, right?

11      A.    No, sir.

12      Q.    So what happened after you arrived at that

13  precinct?

14      A.    Like I said, they asked for Clarence.  The police

15  officer said they didn't have nobody by the name of

16  Clarence there.  And then I told them we was in -- I told

17  the -- I told the police officer that me and Clarence was

18  Central Park.

19      Q.    Okay.

20      A.    Then he told my mother and Clarence mother to go

21  -- you might want to go to Central Park to see if he's

22  there, the precinct in Central Park.

23      Q.    Okay.  And did you tell the police officer what

24  you were doing in the Central Park?

25      A.    No, sir.

NYCLD_046488

A. MCCRAY

1     Q.     Did you tell the police officer about anything

2     that had happened in Central Park?

3     A.     No, sir.

4     Q.     Do you know what that police officer looks like?

5     A.     No, sir.  No.

6     Q.     Was it a male or female?

7     A.     A male.

8     Q.     Was he -- what was his -- what was the color of

9     his skin?

10    A.     Caucasian.

11    Q.     Was he in uniform?

12    A.     Yes.

13    Q.     Do you know if it was a blue uniform or a white

14    uniform or anything else?

15    A.     I can't recall.

16    Q.     So how long were you at that precinct?

17    A.     A few minutes.

18    Q.     And what was your mother's reaction at this

19    point?

20    A.     I was kind of walking behind my mother and

21    Clarence mother so they was talking.

22    Q.     Was your mother angry at you?

23    A.     Yes.

24    Q.     And how did you feel?

25    A.     I felt bad.

NYCLD_046489

A. MCCRAY

1    Q.    So after you left the precinct, where did you go?

2    A.    Central Park.

3    Q.    How long did it take you to get there?

4    A.    We took a cab.  It didn't take that long.

5    Q.    Okay.  And did the cab take you --

6          MR. DePAUL:  Strike that.

7    Q.    Where did the cab take you?

8    A.    To the precinct in Central Park.

9    Q.    And who paid for the cab?

10   A.    I don't know.

11   Q.    Was it a yellow cab?

12   A.    You said who paid?

13   Q.    Yes.

14   A.    I don't know, sir.

15   Q.    Was it a yellow cab?

16   A.    I don't know.

17   Q.    And where did you sit in the cab, if you

18   remember?

19   A.    Next to my mother.

20   Q.    In the back seat?

21   A.    Yes.

22   Q.    And where was Clarence Thomas' mother?

23   A.    On the other side of my mother.

24   Q.    So what happened when you got to the precinct in

25   Central Park?

NYCLD_046490

211

A. MCCRAY

1      A.      We got there.  Clarence mother went to the desk.

2    I sat there with my mother.  Clarence mother went to the

3    desk and asked was Clarence there.

4      Q.      And did you hear how the police officer

5    responded?

6      A.      No.

7      Q.      Did you learn that Clarence was at that precinct?

8      A.      Yes.

9      Q.      And how did you learn that?

10     A.      While she was talking to him, he went through

11   some papers and said he's here.

12     Q.      Okay.  And did you see -- when you were sitting

13   down in the precinct, did you see anyone else in the

14   precinct besides your mother and Clarence Thomas' mother

15   and the police officers?

16     A.      Yes.

17     Q.      Who did you see?

18     A.      There was a door -- there was a room and the door

19   was cracked and I seen Clarence, like I could see him from

20   where I was sitting at.

21     Q.      Okay.  And did you see anyone else in that room?

22     A.      There was people in the room, but I didn't

23   recognize or I wasn't trying to recognize them at the time.

24     Q.      Did you see Kevin Richardson in that room?

25     A.      No.

NYCLD_046491

A. MCCRAY

1    Q.    Did you see Raymond Santana in that room?

2    A.    No.

3    Q.    Did you see Steve Lopez in that room?

4    A.    No.

5    Q.    Did you recognize anyone that room?

6    A.    Just Clarence at the time.  At that point in

7    time, just Clarence.

