大成 DENTONS

Natalie J. Spears
natalie.spears@dentons.com
D    +1 312-876-2556

Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, IL  60606-6361
United States

dentons.com

February 19, 2021

Honorable P. Kevin Castel                    **BY ECF**
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 11D
New York, NY 10007-1312


Re:     *Fairstein v. Netflix, Inc. et al.*, 20-cv-8042 (PKC)

Dear Judge Castel:

Defendants Netflix, Inc., Ava DuVernay and Attica Locke respectfully request oral argument on their Motion to Dismiss for Failure to State a Claim.  (ECF No. 86.)  The motion is now fully briefed with the submission of Defendants' reply brief today.  (*See* ECF Nos. 86 - 88 (Motion, Memo and Appendix), 90 - 92 (Opposition and Appendix) and 93 (Reply).)

                                          Respectfully submitted,

                                          */s/ Natalie J. Spears*

                                          Natalie J. Spears (*pro hac vice*)
                                          Gregory R. Naron (*pro hac vice*)
                                          Jacqueline A. Giannini (*pro hac vice*)
                                          DENTONS US LLP
                                          233 South Wacker Drive, Suite 5900
                                          Chicago, Illinois 60606
                                          Phone: (312) 876-8000
                                          *natalie.spears@dentons.com*
                                          *gregory.naron@dentons.com*
                                          *jacqui.giannini@dentons.com*

Sandra D. Hauser
Kiran Patel
DENTONS US LLP
1221 Avenue of the Americas
New York, New York  10020
Phone: (212) 768-6700
*sandra.hauser@dentons.com*
*kiran.patel@dentons.com*

*Attorneys for Defendants Netflix, Inc., Ava DuVernay and Attica Locke*

cc: All counsel of record via ECF