UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
LINDA FAIRSTEIN,

                Plaintiff,                    20-cv-8042 (PKC)

    -against-                         ORDER

NETFLIX INC., et al.,

                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Exhibit A to document number 87 may be physically submitted to the Clerk of Court in DVD or CD or format.

        SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
         March 11, 2021