UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
LINDA FAIRSTEIN,

                        Plaintiff,                      20-cv-8042 (PKC)

   -against-                                                 ORDER

NETFLIX INC., et al.,

                        Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

       There will be a conference to address the means to achieve the five goals set forth in Rule 16(a), Fed. R. Civ. P.  The Court intends to limit and constrain, among other things, the "comprehensive electronic and paper discovery," which the parties envision in their letter of September 20, 2021 in view of the proportionality and other considerations set forth in Rule 26(b)(1), Fed. R. Civ. P.  In that regard, the circumstance that there were 95 depositions and approximately 200,000 pages of documents in the federal civil rights action should streamline discovery in this action, not prolong it as the letter to the Court suggests.

       Allowing free-wheeling discovery coupled with periodic pretrial conferences is no way to manage a case.  The answer is achieving a common understanding at the outset and then holding the parties to limitations set by the Court.

       Conference set for October 13, 2021 at 2 p.m. in Courtroom 11D.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       September 20, 2021