UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDA FAIRSTEIN,<br><br>    Plaintiff,<br><br>v.<br><br>NETFLIX, INC., AVA DUVERNAY, and ATTICA LOCKE,<br><br>    Defendants. | Case No. 20-cv-8042 (PKC)<br><br>Judge P. Kevin Castel |

## MOTION TO WITHDRAW APPEARANCE OF KIRAN PATEL

PLEASE TAKE NOTICE that Dentons US LLP hereby moves to withdraw the appearance of Kiran Patel as counsel for Defendants Netflix, Inc., Ava DuVernay and Attica Locke in the above-captioned action. Withdrawal is requested because Mr. Patel is leaving Dentons US LLP to begin a new position as an attorney for the United States government. Netflix, Inc., Ava DuVernay and Attica Locke will continue to be represented by Dentons US LLP, and no party will be prejudiced if this Motion is granted.

| | |
|---|---|
| Dated:  September 9, 2022 | /s/ *Natalie J. Spears* |

                                         Natalie J. Spears (*pro hac vice*)
                                         Gregory R. Naron (*pro hac vice*)
                                         Jacqueline A. Giannini (*pro hac vice*)
DENTONS US LLP
233 S. Wacker Dr., Suite 5900
Chicago, IL 60606
Telephone: (312) 876-8000
natalie.spears@dentons.com
gregory.naron@dentons.com
jacqui.giannini@dentons.com

Sandra D. Hauser
Kiran Patel
DENTONS US LLP
1221 Avenue of the Americas
New York, New York  10020
Phone: (212) 768-6700
sandra.hauser@dentons.com
kiran.patel@dentons.com

*Attorneys for Defendants Netflix, Inc., Ava DuVernay and Attica Locke*