# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDA FAIRSTEIN, | ) |
| | ) |
| Plaintiff, | ) Case No. 20-cv-8042 (PKC) |
| | ) |
| v. | ) Judge P. Kevin Castel |
| | ) |
| NETFLIX, INC., AVA DUVERNAY, and ATTICA LOCKE, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF APPEARANCE OF JUSTIN N. KATTAN

PLEASE TAKE NOTICE that Justin N. Kattan, an attorney in good standing of the bar of this Court and a member of the law firm DENTONS US LLP, hereby appears as counsel for Defendants Netflix, Inc., Ava DuVernay and Attica Locke and requests that copies of papers served in this action be served on the undersigned.

Dated:  September 9, 2022

        DENTONS US LLP

        */s/ Justin N. Kattan*

        Justin N. Kattan
        1221 Avenue of the Americas
        New York, New York, 10020
        (212) 768-6923
        justin.kattan@dentons.com

        *Attorney for Netflix, Inc., Ava DuVernay and Attica Locke*