UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
LINDA FAIRSTEIN,

                Plaintiff,                  20-cv-8042 (PKC)

    -against-                       ORDER

NETFLIX INC., et al.,

                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Counsel have leave to submit exhibits in CD form to the Clerk's Office.

        SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
         October 4, 2022