**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **LINDA FAIRSTEIN,** <br><br> **Plaintiff,** <br><br> vs. <br><br> **NETFLIX, INC., AVA DUVERNAY, and ATTICA LOCKE,** <br><br> **Defendants.** | **Case No. 20-cv-8042 (PKC)** |

<u>**DECLARATION OF ELIZABETH LEDERER**</u>

Elizabeth Lederer hereby declares, subject to the penalties of perjury pursuant to 28 U.S.C. § 1746:

1. Annexed hereto as Exhibit A is a true and correct copy of an excerpt of the deposition testimony I gave on July 17, 2013 in *In re: McCray, Richardson, Santana, Wise and Salaam Litigation*, No. 03-CV-9685(DAB)(RLE).

2. Annexed hereto as Exhibit B is a true and correct copy of an excerpt of deposition testimony I gave on July 19, 2013 in *In re: McCray, Richardson, Santana, Wise and Salaam Litigation*, No. 03-CV-9685(DAB)(RLE).

3. Annexed hereto as Exhibit C is a true and correct copy of an excerpt of deposition testimony I gave on July 24, 2013 in *In re: McCray, Richardson, Santana, Wise and Salaam Litigation*, No. 03-CV-9685(DAB)(RLE).

I declare under the penalty of perjury that the foregoing is true and correct, pursuant to Title 28, United States Code 1746.

Executed on the 23 day of November, 2022.

_____
ELIZABETH LEDERER