大成 DENTONS

**Natalie J. Spears**

natalie.spears@dentons.com
D   +1 312-876-2556

Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, IL  60606-6361
United States

dentons.com

January 19, 2023

**BY ECF**

Honorable P. Kevin Castel
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Courtroom 11 D
New York, NY 10007

Re:   *Fairstein v. Netflix, Inc. et al*, No. 20-cv-8042 (PKC) – Request for Oral Argument on Defendants' Motion for Summary Judgment

Dear Judge Castel:

We represent Defendants Netflix, Inc., Ava DuVernay and Attica Locke.  Per Rule 3.F of this Court's Individual Practices, and as noted in Defendants' Motion for Summary Judgment (ECF No. 146), Defendants request oral argument on their Motion at the Court's convenience.

|  | Respectfully Submitted, |
|---|---|
|  | By:   */s/ Natalie J. Spears* |

| | |
|---|---|
| Sandra D. Hauser | Natalie J. Spears (*pro hac vice*) |
| Justin N. Kattan | Gregory R. Naron (*pro hac vice*) |
| 1221 Avenue of the Americas | Jacqueline A. Giannini (*pro hac vice*) |
| New York, New York 10020 | DENTONS US LLP |
| Phone: (212) 768-6802 | 233 South Wacker Drive, Suite 5900 |
| | Chicago, Illinois 60606 |
| | Phone: (312) 876-8000 |
| | |
| | *Attorneys for Defendants Netflix, Inc., Ava DuVernay and Attica Locke* |