UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDA FAIRSTEIN, <br><br> Plaintiff, <br><br> v. <br><br> NETFLIX, INC., AVA DUVERNAY, and ATTICA LOCKE, <br><br> Defendants. | Case No. 20-cv-8042 (PKC) <br><br> Judge P. Kevin Castel |

## NOTICE OF APPEARANCE OF SEETHA RAMACHANDRAN

PLEASE TAKE NOTICE that Seetha Ramachandran, an attorney in good standing of the bar of this Court and a partner in the law firm Proskauer Rose LLP, hereby appears as counsel for Defendants Netflix, Inc., Ava DuVernay, and Attica Locke and requests that copies of papers served in this action be served on the undersigned.

Dated:   September 27, 2023

PROSKAUER ROSE LLP

*/s/ Seetha Ramachandran*
Seetha Ramachandran
Eleven Times Square
New York, New York 11036-8299
Telephone: (212) 969-3455
sramachandran@proskauer.com

*Attorney for Netflix, Inc., Ava DuVernay, and Attica Locke*