UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDA FAIRSTEIN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NETFLIX, INC., AVA DUVERNAY, and ATTICA LOCKE,<br><br>　　　　Defendants. | Case No. 20-cv-8042 (PKC)<br><br>Judge P. Kevin Castel |

## NOTICE OF APPEARANCE OF BART H. WILLIAMS

PLEASE TAKE NOTICE that Bart H. Williams, an attorney admitted to practice *pro hac vice* in this Court and a partner in the law firm Proskauer Rose LLP, hereby appears as counsel for Defendants Netflix, Inc., Ava DuVernay, and Attica Locke and requests that copies of papers served in this action be served on the undersigned.

Dated:　October 3, 2023

　　　　　　　　　　　　　　　　　　　　　　　　PROSKAUER ROSE LLP

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Bart H. Williams*
　　　　　　　　　　　　　　　　　　　　　　　　Bart H. Williams
　　　　　　　　　　　　　　　　　　　　　　　　2029 Century Park East, Suite 2400
　　　　　　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90067
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (310) 284-4520
　　　　　　　　　　　　　　　　　　　　　　　　E-mail: bwilliams@proskauer.com

　　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Netflix, Inc., Ava DuVernay, and Attica Locke*