UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDA FAIRSTEIN,<br><br>        Plaintiff,<br><br>v.<br><br>NETFLIX, INC., AVA DUVERNAY, and ATTICA LOCKE,<br><br>        Defendants. | Case No. 20-cv-8042 (PKC)<br><br>Judge P. Kevin Castel |

### NOTICE OF APPEARANCE OF ALYSON C. TOCICKI

PLEASE TAKE NOTICE that Alyson C. Tocicki, an attorney admitted to practice *pro hac vice* in this Court and an associate at the law firm Proskauer Rose LLP, hereby appears as counsel for Defendants Netflix, Inc., Ava DuVernay, and Attica Locke and requests that copies of papers served in this action be served on the undersigned.

Dated:   October 3, 2023

                                                      PROSKAUER ROSE LLP

                                                      */s/ Alyson C. Tocicki*
                                                      Alyson C. Tocicki
                                                      2029 Century Park East, Suite 2400
                                                      Los Angeles, CA 90067
                                                      Telephone: (310) 284-4578
                                                      E-mail: atocicki@proskauer.com

                                                      *Attorney for Netflix, Inc., Ava DuVernay, and Attica Locke*