

| | Ira S. Nesenoff<br>Andrew T. Miltenberg | Barbara H. Trapasso<br>Adrienne D. Levy<br>Regina M. Federico | Kara L. Gorycki<br>Susan E. Stark<br>Julie A. Sacks |
|---|---|---|---|
| | Stuart Bernstein<br>Tara J. Davis<br>Gabrielle M. Vinci | Ben Goldstein<br>Amy Zamir<br>Kristen Mohr<br>Helen Setton<br>Jordan Tuchman | *Senior Litigation Counsel*<br><br>Marybeth Sydor<br>*Title IX Consultant* |

ATTORNEYS AT LAW
**nmllplaw.com**

October 11, 2023

**BY ECF**
Honorable P. Kevin Castel
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Courtroom 11D
New York, NY 10007

      Re:    *Fairstein v. Netflix, Inc.* Case No. 20-cv-08042
               Plaintiff's Request to Extend Deadline

Dear Judge Castel:

      The undersigned represents Plaintiff Linda Fairstein ("Plaintiff") in the above-referenced action. In accordance with Part 1.C of Your Honor's Individual Practices, we write to request a two-week extension of the February 2, 2024 submission deadline set forth in the Pre-Trial Scheduling Order. (Doc No. 218). Should the extension be granted, Plaintiff's responses to Defendants' in limine motions and the parties' proposed Joint Pre-Trial Order, including stipulations of fact, will be due on February 16, 2024.

      Pursuant to the Pre-Trial Scheduling Order, Plaintiff currently has 14 days to respond to Defendants' motions in limine, object to Defendants' trial exhibits and any designations of deposition testimony and respond to Defendants' proposed stipulations of fact. In contrast, Defendants have 35 days to respond to Plaintiff's submissions. As Your Honor is aware, the parties have previously engaged in substantial motion practice in this case. We anticipate that this will continue with Defendants' in limine motions. Plaintiff is represented by a small firm, and as such is limited in the number of lawyers available to adequately respond to Defendants' submissions within the allotted 14-day period.

      Plaintiff has not previously requested an extension of this deadline.

363 Seventh Avenue | 5th Floor | New York, NY | 10001 | T: 212.736.4500

101 Federal Street | 19th Floor | Boston, MA | 02110 | T: 617.209.2188

4 Palo Alto Square | 3000 El Camino Real | Suite 200 | Palo Alto, CA | 94306 | T: 650.209.7400



    Counsel for the parties have conferred about this matter and Defendants have no objection to Plaintiff's request.

                                            Respectfully Submitted,

                                            By:    /s/ *Kara L. Gorycki*
                                                    Kara L. Gorycki (KG 3519)
                                                    Andrew T. Miltenberg (AM 7006)
                                                    NESENOFF & MILTENBERG, LLP
                                                    363 Seventh Avenue, 5th Floor
                                                    New York, New York 10001
                                                    Phone: (212) 736-4500
                                                    kgorycki@nmllplaw.com
                                                    amiltenberg@nmllplaw.com

cc:       All Counsel of Record (via ECF)