# Exhibit 38

Page 1

CONFIDENTIAL - ANTHONY FREINBERG

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------X

LINDA FAIRSTEIN,

         Plaintiff,     Case No.

                       1:20-cv-08042-PKC

      - against -

NETFLIX, INC., AVA DUVERNAY, and

ATTICA LOCKE,

         Defendants.

-------------------------------------------X

CONFIDENTIAL VIDEOTAPED DEPOSITION

OF

ANTHONY FREINBERG

Wednesday, October 12, 2022

REPORTED BY:

LINDA J. GREENSTEIN

JOB NO. 5501259

Page 94

CONFIDENTIAL - ANTHONY FREINBERG

We Deliver?

A.    I do recall that.

Q.    And are you aware that after May 31, 2019, Ms. Fairstein was no longer a member of the board of God's Love We Deliver?

A.    I do recall that.

Q.    If prior to the airing of the series on May 31, 2019, Ms. Fairstein made fairly consistent public statements about the Five and had a career writing crime novels and was on the boards of some nonprofits, why do you think in 2022 she needs to change her prior positions in order to have a reputation repair program work?

MS. SPEARS:  Objection. Form.  Scope.

A.    That's -- you know, that's not what I was asked to look into here.

I was asked to look into whether or not I believed Mr. Fisher's program would be effective.

My belief is that it would not

Page 95

CONFIDENTIAL - ANTHONY FREINBERG

be effective without that kind of expression.  That's my -- that's my expert view.

Q.    Were you assigned to offer an opinion in this case as to whether or not "When They See Us" caused reputational harm to Ms. Fairstein?

A.    I was not.

Q.    In assessing whether or not Mr. Fisher's reputation repair program could be effective, did you take into account any impact that "When They See Us" may have had on Ms. Fairstein's reputation?

A.    Mr. Fisher explored his views on that topic at some considerable length.

I sought to place Linda Fairstein's reputation into a 30-year context without either agreeing or disagreeing with Mr. Fisher's views on what had or hadn't caused her harm, or what had, or the specific impact of "When They See Us" had or had not been.

Q.    When you conduct a search on Google for the name "Linda Fairstein" in

CONFIDENTIAL - ANTHONY FREINBERG

Ms. Fairstein received over the decades since the Central Park Jogger case, does it?

MS. SPEARS:  Objection.

Asked and answered.

A.    I mean, I think we discussed earlier whether I reviewed materials and I certainly did review materials.

Q.    The question is does your report contain any review of positive publicity that Ms. Fairstein received over the decades in which she was a prosecutor and then an author of crime novels?

A.    My report links two articles which I believe contained positive reviews of some of her crime novels, I believe.

Q.    Does your report discuss Ms. Fairstein's reputation over the past almost 40 years as a whole or does it focus on negative publicity exclusively?

A.    I think -- I'm not trying to split hairs here but I think there might be a slight false dichotomy there, if I could explain.

CONFIDENTIAL - ANTHONY FREINBERG

Q.    Sure.

A.    It focuses on specific moments because specific -- specificity helps you to get a general picture.

It focuses on specific incidents within the context of her overall reputation.

But, again, it was not -- it was neither an attempt to evaluate Ms. Fairstein's life as a human being or a public servant or a mystery writer, or whatever, nor an attempt to specifically highlight anything and everything negative that had ever been said about her.  That's certainly not what we did here either.

What it was, was to use specific moments over the course of 30 years to show her long-standing, I would say inextricable in the public eye link with the Central Park Jogger case.

Q.    Does a person with a "checkered reputation," as you call it, win numerous awards over the course of their career?

A.    Some may; some may not.  I

CONFIDENTIAL - ANTHONY FREINBERG

couldn't generalize on that.

Q.    Does a person with a checkered reputation have a decades-long career as a best-selling crime novelist?

A.    I can think of examples of best-selling crime novelists with extremely checkered reputations.  So, yes, I think that's possible.

Q.    Do you think that it's merely coincidence that the film series aired and Ms. Fairstein lost her careers and all of the work that she had been doing in the nonprofit context?

MS. SPEARS:  Objection.

Scope.

A.    I -- I wasn't asked to evaluate causation.  I was asked to evaluate the potential effectiveness of Mr. Fisher's plans.  So I couldn't offer an opinion on that.

Q.    When forming your opinion about the effectiveness of Mr. Fisher's plan, reputation repair plan --

A.    Yes.

CONFIDENTIAL - ANTHONY FREINBERG

Q.    -- did you look at Ms. Fairstein's reputation as a whole or did you simply focus on the negative publicity she had received over a 40-year time period?

A.    And, again, I just want to come back.  I think that that's a slightly false dichotomy.  Specific moments of negativity both factor into someone's overall reputation and factors specifically into how a reputational rehabilitation program might or might not prove effective.

So I just don't know.  That's an either/or question.

Q.    And is it your opinion that negative publicity that Ms. Fairstein received as a result of the series "When They See Us" is irrelevant to assessing the effectiveness of a reputation repair program for her?

MS. SPEARS:  Objection. Form.  Scope.

A.    I don't think I can offer an opinion on that.

Page 105

CONFIDENTIAL - ANTHONY FREINBERG

Q.    If Ms. Fairstein won this lawsuit and it was found that she was defamed in "When They See Us," do you think that would impact the reputation repair program that has been proposed by Mr. Fisher?

MS. SPEARS:  Objection.

Scope.

A.    It's a very interesting question, but I just don't know that it's -- it's certainly not one that I've looked into, conducted research on.

So I just wouldn't feel -- as interesting a hypothetical as it is, I wouldn't feel that I could offer an opinion on it.

Q.    Bear with me.  I'm just finding my page.

Can you turn to -- Exhibit 1, I believe is your expert report, I think you have it in front of you still, to look at page 8.

A.    Not Exhibit 1 of the expert report.

CONFIDENTIAL - ANTHONY FREINBERG

C E R T I F I C A T E

I, Linda J. Greenstein, Professional Shorthand Reporter and Notary Public in and for the State of New York, do hereby certify that, ANTHONY FREINBERG, the witness whose deposition is hereinbefore set forth, was duly sworn and that such deposition is a true record of the testimony given by the witness to the best of my skill and ability.

I further certify that I am neither related to or employed by any of the parties in or counsel to this action, nor am I financially interested in the outcome of this action.

IN WITNESS WHEREOF, I have hereunto set my hand this 17th day of October, 2022.

_____
Linda J. Greenstein
My commission expires:    January 30, 2025