**Natalie J. Spears**
natalie.spears@dentons.com
D   +1 312-876-2556

Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, IL  60606-6361
United States

dentons.com

January 8, 2024

**BY FEDEX**

Honorable P. Kevin Castel
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Courtroom 11 D
New York, NY 10007

Re:  *Fairstein v. Netflix, Inc. et al*, No. 20-cv-8042 (PKC)
     Defendants' Request for Additional Pages to Respond to Plaintiff's Omnibus Motion *in Limine*

Dear Judge Castel:

Defendants Netflix, Inc., Ava DuVernay and Attica Locke (collectively, "Defendants") respectfully request leave to file an Opposition to Plaintiff's Omnibus Motion *in Limine* (ECF No. 232) of up to 40 pages. The next conference scheduled with the Court is the Final Pretrial Conference on March 7, 2024 (ECF No. 227).

Plaintiff filed her Omnibus Motion *in Limine* on December 15, 2023 raising 15 separate *in limine* issues to exclude evidence. Defendants' opposition is due January 19, 2024. In order to adequately respond to each of the issues raised by Plaintiff, Defendants request an additional 15 pages (40 pages total) for their opposition brief. Counsel for Defendants have conferred with counsel for Plaintiff, who does not object to this request.

Sincerely,

Natalie J. Spears

*Counsel for Defendants Netflix, Inc., Ava DuVernay and Attica Locke*