**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| LINDA FAIRSTEIN,<br><br>Plaintiff,<br><br>v.<br><br>NETFLIX, INC., AVA DUVERNAY, and ATTICA LOCKE,<br><br>Defendants. | ) | Case No. 20-cv-8042 (PKC) |

**DECLARATION OF KARA L. GORYCKI IN SUPPORT OF PLAINTIFF'S MOTION TO EXCLUDE KAPLAN TESTIMONY AND REPORT**

KARA L. GORYCKI, hereby declares, subject to the penalties of perjury pursuant to 28 U.S.C. § 1746:

1. I am Senior Litigation Counsel to Nesenoff & Miltenberg, LLP, attorneys for Plaintiff Linda Fairstein ("Plaintiff"). I submit this declaration in support of Plaintiff's Motion to Exclude Certain Testimony and the Expert Report of Defendants' Rebuttal Expert David P. Kaplan.

2. Annexed hereto as Exhibit 1 is a true and correct copy of the Expert Report of Doug Bania, dated June 17, 2022.

3. Annexed hereto as Exhibit 2 is a true and correct copy of the Declaration of Linda Fairstein, dated June 29, 2020.

4. Annexed hereto as Exhibit 3 is a true and correct copy of the rebuttal Expert Report of David P. Kaplan, dated September 2, 2022.

5. Annexed hereto as Exhibit 4 is a true and correct excerpted copy of the transcript of the deposition of David P. Kaplan, dated October 7, 2022.

6. Annexed hereto as Exhibit 5 is a true and correct copy of an excerpt from the Supplemental Expert Report of Robert J. Fisher.

7. Annexed hereto as Exhibit 6 is a true and correct copy of Gray, Robert P., et al., Chapter 11, "Planning Credible Lost Profits Analyses for Financial Experts" from *The Comprehensive Guide to Economic Damages: Volume One*.

8. Annexed hereto as Exhibit 7 is a true and correct copy of an excerpt from *Litigation Services Handbook: The Role of the Financial Expert,* Eds. Weil, Lentz, and Hoffman Fifth Edition (Wiley 2007), Bates stamped KAPLAN000272-287.

9. Annexed hereto as Exhibit 8 is a true and correct copy of an excerpt from *Econometrics, Legal, Practical and Technical Issue*s, Second Ed., ABA 2014, Bates stamped KAPLAN000184-225.

10. Annexed hereto as Exhibit 9 is a true and correct copy of an excerpt from *Antitrust Economics for Lawyers*, Chapter 8, "Estimating Damages in Collusion Cases," Bates stamped KAPLAN000727-752.

11. Annexed hereto as Exhibit 10 is a true and correct copy of an excerpt from *Proving Antitrust Damages*, Bates stamped KAPLAN000510-556.

12. Annexed hereto as Exhibit 11 is a true and correct copy of Lopatka, John E., and William H. Page, "Economic Authority and the Limits of Expertise in Antitrust Cases," *Cornell Law Review*, Vol. 90, 2005, Bates stamped KAPLAN00415-503.

13. Annexed hereto as Exhibit 12 is a true and correct copy of Wooldridge, Jeffrey M., *Introductory Econometrics: A Modern Approach Fifth Ed.* (South-Western Cenage Learning 2013), Bates Stamped KAPLAN000753-777.

14. Annexed hereto as Exhibit 13 is a true and correct copy of Exhibit 3 from the deposition of David P. Kaplan.

15. Annexed hereto as Exhibit 14 is a true and correct copy of a June 3, 3019 internal email produced by Penguin Random House, Bates Stamped PRH000115.

16. Annexed hereto as Exhibit 15 is a true and correct copy of a June 6, 2019 email exchange produced by Penguin Random House, Bates stamped PRH000178.

Executed on the 15th day of December 2023.

/s/ *Kara L. Gorycki*
Kara L. Gorycki

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2023, a true and correct copy of the foregoing was served by CM/ECF on all counsel of record.

/s/ *Kara L. Gorycki*
Kara L. Gorycki