# Exhibit 1

Expert Report of Doug Bania
dated June 17, 2022