UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
LINDA FAIRSTEIN,

                Plaintiff,                          20-cv-8042 (PKC)

      -against-                                    ORDER

NETFLIX, INC., AVA DUVERNAY and
ATTICA LOCKE,

                Defendants.
-----------------------------------------------------------------x

CASTEL, U.S.D.J.

        The trial of this action will commence on May 6, 2024 at 9:30 a.m. in Courtroom 11D of the Daniel Patrick Moynihan Courthouse at 500 Pearl Street, New York, NY.

        SO ORDERED.

*[signature]*
P. Kevin Castel
United States District Judge

Dated: New York, New York
       January 10, 2024