UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
LINDA FAIRSTEIN,

                Plaintiff,                20-cv-8042 (PKC)

    -against-                ORDER

NETFLIX, INC., AVA DUVERNAY and
ATTICA LOCKE,

                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The trial of this action is rescheduled as first back-up trial to <u>United States v Ducuara</u>, 23 cr 432 (PKC), for June 10, 2024 at 9:30 a.m..

        The letter motion (ECF 275) is terminated.

        SO ORDERED.

                                                  P. Kevin Castel
                                        United States District Judge

Dated: New York, New York
       January 18, 2024