**THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LINDA FAIRSTEIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 20-cv-8042 (PKC) |
| v. | ) |
| | ) |
| NETFLIX, INC., AVA DUVERNAY, and | ) |
| ATTICA LOCKE, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DEFENDANTS' MOTION *IN LIMINE* NO. 1: MOTION TO HAVE JURY VIEW SERIES BEFORE OPENING STATEMENTS

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declaration of Seetha Ramachandran and exhibit thereto, and all prior pleadings in this case, Defendants Netflix, Inc., Ava DuVernay and Attica Locke, by their undersigned attorneys, will move this Court, on a date and time to be determined by the Court, for an order that the jury view *When They See Us* (the "Series") before opening statements.

PLEASE TAKE FURTHER NOTICE that, in accordance with the briefing schedule set forth in this Court's October 11, 2023 Order, any opposing papers shall be served and filed by February 16, 2024.

Dated: January 19, 2024          Respectfully submitted,

/s/ *Bart H. Williams*

Natalie J. Spears (*pro hac vice*)
Gregory R. Naron (*pro hac vice*)
Jacqueline A. Giannini (*pro hac vice*)
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, Illinois 60606
Phone: (312) 876-8000
natalie.spears@dentons.com
gregory.naron@dentons.com
jacqui.giannini@dentons.com

Justin N. Kattan
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020
Phone: (212) 768-6700
justin.kattan@dentons.com

Bart H. Williams (*pro hac vice*)
Alyson C. Tocicki (*pro hac vice*)
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067
Phone: (310) 284-4520
bwilliams@proskauer.com
atocicki@proskauer.com

Seetha Ramachandran
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 11036
Phone: (212) 969-3455
sramachandran@proskauer.com

*Attorneys for Defendants Netflix, Inc.,
Ava DuVernay and Attica Locke*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2024, a true and correct copy of the foregoing was served by CM/ECF on all counsel or parties of record on the service list.

*/s/ Bart H. Williams*