UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
LINDA FAIRSTEIN,

                Plaintiff,                20-cv-8042 (PKC)

    -against-                      ORDER

NETFLIX, INC., AVA DUVERNAY and
ATTICA LOCKE,

                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

Time to file motion to seal trial evidence extended to February 27, 2024. The burden of sealing evidence to be presented to a jury in deciding a controversy of public interest is high. The parties are of course welcome to seek leave to present redacted exhibits, in which event the non-redacted portions are not trial evidence. The parties should address how sealed evidence is to be addressed in a public courtroom. In the absence of controlling Supreme Court or Circuit authority, the Court requests citations to district court rulings addressing sealed evidence presented to a jury in a civil case.

SO ORDERED.

                                              P. Kevin Castel
                                              United States District Judge

Dated: New York, New York
        February 1, 2024