AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

|  |  |
|---|---|
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Case No. |
| _____ | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____        *Nicole Swanson*
                              _____
                              *Attorney's signature*

                              _____
                              *Printed name and bar number*

                              _____
                              *Address*

                              _____
                              *E-mail address*

                              _____
                              *Telephone number*

                              _____
                              *FAX number*