UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
LINDA FAIRSTEIN,

                Plaintiff,                      20-cv-8042 (PKC)

    -against-                                ORDER

NETFLIX, INC., AVA DUVERNAY and
ATTICA LOCKE,

                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The final pretrial conference originally scheduled for March 7, 2024 is adjourned to April 3, 2024 at 2:00 p.m. in Courtroom 11D.

        SO ORDERED.

                                                      P. Kevin Castel
                                                  United States District Judge

Dated: New York, New York
       February 22, 2024