**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
|  | x | |
| LINDA FAIRSTEIN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Case No. 20-cv-8042 (PKC) |
| v. | : | |
| | : | |
| NETFLIX, INC., AVA DUVERNAY, and ATTICA LOCKE, | : | |
| | : | |
| Defendants. | : | |
| | : | |
| | x | |

<u>**DECLARATION OF MATTHEW A. LEISH**</u>

I, Matthew A. Leish, declare under penalty of perjury under the laws of the United States pursuant to 28 U.S.C. §1746 as follows:

1.      I am a partner at Miller Korzenik Sommers Rayman, LLP, attorneys for non-party Penguin Random House ("PRH").  I submit this Declaration in support of PRH's Motion to Seal or Redact certain documents submitted by the parties in connection with their various pending *Daubert* motions.  I make this Declaration on personal knowledge except where otherwise indicated.

2.      Counsel for plaintiff and defendants have confirmed that they do not oppose this motion.

3.      In their prior submissions, both parties have sought permission to file under seal a number of documents and portions of documents containing information designated as confidential by PRH.  The documents containing confidential PRH information that are the subject of the parties' prior sealing requests are annexed to the January 10, 2024 Declaration of

1

Kara L. Gorycki in Support of Amended Motion to File and Maintain Confidential Information

Under Seal (Docket No. 259) ("Gorycki Decl."); the January 19, 2024 Declaration of Jacqueline

A Giannini In Support of Motion to File Confidential Information Under Seal (Docket No. 280)

("Giannini Decl."); and the February 16, 2024 Declaration of Kara L. Gorycki In Support of

Plaintiff's Opposition to Defendants' Motion *In Limine* No. 3: Omnibus Motion Regarding

Plaintiff's "Purported Experts" (Docket No. 355) ("Gorycki Opp. Decl.")

4.      As set forth in the Declaration of Allison Dobson ("Dobson Decl.") submitted

herewith, PRH has elected not to seek the continued sealing or redaction of the majority of the

materials identified in the Gorycki Declaration, the Giannini Declaration, and the Gorycki

Opposition Declaration.  Rather, PRH only seeks to seal or redact those documents that reveal

confidential, commercially sensitive details regarding PRH's June 7, 2019 agreement with

Plaintiff Linda Fairstein terminating her publishing contracts.  The documents as to which PRH

seeks sealing or redaction are attached as exhibits to this Declaration.

5.      In the attached exhibits, the lines that PRH seeks to redact are highlighted in

green.  Additional lines highlighted in yellow reflect the parties' requested redactions in their

respective submissions.  PRH does not seek the continued sealing or redaction of the yellow

highlighted lines; only the green highlighted lines are at issue in this Motion.

6.      Annexed hereto as Exhibit A is a June 7, 2019 confidential letter agreement

between PRH and Ms. Fairstein setting out the financial terms of the severing of their

relationship.  This document was originally annexed as Ex. 5 to the Giannini Declaration.  PRH

seeks the sealing of this document in its entirety.

7.      Annexed hereto as Exhibit B is a June 6, 2019 email from PRH to Ms. Fairstein's

agent setting out the proposed financial terms later embodied in the June 7, 2019 letter

agreement.  This email was originally annexed as Ex. 8 to the Gorycki Declaration.  PRH seeks

to redact the green highlighted lines in this document.

8.      Annexed hereto as Exhibit C is a page from the expert report of Doug Bania that

quotes the above-referenced email to Ms. Fairstein's agent.  The Bania Report was originally

annexed as Ex. 3 to the Gorycki Declaration; it was also annexed as Ex. 3 to the Giannini

Declaration.  PRH seeks to redact the green highlighted lines in this document.

9.      Annexed hereto as Exhibit D are various pages from the expert report of David

Kaplan that discuss the financial terms of the June 7, 2019 letter agreement.   The Kaplan Report

was originally annexed as Ex. 4 to the Gorycki Declaration; it was also annexed as Ex. 4 to the

Giannini Declaration.  PRH seeks to redact the green highlighted lines in this document.

10.      Annexed hereto as Exhibit E is a June 7, 2019 email from Ms. Fairstein in which

she disclosed the financial terms of the June 7, 2019 letter agreement.  The email was originally

annexed as Ex. 2 to the Gorycki Opposition Declaration.  PRH seeks to redact the green

highlighted lines in this document.

11.      Annexed hereto as Exhibit F is a page from Defendants' Memorandum of Law in

Support of Their Omnibus Motion *in Limine* Regarding Plaintiff's Purported Experts that refers

to the terms of the June 7, 2019 letter agreement.  This Memorandum was originally filed with

redactions at Docket No. 291 as noted in Paragraph 15 of the Giannini Declaration.  PRH seeks

to redact the green highlighted lines in this document.

12.      Annexed hereto as Exhibit G is a page from Defendants' Memorandum in

Opposition to Plaintiff's Motion *In Limine* to Exclude Certain Testimony of David P. Kaplan that

refers to the terms of the June 7, 2019 letter agreement.  This Memorandum was originally filed

with redactions at Docket No. 330 as noted in Paragraph 16 of the Giannini Declaration.  PRH

seeks to redact the green highlighted lines in this document.


Dated:  February 23, 2024                                        _____

                                                                         Matthew A. Leish