# EXHIBIT C

Nevium LLC

# Expert Report of Doug Bania

Linda Fairstein v. Netflix Inc., Ava Duvernay, and Attica Locke
June 17, 2022

**Nevium LLC**
4678 3rd Street | La Mesa, CA | 858.255.4361
www.nevium.com

### 3.2 Fairstein Enterprises – Causation Investigation

48. Despite Fairstein Enterprises having lower sales and profit following Ms. Fairstein's defamatory portrayal in *When they See Us,* this alone is not enough evidence to support a calculation of actual damages. For a calculation of lost profits at Fairstein Enterprises to be appropriate, the decline in financial performance must be due to the defamatory portrayal of Ms. Fairstein in *When they See Us*, and not other factors. Therefore, I analyzed emails from Ms. Fairstein's publisher and four events related to the Central Park Five case.

49. Per Penguin Random House email exchanges, the termination of Ms. Fairstein was due to her portrayal in *When They See Us*. On June 3, 2019, Penguin Random House's Director of Social Media Strategy sent an email to Claire Von Schilling, Director of Corporate Communications at Penguin Random House,[54] and stated:

> *"As you may already be aware, there's been an uproar against author Linda Fairstein, based on how she is portrayed in the new Netflix movie When They See Us. People have been tweeting at us, and posting in the comments across our platforms demanding we stop publishing her.*
>
> *Wondering if PRH is planning a response? And if so, please let me know if you'd like us to respond on social or ignore."*[55]

50. Further, on June 6, 2019, Madeline McIntosh at Penguin Random House emailed Ms. Fairstein's talent agency and stated:

> *"Esther, I know you've asked for more time, but I don't see a way to get to a different resolution. The weekend is not going to get us on more positive ground. If we thought we had a way forward that would include successfully selling her books, that's what we would be proposing.*
>
> [redacted]
>
> *Given Linda's call with Christine, I'm assuming she will not want to use our suggested "mutually agreed" language. So, we will plan to keep it even briefer: "Dutton has decided not to publish Linda Fairstein in the future." But please let us know if we should use the mutual language instead.*
>
> *I'm very sorry it has come to this."*[56]

51. Based on these email exchanges (the "Relevant Emails"), Penguin Random House was pressured by the public to cut ties with Ms. Fairstein based on her portrayal in *When They See Us*.

52. To further explore whether *When They See Us* was the proximate cause of lost sales and profits at Fairstein Enterprises, I identified four events involving Ms. Fairstein that are

[54] https://www.linkedin.com/in/claire-von-schilling-39086556/
[55] Document 6a: [PRH000115]
[56] Document 7a: [PRH000178]