

| | | | |
|---|---|---|---|
| | Ira S. Nesenoff<br>Andrew T. Miltenberg | Barbara H. Trapasso<br>Adrienne D. Levy<br>Regina M. Federico<br>Ben Goldstein<br>Amy Zamir<br>Kristen Mohr<br>Helen Setton<br>Julie Sacks | Kara L. Gorycki<br>Susan E. Stark<br>*Senior Litigation Counsel* |
| | Stuart Bernstein<br>Tara J. Davis<br>Gabrielle M. Vinci<br>Christine Brown | | Marybeth Sydor<br>*Title IX Consultant* |

**ATTORNEYS AT LAW**
**nmllplaw.com**

March 1, 2024

**BY ECF**
Honorable P. Kevin Castel
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Courtroom 11D
New York, NY 10007

  Re: *Fairstein v. Netflix, Inc.* Case No. 20-cv-08042
     **Robin Swicord Deposition Designations**

Dear Judge Castel:

  The undersigned represents Plaintiff Linda Fairstein in the above-referenced action. Pursuant to the parties' agreement, as detailed in Section VI.A. of the Proposed Joint PreTrial Order (ECF No. 373), we hereby submit Plaintiff's designations of testimony from the deposition of Robin Swicord, including counter designations, objections and responses, which are attached hereto as Exhibit 1.

           Respectfully Submitted,

           /s/ *Kara L. Gorycki*
            Kara L. Gorycki

           *Counsel for Plaintiff Linda Fairstein*