UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
LINDA FAIRSTEIN,

                Plaintiff,

                                                  20-cv-8042 (PKC)

        -against-                                    ORDER

NETFLIX INC., et al.,

                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Seven motions for sealing or redaction remain pending in this case. (ECF 238, 258, 271, 279, 375, 380, 385.) Following the Final Pretrial Conference, counsel to both parties indicated that certain of these motions would be withdrawn. Counsel are directed to confer and to file a joint letter no later than April 19, 2024 stating which motions for sealing or redaction are voluntarily dismissed.

        SO ORDERED.

                                                        P. Kevin Castel
                                               United States District Judge

Dated: New York, New York
       April 11, 2024