UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
LINDA FAIRSTEIN,

                         Plaintiff,                                      20-cv-8042 (PKC)

       -against-                                                   ORDER

NETFLIX, INC., AVA DUVERNAY and
ATTICA LOCKE,

                        Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The request to "supplement" the June 17, 2022 expert report of Mr. Bania is DENIED. (ECF 407.) Plaintiff has not come forward with a proposed schedule for the service of a supplemental expert report, a further deposition of Mr. Bania, a responsive report by Dr. Kaplan, a further deposition of Dr. Kaplan and briefing on a new round of <u>in limine</u> motions, all in a time frame consistent with the commencement of trial on June 10, 2024.

        The Court is unable to discern from the last paragraph of the April 18, 2024 letter whether the proposed expert testimony would amount to new opinions not previously disclosed in a report and, thus, is unable to rule on the request.

        SO ORDERED.

                                                                 P. Kevin Castel
                                                     United States District Judge

Dated: New York, New York
       April 30, 2024