# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

LINDA FAIRSTEIN,               )
                               )
     Plaintiff,                )    Case No. 20-cv-8042 (PKC)
                               )
    v.                         )
                               )
NETFLIX, INC., AVA DUVERNAY, and )
ATTICA LOCKE,                  )
                               )
     Defendants.               )
                               )

## JOINT PRETRIAL ORDER

The parties have conferred among themselves and with the Court pursuant to Rule 16 of the Federal Rules of Civil Procedure. The following statements, directions and agreements are adopted as the Pretrial Order herein.

## I.    Trial Counsel's Contact Information

The contact information for all counsel participating in the trial is set forth below.

### A.  Plaintiff's Counsel

| | | |
|---|---|---|
| Kara L. Gorycki | Stuart Bernstein | Andrew T. Miltenberg |
| Nesenoff & Miltenberg, LLP | Nesenoff & Miltenberg, LLP | Nesenoff & Miltenberg, LLP |
| 363 Seventh Ave., 5th Floor | 363 Seventh Ave., 5th Floor | 363 Seventh Ave., 5th Floor |
| New York, New York 10001 | New York, New York 10001 | New York, New York 10001 |
| O: (212)736-4500 | O: (212)736-4500 | O: (212) 736-4500 |
| M: (917)596-6090 | M: (917)703-2578 | M: (917)868-6816 |
| kgorycki@nmllplaw.com | sbernstein@nmllplaw.com | amiltenberg@nmllplaw.com |

### B. Defendants' Counsel

Bart H. Williams
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
O: (310) 284-4520
C: (310) 721-7746
bwilliams@proskauer.com

Natalie J. Spears
DENTONS US LLP
233 S. Wacker Dr., Suite 5900
Chicago, IL 60606
O: (312) 876-2556
C: (312) 371-8520
natalie.spears@dentons.com

Seetha Ramachandran
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
O: (212) 969-3455
C: (917) 975-1139
sramachandran@proskauer.com

Justin N. Kattan
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020
O: (212) 768-6700
C: (917) 699-7659
justin.kattan@dentons.com

## II.   Jury Trial

Linda Fairstein, Netflix, Inc., Ava DuVernay and Attica Locke all request that this action be tried by a jury. Pursuant to the Court's Order dated September 26, 2023, (ECF No. 218), which requires each side to propose a time limit on the presentation of its evidence and argument at trial, the parties state as follows:

### A. *Plaintiff's Statement*

Plaintiff estimates a proposed time limit for the presentation of argument and evidence for her case in chief of 50-55 hours. As the Court is aware this is a multi-defendant case, involving multiple, defamatory statements and a conspiracy claim. Plaintiff has the burden of proof, including on the issue of falsity, necessitating the designation of several witnesses who can speak to the events that occurred in the Central Park Jogger case in 1989. Plaintiff has identified eighteen (18) trial witnesses. One witness, a Netflix employee, will not be made available for Plaintiff's case in chief.

On February 12, 2024, the parties' counsel met and conferred about a number of issues, including the parties' estimates for trial time. For the first time, Defendants' counsel suggested splitting the parties' trial time equally. Plaintiff's counsel said they would consider it but noted that Plaintiff has the burden of proof and that her case would, for that reason, take longer. Also mentioned by Plaintiff's counsel was the fact that recent libel cases in this District, involving fewer statements and

parties, have taken several weeks. For example, a review of the case docket in *Mitre Sports International v. Home Box Office*, Case No. 1:08-cv-09117, a defamation case involving an HBO broadcast, shows that the trial was held over 18 days.

On February 13, 2024, Plaintiff's counsel notified Defendants' counsel that Plaintiff would not be splitting trial time and provided the estimate stated above. Defendants have refused to move from their position that the trial time should be split evenly, or provide an hours estimate for their case in chief. Plaintiff reserves the right to further address this issue at the upcoming PreTrial Conference on March 7, 2024.

## B. *Defendants' Statement*

Defendants believe that the total amount of trial time should be split evenly between Plaintiff and Defendants. Counsel for Defendants have extensively met and conferred with Plaintiff's counsel on this issue. In those discussions, counsel for Defendants made clear that they request an equal distribution of time, regardless of the total time the Court allows. Defendants respectfully make that same request to the Court. Acknowledging that Plaintiff may have the burden of proof, the quantity of evidence that Defendants must put on in order to rebut Plaintiff's claims of falsity and actual malice is significant and actually exceeds the quantum of Plaintiff's evidence. To account for both Plaintiff's burden and the sheer quantity of evidence that Defendants anticipate needing to introduce, an equal distribution of time between the parties would be fair under these circumstances.

Defendants disagree with Plaintiff's estimate of 50-55 hours. Defendants believe that an efficient trial could be conducted in 36 hours per side for a total of 72 hours. While the parties have collectively identified 33 witnesses, only 5 or 6 of those witnesses are likely to have testimony beyond 2 hours per side. The majority of the witnesses are identified for limited issues, such as damages, and are expected to have very short testimony. Assuming approximately 22 hours of testimony per week (5.5 hours of testimony, 4 days per week), Defendants' estimate results in 13 trial days. Under Plaintiff's proposal, an equal distribution would result in 100-110 hours of trial time, or by Defendants' estimates, a 5-week trial. Defendants do not believe a trial of this length is warranted. Nonetheless, and as explained above, Defendants respectfully request an equal distribution of the total time the Court finds to be appropriate.

### III.   Remaining Claims and Defenses

### A.  Remaining Claims

Plaintiff states that the remaining claims to be tried are:

- Defamation (libel) *per se* with respect to five scenes in *When They See Us* which falsely depict Plaintiff Linda Fairstein: 1) creating, and manipulating, a timeline of attacks in Central Park to pin the rape of Patricia Meili on Yusef Salaam, Raymond Santana, Kevin Richardson, Antron McCray and Korey Wise; 2) instructing members of the NYPD minors to harshly interrogate minors in custody; 3) ordering a roundup of young Black males in the projects in Harlem; 4) concealing DNA evidence found on a semen-marked sock from defense counsel, and manipulating the timing of its testing, to advantage the prosecution; and 5) at a lunch meeting with Nancy Ryan in which Ryan tells Fairstein that she "coerced those boys into saying what they did," that Ryan "pored over [Fairstein's] confession tapes" and she "know[s] what was done." *See Fairstein v. Netflix*, No. 20-cv-8042, 2023 WL 6125631, at **14, 16, 19, 21-22, 25 (S.D.N.Y. Sept. 19, 2023). Plaintiff's libel claims are proceeding against Netflix and Ava DuVernay with respect to all five scenes. Plaintiff's libel claims are proceeding against Attica Locke with respect to the fourth scene, depicting Fairstein concealing the sock DNA evidence.

- Conspiracy to defame Plaintiff, against all three defendants. *Fairstein v. Netflix*, 2023 WL 6125631, at *29.

4

### B.  Remaining Defenses

Defendants state that the remaining defenses to be tried to the jury[1] are:

a)  Plaintiff has not met her burden of proving that any of the five scenes at issue contains a statement of fact that conveys a defamatory meaning.

b)  Plaintiff has not met her burden of proving that any of the five scenes at issue is materially false (not substantially true).

c)  Plaintiff has not met her burden of proving that any of the Defendants acted with actual malice in writing and publishing the five scenes at issue.

d)  Plaintiff has not met her burden of proving her claimed reputational and economic damages are valid and were caused by the five scenes at issue.

e)  Plaintiff has not met her burden of proving that she is entitled to punitive damages.

## IV.    Stipulations of Fact

Counsel certify that they met face to face on two occasions to discuss proposed stipulations of fact. The parties exchanged several draft stipulations but could not come to an agreement with respect to any stipulations of fact and, for that reason, none are included herein

## V.    Plaintiff's Witness List

Plaintiff may call the following witnesses at trial:

1.  Ava DuVernay
2.  Attica Locke
3.  Robin Swicord
4.  Alison Engel
5.  Denise Martin
6.  Joanna Wolff

---

[1]  Defendants reserve their right to have the Court decide the issue of whether the doctrine of incremental harm or libel proof plaintiff doctrine bar Plaintiff's claims for liability as a matter of law at the end of trial.

7.   Linda Fairstein
8.   Elizabeth Lederer
9.   Arthur Tim Clements
10.  Eric Reynolds
11.  Sal Blando
12.  Robert Nugent
13.  Christine Ball
14.  Laura Rossi
15.  Ariel Zwang
16.  Nelson DeMille
17.  Doug Bania
18.  Robert J. Fisher
19.  Any witnesses identified by Defendants.
20.  Any witnesses called by Defendants.
21.  Any impeachment and rebuttal witnesses as necessary.
22.  Any custodian of records as necessary to authenticate documents.[2]

## VI.   Plaintiff's Deposition Designations

### A.   <u>Robin Swicord</u>

Pursuant to FRCP 32(a)(4)(C), Plaintiff intends to designate testimony from the deposition of Robin Swicord, taken on May 12, 2022, to be presented by video, at trial.  Plaintiff originally designated testimony from Ms. Swicord's deposition on December 15, 2023. Plaintiff designated additional testimony from Ms. Swicord's deposition on February 11, 2024.  In order to allow Defendants sufficient time to object to the amended designations and to counter-designate testimony in light of the amended designations, and to allow Plaintiff sufficient time to respond to Defendants' objections and counter-designations, the parties have agreed to submit the designations for Ms. Swicord no later than March 1, 2024.

### B.   <u>Netflix 30(b)(6) Testimony</u>

Pursuant to FRCP 32(a)(3), Plaintiff designates testimony from the Rule 30(b)(6) deposition of Joanna Wolff, dated May 25, 2022, to be presented by video at trial. *See* attached Exhibit A.

Plaintiff reserves the right to designate additional testimony in the event non-party witnesses listed on the parties' witness lists are unavailable to testify live at trial. Plaintiff's inclusion of any testimony and/or exhibit in the Swicord and Netflix 30(b)(6) deposition designations set forth in should not be construed as an admission that such testimony and/or exhibit is admissible if offered by Defendants, and Plaintiff expressly reserves the right to

---

[2] Plaintiff reserves the right to offer custodian affidavits in lieu of live witness testimony to authenticate documents produced or collected by nonparties.

object to Defendants' attempts to introduce any testimony and/or exhibit included in the Swicord and Netflix 30(b)(6) deposition designations.

**VII.  Defendants' Witness List**

Defendants may call the following witnesses at trial:

1.  Linda Fairstein
2.  Ava DuVernay
3.  Attica Locke
4.  Alison Engel
5.  Joanna Wolff
6.  Robin Swicord
7.  Berry Welsh
8.  Jane Rosenthal
9.  Yusef Salaam
10. Sharonne Salaam
11. Angela Cuffee Black
12. David Nocenti
13. Mickey Joseph
14. Elizabeth Lederer
15. Esther Newberg
16. Christine Ball
17. Ariel Zwang
18. Elizabeth Bradley
19. Anthony Friscia
20. Karen Pearl
21. Margery Flax
22. Donna Andrews
23. Denise Martin
24. Tony Freinberg
25. David Kaplan
26. Any witnesses identified by Plaintiff.
27. Any witnesses called by Plaintiff.
28. Any impeachment and rebuttal witnesses as necessary.
29. Any custodian of records as necessary to authenticate documents.[3]

---

[3] Defendants reserve the right to offer custodian affidavits in lieu of live witness testimony to authenticate documents produced by non-parties.

## VIII. Defendants' Deposition Designations

Pursuant to the September 27, 2023 Scheduling Order, Defendants Netflix, Inc., Ava DuVernay, and Attica Locke submit Deposition Designations for the following witness: Laura Rossi. See attached Exhibit B. Defendants reserve the right to revise, supplement, or withdraw these Deposition Designations based on the Court's rulings, Plaintiff's designations of deposition testimony, Plaintiff's witness and exhibit lists, evidence introduced at trial, or as otherwise deemed necessary. Defendants further reserve the right to play any affirmative designations as counter-designations and incorporate and play at trial the designations offered by Plaintiff. Defendants reserve the right to designate additional testimony in the event non-party witnesses listed on the parties' witness lists are unavailable to testify live at trial.

By submitting these Deposition Designations, Defendants do not waive any objections to the use of testimony and/or exhibits contained in the Deposition Designations or their subject matter. Defendants' inclusion of any testimony and/or exhibit within these Deposition Designations should not be construed as an admission that such testimony and/or exhibit is admissible if offered by Plaintiff, and Defendants expressly reserve the right to object to Plaintiff's attempts to introduce any testimony and/or exhibit included in these Deposition Designations.

## IX. Plaintiff's Trial Exhibits

See attached Exhibit C.

Plaintiff's inclusion of any exhibit on Plaintiff's Exhibit List should not be construed as an admission that such exhibit is admissible if offered by Defendants and Plaintiff expressly reserves the right to object to Defendants' attempts to introduce any exhibit included on Plaintiff's Exhibit List at trial. Plaintiff reserves the right to use graphic aids and trial demonstratives in addition to the exhibits described in Exhibit C.

Defendants reserve the right to add additional objections to Plaintiff's exhibit list to the extent Plaintiff is unable to lay a proper foundation for an exhibit. Defendants reserve the right to further object depending on how the document is offered.

## X. Defendants' Trial Exhibits

See attached Exhibit D.

Defendants' inclusion of any exhibit within Defendants' Exhibit List should not be construed as an admission that such exhibit is admissible if offered by Plaintiff, and Defendants expressly reserve the right to object to Plaintiff's attempts to introduce any exhibit included in this List. Defendants reserve the right to use graphic aids and trial demonstratives in addition to the exhibits described in Exhibit D.

Plaintiff reserves the right to add additional objections to Defendants' exhibit list to the extent Defendants are unable to lay a proper foundation for an exhibit. Plaintiff reserves the right to further object depending on how the exhibit is offered.

## XI. Damages and Other Relief Sought

***Plaintiff's Statement*:**

### A. Damages

Plaintiff is seeking to recover the following damages at trial:

a. **Reputational harm**: Due to the false and defamatory portrayal of Plaintiff in *When They See Us*, including the marketing and promotion thereof, publicity related thereto and Defendants' statements related thereto, Plaintiff has suffered, and continues to suffer, significant injury to her reputation as i) an author, ii) an attorney; and iii) consultant, because the media, viewers and members of the public have adopted the false narrative espoused in the film series as true and incessantly attacked Plaintiff's ethics and character, resulting in all aspects of her career coming to an abrupt halt. This coincided with the premiere of *When They See Us* on May 31, 2019. Plaintiff believes that an award of damages in the range of $6,000,000 to $8,000,000 would be fair and equitable for the negative consequences she has suffered because of Defendants' malicious intent and reckless disregard for the truth in electing to portray Plaintiff in a false and defamatory manner in the Series. Plaintiff's expert Robert J. Fisher also estimated that, if Plaintiff prevails at trial, a two-year, proactive reputation repair program will cost her approximately $650,000 to $700,000.

b. **Economic Damages**: Plaintiff's expert, Doug Bania, calculated economic damages based on lost profits for Fairstein Enterprises LLC, which housed Plaintiff's publishing career. Mr. Bania concluded that, with respect to her publishing career, Plaintiff suffered economic damages in the amount of $1,371,218.00.

c. **Emotional Distress**: Plaintiff suffered humiliation and mental anguish resulting from the Series and the public backlash against Plaintiff arising from the Series, including death threats and threats of harm, being "cancelled," loss of her livelihood and constant attacks on her reputation.

d. Punitive damages.

### B. Injunctive Relief

Because the harm from the repetitive airing of *When They See Us* is continuing in nature,

Plaintiff also seeks an injunction directing Defendants to: (a) issue a public statement correcting

the false and defamatory statements concerning Plaintiff that are contained in *When They See Us* which states that the series is a "fictionalized dramatization, comprised of scenes and dialogue that never happened and were never spoken, a product of the writers' fertile imagination and desire to create a fictional villain, in Ms. Fairstein, for the public to hate, that never existed in reality"; (b) remove Episodes One, Two and Four of *When They See Us* from Netflix's streaming platform, and from any other platform, service or other medium through which the film series is, or will be, viewed; (c) edit Episodes One, Two and Four of *When They See Us* so that the false and defamatory scenes depicting Plaintiff are removed; (d) place a prominent disclaimer at the beginning of each episode which states that the series is a dramatization, is not a true story, and that the characters identified by their actual names in the film series are not truthfully depicted; (e) categorize *When They See Us* only as a TV Drama on any streaming service or other medium; (f) remove all posts from their social media accounts which refer to *When They See Us* as a true, real or fact-based story; (g) remove all posts from their social media accounts, and refrain from making posts on social media, or making public statements in the future which refer to Plaintiff as responsible for the prosecution of the Central Park Jogger case; and (h) remove from their social media accounts the posts detailed at Paragraphs 153, 155, 162-63, 171-78, 180-81, 183, 187-91, 193-95, 197 and 200-218 of the Complaint.

**C. Costs and Attorneys' Fees**

Plaintiff also seeks to recover costs and attorney's fees.

***Defendants' Response:***

Defendants object to Plaintiff's requested damages including the numerous improper bases upon which she attempts to seek damages and relief.  *See* Defendants' Motion *in Limine* #2: Motion to Bifurcate and Exclude References to Punitive Damages (ECF Nos. 285-287), Defendants'

Motion *in Limine* #3: Omnibus Motion Regarding Plaintiff's Purported Experts (ECF Nos. 288-292), and Defendants' Proposed Jury Instructions at Instructions 27-28 (ECF No. 332).

Dated: February 16, 2024

Respectfully Submitted,

By:   /s/ Kara L. Gorycki

Kara L. Gorycki
Andrew T. Miltenberg
Stuart Bernstein
NESENOFF & MILTENBERG, LLP
363 Seventh Avenue, Fifth Floor
New York, New York 10001
(212) 736-4500
kgorycki@nmllplaw.com
amiltenberg@nmllplaw.com
sbernstein@nmllplaw.com

*Attorneys for Plaintiff Linda Fairstein*

By: /s/ Bart H. Williams

Bart H. Williams (*pro hac vice*)
Alyson C. Tocicki (*pro hac vice*)
Proskauer Rose LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067
Phone: (310) 284-4520
bwilliams@proskauer.com
atocicki@proskauer.com

Seetha Ramachandran
Proskauer Rose LLP
Eleven Times Square
New York, New York 11036
Phone: (212) 969-3455
SRamachandran@proskauer.com

Natalie J. Spears (*pro hac vice*)
Gregory R. Naron (*pro hac vice*)
Jacqueline A. Giannini (*pro hac vice*)
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, Illinois 60606
Phone: (312) 876-8000
Natalie.spears@dentons.com
Gregory.naron@dentons.com
Jacqui.giannini@dentons.com

Justin N. Kattan
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020
Phone: (212) 768-6700
Justin.kattan@dentons.com

*Attorneys for Defendants Netflix, Inc., Ava DuVernay and Attica Locke*

Subject to Court's Order of May 23, 2024 on limitation on presentation of evidence and other matters.

SO ORDERED

/s/ [signature]
USDJ
5-23-24

11

**CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2024, a true and correct copy of the foregoing was served by CM/ECF on all counsel of record.

_/s/ Kara L. Gorycki_
Kara L. Gorycki

EXHIBIT A

Deposition of Joanna Wolff, taken May 25, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---------|-------------|------------|------------|----------|----------|------------|-------------------------|---------|
| Joanna Wolff | Plaintiff Affirmatives | 5 | 3 | 5 | 5 | | | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 7 | 7 | 7 | 8 | | | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 7 | 11 | 7 | 17 | | | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Defense Counter | 8 | 23 | 8 | 25 | | | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 9 | 2 | 10 | 16 | | | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 11 | 8 | 12 | 4 | | | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Defense Counter | 12 | 21 | 12 | 23 | | | ☐ Sustained<br><br>☐ Overruled |

Deposition of Joanna Wolff, taken May 25, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---------|-------------|------------|------------|----------|----------|------------|-------------------------|---------|
| Joanna Wolff | Plaintiff Affirmatives | 12 | 24 | 13 | 16 | | | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 14 | 18 | 15 | 14 | | | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Defense Counter | 15 | 15 | 15 | 20 | | | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Defense Counter | 16 | 16 | 16 | 18 | | | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Defense Counter | 16 | 22 | 17 | 4 | | | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 17 | 5 | 17 | 18 | | | ☐ Sustained<br><br>☐ Overruled |

Deposition of Joanna Wolff, taken May 25, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---------|-------------|------------|------------|----------|----------|------------|-------------------------|---------|
| Joanna Wolff | Plaintiff Affirmatives | 17 | 25 | 18 | 2 | **Vague & Ambiguous, Calls for Speculation (FRE 611).** The term "role" is vague, and as such, the question appears to require the witness to speculate as to the writers' state of mind. | The question is neither ambiguous nor calls for speculation as evidenced by the witness's answer. The Series is a docudrama, the role is the character of Linda Fairstein. | ☐ Sustained<br>☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 18 | 23 | 18 | 25 | See prior objection. | The question is neither ambiguous nor calls for speculation as evidenced by the witness's answer. The Series is a docudrama, the role is the character of Linda Fairstein | ☐ Sustained<br>☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 19 | 21 | 21 | 6 | | | ☐ Sustained<br>☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 21 | 8 | 22 | 3 | | | ☐ Sustained<br>☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 22 | 6 | 22 | 15 | | | ☐ Sustained<br>☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 22 | 18 | 24 | 20 | | | ☐ Sustained<br>☐ Overruled |
| Joanna Wolff | Defense Counter | 24 | 21 | 25 | 17 | | | ☐ Sustained<br>☐ Overruled |

Deposition of Joanna Wolff, taken May 25, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---|---|---|---|---|---|---|---|---|
| Joanna Wolff | Plaintiff Affirmatives | 25 | 18 | 25 | 18 | | | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 25 | 24 | 26 | 19 | **26:19. Lacks Foundation (FRE 602); Asked & Answered (FRE 403).** Leading question that provides the witness with the answer. The witness already answered that she was unsure of the exact date at 26:17-19. | Leading questions are allowed when questioning an adverse witness. FRE 611(c)(2)<br>The question was asked to refresh the witness's recollection.<br>The question asked is a different question. | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 26 | 21 | 28 | 15 | See prior objections. | Leading questions are allowed when questioning an adverse witness. FRE 611(c)(2) | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 28 | 20 [start at "Were"] | 29 | 22 | | | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 29 | 24 | 30 | 8 | **30:7-8. Argumentative (FRE 611); Asked & Answered (FRE 403).** Question asked in a leading format that presupposes an answer. The witness was previously asked and responded as to whether Color of Change is part of Participant Media at 29:25-30:3. | Leading questions are allowed when questioning an adverse witness. FRE 611(c)(2). The question is not a leading question.<br><br>The question asked is different than the previous question. Whether the witness heard Color of Change referred to as an "arm" | ☐ Sustained<br><br>☐ Overruled |

Deposition of Joanna Wolff, taken May 25, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---------|-------------|------------|------------|----------|----------|------------|-------------------------|---------|
| | | | | | | | versus whether Color of Change was part of Participant Media. | |
| Joanna Wolff | Plaintiff Affirmatives | 30 | 10 | 31 | 2 | See prior objection. | Leading questions are allowed when questioning an adverse witness. FRE 611(c)(2) There are no leading questions in this designation. | ☐ Sustained  ☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 31 | 9 | 31 | 21 | | | ☐ Sustained  ☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 32 | 18 | 32 | 21 | | | ☐ Sustained  ☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 32 | 23 | 33 | 6 | | | ☐ Sustained  ☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 33 | 8 | 34 | 2 | | | ☐ Sustained  ☐ Overruled |

Deposition of Joanna Wolff, taken May 25, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---|---|---|---|---|---|---|---|---|
| Joanna Wolff | Plaintiff Affirmatives | 56 | 23 | 58 | 15 | **58:9-13. Lacks Personal Knowledge (FRE 602); Calls for Speculation (FRE 611).** The witness lacks the requisite knowledge to testify regarding the casting announcement and Ms. DuVernay's contributions to it, as evidenced by her testimony at 59:11-13 that she was not at the company at the time. | This is a 30(b)(6) deposition that Plaintiff may use at trial as a 30(b)(6) deposition. The witness need not have personal knowledge. FRCP 32(a)(3). *See Abbott Labs. v. Feinberg*, 202 WL 7706571, at *1 (S.D.N.Y. Oct. 15, 2020).<br><br>The FRE 611 objection is waived because no objection was posed at the deposition. FRCP 32(d)(3)(B). | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 58 | 19 | 61 | 21 | **58:19-59:13. Lacks Personal Knowledge (FRE 602); Calls for Speculation (FRE 611).** The witness lacks the requisite knowledge to testify regarding the casting announcement and Ms. DuVernay's contributions to it, as evidenced by her testimony at 59:11-13 that she was not at the company at the time.<br><br>**61:18-21. Calls for Speculation (FRE 611).** Counsel's question requires the witness to opine on Ms. DuVernay's internal thoughts and reasoning. | This is a 30(b)(6) deposition that Plaintiff may use at trial as a 30(b)(6) deposition. The witness need not have personal knowledge. FRCP 32(a)(3). *See Abbott Labs. v. Feinberg*, 202 WL 7706571, at *1 (S.D.N.Y. Oct. 15, 2020).<br><br>The FRE 611 objection is waived because no objection was posed at the deposition. FRCP 32(d)(3)(B). | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 61 | 23 | 62 | 21 | See prior objection. | This is a 30(b)(6) deposition that Plaintiff may use at trial as a 30(b)(6) deposition. The witness need not have personal knowledge. FRCP 32(a)(3). *See Abbott Labs. v. Feinberg*, 202 WL 7706571, at *1 (S.D.N.Y. Oct. 15, 2020). | ☐ Sustained<br><br>☐ Overruled |

Deposition of Joanna Wolff, taken May 25, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---------|-------------|-----------|-----------|----------|----------|-----------|------------------------|---------|
| | | | | | | | The question is asking about a statement that Ms. DuVernay made in the exhibit. | |
| Joanna Wolff | Plaintiff Affirmatives | 63 | 3 | 65 | 3 | **As to Exhibit 7 and related testimony. Hearsay (FRE 802).** Exhibit 7 contains out-of-court statements offered for their truth, namely that Tribeca and Participant had concerns about Linda Fairstein. | Exhibit 7 is not hearsay. FRE 801(d)(2). The email is submitted as evidence that Netflix employees discussed concerns about the unfavorable portrayal of Plaintiff in the Series. | ☐ Sustained<br><br>☐ Overruled |

Deposition of Joanna Wolff, taken May 25, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---------|-------------|------------|------------|----------|----------|------------|-------------------------|---------|
| Joanna Wolff | Plaintiff Affirmatives | 65 | 10 | 66 | 3 | **As to Exhibit 7 and related testimony. Hearsay (FRE 802).** Exhibit 7 contains out-of-court statements offered for their truth, namely that Tribeca and Participant had concerns about Linda Fairstein.<br><br>**65:10-16. Misstates the Record (FRE 611).** Phrasing of the question presumes that documents were being released, when the email being discussed only says Fairstein was "pushing" for documents to be released. | Exhibit 7 is not hearsay. FRE 801(d)(2). The email is submitted as evidence that Netflix employees discussed concerns about the unfavorable portrayal of Plaintiff in the Series<br><br>The FRE 611 objection is waived because no objection was posed at the deposition. FRCP 32(d)(3)(B).<br><br>**65:10-16** correctly describes the contents of the email. | ☐ **Sustained**<br><br>☐ **Overruled** |
| Joanna Wolff | Plaintiff Affirmatives | 66 | 16 | 67 | 17 | See prior objection.<br><br>**67:10-14.  Lacks Relevance (FRE 402).** The witness's request to see a specific document in response to counsel's question is not probative of any issue in this case. | Exhibit 7 is not hearsay. FRE 801(d)(2). The email is submitted as evidence that Netflix employees discussed concerns about the unfavorable portrayal of Plaintiff in the Series<br><br>How the witness answered the specific question about Netflix's public relations strategy is relevant to the assessment of the competence and credibility of the witness. | ☐ **Sustained**<br><br>☐ **Overruled** |
| Joanna Wolff | Plaintiff Affirmatives | 68 | 2 | 68 | 17 | | | ☐ **Sustained**<br><br>☐ **Overruled** |

Deposition of Joanna Wolff, taken May 25, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---------|-------------|------------|------------|----------|----------|------------|-------------------------|---------|
| Joanna Wolff | Plaintiff Affirmatives | 68 | 20 | 72 | 2 | **69:2-4. Argumentative, Misstates the Record (FRE 611).** Question improperly synthesizes the contents of the document being reviewed; witness corrected the premise on the record.<br><br>**71:10-72:2. Argumentative (FRE 611).** The questions posed are framed in an argumentative manner that takes the phrase "true story" out of context.<br><br>**72:2. Argumentative (FRE 611), Asked & Answered (FRE 403).** The witness already responded to the question of whether or not the Series is a "true story" in the prior Q&A. Any objection as to the form of the witness's original answer was waived. *See* FRCP 32(d)(3)(B). | **69:2-4:** The FRE 611 objection is waived because no objection was posed at the deposition. FRCP 32(d)(3)(B). The question includes a direct statement from the document.<br><br>**71:10-71:25:** The FRE 611 objection is waived because no objection was posed at the deposition. FRCP 32(d)(3)(B). The question is not argumentative, it asks whether the Series is a true story. There is no "context" in which that question need be posed. "True story" is a plainly understood term.<br><br>**72:2:** The question is asked a second time because the witness's answer was not responsive to the first question posed. | ☐ **Sustained**<br><br>☐ **Overruled** |
| Joanna Wolff | Plaintiff Affirmatives | 72 | 5 | 72 | 6 | See prior objection. | See prior responses. | ☐ **Sustained**<br><br>☐ **Overruled** |
| Joanna Wolff | Plaintiff Affirmatives | 72 | 7 | 72 | 7 | **72:7. Lacks Relevance (FRE 402); Argumentative, Vague & Ambiguous (FRE 611).** Question asks about every single scene in the Series (overbroad and not relevant) and asks for a generalization of the truthfulness of every scene. | The question is relevant to Netflix's decision to promote the Series as a true story as set forth in the colloquy. | ☐ **Sustained**<br><br>☐ **Overruled** |

Deposition of Joanna Wolff, taken May 25, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---------|-------------|-----------|-----------|---------|---------|-----------|------------------------|---------|
| Joanna Wolff | Plaintiff Affirmatives | 72 | 25 | 73 | 5 | **72:25-73:3.** See prior objection to the question being responded to in this designation. | The "prior objection" is inapplicable to this designation. It is unclear what is being objected to. FRE 611 objections are waived because no objection was posed at the deposition. FRCP 32(d)(3)(B). | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Defense Counter | 73 | 6 | 73 | 15 | **FRE 402** -the witness' personal beliefs about whether the Five are guilty or innocent is not probative of any issue in this case. | The question posed ("If the series is told from the [F]ive's perspective, why was it positioned as five hours of the truth, according to this PR document?") is asking about the positioning of the Series, which is squarely at issue in this case. | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Defense Counter | 73 | 16 | 73 | 16 | | | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Defense Counter | 73 | 20 | 73 | 25 | **FRE 402** – whether Netflix believes in its content or was proud to give the Five a platform is not probative of any issue in this case. | The designated testimony is responsive to a line of questions about the positioning of the Series, which is squarely at issue in this case. | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 74 | 2 | 74 | 3 | **74:2-3. Argumentative, Vague & Ambiguous (FRE 611); Asked & Answered (FRE 403).** Asking whether "the series is the truth" is overbroad and vague; "the truth" is a subjective term. The repeated questioning on whether the Series is "the truth" is improper. | The "truth" is not a subjective term, it is in accordance with fact or reality. Netflix marketed and promoted the Series as a true story. The questions posed to the witness ask whether different things were true in connection with Netflix's public statements that the Series was the truth. | ☐ Sustained<br><br>☐ Overruled |

Deposition of Joanna Wolff, taken May 25, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---------|-------------|-----------|-----------|----------|----------|------------|------------------------|---------|
| Joanna Wolff | Plaintiff Affirmatives | 74 | 14 | 78 | 22 | See prior objection.<br><br>**74:17-75:4. Lacks Personal Knowledge (FRE 602).** Does not lay foundation as to how Ms. Wolff/Netflix would know whether others made those public comments.<br><br>**75:5-9. Asked & Answered (FRE 403).** The witness answered the question at 74:17-21.<br><br>**76:4-9. Calls for Speculation, Vague & Ambiguous (FRE 611).** Vague as to the use of the term "challenge." Requires the witness to speculate as to "Netflix's" views.<br><br>**77:4-20. Lacks Personal Knowledge (FRE 602); Calls for Speculation (FRE 611).** Questions ask the witness to speculate on Ms. DuVernay's state of mind when writing the document.<br><br>**77:21-24. Argumentative (FRE 611).** Question assumes the premise that Netflix set out to discredit Fairstein. | **74:14-75:18**: This line of questioning is based on the witness's knowledge that people other than Plaintiff expressed views that the Five are guilty. The question asked at 75:5-9 is intended to clarify the witness's prior testimony.<br><br>**76:4-9**: The FRE 611 objection is waived because no objection was posed at the deposition. FRCP 32(d)(3)(B). The witness was prepared to testify on behalf of Netflix at this 30(b)(6) deposition.<br><br>**77:4-20**: This is a Netflix document produced from Netflix's files. It does not speak to DuVernay's state of mind but Netflix's strategy and the reasoning behind it. The FRE 611 objection is waived because no objection was posed at the deposition. FRCP 32(d)(3)(B).<br><br>**77:21-24**: This objection is waived because no objection was posed at the deposition. FRCP 32(d)(3)(B). There is no assumption in this question. | ☐ **Sustained**<br><br>☐ **Overruled** |

Deposition of Joanna Wolff, taken May 25, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---------|-------------|------------|------------|----------|----------|------------|-------------------------|---------|
| Joanna Wolff | Plaintiff Affirmatives | 79 | 10 | 79 | 17 | **79:10-17.  Vague & Ambiguous (FRE 611).**  Counsel's question is vague as to who may have held such a concern. | This objection is waived because no objection was posed at the deposition. FRCP 32(d)(3)(B). The entire line of questioning concerns Netflix's public relations strategy and the witness is testifying on behalf of Netflix. | ☐ Sustained  ☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 80 | 12 | 80 | 21 | | | ☐ Sustained  ☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 81 | 4 | 81 | 20 | | | ☐ Sustained  ☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 81 | 24 | 83 | 21 | **As to Exhibit 9 and related testimony. Hearsay/Double Hearsay (FRE 802).**  The document that is Exhibit 9 contains out-of-court statements being offered for their truth, namely that the addition of dialogue to the teaser added "additional context around Linda/the system's agenda against these boys."  There are two layers of hearsay in that particular statement given that it was originally discussed at a prior meeting. | This is not hearsay. FRE 801(d)(2). The email concerns actions that were taken to modify the Series teaser | ☐ Sustained  ☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 84 | 2 | 84 | 15 | | | ☐ Sustained  ☐ Overruled |

Deposition of Joanna Wolff, taken May 25, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---------|-------------|------------|------------|----------|----------|------------|-------------------------|---------|
| Joanna Wolff | Plaintiff Affirmatives | 85 | 8 | 86 | 6 | | | ☐ Sustained <br><br> ☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 86 | 11 | 86 | 13 | | | ☐ Sustained <br><br> ☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 87 | 9 | 88 | 12 | **As to Exhibit 10 and related testimony. Lacks Personal Knowledge and Foundation (FRE 602, 901).** The witness was unable to identify whether the document that is Exhibit 10 came from "some sort of messaging system internal to Netflix." See 87:8. <br><br> **As to Exhibit 10 and related testimony. Hearsay (FRE 802).** The document contains out-of-court statements ("Ava threw down, she wants Fairstein, so let's show her how it feels.") being offered for their truth, namely, that Ms. DuVernay "insisted" that the Fairstein voice-over be included in the teaser. | Netflix produced Exhibit 10 from the file of Netflix employee Denise Martin so the authentication is unwarranted. The witness is a 30(b)(6) witness who was prepared to answer questions about the Series date announcement. <br><br> The document and testimony are not hearsay. FRE801(d)(2). The document is offered to show that Netflix agreed to include Fairstein in the Series teaser and employees expressed a malicious intent intent in doing so. | ☐ Sustained <br><br> ☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 88 | 18 | 88 | 19 | | | ☐ Sustained <br><br> ☐ Overruled |

