UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LINDA FAIRSTEIN,

                            Plaintiff,


                                                              20-cv-8042 (PKC)


              -against-                                       ORDER


NETFLIX, INC., AVA DUVERNAY and
ATTICA LOCKE,

                            Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.

              The Court has reviewed the May 31 submission of Henry Klingeman.  The Final

Pre-Trial Order is an important document governing the conduct of the trial.  Unlike a scheduling

order that may in the words of Rule 16(b)(4) be modified for "good cause," the Final Pre-Trial

Order may only be modified to "prevent manifest injustice."

              Mr. Klingeman is not listed as trial counsel in the Final Pre-Trial Order.  His letter

does not indicate the status of the other lawyers listed as trial counsel for plaintiff.  Application

DENIED without prejudice.

              SO ORDERED.


                                        _____
                                              P. Kevin Castel
                                        United States District Judge


Dated:  New York, New York
        May 31, 2024