Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

May 31, 2024

Bart H. Williams
Member of the Firm
d +1.310.284.4520
f 310.557.2193
bwilliams@proskauer.com
www.proskauer.com

**VIA ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 11D
New York, New York 10007

Re:   *Fairstein v. Netflix, Inc. et al.*, 20-cv-8042 (PKC)

Dear Judge Castel:

We represent Defendants in the above-captioned matter, which is scheduled for trial on June 10, 2024.  We write to seek clarification on whether the parties are required to bring a hard copy of all trial exhibits to the courtroom.

At the April 3, 2024 pretrial conference, Defendants' counsel asked the Court if, given the volume of the trial exhibits, the parties would be permitted to provide the Court with a binder for individual witnesses before they take the stand and provide the Court with the exhibits on a hard drive.  The Court agreed and noted that the parties must also provide the jury with a laptop containing electronic copies of the trial exhibits. (4/3/24 Hrg. Tr. at 122-23).

Later, in a May 23, 2024 Order (ECF No. 416), the Court stated that "The parties shall have one hard copy set of exhibits in the Courtroom."

A hard copy of all trial exhibits in this case would be extraordinarily voluminous and burdensome to prepare.  The copies would also likely consume more space than the five boxes of documents each party is permitted to keep in the Courtroom.  For these reasons, we respectfully request ask that the Court allow us to provide trial exhibits electronically, in the manner that the Court described at the April 3, 2024 pretrial conference.

We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Bart Williams*

Bart Williams

cc:  All Counsel

> Each side shall have in the Courtroom one hard copy of any trial exhibit it proposes to offer at trial, provided that the exhibit is 75 pages or fewer.  For any exhibit of greater length, the party shall maintain the capability to bring the exhibit to the Courtroom in one hour if requested.  The Court and/or witness does not usually need access to the full text of an exhibit but the circumstance does arise from time to time.
> SO ORDERED.
> Dated: 6/3/2024
>
> P. Kevin Castel
> United States District Judge

Beijing | Boca Raton | Boston | Chicago | Hong Kong | London | Los Angeles | New Orleans | N