

Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

June 4, 2024

Bart H. Williams
Member of the Firm
d +1.310.284.4520
f 310.557.2193
bwilliams@proskauer.com
www.proskauer.com

**VIA ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 11D
New York, New York 10007

Re:   *Fairstein v. Netflix, Inc. et al.*, 20-cv-8042 (PKC)

Dear Judge Castel:

We represent Defendants in the above-captioned matter.  We write to inform the Court that the parties have entered into a stipulation to dismiss this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

A copy of the Stipulation of Dismissal with Prejudice is attached hereto.

Respectfully submitted,

*/s/ Bart Williams*

Bart Williams

cc:  All Counsel