IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDA FAIRSTEIN,<br><br>   Plaintiff,<br><br>v.<br><br>NETFLIX, INC., AVA DUVERNAY, and ATTICA LOCKE,<br><br>   Defendants. | Case No. 20-cv-8042 (PKC)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and among Plaintiff Linda Fairstein, and Defendants Netflix, Inc., Ava DuVernay and Attica Locke, by and through their undersigned attorneys, that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

June 4, 2024

By: _____

Kara L. Gorycki
Andrew T. Miltenberg
Stuart Bernstein
NESENOFF & MILTENBERG, LLP
363 Seventh Avenue, Fifth Floor
New York, New York 10001
(212) 736-4500
kgorycki@nmllplaw.com
amiltenberg@nmllplaw.com
sbernstein@nmllplaw.com

Respectfully submitted:

By: _____

Bart H. Williams (*pro hac vice*)
Alyson C. Tocicki (*pro hac vice*)
Proskauer Rose LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067
Phone: (310) 284-4520
bwilliams@proskauer.com
atocicki@proskauer.com

Seetha Ramachandran
Proskauer Rose LLP
Eleven Times Square
New York, New York 11036
Phone: (212) 969-3455
SRamachandran@proskauer.com
Natalie J. Spears (*pro hac vice*)
Gregory R. Naron (*pro hac vice*)

SO ORDERED.
Dated: 6/4/2024

_____
P. Kevin Castel
United States District Judge

1

Henry E. Klingeman
KLINGEMAN CERIMELE, ATTORNEYS
100 Southgate Parkway, Suite 150
Morristown, New Jersey 07960
henry@klingemanlaw.com

*Attorneys for Plaintiff Linda Fairstein*

Jacqueline A. Giannini (*pro hac vice*)
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, Illinois 60606
Phone: (312) 876-8000
Natalie.spears@dentons.com
Gregory.naron@dentons.com
Jacqui.giannini@dentons.com

Justin N. Kattan
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020
Phone: (212) 768-6700
Justin.kattan@dentons.com

*Attorneys for Defendants Netflix, Inc., Ava DuVernay and Attica Locke*