8    Q.    Were there any police officers in that room?

9    A.    I can't recall.

10   Q.    Okay.  So what happened next?

11   A.    We stayed.  Me and my mother stayed with Clarence

12   mother.  I know my mother had to go to work.  It was like

13   -- it was getting towards the wee hours of the morning,

14   like I think 2 o'clock, and Clarence mother told my mother

15   that she could go home.

16   Q.    Did you ever learn why Clarence Thomas had been

17   picked up and taken to the precinct?

18   A.    At that time?

19   Q.    Yes.

20   A.    No.

21   Q.    Do you know if he been charged with anything?

22   A.    No.

23   Q.    Do you know if he had been arrested for anything?

24   A.    No.

25   Q.    Was Clarence in handcuffs when he was sitting in

NYCLD_046492

A. MCCRAY

1    that room?

2         A.    I can't remember.

3         Q.    At any point, did you go inside that room?

4         A.    No.

5         Q.    Did you speak with anyone in that room throughout

6    the entire time you were in the precinct?

7         A.    No.

8         Q.    Okay.  Did you yourself speak with anyone while

9    you were at the Central Park precinct?

10        A.    My mother.

11        Q.    Anyone else?

12        A.    I can't remember, sir.

13        Q.    Did you speak with any police officers?

14        A.    I can't recall.

15        Q.    Did your mother tell anyone her name when she was

16   at the precinct?

17        A.    I can't recall.

18        Q.    Did your mother tell anyone your name?

19        A.    I can't recall.

20        Q.    And did you tell anyone your name while you were

21   at the precinct?

22        A.    I don't think so, sir.

23        Q.    Okay.  So you said it was around 2 a.m. when you

24   left?

25        A.    Around that time.

NYCLD_046493

214

A. MCCRAY

1      Q.    Did you -- at the time that you left, did you

2   know what was going to happen to Clarence?

3      A.    No.

4      Q.    Did Clarence Thomas' mother know what was going

5   to happen to Clarence?

6             MR. WAREHAM:   Objection.

7      A.    I don't know.

8      Q.    When you left, did you have to ask anyone's

9   permission to leave?

10     A.    No.

11     Q.    What happened next?

12     A.    My mother told her, Was she going to be okay.

13  She said yes.  And my mother said, Okay.  Give me a call

14  when he gets home.

15     Q.    Okay.

16     A.    Me and my mother took a cab back home.  I said it

17  was late because I know my mother was like, I'll deal with

18  you after that.  I'm going to get some rest, but I'll deal

19  with you.

20             My mother said she will deal with me when she get

21  back home.  She going to get some rest right now.  She'll

22  deal with me after work.

23     Q.    So at this point, your mother was still angry

24  with you?

25     A.    Yes.

NYCLD_046494

A. MCCRAY

1      Q.      And what time did your mother normally go to

2   work?

3      A.      7:30 in the morning.

4      Q.      And just to backtrack, Mr. McCray, you didn't

5   have to ask any police officer's permission to leave the

6   Central Park precinct, did you?

7      A.      No, sir.

8      Q.      So how long did it take you to get home in the

9   cab?

10     A.      I don't know, sir.

11     Q.      What time did you go to bed that night?

12     A.      I don't know exactly what time I went to bed.

13     Q.      And when your mother said I'll deal with you in

14  the morning, did she say that --

15     A.      She said, I'll deal with you later.

16     Q.      I'm sorry, I'll deal with you later after work,

17  did she say that to you when you were in the apartment or

18  were you in the cab?

19     A.      In the cab.

20     Q.      And did you have any other type of conversation

21  with your mother while you were in the cab?

22     A.      No, sir.

23     Q.      And did you have any conversation with your

24  mother when you arrived home?

25     A.      She told me to go straight -- straight to bed.

NYCLD_046495

A. MCCRAY

1      Q.    And did you?

2      A.    I was in the bed, but I wasn't sleeping at the

3    time.