Deposition of Joanna Wolff, taken May 25, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---------|-------------|------------|------------|----------|----------|------------|-------------------------|---------|
| Joanna Wolff | Plaintiff Affirmatives | 88 | 25 | 89 | 9 | **As to Exhibit 11 and related testimony. Hearsay (FRE 802).** Exhibit 11 contains out-of-court statements being offered for their truth, including that certain pulls would need to be evaluated for their usability. | Exhibit 11 is not hearsay. FRE 801(d)(2). Plaintiff has de-designated the testimony concerning usability. | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 91 | 6 | 91 | 24 | | | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 92 | 4 | 93 | 9 | **As to Exhibit 12 and related testimony. Hearsay/Double Hearsay (FRE 802).** Exhibit 12 contains out-of-court statements offered for their truth, namely, that Netflix had concerns about Fairstein's reaction to the teaser video. The designated testimony contains a second level of hearsay, indicating what "Clarissa said."<br><br>**93:7-9. Misstates Testimony (FRE 611).** Question asks how Fairstein's strong reaction could "detract from the men's story;" previous answer at 93:5-6 was that it could detract from *the goal of telling* their story. | Exhibit 12 is not hearsay. FRE 801(d)(2). The email containing "Clarissa said" is also a present sense impression, or what Martin "remember[s] from the call." FRE 803(1). **93:7-9:** The witness's answer indicates that she understood the question. Counsel was not quoting the witness in the question asked. | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 93 | 11 | 94 | 9 | **93:14-23, 94:7-9. Relevance (FRE 402).** The witness's testimony that she "does not recall" is not likely to make any fact of consequence more | | ☐ Sustained<br><br>☐ Overruled |

Deposition of Joanna Wolff, taken May 25, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---------|-------------|-----------|-----------|---------|---------|-----------|------------------------|---------|
| | | | | | | or less probable, and as such, the designated testimony lacks relevance. | | |
| Joanna Wolff | Plaintiff Affirmatives | 94 | 14 | 94 | 16 | See prior objection.<br><br>**94:14-16. Argumentative, Compound Question (FRE 611).** Framing of Netflix's decision as "appeasing" Ms. DuVernay is argumentative, and question asks about two things: appeasing DuVernay and including the voiceover. | See prior response.<br><br>The question is not argumentative given that Netflix employees were discussing acquiescing to DuVernay in Exhibit 12. This is not a compound question – the appeasement relates to the Series teaser. | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 94 | 20 | 96 | 4 | See prior objection. | See prior response. | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 96 | 13 | 96 | 16 | **96:13-16. Vague & Ambiguous (FRE 611).** Request for the "ultimate reason" for a decision is vague, and also presupposes that there was a predominant reason for a particular decision. | The question relates to Exhibit 12 in which Netflix employees weigh two different reasons for going with the Fairstein voiceover. | ☐ Sustained<br><br>☐ Overruled |

Deposition of Joanna Wolff, taken May 25, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---------|-------------|------------|------------|----------|----------|------------|-------------------------|---------|
| Joanna Wolff | Plaintiff Affirmatives | 96 | 20 | 97 | 17 | See prior objection.<br><br>**97:3-13. Hearsay (FRE 802).** Question calls for hearsay (what Ms. DuVernay "express[ed]" to Netflix's marketing team).<br><br>**97:14-17.  Asked & Answered (FRE 403).** The witness already responded to the question, including at 96:21-97:2. | See prior response.<br><br>**97:3-13:** This is not hearsay. FRE 801(d)(2)(E). This goes to the strategy behind using Fairstein in the trailer.<br><br>**97:14-17:** This question was not previously asked. | ☐ **Sustained**<br><br>☐ **Overruled** |
| Joanna Wolff | Plaintiff Affirmatives | 97 | 20 | 98 | 8 | See prior objection. | See prior response. | ☐ **Sustained**<br><br>☐ **Overruled** |
| Joanna Wolff | Plaintiff Affirmatives | 99 | 8 | 100 | 9 | See prior objection.<br><br>**99:8-21.  Lacks Relevance (FRE 402), Argumentative (FRE 611).** Counsel's questions alone are not proper testimony, and designating them where the witness did not substantively respond is argumentative.<br><br>**100:6-9. Misstates Evidence (FRE 611).** Extrapolates from the word "conspiracy" in the exhibit to a broader "there was a conspiracy involved in the case against the five." | The witness answers the question at 99:21. The question at 99:19-20 concerns the exhibit that was reviewed with the witness at 99:8-17.<br><br>**100:6-9**: The objection raised here is trying to impose counsel's interpretation of the evidence. The question posed to the witness is straightforward, to get at what was meant by conspiracy in the exhibit being discussed. | ☐ **Sustained**<br><br>☐ **Overruled** |

Deposition of Joanna Wolff, taken May 25, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---------|-------------|------------|------------|----------|----------|------------|-------------------------|---------|
| Joanna Wolff | Plaintiff Affirmatives | 100 | 11 | 100 | 17 | See prior objection.<br><br>**100:15-17. Argumentative (FRE 611).** Assumes there was a single conspiracy that Netflix incorporated into its marketing strategy, rather than, e.g., a theme or feeling of conspiracy. | See prior response.<br><br>There is only one "conspiracy" referenced in the document being discussed. Ex. 12. | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 100 | 21 | 101 | 3 | See prior objection. | See prior response. | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 101 | 5 | 101 | 20 | See prior objection.<br><br>**101:15-18.  Lacks Relevance (FRE 402), Argumentative (FRE 611).**  The witness's request to be directed to the relevant portion of the document is not relevant to any issue in this case. Counsel's questions alone are not proper testimony, and designating them where the witness did not substantively respond is argumentative. | See prior response.<br><br>The witness's request to see the copy that is being asked about is relevant to her competence and credibility. | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 101 | 25 | 103 | 17 | **As to Exhibit 13 and related testimony.  Hearsay (FRE 802).** Exhibit 13 contains out-of-court statements being offered for their truth (i.e., the way in which the teaser video was posted to social media). | The communications in Exhibit 13 are not hearsay. FRE 801(d)(2)(A), (D), (E). It was shown to the witness to refresher recollection on the copy that was used with the film teaser on social media. | ☐ Sustained<br><br>☐ Overruled |

Deposition of Joanna Wolff, taken May 25, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---------|-------------|-----------|-----------|---------|---------|-----------|------------------------|---------|
| Joanna Wolff | Plaintiff Affirmatives | 103 | 22 | 104 | 6 | | | ☐ Sustained <br><br> ☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 104 | 15 | 104 | 23 | | | ☐ Sustained <br><br> ☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 106 | 3 | 106 | 4 | | | ☐ Sustained <br><br> ☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 106 | 10 | 107 | 8 | | | ☐ Sustained <br><br> ☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 107 | 12 | 109 | 10 | **108:23-109:3. Compound (FRE 611).** Unclear if question refers to South African Twitter users or Twitter users in South Africa. | The FRE 611 objection is waived because no objection was posed at the deposition. FRCP 32(d)(3)(B). | ☐ Sustained <br><br> ☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 109 | 16 | 110 | 5 | | | ☐ Sustained <br><br> ☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 111 | 7 | 111 | 9 | | | ☐ Sustained <br><br> ☐ Overruled |

Deposition of Joanna Wolff, taken May 25, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---------|-------------|------------|------------|----------|----------|------------|-------------------------|---------|
| Joanna Wolff | Defense Counter | 112 | 17 | 112 | 22 | | | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 113 | 21 | 113 | 23 | | | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 113 | 25 | 114 | 10 | | | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 114 | 14 | 114 | 21 | | | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 115 | 5 | 115 | 6 | | | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 115 | 8 | 115 | 18 | | | ☐ Sustained<br><br>☐ Overruled |

Deposition of Joanna Wolff, taken May 25, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---|---|---|---|---|---|---|---|---|
| Joanna Wolff | Plaintiff Affirmatives | 115 | 23 | 116 | 8 | **As to Exhibit 17 and related testimony. Hearsay (FRE 802).** The document contains out-of-court statements being offered for their truth, namely, that the goal of the Series was "to leave people emotionally charged, angry and activated  to not only watch the series but to talk about its larger themes and seek change." | Exhibit 17 is not hearsay. FRE801(d)(2)(A),(D),(E) | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 116 | 16 | 118 | 19 | See prior objection.<br><br>**118:14-17. Lacks Relevance (FRE 402), Argumentative (FRE 611).** Counsel's questions alone are not proper testimony, and designating them where the witness did not substantively respond ("I would have to look at the copy.") is argumentative. | The witness's response to the question goes to competence and credibility. The FRE 611 objection is waived because no objection was posed at the deposition. FRCP 32(d)(3)(B). The question is not argumentative in any event. | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 119 | 4 | 119 | 18 | | | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 119 | 25 | 122 | 13 | **121:9-11. Lacks Relevance (FRE 402), Argumentative (FRE 611).** Counsel's questions alone are not proper testimony, and designating them where the witness did not substantively respond ("I would have to look back.") is argumentative. | The objection misstates the testimony at 121:9-11. The FRE 611 objection is waived because no objection was posed at the deposition. FRCP 32(d)(3)(B). | ☐ Sustained<br><br>☐ Overruled |

Deposition of Joanna Wolff, taken May 25, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---------|-------------|-----------|-----------|----------|----------|-----------|------------------------|---------|
| Joanna Wolff | Plaintiff Affirmatives | 123 | 2 | 123 | 14 | | | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 123 | 18 | 124 | 13 | **124:12-13. Argumentative (FRE 611), Asked & Answered (FRE 403).** Asked and answered at 124:7-11. | The question is asking the witness to clarify what is in the exhibit being discussed. | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 124 | 17 | 124 | 21 | See prior objection. | See prior response. | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 124 | 24 | 125 | 3 | | | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 132 | 8 | 132 | 12 | | | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 139 | 18 | 139 | 25 | **As to Exhibit 23 and related testimony.  Hearsay (FRE 802).** Exhibit 23 contains out-of-court statements being offered for their truth, including that the publicity team had certain opinions and hypotheses regarding the 20/20 program. | Exhibit 23 is not hearsay FRE 801(d)(2)(A), (D). Ms. Abramson's notes also fall within an exception to the hearsay rule. FRE 803(1). | ☐ Sustained<br><br>☐ Overruled |

Deposition of Joanna Wolff, taken May 25, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---------|-------------|------------|------------|----------|----------|------------|-------------------------|---------|
| Joanna Wolff | Plaintiff Affirmatives | 140 | 6 | 140 | 6 | | | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 140 | 8 | 140 | 14 | | | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 140 | 16 | 140 | 21 | | | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 141 | 14 | 141 | 17 | **Calls for Speculation (FRE 611).** Asks witness to speculate about viewers' state of mind. | The question asks what the publicity team concluded about the 20/20 program. | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 141 | 19 | 141 | 22 | **141:19-20.** See prior objection to question being answered. | See prior response.<br>The question in this designation asks nothing about viewers. | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 141 | 24 | 142 | 3 | | | ☐ Sustained<br><br>☐ Overruled |

Deposition of Joanna Wolff, taken May 25, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---------|-------------|------------|------------|----------|----------|------------|------------------------|---------|
| Joanna Wolff | Defense Counter | 142 | 4 | 142 | 6 | | | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Defense Counter | 142 | 8 | 142 | 8 | | | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 142 | 9 | 142 | 17 | | | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 143 | 20 | 143 | 21 | | | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 144 | 3 | 145 | 19 | **145:4-8, 16-19. Asked & Answered (FRE 403).** The question of whether Netflix characterized the Series as a true story has been asked & answered, e.g., 72:2-6. | Prior questions asked whether the Series is a true story, the questions, here, pertain to the concerns raised by Netflix. The question at 145:4-8 is different than the question asked at 145:16-19. | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 145 | 22 | 146 | 3 | See prior objection. | See prior response. | ☐ Sustained<br><br>☐ Overruled |

Deposition of Joanna Wolff, taken May 25, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---------|-------------|------------|------------|----------|----------|------------|-------------------------|---------|
| Joanna Wolff | Plaintiff Affirmatives | 146 | 12 | 147 | 17 | See prior objection.<br><br>**147:8-17. Asked & Answered (FRE 403).** Question was asked and answered at 146:22-147:7.  Any objection as to the form of the witness's original answer was waived. *See* FRCP 32(d)(3)(B). | See prior response.<br><br>The question is asked more than once because the witness's answers are not responsive. | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 147 | 20 | 148 | 14 | See prior objection.<br><br>**148:11-14. Argumentative (FRE 611).** Testifies for the witness by assuming what the witness meant in an answer. Any objection as to the form of the witness's original answer was waived. *See* FRCP 32(d)(3)(B). | See prior response.<br><br>The question does not assume. The question asks what is meant by the document because the witness's answers are not responsive. | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 148 | 16 | 149 | 10 | See prior objection.<br><br>**148:19-24. Argumentative (FRE 611).** Mischaracterizes the document and frames the question in an argumentative manner. | See prior response.<br><br>The objection is waived because it was not posed at the deposition, FRCP 32(d)(3)(B). The question asks whether Netflix employed a particular communications strategy. | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 149 | 15 | 149 | 23 | | | ☐ Sustained<br><br>☐ Overruled |

Deposition of Joanna Wolff, taken May 25, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---------|-------------|------------|------------|----------|----------|------------|-------------------------|---------|
| Joanna Wolff | Plaintiff Affirmatives | 150 | 7 | 150 | 11 | **150:7-11. Asked & Answered (FRE 403), Argumentative (FRE 611).** Use of "silence the voices" is an argumentative framing. The witness already explained what was meant by the document at 148:19-149:7, 149:15-150:6. | The use of "silence" in this question is different than previous questions. | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 150 | 13 | 151 | 12 | See prior objection.<br><br>**150:14-23. Asked & Answered (FRE 403).** The witness already answered the question at 148:25-149:7. Any objection as to the form of the witness's original answer was waived. *See* FRCP 32(d)(3)(B).<br><br>. | See prior response.<br><br>**150:14-23.** The objection is waived because it was not posed at the deposition, FRCP 32(d)(3)(B). The question asked is different than previous questions and necessitated by the witness's unresponsive answers. | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 152 | 4 | 153 | 12 | See prior objection. | See prior response. | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 153 | 14 | 154 | 4 | | | ☐ Sustained<br><br>☐ Overruled |

Deposition of Joanna Wolff, taken May 25, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---------|-------------|------------|------------|----------|----------|------------|-------------------------|---------|
| Joanna Wolff | Plaintiff Affirmatives | 154 | 11 | 155 | 15 | **155:4-7. Asked & Answered (FRE 403).** The witness already responded to the question at 154:21-155:3.<br><br>**155:13-15. Vague & Ambiguous (FRE 611).** "The manner in which Ms. Fairstein is portrayed" is a vague premise for the question. | **155:4-7:** The objection is waived because it was not posed at the deposition, FRCP 32(d)(3)(B). The question why was the information was flagged as a potential issue is different than why was it included in the plan.<br><br>**155:13-15:** The question is not vague, as evidenced by the witness's response. It also relates directly to the reference of the "portrayal" in the exhibit being discussed. | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 155 | 17 | 156 | 23 | See prior objection.<br><br>**156:20-23. Asked & Answered (FRE 403).** The witness already answered the question at 155:24-156:19. | See prior response.<br><br>The question of an issue being flagged versus why the particular description was included in the document are separate questions. | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 157 | 2 | 157 | 5 | See prior objection. | See prior response. | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 158 | 9 | 158 | 10 | | | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 159 | 20 | 159 | 21 | | | ☐ Sustained<br><br>☐ Overruled |

Deposition of Joanna Wolff, taken May 25, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---------|-------------|-----------|-----------|----------|----------|-----------|------------------------|---------|
| Joanna Wolff | Plaintiff Affirmatives | 160 | 6 | 160 | 24 | **160:20-22. Lacks Relevance (FRE 402).** Counsel's question, without a substantive response from the witness ("I don't recall."), lacks relevance. | The witness's answer goes to the competence and credibility of the witness. | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 161 | 5 | 164 | 12 | **As to Exhibit 26 and related testimony.  Hearsay (FRE 802).**  The document that is Exhibit 26 contains out-of-court statements being offered for their truth (i.e. that they were "continuously fine-tuning [the] reactionary plan while monitoring the ongoing customer feedback" and that anger towards Linda Fairstein was a "top conversation driver" for the Series). | Exhibit 26 is not hearsay. FRE 801(d)(2)(D). It is also excepted under FRE 803(1). | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 166 | 21 | 167 | 2 | None | | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 167 | 8 | 168 | 5 | **As to Exhibit 28 and related testimony.  Hearsay (FRE 802).** Exhibit 28 contains out-of-court statements being offered for their truth (i.e. that Color of Change was running a campaign against Linda Fairstein). | The email referenced in the objection is offered to demonstrate that Netflix received notice from Color of Change that it was running a campaign. Exhibit 28 also reflects that Netflix was considering getting involved in events against Fairstein. FRE 801(d)(2)(D). | ☐ Sustained<br><br>☐ Overruled |

Deposition of Joanna Wolff, taken May 25, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---------|-------------|------------|------------|----------|----------|------------|-------------------------|---------|
| Joanna Wolff | Plaintiff Affirmatives | 168 | 22 | 169 | 19 | **169:3-9. Mischaracterizes Evidence (FRE 611).** Witness corrects the record after the question assumes that Netflix's question was directed at Color of Change. | The objection is waived because it was not posed at the deposition, FRCP 32(d)(3)(B). The witness clarifies that Netflix asked the question to Color of Change and a producer. | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 169 | 20 | 169 | 21 | | | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 170 | 2 | 171 | 24 | | | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Plaintiff Affirmatives | 172 | 2 | 172 | 18 | | | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Defense Counter | 172 | 19 | 172 | 23 | | | ☐ Sustained<br><br>☐ Overruled |
| Joanna Wolff | Defense Counter | 173 | 3 | 173 | 8 | | | ☐ Sustained<br><br>☐ Overruled |

# EXHIBIT B

Deposition of Laura Rossi, taken on June 30, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---|---|---|---|---|---|---|---|---|
| Rossi, Laura | Defendants' Affirmative | 7 | 24 | 7 | 25 | | | |
| Rossi, Laura | Defendants' Affirmative | 12 | 3 | 12 | 6 | | | |
| Rossi, Laura | Defendants' Affirmative | 20 | 10 | 20 | 23 | | | |
| Rossi, Laura | Defendants' Affirmative | 21 | 7 | 22 | 10 | | | |
| Rossi, Laura | Defendants' Affirmative | 23 | 5 | 23 | 17 | | | |
| Rossi, Laura | Defendants' Affirmative | 24 | 25 | 25 | 3 | | | |

Deposition of Laura Rossi, taken on June 30, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---------|-------------|------------|------------|----------|----------|------------|------------------------|---------|
| Rossi, Laura | Defendants' Affirmative | 25 | 5 | 25 | 14 | | | |
| Rossi, Laura | Defendants' Affirmative | 25 | 25 | 27 | 17 | | | |
| Rossi, Laura | Defendants' Affirmative | 27 | 22 | 28 | 11 | | | |
| Rossi, Laura | Defendants' Affirmative | 28 | 13 | 28 | 15 | | | |
| Rossi, Laura | Defendants' Affirmative | 28 | 20 | 29 | 12 | | | |
| Rossi, Laura | Defendants' Affirmative | 30 | 8 | 30 | 15 | | | |

Deposition of Laura Rossi, taken on June 30, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---------|-------------|------------|------------|----------|----------|------------|-------------------------|---------|
| Rossi, Laura | Defendants' Affirmative | 30 | 17 | 30 | 20 | | | |
| Rossi, Laura | Defendants' Affirmative | 31 | 10 | 31 | 11 | **FRE 611:** The question is vague | The question as to how the witness was paid is straightforward.  The question is also further clarified in the following designation, where the examiner asks who paid the witness. | ☐ **Sustained** <br><br> ☐ **Overruled** |
| Rossi, Laura | Defendants' Affirmative | 31 | 13 | 31 | 16 | **31:13: FRE 611** – the witness's question is not testimony. | This answer and the previous question provide necessary context to 31:14-16. | ☐ **Sustained** <br><br> ☐ **Overruled** |
| Rossi, Laura | Defendants' Affirmative | 38 | 3 | 38 | 5 | | | |
| Rossi, Laura | Defendants' Affirmative | 38 | 7 | 38 | 7 | | | |
| Rossi, Laura | Defendants' Affirmative | 38 | 17 | 39 | 13 | | | |

Deposition of Laura Rossi, taken on June 30, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---------|-------------|-----------|-----------|----------|----------|------------|------------------------|---------|
| Rossi, Laura | Defendants' Affirmative | 39 | 18 | 39 | 19 | **FRE 611**: Vague, compound question. | The question as to whether the witness ever got to know Ms. Fairstein is straightforward, and in any event, was clarified at 39:23. | ☐ Sustained<br><br>☐ Overruled |
| Rossi, Laura | Defendants' Affirmative | 39 | 21 | 39 | 25 | **39:23 FRE 611**: This is not a question. | See prior response and designation, which contains the original question. The witness asked for clarification, which the examiner then provided. | ☐ Sustained<br><br>☐ Overruled |
| Rossi, Laura | Defendants' Affirmative | 40 | 10 | 40 | 23 | **40:18-23**: **FRE 602** Lacks foundation. **FRE 611**, Argumentative, Compound. | **FRE 602:** The witness has appropriate foundation, as evidenced by her testimony at 40:10-17 that she knows what the Central Park Jogger case is and that it is a case that happened in New York City involving a rape in Central Park.<br><br>**FRE 611:** The question is neither compound nor argumentative. The examiner is establishing a shorthand reference for the prosecution of the Five, which the witness testified she understood. | ☐ Sustained<br><br>☐ Overruled |

Deposition of Laura Rossi, taken on June 30, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---|---|---|---|---|---|---|---|---|
| Rossi, Laura | Defendants' Affirmative | 40 | 25 | 40 | 25 | | | |
| Rossi, Laura | Defendants' Affirmative | 41 | 3 | 41 | 10 | | | |
| Rossi, Laura | Defendants' Affirmative | 42 | 12 | 42 | 17 | | | |
| Rossi, Laura | Defendants' Affirmative | 44 | 9 | 44 | 20 | **44:16-20: FRE 602**, Lacks Foundation. **FRE 611**, Argumentative.<br><br>**FRE 402, FRE 403**: Whether the witness had any awareness of the civil action in 2012 is not relevant to any issue in this case. This testimony would confuse the issues and waste time. | **FRE 602:** The witness has the requisite knowledge, as evidenced by her testimony at 41:3-10 that Ms. Ball told her about Ms. Fairstein's involvement in the Central Park Jogger case in 2012.<br><br>**FRE 611:** The line of questioning is not argumentative, but rather is seeking details about the witness's knowledge of Ms. Fairstein's reputation in 2012 and generally. | ☐ Sustained<br><br>☐ Overruled |

Deposition of Laura Rossi, taken on June 30, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---------|-------------|------------|------------|----------|----------|------------|-------------------------|---------|
| | | | | | | | **FRE 402/403:** The testimony is relevant to Ms. Fairstein's reputation and damages, which are at issue in this case. The testimony also goes to Ms. Rossi's credibility as a witness, which the jury is entitled to determine. | |
| Rossi, Laura | Defendants' Affirmative | 45 | 2 | 45 | 10 | | | |
| Rossi, Laura | Defendants' Affirmative | 46 | 25 | 47 | 2 | **Exhibit 1 – FRE 402**, an email about unspecified comments on Plaintiff's social media account in 2012 lacks relevance to any issue in this case. If it were relevant it is more prejudicial than probative. **FRE 403.**<br><br>**FRE 802** Exhibit 1 also contains hearsay, including the witness's and Plaintiff's out of court statements | **FRE 402/403:** The fact that there were negative comments about Ms. Fairstein and her involvement in the Central Park Jogger case online for many years prior to the release of the Series is highly relevant to damages and causation. Ms. Fairstein put her reputation at issue by bringing a defamation lawsuit. Unfavorable evidence pertaining to her tarnished reputation pre-Series is not substantially more prejudicial than probative. | ☐ Sustained<br><br>☐ Overruled |

Deposition of Laura Rossi, taken on June 30, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---------|-------------|-----------|-----------|----------|----------|-----------|------------------------|---------|
| | | | | | | | **FRE 802:**  Ms. Fairstein's out-of-court statements are statements of a party opponent.  The emails also constitute business records.  *See* 47:20-48:5 (establishing that in the regular course of their relationship as publicist/client, the two regularly communicated by email). | |
| Rossi, Laura | Defendants' Affirmative | 47 | 20 | 48 | 3 | See objection above. | See response above. | ☐ Sustained<br><br>☐ Overruled |
| Rossi, Laura | Defendants' Affirmative | 48 | 5 | 48 | 14 | See objection above | See response above. | ☐ Sustained<br><br>☐ Overruled |
| Rossi, Laura | Defendants' Affirmative | 48 | 19 | 48 | 21 | **FRE 402** the witness's speculation about what she viewed on Plaintiff's social media account in 2012 is not relevant to any issue in this action. | **FRE 402:**  The fact that there were negative comments about Ms. Fairstein and her involvement in the Central Park Jogger case online for many years prior to the release of the Series is highly relevant to damages and causation. | ☐ Sustained<br><br>☐ Overruled |

Deposition of Laura Rossi, taken on June 30, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---------|-------------|------------|------------|----------|----------|------------|-------------------------|---------|
| Rossi, Laura | Defendants' Affirmative | 50 | 7 | 51 | 17 | **FRE 402**, testimony concerning an email about unspecified comments on Plaintiff's social media account in 2012 lacks relevance to any issue in this case. If it were relevant it is more prejudicial than probative. **FRE 403**.<br><br>**FRE 802** This testimony about Exhibit 1 also contains hearsay, including the witness's and Plaintiff's out of court statements | **FRE 402/403:** The fact that there were negative comments about Ms. Fairstein and her involvement in the Central Park Jogger case online for many years prior to the release of the Series is highly relevant to damages and causation. Ms. Fairstein put her reputation at issue by bringing a defamation lawsuit. Unfavorable evidence pertaining to her tarnished reputation pre-Series is not substantially more prejudicial than probative.<br><br>**FRE 802:** Ms. Fairstein's out-of-court statements are statements of a party opponent. The emails also constitute business records. *See* 47:20-48:5 (establishing that in the regular course of their relationship as publicist/client, the two regularly communicated by email).<br><br>Should the Court disagree with the above, Defendants would offer the exhibit not for truth | ☐ Sustained<br><br>☐ Overruled |

Deposition of Laura Rossi, taken on June 30, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---------|-------------|-----------|-----------|----------|----------|------------|------------------------|---------|
| | | | | | | | of the matter asserted, but for the effect on the listener (Ms. Fairstein).  The email put Ms. Fairstein on notice/made her aware of the negative comments online about her/her involvement in the Central Park Jogger case. | |
| Rossi, Laura | Defendants' Affirmative | 52 | 11 | 52 | 14 | **FRE 402** – The witness's familiarity with the Ken Burns' documentary is not relevant to any issue in this action. | The witness's familiarity with the Ken Burns documentary and the impact the film had on Ms. Fairstein's reputation prior to *When They See Us* is highly relevant to causation and damages, two of the key issues in this case.<br><br>Moreover, counsel is establishing foundation for the line of questioning that follows. | ☐ **Sustained**<br><br>☐ **Overruled** |
| Rossi, Laura | Defendants' Affirmative | 52 | 23 | 54 | 7 | **FRE 402**, testimony concerning an email about unspecified comments on Plaintiff's social media account in 2012 lacks relevance to any issue in this case. If it were relevant it is more prejudicial than probative. **FRE 403**. | **FRE 402/403:**  The fact that there were negative comments about Ms. Fairstein and her involvement in the Central Park Jogger case online for many years prior to the release of the Series is highly relevant to damages and causation.  Ms. Fairstein put her reputation at | ☐ **Sustained**<br><br>☐ **Overruled** |

Deposition of Laura Rossi, taken on June 30, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---------|-------------|------------|------------|----------|----------|------------|-------------------------|---------|
| | | | | | | **FRE 802** This testimony about Exhibit 1 also contains hearsay, including the witness's and Plaintiff's out of court statements | issue by bringing a defamation lawsuit. Unfavorable evidence pertaining to her tarnished reputation pre-Series is not substantially more prejudicial than probative.<br><br>**FRE 802:** Ms. Fairstein's out-of-court statements are statements of a party opponent. The emails also constitute business records. *See* 47:20-48:5 (establishing that in the regular course of their relationship as publicist/client, the two regularly communicated by email). The quoted portion of the email is also not being offered for its truth (i.e. that Ms. Rossi felt bad or that she wish she didn't have to show Ms. Fairstein the comments), but rather to show the regularity of negative comments related to Ms. Fairstein's role in the prosecution of the Five. | |

Deposition of Laura Rossi, taken on June 30, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---------|-------------|------------|------------|----------|----------|------------|-------------------------|---------|
| Rossi, Laura | Defendants' Affirmative | 54 | 14 | 54 | 24 | See objections above. | See responses above. | ☐ Sustained  ☐ Overruled |
| Rossi, Laura | Defendants' Affirmative | 57 | 9 | 57 | 13 | See objections above. | See responses above.  This designation is also not hearsay. | ☐ Sustained  ☐ Overruled |
| Rossi, Laura | Plaintiff's Counter | 58 | 14 | 58 | 23 | | | |
| Rossi, Laura | Defendants' Affirmative | 58 | 24 | 59 | 3 | **FRE 602** – the witness lacks personal knowledge about Plaintiff's "role"  **FRE 611** Argumentative, Compound | **FRE 602:** "Role" is not used in this designation.  The witness has requisite personal knowledge regardless.  Ms. Rossi testified that she became aware that Ms. Fairstein was the head of the sex crimes unit in the Manhattan DA's Office. *See* 42:6-10.  **FRE 611:** The question is not compound, and asking whether the witness understood Ms. Fairstein's supervisory position is not argumentative. | ☐ Sustained  ☐ Overruled |

Deposition of Laura Rossi, taken on June 30, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---------|-------------|------------|------------|----------|----------|------------|-------------------------|---------|
| Rossi, Laura | Defendants' Affirmative | 59 | 6 | 59 | 10 | See objection<br><br>**FRE 602** – the witness lacks personal knowledge about Plaintiff's "role"<br><br>**59:8-10**: **FRE 611** Vague, Argumentative, Compound | **FRE 602:** "Role" is not used in this designation.  The witness has requisite personal knowledge regardless.  Ms. Rossi testified that she became aware that Ms. Fairstein was the head of the sex crimes unit in the Manhattan DA's Office. *See* 42:6-10.<br><br>**FRE 611:**  The question is not compound, and asking whether the witness understood that Ms. Fairstein was a high ranking public official is neither argumentative nor vague. | ☐ Sustained<br><br>☐ Overruled |
| Rossi, Laura | Defendants' Affirmative | 59 | 13 | 59 | 13 | See objections above | See responses above. | ☐ Sustained<br><br>☐ Overruled |
| Rossi, Laura | Defendants' Affirmative | 61 | 21 | 61 | 24 | **FRE 402**: witness's awareness of the vacatur is not relevant to any issue in this case. | The witness's knowledge of the vacatur provides important context to various topics discussed in this deposition, such as Ms. Fairstein's reputation pre-Series and the website discussed in the deposition. | ☐ Sustained<br><br>☐ Overruled |

Deposition of Laura Rossi, taken on June 30, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---------|-------------|------------|------------|----------|----------|------------|-------------------------|---------|
| Rossi, Laura | Defendants' Affirmative | 62 | 17 | 62 | 20 | **FRE 602** Lacks foundation<br><br>**FRE 611** Argumentative, Compound<br><br>**FRE 402** the witness's awareness of this topic is not relevant to any issue in this case. | **FRE 602:** The witness has requisite knowledge, as evidenced by her response that she is aware the convictions were vacated and why. Any foundational issues are cured by the witness's testimony at 62:22-63:6.<br><br>**FRE 611:** Asking the witness whether she is aware of a well-known fact (that the convictions were vacated after Matias Reyes came forward) is not argumentative.<br><br>**FRE 402:** The witness's knowledge of the vacatur provides important context to various topics discussed in this deposition, such as Ms. Fairstein's reputation pre-Series and the website discussed in the deposition. | ☐ **Sustained**<br><br>☐ **Overruled** |

Deposition of Laura Rossi, taken on June 30, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---------|-------------|------------|------------|----------|----------|------------|-------------------------|---------|
| Rossi, Laura | Defendants' Affirmative | 62 | 22 | 63 | 17 | **FRE 402** the witness's awareness of this topic and how she learned about it is not relevant to any issue in this case. | See response above. | ☐ Sustained<br><br>☐ Overruled |
| Rossi, Laura | Defendants' Affirmative | 63 | 23 | 64 | 7 | **FRE 402**- whether the witness viewed the videos being asked about is not relevant to any issue in this case. | **FRE 402:**  Whether the witness viewed the videos provides helpful context as to numerous lines of questioning in this deposition, including the creation of the website discussed in the deposition. | ☐ Sustained<br><br>☐ Overruled |
| Rossi, Laura | Defendants' Affirmative | 64 | 12 | 64 | 15 | **FRE 402** this witness's viewing of the videos in connection with the matter being discussed is not relevant to any issue in this case. | See response above. | ☐ Sustained<br><br>☐ Overruled |
| Rossi, Laura | Defendants' Affirmative | 65 | 7 | 66 | 15 | **FRE 602** – Lack of Foundation, Lack of Personal Knowledge. The witness testified that she did not know what specifically is being discussed.<br><br>**FRE 802**- Exhibit 2 and related testimony contains hearsay. | **FRE 602:**  Exhibit 2 is an email chain between Ms. Rossi and Ms. Fairstein, and the witness identified it as such.  *See* 65:13-15 ("Q. Perfect. Can you tell me is that an e-mail between you and Ms. Fairstein? A. Yes, it is.").  The witness's claim not to recall the content of the email goes to her credibility. | ☐ Sustained<br><br>☐ Overruled |

Deposition of Laura Rossi, taken on June 30, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---------|-------------|------------|------------|----------|----------|------------|-------------------------|---------|
| | | | | | | | **FRE 802:** Ms. Fairstein's out-of-court statements are statements of a party opponent. The emails also constitute business records. *See* 47:20-48:5 (establishing that in the regular course of their relationship as publicist/client, the two regularly communicated by email). The emails are also not being offered for their truth, but to show notice/knowledge of frequent negative commentary on Twitter as to Ms. Fairstein's role in the case. | |
| Rossi, Laura | Defendants' Affirmative | 67 | 2 | 67 | 4 | **FRE 402**: Exhibit 3 lacks relevance and even if it were relevant it is of little probative value. **FRE 403.** | **FRE 402/403:** Exhibit 3 is highly relevant. These posts, and their timing, are relevant to the determination of Plaintiff's public reputation prior to the airing of the Series, which goes directly to both causation and damages. Exhibit 3 is highly probative of the public perception of Plaintiff at the time the posts it contains were written. Defendants would be severely prejudiced if they could not use Exhibit 3 to | ☐ **Sustained**<br><br>☐ **Overruled** |