4      Q.    What time did you wake up on April 20th?

5      A.    Eight o'clock, 8:30.

6      Q.    Okay.  And just to be clear, you didn't have

7    school that day, right?

8      A.    I didn't have school, sir.

9      Q.    When you woke up on April 20, 1989, was anyone

10   else home?

11     A.    No, sir.

12     Q.    What did you do after you woke up?

13     A.    I got something to eat.  Made myself something to

14   eat and watched TV.

15     Q.    What did you eat?

16     A.    I don't know.

17     Q.    And what TV did you watch?

18     A.    Which TV?

19     Q.    Yeah.  What TV shows?

20     A.    I don't know.

21     Q.    Did you see anything on the news about what had

22   happened in Central Park the night before?

23     A.    No.

24     Q.    Were there any newspapers around your house on

25   the morning of April 20th?

NYCLD_046496

217

A. MCCRAY

1      A.      I don't know.

2      Q.      Did any of them --

3              MR. DePAUL:   Strike that.

4      Q.      Did any newspapers talk about what happened?

5      A.      Well, I didn't go outside to get the newspaper.

6      Q.      So there was no newspaper inside your house?

7      A.      No newspaper, sir.

8      Q.      Did there come a time on the morning of April 20,

9      1989, when Bobby McCray returned home?

10     A.      Yes.

11     Q.      What time was that?

12     A.      I don't remember the time exactly.

13     Q.      And was that -- was he on the end of his shift,

14     was he taking a break, was he on a lunch break?  Do you

15     know why he came home?

16     A.      I think it was the end of his shift.

17     Q.      Okay.  And did you speak with Bobby McCray after

18     he came home?

19     A.      I just said, How you doing, Dad?

20     Q.      And did he respond?

21     A.      Yes.

22     Q.      And what did he say?

23     A.      He said, I'm doing okay.  How you doing?  I said,

24     Okay.

25     Q.      And then after that?

NYCLD_046497

218

A. MCCRAY

1    A.    He went in his room.

2    Q.    What happened after that?

3    A.    There was a knock at the door.

4    Q.    I'm sorry, just to backtrack.

5          What were Bobby McCray's hours at work, if you

6    know?

7    A.    I don't know.

8    Q.    Did he have a regular shift?

9    A.    I don't know because some days it'd be like I

10   didn't see him for a whole night or a whole day, like he

11   was doing doubles or something like that.  I don't know.

12   Q.    Okay.  So you said there was a knock at the door?

13   A.    Yes.

14   Q.    Who opened the door?

15   A.    I did.

16   Q.    And when you opened the door, what did you see?

17   A.    Like three Caucasian men.

18   Q.    And did those men identify themselves?

19   A.    Yes.

20   Q.    Who did they identify themselves to be?

21   A.    Police officers.

22   Q.    Were those men in uniform?

23   A.    No.

24   Q.    What were they wearing?

25   A.    Regular clothes.

NYCLD_046498

A. MCCRAY

1    Q.    Okay.  Were they wearing suits or just regular

2    clothes?

3    A.    Suits.

4    Q.    Can you describe each of the men for me so that

5    when -- do you know what any of their ethnicities were?

6    A.    Caucasian.

7    Q.    They were all Caucasian?

8    A.    I think so.

9    Q.    And how tall were they?

10    A.    They was taller than me.  Excuse me.  They was

11    tall.

12    Q.    So other than then --

13        MR. DePAUL:  Strike that.

14    Q.    Other than identifying themselves as police

15    officers, did they say anything else?

16    A.    They asked me was my parents home.  They asked me

17    who was I.

18    Q.    Okay.  And what did you say?

19    A.    Antron.  Excuse me.  Antron.

20    Q.    And did they ask for your last name?

21    A.    I don't know.

22    Q.    And then they asked you if your parents were

23    home?