Deposition of Laura Rossi, taken on June 30, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | rebut Ms. Fairstein's claims of reputational and economic harm. | |
| Rossi, Laura | Defendants' Affirmative | 67 | 8 | 67 | 18 | See objection above.<br><br>**FRE 402:** This testimony discusses a social media post from 2012 or 2013 and is not relevant to any issue in this case. | See response above. | ☐ **Sustained**<br><br>☐ **Overruled** |
| Rossi, Laura | Defendants' Affirmative | 68 | 8 | 68 | 14 | See objection above. | See response above. | ☐ **Sustained**<br><br>☐ **Overruled** |
| Rossi, Laura | Defendants' Affirmative | 69 | 3 | 69 | 21 | See objection above. | See response above. | ☐ **Sustained**<br><br>☐ **Overruled** |
| Rossi, Laura | Defendants' Affirmative | 70 | 20 | 71 | 14 | **FRE 402**: This testimony discusses a social media post from 2012 or 2013 and is not relevant to any issue in this case. Exhibit 3 also lacks relevance and even if it were relevant it is of little probative value. **FRE 403.** | **FRE 402, 403:** These posts, and their timing, are relevant to the determination of Plaintiff's public reputation prior to the airing of the Series, which goes directly to both causation and damages. Exhibit 3 is relevant for the same reasons, and is highly probative of the public | ☐ **Sustained**<br><br>☐ **Overruled** |

Deposition of Laura Rossi, taken on June 30, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---|---|---|---|---|---|---|---|---|
| | | | | | | **71:3-8: Lacks Personal Knowledge (FRE 602).** The witness stated that she does not recall or know about the Toobin article. | perception of Plaintiff at the time the posts it contains were written.<br><br>**FRE 602:** This line of questioning is not about the Toobin article, but rather about tweets as to which Ms. Rossi has personal knowledge | |
| Rossi, Laura | Defendants' Affirmative | 72 | 3 | 73 | 11 | **FRE 402**: This testimony discusses social media posts from 2012 or 2013 and is not relevant to any issue in this case. Exhibit 3 also lacks relevance and even if it were relevant it is of little probative value. **FRE 403**. | See prior response regarding FRE 402 and 403. | ☐ **Sustained**<br><br>☐ **Overruled** |
| Rossi, Laura | Defendants' Affirmative | 74 | 25 | 75 | 6 | **FRE 402**:Whether the witness created any other memos during the 2012-2019 time period is not relevant to any issue in this case. | Whether Ms. Rossi created other memos documenting negative publicity for Ms. Fairstein is evidence of Ms. Fairstein's reputation prior to the airing of the Series, which is relevant to causation and damages. | ☐ **Sustained**<br><br>☐ **Overruled** |

Deposition of Laura Rossi, taken on June 30, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---|---|---|---|---|---|---|---|---|
| Rossi, Laura | Defendants' Affirmative | 76 | 5 | 76 | 6 | | | ☐ Sustained<br><br>☐ Overruled |
| Rossi, Laura | Defendants' Affirmative | 76 | 10 | 77 | 15 | **FRE 402**: This testimony discusses an email about a social media post from 2013 and is not relevant to any issue in this case.<br><br>**FRE 802**: Exhibit 4 is inadmissible hearsay comprised of out of court communications between Ms. Fairstein and Elizabeth Lederer. These communications also discuss threats to Ms. Lederer, which Defendants have moved to exclude from evidence in their Motion *In Limine* No. 6.<br><br>The November 26, 2013 email from the witness to Ms. Fairstein constitutes hearsay. The email also contains a Facebook post that is hearsay if offered for the truth of the statements made therein. | **FRE 402**: This social media post is evidence of Ms. Fairstein's reputation prior to the airing of the Series, which is relevant to causation and damages.<br><br>**FRE 802**: The designated testimony about Exhibit 4 does not seek to use Exhibit 4 for the truth of the matter asserted. In particular, the referenced Facebook post is not being offered for the truth of the matter asserted, but instead to demonstrate the fact that Plaintiff was the subject of negative social media posts of this type at this time. FRE 801(c)(2). | ☐ Sustained<br><br>☐ Overruled |

Deposition of Laura Rossi, taken on June 30, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---------|-------------|------------|------------|----------|----------|------------|-------------------------|---------|
| Rossi, Laura | Defendants' Affirmative | 78 | 22 | 79 | 2 | **FRE 602**: The witness has no personal knowledge about this communication.<br><br>**FRE 802**: out of court communications between Ms. Fairstein and Elizabeth Lederer are hearsay.<br><br>**FRE 402**: an email written in 2013 about a Facebook post from that time is not relevant to any issue in this case.<br><br>**FRE 403**: The probative value of this testimony and the part of Exhibit 4 that is being discussed is outweighed by the substantial prejudice that would be caused if it is admitted into evidence, including juror confusion, misleading the jury and wasting time. | **FRE 602:** The witness is copied on the original email in the chain. The exhibit is being used as an example of the type of post the witness would remove from Facebook for Ms. Fairstein.<br><br>**FRE 802:** The statement by Ms. Fairstein is not hearsay because it is a statement by a party opponent (FRE 802). Moreover, the statements are not being offered for the truth of the matters asserted.<br><br>**FRE 402/403:** The email is highly relevant because it goes to Ms. Fairstein's pre-Series reputation. It also goes to substantial truth of the type of conversations Ms. Fairstein and others had behind closed doors. There is nothing confusing about the document. | ☐ Sustained<br><br>☐ Overruled |

Deposition of Laura Rossi, taken on June 30, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---|---|---|---|---|---|---|---|---|
| Rossi, Laura | Defendants' Affirmative | 79 | 19 (Start at "Is this") | 80 | 15 | **79:19-22**: See objections above.<br><br>**79:23-80:15**:<br><br>**FRE 602**: The witness has no personal knowledge about the communication between Ms. Fairstein and "Bobby" in Exhibit 5.<br><br>**FRE 802**: out of court communications between Ms. Fairstein and Bobby are hearsay.<br><br>Out of court communications between Ms. Fairstein and the witness are hearsay.<br><br>The Twitter posts quoted in the email are hearsay if admitted for the truth of the statements made therein.<br><br>**FRE 402**: an email written in 2013 about Twitter posts from that time is not relevant to any issue in this case. The probative value of the testimony and Exhibit 5 is minimal compared | **79:19-22**: See responses above.<br><br>**79:23-80:15**:<br><br>**FRE 602**: The witness has personal knowledge of the portion of the email chain that she is a party to, which is the subject of the line of questioning (not the communication with "Bobby").<br><br>**FRE 802**: The email by Ms. Fairstein is not hearsay because it is a statement by a party opponent (FRE 802).<br><br>The twitter posts are not being admitted for the truth of the matters asserted within them, but rather to evidence Ms. Fairstein's reputation and the criticisms she received before the Series aired (FRE 801).<br><br>**FRE 402**: The twitter posts are relevant for the same reasons other social media posts are relevant, as stated above. | ☐ Sustained<br><br>☐ Overruled |

Deposition of Laura Rossi, taken on June 30, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---------|-------------|-----------|-----------|---------|---------|-----------|------------------------|---------|
| | | | | | | to the substantial prejudice that could result if they are admitted, including juror confusion and wasting time. FRE 403. | | |
| Rossi, Laura | Defendants' Affirmative | 80 | 19 | 82 | 21 | **FRE 602**: The witness has no personal knowledge about the communication between Ms. Fairstein and "Bobby" in Exhibit 5.<br><br>**FRE 802**: out of court communications between Ms. Fairstein and Bobby are hearsay.<br><br>Out of court communications between Ms. Fairstein and the witness are hearsay.<br><br>The Twitter posts quoted in the email are hearsay if admitted for the truth of the statements made therein.<br><br>**FRE 402**: an email written in 2013 about Twitter posts from that time is not relevant to any | See responses above. | ☐ **Sustained**<br><br>☐ **Overruled** |

Deposition of Laura Rossi, taken on June 30, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---------|-------------|------------|------------|----------|----------|------------|-------------------------|---------|
| | | | | | | issue in this case. The probative value of the testimony and Exhibit 5 is minimal compared to the substantial prejudice that could result if they are admitted, including juror confusion and wasting time. FRE 403. | | |
| Rossi, Laura | Defendants' Affirmative | 84 | 2 | 84 | 3 | See objections above.<br><br>**FRE 611** -Argumentative | See responses above.<br><br>**FRE 611:** The question asks the witness whether she agrees with a description of the tweets at issue and is not argumentative. | ☐ **Sustained**<br><br>☐ **Overruled** |
| Rossi, Laura | Defendants' Affirmative | 84 | 5 | 84 | 6 | See objections above | See responses above. Asking the witness to clarify the degree of negativity she perceives is not argumentative. | ☐ **Sustained**<br><br>☐ **Overruled** |
| Rossi, Laura | Defendants' Affirmative | 84 | 8 | 84 | 11 | See objections above | See responses above. | ☐ **Sustained**<br><br>☐ **Overruled** |

Deposition of Laura Rossi, taken on June 30, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---|---|---|---|---|---|---|---|---|
| Rossi, Laura | Plaintiff's Counter | 84 | 12 | 84 | 17 | Plaintiff designates this testimony only to the extent the Court overrules her objections to 80:19-82:21, 84:2-3, 84:5-6, 84:8-11 and 84:18-21.<br><br>**FRE 611:** The witness's answer is not responsive. | | ☐ Sustained<br><br>☐ Overruled |
| Rossi, Laura | Defendants' Affirmative | 84 | 18 (Start at "Did you see") | 84 | 21 | **FRE 611** -Argumentative, Vague and Ambiguous<br><br>**FRE 402**: Whether the witness saw negative commentary about a different film in 2013 is not relevant to any issue in this case and even if it were relevant the testimony is of minimal probative value compared to the risk of juror confusion and wasting time. **FRE 403** | Whether the witness saw negative commentary about the documentary is directly relevant to Plaintiff's reputation before the airing of the Series, which is relevant to causation and damages. Additionally, the question is not vague or ambiguous; it asks about specific commentary related to a specific documentary. Further, phrasing a question as yes-or-no (which the witness answered accordingly) is not argumentative. | ☐ Sustained<br><br>☐ Overruled |
| Rossi, Laura | Plaintiff's Counter | 84 | 22 | 85 | 3 | Plaintiff designates this testimony only to the extent the Court overrules her objections to 80:19-82:21, | | ☐ Sustained<br><br>☐ Overruled |

Deposition of Laura Rossi, taken on June 30, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---------|-------------|-----------|-----------|---------|---------|-----------|------------------------|---------|
| | | | | | | 84:2-3, 84:5-6, 84:8-11 and 84:18-21. | | |
| Rossi, Laura | Defendants' Affirmative | 85 | 22 | 85 | 24 | **FRE 402**: Whether the witness removed or blocked negative posts from Ms. Fairstein's Facebook account in 2013 is not relevant to any issue in this case and even if it were relevant the testimony is of minimal probative value compared to the risk of juror confusion and wasting time. **FRE 403** | The witness's removal and blocking of posts is relevant and probative of Plaintiff's reputation prior to the airing of the Series, which go to causation and damages. They further demonstrate the witness's aversion to criticism, which goes to the substantial truth of her portrayal. | ☐ **Sustained** <br><br> ☐ **Overruled** |
| Rossi, Laura | Defendants' Affirmative | 86 | 3 | 86 | 10 | 86:3-4 <br><br> **FRE 402**: Whether the witness removed or blocked negative posts from Ms. Fairstein's Facebook account in 2016 is not relevant to any issue in this case and even if it were relevant the testimony is of minimal probative value compared to the risk of juror confusion and wasting time. **FRE 403.** | See above response. | ☐ **Sustained** <br><br> ☐ **Overruled** |

Deposition of Laura Rossi, taken on June 30, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---|---|---|---|---|---|---|---|---|
| Rossi, Laura | Defendants' Affirmative | 86 | 25 | 87 | 16 | **FRE 602**: The witness is reading hearsay into the record.<br><br>**FRE 611**: This is not testimony.<br><br>**FRE 802**: Exhibit 8 and related testimony are hearsay.. | **FRE 602/611:**  Exhibit 8 contains communications between Ms. Rossi and Ms. Fairstein, which the witness obviously was privy to and has personal knowledge of.  FRE 611 does not apply, as the mode of questioning is proper.<br><br>**FRE 802:**  The out-of-court statements contained in Exhibit 8 are not being offered for their truth, so they are not hearsay.  In fact, portions of Exhibit 8 contain questions, which are not statements at all.<br><br>Moreover, Ms. Fairstein's statements are statements of a party opponent and the emails between the two constitute business records under FRE 803(6). | |
| Rossi, Laura | Defendants' Affirmative | 87 | 24 | 88 | 2 | | | ☐ **Sustained**<br><br>☐ **Overruled** |

Deposition of Laura Rossi, taken on June 30, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---------|-------------|------------|------------|----------|----------|------------|-------------------------|---------|
| Rossi, Laura | Defendants' Affirmative | 91 | 10 | 92 | 3 | **FRE 611** -Argumentative<br><br>**FRE 602** – Lack of Personal Knowledge- the witness testified at 91:5-6 that she was not acting as Ms. Fairstein's publicist.<br><br>**FRE 402, FRE 701** – Improper lay opinion testimony. Whether it is the witness's opinion that negative comments about Ms. Fairstein were bad publicity is not relevant to any issue in this case. Nor is it helpful to understanding the witness's testimony or determining a fact in issue. | **FRE 611:** Clarifying the witness's perception of the events is not argumentative.<br><br>**FRE 402/602/701:** The witness does not need to be a publicist to provide a lay opinion on whether an event is good or bad publicity. Her opinion on the pre-Series publicity Ms. Fairstein received is relevant to Ms. Fairstein's reputational issues, as discussed above. | ☐ **Sustained**<br><br>☐ **Overruled** |
| Rossi, Laura | Defendants' Affirmative | 92 | 19 | 92 | 21 | **FRE 402** who the witness hired to work with her is not relevant to any issue in this case. | The identity of this third party is necessary to provide context to the exhibit referenced below. In any event, there is no potential prejudice from the admission of this factual information. | ☐ **Sustained**<br><br>☐ **Overruled** |

Deposition of Laura Rossi, taken on June 30, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---------|-------------|-----------|-----------|---------|---------|-----------|------------------------|---------|
| Rossi, Laura | Defendants' Affirmative | 93 | 16 | 93 | 22 | **FRE 802** -Ex. 11 and related testimony are hearsay. The witness's out of court communications with her employee and Ms. Fairstein are hearsay. | This testimony is not hearsay. The witness testified this was the procedure she followed for negative comments on Facebook, Twitter and Instagram. In addition, the exhibit itself  is not being offered or used for the truth of the matter asserted within it (i.e., that the witness prescheduled posts, that there was no new book release, that the Central Park Five case was in the news, etc.), but rather for the fact that the witness wrote these instructions, which demonstrates her concern with Ms. Fairstein's reputation before the Series aired. These pre-Series actions are relevant to Ms. Fairstein's reputation, causation and damages. | ☐ Sustained<br><br>☐ Overruled |
| Rossi, Laura | Defendants' Affirmative | 94 | 2 | 95 | 8 | **FRE 802** -Ex. 11 and related testimony are hearsay. The witness's out of court communications with her employee and Ms. Fairstein are hearsay. | See previous response.  The testimony at 94:24-95:8 is also factual testimony that is not hearsay. | ☐ Sustained<br><br>☐ Overruled |

Deposition of Laura Rossi, taken on June 30, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---------|-------------|------------|------------|----------|----------|------------|-------------------------|---------|
| Rossi, Laura | Defendants' Affirmative | 95 | 15 | 96 | 13 | **FRE 802** -Ex. 11 and related testimony are hearsay. The witness's out of court communications with her employee and Ms. Fairstein are hearsay. | See response above.  In addition, all of the designated testimony here asks about facts that do not constitute hearsay. | ☐ Sustained<br><br>☐ Overruled |
| Rossi, Laura | Plaintiff's Counter | 98 | 10<br><br>[start at "we"] | 98 | 14 | | | ☐ Sustained<br><br>☐ Overruled |
| Rossi, Laura | Defendants' Affirmative | 99 | 21 | 100 | 6 | | | ☐ Sustained<br><br>☐ Overruled |
| Rossi, Laura | Plaintiff's Counter | 100 | 7 | 100 | 8 | | | ☐ Sustained<br><br>☐ Overruled |
| Rossi, Laura | Plaintiff's Counter | 100 | 10 | 100 | 12 | | | ☐ Sustained<br><br>☐ Overruled |
| Rossi, Laura | Defendants' Affirmative | 102 | 18 | 102 | 23 | | | ☐ Sustained<br><br>☐ Overruled |

Deposition of Laura Rossi, taken on June 30, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---|---|---|---|---|---|---|---|---|
| Rossi, Laura | Defendants' Affirmative | 103 | 20 | 103 | 25 | | | ☐ Sustained<br><br>☐ Overruled |
| Rossi, Laura | Defendants' Affirmative | 132 | 4 | 132 | 12 | **FRE 402** – the witness's involvement in this task is not relevant to any issue in this case. | The witness's involvement in this task is relevant because it provides helpful context and background as to Plaintiff's role in the website. The website is relevant for the reasons set forth in Defendants' Opposition to Plaintiff's Omnibus Motion *in Limine*, including substantial truth, Plaintiff's continued advocacy of the Five's guilt over time, Plaintiff's reputation, and damages. (See ECF No. 320 at 35-39.) | ☐ Sustained<br><br>☐ Overruled |
| Rossi, Laura | Defendants' Affirmative | 134 | 12 | 135 | 16 | **FRE 402** – the witness's involvement in this task is not relevant to any issue in this case.<br><br>**FRE 802**- the witness's out of court communications with Ms. Fairstein are hearsay<br><br>**FRE 601** – this witness lacks personal knowledge about the | See above responses.<br><br>**FRE 802:** This line of questioning is not asking about the truth of the witness's out of court statements, but rather about factual information as to which the witness testifies.<br><br>**FRE 601:** The witness has personal knowledge of the email she sent, and of the | ☐ Sustained<br><br>☐ Overruled |

Deposition of Laura Rossi, taken on June 30, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---|---|---|---|---|---|---|---|---|
| | | | | | | subject matter of this line of questioning. | subject of the email itself (even if she claims to have not "set it up"). | |
| Rossi, Laura | Defendants' Affirmative | 135 | 24 | 136 | 12 | **FRE 402** – the witness's and the other person's involvement in this task is not relevant to any issue in this case. | See above responses. | ☐ **Sustained**<br><br>☐ **Overruled** |
| Rossi, Laura | Defendants' Affirmative | 137 | 16 | 137 | 18 | **FRE 802** Exhibit 20, communications between the witness and Ms. Fairstein and discussing what a third party told the witness, is hearsay.<br><br>**FRE 402** – the communications in Exhibit 20 are not relevant to any issue in this case. | **FRE 802:** The emails from the witness are not being offered for the truth of the statements contained within them, but rather to demonstrate that the emails were sent/statements were made to Ms. Fairstein. For example, the witness's statement that "I e-mailed Kate earlier" is not being offered to prove that the witness emailed Kate, but rather to show that she told Ms. Fairstein this. Additionally, Ms. Fairstein's emails to the witness are statements by a party opponent.<br><br>**FRE 402:** The communications are relevant because they provide helpful context and background as to Plaintiff's role | ☐ **Sustained**<br><br>☐ **Overruled** |

Deposition of Laura Rossi, taken on June 30, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | in the website. The witness's involvement in assisting Ms. Fairstein set up the website also goes to the credibility and bias of the witness. The website is relevant for the reasons set forth in Defendants' Opposition to Plaintiff's Omnibus Motion *in Limine*, including substantial truth, Plaintiff's continued advocacy of the Five's guilt over time, Plaintiff's reputation, and damages. (See ECF No. 320 at 35-39.) | |
| Rossi, Laura | Defendants' Affirmative | 138 | 3 | 138 | 11 | **FRE 802 –** this testimony concerns hearsay/Exhibit 20.<br><br>**FRE 402** – the communications in Exhibit 20 are not relevant to any issue in this case | See above responses. | ☐ **Sustained**<br><br>☐ **Overruled** |
| Rossi, Laura | Defendants' Affirmative | 138 | 17 | 139 | 10 | **FRE 602**- the witness has no personal knowledge about Ms. Fairstein's beliefs or statements<br><br>**FRE 802 –** this testimony concerns hearsay/Exhibit 20. | See above responses.<br><br>**FRE 602:** Witness was asked about what Ms. Fairstein told her, not about what Ms. Fairstein subjectively believed. | ☐ **Sustained**<br><br>☐ **Overruled** |

Deposition of Laura Rossi, taken on June 30, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---|---|---|---|---|---|---|---|---|
| | | | | | | **FRE 402** – the communications in Exhibit 20 are not relevant to any issue in this case | | |
| Rossi, Laura | Defendants' Affirmative | 139 | 14 | 139 | 24 | **FRE 602**- the witness has no personal knowledge about Ms. Fairstein's beliefs or statements<br><br>**FRE 802 –** this testimony concerns hearsay/Exhibit 20<br><br>**FRE 402** – the communications in Exhibit 20 are not relevant to any issue in this case | See above responses. | ☐ **Sustained**<br><br>☐ **Overruled** |
| Rossi, Laura | Defendants' Affirmative | 141 | 6 | 141 | 19 | **FRE 602**- the witness has no personal knowledge about Ms. Fairstein's beliefs or statements<br><br>**FRE 802 –** this testimony concerns hearsay/Exhibit 20<br><br>**FRE 402** – the communications in Exhibit 20 are not relevant to any issue in this case | See above responses. | ☐ **Sustained**<br><br>☐ **Overruled** |

Deposition of Laura Rossi, taken on June 30, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---------|-------------|------------|------------|----------|----------|------------|-------------------------|---------|
| Rossi, Laura | Defendants' Affirmative | 142 | 2 | 142 | 4 | **FRE 402**- Ms. Fairstein's provision of information to this witness is not relevant to any issue in this case. | Ms. Fairstein's provision of information is relevant because it provides helpful context and background as to Plaintiff's role in the website.  The website is relevant for the reasons set forth in Defendants' Opposition to Plaintiff's Omnibus Motion *in Limine*, including substantial truth, Plaintiff's continued advocacy of the Five's guilt over time, Plaintiff's reputation, and damages. (See ECF No. 320 at 35-39.) | ☐ **Sustained**<br><br>☐ **Overruled** |
| Rossi, Laura | Defendants' Affirmative | 142 | 12 | 142 | 13 | **FRE 402**- Ms. Fairstein's provision of information to this witness is not relevant to any issue in this case | See above response. | ☐ **Sustained**<br><br>☐ **Overruled** |
| Rossi, Laura | Defendants' Affirmative | 143 | 13 | 143 | 18 | **FRE 402** – the site being discussed is not relevant to any issue in this case.<br><br>**143:17-18: FRE 611 –** Lacks foundation/assumes facts not in evidence | **FRE 402:** The website is relevant for all of the reasons stated in previous responses.<br><br>**FRE 611:** The witness's answer demonstrates that she has personal knowledge as to who was responsible for fact checking the contents of the website. | ☐ **Sustained**<br><br>☐ **Overruled** |

Deposition of Laura Rossi, taken on June 30, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---------|-------------|------------|------------|----------|----------|------------|-------------------------|---------|
| Rossi, Laura | Defendants' Affirmative | 143 | 20 | 143 | 20 | **FRE 402** – the site being discussed is not relevant to any issue in this case. | See above responses. | ☐ Sustained<br><br>☐ Overruled |
| Rossi, Laura | Defendants' Affirmative | 144 | 22 | 145 | 16 | **FRE 402**- Exhibit 22 contains subject matter that is not relevant to any issue in this case.<br><br>**FRE 802** -the communications in Exhibit 22 are hearsay.<br><br>**FRE 602** – the witness has no personal knowledge about Ms. Fairstein's beliefs or motivations in making certain statements. | **FRE 402:**  Ms. Fairstein's and the witness's monitoring of media and social media surrounding the Central Park Five and Ms. DuVernay, and her reaction to Ms. DuVernay, are relevant to substantial truth because they demonstrate Ms. Fairstein's inability to accept criticism, and are relevant to Ms. Fairstein's bias, credibility and her motivations in bringing this lawsuit.<br><br><br>**FRE 802:**  The statements by Ms. Fairstein in the emails are not hearsay because they are statements by a party opponent. The fact that the witness alerted Ms. Fairstein to interviews and articles in the media is not hearsay. | ☐ Sustained<br><br>☐ Overruled |

Deposition of Laura Rossi, taken on June 30, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | **FRE 602:** The witness is not being asked about any subjective belief or motivation of Ms. Fairstein; only about a statement she actually made. | |
| Rossi, Laura | Defendants' Affirmative | 146 | 18 | 146 | 22 | **FRE 802** -the communications in Exhibit 22 are hearsay.<br><br>**FRE 402** -this testimony is not relevant to any issue in this case. | **FRE 802:** Ms. Fairstein's email is a statement by a party opponent, and thus not hearsay and, in any event, it is being offered for the fact that Ms. Fairstein made these statements, and not for the truth of the matter asserted.<br><br>**FRE 402:** Ms. Fairstein's direction is relevant to the substantial truth of her portrayal as a figure who relentlessly asserted the Five's guilt, and to her role in creating and promoting the website. | ☐ **Sustained**<br><br>☐ **Overruled** |
| Rossi, Laura | Defendants' Affirmative | 150 | 7 | 150 | 9 | **FRE 802** – the communications in Exhibit 23 are hearsay. | The email is not being offered for the truth of the matter asserted within it, but rather to demonstrate that the witness sent the email to Kate. | ☐ **Sustained**<br><br>☐ **Overruled** |

Deposition of Laura Rossi, taken on June 30, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---------|-------------|-----------|-----------|----------|----------|------------|------------------------|---------|
| Rossi, Laura | Defendants' Affirmative | 150 | 17 | 150 | 21 | **FRE 802** – the communications in Exhibit 23 are hearsay<br><br>**FRE 402-** this testimony is not relevant to any issue in this case. | **FRE 802:**  The witness is being asked to testify about an action she took, not about the veracity of an out-of-court statement.<br><br>**FRE 402:**  Plaintiff's attempt to grab the CentralPark5Facts handle is relevant to her further attempts to disseminate her views about the Five's guilt notwithstanding the vacatur of their convictions, her portrayal of her views as the "facts," her biases, and the substantial truth of the Series' portrayal of Plaintiff. | ☐ **Sustained**<br><br>☐ **Overruled** |
| Rossi, Laura | Defendants' Affirmative | 154 | 20 | 154 | 22 | | | ☐ **Sustained**<br><br>☐ **Overruled** |
| Rossi, Laura | Defendants' Affirmative | 156 | 22 | 157 | 11 | **FRE 611** – Argumentative, assumes facts not in evidence<br><br>**FRE 402-** The portion of Exhibit 27 that is being asked about is not relevant and even if it were, it is more prejudicial than probative. **FRE 403.** The | **FRE 611:**  The question asks about statements made in the underlying exhibit and is not argumentative.<br><br>**FRE 402/403:**  The exhibit is relevant to demonstrate the public perception of Ms. | ☐ **Sustained**<br><br>☐ **Overruled** |

Deposition of Laura Rossi, taken on June 30, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---|---|---|---|---|---|---|---|---|
| | | | | | | witness's "understanding" of the subject matter of the post is not relevant to any issue in this case. | Fairstein, which is relevant to causation, damages, and substantial truth. Further, the witness's familiarity with the relationship between Ms. Fairstein and Harvey Weinstein is relevant because it goes to a non-Series factor that may have contributed to her reputational harm. | |
| Rossi, Laura | Defendants' Affirmative | 157 | 13 | 157 | 19 | **FRE 402**- The portion of Exhibit 27 that is being asked about is not relevant and even if it were, it is more prejudicial than probative. **FRE 403**. The witness's "understanding" of the subject matter of the post is not relevant to any issue in this case | See responses above. | ☐ **Sustained**  ☐ **Overruled** |
| Rossi, Laura | Defendants' Affirmative | 158 | 5 | 158 | 9 | **FRE 802** – Exhibit 53, a New York Times article, is inadmissible hearsay | The designated testimony related to this exhibit does not go to the truth of the matters asserted in the article.  Rather, as set forth in 160:14-18 and 160:20, the designated testimony asks whether Ms. Fairstein informed the witness of this article. | ☐ **Sustained**  ☐ **Overruled** |

Deposition of Laura Rossi, taken on June 30, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---|---|---|---|---|---|---|---|---|
| Rossi, Laura | Defendants' Affirmative | 160 | 14 | 160 | 18 | **FRE 611** – argumentative, assumes facts not in evidence | The question asks whether Plaintiff informed her of a specific fact, and is not phrased in an argumentative manner. Nor does the question assume facts not in evidence - it asks about the article the witness is shown and what Ms. Fairstein told the witness about that article. | ☐ Sustained<br><br>☐ Overruled |
| Rossi, Laura | Defendants' Affirmative | 160 | 20 | 160 | 20 | **FRE 402 –** This testimony is not relevant to any issue in this action. | Plaintiff's disclosure or nondisclosure to the witness of other factors that were negatively affecting Plaintiff's reputation besides the airing of the Series is relevant to Plaintiff's and the witness's credibility in their assertions that Ms. Fairstein's reputational damage resulted from the challenged scenes in the Series. | ☐ Sustained<br><br>☐ Overruled |
| Rossi, Laura | Defendants' Affirmative | 174 | 20 | 175 | 2 | **FRE 402 –** This testimony is not relevant to any issue in this action. | This testimony is relevant to the witness's current relationship with the Plaintiff, which the jury will use to assess her credibility. | ☐ Sustained<br><br>☐ Overruled |

Deposition of Laura Rossi, taken on June 30, 2022

| Witness | Designation | Start Page | Start Line | End Page | End Line | Objections | Responses to Objections | Rulings |
|---------|-------------|------------|------------|----------|----------|------------|-------------------------|---------|
| Rossi, Laura | Defendants' Affirmative | 181 | 18 | 181 | 24 | **FRE 402 –** This testimony is not relevant to any issue in this action. | See response above. | ☐ **Sustained**<br><br>☐ **Overruled** |

EXHIBIT C

## EXHIBIT C: PLAINTIFF'S TRIAL EXHIBIT LIST

| Exhibit | Bates No. | Description | Defendants' Objections[1] |
|---------|-----------|-------------|---------------------------|
| PX-A | Video<br>LF00050647 | *When They See Us* date announce/teaser | **<br>[Subject to clean version as discussed] |
| PX-B | Video<br>LF00050652 | *When They See Us* trailer | **<br>[Subject to clean version as discussed] |
| PX-C | video<br>and as shown on Netflix with auto play | *When They See Us* - Episode 1 | * |
| PX-D | Video<br>and as shown on Netflix with auto play | *When They See Us* – Episode 2 | * |
| PX-E | Video<br>and as shown on Netflix with auto play | *When They See Us* – Episode 4 | * |
| PX-F | NYCLD_009876 | Memo Book Entries re Statement by Steven Lopez; Show Up; Arrests; And the Investigation Of The Central Park Jogger Case, By PO Eric Reynolds (4 19 1989 and 4 20 1989) | * |

[1] Defendants apply the identification system required by the Court: "one star indicating exhibits to which no party objects on grounds of authenticity, and two stars indicating exhibits to which no party objects on any ground." Defendants do not read the Court's order as requiring the parties to identify the basis for the objections as this stage.  Defendants are willing and able to provide that information if the Court wishes.  Unless the Court orders otherwise, in accordance with Federal Rule 26, Defendants will provide to Plaintiff the basis for their objections in advance of trial.

| Exhibit | Bates No. | Description | Defendants' Objections[1] |
|---------|-----------|-------------|--------------------------|
| PX-G | NYCLD_009926 | Spiral Notepad Entries Re Arrests and Discovery of Patricia Meili, by PO Eric Reynolds (4-19-89 and 4-20-89) | * |
| P-H | NYCLD_009845 | Memo Book Entries Re Investigation Of The Central Park Jogger Case, By PO Eric Reynolds (4 20 1989 and 4 21 1989) | * |
| PX-I | NYCLD_057937-938 | E. Reynolds' notes | * |
| PX-J | NYCLD_057939-945 | E. Reynolds' notes | * |
| PX-K | NYCLD_045080-45112 | Reporter's Note Book | ** |
| PX-L | NYCLD_045416 | Ex. 22, R. Nugent Dep. 11/19/10 In re McCray | ** |
| PX-M | EL000014 | 4.26.89 Law Journal Profile *Central Park Rape Prosecutor Seen Tough Enough for the Job* | * |
| PX-N | LF00030073-75 | 5.4.89 letter from E. Lederer to R. Morgenthau re Central Park Investigation | * |
| PX-O | LF00014732 | Exhibit 27, E. Lederer Dep. 7/24/13 In re McCray | ** |
| PX-P | LF00024894-95 | 3.29.90 letters from E. Lederer to Judge Galligan re sock DNA | ** |