24    A.    Yes.

25    Q.    And what did you say?

NYCLD_046499

220

A. MCCRAY

1   A.   I told them my father was home.

2   Q.   Okay.  And then what happened?

3   A.   They told me to go get him.

4   Q.   And did you?

5   A.   Yes, sir.

6   Q.   What happened next?

7   A.   I got my father.  He opened the door back and he

8   let them in.

9   Q.   And what was your reaction when you saw the

10  police officers at your door?

11  A.   I guess I was scared.

12  Q.   Why?

13  A.   Because I had police officers at my door.

14  Q.   Did you think that they were there for you?

15  A.   Yes, he asked me -- one of them asked me -- they

16  asked who I was, so I kind of figured they was there for

17  me.

18  Q.   Okay.  So your father invited them in?

19  A.   Yes, sir.

20  Q.   And then what happened?

21  A.   They were speaking amongst themselves.

22  Q.   Okay.

23  A.   And one of the officers -- I don't know who --

24  one of the officers told my father they need to take me

25  down to the precinct.

NYCLD_046500

A. MCCRAY

1      Q.     Did -- I'm sorry.  Did the police officers ask

2   for you by name or did they ask you what your name was?

3      A.     What my name was.

4      Q.     Okay.  So you said that the officers were having

5   a conversation with Bobby McCray?

6      A.     Yes, sir.

7      Q.     Could you hear any part of that conversation?

8      A.     I just heard they told my father that they were

9   going to take me downtown, they wanted me and my father to

10   go downtown.

11      Q.     And what did your father say?

12      A.     He said okay.

13      Q.     Okay.  And then what happened?

14      A.     Then he said, Let me call my wife --

15      Q.     Okay.

16      A.     -- so she can meet us there or will meet us at

17   the house.

18      Q.     So your dad called your mother?

19      A.     Yes, sir.

20      Q.     And he called her at work?

21      A.     Yes, sir.

22      Q.     And could you hear what your dad was saying to

23   your mother?

24      A.     No.  I mean, I don't know.  I heard -- I can't

25   remember word for word though, but I think he said, like, I

NYCLD_046501

A. MCCRAY

1    need you to come home because Tronny got to go to the

2    precinct.  We got to go the precinct with Tronny.

3        Q.    Okay.  And by "Tronny," he meant you?

4        A.    Yes, sir.

5        Q.    And then what happened?

6        A.    They let us wait for my mother.  My mother came

7    and then we went down.  My mother came and then one of the

8    officers asked me did I have -- the clothes that I have on,

9    did I have on last night.

10       Q.    And what did you say?

11       A.    I said, No, sir.

12       Q.    And then what happened after that?

13       A.    He asked me where was the clothes that I had on

14   last night.

15       Q.    What did you say?

16       A.    I said, In the bathroom, in the tub.

17       Q.    And the officer ask you to do anything?

18       A.    He asked me where the bathroom was.

19       Q.    Okay.  And did you say where the bathroom was?

20       A.    Yes, sir.

21       Q.    And then what happened?

22       A.    I showed him the bathroom, and he got my clothes.

23       Q.    So he took your clothes?

24       A.    Yes.

25       Q.    Can you describe that officer for me?

NYCLD_046502

A. MCCRAY

```
 1     A.     No, sir.

 2     Q.     When he took your clothes, what did he do with

 3  them?

 4     A.     I don't remember, sir.

 5     Q.     Did he put them in a bag?  Did they hold them in

 6  his hands?

 7     A.     He had them in his hand.

 8     Q.     Okay.  And did there come a time when your mom

 9  arrived at your apartment?

10     A.     Yes.

11     Q.     Okay.  And how long did it take for her to get to

12  the apartment?

13     A.     Not too long.

14     Q.     And what was your mother's demeanor when she got

15  home?

16     A.     She looked like she was scared.

17     Q.     Okay.  And what was your father's demeanor at

18  this point?

19     A.     He had -- his expression -- he was calm, like he

20  always was.

21     Q.     And how were you feeling?

22     A.     I was nervous.

23     Q.     So what happened after that?

24     A.     Me and my mother and my father went downstairs.

25  And while we was walking out the building, there was like
```

NYCLD_046503

A. MCCRAY

1   two police cars, and Clarence Thomas was in one of them.