2

| Exhibit | Bates No. | Description | Defendants' Objections[1] |
|---------|-----------|-------------|---------------------------|
| PX-Q | LF00024902-944 | 4.2.90 Transcript of Pre-Trial Hearing | ** |
| PX-R | NYCLD_000335 | 4.3.90 letter from E. Lederer to M. Joseph re serology report | * |
| PX-S | NYCLD_000353 | 4.3.90 letter from E. Lederer to P. Rivera re serology report | * |
| PX-T | NYCLD_000378 | 4.3.90 letter from E. Lederer to R. Burns re serology report | * |
| PX-U | NYCLD_000236 | 4.3.90 letter from E. Lederer to C. Moore re serology report | * |
| PX-V | NYCLD_000268 | 4.3.90 letter from E. Lederer to H. Diller re serology report | * |
| PX-W | NYCLD_000278 | 4.3.90 letter from E. Lederer to J. Berman re serology report | * |
| PX-X | LF00024896-901 | 4.5.90 Transcript of Pre-Trial Hearing | ** |
| PX-Y | LF00024945 | 6.5.90 letter from E. Lederer to M. Joseph | ** |
| PX-Z | LF00024946 | 6.5.90 letter from E. Lederer to R. Burns | ** |
| PX-A1 | LF00024947 | 6.5.90 letter from E. Lederer to P. Rivera re autoradiographs | ** |
| PX-B1 | LF00028550 | 5.25.90 FBI Report to E. Lederer re DNA Analysis | ** |
| PX-C1 | LF00050513 | New York District Attorney News Release – December 11, 1990 | * |

| Exhibit | Bates No. | Description | Defendants' Objections[1] |
|---------|-----------|-------------|---------------------------|
| PX-D1 | DEFS006947-7495<br>[DEFS007144-7495] | Central Park Five Research Binder-<br>[Excerpted] | * |
| PX-E1 | DEFS037478-37808 | *Unequal Verdicts*, Sullivan, T. | ** |
| PX-F1 | DEFS037047-37303 | *The Central Park Five*, Burns S. | ** |
| PX-G1 | DEFS175883-176109<br>DEFS175886, 175947-973 | *And The Blood Cried Out*, Levy, H.<br>[Excerpt] | * |
| PX-H1 | DEFS092708-767 | Nancy Ryan Affirmation in Support of<br>Vacatur | ** |
| PX-I1 | DEFS145477, at 1:38:15-1:39:30 | Video: K. Richardson Interview with<br>S. Burns | * |
| PX-J1 | DEFS083111-83146 | K. Richardson Interview Notes<br>11.8.17 | * |
| PX-K1 | DEFS022188-22216 | Antron McCray Interview Notes<br>11.7.17 | * |
| PX-L1 | DEFS023350-24093 | *People v. Lopez*<br>Hearing Minutes, Vol. I of VII –<br>Excerpt: E. Reynolds<br>[DEFS023671-24093] | * |
| PX-M1 | DEFS024094-24804 | *People v. Lopez*<br>Hearing Minutes, Vol. III of VII -<br>Excerpt: M. Sheehan | * |

| Exhibit | Bates No. | Description | Defendants' Objections[1] |
|---------|-----------|-------------|---------------------------|
| | | [DEFS024310-24508] | |
| PX-N1 | DEFS025256-25982 | *People v. Lopez*<br>Hearing Minutes, Vol. V of VII – | * |
| PX-O1 | DEFS013946-14782 | *People v. McCray*, Trial Testimony,<br>Volume 3, Excerpts: Gonzalez, H.<br>Arroyo | * |
| PX-P1 | NYCLD_023491-23716 | *People v. McCray*<br>Trial Testimony: E. Reynolds | * |
| PX-Q1 | DEFS038605-39319 | *People v. Wise*<br>Trial Testimony<br>Excerpts: C. Gonzalez, J. Hartigan, J.<br>Freck<br>[DEFS038695-38918, 38950-38974,<br>38984-39160] | * |
| PX-R1 | DEFS020617-21411 | *People v. Wise*<br>Trial Testimony<br>Excerpts: J. Hartigan, L. Fairstein<br>[DEFS020649-20825,<br>DEFS021079-21197] | * |
| PX-S1 | DEFS014783-15675 | *People v. McCray*<br>Trial Testimony<br>Excerpt: H. Hildebrandt<br>[DEFS014845-15044] | * |
| PX-T1 | DEFS015676-16569 | *People v. McCray*<br>Trial Testimony<br>Excerpt: D. Nocenti<br>[DEFS016367-446] | * |

| Exhibit | Bates No. | Description | Defendants' Objections[1] |
|---------|-----------|-------------|---------------------------|
| PX-U1 | DEFS016570-17307 | *People v. McCray* Trial Testimony Excerpt: L. Fairstein [DEFS016980-17071] | * |
| PX-V1 | DEFS004575-4584 | K. Bouton, *Linda Fairstein v. Rape*, N.Y. Times, 2/15/90 | ** |
| PX-W1 | DEFS176341-44 | *A Prosecutor Speaks Up*, New Yorker, December 2, 2002, Toobin, J. | ** |
| PX-X1 | LF00001209 | 5.10.16 email from L. Fairstein to E. Newberg Re: Fm Jane Rosenthal | ** |
| PX-Y1 | LF00038346-38348 | Email from L. Fairstein to J. Rosenthal dated 6.7.16 | ** |
| PX-Z1 | DEFS061790-797 | Skadden Arps 7.11.17 letter to Netflix | * |
| PX-A2 | DEFS0022633-55 | 10.25.17 writers' room notes | ** |
| PX-B2 | DEFS083202-232 | Email and attachments including 10.27.17 writer's room notes and list of secondary law enforcement characters | ** |
| PX-C2 | DEFS021412-426 | 1.8.18 Writers' Room notes | ** |
| PX-D2 | DEFS022401-407 | 1.24.18.Writer's Room Notes | ** |
| PX-E2 | DEFS035647-655 | 11.14.17 Legal Timeline | ** |
| PX-F2 | DEFS083147-83201 | 11.24.17 email attaching Story Outline for Episode 2 | ** |

| Exhibit | Bates No. | Description | Defendants' Objections[1] |
|---------|-----------|-------------|---------------------------|
| PX-G2 | DEFS035789-35916 | 1.3.18 draft script for Episode 2 "Guilty, Guilty, Guilty, Lies, Lies, Lies" | ** |
| PX-H2 | DEFS029031-34 | Locke Script Notes – 1.24.18 | ** |
| PX-I2 | DEFS029006-10 | Notes/New Beat Sheet/PART TWO 3.20.18 | ** |
| PX-J2 | DEFS030324-407 | 3.31.18 draft script for Episode 2 | ** |
| PX-K2 | DEFS176211-213 | 11.27.18 email from Mystery Writers of America to A. Locke | ** |
| PX-L2 | LF00046408 | A. Locke 11.27.18 tweet to Edgar Awards | ** |
| PX-M2 | LF00045937 | A. Locke 11.27.18 Instagram Post | ** |
| PX-N2 | DEFS176185-86 | 11.27.18 emails between A. Locke and S. Cha | * |
| PX-O2 | DEFS176147-152 | 11.29.18 texts between Locke and her agent | * |
| PX-P2 | LF00046339 | A. Locke 12.18.18 tweet | ** |
| PX-Q2 | LF00038401 | A. Locke 5.29.19 Instagram post | ** |
| PX-R2 | LF00038405 | A. Locke 5.31.19 tweet | ** |
| PX-S2 | DEFS177547-548 | 6.2.19 messages between Locke and DuVernay | ** |
| PX-T2 | DEFS176133-140 | 6.2.19 messages between A. Locke and A. DuVernay | * |
| PX-U2 | LF00038472 | A. Locke 6.4.19 Tweet | ** |

| Exhibit | Bates No. | Description | Defendants' Objections[1] |
|---------|-----------|-------------|---------------------------|
| PX-V2 | LF00038473-76 | A. Locke 6.4.19 Tweet | ** |
| PX-W2 | DEFS176145-146 | 6.7.19 texts between A. Locke and T.J. | * |
| PX-X2 | LF00038411 | 6.11.19 A. Locke Tweet | ** |
| PX-Y2 | LF00037977 | 6.11.19 A. Locke Tweet | ** |
| PX-Z2 | LF00038418 | 7.11.19 A. Locke Tweet | ** |
| PX-A3 | DEFS163025 | 6.13.19 email from R. Swicord to J. Anderson | * |
| PX-B3 | DEFS094138 | 12.11.17 email re Hartigen [*sic*] timeline 4.20.89 | ** |
| PX-C3 | DEFS093375 | 11.18.17 Swicord email to DuVernay re Korey transcripts | ** |
| PX-D3 | DEFS092969-74 | 12.18.17 memo from Swicord to A. Locke and A. DuVernay "coerced confessions – how the misinformation flowed | ** |
| PX-E3 | DEFS0163022-23 | 6.11.19 email from R. Swicord to D. Kramer | * |
| PX-F3 | DEFS091337-38 | 11.30.17 email from A. Locke to H. Baker re "CP5 Trial 1 Transcript Table of Contents" | ** |
| PX-G3 | DEFS093162-185 | 12.30.17 email from R. Swicord to A. Locke re "backstory" | ** |
| PX-H3 | DEFS009145 | 11.17.17 Email from R. Swicord to L. Hironoka with handwritten notes | * |

8

| Exhibit | Bates No. | Description | Defendants' Objections[1] |
|---------|-----------|-------------|---------------------------|
| PX-I3 | DEFS159706 | 12.10.17 email from H. Baker to R. Swicord re "CP5 Writers Room Master Dropbox" | * |
| PX-J3 | DEFS005074; DEFS005223 | Excerpt: Central Park Five Writer's Room, Robin Swicord | * |
| PX-K3 | DEFS105016-19 | Network Notes Call 2.6.18 | ** |
| PX-L3 | DEFS022431-437 | Writing Notes 2.10.18 DuVernay/Baker | ** |
| PX-M3 | DEFS0008152-246 | Script Episode 1 (1.28.18) | ** |
| PX-N3 | DEFS004686-767 | Script Episode 1 (5.29.18) | ** |
| PX-O3 | DEFS146801-887 | Script Episode 1 (9.9.18) | ** |
| PX-P3 | DEFS129657-723 | 6.16.18 Script Draft 5 – Episode 2 | ** |
| PX-Q3 | DEFS094234 | 4.24.18 B. Welsh email to DuVernay re "Draft of note to rep" | ** |
| PX-R3 | DEFS159923 | 4.25.18 email from Welsh to DuVernay re Fwd: Central Park Five/Netflix/AvaDuVernay/Tribeca | ** |
| PX-S3 | DEFS177653 | 5.13.18 text message from A. DuVernay to B. Welsh | * |
| PX-T3 | DEFS169873-169887 | 7.18.18 Email from DuVernay to Netflix Publicity re Casting Announcement | ** |

| Exhibit | Bates No. | Description | Defendants' Objections[1] |
|---------|-----------|-------------|---------------------------|
| PX-U3 | DEFS177533-34 | 11.28.18 texts between A. Locke and A. DuVernay | ** |
| PX-V3 | DEFS159827-829 | 11.28.18 email from J. King to A. DuVernay re "LA Times-text pasted | * |
| PX-W3 | DEFS159830 | 11.28.18 emails between J. Rosenthal, A. DuVernay, J. King and B. Welsh re "Central Park 5-Fairstein" | * |
| PX-X3 | DEFS177591-594 | 11.30.18 text between Byrialsen and DuVernay | * |
| PX-Y3 | DEFS159912-159914 | 1.18.19 email from J. King to B. Welsh, A. DuVernay and J. Rosenthal Re: CP5 102 notes | ** |
| PX-Z3 | DEFS172596-604 | 1.31.19 email from R. Stephens to A. DuVernay and others, with attachments | ** |
| PX-A4 | DEFS177578 | 2.19.19 text message from D. Martin to A. DuVernay | * |
| PX-B4 | DEFS177317 | 5.12.19 text from A. DuVernay to F. Janssen | ** |
| PX-C4 | DEFS177542-43 | 5.18.19 texts between A. Locke and A. DuVernay | ** |
| PX-D4 | LF00055005 | 5.19.19 -A. DuVernay Tweet | * |
| PX-E4 | LF00055007 | 5.24.19 – A. DuVernay Tweet | * |
| PX-F4 | LF00055028 | 5.31.19 A. DuVernay Tweet | * |
| PX-G4 | LF00055066 | 6.1.19 A. DuVernay Tweet | * |

10

| Exhibit | Bates No. | Description | Defendants' Objections[1] |
|---------|-----------|-------------|---------------------------|
| PX-H4 | LF00038454-56 | 6.5.19 "Message From Ava DuVernay About #WhenTheySeeUs-Central Park Five" | ** |
| PX-I4 | DEFS177725 | 6.5.19 A. DuVernay text to T.N. | * |
| PX-J4 | DEFS177503-507 | 6.8.19 messages between R. Swicord, A. Locke and A. DuVernay containing the link: https://www.nbcnews.com/news/nbcblk/central-park-5-prosecutor-linda-fairstein-dropped-publisher-after-public-n1015391 | ** |
| PX-K4 | LF00038395 | 6.10.19 A. DuVernay Tweet | ** |
| PX-L4 | LF00055112 | 6.12.19 A. DuVernay Tweet | ** |
| PX-M4 | DEFS177522 | 6.12.19 texts between H. Baker and A. DuVernay | ** |
| PX-N4 | DEFS177492-177502 | 6.20.19 texts with A. DuVernay and S.A. | * |
| PX-O4 | LF00038547-38563 | T. Gross, *Ava DuVernay Focuses on the Central Park 5's Perspective, Now People Know*, June 19, 2019 | ** |
| PX-P4 | DEFS170314-15 | 8.2.18 emails re "CP5/Potential Flag" | * |

| Exhibit | Bates No. | Description | Defendants' Objections[1] |
|---------|-----------|-------------|---------------------------|
| PX-Q4 | DEFS169151-152 | Emails between A. Engel and J. Rosenthal 8.4.18 | ** |
| PX-R4 | DEFS144759-767 | Netflix *When They See Us fka Central Park Five* PR Strategy | * |
| PX-S4 | DEFS169113-117 | When They See Us Communications Plan | * |
| PX-T4 | DEFS145244 | "CP5 Culture Summit" – AE Notes | * |
| PX-U4 | DEFS146894-895 | 11.27.18 email from J. Rosenthal to A. DuVernay, B. Welsh, A. Engel and N. Wolarsky re: Central Park Five-Fairstein, with attachment | ** |
| PX-V4 | DEFS148240-42 | 12.27.18 emails between Netflix and A. DuVernay re Netflix "cut notes," Episode 1 | ** |
| PX-W4 | DEFS169183-186 | 1.15.19 email thread re 101 v.2 cut notes | ** |
| PX-X4 | DEFS169178-179 | 1.27.19 emails between Cindy Holland and A. Engel re "cp5 cuts" | ** |
| PX-Y4 | DEFS174827-828 | 1.28.19 email from A. Engel to A. DuVernay and producers re cp5 101 and 102 cut notes | ** |
| PX-Z4 | DEFS145571 | 2.3.19 messages between A. Engel and N. Wolarsky re Ep. 101 Cut | ** |

| Exhibit | Bates No. | Description | Defendants' Objections[1] |
|---|---|---|---|
| PX-A5 | DEFS145536 | 2.11.19 email from A. Engel to N. Wolarsky re "cp5 date announce" | * |
| PX-B5 | DEFS153979-984 | 2.14.19 messages between D. Martin and L. Galbraith | * |
| PX-C5 | DEFS153631-633 | 2.18.19 emails between Ashleigh Lew and Denise Martin Re: DRAFT NOTE RE: When They See Us Date Announce | * |
| PX-D5 | DEFS169766-767 | 2.19.19 email from D. Martin to A. DuVernay, J. Rosenthal, B. Welsh and J. King re "When They See Us-date/title announce" | * |
| PX-E5 | DEFS169055-169071 | When They See Us Task Force Agenda | * |
| PX-F5 | DEFS078571-573 | 2.24.19 email forward from N. Wolarsky to A. Engel | * |
| PX-G5 | DEFS145040-42 | Netflix Notes 2.25.19 | ** |
| PX-H5 | LF00051446 | "When They See Us" Twitter account | * |
| PX-I5 | https://twitter.com/WhenTheySeeUs/status/1101499740506611713 LF00047677 | 3.1.19 When They See Us Tweet with film teaser embedded | * |
| PX-J5 | DEFS075501-502 | 3.20.19 email from Netflix to DuVernay | * |

| Exhibit | Bates No. | Description | Defendants' Objections[1] |
|---------|-----------|-------------|---------------------------|
| PX-K5 | DEFS153803 | 3.20.19 email from DuVernay to Netflix | * |
| PX-L5 | DEFS159953-56 | 3.26.19 appointment reminder re WTSU trailer | * |
| PX-M5 | LF00038424 | 4.19.19 When They See Us Tweet | * |
| PX-N5 | LF00038425 | 5.1.19 When They See Us Tweet | * |
| PX-O5 | LF00038426 | 5.2.19 When They See Us Tweet | * |
| PX-P5 | LF00038427 | 5.8.19 When They See Us Tweet | * |
| PX-Q5 | LF00038430 | 5.31.19 When They See Us Tweet | * |
| PX-R5 | DEFS158620-624 | 5.24.19 email from J. Wolff to N. Bannister | * |
| PX-S5 | DEFS082666-68 | 6.3.19 email from C. Colmenero re J. Wolff re "TIMELY Ava request—Linda clip" | * |
| PX-T5 | DEFS149015-016 | 6.3.19 email from C. Colmenero to E. Abramson and copying J. Wolff | * |
| PX-U5 | DEFS177304-177306 | *When They See Us* Social Insights *Launch Report [color copy]* | * |
| PX-V5 | DEFS145532-145535 | Email from M. Stephens to J. King re When They See Us Launch Report + Next Steps | * |
| PX-W5 | DEFS153640-642 | 6.5.19 email from T. Boyd to M. Stephens re: When They See Us: Fairstein Demonstration Tomorrow | * |

14

| Exhibit | Bates No. | Description | Defendants' Objections[1] |
|---------|-----------|-------------|---------------------------|
| PX-X5 | DEFS082192-195 | 6.13.19 email from J. Wolff to C. Colmenero Re: When They See Us Tweet https://twitter.com/netflix/status/11389 00711708667904 | * |
| PX-Y5 | DEFS145098-145128 | 7.2.19 CP&A Performance Update | * |
| PX-Z5 | DEFS151058-151061 | 12.12.19 email from C. Colmenero to C. Aquino with attachment | * |
| PX-A6 | LF00030060-61 | L. Fairstein, "'The Real SVU': We kicked open the courtroom doors and got justice for sex-crime victims'" May 21, 2018 | ** |
| PX-B6 | LF00035817-820 | G. Bon, *Believe the Women: Mysteries & Thrillers 2018-2019*, Publisher's Weekly, Nov. 16, 2018 | * |
| PX-C6 | LF00035851 | 11.28.18 email from L. Fairstein to E. Canders re "Checking In" | * |
| PX-D6 | LF00035883-84 | 12.3.18 email forwarding N. DeMille email to MWA | * |
| PX-E6 | LF00036024 | 3.18.19 email from L. Fairstein to E. Newberg re "having our numbers person do the math" | * |
| PX-F6 | LF00041888 | 3.20.19 email from E. Newberg to L. Fairstein re "John P" | * |

| Exhibit | Bates No. | Description | Defendants' Objections[1] |
|---------|-----------|-------------|---------------------------|
| PX-G6 | LF00040128-129 | 3.20.19 email from L. Fairstein to E. Newberg re "Linda Fairstein" | * |
| PX-H6 | LF00040403 | 3.23.19 email from E. Canders to L. Fairstein "Blood Oath in NY Post" | * |
| PX-I6 | LF00040400-401 | 3.26.19 email from E. Vaysbeyn to L. Rossi re "Kate White Tweet" | ** |
| PX-J6 | LF00040402 | 4.26.19 email from E. Vaysbeyn to E. Canders Re "Nice Shout Out From Kate White" | ** |
| PX-K6 | LF00040429-430 | 3.26.19 email from E. Vaysbeyn to L. Fairstein re "Good Day NY Clips + more pub day news" | ** |
| PX-L6 | LF00040419-420 | 4.5.19 email from E. Canders to L. Fairstein re "Blood Oath Updates" | * |
| PX-M6 | LF00040425-426 | 4.14.19 email from E. Canders to L. Fairstein re "RJ Julia + 2020 Invitation" | * |
| PX-N6 | LF00040428 | 5.9.19 email from E. Canders to L. Fairstein re "CBS This Morning Podcast is Live" | * |
| PX-O6 | LF00040427 | 6.11.19 email from L. Fairstein to L. Rossi re "Media request-Linda Fairstein Good Morning America" | * |
| PX-P6 | LF00040408-410 | 4.24.19 email from E. Vaysbeyn to L. Rossi | * |
| PX-Q6 | LF00040447-51 | 4.23.19 email from E. Canders to L. Rossi re "FW: Washington Post-Maureen Corrigan piece" | * |

| Exhibit | Bates No. | Description | Defendants' Objections[1] |
|---|---|---|---|
| PX-R6 | | Cha, S. "Writer Linda Fairstein's Past as a prosecutor overseeing the Central Park Five case causes award controversy," *L.A. Times*, Nov. 27, 2018 | * |
| PX-S6 | LF00038361-363 | S. Piccoli & M. Gold, "After Furor, Literary Group Withdraws Honor for 'Central Park Five' Prosecutor," *N.Y. Times*, Nov. 28, 2018 | * |
| PX-T6 | LF00038675-38690 | #CancelLindaFairstein | * |
| PX-U6 | LF00038487-38493https://actionnetwork.org/petitions/reopen-linda-fairsteins-cases-now | Reopen Linda Fairstein's Cases NOW, Color of Change Petition | * |
| PX-W6 | LF00038500-38502 https://act.colorofchange.org/survey/reopen_linda_fairstein_cases_petition_delivery/ | Tell DA Cy Vance to Reopen Linda Fairstein's Cases NOW, Color of Change Petition | * |
| PX-X6 | LF00038494-38499 | A. Joyner, *Central Park Five: Decision Not to Re-Open Linda Fairstein Case Blasted as a Disgrace*, Newsweek, June 18, 2019 | ** |

| Exhibit | Bates No. | Description | Defendants' Objections[1] |
|---------|-----------|-------------|---------------------------|
| PX-Y6 | LF00038503-38520 https://www.change.org/p/vassar-college-remove-linda-fairstein-from-vassar-college-board-of-trustees | Change.Org, Petition Remove Linda Fairstein from Vassar College Board of Trustees | ** |
| PX-Z6 | LF00038528-38532 | J. Fink, *Central Park Five Prosecutor Linda Fairstein Resigns from Vassar College Board of Trustees After Petition*, Newsweek, June 4, 2019 | * |
| PX-A7 | LF00038450-453 | E. Harris, *Linda Fairstein, Once Cheered, Faces Storm After When They See Us*, NY Times, 6.6.19 | * |
| PX-B7 | LF00038457-38471 | K. Storey, *When They See Us Sparked A Boycott Against Central Park Five Prosecutor Linda Fairstein*, Esquire, June 7, 2019 | * |
| PX-C7 | LF00038481-38483 | H. Italie, AP News, *Publisher Drops Central Park Five Prosecutor Linda Fairstein*, June 7, 2019 | * |
| PX-D7 | LF00038446-449 | J. Smith, *Who's The Villain in When They See Us*, Rolling Stone, June 8, 2019 | * |
| PX-E7 | LF00038484-38486 | P. Rogo, *Linda Fairstein Dropped By Hollywood Literary Agency Amid When They See Us Backlash*, Essence, June 12, 2019 | * |
| PX-F7 | LF00038533-535 | S. Barry, Glamour, Letter From the Editor, *A Note on Linda Fairstein's Woman of the Year Award* | * |

| Exhibit | Bates No. | Description | Defendants' Objections[1] |
|---------|-----------|-------------|---------------------------|
| PX-G7 | LF00038538-38543 | A Stockler, *Amy Klobuchar Returns Donation from Central Park Five Prosecutor Linda Fairstein*, Jan. 4, 2020 | * |
| PX-H7 | LF00038059-38080 | "From Twitter (as of May 31, 2019 at 10:53 a.m.)" | * |
| PX-I7 | LF00038120-38141 | "Twitter document #2 New Set May 31 1pm" | * |
| PX-J7 | LF00038081-38119 | "Twitter Memo #3 Linda Fairstein Account" | * |
| PX-K7 | LF00038155-38158 | Daily Kos petition "The Exonerated Five were just the start DEMAND every Linda Fairstein case be reopened." | * |
| PX-L7 | LF00038055-56 | Petition, Amazon Ban the Sale of All Books Linda Fairstein Books for the Central Park Five #WhenTheySeeUs | * |
| PX-M7 | LF00047698-4770 | Linda Fairstein Wikipedia | * |
| PX-N7 | LF00049707 | 11.29.18 email from L. Fairstein to L. Rossi re "Facebook" | ** |
| PX-O7 | LF00036431 | 6.2.19 email from L. Fairstein to L. Rossi re "We might need to take down my Instagram account, too" | * |

| Exhibit | Bates No. | Description | Defendants' Objections[1] |
|---------|-----------|-------------|---------------------------|
| PX-P7 | LF00005575-5593 | Penguin/Dutton Alex Cooper #22 and #23, June 4, 2019 Agreement | ** |
| PX-Q7 | LF00005568-69 | June 7, 2019 letter agreement between Penguin/Dutton and L. Fairstein, Untitled Alex Cooper #22, #23 and Graveyard | ** |
| PX-R7 | LF00005573-5574 | June 26, 2019 letter agreement regarding reversion of rights to L. Fairstein | ** |
| PX-S7 | LF00041894-895 | September 23, 2019 agreement between L. Fairstein and Gere Donovan Press | ** |
| PX-T7 | LF00029992 | Gere Tactical Royalty Report January 2019-September 2021 | ** |
| PX-U7 | | Figure 1 - Expert Report of Doug Bania, dated June 17, 2022 | * |
| PX-V7 | | Figure 2 - Expert Report of Doug Bania, dated June 17, 2022 | * |
| PX-W7 | | Figure 3 - Expert Report of Doug Bania, dated June 17, 2022 | * |
| PX-X7 | | Figure 6- Expert Report of Doug Bania, dated June 17, 2022 | * |

| Exhibit | Bates No. | Description | Defendants' Objections[1] |
|---------|-----------|-------------|---------------------------|
| PX-Y7 | | Figure 7 - Expert Report of Doug Bania, dated June 17, 2022 | * |
| PX-Z7 | | Figure 10 - Expert Report of Doug Bania, dated June 17, 2022 | * |
| PX-A8 | | Schedule 1a -Expert Report of Doug Bania, dated June 17, 2022 | * |
| PX-B8 | | Schedule 2 -Expert Report of Doug Bania, dated June 17, 2022 | * |
| PX-C8 | | Schedule 3 -Expert Report of Doug Bania, dated June 17, 2022 | * |
| PX-D8 | | Schedule 4a -Expert Report of Doug Bania, dated June 17, 2022 | * |
| PX-E8 | | Schedule 4b -Expert Report of Doug Bania, dated June 17, 2022 | * |
| PX-F8 | | Schedule 5a -Expert Report of Doug Bania, dated June 17, 2022 | * |
| PX-G8 | | Schedule 5b -Expert Report of Doug Bania, dated June 17, 2022 | * |

| Exhibit | Bates No. | Description | Defendants' Objections[1] |
|---------|-----------|-------------|---------------------------|
| PX-H8 | | Schedule 6a -Expert Report of Doug Bania, dated June 17, 2022 | * |
| PX-I8 | | Schedule 6b -Expert Report of Doug Bania, dated June 17, 2022 | * |
| PX-J8 | | Schedule 7a -Expert Report of Doug Bania, dated June 17, 2022 | * |
| PX-K8 | | Schedule 7b -Expert Report of Doug Bania, dated June 17, 2022 | * |
| PX-L8 | | Schedule 8 - Expert Report of Doug Bania, dated June 17, 2022 | * |
| PX-M8 | | Schedule 9 -Expert Report of Doug Bania, dated June 17, 2022 | * |
| PX-N8 | | Schedule 10 – Expert Report of Doug Bania, dated June 17, 2022 | * |
| PX-O8 | DEFS175880 | Monthly watchers for When They See Us from launch through Feb 2022 | ** |
| PX-P8 | LF00031951-32028 | Fairstein Enterprises Tax Return - 2013 | ** |
| PX-Q8 | LF00031887-31950 | Fairstein Enterprises Tax Return - 2014 | ** |

| Exhibit | Bates No. | Description | Defendants' Objections[1] |
|---------|-----------|-------------|---------------------------|
| PX-R8 | LF00028642-28707 | Fairstein Enterprises Tax Return - 2015 | ** |
| PX-S8 | LF00028805-28876 | Fairstein Enterprises Tax Return - 2016 | ** |
| PX-T8 | LF00028973-29051 | Fairstein Enterprises Tax Return - 2017 | ** |
| PX-U8 | LF00029153-29224 | Fairstein Enterprises Tax Return - 2018 | ** |
| PX-V8 | LF00029320-29392 | Fairstein Enterprises Tax Return - 2019 | ** |
| PX-W8 | LF00029461-29513 | Fairstein Enterprises Tax Return - 2020 | ** |
| PX-X8 | LF00029514-29529 | August 13, 2012 Publishing Agreement - Dutton | ** |
| PX-Y8 | LF00029569-29584 | August 26, 2015 Publishing Agreement -Dutton/Penguin | ** |
| PX-Z8 | LF00029853-29870 | October 30, 2017 Publishing Agreement -Dutton/Penguin | ** |
| PX-A9 | EL000004 | Letter from T. Galligan to Daily News June 3, 1996 | * |
| PX-B9 | LEDERER01208 | 8.16.18 email from E. Lederer to CAA re "Prosecutor in the CPJ Prosecution" | ** |
| PX-C9 | EL000055 | 6.13.91 Letter to E. Lederer from Polone Company | * |
| PX-D9 | PRH000109-112 | 6.3.19 email from E. Canders to C. Ball | * |
| PX-E9 | PRH000113-114 | 6.3.19 email from A. Walker to C. Ball | * |

| Exhibit | Bates No. | Description | Defendants' Objections[1] |
|---|---|---|---|
| PX-F9 | PRH000121-122 | 6.3.19 email from A. Walker to L. Monaco | * |
| PX-G9 | PRH000128-129 | 6.4.19 email from E. Canders to C. Ball | * |
| PX-H9 | PRH000130-132 | 6.4.19 email from C. Ball to E. Canders | * |
| PX-I9 | PRH000133-134 | 6.4.19 email from C. Ball to L. Fairstein | * |
| PX-J9 | PRH000169-172 | 6.6.19 email from C. Ball to S. Dye | * |
| PX-K9 | PRH000180 | 6.6.19 email from C. Von Schilling to A. Dobson and C. Ball | * |
| PX-L9 | PRH000201 | 6.7.19 email from J. Parsley to C. Ball | ** |
| PX-M9 | DEFS075134-138 | 6.7.19 email from M. Stephens to W. Buggs re "When They See Us\|Social Launch Report & Next Steps" | * |
| PX-N9 | DEFS146916-922 | 6.11.19 email from T. Boyd to M. Stephens re "When They See Us\|Social Launch Report & Next Steps" | * |
| PX-O9 | DEFS150789-799 | 4.17.19 email from C. Colmenero to J. Wolff re "When They See Us X-Functional Campaign…," with attachment | * |
| PX-P9 | DEFS150285 | 7.25.18 email from D. Walker to C. Colmenero | * |

| Exhibit | Bates No. | Description | Defendants' Objections[1] |
|---------|-----------|-------------|---------------------------|
| PX-Q9 | DEFS154959-977 | 2.9.19 email from D. Martin to A. DuVernay re "When They See Us-date announce asset" | * |
| PX-R9 | DEFS171522-555 | 2.14.19 email from L. Galbraith to D. Martin re "CP5:Room to Room for Review" | * |
| PX-S9 | DEFS153721-723 | 2.28.19 email from E. Painter to D. Martin re "When They See Us-date/title announce plan" | * |
| PX-T9 | DEFS154941-948 | 3.8.19 email from M. Stephens to K. Marston re "WTSU-Date Announce Sentiment Report" | * |
| PX-U9 | DEFS172716-720 | 3.18.19 email from S. Simmons to M. Stephens re "Strong Black Lead Task Force Bi-Weekly" | * |
| PX-V9 | DEFS145397-405 | When They See Us Trailer Sentiment Report | * |
| PX-W9 | DEFS178197 | Video of CBS News, Lesley Stahl interview 2017-07-16 | * |

| Exhibit | Bates No. | Description | Defendants' Objections[1] |
|---|---|---|---|
| PX-X9 | LF00041890-91 | 8.2.19 email from R. Lippel to L. Fairstein | * |
| PX-Y9 | | Exhibit 3 – Doug Bania Dep. – Google search results (6/1/19-6/30/19) | * |
| PX-Z9 | DEFS144587-607 | A. DuVernay July 6, 2017 Loanout Agreement | * |
| PX-A10 | DEFS144557-576 | A. Locke September 7, 2017 Loanout Agreement | * |
| PX-B10 | DEFS144464-483 | R. Swicord September 29, 2017 Loanout Agreement | * |
| PX-C10 | | Defendant Attica Locke's Supplemental Responses and Objections to Plaintiff's Second Set of Interrogatories, dated June 21, 2022 | * |
| PX-D10 | | Defendant Ava DuVernay's Supplemental Responses and Objections to Plaintiff's Second Set of Interrogatories, dated June 6, 2022 | * |

| Exhibit | Bates No. | Description | Defendants' Objections[1] |
|---------|-----------|-------------|---------------------------|
| PX-E10 | | Defendant Netflix, Inc.'s Supplemental Responses and Objections to Plaintiff's Second Set of Interrogatories, dated June 22, 2022 | * |
| PX-F10 | | Netflix Annual Report 2019 Form 10-K | * |
| PX-G10 | | July 17, 2019 Netflix Letter to Shareholders | * |
| PX-H10 | | Netflix Annual Report 2020 Form 10-K | * |
| PX-I10 | | Netflix Annual Report 2021 Form 10-K | * |
| PX-J10 | | Netflix Annual Report 2022 Form 10-K | * |
| PX-K10 | | Netflix Annual Report 2023 Form 10-K | * |

| Exhibit | Bates No. | Description | Defendants' Objections[1] |
|---------|-----------|-------------|---------------------------|
| PX-L10 | | Netflix Quarterly Earnings 1st Quarter 2024 | * |
| PX-M10 | | Forbes Profile: Ava DuVernay https://www.forbes.com/profile/ava-duvernay/?sh=572c72dd2547 | * |
| PX-N10 | | Park, A., "Ava DuVernay Asks $2.5 Million For Hollywood Hills Home," Architectural Digest, January 6, 2021 | * |
| PX-O10 | | What We Watched: A Netflix Engagement Report Hours Viewed From January to June 2023 | * |
| PX-P10 | | 2020 Pepperdine Private Capital Markets Report | * |
| PX-Q10 | PRH000115 | 6.3.19 email re Linda Fairstein | * |
| PX-R10 | PRH000178 | 6.6.19 email to E. Newberg | * |

| Exhibit | Bates No. | Description | Defendants' Objections[1] |
|---------|-----------|-------------|---------------------------|
| PX-S10 | | Netflix, Inc. CapIQ Tearsheet | * |
| PX-T10 | PRH000482-483 | 11.29.18 emails "RE: Fairstein-MWA Grand Master is being revoked | * |
| PX-U10 | PRH000495 | 11.27.18 Tweet – A. Locke | ** |
| PX-V10 | | E. Harris and J. Jacobs, "Linda Fairstein Dropped by Her Publisher After TV Series on the Central Park 5," N.Y. Times, June 7, 2019 | * |
| PX-W10 | LF00036570 | 6.7.19 email from L. Fairstein re "breaking news" | * |
| PX-X10 | PRH000214 | 6.10.19 email re "Linda Fairstein" | * |
| PX-Y10 | | The Comprehensive Guide to Economic Damages: Volume One Ch. 10: Context of the Lost Profits Damages Claim | * |

| Exhibit | Bates No. | Description | Defendants' Objections[1] |
|---------|-----------|-------------|---------------------------|
| PX-Z10 | | The Comprehensive Guide to Economic Damages: Volume One Ch. 11: Planning Credible Lost Profits Analyses for Financial Experts | * |

EXHIBIT D

**EXHIBIT D: DEFENDANTS' TRIAL EXHIBIT LIST[1]**

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX001A | Episode 1 of *When They See Us* | 2019-05-31 | Ex. 30 to Defendants' Motion for Summary Judgment | | * |
| DX001B | Episode 2 of *When They See Us* | 2019-05-31 | Ex. 30 to Defendants' Motion for Summary Judgment | | * |
| DX001C | Episode 3 of *When They See Us* | 2019-05-31 | Ex. 30 to Defendants' Motion for Summary Judgment | | *<br><br>FRE 402, FRE 403 |
| DX001D | Episode 4 of *When They See Us* | 2019-05-31 | Ex. 30 to Defendants' Motion for Summary Judgment | | * |
| DX002 | Landing Page for *When They See Us* www.netflix.com | | Ex. 48 to Defendants' Motion for Summary Judgment | | * |

---

[1] Plaintiff objects to Defendants' designation of an excessive number of trial exhibits (792) most of which lack any relevance to the issues to be tried in this case.