2   And me and my mother and my father got in the other police

3   car.

4       Q.   So you didn't get in the same car as Clarence

5   Thomas?

6       A.   No, sir.

7       Q.   Was Clarence Thomas' mother in the car with him?

8       A.   I can't recall, sir.

9       Q.   Do you know if anyone else besides police

10  officers was in the car with Clarence Thomas?

11      A.   No, sir.

12      Q.   And the police car that you got into with your

13  mother and your father, did that have police markings on

14  it?

15      A.   No, sir.

16      Q.   So it didn't have any police markings on it?

17      A.   No, sir.

18      Q.   Okay.  Do you remember what color the car was?

19      A.   No, sir.

20      Q.   Did you get in the back seat?

21      A.   Yes, sir.

22      Q.   And where were you seated in the back seat?

23      A.   I was seated I think next to my mother.

24      Q.   Were you in the middle?

25      A.   I don't think so, sir.

NYCLD_046504

225

A. MCCRAY

1      Q.      Okay.  Do you remember if you were on the right

2   side or the left side?

3      A.      I don't remember.

4      Q.      Were you handcuffed in the police car?

5      A.      No, sir.

6      Q.      At any point before you got into the police car,

7   were you placed in handcuffs?

8      A.      No, sir.

9      Q.      So what happened next?

10      A.      We drove to a precinct.

11      Q.      Do you know which one?

12      A.      No.

13      Q.      Was it any of the precincts you had been to the

14   night before?

15      A.      No, sir.

16      Q.      Did anyone --

17              MR. DePAUL:  Strike that.

18      Q.      How many police officers were in the car with

19   you?

20      A.      I can't recall.

21      Q.      Was there any conversation in the car while you

22   were driving to the police precinct?

23      A.      No.

24      Q.      Did you say anything to your mother or your

25   father?

NYCLD_046505

226

A. MCCRAY

```
 1      A.   No.

 2      Q.   Did they say anything to you?

 3      A.   No.

 4      Q.   Did the police officers speak to your parents at

 5  all?

 6      A.   In the car?

 7      Q.   Yes.

 8      A.   No, sir.

 9      Q.   Did the police officer or police officer who was

10  in the car speak to you at all?

11      A.   No, sir.

12      Q.   Did you cry when you were in the car?

13      A.   Yes.

14      Q.   Why were you crying?

15      A.   I was scared.

16      Q.   And did your mother say anything to you while you

17  were crying?

18      A.   She was just wiping my face.

19      Q.   To your knowledge, had your clothes been washed

20  at all before the police officer took them from the tub?

21      A.   No, sir.

22      Q.   Had they been soaked or -- had they been soaked

23  in any way?

24      A.   No, they weren't soaked, sir.

25      Q.   So how long did it take you to get to the police
```

NYCLD_046506

A. MCCRAY

1   precinct?

2       A.      I don't know.

3       Q.      What happened next?

4       A.      We went to the police precinct.  They put us in a

5   room, me and my mother and father.

6       Q.      And what did the room look like?

7       A.      It was a room with a desk in it.

8       Q.      A room with a desk you said?

9       A.      Yes, yes.

10      Q.      Can you remember anything else in the room?

11      A.      No, sir.

12      Q.      Was the room big or was it small?

13      A.      I don't know, sir.

14      Q.      So what happened next?

15      A.      They sat us down.  Three police officers, they

16  sat down and they asked me what happened last night.

17      Q.      So when you entered the room, did the police

18  officers enter with you?

19      A.      They opened the door and they came in behind us.

20      Q.      Okay.  So you all went in basically at the same

21  time?

22      A.      Yes.

23      Q.      Okay.  And it was three police officers in the

24  room with you?

25      A.      Three or four.  Maybe five.

NYCLD_046507