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX003 | *Savage Portrayals: Race, Media, & the Central Park Jogger Story*, by Natalie Byfield | | DEFS036779 | DEFS037018 | * <br><br> FRE 802 |
| DX004 | *The Central Park Five*, by Sarah Burns | | DEFS176349 | DEFS176607 | * <br><br> FRE 802 |
| DX005 | *Unequal Verdicts: The Central Park Jogger Trials*, by Timothy Sullivan | 1995-06-14 | DEFS176705 | DEFS177033 | * <br><br> FRE 802 |
| DX006 | *The Central Park Five* Documentary by Ken Burns | undated | DEFS174857 | | * <br><br> FRE 802, FRE 403 |
| DX007 | *And the Blood Cried Out: A Prosecutor's Spellbinding Account of DNA's Power to Free or Convict*, by Harlan Levy | | DEFS175883 | DEFS176109 | * <br><br> FRE 402, FRE 802 |
| DX008 | Nancy Ryan Affirmation in Response to Motion to Vacate Judgment of Conviction | 2002-12-05 | DEFS010123 | DEFS010180 | * <br><br> FRE 802 |
| DX009 | Email from B. Welsh attaching Nancy Ryan Affirmation in Response to Motion to Vacate Judgment of Conviction | 2017-12-07 | DEFS092707 | DEFS092767 | * <br><br> FRE 802 |
| DX010 | Audio of Kevin Richardson Writers' Room Interview Part 1 M1.mp3 | 2017-11-08 | DEFS010936 | DEFS010936 | * <br><br> FRE 802 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX010B | Excerpt of transcript of Kevin Richardson Writers' Room Interview Part 1 M1 prepared by stenographer at the direction of Defendants' counsel | | Forthcoming | | FRE 106 |
| DX011 | Audio of Kevin Richardson Writers' Room Interview Part 2 M1.mp3 | 2017-11-08 | DEFS010937 | DEFS010937 | *<br><br>FRE 802 |
| DX011B | Excerpt of transcript of Kevin Richardson Writers' Room Interview Part 2 M1 prepared by stenographer at the direction of Defendants' counsel | | Forthcoming | | FRE 106 |
| DX012 | Audio of Kevin Richardson Writers' Room Interview Part 3 M1.mp3 | 2017-11-08 | DEFS010938 | DEFS010938 | *<br><br>FRE 802 |
| DX012B | Excerpt of transcript of Kevin Richardson Writers' Room Interview Part 3 M1 prepared by stenographer at the direction of Defendants' counsel | | Forthcoming | | FRE 106 |
| DX013 | Audio of Raymond Santana Writers' Room Interview Part 1 M1.mp3 | 2017-11-06 | DEFS010939 | DEFS010939 | *<br><br>FRE 802 |
| DX013B | Excerpt of transcript of Raymond Santana Writers' Room Interview Part 1 M1 prepared by stenographer at the direction of Defendants' counsel | | Forthcoming | | FRE 106 |
| DX014 | Audio of Raymond Santana Writers' Room Interview Part 2 M1.mp3 | 2017-11-06 | DEFS010940 | DEFS010940 | * |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| | | | | | FRE 802 |
| DX014B | Excerpt of transcript of Raymond Santana Writers' Room Interview Part 2 M1 prepared by stenographer at the direction of Defendants' counsel | | Forthcoming | | FRE 106 |
| DX015 | Audio of Yusef Salaam Writers' Room Interview M1.mp3 | 2017-11-09 | DEFS010941 | DEFS010941 | *<br><br>FRE 802 |
| DX015B | Excerpt of transcript of Yusef Salaam Writers' Room Interview M1 prepared by stenographer at the direction of Defendants' counsel | | Forthcoming | | FRE 106 |
| DX016 | Audio of Antron McCray Writers' Room Interview Part 1 M1.mp3 | 2017-11-07 | DEFS010942 | DEFS010942 | *<br><br>FRE 802 |
| DX016B | Excerpt of transcript of Antron McCray Writers' Room Interview Part 1 M1 prepared by stenographer at the direction of Defendants' counsel | | Forthcoming | | FRE 106 |
| DX017 | Audio of Antron McCray Writers' Room Interview Part 2 M1.mp3 | 2017-11-08 | DEFS010943 | DEFS010943 | *<br><br>FRE 802 |
| DX017B | Excerpt of transcript of Antron McCray Writers' Room Interview Part 2 M1 | | Forthcoming | | FRE 106 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| | prepared by stenographer at the direction of Defendants' counsel | | | | |
| DX018 | Audio of Korey Wise Writers' Room Interview Part 1.mp3 | 2017-11-13 | DEFS009973 | DEFS009973 | *<br><br>FRE 802 |
| DX018B | Excerpt of transcript of Korey Wise Writers' Room Interview Part 1 prepared by stenographer at the direction of Defendants' counsel | | Forthcoming | | FRE 106 |
| DX019 | Audio of Korey Wise Writers' Room Interview Part 2.mp3 | 2017-11-13 | DEFS009974 | DEFS009974 | *<br><br>FRE 802 |
| DX019B | Excerpt of transcript of Korey Wise Writers' Room Interview Part 2 prepared by stenographer at the direction of Defendants' counsel | | Forthcoming | | FRE 106 |
| DX020 | Transcript from the trial of Antron McCray, Raymond Santana and Yusef Salaam V1--1-500.pdf | 1990-06-25 | DEFS012048 | DEFS012547 | *<br><br>FRE 802 |
| DX021 | Transcript from the trial of Antron McCray, Raymond Santana and Yusef Salaam V1--501-1013.pdf | 1990-06-27 | DEFS012548 | DEFS013060 | *<br><br>FRE 802 |
| DX022 | Transcript from the trial of Antron McCray, Raymond Santana and Yusef Salaam V2--1013-1886.pdf | 1990-07-03 | DEFS013061 | DEFS013945 | *<br><br>FRE 802 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX023 | Transcript from the trial of Antron McCray, Raymond Santana and Yusef Salaam V3--1887-2720.pdf | 1990-07-11 | DEFS013946 | DEFS014782 | * <br><br> FRE 802 |
| DX024 | Transcript from the trial of Antron McCray, Raymond Santana and Yusef Salaam V4--2721-3613.pdf | | DEFS014783 | DEFS015675 | * <br><br> FRE 802 |
| DX025 | Transcript from the trial of Antron McCray, Raymond Santana and Yusef Salaam V5--3614-4501.pdf | | DEFS015676 | DEFS016569 | * <br><br> FRE 802 |
| DX026 | Transcript from the trial of Antron McCray, Raymond Santana and Yusef Salaam V6--4501-5241.pdf | | DEFS016570 | DEFS017307 | * <br><br> FRE 802 |
| DX027 | Transcript from the trial of Antron McCray, Raymond Santana and Yusef Salaam V7--5242 + Sentencing.pdf | | DEFS017308 | DEFS018044 | * <br><br> FRE 802 |
| DX028 | Transcript from the trial of Kevin Richardson and Korey Wise  V1-1-577.pdf | | DEFS018045 | DEFS018622 | * <br><br> FRE 802 |
| DX029 | Transcript from the trial of Kevin Richardson and Korey Wise  V2-578-1223.pdf | | DEFS018623 | DEFS019270 | * <br><br> FRE 802 |
| DX030 | Transcript from the trial of Kevin Richardson and Korey Wise  V3-1224-1846.pdf | | DEFS019271 | DEFS019895 | * <br><br> FRE 802 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX031 | Transcript from the trial of Kevin Richardson and Korey Wise  V4-1847-2558.pdf | | DEFS019902 | DEFS020616 | *<br><br>FRE 802 |
| DX032 | Transcript from the trial of Kevin Richardson and Korey Wise  V5-2559-3348.pdf | | DEFS020617 | DEFS021411 | *<br><br>FRE 802 |
| DX033 | Transcript from the trial of Kevin Richardson and Korey Wise  V6-3349-4061.pdf | | DEFS021427 | DEFS022141 | *<br><br>FRE 802 |
| DX034 | Email from Hannah Baker containing link to trial transcripts | 2017-11-02 | DEFS082930 | | *<br><br>FRE 802 |
| DX035 | Email from Hannah Baker containing link to suppression hearing transcripts | 2017-11-06 | DEFS082881 | | *<br><br>FRE 802 |
| DX036 | Audio of Antron McCray Interview with Julian Breece part1.mp3 | | DEFS022374 | DEFS022374 | *<br><br>FRE 802 |
| DX036B | Excerpt of transcript of Antron McCray Interview with Julian Breece part1 prepared by stenographer at the direction of Defendants' counsel | | Forthcoming | | FRE 106 |
| DX037 | Audio of Antron McCray Interview with Julian Breece part2.mp3 | | DEFS022375 | DEFS022375 | *<br><br>FRE 802 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX037B | Excerpt of transcript of Antron McCray Interview with Julian Breece part2 prepared by stenographer at the direction of Defendants' counsel | | Forthcoming | | FRE 106 |
| DX038 | Audio of Kevin Richardson Interview with Julian Breece.mp3 | | DEFS022376 | DEFS022376 | * FRE 802 |
| DX038B | Excerpt of transcript of Kevin Richardson Interview with Julian Breece prepared by stenographer at the direction of Defendants' counsel | - | Forthcoming | | FRE 106 |
| DX039 | Audio of Raymond Santana Interview with Julian Breece part1.mp3 | | DEFS022377 | DEFS022377 | * FRE 802 |
| DX039B | Excerpt of transcript of Raymond Santana Interview with Julian Breece part1 prepared by stenographer at the direction of Defendants' counsel | | Forthcoming | | FRE 106 |
| DX040 | Audio of Raymond Santana Interview with Julian Breece part2.mp3 | | DEFS022378 | DEFS022378 | * FRE 802 |
| DX040B | Excerpt of transcript of Raymond Santana Interview with Julian Breece part2 prepared by stenographer at the direction of Defendants' counsel | | Forthcoming | | FRE 106 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX041 | Transcript of Antron McCray Interview with Julian Breece part 1.docx | 2016-10-19 | DEFS022379 | DEFS022400 | * <br><br> FRE 802 |
| DX042 | Transcript of Antron McCray Interview with Julian Breece part 2.docx | 2016-10-19 | DEFS022408 | DEFS022430 | * <br><br> FRE 802 |
| DX043 | Transcript of Kevin Richardson Interview with Julian Breece.docx | 2016-10-19 | DEFS022438 | DEFS022465 | * <br><br> FRE 802 |
| DX044 | Transcript of Raymond Santana Interview with Julian Breece Part2.docx | 2016-10-19 | DEFS022470 | DEFS022483 | * <br><br> FRE 802 |
| DX045 | Transcript of Raymond Santana Interview with Julian Breece Part1.docx | 2016-10-19 | DEFS022484 | DEFS022494 | * <br><br> FRE 802 |
| DX046 | Audio of Kevin Richardson Interview with Ava DuVernay and Julian Breece | | DEFS022521 | DEFS022521 | * <br><br> FRE 802 |
| DX046B | Transcript of Kevin Richardson Interview with Ava DuVernay and Julian Breece prepared at the direction of Defendants' counsel | | Forthcoming | | FRE 106 |
| DX047 | Audio of Korey Wise Interview with Ava DuVernay and Julian Breece.m4a | | DEFS022522 | DEFS022522 | * <br><br> FRE 802 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX047B | Excerpt of transcript of Korey Wise Interview with Ava DuVernay and Julian Breece prepared by stenographer at the direction of Defendants' counsel | | Forthcoming | | FRE 106 |
| DX0048 | Audio of Michael Warren Interview with Ava DuVernay and Julian Breece Pt. 1.m4a | | DEFS022523 | DEFS022523 | *<br><br>FRE 802 |
| DX048B | Excerpt of transcript of Michael Warren Interview with Ava DuVernay and Julian Breece Pt. 1 prepared by stenographer at the direction of Defendants' counsel | | Forthcoming | | FRE 106 |
| DX049 | Audio of Michael Warren Interview with Ava DuVernay and Julian Breece Pt. 2.m4a | | DEFS022524 | DEFS022524 | *<br><br>FRE 802 |
| DX049B | Excerpt of transcript of Michael Warren Interview with Ava DuVernay and Julian Breece Pt. 2 prepared by stenographer at the direction of Defendants' counsel | | Forthcoming | | FRE 106 |
| DX050 | Audio of Raymond Santana Interview with Ava DuVernay and Julian Breece Part 2.m4a | | DEFS022535 | DEFS022535 | *<br><br>FRE 802 |
| DX050B | Excerpt of transcript of Raymond Santana Interview with Ava DuVernay and Julian Breece Part 2 prepared by stenographer at the direction of Defendants' counsel | | Forthcoming | | FRE 106 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX051 | Audio of Raymond Santana Interview with Ava DuVernay and Julian Breece Part 1.m4a | | DEFS022536 | DEFS022536 | *<br><br>FRE 802 |
| DX051B | Excerpt of transcript of Raymond Santana Interview with Ava DuVernay and Julian Breece Part 1 prepared by stenographer at the direction of Defendants' counsel | | Forthcoming | | FRE 106 |
| DX052 | Transcript of Kevin Richardson Interview with Ava DuVernay and Julian Breece.docx | 2017-09-22 | DEFS022550 | DEFS022571 | *<br><br>FRE 802 |
| DX053 | Transcript of Korey Wise Interview with Ava DuVernay and Julian Breece.docx | 2017-09-05 | DEFS022580 | DEFS022589 | *<br><br>FRE 802 |
| DX054 | Transcript of Michael Warren Interview with Ava DuVernay and Julian BreecePart 1.docx | 2016-10-21 | DEFS022593 | DEFS022601 | *<br><br>FRE 802 |
| DX055 | Transcript of Michael Warren Interview with Ava DuVernay and Julian Breece Part 2.docx | 2016-10-25 | DEFS022602 | DEFS022611 | *<br><br>FRE 802 |
| DX056 | Transcript of Raymond Santana Interview with Ava DuVernay and Julian Breece Part 1.docx | 2016-11-02 | DEFS022614 | DEFS022632 | *<br><br>FRE 802 |
| DX057 | Transcript of Raymond Interview with Ava DuVernay and Julian Breece Part 2.docx | 2016-11-07 | DEFS022656 | DEFS022670 | *<br><br>FRE 802 |

11

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX058 | Suppression Hearing Transcripts Volume 1--pages 2-744.pdf | | DEFS023350 | DEFS024093 | * FRE 802 |
| DX059 | Suppression Hearing Transcripts Volume 2--pages 744-1458.pdf | | DEFS027252 | DEFS027968 | * FRE 802 |
| DX060 | Suppression Hearing Transcripts Volume 3--pages 1459-2163.pdf | | DEFS024094 | DEFS024804 | * FRE 802 |
| DX061 | Suppression Hearing Transcripts Volume 4--pages 2164-2612.pdf | | DEFS024805 | DEFS025255 | * FRE 802 |
| DX062 | Suppression Hearing Transcripts Volume 5--pages 2613-3334.pdf | | DEFS025256 | DEFS025982 | * FRE 802 |
| DX063 | Suppression Hearing Transcripts Volume 6--pages 3335-3955.pdf | | DEFS025983 | DEFS026605 | * FRE 802 |
| DX064 | Suppression Hearing Transcripts Volume 7--pages 3956-4594.pdf | | DEFS026606 | DEFS027251 | * FRE 802 |
| DX065 | New York Times archival stories.pdf | Compilation | DEFS039408 | DEFS039677 | * FRE 802 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX066 | NY Daily News coverage - Central Park Five.pdf | Compilation | DEFS004249 | DEFS004326 | *<br><br>FRE 802 |
| DX067 | Additional Audio of Antron McCray Interview with Sarah Burns | | DEFS145471 | DEFS145471 | FRE 802 |
| DX068 | Audio of Antron McCray Interview with Sarah Burns (480p).mp4 | | DEFS145472 | DEFS145472 | FRE 802 |
| DX069 | Video of Yusef Salaam Interview with Sarah Burns (404p).mp4 | | DEFS145473 | DEFS145473 | FRE 802 |
| DX069B | Excerpt of transcript of Yusef Salaam Interview with Sarah Burns prepared by stenographer at the request of Defendants' counsel | - | Forthcoming | | FRE 106 |
| DX070 | Video of Korey Wise Interview with Sarah Burns 2 of 2 (404p).mp4 | | DEFS145474 | DEFS145474 | FRE 802 |
| DX070B | Excerpt of transcript of Korey Wise Interview with Sarah Burns 2 of 2 prepared by stenographer at the request of Defendants' counsel | | Forthcoming | | FRE 106 |
| DX071 | Video of Raymond Santana Jr Interview with Sarah Burns (404p).mp4 | | DEFS145475 | DEFS145475 | FRE 802 |

13

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX071B | Excerpt of transcript of Raymond Santana Jr Interview with Sarah Burns prepared by stenographer at the request of Defendants' counsel | | Forthcoming | | FRE 106 |
| DX072 | Video of Wise Interview with Sarah Burns 1 of 2 (404p).mp4 | | DEFS145476 | DEFS145476 | FRE 802 |
| DX072B | Excerpt of transcript of Wise Interview with Sarah Burns 1 of 2 prepared by stenographer at the request of Defendants' counsel | | Forthcoming | | FRE 106 |
| DX073 | Video of Kevin Richardson Interview with Sarah Burns | | DEFS145477 | DEFS145477 | FRE 802 |
| DX073B | Excerpt of transcript of Kevin Richardson Interview with Sarah Burns prepared by stenographer at the request of Defendants' counsel | | Forthcoming | | FRE 106 |
| DX074 | Video of Raymond Santana Sr Interview with Sarah Burns (404p).mp4 | | DEFS145478 | DEFS145478 | FRE 802 |
| DX074B | Excerpt of transcript of Raymond Santana Sr Interview with Sarah Burns prepared by stenographer at the request of Defendants' counsel | | Forthcoming | | FRE 106 |
| DX075 | Video of Angela Cuffee Black Interview with Sarah Burns | | DEFS145479 | DEFS145479 | FRE 802<br><br>FRE 402, FRE 403 |

14

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX075B | Excerpt of transcript of Angela Cuffee Black Interview with Sarah Burns prepared by stenographer at the request of Defendants' counsel | | Forthcoming | | FRE 106 |
| DX076 | Audio of Linda McCray Interview with Ava DuVernay.mp3 | 2018-04-15 | DEFS159760 | DEFS159760 | *<br><br>FRE 802<br><br>FRE 402, FRE 403 |
| DX077 | Audio of Angela Black Interview with Ava DuVernay.mp3 | 2018-04-13 | DEFS159739 | DEFS159739 | *<br><br>FRE 802 |
| DX078 | Audio of Raymond Santana Sr. Interview with Ava DuVernay.mp3 | 2018-04-13 | DEFS159778 | DEFS159778 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX079 | Audio of Sharonne Salaam Interview with Ava DuVernay.mp3 | 2018-04-14 | DEFS159796 | DEFS159796 | *<br><br>FRE 402, 403<br><br>FRE 802 |
| DX080 | Antron McCray videotaped statement | 1989-04-21 | DEFS159731 | DEFS159731 | *<br><br>FRE 402, 403<br>FRE 802 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX081 | Transcript of Antron McCray videotaped statement | 1989-04-21 | DEFS037809 | DEFS037848 | * <br><br> FRE 402, 403 <br> FRE 802 |
| DX082 | Transcript of Korey Wise first videotaped statement | 1989-04-21 | DEFS055110 | DEFS055192 | * <br><br> FRE 402, 403 <br> FRE 802 |
| DX083 | Transcript of Korey Wise second videotaped statement | 1989-04-21 | DEFS036167 | DEFS036816 | * <br><br> FRE 402, 403 <br> FRE 802 |
| DX084 | Korey Wise second videotaped statement | 1989-04-21 | DEFS159767 | DEFS159767 | * <br><br> FRE 402, 403 <br> FRE 802 |
| DX085 | Transcript of Raymond Santana videotaped statement | 1989-04-21 | DEFS035192 | DEFS035230 | * <br><br> FRE 402, 403 <br> FRE 802 |
| DX086 | Transcript of Kevin Richardson videotaped statement | 1989-04-21 | DEFS045841 | DEFS045890 | * <br><br> FRE 402, 403 <br> FRE 802 |
| DX087 | Kevin Richardson videotaped statement | 1989-04-21 | DEFS176177 | DEFS176177 | * <br><br> FRE 402, 403 <br> FRE 802 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX088 | Clarence Thomas videotaped statement | 1989-04-21 | DEFS159774 | DEFS159774 | *<br><br>FRE 402, 403<br>FRE 802 |
| DX089 | Email from B. Welsh re CP5 research - Matias Reyes confession news timeline.htm | 2017-12-02 | DEFS082946 | DEFS082949 | *<br><br>FRE 802 |
| DX090 | Alice McQuillan, "A Monster's Tale," Gruesome details of jogger rapist's confession," N.Y. Daily News | 2002-09-25 | DEFS176331 | DEFS176340 | *<br><br>FRE 802 |
| DX091 | Andy Geller, "Why Reyes Admitted Rape: Bid to Win Protection from a Jogger Con," N.Y. Post | 2002-12-05 | DEFS177119 | DEFS177126 | *<br><br>FRE 802 |
| DX092 | William K. Rashbaum, "Convicted Killer and Rapist Says He Attacked Central Park Jogger," N. Y. Times | 2002-06-12 | DEFS176608 | DEFS176609 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX093 | Susan Saulny, "3 Seek to Overturn Verdicts in '89 Rape of Park Jogger," N.Y. Times | 2002-09-05 | DEFS176267 | DEFS176268 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX094 | Barbara Ross and Alice McQuillan, "Who Did It? Jogger Asking Wants the truth on new suspect," N.Y. Daily News | 2002-09-04 | DEFS177102 | DEFS177109 | FRE 402, FRE 403<br><br>FRE 802<br><br>This document was printed/copied in 2021 |
| DX095 | Robert D. McFadden and Susan Saulny, "DNA in Central Park Jogger Case Spurs Call for New Review," N.Y. Times | 2002-09-06 | DEFS176623 | DEFS176626 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX096 | "Man Says He was Central Park Rapist," ABC News | 2002-09-26 | DEFS176683 | DEFS176689 | FRE 402, FRE 403<br><br>FRE 802<br><br>This document was printed/copied in 2022 |
| DX097 | Sam Roberts, "The Nation: The Central Park Jogger: An Old Case in a Different New York," N.Y. Times | 2002-10-20 | DEFS177052 | DEFS177054 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX098 | "Fooled by stereotypes of superpredators," Chicago Tribune | 2002-10-21 | DEFS176657 | DEFS176659 | FRE 402, FRE 403<br><br>FRE 802<br><br>This is a Westlaw document that was printed/downloaded in 2022 |

18

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX099 | "Juror Speaks Out Against Convictions in the Central Park Jogger Case: A Meeting Between the Juror and the Mother of One of the Young Men Who Was Sentenced to Ten Years in Prison," Democracy Now | 2002-10-31 | DEFS176662 | DEFS176663 | FRE 402, FRE 403<br><br>FRE 802 |
| DX100 | Jeffrey Toobin, "A Prosecutor Speaks Up," The New Yorker.pdf | 2002-11-24 | DEFS176110 | DEFS176112 | ** |
| DX101 | N. Ryan, Affirmation in Response to Motion to Vacate Judgment of Conviction, NYCLD_030681 - 030714 (final).pdf | | DEFS177229 | DEFS177263 | *<br><br>FRE 802 |
| DX102 | "Injustice in the Jogger Case," N.Y. Times | 2002-12-06 | DEFS176703 | DEFS176704 | FRE 402, FRE 403<br><br>FRE 802 |
| DX103 | Larry Celona, Dareh Gregorian and Andy Geller, "Detectives Blast Morgenthau Review," N.Y. Post | 2002-12-06 | DEFS177987 | DEFS177988 | FRE 402, FRE 403<br><br>FRE 802<br><br>The metadata for this article says the file was created in 2022. |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX104 | Kevin Flynn, "Suspect in Rape Absorbed Pain and Inflicted It," N.Y. Times | 2002-12-07 | DEFS177045 | DEFS177048 | * <br><br> FRE 402, FRE 403 <br><br> FRE 802 |
| DX105 | Ron Stodghill, "True Confession of the Central Park Rapist," *TIME* | 2002-12-09 | DEFS177064 | DEFS177066 | * <br><br> FRE 402, FRE 403 <br><br> FRE 802 |
| DX106 | Susan Saulny, "Convictions and Charges Voided In '89 Central Park_Jogger Attack," N.Y. Times | 2002-12-20 | DEFS176610 | DEFS176614 | * <br><br> FRE 402, FRE 403 <br><br> FRE 802 |
| DX107 | Jill Smolow, "A Radical Reversal," *People* | 2002-12-23 | DEFS176345 | DEFS176348 | FRE 106 – website banner blocking text <br><br> FRE 402, FRE 403 <br><br> FRE 802 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX108 | Email from B. Welsh re CP5 Research - Howard Diller's decision to show the Police tapes in court | 2017-12-02 | DEFS082942 | DEFS082942 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX109 | David Margolick, "THE LAW; Catapulted from obscurity by a teen-age rape suspect whom he actually likes," N.Y. Times | 1989-05-12 | DEFS177049 | DEFS177051 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX110 | "Jogger Suspect: 'I kicked her twice,'" Pittsburgh Press | 1990-07-19 | DEFS176690 | DEFS176691 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX111 | Ronald Sullivan, "3 Youths Guilty of Rape and Assault of Jogger," N.Y. Times | 1990-08-08 | DEFS176269 | DEFS176272 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX112 | Ronald Sullivan, "Jogger Sury Sees Videotaped Confessions," N.Y. Times | 1990-11-17 | DEFS176660 | DEFS176661 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX113 | Email from B. Welsh re CP5 Research - Trump timeline | 2017-12-02 | DEFS082943 | DEFS082945 | *<br><br>FRE 402, FRE 403, FRE 802 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX114 | "Larry King's Interview With Donald Trump and Jackie Mason. Aired 9-10p ET," CNN | 1989-05-17 | DEFS176664 | DEFS176682 | *<br><br>FRE 402, FRE 403, FRE 802 |
| DX115 | Oliver Laughland, "Donald Trump and the Central Park Five: the racially charged rise of a demagogue," The Guardian | 2016-02-17 | DEFS176627 | DEFS176640 | *<br><br>FRE 402, FRE 403, FRE 802 |
| DX116 | Michael Wilson, "Trump Draws Criticism for Ad He Ran After Jogger Attack," N.Y. Times | 2002-10-23 | DEFS177067 | DEFS177068 | *<br><br>FRE 402, FRE 403, FRE 802 |
| DX117 | Donald Trump, "Donald Trump: Central Park Five settlement is a 'disgrace,'" N.Y. Daily News | 2014 | DEFS176651 | DEFS176653 | *<br><br>FRE 402, FRE 403, FRE 802 |
| DX118 | Steven A Holmes, "Member of 'Central Park 5' blasts Trump" CNN Politics | 2016-10-07 | DEFS176692 | DEFS176700 | *<br><br>FRE 402, FRE 403, FRE 802 |
| DX119 | Brandon E. Pattereson, "Exclusive: Central Park Five Members Blast Trump for Insisting They're Guilty," Mother Jones | 2016-10-07 | DEFS176654 | DEFS176656 | *<br><br>FRE 402, FRE 403, FRE 802 |
| DX120 | Yusef Salaam, "Trump won't leave me alone; Imprisoned, exonerated and still haunted," Chicago Tribune | 2016-10-13 | DEFS177069 | DEFS177070 | *<br><br>FRE 402, FRE 403, FRE 802 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX121 | Jeva Lange, "Donald Trump's 30-year crusade against the Central Park Five," The Week | 2016-10-07 | DEFS176641 | DEFS176650 | * <br><br> FRE 402, FRE 403, FRE 802 |
| DX122 | Dara Lind," Timeline: Donald Trump has been getting called racist since 1973," Vox | 2015-12-09 | DEFS177055 | DEFS177063 | * <br><br> FRE 402, FRE 403, FRE 802 |
| DX123 | Gregory Kreig, "Sessions: Case of Central Park 5, later exonerated, shows Trump's dedication to 'law and order,'" CNN Politics | 2016-11-18 | DEFS177039 | DEFS177044 | * <br><br> FRE 402, FRE 403, FRE 802 |
| DX124 | "What exactly Trump has said about race," PBS News Hours | 2020-07-06 | DEFS177071 | DEFS177101 | * <br><br> FRE 402, FRE 403, FRE 802 |
| DX125 | Email chain from Hannah Baker to Ava DuVernay Re: Fairstein Statements | 2018-06-02 | DEFS093599 | DEFS093601 | * <br><br> FRE 802 |
| DX126 | John Leland, "Robert Morgenthau on His Years as District Attorney: 'I Don't Look Back,'" N.Y. Times | 2016-11-23 | DEFS177034 | DEFS177038 | * <br><br> FRE 802 |
| DX127 | Jeffrey Toobin, "A Prosecutor Speaks Up," The New Yorker.pdf | 2002-11-24 | DEFS177127 | DEFS177129 | ** |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX128 | Linda Fairstein talks new book, 'Central Park 5' case16 - Mp4 Video PDL_HD .mp4 | 2014-06-20 | DEFS176266 | DEFS176266 | * |
| DX129 | Linda Fairstein Discusses Book - Imus in the Morning, 6-20-14.pdf | 2014-06-20 | DEFS178013 | DEFS178019 | The metadata for this transcript states that it was created in 2022 |
| DX130 | Andy Geller and Neil Graves, "New Jogger Twist – Silent Witnesses to Gang Attack Back Verdicts," *N.Y. Post* | 2002-12-02 | DEFS176701 | DEFS176702 | *<br><br>FRE 802 |
| DX131 | Andy Geller, "Why Reyes Admitted Rape: Bid to Win Protection from a Jogger Con," N.Y. Post | 2002-12-05 | DEFS177110 | DEFS177118 | FRE 106 – website banner blocks text<br><br>Article saved in May 2022.<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX132 | CP5 - ABC News Footage - Key Moments - 12.14.17.pdf | 2017-12-14 | DEFS145497 | DEFS145502 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX133 | ABC News Video Research Key.xls | | DEFS145422 | DEFS145422 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX134 | FILE 1 - Al Sharpton-Prosecutors at Crime Scene-Arraignment of CP5-Michael Joseph Presser-Defense Pressers (ABC).mov | | DEFS145431 | DEFS145431 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX135 | FILE 2 - Deliberations Presser-Santana Arrival-Pressers Outside Court-Arrivals-More Pressers (ABC).mov | | DEFS145433 | DEFS145433 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX136 | FILE 3 - Interview with Richardson Attorney (ABC).mov | | DEFS145430 | DEFS145430 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX137 | FILE 4 - Salaam_s Attorney Intv-More Pressers-More Arrivals (ABC).mov | | DEFS145432 | DEFS145432 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX138 | FILE 5 - Intvs and Pressers-McCray Presser-Demos-Guardian Angels-Pressers on Convictions Overturned (ABC).mov | | DEFS145436 | DEFS145436 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX139 | FILE 6 - Primetime Live Report on Mattias Reyes Confession (ABC).mov | | DEFS145434 | DEFS145434 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX140 | FILE 7 - McCray Atty Statements-Demos _ Pressers Clearing CP5-Primetime Report on Mattias Reyes Record (ABC).mov | | DEFS145435 | DEFS145435 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX141 | FILE 8 - Pressers on Convictions Overturned-Police Presser on Arrests Made (ABC).mov | | DEFS145437 | DEFS145437 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX142 | FILE 9 - Schomberg Plaza Tenants Association Presser on Gang Violence (ABC).mov | | DEFS145429 | DEFS145429 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX143 | Sheehan @ Crime Scene with Fairstein, Lederer et al.mp4 | | DEFS159797 | DEFS159797 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX144 | CP5 - NBC News Footage - Key Moments - 12.26.17.pdf | 2017-12-27 | DEFS145509 | DEFS145511 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX145 | 1. Today's Update Segment_BITC_MN17L10501-001_NY-TDY-20090420_8hr (NBC).mov | | DEFS145410 | DEFS145410 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX146 | 2. Compilation of Juvenile Sexual Violence_BITC_MN17L10501-001_WO1 (NBC).mov | | DEFS145411 | DEFS145411 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX147 | 3. Donald Trump_BITC_SN17B9147-052_WNBC_SHOW_L890506230 (NBC).mov | | DEFS145409 | DEFS145409 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX148 | 4. Rehema Ellis Segment_DDM15L7310-005_NY-NN-20021205-0001 (NBC).mov | | DEFS145413 | DEFS145413 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX149 | 5. Al Sharpton Segments_DDM15L7310-006_WO6 (NBC).mov | | DEFS145416 | DEFS145416 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX150 | 6. Repeat Footage_SN15F6487-008_WO8 (NBC).mov | | DEFS145414 | DEFS145414 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX151 | 7. Repeat and Unrelated Footage_SN16K8729-030_WO30 (NBC).mov | | DEFS145415 | DEFS145415 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX152 | 8. Al Sharpton and Protestors_SN15F6487-015_90H1864 (NBC).mov | | DEFS145412 | DEFS145412 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX153 | CP5 - NBC News Footage - Key Moments - 01.07.18.pdf | 2018-01-07 | DEFS145485 | DEFS145488 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX154 | 3. Donald Trump_BITC_MN17L10501-004_SD_L89050623001A.mov | | DEFS159729 | DEFS159729 | * |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| | | | | | FRE 402, FRE 403 FRE 802 |
| DX155 | 10. BITC_MN17L10501-003_WO3.mov | | DEFS159777 | DEFS159777 | * FRE 402, FRE 403 FRE 802 |
| DX156 | 11. Jury Questions_BITC_MN17L10501-004_SD_L90081618001A.mov | | DEFS159728 | DEFS159728 | * FRE 402, FRE 403 FRE 802 |
| DX157 | 12. First Trial Verdict_BITC_MN17L10501-004_SD_L90082018001A_p1.mov | | DEFS159779 | DEFS159779 | * FRE 402, FRE 403 FRE 802 |
| DX158 | 13. Det. McKenna_BITC_MN17L10501-004_SD_L90082018001A_p2.mov | | DEFS159741 | DEFS159741 | * FRE 402, FRE 403 FRE 802 |
| DX159 | 14. Trial 2 Coverage_BITC_MN17L10501-004_SD_L90111518001A.mov | | DEFS159744 | DEFS159744 | * FRE 402, FRE 403 FRE 802 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX160 | 15. Reactions to Trial 2_BITC_MN17L10501-004_SD_L90121118001A.mov | | DEFS159726 | DEFS159726 | * <br><br> FRE 402, FRE 403 <br><br> FRE 802 |
| DX161 | 16. Juror Interview_BITC_MN17L10501-004_SD_L90121218001A.mov | | DEFS159730 | DEFS159730 | * <br><br> FRE 402, FRE 403 <br><br> FRE 802 |
| DX162 | 17. Jerry Nachum Segment_BITC_MN17L10501-004_SD_MNBC-NACH-20020926_19hr.mov | | DEFS159782 | DEFS159782 | * <br><br> FRE 402, FRE 403 <br><br> FRE 802 |
| DX163 | 18. Repeat Footage_BITC_MN17L10501-004_SD_NY-19980123-0058.mov | | DEFS159727 | DEFS159727 | * <br><br> FRE 402, FRE 403 <br><br> FRE 802 |
| DX164 | CP5 - CBS News Footage - Key Moments - 12.18.17.pdf | 2017-12-18 | DEFS145504 | DEFS145504 | * <br><br> FRE 402, FRE 403 <br><br> FRE 802 |
| DX165 | 1. Trisha Meili Segment_2B10961DC_001_mc-ovnm,ovtc,wmte.mov | | DEFS145438 | DEFS145438 | * <br><br> FRE 402, FRE 403 <br><br> FRE 802 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX166 | 2. Trisha Meili Interview_2B10733AF_xxx_mc-ovnm,ovtc,wmte.mov | | DEFS159773 | DEFS159773 | * <br><br> FRE 402, FRE 403 <br><br> FRE 802 |
| DX167 | 2B10733AF_xxx_mc-ovnm,ovtc,wmte.mov | | DEFS145441 | DEFS145441 | * <br><br> FRE 402, FRE 403 <br><br> FRE 802 |
| DX168 | 3. The Early Show_2B1107CA4_xxx_mc-ovnm,ovtc,wmte.mov | | DEFS145440 | DEFS145440 | * <br><br> FRE 402, FRE 403 <br><br> FRE 802 |
| DX169 | 4. Repeat Footage_2B1045A90_xxx_mc-ovnm,ovtc,wmte.mov | | DEFS145444 | DEFS145444 | * <br><br> FRE 402, FRE 403 <br><br> FRE 802 |
| DX170 | 5. Short Clips_2B1078F50_s03_mc-ovnm,ovtc,wmte.mov | | DEFS145439 | DEFS145439 | * <br><br> FRE 402, FRE 403 <br><br> FRE 802 |
| DX171 | 6. Colin Moore_2B10AF602_s01_mc-ovnm,ovtc,wmte.mov | | DEFS145442 | DEFS145442 | * <br><br> FRE 402, FRE 403 <br><br> FRE 802 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX172 | 7. Fairstein_2B111E3C2_xxx_mc-ovnm,ovtc,wmte.mov | | DEFS145443 | DEFS145443 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX173 | CP5 - CNN News Footage - Key Moments - 12.19.17.pdf | 2017-12-19 | DEFS145505 | DEFS145506 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX174 | CP5 - CNN Selects.pdf | 2017-12-13 | DEFS145507 | DEFS145508 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX175 | 1. 12320129_CENTRAL_PARK_5___TRUMP_ariley_03.mov | | DEFS145469 | DEFS145469 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX176 | 2. 90101309_WILDING_ariley.mov | | DEFS145468 | DEFS145468 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |

32

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX177 | 3. 90102522_CENTRAL_PARK_ATTACK_ariley.mov | | DEFS145459 | DEFS145459 | * <br><br> FRE 402, FRE 403 <br><br> FRE 802 |
| DX178 | 4. 90104154_JOGGER_ariley.mov | | DEFS145457 | DEFS145457 | * <br><br> FRE 402, FRE 403 <br><br> FRE 802 |
| DX179 | 5. 90318630_tc_wm_lores.mov | | DEFS145448 | DEFS145448 | * <br><br> FRE 402, FRE 403 <br><br> FRE 802 |
| DX180 | 6. 90345218_tc_wm_lores.mov | | DEFS145455 | DEFS145455 | * <br><br> FRE 402, FRE 403 <br><br> FRE 802 |
| DX181 | 7. 90346157_tc_wm_lores.mov | | DEFS145467 | DEFS145467 | * <br><br> FRE 402, FRE 403 <br><br> FRE 802 |
| DX182 | 8. 90346734_tc_wm_lores.mov | | DEFS145460 | DEFS145460 | * <br><br> FRE 402, FRE 403 <br><br> FRE 802 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX183 | 9. 90347178_tc_wm_lores.mov | | DEFS145456 | DEFS145456 | * <br><br> FRE 402, FRE 403 <br><br> FRE 802 |
| DX184 | 10. 90347983_tc_wm_lores.mov | | DEFS145462 | DEFS145462 | * <br><br> FRE 402, FRE 403 <br><br> FRE 802 |
| DX185 | 11. 90348150_tc_wm_lores.mov | | DEFS145465 | DEFS145465 | * <br><br> FRE 402, FRE 403 <br><br> FRE 802 |
| DX186 | 12. 90348431_tc_wm_lores.mov | | DEFS145449 | DEFS145449 | * <br><br> FRE 402, FRE 403 <br><br> FRE 802 |
| DX187 | 13. 90349369_tc_wm_lores.mov | | DEFS145463 | DEFS145463 | * <br><br> FRE 402, FRE 403 <br><br> FRE 802 |
| DX188 | 14. 90349636_tc_wm_lores.mov | | DEFS145461 | DEFS145461 | * <br><br> FRE 402, FRE 403 <br><br> FRE 802 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX189 | 15. 90350567_tc_wm_lores.mov | | DEFS145452 | DEFS145452 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX190 | 16. 90357569_CENTRAL_PARK_JOGGER _ariley.mov | | DEFS145464 | DEFS145464 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX191 | 17. 90365499_tc_wm_lores.mov | | DEFS145454 | DEFS145454 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX192 | 18. 90369871_tc_wm_lores.mov | | DEFS145445 | DEFS145445 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX193 | 19. 90371338_tc_wm_lores.mov | | DEFS145453 | DEFS145453 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX194 | 20. 90372064_tc_wm_lores.mov | | DEFS145447 | DEFS145447 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX195 | 21. 90373869_tc_wm_lores.mov | | DEFS145466 | DEFS145466 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX196 | 22. 90373898_JOGGER_VERDICT_ariley.mov | | DEFS145458 | DEFS145458 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX197 | 23. 90378230_tc_wm_lores.mov | | DEFS145446 | DEFS145446 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX198 | 24. 92603801_tc_wm_lores.mov | | DEFS145470 | DEFS145470 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX199 | CP5 - Fox Video Research Guide.pdf | 2018-03-20 | DEFS159811 | DEFS159811 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX200 | 1. Dramatic Reenactment_RAW-CENTRALPARKJOGGERACA-1GF6FJDA_ARCHIVEPREV.mp4 | | DEFS145420 | DEFS145420 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX201 | 2. RAW-CENTRALPARKJOGGERHISTORY-2DFR9LAA_ARCHIVEPREV.mp4 | | DEFS145417 | DEFS145417 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX202 | 3. RAW-CENTRALPARKJOGGERTEENS-3Q1TEW4A_ARCHIVEPREV.mp4 | | DEFS145421 | DEFS145421 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX203 | 4. RAW-CENTRALPARKJOGGERVERDICT-2DFR8JYA_ARCHIVEPREV.mp4 | | DEFS145419 | DEFS145419 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX204 | 5. RAW-TRUMPCENTRALVSKOCHPARKFIVEDEATH-1WU2EFFA_ARCHIVEPREV.mp4 | | DEFS145418 | DEFS145418 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX205 | CP5 - Video Research Footage - Kevins and Cuffees.mp4 | | DEFS159725 | DEFS159725 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX206 | CP5 - Video Research Footage - Antron and McCrays.mp4 | | DEFS159742 | DEFS159742 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX207 | CP5 - Video Research Footage - Yusef and Sharonne.mp4 | | DEFS159743 | DEFS159743 | * <br><br> FRE 402, FRE 403 <br><br> FRE 802 |
| DX208 | CP5 - Video Research Footage - Raymond and Santanas.mp4 | | DEFS159759 | DEFS159759 | * <br><br> FRE 402, FRE 403 <br><br> FRE 802 |
| DX209 | CP5 - Video Research Footage - Korey and Deloris.mp4 | | DEFS159793 | DEFS159793 | * <br><br> FRE 402, FRE 403 <br><br> FRE 802 |
| DX210 | Lederer News Moments.pdf | | DEFS159737 | DEFS159737 | * <br><br> FRE 402, FRE 403 <br><br> FRE 802 |
| DX211 | Description of group of 30 kids harassing ppl at 36s to 52s.mp3 | | DEFS159776 | DEFS159776 | * <br><br> FRE 402, FRE 403 <br><br> FRE 802 |
| DX212 | Doc 12_001.pdf - Central park jogger case Wikipedia | 2017-10-19 | DEFS009030 | DEFS009047 | * <br><br> FRE 402, FRE 403 <br><br> FRE 802 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX213 | Doc 13_001.pdf - Linda Fairstein Wikipedia | 2017-10-19 | DEFS009048 | DEFS009052 | *<br><br>FRE 802 |
| DX214 | Attica Folder - Douglas Starr, "The Interview," The New Yorker | 2013-12-09 | DEFS035386 | DEFS035403 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX215 | Douglas Starr, "The Interview," The New Yorker | 2013-12-09 | DEFS037304 | DEFS037324 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX216 | Rachel Aviv, "Remembering The Murder You Didn't Commit" | 2017-06-19 | DEFS036761 | DEFS036778 | FRE 402, FRE 403<br><br>FRE 802 |
| DX217 | CP5 - Armstrong Report.pdf | 2003-01 | DEFS010080 | DEFS010122 | *<br><br>FRE 802 |
| DX218 | *The Central Park Five*, by Sarah Burns | | DEFS037047 | DEFS037303 | *<br><br>FRE 802 |
| DX219 | *Unequal Verdicts: The Central Park Jogger Trials*, by Timothy Sullivan | | DEFS037478 | DEFS037808 | *<br><br>FRE 802 |
| DX220 | Email from I. Katz to A. Locke re: CP5 - Sarah Burns video interviews | 2017-10-09 | DEFS082869 | DEFS082871 | * |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX221 | Attica Locke's Central Park Five Writers' Room Binder | Compilation | DEFS138166 | DEFS138711 | ** |
| DX222 | Attica Locke's Central Park Five Research Binder | Compilation | DEFS138712 | DEFS138803 | * FRE 802 |
| DX223 | Legal Timeline | undated | DEFS035647 | DEFS035655 | ** |
| DX224 | A. Locke Handwritten Notes | 2017-10-10 to 2017-10-30 | DEFS036189 | DEFS036313 | * FRE 402, FRE 802 |
| DX225 | Alice McQuillan, "A Monster's Tale," Gruesome details of jogger rapist's confession," New York Daily News | 2002-09-26 | DEFS000461 | DEFS000463 | * FRE 402, FRE 403, FRE 802 |
| DX226 | Lived a dream life - NY Daily News.pdf | 1989-04-21 | DEFS000471 | DEFS000473 | * FRE 402, FRE 403 FRE 802 |
| DX227 | Central Park jogger near death after savage attack in 1989 - NY Daily News.pdf | 1989-04-21 | DEFS000484 | DEFS000488 | * FRE 402, FRE 403 FRE 802 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX228 | The Climate_ New York in 1989 - NY Daily News.pdf | 2013-04-08 | DEFS000489 | DEFS000491 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX229 | Transcript of Korey Wise interview with Ava DuVernay and Julian Breece.docx | 2017-09-05 | DEFS000492 | DEFS000501 | *<br><br>FRE 802 |
| DX230 | Transcript of Raymond Santana Part 2 interview with Ava DuVernay and Julian Breece.docx | 2016-11-07 | DEFS000502 | DEFS000516 | *<br><br>FRE 802 |
| DX231 | Transcript of Kevin Richardson interview with Ava DuVernay and Julian Breece.docx | 2017-09-22 | DEFS000517 | DEFS000538 | *<br><br>FRE 802 |
| DX232 | Transcript of Raymond Santana Part 1 interview with Ava DuVernay and Julian Breece.docx | 2016-11-02 | DEFS000539 | DEFS000557 | *<br><br>FRE 802 |
| DX233 | Transcript of Michael Warren Part 1 interview with Ava DuVernay and Julian Breece.docx | 2016-10-21 | DEFS000558 | DEFS000566 | *<br><br>FRE 802 |
| DX234 | Transcript of Michael Warren Part 2 interview with Ava DuVernay and Julian Breece.docx | 2016-10-25 | DEFS000567 | DEFS000576 | *<br><br>FRE 802 |
| DX235 | Audio of Raymond Santana Part 2 interview with Ava DuVernay and Julian Breece.m4a | Undated | DEFS000577 | DEFS000577 | *<br><br>FRE 802 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX236 | Audio of Raymond Santana Part 1 interview with Ava DuVernay and Julian Breece.m4a | Undated | DEFS000578 | DEFS000578 | *<br><br>FRE 802 |
| DX237 | Audio of Kevin Richardson interview with Ava DuVernay and Julian Breece.m4a | Undated | DEFS000579 | DEFS000579 | *<br><br>FRE 802 |
| DX238 | Audio of Transcript of Michael Warren Part 1 interview with Ava DuVernay and Julian Breece.m4a | Undated | DEFS000580 | DEFS000580 | *<br><br>FRE 802 |
| DX239 | Audio of Korey Wise interview with Ava DuVernay and Julian Breece.m4a | Undated | DEFS000581 | DEFS000581 | *<br><br>FRE 802 |
| DX240 | Audio of Michael Warren Part 2 interview with Ava DuVernay and Julian Breece.m4a | Undated | DEFS000582 | DEFS000582 | *<br><br>FRE 802 |
| DX241 | Transcript of Kevin Richardson interview with Julian Breece.docx | 2016-10-19 | DEFS000583 | DEFS000610 | *<br><br>FRE 802 |
| DX242 | Transcript of Antron McCray Part 1 interview with Julian Breece.docx | 2016-10-19 | DEFS000611 | DEFS000632 | *<br><br>FRE 802 |
| DX243 | Transcript of Raymond Santana Part 2 interview with Julian Breece.docx | 2016-10-19 | DEFS000633 | DEFS000646 | *<br><br>FRE 802 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX244 | Transcript of Raymond Santana Part 1 interview with Julian Breece.docx | 2016-10-19 | DEFS000658 | DEFS000668 | *<br><br>FRE 802 |
| DX245 | Transcript of Antron McCray Part 2 interview with Julian Breece.docx | 2016-10-19 | DEFS000669 | DEFS000691 | *<br><br>FRE 802 |
| DX246 | Audio of Raymond Santana Part 2 interview with Julian Breece.mp3 | Undated | DEFS000715 | DEFS000715 | *<br><br>FRE 802 |
| DX247 | Audio of Antron McCray Part 1 interview with Julian Breece.mp3 | Undated | DEFS000716 | DEFS000716 | *<br><br>FRE 802 |
| DX248 | Audio of Raymond Santana Part 1 interview with Julian Breece.mp3 | Undated | DEFS000717 | DEFS000717 | *<br><br>FRE 802 |
| DX249 | Audio of Kevin Richardson interview with Julian Breece.mp3 | Undated | DEFS000718 | DEFS000718 | *<br><br>FRE 802 |
| DX250 | Audio of Antron McCray Part 2 interview with Julian Breece.mp3 | Undated | DEFS000719 | DEFS000719 | *<br><br>FRE 802 |
| DX251 | Electronic Copy of Central Park Five Research Binder | 2017-09-29 | DEFS003850 | DEFS004647 | *<br><br>FRE 802 |
| DX252 | Robin Swicord's Central Park Five Research Binder | Undated | DEFS006947 | DEFS007495 | **<br><br>FRE 802 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX253 | Robin Swicord Writers' Room Binder | Undated | DEFS005074 | DEFS005656 | ** |
| DX254 | Re CP5 - Sarah Burns video interviews.htm | 2017-10-09 | DEFS163020 | DEFS163020 | FRE 802 |
| DX255 | *Unequal Verdicts: The Central Park Jogger Trials* by Timothy Sullivan (handwritten notes and markings original to Ms. Swicord) | 1995-06-14 | DEFS168809 | DEFS168976 | *<br><br>FRE 802 |
| DX256 | *The Central Park Five: The Untold Story Behind One of New York's Most Infamous Crimes* by Sarah Burns (handwritten notes and markings original to Ms. Swicord) | 2012-04 | DEFS168672 | DEFS168808 | *<br><br>FRE 802 |
| DX257 | *Savage Portrayals: Race, Media, & the Central Park Jogger Story* by Natalie Byfield  (handwritten notes and markings original to Ms. Swicord) | undated | DEFS168547 | DEFS168671 | *<br><br>FRE 802 |
| DX258 | *Essentials of the Reid Technique, Criminal Interrogation and Confessions* by Fred E. Inbau et al. | | DEFS009869 | DEFS009869 | *<br><br>FRE 802<br><br>FRE 402, 403 |
| DX259 | Douglas Starr, "The Interview," *The New Yorker* (handwriting original to Ms. Swicord) | 2013-12-09 | DEFS009229 | DEFS009243 | *<br><br>FRE 802.<br><br>FRE 402, 403 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX260 | Email from R. Swicord to A. Locke re: coerced confessions - how the misinformation flowed with attachment "Letter to Attica about coerced confessions" | 2017-12-18 | DEFS092969 | DEFS092974 | ** |
| DX261 | Doc3_001.pdf - 2017.12.12 CP5 Key Detective List with handwritten notes | 1900-07-19 | DEFS007728 | DEFS007730 | ** |
| DX262 | Handwritten notes from Oct. 2017 | 2017-10 | DEFS007786 | DEFS007826 | * |
| DX263 | CP5 Folder_001.pdf - Armstrong Report | 2003-01 | DEFS008875 | DEFS008917 | * |
| DX264 | Email string from R. Swicord to Lori Hironaka re: Wise notes from 11/18/2017 | 2017-11-17 | DEFS009145 | DEFS009228 | ** |
| DX265 | Doc 2_001.pdf - Rachel Aviv, "Remembering the Murder You Didn't Commit," The New Yorker (June 19, 2017) | 2017-06-19 | DEFS009244 | DEFS009276 | * <br><br> FRE 402, FRE 403 <br><br> FRE 802 |
| DX266 | Doc 1_001.pdf - Elizabeth A. Harris, "For Men Cleared in Jogger Case, Belated Pomp and Circumstance," New York Times (June 26, 2017) | 2017-06-26 | DEFS009282 | DEFS009284 | * <br><br> FRE 402, FRE 403 <br><br> FRE 802 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX267 | Doc 2_001.pdf - "Injustice in the Jogger Case," New York Times (Dec. 6, 2002) | 2002-12-06 | DEFS009285 | DEFS009286 | * <br><br> FRE 402, FRE 403 <br><br> FRE 802 |
| DX268 | Doc 3_001.pdf - Kevin Flynn, "Suspect in Rape Absorbed Pain and Inflicted It," New York Times (Dec. 7, 2002) | 2002-12-07 | DEFS009287 | DEFS009291 | * <br><br> FRE 802 <br><br> FRE 402, FRE 403 |
| DX269 | Jill Smolow, "A Radical Reversal," *People* | 2002-12-23 | DEFS009294 | DEFS009296 | FRE 106 <br><br> Document is illegible because words are cut off. <br><br> FRE 402, FRE 403 <br><br> FRE 802 |
| DX270 | Doc 6_001.pdf - Susan Saulny, "Convictions and Charges Voided in '89 Central Park Jogger Attack," New York Times (Dec. 20, 2002) | 2002-12-20 | DEFS009297 | DEFS009301 | * <br><br> FRE 402, FRE 403 <br><br> FRE 802 |
| DX271 | Doc 7_001.pdf - Matias Reyes Timeline | | DEFS009302 | DEFS009307 | * <br><br> FRE 402, FRE 403 <br><br> FRE 802 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX272 | Doc 8_001.pdf - Alice McQuillan, "A Monster's Tale," Gruesome details of jogger rapist's confession," New York Daily News (Sept. 26, 2002) | 2002-09-26 | DEFS009308 | DEFS009309 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX273 | Doc 4_001.pdf - Ron Stodghill, "The Confession of the Central Park Rapist," TIME (Dec. 9, 2002) | 2002-12-09 | DEFS009292 | DEFS009293 | *<br><br>FRE 106<br><br>Document illegible<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX274 | Notes 5_001.pdf - Robin Swicord Handwritten Notes | | DEFS009694 | DEFS009725 | *<br><br>FRE 402, FRE 403, FRE 802 |
| DX275 | Defendant Ava DuVernay's First Supplemental Responses and Objections to Plaintiff's First Set of Interrogatories | 2022-01-31 | | | ** |
| DX276 | Defendant Ava DuVernay's Supplemental Responses and Objections to Plaintiff's Second Set of Interrogatories | 2022-06-06 | | | ** |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX277 | Defendant Attica Locke's First Supplemental Responses and Objections to Plaintiff's First Set of Interrogatories | 2022-01-31 | | | ** |
| DX278 | Defendant Attica Locke's Supplemental Responses and Objections to Plaintiff's Second Set of Interrogatories | 2022-06-21 | | | ** |
| DX279 | Defendant Netflix, Inc.'s Responses and Objections to Plaintiff's First Set of Interrogatories | | | | ** |
| DX280 | Defendant Netflix, Inc.'s Supplemental Responses and Objections to Plaintiff's Second Set of Interrogatories | 2022-06-22 | | | ** |
| DX281 | Ava DuVernay's initial outline | undated | DEFS168977 | DEFS168978 | * |
| DX282 | 1.) CP5 - DuVernay Format Document Part 1-5 - 01.03.18.pdf | 2018-01-03 | DEFS031900 | DEFS031906 | ** |
| DX283 | 2.) CP5 - Swicord - PART 1 - DRAFT 1 - 01.03.18.pdf | 2018-01-03 | DEFS033792 | DEFS033895 | * |
| DX284 | 3.) CP5 - Swicord - Part 1 - Draft 2 - 01.18.18.pdf | 2018-01-18 | DEFS033225 | DEFS033321 | * |
| DX285 | 4.) CP5 - Swicord - Part 1 - Draft 2 Polish - 1.28.18 - Starred _ Proofed.pdf | 2018-01-28 | DEFS032407 | DEFS032500 | * |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX286 | 5.) CP5 - DuVernay - Part 1 - Draft 1 ReShape - 02.16.18.pdf | 2018-02-16 | DEFS033322 | DEFS033408 | * |
| DX287 | 6.) CP5 - DuVernay - Part 1 - Draft 2 - 03.26.18 - Proofed.pdf | 2018-03-26 | DEFS033125 | DEFS033224 | * |
| DX288 | 7.) CP5 - DuVernay - Part 1 - Draft 2 Polish - 03.27.18 - Proofed _ Clean.pdf | 2018-03-27 | DEFS032939 | DEFS033035 | * |
| DX289 | 8.) CP5 - DuVernay - Part 1 - Draft 3 - 04.06.18.pdf | 2018-04-06 | DEFS032501 | DEFS032598 | * |
| DX290 | 9.) CP5 - DuVernay - Part 1 - Draft 4 - 04.13.18 - Proofed _ Clean.pdf | 2018-04-13 | DEFS033409 | DEFS033497 | * |
| DX291 | 10.) CP5 - DuVernay - Part 1 - Draft 5 - 04.25.18.pdf | 2018-04-25 | DEFS033498 | DEFS033587 | * |
| DX292 | 11.) CP5 - DuVernay - Part 1 - Draft 6 - 05.07.18.pdf | 2018-05-07 | DEFS033036 | DEFS033124 | * |
| DX293 | 12.) CP5 - Swicord - Part 1 - Revisions - 05.29.18.pdf | 2018-05-29 | DEFS032780 | DEFS032861 | * |
| DX294 | 13.) DuVernay - Part 1 - Draft 7 - 06.01.18.pdf | 2018-06-01 | DEFS032862 | DEFS032938 | * |
| DX295 | 14.) CP5 - DuVernay - Part 1 - Draft 8 - 06.18.18.pdf | 2018-06-18 | DEFS032626 | DEFS032702 | * |
| DX296 | 15.) CENTRAL PARK - PART ONE - White Draft - 06.19.18.pdf | 2018-06-19 | DEFS032703 | DEFS032779 | * |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX297 | 16.) CINQ SCRIPT P1 FULL BLUE DRAFT 6.27.18.pdf | 2018-06-27 | DEFS033714 | DEFS033791 | * |
| DX298 | 17.) CINQ SCRIPT P1 PINK REVISED PAGES 7.11.18.pdf | 2018-07-11 | DEFS032393 | DEFS032406 | * |
| DX299 | CINQ SCRIPT P1 PINK COLLATED DRAFT 7.11.18.pdf | 2018-07-11 | DEFS001972 | DEFS002051 | * |
| DX300 | 18.) CINQ SCRIPT P1 YELLOW REVISED PAGES 7.24.18.pdf | 2018-07-24 | DEFS033675 | DEFS033713 | * |
| DX301 | CINQ SCRIPT P1 YELLOW COLLATED DRAFT 7.24.18.pdf | 2018-07-24 | DEFS001860 | DEFS001947 | * |
| DX302 | 19.) CINQ SCRIPT P1 GREEN REVISED PAGES 8.5.18.pdf | 2018-08-05 | DEFS032599 | DEFS032625 | * |
| DX303 | CINQ SCRIPT P1 GREEN COLLATED DRAFT 8.5.18.pdf | 2018-08-05 | DEFS002828 | DEFS002914 | * |
| DX304 | 20.) CINQ SCRIPT P1 2ND WHITE PAGES 8.13.18.pdf | 2018-08-13 | DEFS032391 | DEFS032392 | * |
| DX305 | CINQ SCRIPT P1 2ND WHITE COLLATED DRAFT 8.13.18.pdf | 2018-08-13 | DEFS002052 | DEFS002138 | * |
| DX306 | 21.) CINQ SCRIPT P1 - 2ND BLUE COLLATED DRAFT 9.19.18.pdf | 2018-09-19 | DEFS033588 | DEFS033674 | * |
| DX307 | 2.) CP5 - Locke - Part 2 - Draft 1 - 01.03.18.pdf | 2018-01-03 | DEFS034801 | DEFS034928 | * |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX308 | 3.) CP5 - Locke - Part 2 - Draft 2 - 01.19.18.pdf | 2018-01-19 | DEFS034929 | DEFS035029 | * |
| DX309 | 4.) CP5 - Locke - Part 2 - Draft 2 Polish - 01.28.18 - Proofed _ Clean.pdf | 2018-01-28 | DEFS034448 | DEFS034548 | * |
| DX310 | 5.) CP5 - DuVernay - Part 2 - Draft 1 - 03.27.18.pdf | 2018-03-27 | DEFS034625 | DEFS034721 | * |
| DX311 | 6.) CP5 - Locke - Part 2 - Revisions 1 - 04.02.18.pdf | 2018-04-02 | DEFS035030 | DEFS035113 | * |
| DX312 | 7.) CP5 - DuVernay - Part 2 - Draft 2 - 04.13.18.pdf | 2018-04-13 | DEFS034722 | DEFS034800 | * |
| DX313 | 8.) CP5 - DuVernay - Part 2 - Draft 3 - 05.07.18.pdf | 2018-05-07 | DEFS034045 | DEFS034122 | * |
| DX314 | 9.) CP5 - Spiegel - Part 2 - Revisions - 06.05.18.pdf | 2018-06-05 | DEFS034549 | DEFS034624 | * |
| DX315 | 10.) CP5 - DuVernay - Part 2 - Draft 4 - 06.12.18.pdf | 2018-06-12 | DEFS033896 | DEFS033969 | * |
| DX316 | 11.) Starrbury - Part 2 - Revisions - 06.14.18.pdf | 2018-06-14 | DEFS033970 | DEFS034039 | * |
| DX317 | 12.) CP5 - DuVernay - Part 2 - Draft 5 - 06.16.18 - Proofed.pdf | 2018-06-16 | DEFS034381 | DEFS034447 | * |
| DX318 | 13.) CP5 - DuVernay - Part 2 - Draft 6 - 06.19.18.pdf | 2018-06-19 | DEFS034181 | DEFS034247 | * |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX319 | 14.) CENTRAL PARK - PART TWO - White Draft - 06.20.18.pdf | 2018-06-20 | DEFS034248 | DEFS034314 | * |
| DX320 | 15.) CINQ SCRIPT P2 FULL BLUE DRAFT 7.1.18.pdf | 2018-07-01 | DEFS034315 | DEFS034380 | * |
| DX321 | 16.) CINQ SCRIPT P2 PINK REVISED PAGES 7.11.18.pdf | 2018-07-11 | DEFS034170 | DEFS034180 | * |
| DX322 | CINQ SCRIPT P2 PINK COLLATED DRAFT 7.11.18.pdf | 2018-07-11 | DEFS003688 | DEFS003754 | * |
| DX323 | 17.) CINQ SCRIPT P2 YELLOW REVISED PAGES 7.24.18.pdf | 2018-07-24 | DEFS034156 | DEFS034169 | * |
| DX324 | CINQ SCRIPT P2 YELLOW COLLATED DRAFT 7.24.18(1).pdf | 2018-07-24 | DEFS003619 | DEFS003687 | * |
| DX325 | 18.) CINQ SCRIPT P2 GREEN REVISED PAGES 8.5.18.pdf | 2018-08-05 | DEFS034136 | DEFS034155 | * |
| DX326 | CINQ SCRIPT P2 GREEN COLLATED DRAFT 8.5.18.pdf | 2018-08-05 | DEFS003765 | DEFS003837 | * |
| DX327 | 19.) CINQ SCRIPT P2 2ND WHITE REVISED PAGES 8.24.18.pdf | 2018-08-24 | DEFS034123 | DEFS034135 | * |
| DX328 | CINQ SCRIPT P2 2ND WHITE COLLATED DRAFT 8.24.18.pdf | 2018-08-24 | DEFS002996 | DEFS003070 | * |
| DX329 | 20.) CINQ SCRIPT P2 - 2ND BLUE REVISED PAGES 9.23.18.pdf | 2018-09-23 | DEFS034040 | DEFS034041 | * |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX330 | CINQ SCRIPT P2 2ND BLUE COLLATED DRAFT 9.23.18.pdf | 2018-09-23 | DEFS146146 | DEFS146220 | * |
| DX331 | 21.) CINQ SCRIPT P2 2ND PINK REVISED PAGES 10.25.18.pdf | 2018-10-25 | DEFS034042 | DEFS034044 | * |
| DX332 | CINQ SCRIPT P2 2ND PINK COLLATED DRAFT 10.25.18(1).pdf | 2018-10-25 | DEFS002921 | DEFS002995 | * |
| DX333 | 22.) CINQ SCRIPT P2 2ND YELLOW COLLATED DRAFT 11.2.18 copy.pdf | 2018-11-02 | DEFS035114 | DEFS035191 | * |
| DX334 | 2.) CP5 - DuVernay - Part 5 - Revised Outline - 04.13.18.pdf | 2018-04-13 | DEFS031980 | DEFS031985 | * |
| DX335 | 3.) DuVernay _ R. Gay - Part 5 - Pages - 04.19.18.pdf | 2018-04-19 | DEFS031843 | DEFS031899 | * |
| DX336 | 4.) CP5 - DuVernay - Part 5 - Revised Outline 2 - 05.01.18.pdf | 2018-05-01 | DEFS031839 | DEFS031842 | * |
| DX337 | 5.) CP5 - DuVernay _ Starrbury - Part 5 - Partial Draft 1 - 05.09.18.pdf | 2018-05-09 | DEFS032302 | DEFS032350 | * |
| DX338 | 6.) CP5 - DuVernay - Part 4 - Partial Draft 1 - 06.02.18.pdf | 2018-06-02 | DEFS032165 | DEFS032227 | * |
| DX339 | 7.) CP5 - DuVernay - Part 4 - Revisions - 06.18.18.pdf | 2018-06-18 | DEFS032102 | DEFS032164 | * |
| DX340 | 8.) CP5 - DuVernay - Part 4 - White Draft - 06.19.18.pdf | 2018-06-19 | DEFS031917 | DEFS031979 | * |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX341 | 9.) DuVernay CINQ SCRIPT P4 FULL BLUE DRAFT 7.10.18.pdf | 2018-07-10 | DEFS032043 | DEFS032101 | * |
| DX342 | 10.) DuVernay CINQ SCRIPT P4 PINK REVISED PAGES 7.24.18.pdf | 2018-07-24 | DEFS032011 | DEFS032042 | * |
| DX343 | CINQ SCRIPT P4 PINK COLLATED DRAFT 7.24.18.pdf | 2018-07-24 | DEFS001383 | DEFS001449 | * |
| DX344 | 11.) DuVernay CINQ SCRIPT P4 - YELLOW REVISED PAGES 9.18.18.pdf | 2018-09-18 | DEFS031834 | DEFS031838 | * |
| DX345 | CINQ SCRIPT P4 YELLOW COLLATED DRAFT 9.18.18.pdf | 2018-09-18 | DEFS001253 | DEFS001319 | * |
| DX346 | 12.) DuVernay CINQ SCRIPT P4 - GREEN REVISED PAGES 10.3.18.pdf | 2018-10-03 | DEFS031828 | DEFS031833 | * |
| DX347 | CINQ SCRIPT P4 GREEN COLLATED DRAFT 10.3.18.pdf | 2018-10-03 | DEFS000978 | DEFS001047 | * |
| DX348 | 13.) DuVernay CINQ SCRIPT P4 2ND WHITE REV. PAGES 10.17.18.pdf | 2018-10-17 | DEFS031986 | DEFS032010 | * |
| DX349 | CINQ SCRIPT P4 2ND WHITE COLLATED DRAFT 10.17.18.pdf | 2018-10-17 | DEFS073559 | DEFS073631 | * |
| DX350 | 14.) DuVernay CINQ SCRIPT P4 - 2ND BLUE REVISED PAGES 10.24.18.pdf | 2018-10-24 | DEFS031907 | DEFS031916 | * |
| DX351 | CINQ SCRIPT P4 - 2ND BLUE COLLATED DRAFT 10.24.18.pdf | 2018-10-24 | DEFS001180 | DEFS001252 | * |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX352 | 15.) DuVernay CINQ SCRIPT P4 - 2ND PINK COLLATED DRAFT 11.2.18 copy.pdf | 2018-11-02 | DEFS032228 | DEFS032301 | * |
| DX353 | Email from M. Matruski Re: PITCH PREP: CENTRAL PARK 5 | 2017-05-01 | DEFS068207 | DEFS068207 | *<br><br>FRE 402 |
| DX354 | Email Chain re Central Park Five | 2017-06-29 | DEFS173244 | DEFS173247 | * |
| DX355 | Initial press release | 2017-07-06 | DEFS145014 | DEFS145015 | * |
| DX356 | A. DuVernay Text Chain | 2017-07-09 | DEFS177582 | DEFS177586 | *<br><br>FRE 402, FRE 403 |
| DX357 | Email chain Re: CP5 research | 2017-10-04 | DEFS082858 | DEFS082858 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX358 | Structural Breakdown dated October 18, 2017 by Swicord.pdf | 2017-10-18 | DEFS032351 | DEFS032353 | *<br><br>FRE 402, FRE 403 |
| DX359 | Central Park Five Part One: Antron / 'Crime' & Police Key Beats / "Yummy Bits" | 2017-10-25 | DEFS022693 | DEFS022702 | * |
| DX360 | Central Park Five Part One: Antron / "Crime" & Police Key Beats / "Yummy Bits" Master Doc | 2017-10-26 | DEFS022728 | DEFS022738 | * |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX361 | Email from H. Baker to A. DuVernay, R. Swicord, A. Locke and T. Bradshaw attaching CP5 Interview Questions 10.27.17.pdf; CP5 - Day 3 - 10.27.17 - Room Notes - Compiled.pdf; CPS Secondary Law Enforcement Characters 10.27.17.pdf; Interrogation Timeline - DAY THREE - 10.27.17 2.pdf | 2017-10-27 | DEFS083202 | DEFS083232 | ** |
| DX362 | October 27, 2017 Writers' Room Notes | 2017-10-27 | DEFS022759 | DEFS0022778 | ** |
| DX363 | October 30, 2017 Writers' Room Notes | 2017-10-30 | DEFS022795 | DEFS022829 | ** |
| DX364 | Email from A. Locke re: Litigation Timeline | 2017-11-14 | DEFS088523 | DEFS088532 | * |
| DX365 | Email from R. Swicord to A. DuVernay re: Korey transcripts | 2017-11-18 | DEFS093375 | DEFS093375 | ** |
| DX366 | Ep 1 Story Outline dated Nov 19, 2017 by Swicord.pdf | 2017-11-19 | DEFS032354 | DEFS032375 | * |
| DX367 | Ep 2 Outline dated November 24, 2017 by Locke.pdf | 2017-11-24 | DEFS032376 | DEFS032390 | ** |
| DX368 | Email from R. Swicord to A. Locke re: script revisions | 2017-12-09 | DEFS159395 | DEFS159395 | * |
| DX369 | Email from A. Locke to R. Swicord re: backstory | 2017-12-30 | DEFS082915 | DEFS082916 | ** |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX370 | January 8, 2018 Central Park Five Writers' Room Notes | 2018-01-08 | DEFS021412 | DEFS021426 | ** |
| DX371 | January 24, 2018 Central Park Five Writer's Room Notes | 2018-01-24 | DEFS022401 | DEFS022407 | ** |
| DX372 | Email from H. Baker to A. DuVernay re: CP5 Netflix Notes 02.06.18 attaching call notes | 2018-02-10 | DEFS105016 | DEFS105019 | ** |
| DX373 | February 10, 2018 Central Park Five Writing notes | 2018-02-10 | DEFS022431 | DEFS022437 | ** |
| DX374 | Email chain between A. DuVernay, B. Welsh and H. Baker re: Draft of note to rep | 2018-04-24 | DEFS093379 | DEFS093379 | ** |
| DX375 | Casting Press Release Notes | Undated | DEFS003840 | DEFS003843 | * |
| DX376 | A. DuVernay text messages re NYC document release | 2018-07-19 | DEFS177564 | DEFS177566 | *<br><br>FRE 402 |
| DX377 | Benjamin Mueller et al., "City Releases Trove of Documents in Central Park Jogger Case," *N.Y. Times* | 2018-07-20 | DEFS178194 | DEFS178196 | *<br><br>FRE 402, FRE 802 |
| DX378 | A. DuVernay Text Message re Daily News article | 2018-07-20 | DEFS177570 | DEFS177570 | *<br><br>FRE 402, FRE 802 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX379 | Rich Schapiro, "Cameraman who shot Central Park 5 interrogation videos speaks out for first time,' *N.Y. Daily News* | 2018-07-22 | DEFS177978 | DEFS177981 | * <br><br> FRE 402, FRE 403 <br><br> FRE 802 |
| DX380 | Email from J. Rosenthal to A. Engel Re: linda f discussion | 2018-08-04 | DEFS169191 | DEFS169192 | ** |
| DX381 | WIP Campaign Creative Brief | 2018-08-30 | DEFS148097 | DEFS148135 | * <br><br> FRE 402, FRE 403 |
| DX382 | Email from Jane Rosenthal to A. DuVernay, B. Welsh, A. Engel and N. Wolarksy re: Fairstein tweet | 2018-11-27 | DEFS146894 | DEFS146895 | ** |
| DX383 | Tweets between L. Fairstein and A. Locke | 2018-11-27 | PRH000497 | PRH000497 | ** |
| DX384 | Email chain between A. DuVernay and B. Welsh re Notes on Cut after 2nd viewing | 2018-12-19 | DEFS159819 | DEFS159821 | * <br><br> FRE 402, FRE 403 <br><br> FRE 802 |
| DX385 | Email from A. DuVernay to Cindy Holland re: CP5 - 101 cut notes | 2018-12-27 | DEFS148240 | DEFS148240 | ** |
| DX386 | Untitled Central Park 5 Creative Brief | 2019-01 | DEFS147929 | DEFS147961 | * <br><br> FRE 402, FRE 403 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX387 | Email from B. Welsh to A. DuVernay re: 101 v. 2 cut notes | 2019-01-15 | DEFS159921 | DEFS159922 | *<br><br>FRE 106 – page is cut off on right side |
| DX388 | Email from B. Welsh to A. Engel re: 101 & 102 thoughts | 2019-01-28 | DEFS169166 | DEFS169171 | *<br><br>FRE 402 |
| DX389 | Email chain re: When They See Us - date announce asset | 2019-02-15 | DEFS148860 | DEFS148863 | ** |
| DX390 | Email chain re Fwd: Untitled Central Park Five - Timely PR Items | 2019-02-16 | DEFS158202 | DEFS158207 | *<br><br>FRE 402, FRE 403 |
| DX391 | Email chain re CP5 - date announcement update | 2019-02-18 | DEFS158753 | DEFS158754 | *<br><br>FRE 402, FRE 403,<br><br>FRE 802 |
| DX392 | Email chain re: When They See Us - date/title announce | 2019-02-19 | DEFS157174 | DEFS157174 | ** |
| DX393 | Episode 4, Cut 1 | 2019-02-22 | DEFS178138 | DEFS178138 | * |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX394 | 104 Cutv.1 - Netflix Notes 2.25.19 | 2019-02-25 | DEFS145040 | DEFS145042 | ** |
| DX395 | When They See Us Communication Plan | Undated | DEFS169113 | DEFS169117 | ** |
| DX396 | When They See Us Twitter page | Undated | LF00051446 | LF00051446 | ** |
| DX397 | Draft Date Announce Press Release | Undated | DEFS144858 | DEFS144860 | ** |
| DX398 | Draft Felicity Huffman/When They See Us Communication Plan | Undated | DEFS145245 | DEFS145246 | *<br><br>FRE 402 |
| DX399 | Teaser *When They See Us* Date Announce | 2019-03-01 | | | ** |
| DX400 | When They See Us Guidance | 2019-04-10 | DEFS075772 | DEFS075773 | * |
| DX401 | When They See Us Social Campaign | 2019-04-16 | DEFS154905 | DEFS154927 | ** |
| DX402 | *When They See Us* Trailer | 2019-04-19 | | | * |
| DX403 | Screenshot of When They See Us Landing Page | 2019-05-17 | DEFS168988 | DEFS168988 | * |
| DX404 | Email from Tenicka Boyd to Marleisse Stephens, Rashid Shabazz re:  When They Se Us:  Fairstein Demonstration Tomorrow | 2019-06-05 | DEFS153640 | DEFS153642 | ** |
| DX405 | Email from Tenicka Boyd to Marleisse Stephens re:  When They See Us/Social Launch Repot & Next Steps | 2019-06-11 | DEFS146916 | DEFS146922 | ** |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX406 | http://whentheyseeus.winningjustice.org/ | | | | FRE 402, FRE 403 |
| DX407 | Article entitled "Ava DuVernay shuts down Trump's Central Park Five comments: 'There's no truth to it'" | 2019-06-18 | LF00051016 | LF00051022 | * |
| DX408 | Email chain between Attica Locke and Geoffrey Feldman | 2019-07-02 | DEFS176161 | DEFS176162 | * |
| DX409 | Gay Jervey, *Prosecutor on the Sex Crimes Beat*, The American Lawyer | 1986-05-01 | LF00000702 | LF00000712 | * FRE 402, FRE 802 |
| DX410 | Eric Reynolds' Steno Pad | Undated | NYCLD_057937 | NYCLD_057938 | * |
| DX411 | Eric Reynolds' Steno Pad | 1989-04-19 | NYCLD_057939 | NYCLD_057945 | * |
| DX412 | Appearance Ticket | 1989-04-20 | NYCLD 8936 | | * |
| DX413 | Appearance Ticket | 1989-04-20 | NYCLD 8937 | | * |
| DX414 | Nugent Reporter's Notebook | 1989-04-20 | NYCLD_045080 | NYCLD_045112 | ** |
| DX415 | Linda Fairstein Handwritten notes | Undated | NYCLD_039187 | NYCLD_039194 | * FRE 402 |
| DX416 | Linda Fairstein Handwritten notes | Undated | NYCLD_039195 | NYCLD_039206 | * FRE 402 |
| DX417 | Handwritten Notes | 1989-04-21 | LF00029766 | LF00029767 | ** |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX418 | Compilation of Daily News articles April 21, 2019 - May 1, 1989 | 1989-04-21 | DEFS178068 | DEFS178086 | *<br><br>FRE 802 |
| DX419 | "No Bail for Park Supsects; Judge cites their statements, severity of crimes", Newsday | 1989-04-24 | DEFS178145 | DEFS178147 | *<br><br>FRE 802 |
| DX420 | "The Jogger and the Wolf Pact," N.Y. Times | 1989-04-26 | | | *<br><br>FRE 402, FRE 802 |
| DX421 | "Park Suspect: We Debated Whether to Kill the Jogger; Defense asks that tapes not be used," Newsday | 1989-09-25 | DEFS178148 | DEFS178149 | *<br><br>FRE 402, FRE 802, |
| DX422 | Timothy Clifford, "DNA Tests No Aid in Park Case; Crucial hearing kicks off on 7 suspects' statements," Newsday | 1989-10-10 | DEFS177985 | DEFS177986 | *<br><br>FRE 402<br><br>FRE 802 |
| DX423 | Letter from FBI to E. Lederer | 1989-11-13 | NCYLD_039556 | NCYLD_039556 | *<br><br>FRE 402, FRE 802 |
| DX424 | Letter from FBI to E. Lederer | 1990-05-25 | NYCLD_039559 | NYCLD_039561 | *<br><br>FRE 402, FRE 802 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX425 | Letter from E. Lederer to M. Joseph | 1990-06-05 | NYCLD_000330 | NYCLD_000330 | * |
| DX426 | Ronald Sullivan, "Detective Says He Tricked Jogger Suspect," N.Y. Times | 1990-06-24 | | | FRE 402, FRE 802 |
| DX427 | Lizette Alvarez, "DNA prints fail to ID jogger's attackers," N.Y. Daily News | 1990-07-14 | DEFS177990 | DEFS177990 | * FRE 402, FRE 802 |
| DX428 | Semen Tested in Jogger Case Was Not That of Defendants, 7-14-90.pdf | 1990-07-14 | DEFS178061 | DEFS178062 | * FRE 402, FRE 802 |
| DX429 | Victoria Balfour, "The Jogger D.A. Elizabeth Lederer and the case that shook New York," People Magazine | 1991 | LF00000973 | LF00000977 | ** |
| DX430 | Marie Brenner, "Erotomania," Vanity Fair | 1991-09-01 | LF0001001 | LF00001016 | * FRE 402 |
| DX431 | Ron Fournier, "Clinton Names Florida Prosecutor Attorney General," Associated Press | 1993-02-11 | DEFS178059 | DEFS178060 | * FRE 402, FRE 802 |
| DX432 | Karl Vick, "Reno, Clinton Talk, but no decision made," St. Petersburg Times | 1993-02-11 | DEFS178006 | DEFS178007 | * FRE 402, FRE 802 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX433 | Opinion in the *People of the State of New York v. Yusef Salaam* Appeal, 83 N.Y.2d 51 (1993) | 1993-12-16 | | | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX434 | Linda Fairstein, "Spring is the season to be most fearful," Daily News | 1994-04-19 | DEFS177277 | DEFS177278 | *<br><br>FRE 402 |
| DX435 | Robert W. Snyder, "Virgins, Vamps and the Tabloid Mentality, A prosecutor contend that when rape makes new, the press offers titillation, not education, Interview with Linda Fairstein," Media Studies Journal | 1998 | LF00050801 | LF00050803 | *<br><br>FRE 402 |
| DX436 | Ayo Onatade, "Interview with Linda Fairstein," Mystery Women | 2002-04-01 | LF00000804 | LF00000813 | *<br><br>FRE 402 |
| DX437 | Letter from Linda Fairstein to Jim Kindler | 2002-07-15 | NYCLD_039818 | NYCLD_039819 | *<br><br>FRE 402 |
| DX438 | Letter from L. Fairstein to R. Morgenthau | 2002-09-27 | | | *<br><br>FRE 402 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX439 | Michael Gross, "Not Ready for 'Primetime'?," N.Y. Daily News | 2002-10-20 | DEFS178035 | DEFS178038 | *<br><br>FRE 802 |
| DX440 | "Key Prosecutor: No regrets in Central Park attack convictions," Associated Press | 2002-11-24 | DEFS177165 | DEFS177165 | *<br><br>FRE 802 |
| DX441 | Dave Goldiner, "'Absolutely' Guilty Prosecutor has no regrets in jogger rape convictions," Daily News | 2002-11-25 | DEFS177970 | DEFS177972 | *<br><br>FRE 802 |
| DX442 | Barbara Ross, "Ex Prosecutor Reopens Old Rift," N.Y. Daily News | 2002-12-02 | DEFS178172 | DEFS178173 | *<br><br>FRE 802 |
| DX443 | Email from E. Lederer re A final thought | 2002-12-04 | NCYLD_036650 | NCYLD_036650 | * |
| DX444 | Untitled email between L. Fairstein and E. Lederer | 2002-12-10 | EL 000314 | EL 000314 | * |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX445 | Audio file of NPR story re filing of Ryan affirmation | 2002-12 | DEFS178139 | DEFS178139 | * <br><br> FRE 802 |
| DX446 | Audio file of NPR story; transcript produced at DEFS178169 | 2002-12-06 | DEFS178140 | DEFS178140 | * <br><br> FRE 802 |
| DX447 | "New evidence in Central Park jogger rape case from 1989," NPR Morning Edition | 2002-12-06 | DEFS178169 | DEFS178170 | * <br><br> FRE 802 |
| DX448 | Susan Edelman and Andrea Peyser, "Legal Eagles' Rivalry Behind Jogger Probe," The New York Post | 2002-12-08 | DEFS178008 | DEFS178010 | * <br><br> FRE 802 |
| DX449 | Marcus Warren, "'People assume I hate men' Sex crimes prosecutor Linda Fairstein gave up the job to write novels - but there's one case that she can't let go," The Daily Telegraph (London) | 2003-01-21 | DEFS178020 | DEFS178022 | * <br><br> FRE 802 |
| DX450 | Statement of Linda Fairstein Former Prosecutor in Charge of the Sex Crimes Unit Manhattan District Attorney's Office, Statement of the Public Safety Committee of the New York City Council | 2003-01-30 | LF00002726 NYCLD_039825 | LF00002739 NYCLD_039838 | * |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX451 | Benjamin Smith, "The Practitioner," LEGAL AFFAIRS, Sept-Oct 2003.pdf | 2003-09 | DEFS177973 | DEFS177977 | * <br><br> FRE 802 |
| DX452 | Jackie Mcglone, "sex crime and the city; As a fearless prosecutor, she headed up the Central Park Jogger rape case; as a bestselling author she is the epitome of glamour.  But Linda Fairstein has many ghosts to exorcise," The Herald (Glasgow) | 2004-02-07 | DEFS178000 | DEFS178005 | * <br><br> FRE 802 |
| DX453 | Linley Boniface, "Crime and Publishing," *The Dominion Post* | 2004-04-03 | N/A | | * <br><br> FRE 802 |
| DX454 | Email from L. Fairstein re for the Boss | 2004-05-16 | NYCLD_039839 | NYCLD_039839 | * |
| DX455 | Linda Fairstein, "My Lunch With Harvey," Vanity Fair | 2007-03 | DEFS178039 | DEFS178044 | * <br><br> FRE 402, 403 |
| DX456 | XMAS KINO NEWS Talking Points | 2007-07-06 | LF00050806 | LF00050808 | * |
| DX457 | Op. and Order on Mot. to Dismiss, *McCray, et al. v. City of N.Y., et al.*, No. 1:03-cv-9685, 2007 WL 4352748 (S.D.N.Y. Dec. 11, 2007) | 2007-12-11 | | | FRE 402, FRE 403 <br><br> FRE 802 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX458 | City Defendants' Answer to Amended Complaint in *In re McCray, Richardson, Santana, Wise and Salaam Litigation* | 2008-06-04 | | | FRE 402, FRE 403<br><br>FRE 802 |
| DX459 | Letter from Linda Fairstein to Robert Morgenthau | 2010-01-04 | NYCLD_039803 | NYCLD_039805 | *<br><br>FRE 402 |
| DX460 | Email chain with L. Fairstein re one more GOOD thing | 2012-06-25 | LF00000020 | LF00000020 | *<br><br>FRE 402<br><br>FRE 802 |
| DX461 | Email chain with L. Fairstein re A request for you to consider | 2012-11-28 | LF00000032 | LF00000032 | ** |
| DX462 | Email from L. Fairstein re My dear friend - hello and | 2012-11-30 | LF00000033 | LF00000033 | *<br><br>FRE 402, FRE 403 |
| DX463 | Email from L. Fairstein to Laura Rossi re: Facebook and Twitter comments | 2012-12-10 | LF00045290 | LF00045291 | *<br><br>FRE 402 |
| DX464 | Email from L. Fairstein to E. Lederer; G. Nelson; E. Daitz re: trash talk from Twitter with attachment | 2013-01-09 | LF00050705 | LF00050707 | *<br><br>FRE 402 |
| DX465 | Email chain re Interview about Burns Documentary | 2013-03-04 | LF00039890 | LF00039892 | *<br><br>FRE 402, 403, FRE 802 |
| DX466 | Email from L. Fairstein re Burns Film | 2013-04-16 | LF00000062 | LF00000062 | * |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| | | | | | FRE 402 |
| DX467 | Testimony of Linda Fairstein *In re: McCray, Richardson, Santana, Wise and Salaam*, S.D.N.Y., Docket No. 03cv9685 | 2013-04-23 | NYCLD_038869 | NYCLD_039170 | * |
| DX468 | Testimony of Linda Fairstein *In re: McCray, Richardson, Santana, Wise and Salaam*, S.D.N.Y., Docket No. 03cv9685 | 2013-04-24 | NYCLD_039211 | NYCLD_039515 | * |
| DX469 | Email from Stephen Snowder to E. Lederer requesting comment re: petition to have her fired | 2013-04-25 | LEDERER00171 | LEDERER00172 | FRE 802 |
| DX470 | Testimony of Linda Fairstein *In re: McCray, Richardson, Santana, Wise and Salaam*, S.D.N.Y., Docket No. 03cv9685 | 2013-05-01 | NYCLD_039562 | NYCLD_039790 | * |
| DX471 | Email from L. Fairstein re: attorney team from Facebook | 2013-12-02 | LF00000067 | LF00000068 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX472 | Email from L. Fairstein to re: Twitter stuff for your team to keep on file - removed and blocked all | 2013-12-17 | LF00000069 | LF00000070 | *<br><br>FRE 402 |
| DX473 | Email chain fom L. Fairstein re Hoping to talk | 2014-05-07 | LF00045307 | LF00045308 | *<br><br>FRE 802 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX474 | Email from L. Fairstein re just another short FYI | 2014-06-24 | LF00000075 | LF00000075 | *<br><br>FRE 402 |
| DX475 | Email chain with L. Fairstein re: Nice piece!!! | 2014-11-09 | LF00000154 | LF00000155 | *<br><br>FRE 402, FRE 802 |
| DX476 | Email chain with L. Fairstein re One more piece of show biz news | 2015-09-21 | LF00000598 | LF00000599 | *<br><br>FRE 402, FRE 403, FRE 802 |
| DX477 | Email chain with L. Fairstein re Good morning | 2015-09-21 | LF00000600 | LF00000600 | *<br><br>FRE 402, FRE 403, FRE 802 |
| DX478 | 2005 Profile in Mystery Scene, "Novelist for the Prosecution" | 2015-11-04 | LF00000694 | LF00000698 | * |
| DX479 | Email from E. Lederer re Hi, and Happy Thanksgiving | 2015-11-25 | LEDERER00300 | LEDERER00300 | *<br><br>FRE 802<br><br>FRE 402, 403 |
| DX480 | Email chain with E. Lederer re Damien and more | 2015-12-10 | LEDERER00301 | LEDERER00302 | *<br><br>FRE 802<br><br>FRE 402, 403 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX481 | Email from L. Fairstein to L. Rossi re by the way | 2016-01-22 | LF00035669 | LF00035669 | * |
| DX482 | Email chain re Sorry sorry sorry to disappoint you | 2016-01-22 | DA_000428 | DA_000428 | * |
| DX483 | Email from L. Fairstein to L Rossi re: Facebook | 2016-04-07 | LF00030212 | LF00030213 | * |
| DX484 | Correspondence with Jane Rosenthal | 2016-05-06 | DEFS064861 | DEFS64868 | ** |
| DX485 | Email chain from Linda Fairstein to Trisha Meili, cc: Elizabeth Lederer re Trisha Meili Contact Form | 2016-05-11 | LF00035671 | LF00035671 | * |
| DX486 | Email chain from Linda Fairstein to Jane Rosenthal, cc; Berry Welsh and Nellie Norden re Your email to me | 2016-05-12 | LF00035675 | LF00035675 | ** |
| DX487 | Email from E. Lederer to L. Fairstein re: project | 2016-05-15 | LEDERER00716 | LEDERER00717 | * <br><br> FRE 402, 403 <br><br> FRE 802 |
| DX488 | Email chain from Linda Fairstein to Trisha Meili re Checking In | 2016-05-17 | LF00030216 | LF00030218 | * <br><br> FRE 402 |
| DX489 | Email chain from Linda Fairstein to Jane Rosenthal, cc; Elizabeth Lederer, Ava DuVernay and Berry Welsh re Fm Jane Rosenthal | 2016-06-07 | LF00038346 | LF00038348 | ** |

71

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX490 | Letter to Jane Rosenthal, Ava DuVernay and Tribeca Film from Skadden Arps | 2016-06-09 | DEFS061790 | DEFS061797 | ** |
| DX491 | Email from E. Lederer to L. Fairstein re Eric Reynolds | 2016-07-24 | LEDERER00738 | LEDERER00738 | FRE 402<br><br>FRE 802 |
| DX492 | Letter from Jonathan Segal to Robert Zimet | 2016-07-25 | | | ** |
| DX493 | Letter from Robert Zimet to Jonathan Segal | 2016-07-28 | | | ** |
| DX494 | Email chain from Linda Fairstein to John Leland re Reachout from New York Times reporter | 2016-11-21 | LF00035719 | LF00035723 | ** |
| DX495 | Email chain re: Reachout from New York Times reporter | 2016-11-21 | DA0000063 | DA0000063 | ** |
| DX496 | Email from Linda Fairstein to Robert Friedman and Mike Powers re SVU Conifidential [sic] EDITED with attachment | 2017-03-12 | LF00001830 | LF00001837 | ** |
| DX497 | Email from L. Fairstein to E. Reynolds re: Ken Burns reviews of jazz | 2017-05-26 | LF00030251 | LF00030254 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX498 | Email chain from Linda Fairstein to Tim Clements and Elizabeth Lederer re Central park Five Limited Series From Ava DuVernay Greenlit at Netflix, Variety | 2017-07-07 | LF00035741 | LF00035741 | *<br><br>FRE 402 |
| DX499 | Letter from Robert Zimet (Skadden, Arps) to David Hyman (General Counsel, Netflix) re Netflix' planned collaboration with Ava DuVernay, Tribeca Films and Jane Rosenthal and enclosing letter of 6/9/2016 | 2017-07-11 | LF00038579 | LF00038637 | ** |
| DX500 | Video of CBS News, Lesley Stahl interview | 2017-07-16 | DEFS178197 | DEFS178197 | ** |
| DX501 | Email chain between L. Fairstein and L. Rossi re A Note from Nelson DeMille | 2017-07-18 | LF00001986 | LF00001989 | ** |
| DX502 | Email chain between L. Fairstein and E. Lederer re scrambling to get stuff done | 2017-07-29 | LF00039907 | LF00039908 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX503 | Email chain with L. Fairstein re: Interview | 2017-08-22 | LF00050716 | LF00050717 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX504 | Email chain with L. Fairstein re: "I haven't even" | 2017-08-24 | LF00002068 | LF00002068 | *<br><br>FRE 402, FRE 403, FRE 802 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX505 | Email chain with L. Fairstein re: My apologies . . . | 2017-08-27 | LF00050583 | LF00050583 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX506 | Email chain with L. Fairstein re: "BTW…" | 2017-08-29 | LF00002090 | LF00002090 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX507 | Email chain between L. Fairstein, E. Lederer and E. Reynolds re Dr. Charles Hirsch | 2017-08-30 | LF00050585 | LF00050585 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX508 | L. Fairstein text with B. G. | 2017-09-11 | LF00041523 | LF00041523 | *<br><br>FRE 402, FRE 403,<br><br>FRE 802 |
| DX509 | L. Fairstein text with B. G. | 2017-09-12 | LF00041525 | LF00041525 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX510 | Email from B. G. to L. Fairstein re response from Weinstein Company | 2017-09-29 | LF00041527 | LF00041527 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX511 | Megan Twohey et al., "For Weinstein, A Brush With the Police, Then No Charges," N.Y. Times (Oct. 15, 2017) | 2017-10-15 | DEFS177775 | DEFS177780 | FRE 402, FRE 403<br><br>FRE 802 |
| DX512 | Bruce Golding, "Linda Fairstein vouched for Weinstein's lawyer in model-grope case: report," N.Y. Post (Oct. 15, 2017) | 2017-10-15 | DEFS177781 | DEFS177790 | FRE 402, FRE 403<br><br>FRE 802 |
| DX513 | Terry Gross, "'Times' Reporters Describe How A Paper Trail Helped Break The Weinstein Story," NPR (Nov. 15, 2017) | 2017-11-15 | DEFS177791 | DEFS177798 | FRE 402, FRE 403<br><br>FRE 802 |
| DX514 | Jenna Moratta, "'The King's Speech' and 'The Artist' Best Picture Oscars Currently Missing From the Weinstein Company's Offices — Report," IndieWire (Jan. 18, 2018) | 2018-01-18 | DEFS177799 | DEFS177804 | FRE 402, FRE 403<br><br>FRE 802 |
| DX515 | David K. Li, "NYPD reportedly hid Weinstein accuser from his cronies at the Manhattan DA," Pagesix.com (March 17, 2018) | 2018-03-17 | DEFS177805 | DEFS177807 | FRE 402, FRE 403<br><br>FRE 802 |
| DX516 | Kathy Dobie, "To Catch a Predator," NY Magazine (March 19, 2018) | 2018-03-19 | DEFS177808 | DEFS177824 | FRE 402, FRE 403<br><br>FRE 802 |
| DX517 | Email from L. Fairstein to T. Clements re: Daily News and CPJ website | 2018-04-29 | ALC Confidential 0161 | ALC Confidential 0183 | * |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX518 | Email chain from L. Fairstein to E. Lederer re Opinion, 'I Want to Hate…' The New York Times | 2018-06-15 | LF00002377 | LF00002380 | * <br><br> FRE 402, FRE 403, FRE 802 |
| DX519 | Email chain from L. Fairstein to E. Lederer re fuck them all | 2018-06-27 | LF00039915 | LF00039915 | * |
| DX520 | Email chain from L. Fairstein re Central Park 5 again | 2018-06-27 | LF00045427 | LF00045428 | * <br><br> FRE 402, FRE 403 <br><br> FRE 802 |
| DX521 | Graham Rayman "Central Park Five prosecutor breaks silence, says it was mistake to vacate convictions and pay off accused teens," NY Daily News | 2018-07-19 | | | FRE 802 |
| DX522 | Email from L. Fairstein to L. Rossi re: NY Daily News article "Lead police officer on the Central Park 5 case looks back on savage crime that rocked the city | 2018-07-19 | LF00002422 | LF00002427 | * <br><br> FRE 402, FRE 403 <br><br> FRE 802 |
| DX523 | Email chain between L. Fairstein, E. Lederer and E. Reynolds re Eric . . . this is FABULOUS | 2018-07-19 | LF00002416 | LF00002416 | * <br><br> FRE 402, FRE 403 |
| DX524 | Email from L. Fairstein to T. Clements re: 7/19/18 Daily News Article | 2018-07-20 | LF00002439 | LF00002439 | * <br><br> FRE 402, FRE 403 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX525 | Email chain with L. Fairstein re Thank you for the chance to talk briefly | 2018-07-21 | LF00041129 | LF00041131 | * |
| DX526 | Email from L. Fairstein to E. Lederer re: Central Park 5 documents | 2018-07-23 | LF00035797 | LF00035799 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX527 | Email from L. Fairstein to L. Rossi re: negative comments on FB, Twitter and Instagram | 2018-07-25 | LF00002460 | LF00002461 | *<br><br>FRE 802 |
| DX528 | Email from Linda Fairstein to Elizabeth Lederer re Take your allies where and attaching, *Central Park Rapists: Trump Was Right* | 2018-07-26 | LF00002464 | LF00002467 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX529 | Email chain from Linda Fairstein to Elizabeth Lederer re Idea…? | 2018-07-30 | LF00002470 | LF00002471 | *<br><br>FRE 402<br><br>FRE 802 |
| DX530 | Email chain with L. Fairstein to E. Lederer re Coulter.  The Central Park Jogger Case | 2018-07-30 | LF00030322 | LF00030323 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX531 | Linda Fairstein, "In Defense of The Central Park 5 Prosecution," New York Law Journal | 2018-07-31 | DEFS177163 | DEFS177164 | ** |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX532 | Email from E. Lederer to "tbrennenasst" re: Prosecutor in the CPJ prosecution | 2018-08-16 | LEDERER01208 | LEDERER01208 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX533 | Email chain with E. Lederer and L. Fairstein re: also | 2018-08-27 | LEDERER01218 | LEDERER01219 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX534 | Email chain between E. Lederer and L. Fairstein re also | 2018-08-27 | LEDERER01220 | LEDERER01221 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX535 | Letter from Linda Fairstein to Felicity Huffman | 2018-09-06 | LF00040727 | LF00040732 | ** |
| DX536 | Email chain re Thanks so much - Letter attached! | 2018-09-11 | LEDERER01225 | LEDERER01227 | *<br><br>FRE 402, FRE 802 |
| DX537 | Email chain with L. Fairstein re: Inquiry from ABC news - Central Park Jogger case | 2018-10-19 | LF00035801 | LF00035803 | *<br><br>FRE 402, 403<br><br>FRE 802 |
| DX538 | Email chain with L. Fairstein re Just catching up | 2018-11-06 | LF00035805 | LF00035806 | *<br><br>FRE 402 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| | | | | | FRE 802 |
| DX539 | Attica Locke tweets re Mystery Writers of America | 2018-11-27 | LF00046408 | LF00046408 | ** |
| DX540 | Instagram Posts between L. Fairstein and A. Locke | 2018-11-27 | LF00045937 | LF00045937 | ** |
| DX541 | Email chain between L. Rossi and L. Fairstein re I can speak now or later tonight | 2018-11-27 | LF00030357 | LF00030357 | * |
| DX542 | Email from L. Fairstein re I am simply torn apart | 2018-11-27 | LF00041145 | LF00041145 | ** |
| DX543 | Email chain with L. Fairstein re twitter comments | 2018-11-28 | LF00035861 | LF00035861 | * <br><br> FRE 402, FRE 403 <br><br> FRE 802 |
| DX544 | Email chain between L. Fairstein and E. Lederer re Call me when you can | 2018-11-28 | LEDERER01248 | LEDERER01248 | * <br><br> FRE 402, FRE 403 <br><br> FRE 802 |
| DX545 | Email chain with L. Fairstein re Edgar | 2018-11-29 | LF00048001 | LF00048001 | * <br><br> FRE 402, FRE 403 <br><br> FRE 802 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX546 | Email from Linda Fairstein to Laura Rossi and Jane Hitchcock re As Mike says…Grandmaster for a day! | 2018-11-29 | LF00049671 | LF00049671 | *<br><br>FRE 402, FRE 403 |
| DX547 | Email from Margery Flax to Donna Andrews re: Contact from the website | 2018-11-30 | Mystery000925 | Mystery000925 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX548 | Email from L. Fairstein forwarding email re Linda Fairstein | 2018-12-03 | LF00035883 | LF00035884 | ** |
| DX549 | Email chain with E. Lederer and L. Fairstein re: "I've left Elizabeth off this one" | 2018-12-10 | LEDERER01274 | LEDERER01275 | *<br><br>FRE 403<br><br>FRE 802 |
| DX550 | Email chain re This just in - I am overwhelmed - please keep just among us for the time being | 2018-12-17 | LF00047806 | LF00047809 | *<br><br>FRE 802 |
| DX551 | Attica Locke Tweets | 2018-12-18 | LF00046339 | LF00046339 | ** |
| DX552 | Rebecca Rosenberg, "Harvey Weinstein's criminal defense lawyer, Benjamin Brafman, to withdraw from case," Fox News (Jan. 17, 2019) | 2019-01-17 | DEFS177825 | DEFS177832 | *<br><br>FRE 402 FRE 403<br><br>FRE 802 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX553 | Email chain from E. Reynolds to E. Lederer and L. Fairstein re A question for you both | 2019-02-06 | LF00041256 | LF00041256 | * <br><br> FRE 402 |
| DX554 | Email from L. Fairstein re An overdue introduction | 2019-02-07 | LF00035983 | LF00035983 | ** |
| DX555 | Email from L. Fairstein to L. Rossi re: small nudge | 2019-03-11 | LF00030395 | LF00030397 | * <br><br> FRE 402, FRE 403 <br><br> FRE 802 |
| DX556 | Email chain with L. Fairstein re One more thought . . . | 2019-03-13 | LF00036015 | LF00036015 | * <br><br> FRE 402, FRE 403 <br><br> FRE 802 |
| DX557 | Email from L. Fairstein to L. Rossi re: This is being retweeted a lot | 2019-04-22 | LF00036205 | LF00036206 | * <br><br> FRE 402, FRE 403 <br><br> FRE 802 |
| DX558 | Email chain re Update! | 2019-04-24 | LF00036209 | LF00036209 | * <br><br> FRE 402, FRE 403 |
| DX559 | Email chain between L. Rossi and K. McMillan re Edits to website | 2019-04-26 | LF00050465 | LF00050465 | * <br><br> FRE 402, FRE 403 <br><br> FRE 802 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX560 | Printout of www.centralpark5joggerattackers.com | | N/A | | *<br><br>FRE 402, FRE 403 |
| DX561 | Email chain re 3 updates | 2019-04-30 | LF00036215 | LF00036216 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX562 | Email from L. Fairstein to L. Fairstein re: CBS Sunday Morning | 2019-05-12 | LF00036233 | LF00036234 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX563 | Email from L. Fairstein to L. Rossi Totten re: Tonight: NBC Nightly News - Lester Holt interview about Netflix series, May 13. | 2019-05-13 | LF00036243 | LF00036244 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX564 | Email from L. Fairstein to T. Clements re: Lester Holt Interview about Netflix Series | 2019-05-13 | LF00036256 | LF00036259 | *<br><br>FRE 402, FRE 403 |
| DX565 | Email from L. Fairstein re: LOOPING IN LINDA - Twitter account is gone - suspended | 2019-05-14 | LF00036290 | LF00036291 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX566 | Email chain between L. Fairstein and L. Rossi Re Other comments and blocked names - Twitter | 2019-05-14 | LF00036279 | LF00036281 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX567 | Email chain re Draft Letter to Editor | 2019-05-20 | LEDERER01437 | LEDERER01440 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX568 | Email chain re Promoting the website | 2019-05-20 | LEDERER01385 | LEDERER01387 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX569 | Email from E. Lederer re: Draft Letter to Editor | 2019-05-30 | LF00041269 | LF00041272 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX570 | Email chain re: NPR Inquiry for Linda Fairstein | 2019-05-30 | LF00036348 | LF00036350 | * |
| DX571 | Email chain from Linda Fairstein to Richard Plansky re Central Park Five - Safe Horizon Blog Post | 2019-05-31 | LF00036395 | LF00036398 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX572 | Social Media Twitter May 31 2019 | 2019-05-31 | LF00038059 | LF00038060 | * |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX573 | Twitter Document #2 | | LF00038120 | LF00038141 | * |
| DX574 | Twitter Memo #3 Linda Fairstein Account | | LF00038081 | LF00038119 | * |
| DX575 | Email chain from L. Fairstein re As you may have seen | 2019-06-04 | LF00040176 | LF00040176 | * |
| DX576 | Email chain with L. Fairstein re Press Inquiry from Glamour | 2019-06-04 | LF00036500 | LF00036501 | * <br><br> FRE 402, FRE 403 <br><br> FRE 802 |
| DX577 | Email chain from L. Fairstein re Trying to help | 2019-06-05 | LF00036528 | LF00036529 | * |
| DX578 | Email chain with L. Fairstein re God's Love Board Update | 2019-06-05 | LF00041321 | LF00041322 | * |
| DX579 | Letter from Christine Ball (Dutton) to Linda Fairstein terminating 2019 Agreement | 2019-06-07 | LF00040932 | LF00040933 | ** |
| DX580 | Email chain re Agreement | 2019-06-07 | LF00040928 | LF00040930 | * <br><br> FRE 402 |
| DX581 | Email chain between L. Rossi and L. Fairstein re Dear dear Laura . . . | 2019-06-07 | LF00040888 | LF00040888 | ** |
| DX582 | Color of Change Petition | 2019-06-07 | LF00038477 | LF00038480 | * |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX583 | Email from L. Fairstein re I am so sorry to have | 2019-06-09 | LF00036581 | LF00036581 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX584 | Letter from L. Fairstein re Op-Ed | 2019-06-09 | LF00040197 | LF00040197 | *<br><br>FRE 106<br><br>This appears to be one attachment to an email located at LF00040189-40197 |
| DX585 | Linda Fairstein, "Netflix's False Story of the Central Park Five," Wall Street Journal | 2019-06-10 | DEFS177264 | DEFS177267 | ** |
| DX586 | Email re This is the longer version of what I cropped for OpEd | 2019-06-11 | LF00036745 | LF00036750 | * |
| DX587 | Email chain between L. Fairstein and L. Rossi re Article | 2019-06-12 | LF00040395 | LF00040395 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX588 | Email chain between L. Fairstein and E. Reynolds Re: Dramatic License: Is Fairstein Fair Game Simply Justice | 2019-06-12 | LF00036759 | LF00036759 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX589 | Email chain from L. Fairstein re Smerconish show | 2019-06-15 | LF00045612 | LF00045613 | * |
| DX590 | Eric Reynolds interview with Michael Smerconish | 2019-06-15 | LF00050690 | LF00050690 | * |
| DX591 | Email from L. Fairstein to E. Reynolds re: smerconish | 2019-06-17 | LF00036839 | LF00036845 | * |
| DX592 | Email chain with L. Fairstein re Hi from Law&Crime | 2019-06-19 | LF00040235 | LF00040237 | * <br><br> FRE 402, FRE 403 <br><br> FRE 802 |
| DX593 | Email from L. Fairstein to L. Rossi re: "Tweets-numbers are very very low!!!" | 2019-06-20 | LF00040397 | LF00040397 | * |
| DX594 | Email chain between L. Fairstein and L. Rossi re Good morning from the Vineyard | 2019-06-24 | LF00047701 | LF00047701 | * <br><br> FRE 402, FRE 403 |
| DX595 | Email chain between L. Fairstein and L. Rossi re Kindle | 2019-07-09 | LF00040436 | LF00040436 | * <br><br> FRE 402, FRE 403 |
| DX596 | Email from E. Lederer to L. Fairstein re will you please skim this for comments? I did it today? | 2019-07-14 | LF00040514 | LF00040514 | * <br><br> FRE 402, FRE 403 <br><br> FRE 802 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX597 | Email from L. Rossi to L. Fairstein re: CP5 website stats | 2019-07-18 | LF00040632 | LF00040633 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX598 | Email from L. Fairstein to E. Reynolds re: Tamron Hall CPJ Interview | 2019-07-18 | LF00036947 | LF00036949 | * |
| DX599 | Email chain between L. Fairstein and E. Lederer re Ava did a very good job in her pitch to me and | 2019-07-19 | LF00040267 | LF00040267 | * |
| DX600 | Email from Fairstein to Lederer re: ADV conversation | 2019-08-07 | LF00040297 | LF00040298 | * |
| DX601 | Email chain from L. Fairstein to L. Rossi re Finding a lot online and stumbled on this | 2019-08-29 | LF00040396 | LF00040396 | *<br><br>FRE 402, FRE 403 |
| DX602 | Email chain re Our dinner with a Rosenwald! | 2019-09-09 | LF00030473 | LF00030474 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX603 | Megan Garber, "The Plan to Make Harvey Weinstein a Hero," The Atlantic (Sept. 9, 2019) | 2019-09-09 | DEFS177848 | DEFS177853 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX604 | Gene Maddaus, "How 13 Weinstein Scandal Figures Come Out in Jodi Kantor and Megan Twohey's New Book 'She Said,'" Variety (Sept. 10, 2019) | 2019-09-10 | DEFS177854 | DEFS177866 | * <br><br> FRE 402, FRE 403 <br><br> FRE 802 |
| DX605 | Rose Minutaglio "New York Times Reporters Jodi Kantor And Megan Twohey On Harvey Weinstein, #MeToo And Lisa Bloom," Elle (Sept. 10, 2019) | 2019-09-10 | DEFS177867 | DEFS177883 | * <br><br> FRE 402, FRE 403 <br><br> FRE 802 |
| DX606 | Adrienne Westenfeld, "Jodi Kantor and Megan Twohey Outline the Crucial Details That Broke Open Their Explosive Weinstein Investigation," Esquire (Sept. 11, 2019) | 2019-09-11 | DEFS177884 | DEFS177898 | * <br><br> FRE 402, FRE 403 <br><br> FRE 802 |
| DX607 | Adrian Horton, "She Said: an inside look at the story that brought down Harvey Weinstein," The Guardian (Sept. 11, 2019) | 2019-09-11 | DEFS177899 | DEFS177906 | * <br><br> FRE 402, FRE 403 <br><br> FRE 802 |
| DX608 | Email chain from L. Fairstein to E. Lederer re So this is weird - I had in my head | 2019-11-18 | LF00036994 | LF00036994 | * |
| DX609 | Suzy Evans, "Jodi Kantor and Megan Twohey Detail How Weinstein Investigation Led to 'She Said,'" The Hollywood Reporter (Sept. 26, 2019) | 2019-11-26 | DEFS177910 | DEFS177923 | * <br><br> FRE 402, FRE 403 <br><br> FRE 802 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX610 | Irin Carmon, "100 Women vs. Harvey Weinstein," The Cut (Jan. 6, 2020) | 2020-01-06 | DEFS177924 | DEFS177933 | * <br><br> FRE 402, FRE 403 <br><br> FRE 802 |
| DX611 | Shan Wu, "Why White-Collar Sex Creeps Keep Getting VIP Treatment From Manhattan Prosecutors," The Daily Beast | 2020-01-18 | DEFS177934 | DEFS177936 | * <br><br> FRE 402, FRE 403 <br><br> FRE 802 |
| DX612 | Email chain from L. Fairstein re And then there is this | 2020-03-22 | LF00040355 | LF00040357 | * <br><br> FRE 802 |
| DX613 | Rachel Sharp, "Central Park five prosecutor Linda Fairstein is intervening in criminal cases on behalf of her Martha's Vineyard friends and offering her former DA office colleagues positive press coverage, emails reveal," Daily Mail | 2021-05-06 | DEFS177937 | DEFS177948 | * <br><br> FRE 402, FRE 403 <br><br> FRE 802 |
| DX614 | Molly Redden, "Emails Show Famed Prosecutor Linda Fairstein Intervening In Criminal Cases For NYC's Elite," Huffington Post | 2021-05-06 | DEFS177949 | DEFS177969 | * <br><br> FRE 402, FRE 403 <br><br> FRE 802 |
| DX615 | Constance Grady, "Who deserves a book deal?," Vox | 2021-05-17 | LF00051162 | LF00051171 | * <br><br> FRE 402, FRE 403 <br><br> FRE 802 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX616 | Email to L. Fairstein re Our Letter to the MWA | 2021-09-21 | LF00005968 | LF00005971 | ** |
| DX617 | Plaintiff's Objections and Responses to Defendant Netflix's Amended First Set of Interrogatories | 2021-12-14 | N/A | | * |
| DX618 | Plaintiff's Amended Responses and Objections to Interrogatory No. 2 | 2022-02-25 | | | * |
| DX619 | Plaintiff's Responses and Objections to Netflix's Second Set of Interrogatories | 2022-06-13 | | | * |
| DX620 | Plaintiff's Amended Responses and Objections to Interrogatory No. 13 | 2022-06-29 | | | * |
| DX621 | Plaintiff Linda Fairstein's Response to Defendants' Statement of Undisputed Material Facts | 2022-11-30 | | | *<br><br>FRE 403, FRE 802 |
| DX622 | Sexual Violence: Our War Against Rape | | DEFS178098 | | *<br><br>FRE 402 |
| DX623 | Final Jeopardy | | DEFS178099 | | *<br><br>FRE 402 |
| DX624 | Likely To Die | | DEFS178100 | | *<br><br>FRE 402 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX625 | Cold Hit | | DEFS178101 | | *<br><br>FRE 402 |
| DX626 | The Dead-House | | DEFS178102 | | *<br><br>FRE 402 |
| DX627 | The Bone Vault | | DEFS178103 | | *<br><br>FRE 402 |
| DX628 | The Kills | | DEFS178104 | | *<br><br>FRE 402 |
| DX629 | Entombed | | DEFS178105 | | *<br><br>FRE 402 |
| DX630 | Death Dance | | DEFS178106 | | *<br><br>FRE 402 |
| DX631 | Bad Blood | | DEFS178107 | | *<br><br>FRE 402 |
| DX632 | Killer Heat | | DEFS178108 | | *<br><br>FRE 402 |
| DX633 | Lethal Legacy | | DEFS178109 | | *<br><br>FRE 402 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| | | | | | |
| DX634 | Hell Gate | | DEFS178110 | | *<br><br>FRE 402 |
| DX635 | Silent Mercy | | DEFS178111 | | *<br><br>FRE 402 |
| DX636 | Night Watch | | DEFS178112 | | *<br><br>FRE 402 |
| DX637 | Death Angel | | DEFS178113 | | *<br><br>FRE 402 |
| DX638 | Terminal City | | DEFS178114 | | *<br><br>FRE 402 |
| DX639 | Devil's Bridge | | DEFS178115 | | *<br><br>FRE 402 |
| DX640 | Surfing the Panther (co-authored) | | DEFS178116 | | *<br><br>FRE 402 |
| DX641 | Killer Look | | DEFS178117 | | *<br><br>FRE 402 |
| DX642 | Deadfall | | DEFS178118 | | * |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| | | | | | FRE 402 |
| DX643 | Blood Oath | | DEFS178119 | | *<br><br>FRE 402 |
| DX644 | Into the Lion's Den | | DEFS178120 | | *<br><br>FRE 402 |
| DX645 | Digging for Trouble | | DEFS178121 | | *<br><br>FRE 402 |
| DX646 | Secrets from the Deep | | DEFS178122 | | *<br><br>FRE 402 |
| DX647 | From the Files of Linda Fairstein—Killer Charm: The Double Lives of Psychopaths | | DEFS178123 | | *<br><br>FRE 402 |
| DX648 | From the Files of Linda Fairstein—How Serial Rapists Target Their Victims | | DEFS178124 | | *<br><br>FRE 402 |
| DX649 | From the Files of Linda Fairstein—The Rape Scandal That Puts You At Risk | | DEFS178125 | | *<br><br>FRE 402 |
| DX650 | From the Files of Linda Fairstein—The Five Most Dangerous Places for Women | | DEFS178126 | | *<br><br>FRE 402 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX651 | From the Files of Linda Fairstein—The Most Surprising Crime Zone: Your Own Home | | DEFS178127 | | *<br><br>FRE 402 |
| DX652 | From the Files of Linda Fairstein—Why Some Women Lie About Rape | | DEFS178128 | | *<br><br>FRE 402 |
| DX653 | From the Files of Linda Fairstein—Killer Charm: And Other True Cases | | DEFS178129 | | *<br><br>FRE 402 |
| DX654 | Ava DuVernay Twitter Profile (1 of 2) | | LF00056295 | LF00058269 | * |
| DX655 | Ava DuVernay Twitter Profile (2 of 2) | | LF00058270 | LF00060244 | * |
| DX656 | Ava DuVernay Twitter Posts | 2022-03 | LF00055005 | LF00055164 | * |
| DX657 | Attica Locke Instagram Posts | 2022-03 | LF00064190 | LF00064196 | * |
| DX658 | Attica Locke Twitter Profile (1 of 2) | | LF00064614 | LF00066469 | * |
| DX659 | Attica Locke Twitter Profile (1 of 2) | | LF00066470 | LF00068325 | * |
| DX660 | Attica Locke Twitter Posts | 2022-03 | LF00069123 | LF00069185 | * |
| DX661 | When They See Us Twitter Posts | | LF00051669 | LF00053934 | * |
| DX662 | Email chain with C. Ball re FW: Central Park | 2013-03-12 | PRH000399 | PRH000400 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX663 | Fairstein's historical sales | 2019 | PRH000061 | PRH000061 | * |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX664 | Email chain re Fwd: We might need to take down my Instagram account, too | 2019-06-02 | PRH000101 | PRH000102 | ** |
| DX665 | Email chain to C. Ball re Linda Fairstein - calls for boycott and Netflix reaction | 2019-06-03 | PRH000109 | PRH000112 | ** |
| DX666 | Email chain to C. Ball re Fairstein Statement | 2019-06-03 | PRH000113 | PRH000114 | ** |
| DX667 | Email chain re URGENT for CNN | 2019-06-04 | PRH000127 | PRH000129 | ** |
| DX668 | Email chain re Linda Fairstein update/end of day | 2019-06-04 | PRH000135 | PRH000137 | ** |
| DX669 | Email chain from C. Ball re Linda Fairstein/potential customer service complaints | 2019-06-06 | PRH000169 | PRH000173 | ** |
| DX670 | Email chain to E. Newberg re 9:00 | 2019-06-06 | PRH000178 | PRH000179 | * |
| DX671 | Email chain re Linda Fairstein | 2019-06-07 | PRH000187 | PRH000187 | * |
| DX672 | Email from C. Ball to E. Newberg re Agreement | 2019-06-07 | PRH000198 | PRH000200 | ** |
| DX673 | Email chain re Linda Fairstein | 2019-06-26 | PRH000220 | PRH000220 | ** |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX674 | Email to info@glwd.org re Linda Fairstein | 2019-06-04 | GLWD 0256 | GLWD 0256 | *<br><br>FRE 802 |
| DX675 | Email FWD re Direct Message on Twitter | 2019-06-04 | GLWD 0346 | GLWD 0347 | *<br><br>FRE 802 |
| DX676 | Email from L. Fairstein re will this work? xx (with attachment) | 2019-06-04 | GLWD 0365 | GLWD 0366 | ** |
| DX677 | Email chain with L. Fairstein re will this work? xx | 2019-06-04 | GLWD 0994 | GLWD 0995 | ** |
| DX678 | Email chain with L. Fairstein re did you also resign from | 2019-06-04 | LF00036514 | LF00036515 | *<br><br>FRE 402 |
| DX679 | Email chain with L. Fairstein re FOX 5 NEWS REPORTER | 2019-06-04 | LF00041319 | LF00041320 | * |
| DX680 | Vassar email with attachment re New tweet | 2019-06-02 | VC00000061 | VC00000062 | FRE 802 |
| DX681 | Vassar email chain re An Issue | 2019-06-03 | VC00000094 | VC00000096 | * |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX682 | Vassar email chain re I hope the truth is | 2019-06-03 | VC00000164 | VC00000165 | * |
| DX683 | Vassar email chain re Linda Fairstein - Board of Trustees | 2019-06-03 | VC00000208 | VC00000208 | *  FRE 802 |
| DX684 | Vassar email chain re 800 number complaints | 2019-06-03 | VC00000219 | VC00000219 | *  FRE 802 |
| DX685 | Vassar email chain re Linda Fairstein must step down | 2019-06-03 | VC00000263 | VC00000264 | *  FRE 802  FRE 403 |
| DX686 | Email from E. Bradley re Statement to the Community | 2019-06-04 | VC00000401 | VC00000401 | * |
| DX687 | Email to Vassar Board re Announcement with attachment | 2019-06-04 | VC00000403 | VC00000405 | * |
| DX688 | Vassar email chain re Update | 2019-06-04 | VC00000480 | VC00000482 | *  FRE 802 |
| DX689 | Email from E. Bradley re This is not helping us | 2019-06-19 | VC00002973 | VC00002973 | *  FRE 802  FRE 403 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX690 | Email from E. Bradley re Here are my notes with attachment | 2019-06-28 | VC00003266 | VC00003270 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX691 | Email from E. Bradley re Linda Fairstein summary | 2019-07-10 | VC00003552 | VC00003552 | ** |
| DX692 | Email chain with L. Fairstein re I hope your summer is going well | 2019-07-17 | VC00003703 | VC00003707 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX693 | Chart of Fairstein's advances | | | | *<br><br>FRE 403, FRE 802 |
| DX694 | Email chain between L. Fairstein and E. Newberg re having our numbers person do the math to see in fact what they are losing | 2019-03-18 | LF00036024 | LF00036024 | ** |
| DX695 | Email to E. Newberg re Linda Fairstein | 2019-06-11 | ICM-00000190_01 | ICM-00000190_01 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX696 | Email from L. Fairstein to E. Newberg re my numbers are | 2017-05-19 | LF00001860 | LF00001860 | *<br><br>FRE 402, FRE 403 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX697 | Email from L. Fairstein to C. Ball and E. Newberg | 2019-06-03 | ICM-00000121_01 | ICM-00000121_01 | * <br><br> FRE 402, FRE 403 <br><br> FRE 802 |
| DX698 | Email from L. Fairstein re Request to Speak with PR Reps | 2019-05-03 | LF00036224 | LF00036226 | * |
| DX699 | Safe Horizon email chain re Linda Fairstein Edgar Award Update | 2018-12-03 | SH 000016 | SH 000019 | * <br><br> FRE 802 |
| DX700 | Safe Horizon email chain Summary of Yesterday's Conversations | 2018-12-04 | SH 000013 | SH 000015 | * |
| DX701 | Email from A. Zwang re Notes from conversation about Linda with Steve and Mike | 2018-12-05 | SH 000010 | SH 000012 | * <br><br> FRE 802 |
| DX702 | Safe Horizon email chain re More on Central Park Five - New Trailer - Next Steps with Linda? | 2019-04-22 | SH 000004 | SH 000009 | * <br><br> FRE 802 |
| DX703 | Safe Horizon email chain re Vassar Board to review Linda Fairstein | 2019-06-03 | SH 000003 | SH 000003 | * <br><br> FRE 802 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX704 | MWA email chain re Tweet by Linda Fairstein on Twitter | 2018-11-27 | Mystery000132 | Mystery000133 | * <br><br> FRE 802 |
| DX705 | Email from D. Andrews re An Update on the Fairstein situation | 2018-12-18 | Mystery000155 | Mystery000156 | * <br><br> FRE 402, FRE 403 <br><br> FRE 802 |
| DX706 | MWA email chain re On the Fairstein Issue | 2018-11-27 | Mystery000207 | Mystery000208 | * <br><br> FRE 802 |
| DX707 | MWA email chain re We have a problem | 2018-11-27 | Mystery000349 | Mystery000350 | * <br><br> FRE 802 |
| DX708 | MWA email chain re Possible courses of action | 2018-11-28 | Mystery000848 | Mystery000851 | * <br><br> FRE 802 |
| DX709 | MWA email chain re Possible courses of action | 2018-11-28 | Mystery000889 | Mystery000890 | * <br><br> FRE 802 |
| DX710 | MWA email chain re Query from Publishers Lunch: Criticism to Fairstein withdrawal | 2018-12-18 | Mystery001456 | Mystery001458 | * <br><br> FRE 802 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX711 | August 13, 2012 Publishing Agreement - Dutton | 2012-08-13 | LF00029514 | LF00029529 | ** |
| DX712 | August 26, 2015 Publishing Agreement - Dutton/Penguin | 2015-08-26 | LF00029569 | LF00029584 | ** |
| DX713 | October 30, 2017 Publishing Agreement -Dutton/Penguin | 2017-10-30 | LF00029853 | LF00029870 | ** |
| DX714 | Penguin Random House Agreement with Fairstein Enterprises, LLC for two untitled works | 2019-06-04 | LF00005575 | LF00005593 | ** |
| DX715 | June 7, 2019 letter agreement between Penguin/Dutton and L. Fairstein, Untitled Alex Cooper #22, #23 and Graveyard | 2019-06-07 | LF00005568 | LF00005569 | ** |
| DX716 | June 26, 2019 letter agreement regarding reversion of rights to L. Fairstein | 2019-06-26 | LF00005573 | LF00005574 | ** |
| DX717 | September 23, 2019 agreement between L. Fairstein and Gere Donovan Press | 2019-09-23 | LF00041894 | LF00041895 | ** |
| DX718 | Gere Tactical Royalty Report January 2019-September 2021 | | LF00029992 | LF00029992 | ** |
| DX719 | New York City Council - Council Members and Districts https://council.nyc.gov/districts/ | | | | FRE 403, FRE 403<br><br>FRE 802 |
| DX720 | New York City Council - Yusef Salaam https://council.nyc.gov/district-9/ | | | | FRE 403, FRE 403<br><br>FRE 802 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX721 | Central Park Conservatory - Gate of the Exonerated https://www.centralparknyc.org/locations/gate-of-the-exonerated | | | | FRE 402, FRE 403 FRE 802 |
| DX722 | The New York State Senate, "New 'Central Park Five' Law Requires Cops to Videotape Juvenile Interrogations" https://www.nysenate.gov/newsroom/in-the-news/2020/velmanette-montgomery/new-central-park-five-law-requires-cops-videotape-0#:~:text=NEW%20'CENTRAL%20PARK%20FIVE'%20LAW%20REQUIRES%20COPS%20TO%20VIDEOTAPE%20JUVENILE%20INTERROGATIONS,-Rose%20Adams&text=A%20new%20law%20put%20forward,Andrew%20Cuomo%20signed%20on%20Nov. | 2020-12-13 | | | FRE 402, FRE 403 FRE 802 |
| DX723 | Rose Adams, "New 'Central Park Five' Law Requires Cops to Videotape Juvenile Interrogations," Brooklyn Paper https://www.brooklynpaper.com/central-park-five-juvenile-interrogations/ | | | | FRE 402, FRE 403 FRE 802 |
| DX724 | N.R. Kleinfield, "A CRIME REVISITED: VOICES; City Reminded of Fears It Believed It Left Behind" | 2002-12-06 | DEFS004218 | DEFS004224 | * FRE 402, FRE 403 FRE 802 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX725 | Ronald Sullivan, "Defendant's Mother Ejected For Outburst at Jogger Trial," N.Y. Times | 1990-08-07 | DEFS004497 | DEFS004498 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX726 | Sean Piccoli and Michael Gold, "After Furor, Literary Group Withdraws Honor for 'Central Park Five' Prosecutor," N.Y. Times | 2018-11-28 | DEFS177132 | DEFS177133 | * |
| DX727 | Katherine Bouton, "Linda Fairstein vs. Rape," N.Y. Times | 1990-02-25 | DEFS177217 | DEFS177224 | * |
| DX728 | Emily Sachar, "Mother's Outburst at Jogger Trial: Proclaims son's innocence on final day of testimony," Newsday | 1990-08-07 | DEFS177227 | DEFS177228 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX729 | Jim Dwyer and Kevin Flynn, "New Light on Jogger's Rape Calls Evidence Into Question – Correction Appended," N.Y. Times | 2002-12-01 | DEFS177268 | DEFS177276 | *<br><br>FRE 802 |
| DX730 | Rivka Gewirtz Little, "Ash-Blond Ambition," The Village Voice | 2002-11-19 | DEFS177300 | DEFS177303 | *<br><br>FRE 802 |
| DX731 | Jane Fritsch and Katherine E. Finkelstein, "Charges Dismissed in Columbia Sexual Torture Case," N.Y. Times | 2001-11-02 | DEFS177982 | DEFS177984 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX732 | Fred Kaplan, "Another Day in Court for 1989 Case That Summed Up New Yorkers' Fears," Boston Globe | 2002-12-04 | DEFS177994 | DEFS177996 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX733 | Karen Freifeld, "Prosecutor Rebuts Police Jogger Report: Tells City Council evidence points to Reyes," Newsday | 2003-01-31 | DEFS178057 | DEFS178058 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX734 | Ronald Sullivan, "Father Defends His Son At Central Park Trial," N.Y. Times | 1990-08-03 | DEFS004469 | DEFS004470 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX735 | Barbara Ross and Robert Ingrassia, "JOY AND RAGE OVER JOGGER 5 Morgy's decision clears them of all charges," N.Y. Daily News Article | 2002-12-06 | DEFS004295 | DEFS004298 | *<br><br>FRE 402, FRE 403<br><br>FRE 802 |
| DX736 | Monica Hesse, "The slippery moral calculus of Linda Fairstein," The Washington Post | 2019-06-05 | LF00051100 | LF00051103 | * |
| DX737 | Bruce Golding, "Fairstein Smear Rap," N.Y. Post | 2010-03-26 | hyperlinked to Freinberg report | | FRE 802 |
| DX738 | Frankie Edozien, "'Cyberfiend' Rips Prosecutor Says She Wielded Poi$on Pen," N.Y Post | 2000-01-10 | hyperlinked to Freinberg report | | FRE 802 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX739 | Steve Dunleavy, "Prosecutors Should Resign in Shame," N.Y. Post | 2001-11-02 | hyperlinked to Freinberg report | | FRE 802 |
| DX740 | Stuart Jeffries, "The Rapist Hunter," The Guardian (UK) | 2004-02-27 | hyperlinked to Freinberg report | | FRE 802 |
| DX741 | Joan Didion, "New York: Sentimental Journeys," New York Review | 1991-01-17 | hyperlinked to Freinberg report | | FRE 802 |
| DX742 | "Fairstein Booed at Signing," N.Y. Post | 2011-03-13 | hyperlinked to Freinberg report | | FRE 802 |
| DX743 | David Bianculli, "'Central Park Five': Rape, Race and Blame Explored," National Public Radio | 2013-04-16 | hyperlinked to Freinberg report | | FRE 802 |
| DX744 | J.R. Jones, "The Thin Blue Lie in the Central Park Five," Chicago Reader | 2012-12-05 | hyperlinked to Freinberg report | | FRE 802 |
| DX745 | Eisa Nefertari Ulen, "The Central Park Five: Exploring Race, Rape and Redemption," Washington Post | 2013-04-16 | hyperlinked to Freinberg report | | FRE 802 |
| DX746 | Carol Memmott, "Ken Burns Brings 'Central Park Five' to Light," USA Today | 2013-04-15 | hyperlinked to Freinberg report | | FRE 802 |
| DX747 | Cole Smithey, "The Central Park Five – New York Film Festival 2012," Smart New Media | 2012-11-21 | hyperlinked to Freinberg report | | FRE 802 |
| DX748 | Steven Zeitchik, "A Voice at Last for 'Central Park Five'," Los Angeles Times | 2012-11-28 | hyperlinked to Freinberg report | | FRE 802 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX749 | Steph Cha, "Writer Linda Fairstein's Past as a Prosecutor Overseeing the Central Park Five Case Causes Award Controversy," Los Angeles Times Article | 2018-11-27 | hyperlinked to Freinberg report | | FRE 802 |
| DX750 | Lloyd Grove, "Central Park Five Prosecutor Takes Fire Over Ava DuVernay Netflix Series, Calls It 'Basket of Lies,'" Daily Beast Article | 2019-06-04 | hyperlinked to Freinberg report | | FRE 802 |
| DX751 | Helen Ray, "Read Linda Fairstein and Trisha Meili's Full Statements on the Netflix Series 'When They See Us'," Today | 2019-05-22 | hyperlinked to Freinberg report | | FRE 802 |
| DX752 | Chris Riemenschneider, "Actor Hugh Grant 'Fesses Up to Leno on 'Tonight Show'," Los Angeles Times | 1995-07-11 | hyperlinked to Freinberg report | | FRE 802 |
| DX753 | Stephanie Soteriou, "People Are Angry that the Music Industry Seemingly Hasn't Learned Anything after Beyoncé and Lizzo Were Called Out for Using the Same Ableist Slur Just Weeks Apart," BuzzFeed News | 2022-08-02 | hyperlinked to Freinberg report | | FRE 402, FRE 403

FRE 802 |
| DX754 | Ryan Young, "Offensive Tweets from Josh Allen Surface Hours Before NFL Draft," Yahoo! Sports | 2018-04-25 | hyperlinked to Freinberg report | | FRE 402, FRE 403

FRE 802 |
| DX755 | "Josh Allen Apologizes after Offensive Tweets from High School Resurface," ESPN | 2018-04-26 | hyperlinked to Freinberg report | | FRE 402, FRE 403

FRE 802 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX756 | Zlati Meyer, "Papa John's CEO, Pizza Titan John Schnatter, Steps Down," USA Today | 2017-12-21 | hyperlinked to Freinberg report | | FRE 402, FRE 403<br><br>FRE 802 |
| DX757 | Sarah Whitten and Yen Nee Lee, "Papa John's Founder John Schnatter Resigns as Chairman after Apologizing for N-Word Comment, Shares Surge," CNBC Article | 2018-07-12 | hyperlinked to Freinberg report | | FRE 402, FRE 403<br><br>FRE 802 |
| DX758 | Devin Leonard, "Papa John Is Still Obsessed With Papa John's," Bloomberg | 2021-11-03 | hyperlinked to Freinberg report | | FRE 402, FRE 403<br><br>FRE 802 |
| DX759 | Ron Blitzer, "Paper John's John Schnatter Says Company Has Lost Its Way After Abandoning 'Conservative Values,'" Fox Business | 2022-08-08 | hyperlinked to Freinberg report | | FRE 402, FRE 403<br><br>FRE 802 |
| DX760 | Ashlie D. Stevens, "Disgraced Pizza Mogul 'Papa John' Schnatter To Speak At CPAC," Salon | 2022-02-17 | hyperlinked to Freinberg report | | FRE 402, FRE 403<br><br>FRE 802 |
| DX761 | Sandro Cohen "Oliver Jovanovic: First Sacrifice of the Digital Age," La Jornada, Available in English at: http://www.anusha.com/sandro.htm | 1998-05-19 | hyperlinked to Freinberg report | | FRE 402, FRE 403<br><br>FRE 802 |
| DX762 | Steve Dunleavy, "Cybersex Victim's Kin: She's A Liar – Say She Falsely Accused Dad, Uncle of Sex Abuse," N.Y. Post | 1999-07-26 | hyperlinked to Freinberg report | | FRE 402, FRE 403<br><br>FRE 802 |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX763 | Dorothy Rabinowitz, "The Doctor's Story," Wall Street Journal | 2000-05-24 | hyperlinked to Freinberg report | | FRE 402, FRE 403<br><br>FRE 802 |
| DX764 | Ian Mohr, "Mystery Writers of America Withdraw Former NYC Prosecutor's Honorary Award," Page Six | 2018-11-29 | hyperlinked to Freinberg report | | * |
| DX765 | Jennifer Peltz and Hillel Italie, "Mystery Writers Rescind Honor for Linda Fairstein, Prosecutor on 'Central Park Five' Case," USA Today | 2018-11-29 | hyperlinked to Freinberg report | | * |
| DX766 | "Linda Fairstein: Literary Group Rescinds Honor Over Role in Central Park Five Case," The Guardian (US) | 2018-11-29 | hyperlinked to Freinberg report | | * |
| DX767 | Mystery Writers of America Statement "Mystery Writers of America Withdraws Fairstein Award" | 2018-11-29 | hyperlinked to Freinberg and Kaplan reports | | * |
| DX768 | Email chain from L. Fairstein to E. Canders, et al. re Thanks once more for getting me through this week | 2018-11-30 | ICM-00000100 | ICM-00000100 | * |
| DX769 | Email chain from L. Fairstein to E. Newberg, et al. re This just in - I am overwhelmed - please keep just among us for the time being. | 2018-12-17 | ICM-00000126 | ICM-00000126 | * |
| DX770 | Penguin Random House Royalty Summary Statement for 3 titles (period 12/1/2018 to 5/31/2019) | 2019-08-29 | LF00032758 | LF00032768 | ** |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX771 | Penguin Random House Royalty Summary Statement for 2 titles (period 1/1/2019 to 6/30/2019) | 2019-10-28 | LF00032769 | LF00032779 | ** |
| DX772 | Penguin Random House Royalty Summary Statement for Blood Oath (period 2/1/2019 to 7/31/2019) | 2019-11-28 | LF00032780 | LF00032787 | ** |
| DX773 | Penguin Random House Royalty Summary Statement for 3 titles (period 2/1/2019 to 7/31/2019) | 2019-10-29 | LF00032788 | LF00032801 | ** |
| DX774 | Penguin Random House Royalty Summary Statement for 2 titles (period 2/1/2019 to 7/31/2019) | 2019-11-28 | LF00032802 | LF00032815 | ** |
| DX775 | Email chain with L. Fairstein re Dutton Payment | 2019-06-19 | LF00036862 | LF00036863 | ** |
| DX776 | Email chain from Roz Lippel to L. Fairstein and Nan Graham re Linda Fairstein | 2019-08-02 | LF00039355 | LF00039356 | ** |
| DX777 | Meagan Flynn, "Mystery Writers group rescinds award from sex crimes prosecutor over her role in Central Park Five case," The Washington Post | 2018-11-30 | LF00051085 | LF00051093 | * FRE 802 |
| DX778 | "Publishing Companies Approved to Date by Membership Committee," Mystery Writers of America, Revised January 13, 2022, https://mysterywriters.org/how-to- | 2022-01-13 | hyperlinked to Kaplan report | | |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| | become-a-member-of-mwa/approved-publisher-list/. | | | | |
| DX779 | Alexandra Alter, and Rachel Adams, "Phillip Roth Biography Finds New Publisher," N.Y. Times | 2022-05-18 | hyperlinked to Kaplan report | | |
| DX780 | Elizabeth Arias and Jiaquan Xu, "United States Life Tables, 2019," National Vital Statistics Report, Vol. 70, No. 19, March 22, 2022 | 2022-03-22 | KAPLAN000001 | KAPLAN000059 | * |
| DX781 | Maureen Corrigan, "Does Linda Fairstein deserve a literary honor? Critics say her past as a prosecutor sullies her art," The Washington Post | 2019-04-23 | hyperlinked to Kaplan report | | FRE 802 |
| DX782 | Tom Corson-Knowles, "List of Mystery and Thriller Writers," TCK Publishing | 2018-12-06 | hyperlinked to Kaplan report | | |
| DX783 | Gregory Cowles, "Inside the List," N.Y. Times | 2015-03-06 | hyperlinked to Kaplan report | | |
| DX784 | Gary Skoog, James E. Ciecka, and Kurt V. Krueger, "The Markov Model of Labor Force Activity 2012-17: Extended Tables of Central Tendency, Shape, Percentile Points, and Bootstrap Standard Errors," Journal of Forensic Economics 28(1-2), 2019 | 2019 | KAPLAN000633 | KAPLAN000726 | * |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX785 | Supplemental Response to Defendants' Interrogatory No. 4 sent via email from Plaintiffs' counsel, Subject: Fairstein Enterprises LLC | 2022-08-26 | | | * |
| DX786 | Arcade Publishing, Woody Allen, "Apropos of Nothing," https://www.skyhorsepublishing.com/arcade-publishing/9781951627348/apropos-of-nothing/. | | hyperlinked to Kaplan report | | FRE 402, FRE 403<br><br>FRE 802 |
| DX787 | Arcade Publishing, Woody Allen, "Zero Gravity" https://www.skyhorsepublishing.com/arcade-publishing/9781956763294/zero-gravity/. | | hyperlinked to Kaplan report | | FRE 402, FRE 403<br><br>FRE 802 |
| DX788 | Email chain from Mariska Hargitay to Linda Fairstein re Consider my resignation effective today | 2019-06-04 | JHF000001 | JHF000001 | ** |
| DX789 | Doug Bania, "Defamation Investigations: A Big Leap in Fighting Back," Vol. 28, No. 2, The Intellectual Property, Law Journal Newsletters, November 2021 | 2021-11 | | | * |
| DX790 | When They See Us Trailer Sentiment Report | | DEFS145397 | DEFS145405 | ** |
| DX791 | Emmys Red Carpet Interview | 2019-09-22 | LF00050649 | LF00050649 | * |

| Exhibit No. | Description | Date | Beg Bates | End Bates | Plaintiff's Objections |
|---|---|---|---|---|---|
| DX792 | Oprah Winfrey Presents: When They See Us Now | 2019-06-12 | DEFS174859 | DEFS174859 | * FRE 402, FRE 402 FRE 802 |